# In The United States Court of Federal Claims

No. 97-381C

(Filed: September 12, 2003)

FRANCONIA ASSOCIATES, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 27, 2003, plaintiff filed a motion for leave to exceed page limitation. On August 29, 2003, the court granted that motion and directed the Clerk to file plaintiffs' proposed findings of fact and post-trial brief. On August 29, 2003, defendant filed a motion to strike plaintiffs' proposed findings of fact and post-trial brief. On September 4, 2003, plaintiff filed its opposition to defendant's motion to strike.

Having reviewed this matter more closely, the court decides that defendant's motion is hereby **GRANTED**, in part, and plaintiffs' proposed findings of fact are stricken. In addition, the court's August 29, 2003 order is modified as follows:

1. On or before September 23, 2003, plaintiff may re-file a 62-page post-trial brief.

2. The date for the post-trial reply briefs as provided in this court's order of August 8, 2003, is extended to October 10, 2003.

**IT IS SO ORDERED.**

s/Francis M. Allegra

Francis M. Allegra
Judge