**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| FRANCONIA ASSOCIATES, a Limited Partnership, et al., Plaintiffs, | File No. 97-381C (Judge Allegra) |
| v. | |
| THE UNITED STATES, Defendant. | **JOINT MOTION FOR ENLARGEMENT OF TIME** |

Plaintiffs Franconia Associates, et al., and defendant the United States, hereby jointly move to extend the deadline for the simultaneous filing of post-trial reply briefs in this matter. Pursuant to the Court's Order of September 12, 2003, the current due date is October 10, 2003. By this motion, the parties request that the date for the filing of the reply briefs be extended by seven days, up to and including October 17, 2003. This is the parties' first request for an enlargement of time with respect to their post-trial reply briefs. Both parties consent to the filing of this motion, which is being filed electronically.

The parties have been working diligently on their reply briefs but have found that additional time is needed to complete their filings in a thorough and effective manner. For example, plaintiffs' lead counsel, as well as most of plaintiffs' trial team, are currently at trial in Fargo, North Dakota in the matter of *United Power Ass'n v. Federal Emergency Mgmt. Agency*, No. AZ-99-180 (D.N.D.) and are scheduled to remain there for the entire week of September 29, 2003. In addition, both parties are currently conducting discovery in *Grass Valley v. United States*, No. 98-726C (Fed. Cl), are engaged in summary judgment briefing in *Allegre Villa v. United States*, No. 98-823C (Fed. Cl.), and face ongoing obligations in a

number of other pending cases. The additional time will also provide the parties a greater opportunity to address the Court's recent decision in *Cuyahoga Metropolitan Housing Auth. v. United States*, No. 01-46C.

For the reasons set forth above, the parties respectfully request that the Court grant their Joint Motion for Enlargement of Time for good cause shown and extend the deadline for the simultaneous filing of post-trial reply briefs by seven days up to and including October 17, 2003.

M2:20574477.01

Respectfully submitted,

Peter D. Keisler
Assistant Attorney General

**s/ David M. Cohen**

David M. Cohen
Director

**s/ Jeff H. Eckland**

Jeff H. Eckland
William L. Roberts, Of Counsel
Mark J. Blando, Of Counsel
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

*Attorneys for Plaintiffs*

**s/ Shalom Brilliant**

Shalom Brilliant
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-7562

*Attorneys for Defendant*

Dated: October 3, 2003

**Filed Electronically**

M2:20574477.01