**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCONIA ASSOCIATES,<br>a Limited Partnership, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | File No. 97-381C<br>(Judge Allegra)<br><br>**JOINT MOTION FOR ENLARGEMENT OF TIME** |

Plaintiffs Franconia Associates, et al., and defendant the United States, hereby jointly move to extend the deadline for the simultaneous filing of post-trial reply briefs in this matter. Pursuant to the Court's Order of October 6, 2003, the current due date is October 17, 2003. By this motion, the parties request that the date for the filing of the reply briefs be extended by ten days (six business days), up to and including October 27, 2003. This is the parties' second request for an enlargement of time with respect to their post-trial reply briefs, as the parties previously requested and received an extension of seven days (five business days) within which to file their briefs. Both parties consent to the filing of this motion, which is being filed electronically.

The parties have continued to work diligently on their reply briefs but have found that additional time is needed to complete their filings in a thorough and effective manner. As stated in the parties' prior motion, plaintiffs' lead counsel, as well as most of plaintiffs' trial team, were in Fargo, North Dakota for trial in the matter of *United Power Ass'n v. Federal Emergency Mgmt. Agency*, No. AZ-99-180 (D.N.D.) from September 24, 2003 through October 3, 2003. Plaintiffs' counsel have not had sufficient time since returning from trial to

complete their reply brief, particularly in light of deadlines in other matters during this time period. For example, plaintiffs have a response to a petition for panel rehearing currently due in *Chancellor Manor v. United States*, No. 02-5066 (Fed. Cir.) on October 21, 2003, have a summary judgment brief currently due in *Kellar v. Marshall, Miller & Schroeder Investments Corp.*, No. 02-000488 (Minn. Dist. Ct.) on October 16, 2003, and have proposed findings of fact and conclusions of law currently due in the above-referenced *United Power Association* case on October 27, 2003.

In addition, both parties are currently conducting discovery in *Grass Valley v. United States*, No. 98-726C (Fed. Cl), are engaged in summary judgment briefing in *Allegre Villa v. United States*, No. 98-823C (Fed. Cl.), and face ongoing obligations in a number of other pending cases. The requested extension will also allow the parties additional time to submit the damages models requested by the Court.

For the reasons set forth above, the parties respectfully request that the Court grant their Joint Motion for Enlargement of Time for good cause shown and extend the deadline for the simultaneous filing of post-trial reply briefs by ten days (six business days) up to and including October 27, 2003.

M2:20577059.01

Respectfully submitted,

Peter D. Keisler
Assistant Attorney General

**s/ David M. Cohen**

David M. Cohen
Director

**s/ Jeff H. Eckland**

Jeff H. Eckland
William L. Roberts, Of Counsel
Mark J. Blando, Of Counsel
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

*Attorneys for Plaintiffs*

**s/ Shalom Brilliant**

Shalom Brilliant
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-7562

*Attorneys for Defendant*

Dated: October 15, 2003

**Filed Electronically**

M2:20577059.01