**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

FRANCONIA ASSOCIATES, a
Limited Partnership, et al.,

Plaintiffs,

**File No. 97-381C**
**Judge Francis M. Allegra**

v.

THE UNITED STATES,

Defendant.

---

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Plaintiffs hereby move, pursuant to Rule 5.2 of the Rules of the United States Court of Federal Claims, for leave to exceed the 50-page limitation on their post-trial reply brief and to file a brief of 65 pages in length. At the close of the evidence at trial, the Court adopted the suggestion by plaintiffs' counsel that a 50-page post-trial brief limit would be adequate for this complex case. As with plaintiffs' post-trial opening brief, however, plaintiffs have found, despite their best efforts, that they unable to address all of the issues raised in defendant's post-trial brief in a complete and effective manner within the 50-page limit.

As the Court is aware, plaintiffs filed extensive proposed finding of fact along with their post-trial brief. Upon defendant's motion, plaintiffs' proposed findings were stricken. Many of the proposed findings directly relate to issues raised in defendant's post-trial brief, especially with respect to plaintiffs' damages claims. Because plaintiffs' proposed findings of fact are not before the Court, plaintiffs found it necessary to incorporate into their post-trial reply brief a number of the matters that were addressed in their proposed findings.

The trial of this matter involved thirty-seven properties, each with a contract claim and a takings claim. Nearly twenty witnesses testified at trial, and nearly 1,000 documents were introduced. Given the numerous factual and legal issues presented in this case, plaintiffs have found that 100 total pages of post-trial briefing is not sufficient to adequately synthesize the evidence presented at trial, discuss the applicable legal principles, and address the many arguments raised in defendant's post-trial brief.

Under the circumstances, plaintiffs submit that allowing the filing of a 65-page post-trial reply brief is appropriate and will work no substantial prejudice upon defendant. Accordingly, plaintiffs respectfully request leave to exceed the page limitation on their post-trial reply brief and file a brief of 65 pages in length.

Dated: October 27, 2003

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

William L. Roberts, Of Counsel
Mark J. Blando, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Telecopy: (612) 766-1600

M2:20579636.01