**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FRANCONIA ASSOCIATES, a
Limited Partnership, et al.,

Plaintiffs,

**File No. 97-381C**
**Judge Francis M. Allegra**

v.

THE UNITED STATES,

Defendant.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE CORRECTED COPY OF POST-TRIAL REPLY BRIEF**

Plaintiffs hereby move for leave to file a corrected copy of their post-trial reply brief. The corrected brief that plaintiffs propose to file is being submitted contemporaneously herewith.

Plaintiffs filed their post-trial reply brief through the Court's electronic filing system very late in the evening of October 27, 2003. Upon reviewing the filed version of their post-trial reply brief on October 29, 2003, plaintiffs realized that a critical footnote was inadvertently omitted from the filed version of the brief. The missing footnote appears on page 7 of the attached corrected brief as footnote 2. The footnote responds to defendant's argument that the claims of Dublin Plaza are barred by the statute of limitations. Plaintiffs also realized, upon reviewing the filed version of the brief, that a number of citations to the agency's regulations were missing on pages 29-30 of the brief.

Plaintiffs are not certain how these errors occurred, but they believe that in converting the document to "PDF" format for electronic filing, a prior version of the document was inadvertently converted and then transmitted to the Court. In any event, plaintiffs have promptly corrected these errors and are submitting the attached corrected copy of the brief for the Court's

consideration.[1] Plaintiffs regret any inconvenience that this may have caused the Court. However, plaintiffs believe that acceptance of this corrected version of the brief will aid in the Court's review of this matter and allow for full consideration of each issue presented in this case. Plaintiffs also submit that defendant will not be prejudiced in any way by the Court's acceptance of plaintiffs' corrected brief.

Accordingly, plaintiffs respectfully request leave to file the attached corrected copy of their post-trial reply brief in this matter.

Dated: October 30, 2003

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

William L. Roberts, Of Counsel
Mark J. Blando, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Telecopy: (612) 766-1600

M2:20580295.01

---

[1] Plaintiffs also reran the table of contents and table of authorities in the brief to ensure that the page references are accurate and that all the citations contained in the corrected version of the brief are included in the table of authorities. Plaintiffs also made a few non-substantive revisions to bring the corrected brief within the previously requested page limitation of 65 pages.