# In The United States Court of Federal Claims

No. 97-381C

(Filed: November 4, 2003)

FRANCONIA ASSOCIATES, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 4, 2003, the court received in chambers defendant's letter and diskette containing defendant's witness's sensitivity analysis. The Clerk is hereby ordered to file the attached letter and diskette.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge