IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANCONIA ASSOCIATES,<br>A Limited Partnership, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 97-381C<br>(Judge Allegra) |

DECLARATION OF JACKIE J. MORRIS

I, Jackie J. Morris, declare as follows:

1. I am the Multi-Family Housing Program Director for the United states Department of Agriculture ("USDA")-Rural Development in Minnesota. All facts asserted herein are based upon my personal knowledge and official Agency records.

2. Franconia Associates, one of the plaintiffs in this action, is the owner of Riverfront Apartments in Taylors Falls, Minnesota and Sunrise River Apartments in Wyoming, Minnesota. The construction of these two properties was funded by USDA through its Section 515 Rural Rental Housing loan program. Franconia's claims in this case concern the Section 515 loans made for these properties.

3. In the case of the Riverfront loan, payment in full was received in lieu of foreclosure on October 20, 2003. Attachment A is a screen print from the USDA's automated accounting system which identifies the borrower and project name (Franconia Associates / Riverfront Apartments), the loan amount (304,000.00), the loan closing date (112974), the date of last payment (102003), and a paid code of GOO with zero (.00) unpaid balances. Attachment B is a copy of the Satisfaction of Lien which satisfies and discharges the mortgage on that loan.

4. In the case of the Sunrise River loan, payment in full was received in lieu of foreclosure on July 25, 2003. Attachment C is a screen print from the USDA's automated accounting system which identifies the borrower and project name (Franconia Associates / Sunrise River), the loan amount (341,200.00), the loan closing date (051778), the date of last payment (072503), and a paid code of GOO with zero (.00) unpaid balances. Attachment D is a copy of the Satisfaction of Lien which satisfies and discharges the mortgage on that loan.

5. Franconia Associates has terminated its participation in the Section 515 program with respect to Riverfront Apartments and Sunrise River, with a requirement only to extend the current tenant leases for 180 days beyond the final loan payment date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 3, 2003.

Jackie J. Morris

JACKIE J. MORRIS