Attachment A

```
SDM1F540-M1FI                  INQUIRE ON LOAN                         12/02/03
OPR ID: S22717                                                         11:28:34
                                                               AS  OF 000000
ST 27   CTY 013   BORR 416167195        PROJ 02 3    LOAN  001  REQ DTE 000000
FRANCONIA         ASSOCIATES            .RANCONIA ASSOC      RIVERFRONT APTS
-------------------------------------------------------------------------------
LOAN AMOUNT              304,000.00  LOAN CLOSING  112974  LAST ACCRUAL    102003
PAYMENT STATUS                  .00  AMORT EFFECT  010175  LAST PAYMENT    102003
NET STATUS                      .00                        PYMT STATUS DTE 100103
EXTRA PAYMENTS           138,938.81
FUND CODE  84 20 PPI CDE     ---------CREDITS--------  -----UNPAID BALANCES----
ASSOC CODE 11  BOND CODE     INTEREST       51,935.50  INTEREST               .00
PLAN CODE   5  LN CLSG CDE 1 PRINCIPAL     209,636.63  PRINCIPAL              .00
INTEREST CREDIT CODE       2 OVERAGE            69.00  OVRGE DUE              .00
NOTE INT RATE        9.00000 OVRGE RA       65,080.00  OCC SRCHG              .00
SBSY INT RATE        1.00000 INT RA         34,787.65  LFEES DUE              .00
REPYMT PERIOD            600 PRIN RA        94,363.37  NEXT INT             .0000
AMORT INSTLMT         656.41 LFEES RA             .00  PRIN DUE               .00
INT CR INSTLMT           .00 LATE FEES            .00  DELQ INT               .00
SUBSIDY AMT              .00 INT SBSY      393,142.42  DELQ PRIN              .00
DAILY SBSY AMT       .000000 PRIN SBSY            .00  DATE FIRST I/ONLY 010175
SBSY NOT APL             .00 OCC SRCHG            .00  DATE FIRST AMORT  020175
NEXT TRAN           (1-MENU) OCC SG RA            .00  PAID CODE            GOO
```

COPY

Attachment B

SEP 2 3 2003

USDA
Form RD 460-4
(Rev. 3-02)

# SATISFACTION OF LIEN

*Position 1 (Chattel Security)*
*Position 5 (Real Estate Security)*

The United States of America, acting through the United States Department of Agriculture as owner and holder of the following-described lien instruments, made and executed by GEORGE VITALIS, WILLIAM JACOBSON & LINN SLATTENGREN and OF FRANCONIA ASSOCIATES and recorded or filed in CHISAGO COUNTY

State of MINNESOTA, satisfies and discharges this lien instrument.

| LIEN INSTRUMENT | MORTGAGEE | DATE OF INSTRUMENT | DATE FILED | RECORD OF FILE NO. | BOOK NUMBER | PAGE NUMBER |
|---|---|---|---|---|---|---|
| REAL ESTATE MORTGAGE | USDA RURAL HOUSING SERVICE | 11-29-74 | 12-4-74 | MIC 143986 | | |

"Pursuant to 101, P.L. 624 (Section 2302), all rights, interest and obligations of Farmers Home Administration have transferred to Rural Housing Service"

IN WITNESS WHEREOF, the United States of America has caused this satisfaction to be signed the 25th day of July, 2003 , ________ .

UNITED STATES OF AMERICA

WITNESSES: ____________________ By Lenee Hoffman
LENEE HOFFMAN

____________________ Title MFH SPECIALIST

Agency Rural Housing Service
United States Department of Agriculture

STATE OF MINNESOTA
COUNTY OF STEARNS } ss:

**ACKNOWLEDGMENT**

On this 25th day of July, 2003 , _____, before me, the subscriber, a Notary Public, in and for the above county and State, appeared LENEE HOFFMAN , known to me to be MFH SPECIALIST , United States Department of Agriculture, and the person who executed the foregoing instrument, and he/she acknowledged to me that he/she executed the same as the free act and deed of the United States of America, for the uses the purposes mentioned in it.

