**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

FRANCONIA ASSOCIATES, a
Limited Partnership, et al.,

Plaintiffs,

**File No. 97-381C**
**Judge Francis M. Allegra**

v.

THE UNITED STATES,

Defendant.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs Franconia Associates., *et al.*, hereby request, pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, an extension of time within which to file their response to defendant's motion for leave to supplement the record based upon post-trial events. Plaintiffs' response is currently due on December 22, 2003. By this motion, plaintiffs respectfully request that the deadline for the filing of their brief be extended for 24 days up to and including January 15, 2004. This is plaintiffs' first request for an extension of time relating to this motion. Plaintiffs have informed counsel for the United States of their intention to seek this enlargement of time and the United States does not object to or intend to oppose plaintiffs' motion.

Plaintiffs seek this extension based upon the ground that the government's motion here seeks to introduce new factual matters, outside the scope of the already existing evidentiary record of this litigation, and these new factual matters require plaintiffs' counsel to obtain from the relevant plaintiffs' representatives certain background information and evidentiary records and to adequately review these materials and records to prepare a response.

With the holiday season at hand counsel has encountered difficulties in contacting plaintiffs' representatives and in obtaining the relevant background materials and documents. In addition, Mr. George Vitalis, one of the partners of the partnership owning the properties for which the government seeks leave to supplement the record, recently passed away after a short illness. Because of his recent and sudden death, his partner in these properties, Ms. Marge Alden, has been otherwise pre-occupied and has only recently been able to turn her attention to gathering the facts and documents relating to the government's present motion. Accordingly, plaintiffs respectfully request an extension of time for 24 days in which to file its response.

For the reasons set forth above, plaintiffs respectfully request that the Court grant their Unopposed Motion for Enlargement of Time for good cause shown and extend the deadline for filing their response to defendant's motion by 24 days up to and including January 15, 2004.

Dated: December 15, 2003

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

William L. Roberts, Of Counsel
Mark J. Blando, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Telecopy: (612) 766-1600

M2:20589682.06