USDA

United States Department of Agriculture

Rural Development

375 Jackson Street
410 Farm Credit Building
Saint Paul, Minnesota 55101
Phone: 651-602-7822
FAX: 651-602-7825
TTY: 651-602-7830

*Building the Dream*

December 31, 2002

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Franconia Associates
P O Box 236
Taylors Falls, MN 55084

George Vitalis
28025 St. Croix Trail
Shafer, MN 55074

Marge Alden
c/o Croix Management Co.
P.O. Box 236
Taylors Falls, MN 55084

**SUBJECT:** <u>NOTICE OF ACCELERATION OF YOUR DEBT TO THE RURAL HOUSING SERVICE. DEMAND FOR PAYMENT OF THAT DEBT, AND NOTICE OF YOUR OPPORTUNITY TO HAVE A HEARING CONCERNING THIS ACTION</u>

To Whom It May Concern:

PLEASE TAKE NOTE that the entire indebtedness due on the promissory note(s) and/or assumption agreement(s) which evidence the loan(s) received by you from the United States of America, acting through the Rural Housing Service, United States Department of Agriculture, is now declared immediately due and payable. The loan is described as follows:

| DATE OF INSTRUMENT | AMOUNT |
|---|---|
| November 29, 1974 | $304,000.00 |

The promissory note(s) and/or assumption agreement(s) is(are) secured by a real estate mortgage described as follows:

| DATE OF INSTRUMENT | PLACE OF RECORDATION | MICROFILM NO. |
|---|---|---|
| November 29, 1974 | Office of County Recorder<br>Chisago County, Minnesota | 143986 |

Exhibit A

Rural Development is an Equal Opportunity Lender, Provider, and Employer
Complaints of discrimination should be sent to:
USDA, Director, Office of Civil Rights, Washington, D.C. 20250-9410

Page Two
Franconia Associates
Riverfront Apartments

This acceleration of your indebtedness is made in accordance with the authority granted in the above-described real estate instrument(s).

The reasons for this acceleration of your indebtedness are as follows:
Failure to provide adequate management
Failure to meet reporting requirements
Permitting the encumbrance of the title by allowing a junior lien to be placed against the property without prior written consent

The indebtedness due is $142,191.89 unpaid principal, and $112.97 unpaid interest, as of December 31, 2002, plus additional interest accruing at the rate of $3.51 per day thereafter, plus any advances to be made by the United States for the protection of its security and interest accruing on any such advances.

Unless full payment of your indebtedness is received and all actions as outlined in the attachment entitled "Tenant Protection Actions" are taken within 30 days of the date of this letter, the United States will take action to foreclose the above described real estate instrument, take possession of any project accounts, suspend any rental assistance, cancel any interest credit, notify tenants that foreclosure will be pursued, and pursue any other available remedies. Project rent rate levels shall not be increased due to loss of subsidies.

The local Servicing Office should be contacted immediately to discuss the steps to take to remedy the deficiencies of the account or pay the loan in full. Payment should be made by cashier's check, certified check, or postal money orders to the order of the USDA, Rural Housing Service at your local Servicing Office. If you do not comply with all requirements to prepay, or do not submit to the United States any payment sufficient to pay the entire indebtedness, or comply with any arrangements agreed to between the Rural Housing Service and yourself, the action or payment WILL NOT CANCEL the effect of this notice. Acceptance of such payment will be subject to agency regulations governing payments in full [and the provisions of the Housing and Community Development Act of 1987. Such provisions normally require restrictive-use covenants be placed in effect at the time of the prepayment.] **Note: The preceding within brackets will be omitted for projects whose loans were made before December 22, 1979, unless less than one year has elapsed since the date the borrower had submitted a request to prepay the loans(s) under the provisions of RD Instruction 1965-E.**

If insufficient payments are received and credited to your account, or payment without tenant displacement protection actions are accepted, no waiver or prejudice of any rights which the United States may have for breach of any promissory note or covenant in the real estate instrument will result, and the Rural Housing Service may proceed as though no such payment had been made.

