USDA United States Department of Agriculture

Rural Development

375 Jackson Street
410 Farm Credit Building
St. Paul, Minnesota 55101
Phone: 651-602-7822
FAX: 651-602-7826
TTY: 651-602-7830

RECEIVED JAN 08 2003

*Building the Dream*

January 2, 2003

SUBJECT: Franconia Associates
Notice of Acceleration

TO: Lenee Hoffman, MFH Specialist
Waite Park Area Office

Enclosed are copies of the Notice of Acceleration sent to Franconia Associates and the general partners. Further payments should not be accepted on this account unless the reasons for acceleration are cured or the loan will be paid in full subject to any restrictive-use provisions.

Please notify the tenants using Guide Letter 1965-E-2, E-3, or E-5, modified as appropriate, that the Agency is pursuing foreclosure and that prepayment may occur.

If foreclosure proceeds, we will send further processing instructions after all appeal rights have expired or the appeal is concluded.

for Amy Stensrage

Scott Knutson
Acting MFH Program Director

cc: Rodney Jackson RDM East Central Area

Rural Development is an Equal Opportunity Lender, Provider, and Employer
Complaints of discrimination should be sent to:
USDA, Director, Office of Civil Rights, Washington, D.C. 20250-9410

**Exhibit B**