River Front

USDA United States Department of Agriculture

Rural Development

380 South Garfield Street
Cambridge MN 55008
Phone 763-689-3354 Ext 4
Fax 763-689-2309
TDD 651-602-7830

February 13, 2003

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Franconia Associates
PO Box 236
Taylors Falls MN 55084

George Vitalis
28025 St Croix Trail
Shafer MN 55074

Marge Alden
% Croix Management
PO Box 236
Taylors Falls MN 55084

Subject: Informal Meeting Review

To Whom It May Concern:

We appreciated the opportunity to review the facts relative to the acceleration of your loan account. We regret that we are unable to change our original decision of December 31, 2002. The specific reasons for the acceleration of your loan account can be found in that December 31, 2002 letter. (attached) If you believe that facts used in this case are in error, you may pursue any or all of the following two options.

**Option 1 - Mediation or Alternative Dispute Resolution (ADR)**

You have the right to request mediation, the form of Alternative Dispute Resolution (ADR) authorized by the United States Department of Agriculture for the issues that are available for mediation. The University of Minnesota Extension Service, through its Farmer-Lender Mediation Program will conduct mediations. ***You will have to pay for 50 percent of the cost of mediation.*** Rural Development will pay for the other 50 percent of the cost.

You have 30 days from the date of this letter to request mediation. Once you request mediation, it stops the running of the 30-day period in which you may request an appeal (described in Option 2). If mediation does not result in resolution of these issues, you have the right to continue with a request for an appeal hearing as set forth in Option 2.

USDA Rural Development is an Equal Opportunity Lender, Provider, and Employer.
Complaints of discrimination should be sent to:
USDA, Director, Office of Civil Rights, Washington DC 20250-9410

**Exhibit C**

When mediation is concluded, you will be notified of the result and advised that you must appeal within whatever remains of your original 30 day appeal period if you wish further review of the adverse decision. If you request mediation prior to filing for an appeal, the number of days you will have to request an appeal will be 30 days from the adverse decision minus the number of days you took to request mediation. Mediation does not take the place of, or limit your rights to, an appeal to the National Appeals Division (NAD); however, an NAD appeal hearing would take place after mediation. You may skip the informal meeting and mediation and request an appeal hearing. However, in doing so, you will automatically waive your rights to mediation once an NAD appeal hearing is held.

**If you elect to seek mediation, <u>your written request</u> for this service must be sent to the Farmer-Lender Mediation Program <u>using the coupon-style application</u> in the brochure, "Mediation at the University of Minnesota", which is attached to this letter. You must make your request no later than 30 calendar days from the date of this letter.**

Mediation Program Address

Mary Nell Preisler
Statewide Mediation Coordinator
Farmer-Lender Mediation
1526 170th Avenue
Bejou, MN 56516-9736
Phone: (218) 935-5785

Please send a copy of your request to the Rural Development Alternate Dispute Resolution Coordinator.

Rural Development Address

Bill Slininger
USDA Rural Development
Alternate Dispute Resolution Coordinator
823 Lief Erickson Place
St. Cloud, MN 56301-5987
Phone: (320) 259-8507

**Option 2 – Request an Appeal**

You may request an appeal hearing by the National Appeals Division (NAD) rather than an informal review or mediation. ***There is no cost for an appeal.*** Your request for an appeal must be made no later than 30 days from the date you received the this letter. You must write the Assistant Director, NAD.

NAD Address

Mr. William Crutchfield, Regional Assistant Director
Eastern Regional Office, National Appeals Division
8909 Purdue Road, Suite 240
Indianapolis, Indiana 46268
Phone: (317) 871-3025

Your request for a NAD hearing must state the reasons why you believe the decision is incorrect, be personally signed by you, and must include a copy of this letter.

Please also send a copy of your request to the Rural Development State Appeals Coordinator.

Rural Development Address

Bill Slininger
USDA Rural Development
State Appeals Coordinator
823 Lief Erickson Place
St. Cloud, MN 56301-5987
Phone: (320) 259-8507

You have the right to an appeal hearing within 45 days of the receipt of your request. You or your representative or counsel may contact this office anytime during regular office hours in the 10 days following the receipt of your request for a hearing to examine or copy relevant non-confidential material in your file. Photocopies will be provided to you. Your representative or counsel should have your written authorization to represent you and review your file.

The NAD Hearing Officer will contact you regarding a time and place for the hearing. You may also request a teleconference hearing in lieu of the face-to-face hearing. At any time before the scheduled hearing you may also request that the Hearing Officer make a decision without a hearing. If you do, the Hearing officer's decision will be based on the Rural Development file, any written statements or evidence you may provide and any additional information the Hearing Officer thinks necessary.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, handicap, age (provided that the applicant has the capacity to enter into a binding contract), or because all or part of the applicant's income derives from any public assistance program. Department of Agriculture regulations provide that no agency, officer, or employee of the United States Department of Agriculture shall exclude from participation in, deny the benefits of, or subject to discrimination any person based on race, color, religion, sex, age, disability, or national origin under any program or activity administered by such agency, officer, or employee. The Fair Housing Act prohibits discrimination in real estate-related transactions, or in the terms and conditions of such a transaction, because of race, color, religion, sex, disability, familial status, or national origin. If an applicant or borrower believes he or she has been discriminated against for any other reasons, that person can write the Secretary of Agriculture, Washington, D.C. 20250. Applicants also cannot be denied a loan because the applicant has in good faith exercised his or her right under the consumer Credit Protection Act. If an applicant believes he or she was denied a loan for this reason, the applicant should contact the Federal Trade Commission, Washington, D.C. 20580.

Sincerely,

RODNEY A. JACKSON
Rural Development Manager

Attach: "Mediation at the University of Minnesota"