BOX 236 TAYLORS FALLS MN 55084
651 465-6841 FAX 651 465-3080

**Croix Management Company**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Arthur Garcia | **From:** | MARGE ALDEN |
| **Fax:** | 202 690-3444 | **Pages:** | 1 |
| **Phone:** | 651-465-6841 | **Date:** | April 23, 2002 |
| **Re:** | | **CC:** | |

☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Urgent**

First I want to say how much we appreciated the chance to meet with you on April 15, 2002. I greatly appreciate your willingness to review the Minnesota RD situation and what there actions are doing to my company and me personally.

At the time we met I suggested transferring servicing of all properties I handle in MN to Wisconsin. This originally was a suggestion of your attorney since it is a federal program any state can handle servicing.

Time is of the essence. I am requesting I be allowed to immediately proceed with transferring servicing and/or a moritorium be imposed on MN RD to cease harrassment of owners and halt any change of management until this is resolved.

At the demand of RD by threats to owners I fee manage 515's for I have now lost 66% of my business in Minnesota. If your office doesn't intercede this week, I will loose another 19% by the end of the month. This is a total of 85% of my fee management business.

Thank you in advance for your assistance. I am in my office all day today at 651 465-6841. If I don't hear from you today, I will call you tomorrow to discuss any suggestions you may have or answer any questions.

**Exhibit D**