BOX 236 TAYLORS FALLS, MN 55084
651 465-6841 FAX 651 465-3080

**Croix Management Company**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Arthur Garcia | **From:** | MARGE ALDEN |
| **Fax:** | 202 690-3444 | **Pages:** | 1 |
| **Phone:** | 651-465-6841 | **Date:** | May 28, 2002 |
| **Re:** | | **CC:** | Michael Neruda & Obidiah Baker |

☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ Please Urgent

I know, according to a message left by Wayne Rogers, that your office is investigating the situation with MN RD and that you are aware that there are some serious deficiencies. It has been six weeks since we met and I don't mean to be impatient but I have now lost 85% of my fee management 515 business in Minnesota. Rural Development continues threatening owners with foreclosure if they don't change management and do whatever they want. Since there is no RD hierarchy structure and no one in charge to talk to, the owners are reluctantly reacting to the threats. They see what MN Rural Development staff have done to destroy my business and the harassment that takes place in Minnesota to owners, managers, and the good Rural Development staff that they are frightened.

I requested at our meeting and in my follow up fax and conversations to have servicing of all complexes I manage handled out of the Wisconsin office. The State Director and Multi-housing coordinator in Wisconsin have agreed and all I need is a letter from Washington authorizing the change in servicing offices. This was originally suggested through a Dept of Agriculture attorney. Since this is a federal program servicing can be handled from any state . All I need is written authorization from Washington. This is an immediate remedy until you have time to continue your investigation and resolve the issues.

I have been served papers at the demand of the Duluth office and will have a court appearance in a few days if this can not be resolved. The RD staff demanded an owner take me to court and waste my time and money or they will foreclose on his 515 properties. This situation is very serious. I have tried to work with Washington and have attempted to keep this out of court and out of the press. I have no were else to turn. Please forward authorization to move everything I am involved with to Wisconsin by return fax or tell me who we in Minnesota can turn to for a level playing field. There are a hand full of RD staff in Minnesota that are destroying the program and credibility of the 515 program and have seriously damaged my company.

Thank you in advance for your assistance.

**Exhibit E**