BOX 236 TAYLORS FALLS, MN 55084
651 465-6841 FAX 651 465-3080

**Croix Management Company**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Obidiah Baker | **From:** | MARGE ALDEN |
| **Fax:** | 202 690-3444 | **Pages:** | 2 |
| **Phone:** | 651-465-6841 | **Date:** | May 28, 2002 |
| **Re:** | | **CC:** | |

☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Urgent

Welcome back! I am glad to hear you are back and doing well.

The Minnesota Rural Development situation continues to escalate. Since we last talked they have threatened all 515 owners I manage for with foreclosure and the owners have reluctantly pulled 85% of my Minnesota business. This is very serious.

I am requesting a letter from whoever the appropriate staff person is in your office to allow me to transfer the rest of the properties t o Wisconsin for servicing. Since it is a federal program, I have been assured this is a simple procedure letter. Wisconsin is agreeable. I manage property there and have never had a problem with their customer friendly professional staff.

The Minnesota situation is critical. Your immediate response is appreciated. Thanks, Obe.

Exhibit F