# In The United States Court of Federal Claims

No. 97-381C

(Filed: January 23, 2004)

FRANCONIA ASSOCIATES, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 16, 2004, the court received plaintiff's opposition to motion for leave to supplement record. Plaintiff did not include, however, an index to its attached exhibits. On or before Monday, February 9, 2004, plaintiff shall file an index to its exhibits pursuant to RCFC 5.2(a)(1)(G).

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge