# In The United States Court of Federal Claims

No. 97-381C

(Filed: February 10, 2004)

FRANCONIA ASSOCIATES, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 16, 2004, the court received plaintiff's opposition to motion for leave to supplement record, which did not include an index to its attached exhibits. On January 23, 2004, the court ordered plaintiff to file an index to its exhibits pursuant to RCFC 5.2(a)(1)(G). On February 9, 2004, plaintiff re-filed its appendix to plaintiff's opposition to defendant's motion for leave to supplement the record. The Clerk is hereby directed to strike said filing, document number 206. On or before Friday, February 13, 2004, plaintiff shall file only an index to its exhibits pursuant to RCFC 5.2(a)(1)(G).

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge