**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FRANCONIA ASSOCIATES, a
Limited Partnership, et al.,

Plaintiffs,

**File No. 97-381C**
**Judge Francis M. Allegra**

v.

THE UNITED STATES,

Defendant.

**INDEX OF EXHIBITS TO PLAINTIFFS' OPPOSITION TO MOTION FOR LEAVE TO SUPPLEMENT RECORD**

| | Exhibit |
|---|---|
| Declaration of Marge Alden with the following attached exhibits: | |
| Letters dated December 31, 2002, from the Agency | A |
| USDA Memorandum dated January 2, 2003 | B |
| Letter dated February 13, 2003, from the Agency | C |
| Fax message to the Agency dated April 23, 2002 | D |
| Fax message to the Agency dated May 28, 2002 | E |
| Fax message to the Agency dated May 28, 2002 | F |

Dated: February 12, 2004

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

Mark J. Blando, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Telecopy: (612) 766-1600

M2:20602124.01