# In The United States Court of Federal Claims

No. 97-381C

(Filed: March 4, 2004)

---

FRANCONIA ASSOCIATES, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

During trial, the parties relied upon wall chart sized demonstrative exhibits. It has come to the court's attention that these demonstrative exhibits were not retained by the court. On or before March 26, 2004, the parties shall submit these demonstrative exhibits directly to chambers.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge