# In The United States Court of Federal Claims

No. 97-381C

(Filed: March 5, 2004)

FRANCONIA ASSOCIATES, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 4, 2003, defendant filed a corrected motion for leave to supplement the record in this case based on post-trial events. On January 15, 2004, plaintiffs filed their response to defendant's corrected motion for leave to supplement the record in this case based on post-trial events and on January 22, 2004, defendant filed its reply to plaintiffs' response. Based on these filings, the court is of the view that the record should be supplemented with the information defendant has identified. To avoid any problems, the parties are hereby ordered to attempt to enter into a stipulation that incorporates the cited information. On or before April 2, 2004, the parties shall file said stipulation. In the event that the parties cannot agree regarding this stipulation, the court will admit the information in the form it deems appropriate.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge