**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCONIA ASSOCIATES,<br>a Limited Partnership, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | File No. 97-381C<br>(Judge Allegra) |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs Franconia Associates, L.P., *et al.*, hereby request, pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, an extension of four (4) business days within which to file the stipulation referenced by the Court in its March 5, 2004 Order. The stipulation currently is due on April 23, 2004. By this motion, plaintiffs request that the deadline for filing the stipulation be extended up to and including April 29, 2004. This is plaintiffs' third request for an enlargement of time for this purpose, as plaintiffs previously requested and were granted an extension of two weeks and then one week within which to file the stipulation. Plaintiffs have informed counsel for the United States of their intention to seek this enlargement of time and the United States does not object to or intend to oppose plaintiffs' motion.

Counsel for plaintiffs continue to work diligently in an effort to complete and file the stipulation ordered by the Court and have engaged in continuing discussions with opposing counsel in an effort to develop the terms of the stipulation. However, plaintiffs have found that the parties need additional time to coordinate and negotiate the terms of the document.

Plaintiffs' ability to complete these discussions and prepare the stipulation has also been hampered by significant commitments in other pending matters. Counsel for plaintiffs are currently involved in a bid protest involving a $100 million contract titled *Protest of General Security Services Corp.*, B-293818 (GAO). In addition, plaintiffs' counsel are litigating several related cases, including *Grass Valley Terrace v. United States*, No. 98-726C (Fed. Cl.) (depositions scheduled through the weeks of April 19 and April 26) and *Chancellor Manor, et al. v. United States*, No. 02-5066 (Fed. Cir.) (discovery pending). Counsel also have a number of deadlines and commitments in other cases at this time, including *PEC Solutions, Inc. v. NCS Pearson, Inc.*, No. 03-5214 (D. Minn.) (discovery pending) and *BP Chemicals Limited vs. Yankuang Group Boyang Foreign Economic & Trade Co., Ltd.*, No. CV03-8167 (C.D. Cal.) (complex international trade secrets case being handled on an expedited basis); as well as numerous transactional matters, potential bid protests, and administrative proceedings.

For the reasons set forth above, plaintiffs respectfully request that the Court grant their Unopposed Motion for Enlargement of Time for good cause shown and extend the deadline for filing their opposition to defendant's motion to dismiss by four business days up to and including April 29, 2004.

Dated: April 23, 2004

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

Mark J. Blando, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Telecopy: (612) 766-1600

M2:20618770.02