# In The United States Court of Federal Claims

No. 97-381C

(Filed: May 14, 2004)

FRANCONIA ASSOCIATES, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference will be held in this case at 2:00 p.m. (EST), on Monday, May 24, 2004. The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge