# In The United States Court of Federal Claims

No. 97-381C

(Filed: May 21, 2004)

---

FRANCONIA ASSOCIATES, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Per plaintiffs' request, the status conference in this matter previously scheduled to be held by telephone on Monday, May 24, 2004, at 2:00 p.m. (EST), instead will be held in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge