# In The United States Court of Federal Claims

No. 97-381C

(Filed: May 24, 2004)

FRANCONIA ASSOCIATES, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On May 24, 2004, a status conference was held in this matter regarding the stipulation requested by the court in its March 5, 2004, order. As a result of the discussions held at the status conference, the court has determined that it will treat as part of the trial record herein the declaration of Jackie J. Morris and the documents attached thereto, which accompanied defendant's December 4, 2003, motion to supplement the record based on post-trial events. On or before June 18, 2004, plaintiff may file a counter-declaration of fact as discussed at the status conference.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge