**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Franconia Associates, a
Limited Partnership, et al.,

Plaintiffs,

v.

United States,

Defendant.

**Case No. 97-381C, and consolidated cases, Nos. 97-381-1C through 97-381-30C (Judge Francis M. Allegra)**

**NOTICE OF CHANGE OF ADDRESS**

As the Attorney of Record for the plaintiffs in each of the above-captioned consolidated cases, Jeff H. Eckland hereby notifies the Court, pursuant to Rule 83.1(c)(3) of the Rules of the United States Court of Federal Claims, of the following change of address:

Jeff H. Eckland
Eckland & Blando
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Phone: 612-305-4440
Fax: 612-305-4439
E-mail: EcklandAndBlando@aol.com.

Dated: August 11, 2004

**Filed Electronically**

**s/Jeff H. Eckland**

Mark J. Blando, Of Counsel
ECKLAND & BLANDO
700 Lumber Exchange
10 South Fifth Street
Minneapolis MN 55402
612-305-4440