**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| FRANCONIA ASSOCIATES,<br>a Limited Partnership, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | File Nos. 97-381C & 97-3812C<br>Through 97-38129C<br><br>Judge Francis M. Allegra<br><br>**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE STATUS REPORT PROPOSING JUDGMENT AMOUNTS** |

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, plaintiffs Franconia Associates L.P., et al. and defendant the United States hereby jointly move for an extension of four days, to and including October 29, 2004, within which to file a status report pursuant to the Court's Order and Opinion of August 30, 2004, proposing the amount of judgment that should be entered in each of the consolidated cases herein.

The status report is presently due on October 25, 2004. This is the parties' second request for an enlargement of time for this purpose, the Court having previously granted the parties an enlargement of time of six business days (ten calendar days) for this purpose. The parties do not anticipate that any of the remaining scheduled filing dates set forth in the Court's August 30, 2004 Order will need to be modified. All parties consent to the filing of this motion, which is being filed electronically.

The parties continue to work diligently on adjusting damage models to conform to the directives contained in the Court's Order and Opinion of August 30, 2004. The parties also continue discussing various damage calculations, and appear quite close to agreeing on many proposed judgment amounts. Many of the areas where the parties have not yet reached agreement appear to be the result, at least in part, of computational errors by one or both of the parties, and the parties are working to resolve their remaining disagreements as to the proper

calculation of damages for each property. The parties agree that the additional time of four days will enable them to coordinate the terms of the status report and complete their filing in a thorough and effective manner.

For the reasons set forth above, the parties respectfully request that the Court grant their Joint Motion for Enlargement of Time for good cause shown and extend the deadline for the filing of a status report, proposing the amount of judgment that should be entered in each of the consolidated cases herein, by four days, to and including October 29, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: October 25, 2004

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 305-4440
Facsimile: (612) 305-4439

*Attorneys for Plaintiffs*

Dated: October 25, 2004

**Filed Electronically**

**With the consent of the Attorney**

**For Plaintiffs**