**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FRANCONIA ASSOCIATES,
a Limited Partnership, *et al*.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

**Case Nos. 97-381C and 97-381-1C through 97-381-30C (Judge Francis M. Allegra)**

## JOINT STATUS REPORT

Pursuant to the Court's Order and Opinion of August 30, 2004, plaintiffs Franconia Associates L.P., et al. and defendant the United States hereby jointly submit this Joint Status Report. In that Order, the Court directed the parties to file a status report proposing the amount of judgment that should be entered in each of these consolidated cases in accordance with the Court's ruling. Pursuant to the Court's Orders of October 24 and 27, 2004, the current filing date for said status report is October, 29, 2004. At the Court's direction, the parties have assumed for purposes of determining the amount of damages for each property that the judgments would be entered on November 1, 2004.

The parties are pleased to report that they have reached agreement on the amounts to enter in judgments that are based upon the Court's August 30, 2004 decision, for each of the properties at issue. The agreed amounts are listed below.[1]

[1] Pursuant to the Court's Order of August 30, 2004, this list does not include proposed judgment amounts regarding the following consolidated cases: Dublin Plaza, Inc. (No. 97-3811); Eastwood Apartments (No. 97-3812); Fox Ridge Phase II (No. 97-3814); Scenic Valley Associates (No. 97-38124); and Valley Associates (No. 97-38128).

| Case No. | Plaintiff | Property | Amount |
|---|---|---|---|
| 97-381 | Franconia Associates | Riverfront | $444,700 |
| | | Sunrise River | $284,261 |
| 97-3813 | Evergreen Manor Associates | Evergreen Manor of Waukee I & II | $169,870 |
| 97-3815 | Marilyn Graham | Casa Grande I | $537,337 |
| | | Casa Grande II | $588,731 |
| | | Rancho Verde | $247,625 |
| 97-3816 | Greenway of Altoona Associates, Phase I | Greenway of Altoona I | $150,987 |
| 97-3817 | Greenway of Altoona Associates, Phase II | Greenway of Altoona II | $482,069 |
| 97-3818 | Greenway of Newton Associates, Phase I | Greenway of Newton I | $1,067,326 |
| 97-3819 | David A. Hodges, Sr.; David A. Hodges, Sr. and Joanne M. Hodges | Beechwood | $676,354* |
| | | Deer Run | $489,957* |
| | | Pine Tree Lane | $618,662 |
| 97-38110 | Phoebe J. Perri | Palmyra Park I | $375,883 |
| | | Palmyra Park II | $179,517 |

* In its decision of August 30, 2004, the Court held that the conversion periods for the following four properties should be extended to six months: Pine Needle, Palmyra I, Palmyra II, and Fall River Meadows I. The parties have determined that the damages analyses introduced at trial for three other properties, though not specifically identified by the Court, also had assumed conversion periods of less than six months: Beechwood, Deer Run, and Prairie Village of Parkersburg. Accordingly, the amounts set forth above for these three additional properties incorporate an extended conversion period of six months, resulting in a reduction of the judgment amount for each of these properties.

| | | | |
|---|---|---|---|
| 97-38111 | Pine Needle Apartments | Pine Needle | $1,047,472 |
| 97-38112 | Prairie Village of Adel Associates | PV of Adel | $516,535 |
| 97-38113 | Prairie Village of Altoona Associates | PV of Altoona I & II | $287,770 |
| 97-38114 | Prairie Village of Grimes Associates | PV of Grimes I & II | $68,184 |
| 97-38115 | Prairie Village of Huxley Associates | PV of Huxley I & II | $88,636 |
| 97-38116 | Prairie Village of LaPorte City Associates | PV of LaPorte City I | $887,428 |
| | | PV of LaPorte City II | $224,858 |
| 97-38117 | Prairie Village of Parkersburg Associates | PV of Parkersburg | $793,924* |
| 97-38118 | Prairie Village of Slater Associates | PV of Slater I & II | $82,319 |
| 97-38119 | Prairie Village of State Center Associates | PV of State Center | $119,020 |
| 97-38120 | R.C. Getty Apartments | RC Getty | $307,744 |
| 97-38121 | R.C. Mo Apartments | RC Mo | $491,869 |
| 97-38122 | R.C. Pierre Apartments | RC Pierre | $857,774 |
| 97-38123 | R.C. Springs Apartments | RC Springs | $385,384 |
| 97-38125 | Timberbrook Properties | Timberbrook | $469,098 |
| 97-38126 | Tucker Properties | Valley View Village | $278,248 |
| 97-38127 | Tucker Properties II | Dogwood Glen | $30,262 |
| 97-38129 | Brian E. Wells | Fall River I | $285,857 |

Pursuant to the terms of the Court's Order of August 30, 2004, the parties' submission of these proposed judgment amounts does not constitute a stipulation to the entry of any judgment, and the parties reserve their right to appeal or otherwise seek relief from any judgment that may be entered herein.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: October 29, 2004

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 305-4440
Facsimile: (612) 305-4439

*Attorneys for Plaintiffs*

Dated: October 29, 2004

**Filed Electronically**

**With the consent of the Attorney**

**For Defendant.**