**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCONIA ASSOCIATES, a Limited Partnership, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Nos. 97-381C & 97-3812C<br>(Judge Allegra)<br><br>**DECLARATION OF ROBERT BAKER IN SUPPORT OF PLAINTIFF EASTWOOD APARTMENT'S MOTION FOR LEAVE TO SUPPLEMENT RECORD** |

**DECLARATION OF ROBERT BAKER**

I, Robert M. Baker, declare as follows:

1. I am a partner of Eastwood Partners, L.P. ("Eastwood"), named as plaintiff No. 2 in the above-captioned action. I make this Declaration in support of Eastwood Apartment's Motion For Leave To Supplement Record. All facts asserted herein are based upon my personal knowledge.

2. The remaining partners of Eastwood are Gerald Baker and John Baker. I testified on behalf of Eastwood at the trial of this matter held during June 2003 in Des Moines, Iowa.

3. I recall many discussions held among myself and my two partners and the FmHA regarding our contractual right to prepay the Agency's mortgage loan on Eastwood. Without this right, there would have been no purpose and no incentive to enter into this long-term contract (with a period of 50 years). It was our understanding that the partnership not only was entitled to prepay, but was expected to refinance the project at some point before the end of the mortgage term. Indeed, we fully intended to do so. That is why we ultimately decided to join this civil action.

4. Since the Court's August 30, 2004 decision in this matter, the partners of Eastwood have made yet another series of attempts to locate documents. As a result of that effort, I have located financial statements from the period time in question and have received a letter testifying to my ability to obtain conventional financing.

5. The documents include: (1) an IRA statement of Robert Baker, from January 2000, (2) a statement of stock holdings for Robert Baker from early 2000, (3) a financial statement of Robert Baker from March 1999, and (4) a letter from Bill Pasek of B.P. Financial, LLC indicating that he would have arranged financing for me to prepay the FmHA mortgage in January 2000. True and correct copies of these documents are attached here to as Exhibits A to D, respectively.

6. The partnership originally requested to prepay the FmHA mortgage in 1995, before the twenty-year anniversary date. IV/867; PX 96. The agency denied the request. PX 97. If allowed to prepay at that time, we planned to convert the property to a conventional market-rent property. IV/867.

7. The twenty year anniversary date for the Eastwood Apartments arrived in January 25, 2000. In advance of that date, I again requested permission to prepay the mortgage. PX 99. As I stated at trial, the partnership was ready and willing to prepay the mortgage on the twenty-year anniversary date and made every effort to do so. IV/867-68; PX 99. However, the agency denied the request, preventing the partnership from carrying out its long-standing plans to prepay, exit the program, and begin charging market rents at the property. *See* PX 101, 103.

8. The outstanding FmHA mortgage balance on the property as of January 2000 was $679,073. PX 104, p.9. An independent audit from the previous year set the value of the property and equipment at $1,197,008. PX 109. The resulting equity of over $500,000

the property and equipment at $1,197,008. PX 109. The resulting equity of over $500,000 would be sufficient to secure a conventional loan to pay off the remaining FmHA mortgage balance.

9. Even without considering any value in the property itself, I was able to pay off the FmHA mortgage on my own in January 2000. My IRA account was valued at $455,712.92 in January 2000. Ex. A. In January, 2000, I owned 2,257 shares of Exxon – Mobil Stock which were worth $178,021. *See* Ex. B. These two sources alone total $582,963.92. In addition, I have always maintained an impeccable financial history. My savings balance in March 1999, shortly before the anniversary date, was $127,251.91. Ex. C. As these statements indicate, I was able to pay off both my share and my partners' share of the FmHA mortgage with my own finances.

10. I also know, based on the goodwill established from previous business relationships, that I could have obtained funding to prepay the mortgage. In fact, Bill Pasek of B.P. Financial, LLC indicated that he would have arranged for financing for the partnership to prepay the FmHA mortgage based his prior business experience with me, his review of the project's financial statements, his knowledge of my financial assets, and his knowledge of the Mexico, Missouri area where Eastwood is located. Ex. D.

