**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCONIA ASSOCIATES, a Limited Partnership, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | Case Nos. 97-381C & 97-3814C (Judge Allegra) **DECLARATION OF RONALD POWERS IN SUPPORT OF PLAINTIFF FOX RIDGE II'S MOTION FOR LEAVE TO SUPPLEMENT RECORD** |

**DECLARATION OF RONALD POWERS**

I, Ronald E. Powers, declare as follows:

1. I am an original partner of Fox Ridge Phase II L.P. ("Fox Ridge II"), named as plaintiff No. 4 in the above-captioned action. I make this Declaration in support of Plaintiff fox Ridge II's Motion For Leave To Supplement Record. All facts asserted herein are based upon my personal knowledge.

2. The remaining original partners of Fox Ridge II are Thomas Powers and Theresa Tucker. I testified on behalf of Fox Ridge II at the trial of this matter held during June 2003 in Des Moines, Iowa.

3. I recall many discussions held among myself and my two partners and the FmHA regarding our contractual right to prepay the Agency's mortgage loan on Fox Ridge II. We confirmed that the contract for Fox Ridge II included the prepayment right. *See also* V/1165. Without this right, there would have been no purpose and no incentive to enter into this long-term contract (with a period of 50 years). Our partnership fully intended to prepay and

refinance the project at some point before the end of the mortgage term. That is why we ultimately decided to join this civil action.

4. Since the Court's August 30, 2004 decision in this matter, the partners of Eastwood have made yet another series of attempts to locate documents. As a result of that effort, I have located financial statements which set forth the financial positions of the partners for the time period in question. True and correct copies of these documents are attached as Exhibits A and B.

5. The partnership first requested permission to prepay the FmHA mortgage without restriction in 1992 in accord with our contractual right to prepay. V/1167. If allowed, we planned to convert the property to a conventional type property. Our FmHA representative, Robert Bragg, told me it was out of the question. *Id.* I believed him and dropped the matter.

6. In 1998, I wrote to Rural Development and again requesting to prepay the mortgage on Fox Ridge II. PX 690. As I stated at trial, I was ready and willing to prepay the mortgage at that time and made every effort to do so. V/1167-68. However, the agency denied the partnership's request again. Thus, on May 30, 1997, I initiated this action for breach of contract.

7. As part of my efforts to prepay in 1992 and again in 1997, I went to my bank, Wachovia Bank, N.A., to ensure that I would be able to obtain a conventional loan to pay off the FmHA mortgage on Fox Ridge. Both times, I was informed by Sandra Q. Williams, a financial manager at Wachovia (formerly Signet Bank) that the bank would issue me a loan in a sufficient amount to pay off my FmHA mortgage balance. In addition, based on my longstanding relationship with the bank, prior loans I have taken out from the bank, and my financial position at the time, there is no doubt that the bank would have made the loan.

8. In addition, the outstanding FmHA mortgage balance in July 1992 was $1,020,259. PX 693, p.10. As the attached financial records indicate, the partners of Fox Ridge II had $905,519 in personal assets alone as of November 1993. Ex. A.

9. The balance of the mortgage loan held by Fox Ridge II in June 1997 was $904,957. PX 693, p.10. An independent audit for 1997 set the value of the building at that time at $1,279,558 for 1997. PX 698, p.6. In addition, the total value of the building and land in March 2001, as a market rent property, was $1.7 million. *See* PX 700, p.13. Thus the value in the property surpassed the outstanding FmHA mortgage balance by $400,000 to $700,000 – enough equity to ensure that we could obtain a conventional mortgage sufficient to pay off the FmHA's outstanding mortgage.

10. Further, the financial documents we have located clearly show that the partnership had the ability to prepay the FmHA's mortgage loan, wholly apart from the reserve funds and equity in the property, from the personal assets of its partners. As stated above, the balance of the mortgage loan held by Fox Ridge II in June 1997 was $904,957. PX 693, p.10. The mortgage balance would have further decreased by September 1998. The attached records demonstrate that partners had a net worth of $1,523,072 in Nov. 1998. *See* Ex. B, p.2. Thus, the partners had more than enough funds to pay off the FmHA mortgage from their own personal finances.

11. Thus, the partnership had the financial ability to prepay its FmHA mortgage in both 1992 and 1998 and, without a doubt, would have done so had the agency not prevented it. As a result of the agency's refusal to let the partnership prepay, we have suffered substantial damages that increase with each passing year.

I declare under penalty of perjury that the foregoing is true and correct. Executed on OCT 13, 2004 in PULASKI, VA.

