**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCONIA ASSOCIATES,<br>a Limited Partnership, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Nos. 97-381C & 97-38128C<br>(Judge Francis M. Allegra)<br><br>**DECLARATION OF MARGE ALDEN IN SUPPORT OF PLAINTIFF VALLEY ASSOCIATES' MOTION FOR LEAVE TO SUPPLEMENT RECORD** |

**DECLARATION OF MARGE ALDEN**

I, Marge Alden, declare as follows:

1. During all relevant times herein, I was the managing agent for Valley Associates, a Minnesota Partnership ("Valley Associates"), named as plaintiff No. 30 in the above-captioned action. This partnership owns the Rolling Hills Apartments. I make this Declaration in support of Plaintiff Valley Associates Motion For Leave To Supplement Record. All facts asserted herein are based upon my personal knowledge.

2. Prior to the trial of this matter, the current partners of Valley Associates were Messrs. George Vitalis and Dale Sauer. Mr. George Vitalis (now deceased) testified on behalf of Rolling Hills at trial, held during June 2003, in Des Moines, Iowa.

3. I recall discussions held among myself, the partners, and the FmHA regarding the partnership's contractual right to prepay the mortgage loan on Rolling Hills. Without this right, there would have been no purpose and no incentive to enter into this long-term contract (with a period of 50 years). It was our understanding that the partnership not only was entitled to prepay, but was expected to refinance the project at some point before the end of

the mortgage term. Indeed, the partnership fully intended to do so. That is why the partnership joined this civil action.

4. Since the Court's August 30, 2004 order in this matter, Mr. Sauer and I have made yet another series of attempts to locate documents. I recently have obtained from the First National Bank of North Branch, formerly known as Community Bank North Branch, documents regarding the partnership's ability to prepay the FmHA mortgage on Rolling Hills. These documents include:

(a) A financial statement of Mr. Dale Sauer as of 6/30/92 (Exhibit A);

(b) A financial statement of Mr. George Vitalis as of 12/31/1990 (Exhibit B).

These documents are fully consistent with Mr. Vitalis' testimony at trial.

5. These newly discovered documents were not in my possession, nor in the possession of Mr. Vitalis or Mr. Sauer, before now. The partnership submitted all Rolling Hills and financial documents that were within its custody or control during discovery and before trial.

6. The outstanding FmHA mortgage balance as of June 1992, the partnership's intended prepayment date, was $658,227. (Plaintiffs' Exhibit No. 38 at p.9). The attached financial statements reveal that the 1992 value of Rolling Hills (located in Jackson, Minnesota) was assessed at $1,104,000, which represents over $400,000 in equity in the Rolling Hills property. Ex. A at p.2.

7. In addition, as of June 30, 1992, Mr. Sauer had a net worth of $282,200. Ex. A at p.1. As of December 31, 1990, Mr. Vitalis alone had a net worth of $693,200. Ex. B. As these statements indicate, the partnership was able to pay off the FmHA mortgage with the partners' own personal finances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Oct. 25, 2004 in Taylors Falls, MN

Marge Alden

Marge Alden

# EXHIBIT A

TO ______________________________ (Name of Lender)

TYPE OF CREDIT — CHECK THE APPROPRIATE BOX

☐ Individual — If you check this box, provide Financial Information only about yourself.

☐ Joint, with ______________ Relationship ______________ If you check this box, provide Financial Information about yourself and the other person.

# PERSONAL FINANCIAL STATEMENT OF

NOTE: Any willful misrepresentation could result in a violation of Federal Law (Sec. 18 U.S.C. 1014)

Name DALE E. SAUER Birth Date May 22, 19 37 Statement Date June 30, 19 92

Address 10133 Harrison Rd. City Bloomington State/Zip 55437 Social Sec. No. 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

Home Phone 831-1933 No. of Dependents 0 Bus. or Occupation Insurance Agent Bus. Phone 460-5014

