# In the United States Court of Federal Claims

Nos. 97-381C & 97-38111C through 97-38130C

(Filed: November 10, 2004)

FRANCONIA ASSOCIATES, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Based on the opinion filed in this case on August 30, 2004, as well as the parties' joint status report on judgment amounts filed October 29, 2004, the Clerk is ordered to enter judgment for the plaintiffs in these cases in the amounts set forth in the table below, plus statutory interest under 41 U.S.C. §611, from November 1, 2004.

| Case Number | Plaintiff | Property | Amount |
|---|---|---|---|
| 97-381 | Franconia Associates | Riverfront<br>Sunrise River | $ 444,700<br>$ 284,261 |
| 97-3813 | Evergreen Manor Associates | Evergreen Manor of Waukee I & II | $ 169,870 |
| 97-3815 | Marilyn Graham | Casa Grande I<br>Casa Grande II<br>Rancho Verde | $ 537,337<br>$ 588,731<br>$ 247,625 |
| 97-3816 | Greenway of Altoona Associates, Phase I | Greenway of Altoona I | $ 150,987 |
| 97-3817 | Greenway of Altoona Associates, Phase II | Greenway of Altoona II | $ 482,069 |
| 97-3818 | Greenway of Newton Associates, Phase I | Greenway of Newton I | $1,067,326 |

| | | | |
|---|---|---|---|
| 97-3819 | David A. Hodges, Sr.; David A. Hodges and Joanne M. Hodges | Beechwood<br>Deer Run<br>Pine Tree Lane | $ 676,354<br>$ 489,957<br>$ 618,662 |
| 97-38130 | Phoebe J. Perri | Palmyra Park I<br>Palmyra Park II | $ 375,883<br>$ 179,517 |
| 97-38111 | Pine Needle Apartments | Pine Needle | $1,047,472 |
| 97-38112 | Prairie Village of Adel Associates | PV of Adel | $ 516,535 |
| 97-38113 | Prairie Village of Altoona Associates | PV of Altoona I & II | $ 287,770 |
| 97-38114 | Prairie Village of Grimes Associates | PV of Grimes I & II | $ 68,184 |
| 97-38115 | Prairie Village of Huxley Associates | PV of Huxley I & II | $ 88,636 |
| 97-38116 | Prairie Village of LaPorte City Associates | PV of LaPorte City I<br>PV of LaPorte City II | $ 887,428<br>$ 224,858 |
| 97-38117 | Prairie Village of Parkersburg Associates | PV of Parkersburg | $ 793,924 |
| 97-38118 | Prairie Village of Slater Associates | PV of Slater I & II | $ 82,319 |
| 97-38119 | Prairie Village of State Center Associates | PV of State Center | $ 119,020 |
| 97-38120 | R.C. Getty Apartments | RC Getty | $ 307,744 |
| 97-38121 | R.C. Mo Apartments | RC Mo | $ 491,869 |
| 97-38122 | R.C. Pierre Apartments | RC Pierre | $ 857,774 |
| 97-38123 | R.C. Springs Apartments | RC Springs | $ 385,384 |
| 97-38125 | Timberbrook Properties | Timberbrook | $ 469,098 |
| 97-38126 | Tucker Properties | Valley View Village | $ 278,248 |
| 97-38127 | Tucker Properties II | Dogwood Glen | $ 30,262 |
| 97-38129 | Brian E. Wells | Fall River I | $ 285,857 |

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge