# In the United States Court of Federal Claims

**No. 97-381 C**

**FRANCONIA ASSOCIATES,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Opinion, filed August 30, 2004, as well as the parties' Joint Status Report on Judgment Amounts, filed October 29, 2004, and the court's November 10, 2004 Order,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the amount of $444,700.00 for the "Riverfront" property, and $284,261.00 for the "Sunrise River" property. Plaintiff shall receive statutory interest under 41 U.S.C. §611, from November 1, 2004, on these amounts.

Brian Bishop
Clerk of Court

**November 15, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.