# In the United States Court of Federal Claims

Nos. 97-381C, 97-3813C, 97-3815C through 97-3819C, 97-38111C through 97-38123C, 97-38125C through 97-38127C, 97-38129C, and 97-38130C

(Filed: November 22, 2004)

FRANCONIA ASSOCIATES, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 10, 2004, this court filed an order entering judgment in Case Nos. 97-381C, 97-3813C, 97-3815C through 97-3819C, 97-38111C through 97-38123C, 97-38125C through 97-38127C, 97-38129C, and 97-38130C. That order is hereby **STRUCK** and the judgments therein are **VACATED**.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge