**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FRANCONIA ASSOCIATES,
a Limited Partnership, *et al*.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

**Case Nos. 97-381C and 97-381-1C through 97-381-30C (Judge Francis M. Allegra)**

**JOINT STATUS REPORT**

Pursuant to the Court's request, plaintiffs Franconia Associates L.P., et al. and defendant the United States hereby submit this Joint Status Report. The Court has requested confirmation of the effective date upon which the judgment amounts, listed in the parties' Joint Status Report dated October 29, 2004, were calculated. This report will confirm that the post-trial cash flows were discounted to December 31, 2004 (at the rate of 14% in the unrestricted model and 11% in the restricted model). This report also will confirm that the post-breach, pre-judgment cash flows associated with the unrestricted model also were discounted to December 31, 2004 (at the rate of 9%). Thus, given that the Court's Order dated August 30, 2004 provides that post-judgment cash flows and post-breach, pre-judgment cash flows should be discounted to the date of judgment, the appropriate date for entry of judgment is December 31, 2004.

Pursuant to the terms of the Court's Order of August 30, 2004, the parties' submission of the proposed judgment amounts and confirmation that December 31, 2004 is the appropriate date for entry of judgment, do not constitute stipulations as to the entry of any

judgment, and the parties reserve their right to appeal or otherwise seek relief from any judgment that may be entered herein.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: December 15, 2004

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 305-4440
Facsimile: (612) 305-4439

*Attorneys for Plaintiffs*

Dated: December 15, 2004

**Filed Electronically**

**With the consent of the Attorney**

**For Defendant.**

.