United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

January 26, 2005

Jeff Howard Eckland, Esq.
Eckland & Blando
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402

In re: Franconia Associates v. United States, No. 97-381 C

Dear Mr. Eckland:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated January 7, 2005, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: Shalom Brilliant, Esq.
Department of Justice