# In the United States Court of Federal Claims

No. 97-381C

(Filed: February 8, 2005)

FRANCONIA ASSOCIATES, ET AL., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *

## ORDER

On January 3, 2005, defendant filed a motion to reconsider and amend judgment under Rule 59(e) of the Rules of Court of Federal Claims.[1] Defendant seeks reconsideration and amendment of two of the 37 judgments entered by the court on December 30, 2004, arguing that the judgments in favor of plaintiff Franconia Associates were "contrary to undisputed evidence offered by the Government subsequent to the trial but prior to the issuance of the Court's decision."

Pursuant to Rule 59(b) of the Rules of the Court of Federal Claims, the court hereby **ORDERS** that, on or before March 9, 2005, plaintiff shall file a response to defendant's motion.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge

[1] Defendant's motion mistakenly cites Rule 59(d), but 59(e) is clearly the applicable rule.