**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FRANCONIA ASSOCIATES,
a Limited Partnership, et al.,

Plaintiffs,

**Case No. 97-381C**
**Judge Francis M. Allegra**

v.

THE UNITED STATES

Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, plaintiff respectfully requests an enlargement of time of eleven days, up to and including May 27, 2005, for the purpose of filing the Joint Status Report. The Joint Status Report is currently due on May 16, 2005. This is plaintiff's first request for an enlargement of time for this purpose. Plaintiff has informed counsel for the United States of their intention to seek this enlargement of time and the United States does not object to, nor intend to oppose, this motion.

The parties have exchanged information and engaged in discussions regarding the proper calculation of damages for each of the properties at issue. The parties are close to stipulating to damage figures for both properties, but require additional time to finalize discussions. Given the press of other matters during this time, the parties request an additional 11 days to file a Joint Status Report stipulating to damages for each property.

Accordingly, plaintiff respectfully requests that the Court grant this Unopposed Motion for Enlargement of Time for good cause shown and extend the current deadline for filing the Joint Status Report by eleven days up to and including May 27, 2005.

Dated: May 16, 2005

**Filed Electronically**

**s/Jeff H. Eckland**

Jeff H. Eckland
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: 612-305-4444
Fax: 612-305-4439