# In the United States Court of Federal Claims

No. 97-381C

(Filed: May 25, 2005 )

__________

FRANCONIA ASSOCIATES, ET AL, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*

___________

**ORDER**

__________

On May 16, 2005, plaintiff filed an unopposed motion for enlargement of time, seeking an additional 11 days in which to file the joint status report ordered by the court in its order dated April 21, 2005. That motion is hereby **GRANTED**. Accordingly, on or before May 27, 2005, plaintiff shall file its joint status report.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Judge