**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FRANCONIA ASSOCIATES,
a Limited Partnership, et al.,

Plaintiffs,

**Case No. 97-381C**
**Judge Francis M. Allegra**

v.

THE UNITED STATES

Defendant.

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, the parties respectfully request an enlargement of time of seven days, up to and including June 3, 2005, for the purpose of filing the Joint Status Report requested by the Court in its Order of April 21, 2005. The Joint Status Report is currently due on May 27, 2005. This is the second request for an enlargement of time for this purpose that has been filed, in that plaintiffs earlier requested and were granted an extension of eleven days within which to file the Joint Status Report.

The parties have continued their discussions and exchanges regarding the proper calculation of damages for each of the two properties at issue. The parties believe that they have resolved their disagreements in this regard and have reached a tentative agreement on a stipulated damage amount for each property. However, counsel for plaintiff has been unable to reach plaintiff to obtain a final authorization to stipulate to the current damage figures. Plaintiff's counsel believes that he will be able to obtain the needed final client authorization after the upcoming holiday weekend, which will enable the parties to file their Joint Status Report by June 3, 2005.

The parties also note that this extension of time will not impact the amount of damages calculated for the two properties at issue, in that all of the damages that are recoverable under the Court's opinion occurred in the past, and therefore are not subject to any future discounting.

Accordingly, the parties respectfully requests that the Court grant this Joint Motion for Enlargement of Time for good cause shown and extend the current deadline for filing the Joint Status Report by seven days up to and including June 3, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439
*Attorney for Plaintiffs*

**Filed Electronically with the**
**Consent of the Attorney for Defendant**

May 27, 2005

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643
*Attorneys for Defendant*