**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

FRANCONIA ASSOCIATES, a
Limited Partnership, et al.,

Plaintiffs,

**File No. 97-381C**
**Judge Francis M. Allegra**

v.

THE UNITED STATES,

Defendant.

---

**ATTACHMENTS TO MOTION FOR ATTORNEYS' FEES, EXPENSES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT**

---

Jeff H. Eckland
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 305-4444
Facsimile: (612) 305-4439

**INDEX TO ATTACHMENTS**

Affidavit of Jeff H. Eckland, with exhibits ........................................................ A

Affidavit of Thomas Costello, with exhibits ...................................................... B

Affidavit of Marilyn Graham, with exhibits ....................................................... C

Affidavit of David Hodges, with exhibits .......................................................... D

Affidavit of James Levy, with exhibits ............................................................... E

Affidavit of George Morosani, with exhibits ...................................................... F

Affidavit of Phoebe J. Perri, with exhibits ......................................................... G

Affidavit of Donald Stordahl, with exhibits ....................................................... H

Affidavit of David Tucker, with exhibits ............................................................ I

Affidavit of Brian Wells , with exhibits .............................................................. J

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FRANCONIA ASSOCIATES, a
Limited Partnership, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**File No. 97-381C**
**Judge Francis M. Allegra**

**AFFIDAVIT OF JEFF H. ECKLAND**

STATE OF MINNESOTA )
) SS:
COUNTY OF HENNEPIN )

Jeff H. Eckland, being duly sworn, states:

1. I am a partner with the firm of Eckland & Blando LLP in Minneapolis, Minnesota. I am the attorney of record for the plaintiffs in this action and have been the attorney of record at all times during the pendancy of this action.

2. I make this affidavit in support of plaintiffs' Motion for Attorneys' Fees, Expenses, and Costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 (2000) ("EAJA"). All facts stated herein are based upon my personal knowledge.

3. In preparing this claim for fees and costs, I conducted a detailed review of relevant billing information to arrive at a fair and accurate conclusion as to the total amount of recoverable fees and expenses. In undertaking this process, I ensured that the fees and costs claimed herein are only those that are fairly and reasonably allocable to the prevailing parties in the *Franconia Associates* action. Further, in assessing the number of hours expended for this litigation, I have exercised billing judgment and have ensured that the time claimed is not excessive, redundant, or otherwise unnecessary.

**ATT. A**

4. In calculating the total number of billable hours recoverable in this action, I excluded all time that was (a) attributable to work done on behalf of the five plaintiffs in this action whose claims were dismissed, (b) attributable to the one plaintiff (Franconia Associates) whose claims have not yet reached final judgment, (c) all time fairly allocable to marketing efforts, and (d) time spent traveling while not performing work.

5. In arriving at the total dollars claimed for fees, I applied the $125 billing rate permitted by EAJA as adjusted by the appropriate Cost of Living Adjustment.

6. The total amount of fees recoverable under EAJA in this action, as shown on the fee detail attached hereto as Exhibit A, is $1,879,785. (Based on the standard hourly rates for the attorneys and staff involved, the actual amount of fees totals $3,182,112.)

7. The costs and expenses incurred in connection with the action are allocated among a group of plaintiffs in several related lawsuits pending in the United States Court of Federal Claims in which I am the attorney of record. In preparing this claim, I have taken care to ensure that the cost and expenses sought herein are only those that are fairly and reasonably allocable to the prevailing parties in the *Franconia* action.

8. For all expenses that were directly attributed to one particular action, I included only the expenses actually incurred in the *Franconia* case. For expenses that could not clearly be allocated to one particular case (such as undesignated photocopying, mailing, and telephone charges), I attributed only a percentage of the costs based on the size of the *Franconia* case in relation to the other related matters.

9. The total amount of costs and expenses recoverable under EAJA, as shown on the cost and expenses detail attached hereto as Exhibit B, is $1,196,457.

FURTHER AFFIANT SAYETH NAUGHT

Dated: June 6, 2005

Jeff H. Eckland

Subscribed and sworn to before me this 6th day of June, 2005

Notary Public

AMELIA R. ZIMA
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2007