IN WITNESS WHEREOF, I have set my hand and seal at Waite Park, MN

____________________ the day year listed above.

TERRY L. ATKINSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

Terry L. Atkinson
*(Signature)*

My commission expires ____________________

The form of this instrument was drafted by the Office of the General Counsel of the United States Department of Agriculture, Washington D.C., and the material in the blank spaces in the form was inserted by or under the direction of:

USDA, RURAL DEVELOPMENT
Marketplace of Waite Park
110 South 2nd Street
Suite 120
Waite Park, MN 56387

Attachment C

```
SDM1F540-M1FI                     INQUIRE ON LOAN                          12/02/03
OPR ID: S22717                                                             11:28:21
                                                                     AS  OF 000000
ST 27   CTY 013   BORR 416167195        PROJ 01 8    LOAN  001  REQ DTE 000000
FRANCONIA           ASSOCIATES          FRANCONIA ASSOC     SUNRISE RIVER
-------------------------------------------------------------------------------
LOAN AMOUNT              341,200.00  LOAN CLOSING  051778  LAST ACCRUAL     072503
PAYMENT STATUS                  .00  AMORT EFFECT  051779  LAST PAYMENT     072503
NET STATUS                      .00                        PYMT STATUS DTE  070103
EXTRA PAYMENTS           188,080.89
FUND CODE  84 20 PPI CDE    ---------CREDITS--------  -----UNPAID BALANCES----
ASSOC CODE 11  BOND CODE    INTEREST       31,720.76  INTEREST                .00
PLAN CODE    5  LN CLSG CDE 3 PRINCIPAL   229,192.87  PRINCIPAL               .00
INTEREST CREDIT CODE      2 OVERAGE              .00  OVRGE DUE               .00
NOTE INT RATE       8.25000 OVRGE RA       54,995.00  OCC SRCHG               .00
SBSY INT RATE       1.00000 INT RA         45,137.87  LFEES DUE               .00
REPYMT PERIOD           600 PRIN RA       112,007.13  NEXT INT              .0000
AMORT INSTLMT        737.00 LFEES RA             .00  PRIN DUE                .00
INT CR INSTLMT          .00 LATE FEES            .00  DELQ INT                .00
SUBSIDY AMT             .00 INT SBSY      278,929.42  DELQ PRIN               .00
DAILY SBSY AMT      .000000 PRIN SBSY            .00  DATE FIRST I/ONLY    051779
SBSY NOT APL            .00 OCC SRCHG            .00  DATE FIRST AMORT     061779
NEXT TRAN          (1-MENU) OCC SG RA            .00  PAID CODE               GOO
```

Attachment D

USDA
Form RD 460-4
(Rev. 3-02)

# SATISFACTION OF LIEN

*Position 1 (Chattel Security)*
*Position 5 (Real Estate Security)*

The United States of America, acting through the United States Department of Agriculture as owner and holder of the following-described lien instruments, made and executed by GEORGE VITALIS, WILLIAM A JACOBSON & LINN SLATTENGREN CO-PARTNERS and OF FRANCONIA ASSOCIATES and recorded or filed in CHISAGO COUNTY

State of MINNESOTA, satisfies and discharges this lien instrument.

| LIEN INSTRUMENT | MORTGAGEE | DATE OF INSTRUMENT | DATE FILED | RECORD OF FILE NO. | BOOK NUMBER | PAGE NUMBER |
|---|---|---|---|---|---|---|
| Real Estate Mortgage | USDA Rural Housing Service | 5-17-78 | 5-22-78 | Mic 158186 | | |

"Pursuant to 101, P.L. 624 (Section 2302), all rights, interest and obligations of Farmers Home Administration have transferred to Rural Housing Service"

IN WITNESS WHEREOF, the United States of America has caused this satisfaction to be

signed the 20TH day of OCTOBER, 2003.

UNITED STATES OF AMERICA

WITNESSES: ______________ By [signature] LENEE HOFFMAN

______________ Title MFH SPECIALIST

Agency RURAL HOUSING SPECIALIST
United States Department of Agriculture

STATE OF MINNESOTA
COUNTY OF STEARNS } ss:

**ACKNOWLEDGMENT**

On this 20TH day of OCTOBER, 2003, before me, the subscriber, a NOTARY PUBLIC, in and for the above county and State, appeared LENEE HOFFMAN, known to me to be MFH SPECIALIST, United States Department of Agriculture, and the person who executed the foregoing instrument, and he/she acknowledged to me that he/she executed the same as the free act and deed of the United States of America, for the uses the purposes mentioned in it.

IN WITNESS WHEREOF, I have set my hand and seal at WAITE PARK MN

______________ the day and year listed above.

[SEAL] TERRY L. ATKINSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31 ...

[signature] (Signature)

My commission expires ______________

Return recorded ______________

Drafted by: The form of this instrument was drafted by the Office of the General Counsel of the United States Department of Agriculture, Washington D.C., and the material in the blank spaces in the form was inserted by or under the direction of:

USDA Rural Development
Marketplace of Waite Park
110 South 2nd Street Suite 120
Waite Park MN 56387