Page 3
Franconia Associates
Riverfront Apartments

The above described real estate instrument provides that the United States may foreclose without Court action by selling the real estate at public sale after **June 30, 2003.** The Government intends to sell the property in this manner. No further notice is required to be given you concerning this foreclosure.

However, you have the opportunity to have an informal meeting with the decision-maker (the undersigned) and/or an administrative appeal hearing before the foreclosure takes place. This is an opportunity to discuss why you believe the United States is in error in accelerating your account and proceeding with foreclosure. If you request an informal meeting with the decision-maker or have any questions concerning the decision and/or facts used in making our decision, you should contact this office in writing to request a meeting. The request for an informal meeting must be sent to the undersigned no later than **January 15, 2003.** Requests which are postmarked by the US Postal Service on or before that date will be considered as timely received. You also have the right to an administrative appeal hearing with a hearing officer in lieu of, or in addition to, a meeting with this office. If you request an informal meeting with the decision maker, and the meeting does not result in a decision in which you concur, you will be given a separate time frame in which to submit your request for an administrative appeal. See the attachment for your appeal rights.

If you do not wish to have an informal meeting with the decision maker as outlined above, you may request an administrative appeal hearing with a member of the National Appeals Division. The request for an administrative appeal must be sent to the National Appeals Division, Eastern Regional Office, William A. Crutchfield, Sr., Area Supervisor, 8909 Purdue Road, Suite 240, Indianapolis, IN 46268, no later than **January 30, 2003.** Requests which are postmarked by the U.S. Postal Service on or before that date will be considered as timely received. If requesting an administrative appeal, please include a copy of this letter with your request.

In addition to an informal meeting, you have the right to request mediation or other form of Alternative Dispute Resolution (ADR) to resolve the adverse decision. There will be a cost for this service. The request to use mediation or other form of ADR may be made at any time prior to a formal appeal hearing. A request to exercise this option to settle the dispute on the denial will stop the running of the 30-day period you have to request an appeal.

If you request an appeal, and prior to the appeal hearing, decide to request this option, you have waived your right to an appeal hearing until after conclusion of mediation or other ADR; however, you have the right to an appeal hearing within 45 days of the conclusion of mediation or ADR.

If you fail to comply with the requirements outlined herein, the United States plans to proceed with foreclosure.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, handicap, or age (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with the law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

UNITED STATES OF AMERICA

By: Stephen G. Wenzel
Stephen G. Wenzel
State Director
Rural Development,
acting on behalf of the
Rural Housing Service,
(successor in interest to the
Farmers Home Administration)
State of Minnesota
U.S. Department of Agriculture

## TENANT PROTECTION ACTIONS

- Provide the local Servicing Office with a current list of all tenants showing their adjusted incomes. The Servicing Office will:

  (a) Notify tenants that the project is being prepaid;

  (b) Send eligible tenants in the project *"Letters of Priority Entitlement (LOPE)"*, for priority placement in other Rural Housing Service projects.

- Extend all tenant leases for 180 days after the date the accelerated loan was paid off at the same rental rates and terms that were in effect on the day of the acceleration. (If tenant is receiving RA, the tenants' share of the rent will be reflected on the lease.)

- Execute restrictive-use provisions, as appropriate, for incorporation into releases of security instruments to be filed. (If the loan was made prior to December 21, 1979, no restrictive-use provisions will be included in the releases of security instruments, unless less than one year has elapsed since the date the borrower had submitted a request to prepay the loan(s) under the provisions of RD instruction 1965-E.) (NOTE: Any tenants or applicants for occupancy protected by these restrictions may not have total shelter costs (rent and utilities) raised above 30 percent of adjusted income or current shelter costs, whichever is higher.) If the loan on this project to build or acquire new units was made on or after December 15, 1989, the restrictive-use provisions will remain for the term of the loan.