11. Thus, the partnership had the financial ability to prepay its FmHA mortgage in January 2000 and, without a doubt, would have done so at that time had the agency not prevented it from doing so. As a result of the agency's refusal to let the partnership prepay, we are stranded in the Section 515 program with no means of escape and are suffering substantial damages with each passing year.

I declare under penalty of perjury that the foregoing is true and correct. Executed on Oct 13, 2004 in Edmond, OK.

Robert Baker

Robert Baker

# EXHIBIT A

SALOMON SMITH BARNEY

A member of citigroup



Ref: 00000896 00018262

# Select Client IRA Statement
January 1 - January 30, 2000

*604A0004863423000000896 300028AA01 SELFL010A*
*ROBERT M BAKER*
*SSB IRA CUSTODIAN*
*2401 SOUTH BEND*
*EDMOND OK* 73034-7972

**SALOMON SMITH BARNEY INC.**
*Your Financial Consultant*

***Account number 604-63423-14 048***

JUDY COLONNESE
1 LEADERSHIP SQUARE
211 NORTH ROBINSON
OKLAHOMA CY OK 73102
405-232-9181

Select Service Center:1-800-423-7248
Branch: 800-444-9181

## Account value

| | Last period | This period | % |
|---|---|---|---|
| Cash balance | $ 0.00 | **$ 8.00** | |
| Money funds | 49,110.92 | **44,233.24** | 9.71 |
| Accrued money fund dividends | 27.83 | **86.09** | .02 |
| Common stocks & options | 423,080.04 | **409,107.73** | 89.77 |
| Mutual funds | 2,323.11 | **2,277.86** | .50 |
| **Net value** | **$ 474,541.90** | **$ 455,712.92** | **100** |

Fair Market Value 12/31/99 **$ 474,541.90**

## Earnings summary

| | This period | This year |
|---|---|---|
| Dividends | $ 165.00 | $ 165.00 |
| Money funds earnings | 132.51 | 132.51 |
| **Total** | **$ 297.51** | **$ 297.51** |

## Gain/loss summary

| | This period | This year |
|---|---|---|
| Unrealized gain or (loss) | $ 51,618.88 | *Not applicable* |

Baker Decl. Ex. A

# EXHIBIT B

ExxonMobil

Please Detach and Retain

POST OFFICE BOX 8033
BOSTON, MA 02266-8033

Check No. 12645850

Acct No. 2227-3535
Tax ID No. 48-8383726

Current Net Dividend
$63.80

Year to Date Net Dividend
$255.20

| Record Date | Payable Date | Rate Per Share | Number of Shares | Gross Dividend Paid | Tax Withheld |
|---|---|---|---|---|---|
| 02/11/00 | 03/10/00 | 0.440 | 145 | 63.80 | 0.00 |
| 05/15/00 | 06/10/00 | 0.440 | 145 | 63.80 | 0.00 |
| 08/14/00 | 09/11/00 | 0.440 | 145 | 63.80 | 0.00 |
| 11/13/00 | 12/11/00 | 0.440 | 145 | 63.80 | 0.00 |
| | | | Year to Date | 255.20 | 0.00 |

Internet Account Online Access: For first time users, your initial password to access your account online is: 91483744

ExxonMobil

Please Detach and Retain

POST OFFICE BOX 8033
BOSTON, MA 02266-8033

Check No. 12645840

Acct No. 2227-3524
Tax ID No. 73-1299408

Current Net Dividend
$929.28

Year to Date Net Dividend
$3,717.12

| Record Date | Payable Date | Rate Per Share | Number of Shares | Gross Dividend Paid | Tax Withheld |
|---|---|---|---|---|---|
| 02/11/00 | 03/10/00 | 0.440 | 2,112 | 929.28 | 0.00 |
| 05/15/00 | 06/10/00 | 0.440 | 2,112 | 929.28 | 0.00 |
| 08/14/00 | 09/11/00 | 0.440 | 2,112 | 929.28 | 0.00 |
| 11/13/00 | 12/11/00 | 0.440 | 2,112 | 929.28 | 0.00 |
| | | | Year to Date | 3,717.12 | 0.00 |