RONALD POWERS

Ronald Powers

# EXHIBIT A

LEGG MASON

Legg Mason Wood Walker, Incorporated
222 First Street, P.O. Box 3666, Radford, VA 24143 • 3666
703 • 639 • 9395 800 • 533 • 1117

Member New York Stock Exchange, Inc./Member SIPC

POWERS FAMILY

| | | | 3/8/95 Value | 7/10/95 Value |
|---|---|---|---|---|
| Tom | - | Legg Mason Account | $ 77,724.61 | $ 80,476.76 |
| | | Franklin Valuemark | 132,025.40 | 145,172.94 |
| | | IRA | 20,776.01 | 22,410.23 |
| | | Total | $230,526.07 | $248,059.93 |
| Anna | - | Legg Mason Account | $ 87,489.01 | $ 91,936.67 |
| | | Polaris | 141,000.52 | 159,388.96 |
| | | Total | $228,489.53 | $251,325.63 |
| Ronnie | - | Legg Mason Account | $258,017.55 | $272,882.27 |
| Terri | - | Legg Mason Account | $151,066.95 | $168,267.88 |
| | | IRA | 20,867.15 | 22,665.83 |
| | | | $171,934.10 | $190,933.71 |
| | | Total | $888,967.20 | $963,201.54 |
| Withdrawals: | | | | |
| Ronnie | | | $ 25,000.00 | $ 33,500.00 |
| Terri | | | 10,000.00 | 10,000.00 |
| Anna | | | 5,000.00 | 5,000.00 |
| | | | $ 40,000.00 | $ 48,500.00 |
| | | Subtotal | $928,967.20 | $1,011,701.50 |
| | | Value 11/93 | 905,519.00 | 905,519.00 |
| | | Total Return | $ 23,448.20 | $ 106,182.50 |

Dated: July 11, 1995

LEGG MASON WOOD WALKER, INC.

Gary L. Tibbs

George A. Williams, Jr.

Powers Decl. Ex A

# EXHIBIT B

# LEGG MASON WOOD WALKER, INC.

## POWERS FAMILY

Portfolio Review as of March 20, 2002

| | 12/03/97 | 11/18/98 | 10/20/99 | 7/28/00 | 2/08/01 | 3/20/02 |
|---|---|---|---|---|---|---|
| Thomas G. Powers | | | | | | |
| Account # 327-00744 | | | | | | |
| Legg Mason Account | $ 52,995 | $ 43,029 | $ 39,495 | $ 44,703 | $ 50,788 | $ 55,382 |
| MFS Regatta | 198,505 | 210,151 | 218,713 | 265,654 | 237,825 | 198,935 |
| AIG Life Gallery | 44,278 | 51,187 | 59,218 | 70,258 | 65,350 | 55,974 |
| G E Capital | 12,860 | 29,485 | 35,239 | 42,030 | 37,512 | 32,094 |
| Account # 327-70114 | | | | | | |
| Rollover IRA | 25,487 | 27,696 | 28,455 | 32,035 | 27,402 | 23,069 |
| *Subtotals* | $ 334,125 | $ 361,548 | $ 381,119 | $ 454,68 | $ 418,877 | $365,454 |
| Anna T. Powers | | | | | | |
| Account # 327-00354 | | | | | | |
| Legg Mason Account | $ 81,792 | $ 74,055 | $ 68,263 | $ 65,013 | $ 69,134 | $ 64,072 |
| Ohio National | 236,112 | 260,633 | 282,791 | 331,964 | 303,222 | 270,154 |
| G E Capital | 27,039 | 45,301 | 54,142 | 64,567 | 57,655 | 49,380 |
| *Subtotals* | $ 344,943 | $ 379,989 | $ 405,196 | $ 461,544 | $ 430,011 | $383,606 |
| Teresa A. Powers | | | | | | |
| Account # 327-01144 | | | | | | |
| Mgd Invt Portfolio | $289,295 | $429,540 | $733,643 | $593,582 | $597,146 | $477,840 |
| Account # 327-71245 | | | | | | |
| Roth IRA | 49,100 | 56,067 | 71,147 | 98,124 | 83,136 | 67,406 |
| *Subtotals* | $338,395 | $485,607 | $804,790 | $691,706 | $680,282 | $545,246 |

Powers Decl. Ex. B Page 1

| Ronald E. Powers | 12/03/97 | 11/18/98 | 10/20/99 | 7/28/00 | 02/08/01 | 03/20/02 |
|---|---|---|---|---|---|---|
| Account # 327-00467 | | | | | | |
| Mgd Invt Portfolio | $ 282,830 | $295,928 | $298,534 | $282,259 | $279,165 | $ 261,038 |
| ***Totals*** | $1,300,293 | $1,523,072 | $1,889,639 | $1,890,189 | $1,808,335 | $1,555,344 |

## CUMULATIVE

| | | |
|---|---|---|
| Deposits: | Teresa A. Powers | $121,919 |
| Withdrawals: | Ronald E. Powers | $149,100 |
| | Teresa A. Powers | 155,000 |
| | Anna T. Powers | 25,000 |
| | Thomas G. Powers | 4,200 |
| | | $333,300 |

## SUMMARY

| | |
|---|---|
| Value 11/93 | $ 905,519 |
| Value 2/20/01 | 1,555,344 |
| Increase in Market Value | 649,825 |
| Add: Withdrawals | 333,300 |
| Less: Deposits | 121,919 |
| Total Return | $861,206 |

Dated: March 21, 2002

George A. Williams, Jr.
Senior Vice President - Investments

Gary L. Tibbs
Financial Advisor

*The forgoing information was prepared from sources believed to be reliable but is not guaranteed as to accuracy. It should be carefully reviewed and compared with you Legg Mason monthly statements. Any questions should be referred to your Investment Executive or the Branch Manager.*

Powers Decl. Ex B Page 2