**NOTE: Complete all of Section II BEFORE Section I**

## SECTION I

| ASSETS | | Thousands | Hundreds | Cents | LIABILITIES | | Thousands | Hundreds | Cents |
|---|---|---|---|---|---|---|---|---|---|
| 1 Cash On Hand & in Banks | Sec. II-A | 1 | 000 | | 21 Notes Due to Banks | Sec. II-A | 30 | 000 | — |
| 2 Cash Value of Life Insurance | Sec. II-B | 7 | 000 | | 22 Notes Due to Relatives & Friends | Sec. II-H | | | |
| 3 U.S. Gov. Securities | Sec. II-C | | | | 23 Notes Due to Others | Sec. II-H | | | |
| 4 Other Marketable Securities | Sec. II-C | 26 | 000 | | 24 Accounts & Bills Payable | Sec. II-H | | | |
| 5 Notes & Accounts Receivable – Good | Sec. II-D | | | | 25 Unpaid Income Taxes Due – ☐ Federal ☐ State | | | | |
| 6 Other Assets Readily Convertible to Cash – Itemize | | | | | 26 Other Unpaid Taxes & Interest | | | | |
| 7 | | | | | 27 Loans on Life Insurance Policies | Sec. II-B | | | |
| 8 | | | | | 28 Contract Accounts Payable | Sec. II-H | | | |
| 9 | | | | | 29 Cash Rent Owed | | | | |
| 10 TOTAL CURRENT ASSETS | | 34 | 000 | | 30 Other Liabilities Due within 1 Year – Itemize | | | | |
| 11 Real Estate Owned (NET) | Sec. II-E | 255 | 200 | | 31 Unsecured Credit | | 2 | 000 | |
| 12 Mortgages & Contracts Owned | Sec. II-F | | | | 32 | | | | |
| 13 Notes & Accounts Receivable – Doubtful | Sec. II-D | | | | 33 TOTAL CURRENT LIABILITIES | | 32 | 000 | |
| 14 Notes Due From Relatives & Friends | Sec. II-D | | | | 34 Real Estate Mortgages Payable | Sec. II-E | | | |
| 15 Other Securities – Not Readily Marketable | Sec. II-C | | | | 35 Liens & Assessments Payable | | | | |
| 16 Personal Property | Sec. II-G | 20 | 000 | | 36 Other Debts – Itemize | | | | |
| 17 Other Assets – Itemize | | | | | 37 | | | | |
| 18 AUTOMOBILE | | 5 | 000 | | 38 Total Liabilities | | 32 | 000 | |
| 19 | | | | | 39 Net Worth (Total Assets minus Total Liabilities) | | 282 | 200 | |
| 20 TOTAL ASSETS | | 314 | 200 | — | 40 TOTAL LIABILITIES & NET WORTH | | 314 | 200 | |

| ANNUAL INCOME | | ESTIMATE OF ANNUAL EXPENSES | |
|---|---|---|---|
| Salary, Bonuses & Commissions | $ 24,000 | Income Taxes | $ 500 |
| Dividends & Interest | $ 1,000 | Other Taxes | $ 500 |
| Rental & Lease Income (Net) | $ 1,000 | Insurance Premiums | $ 2,000 |
| Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation. Other Income—Itemize | $ | Mortgage Payments | $ 6,000 |
| | | Rent Payable | $ |
| Provide the following information only if Joint Credit is checked above. | | Other Expenses | $ |
| Other Person Salary, Bonuses & Commissions | $ | | $ 6,000 |
| Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation. | | | $ |
| Other Income of Other Person—Itemize | $ | | $ |
| TOTAL | $ 26,000 | TOTAL | $ 15,000 |

| GENERAL INFORMATION | CONTINGENT LIABILITIES | |
|---|---|---|
| Are any Assets Pledged? ☐ No ☒ Yes (See Section II) | As Endorser, Co-maker or Guarantor | $ -0- |
| Are you a Defendant in any Suits or Legal Actions? ☒ No ☐ Yes | On Leases or Contracts | $ -0- |
| (Explain): | Legal Claims | $ -0- |
| Have you ever been declared Bankrupt in the last 14 years? ☒ No ☐ Yes | Federal – State Income Taxes | $ -0- |
| (Explain): | Other – | $ -0- |