12/19/2003 10:28 6514653080

USDA United Sta... Department of Agriculture

Rural Development

375 Jackson Street
410 Farm Credit Building
Saint Paul, Minnesota 55101
Phone: 651-602-7822
FAX: 651-602-7825
TTY: 651-602-7830

*Building the Dream*

December 31, 2002

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Franconia Associates
P O Box 236
Taylors Falls, MN 55084

George Vitalis
28025 St. Croix Trail
Shafer, MN 55074

Marge Alden
c/o Croix Management Co.
P.O. Box 236
Taylors Falls, MN 55084

**SUBJECT: NOTICE OF ACCELERATION OF YOUR DEBT TO THE RURAL HOUSING SERVICE, DEMAND FOR PAYMENT OF THAT DEBT, AND NOTICE OF YOUR OPPORTUNITY TO HAVE A HEARING CONCERNING THIS ACTION**

To Whom It May Concern:

PLEASE TAKE NOTE that the entire indebtedness due on the promissory note(s) and/or assumption agreement(s) which evidence the loan(s) received by you from the United States of America, acting through the Rural Housing Service, United States Department of Agriculture, is now declared immediately due and payable. The loan is described as follows:

| DATE OF INSTRUMENT | AMOUNT |
|---|---|
| May 17, 1978 | $341,200.00 |

The promissory note(s) and/or assumption agreement(s) is(are) secured by a real estate mortgage described as follows:

| DATE OF INSTRUMENT | PLACE OF RECORDATION | MICROFILM NO. |
|---|---|---|
| May 17, 1978 | Office of County Recorder Chisago County, Minnesota | 158186 |

Rural Development is an Equal Opportunity Lender, Provider, and Employer
Complaints of discrimination should be sent to:
USDA, Director, Office of Civil Rights, Washington, D.C. 20250-9410

12/19/03 FRI 09:31 [TX/RX NO 7380]

Page Two
Franconia Associates
Sunrise River

This acceleration of your indebtedness is made in accordance with the authority granted in the above-described real estate instrument(s).

The reasons for this acceleration of your indebtedness are as follows:

Failure to provide adequate management
Failure to meet reporting requirements
Permitting the encumbrance of the title by allowing a junior lien to be placed against the property without prior written consent

The indebtedness due is $191,836.20 unpaid principal, and $152.42 unpaid interest, as of December 31, 2002, plus additional interest accruing at the rate of $4.34 per day thereafter, plus any advances to be made by the United States for the protection of its security and interest accruing on any such advances.

Unless full payment of your indebtedness is received and all actions as outlined in the attachment entitled "Tenant Protection Actions" are taken within 30 days of the date of this letter, the United States will take action to foreclose the above described real estate instrument, take possession of any project accounts, suspend any rental assistance, cancel any interest credit, notify tenants that foreclosure will be pursued, and pursue any other available remedies. Project rent rate levels shall not be increased due to loss of subsidies.

The local Servicing Office should be contacted immediately to discuss the steps to take to remedy the deficiencies of the account or pay the loan in full. Payment should be made by cashier's check, certified check, or postal money orders to the order of the USDA, Rural Housing Service at your local Servicing Office. If you do not comply with all requirements to prepay, or do not submit to the United States any payment sufficient to pay the entire indebtedness, or comply with any arrangements agreed to between the Rural Housing Service and yourself, the action or payment WILL NOT CANCEL the effect of this notice. Acceptance of such payment will be subject to agency regulations governing payments in full [and the provisions of the Housing and Community Development Act of 1987. Such provisions normally require restrictive-use covenants be placed in effect at the time of the prepayment.] **Note: The preceding within brackets will be omitted for projects whose loans were made before December 22, 1979, unless less than one year has elapsed since the date the borrower had submitted a request to prepay the loans(s) under the provisions of RD Instruction 1965-E.**

If insufficient payments are received and credited to your account, or payment without tenant displacement protection actions are accepted, no waiver or prejudice of any rights which the United States may have for breach of any promissory note or covenant in the real estate instrument will result, and the Rural Housing Service may proceed as though no such payment had been made.