Internet Account Online Access: For first time users, your initial

Baker Decl. Ex. B

# EXHIBIT C

NationsBank

H

NationsBank, N.A.
MO1-800-17-09
P.O. Box 790251
St. Louis, MO 63179-0251

Page 1 of 2
Statement Period
02-23-99 through 03-19-99
Number of checks enclosed: 3
B 15 0 C 15
0003186

Account Number: 0617 6979 4283

MAURLEEN L BAKER
OR ROBERT M BAKER CO TRUSTEES
OF MAURLEEN L BAKER TRUST DTD 10-1-92
2401 SOUTHBEND RD
EDMOND, OK 73034-7972

See Back for Change of Address

## Customer Service Information

For additional information or service, you may call:
1-800-944-0404 Customer Service
1-800-688-6086 En Español
1-800-288-4408 TDD Hearing Impaired

Or you may write to:
NationsBank, N.A.
P.O. Box 798
Wichita, KS 67201

## Money Market Savings

MAURLEEN L BAKER OR ROBERT M BAKER CO TRUSTEES
OF MAURLEEN L BAKER TRUST DTD 10-1-92

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 0617 6979 4283 |
| Beginning Balance on 02-23-99 | $ | 9,594.78 |
| Deposits and Other Additions | + | 133,216.63 |
| Checks Posted | - | 12,000.00 |
| Other Subtractions | - | 3,559.50 |
| Ending Balance on 03-19-99 | $ | 127,251.91 |

*Annual Percentage Yield Earned this Statement Period: 4.24%*
*Interest Paid Year to Date: $389.21*

You said it's important and we listened! You said it's not convenient for you to bring your deposits to the bank by 2p.m., so beginning March 30, 1999, all deposits received in the banking center up until 4p.m. will count in that day's business. We hope this change will make banking with NationsBank even more convenient!

## Money Market Savings Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 02-23 | 124,367.78 + ASB | 133,962.56 | Counter Credit |
| 02-23 | 100.00- | 133,862.56 | Overdraft Protection To 00061564003268 |
| 02-24 | 2,000.00- | 131,862.56 | Check 284 |
| 03-03 | 729.75- | 131,132.81 | Bancoklahoma Mrg Des=debits ID=0000836222 Eff Date: 990303 |
| 03-03 | 10,000.00- | 121,132.81 | Check 285 |

Baker Decl. Ex C

# EXHIBIT D

B.P. FINANCIAL, LLC
6017 Belleview Avenue
Kansas City, Missouri 64113-1314
(816) 361-1405
(816) 361-1405 (fax)

October 13, 2004

Mr. Robert M. Baker
2401 Southbend Road
Edmond, OK 73034

Dear Bob:

I enjoyed speaking with you Sunday evening about FmHA project, Eastwood Apartments. I want you to know that I certainly would have been able to assist you in obtaining a conventional loan in an amount sufficient to pay off your FmHA loan in January 2000, and gladly would have done so at that time.

Based on the information you provided, an outstanding mortgage balance of $679,073 would have been well within acceptable loan-to-value lending industry guidelines of 70% of estimated market value. My review of the project's financials, together with my knowledge of the Mexico, Missouri area, also leads me to conclude that your plans in January 2000 to pay off your FmHA loan and to convert the property to a market-rent property would have been successful and would have produced sufficient cash flow to service the debt. My company would certainly have been in a position to fund a loan request on the property.

I should add that you and I have had a personal as well as business relationship for the past thirty years. We have engaged in more than one successful business venture during that time, including our joint ownership in Winterset State Bank from 1989 to 1999. I would not have hesitated to finance the Eastwood Apartment project. Although it goes without saying, I am well aware of your personal financial position. I am also aware of the numerous investments you had going during the January 2000 time period. We both know that you had the financial wherewithal at the time to satisfy the entire loan balance of $679,073 from your own funds had you so desired.

I hope that this information is helpful to you. Please let me know if there is anything else I can do for you.

Very truly yours,

Bill J. Pasek

Bill J. Pasek

Baker Decl. Ex D