## SECTION II

A. CASH IN BANKS AND NOTES DUE TO BANKS (List all Real Estate Loans in Section II-E)

| NAME OF BANK | Type of Account | Type of Ownership | On Deposit | Notes Due Banks | COLLATERAL (If Any) & Type of Ownership |
|---|---|---|---|---|---|
| | | | $ | $ | |
| FIRST BANK MPLS | 2ND MTGE | | | 30,000 | —Homestead |
| | | | | | |
| | | | | | |
| | | | Cash on Hand $ | | |
| | | | TOTALS $ | $ 30,000 | |

(Complete Rest of Section II on Reverse Side)

OSWALD PUBLISHING CO., NEW ULM, MINN.

DALE E. SAUER

Schedule of Real Estate Holdings (as of 06/30/92)

1) Jackson, Minnesota

| | | |
|---|---|---|
| 48 unit apartment building - valued at $23,000/unit | = | $1,104,000 |
| Mortgage balance as of 12/31/91 | | 712,000 |
| Equity | | 392,000 |
| 25% interest | = | 98,000 |

2) Freeborn, Minnesota

| | | |
|---|---|---|
| 8 unit apartment building - valued at $26,000/unit | = | $208,000 |
| Mortgage balance as of 12/31/91 | | 170,800 |
| Equity | | 37,200 |
| 100% interest | = | 37,200 |

3) Bloomington, Mn

| | | |
|---|---|---|
| Single family home - valued at | = | $130,000 |
| Mortgage balance as of 12/31/91 | | 10,000 |
| Equity | = | 120,000 |

RECAP OF EQUITY INTERESTS:

| | |
|---|---|
| 1) Jackson apartments | $ 98,000 |
| 2) Freeborn apartments | 37,200 |
| 3) Residence | 120,000 |
| Total | $255,200 |

# EXHIBIT B

GEORGE VITALIS

PERSONAL STATEMENT OF FINANCIAL CONDITION

AS OF DECEMBER 31, 1990

ASSETS

| | |
|---|---|
| CASH | $ 3,300 |
| CASH VALUE LIFE INSURANCE | 1,400 |
| ACCOUNTS RECEIVABLE: | |
| CANNON VALLEY DEVELOPMENT FEE | 60,000 |
| SUNRISE RIDGE DEVELOPMENT FEE | 16,000 |
| ROSE VITALIS ESTATE | 51,500 |
| EQUITIES IN REAL ESTATE PARTNERSHIPS & BUSINESSES: | |
| CROIX MANAGEMENT COMPANY | 14,000 |
| WOODLAND ASSOCIATES | 21,000 |
| FRANCONIA ASSOCIATES | 225,000 |
| VALLEY ASSOCIATES | 140,000 |
| SCENIC VALLEY ASSOCIATES | 48,000 |
| SUNRISE RIDGE APARTMENTS LTD. PARTNERSHIP | 2,000 |
| TAYLORS FALLS OFFICE BUILDING | 21,000 |
| RITEWAY-VITALIS AGGREGATES | 15,000 |
| SIMMA, FLOTTEMESCH & ORENSTEIN LTD. - SALE | 25,000 |
| SPECTRUM DIAGNOSTICS, INC. - STOCK | 70,000 |
| LAND | 70,000 |
| FARM EQUIPMENT | 5,000 |
| PERSONAL PROPERTY | 10,000 |
| TOTAL ASSETS | $798,200 |

LIABILITIES AND NET WORTH

| | |
|---|---|
| PERSONAL BILLS | 2,500 |
| READY RESERVE LOAN | 1,800 |
| BANK LOANS | 4,500 |
| NOTES PAYABLE - RELATIVE | 11,000 |
| LOAN PAYABLE | 12,000 |
| CREDIT CARDS PAYABLE | 28,000 |
| DEVELOPMENT LOAN | 6,000 |
| MORTGAGE PAYABLE - LAND | 15,000 |
| BANK LOAN - CHISAGO LAKES FOOD SERVICES | 24,200 |
| TOTAL LIABILITIES | $105,000 |
| NET WORTH | $693,200 |

George Vitalis

George E. Vitalis

2/8/91

Date