Page 3
Franconia Associates
Sunrise River

The above described real estate instrument provides that the United States may foreclose without Court action by selling the real estate at public sale after **June 30, 2003.** The Government intends to sell the property in this manner. No further notice is required to be given you concerning this foreclosure.

However, you have the opportunity to have an informal meeting with the decision-maker (the undersigned) and/or an administrative appeal hearing before the foreclosure takes place. This is an opportunity to discuss why you believe the United States is in error in accelerating your account and proceeding with foreclosure. If you request an informal meeting with the decision-maker or have any questions concerning the decision and/or facts used in making our decision, you should contact this office in writing to request a meeting. The request for an informal meeting must be sent to the undersigned no later than **January 15, 2003.** Requests which are postmarked by the US Postal Service on or before that date will be considered as timely received. You also have the right to an administrative appeal hearing with a hearing officer in lieu of, or in addition to, a meeting with this office. If you request an informal meeting with the decision maker, and the meeting does not result in a decision in which you concur, you will be given a separate time frame in which to submit your request for an administrative appeal. See the attachment for your appeal rights.

If you do not wish to have an informal meeting with the decision maker as outlined above, you may request an administrative appeal hearing with a member of the National Appeals Division. The request for an administrative appeal must be sent to the National Appeals Division, Eastern Regional Office, William A. Crutchfield, Sr., Area Supervisor, 8909 Purdue Road, Suite 240, Indianapolis, IN 46268, no later than **January 30, 2003.** Requests which are postmarked by the U.S. Postal Service on or before that date will be considered as timely received. If requesting an administrative appeal, please include a copy of this letter with your request.

In addition to an informal meeting, you have the right to request mediation or other form of Alternative Dispute Resolution (ADR) to resolve the adverse decision. There will be a cost for this service. The request to use mediation or other form of ADR may be made at any time prior to a formal appeal hearing. A request to exercise this option to settle the dispute on the denial will stop the running of the 30-day period you have to request an appeal.

If you request an appeal, and prior to the appeal hearing, decide to request this option, you have waived your right to an appeal hearing until after conclusion of mediation or other ADR; however, you have the right to an appeal hearing within 45 days of the conclusion of mediation or ADR.

If you fail to comply with the requirements outlined herein, the United States plans to proceed with foreclosure.

Page 4
Franconia Associates
Sunrise River

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, handicap, or age (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with the law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

UNITED STATES OF AMERICA

By: Stephen G. Wenzel
Stephen G. Wenzel
State Director
Rural Development,
acting on behalf of the
Rural Housing Service,
(successor in interest to the
Farmers Home Administration)
State of Minnesota
U.S. Department of Agriculture

## TENANT PROTECTION ACTIONS

- Provide the local Servicing Office with a current list of all tenants showing their adjusted incomes. The Servicing Office will:

  (a) Notify tenants that the project is being prepaid;

  (b) Send eligible tenants in the project *"Letters of Priority Entitlement (LOPE)"*, for priority placement in other Rural Housing Service projects.

- Extend all tenant leases for 180 days after the date the accelerated loan was paid off at the same rental rates and terms that were in effect on the day of the acceleration. (If tenant is receiving RA, the tenants' share of the rent will be reflected on the lease.)

- Execute restrictive-use provisions, as appropriate, for incorporation into releases of security instruments to be filed. (If the loan was made prior to December 21, 1979, no restrictive-use provisions will be included in the releases of security instruments, unless less than one year has elapsed since the date the borrower had submitted a request to prepay the loan(s) under the provisions of RD Instruction 1965-E.) (NOTE: Any tenants or applicants for occupancy protected by these restrictions may not have total shelter costs (rent and utilities) raised above 30 percent of adjusted income or current shelter costs, whichever is higher.) If the loan on this project to build or acquire new units was made on or after December 15, 1989, the restrictive-use provisions will remain for the term of the loan.