# Detail of Costs and Expenses

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/2/2004 | 251 | 2 | 18 | 10.00% | 0.02 | 0.27 | Internal Copying/Printing |
| 8/2/2004 | 251 | 2 | 117 | 10.00% | 0.02 | 1.76 | Internal Copying/Printing |
| 8/2/2004 | 7609 | 7 | 189 | 10.00% | 0.02 | 2.84 | Copy Center Photocopies |
| 8/2/2004 | 7609 | 7 | 190 | 10.00% | 0.02 | 2.85 | Copy Center Photocopies |
| 8/2/2004 | 7609 | 7 | 523 | 10.00% | 0.02 | 7.85 | Copy Center Photocopies |
| 8/2/2004 | 7609 | 7 | 1117 | 10.00% | 0.02 | 16.76 | Copy Center Photocopies |
| 8/2/2004 | 7609 | 7 | 1457 | 10.00% | 0.02 | 21.86 | Copy Center Photocopies |
| 8/2/2004 | 7609 | 7 | 1727 | 10.00% | 0.02 | 25.91 | Copy Center Photocopies |
| 8/3/2004 | 9999 | 401 | 1 | 10.00% | 0.01 | 0.01 | Telecommunication Costs Clarissa, MN, 1(218)756-2462, 7056, JOHNSON, YVETTE |
| 8/3/2004 | 9999 | 401 | 1 | 10.00% | 0.01 | 0.01 | Telecommunication Costs Washington, DC, 1(202)616-8275, 8625, BLANDO, MARK |
| 8/3/2004 | 7609 | 2 | 1 | 10.00% | 0.02 | 0.02 | Internal Copying/Printing |
| 8/3/2004 | 7609 | 2 | 1 | 10.00% | 0.02 | 0.02 | Internal Copying/Printing |
| 8/3/2004 | 9999 | 401 | 1 | 10.00% | 0.04 | 0.04 | Telecommunication Costs Washington, DC, 1(202)502-2600, 7056, JOHNSON, YVETTE |
| 8/3/2004 | 251 | 2 | 15 | 10.00% | 0.02 | 0.23 | Internal Copying/Printing |
| 8/3/2004 | 251 | 2 | 24 | 10.00% | 0.02 | 0.36 | Internal Copying/Printing |
| **Eckland & Blando LLP** | | | | | | | |
| 10/22/04 | JHE | | 1 | 66.67% | 25,125.00 | $25,125.00 | Expert Services--September '04: George R. Karvel, Ph.D |
| 10/30/04 | JHE | | 1 | 10.00% | 46.18 | $46.18 | October '04 Tel. & LD-Lumber LLC |
| 10/30/04 | JHE | | 1 | 10.00% | 59.86 | $59.86 | October '04 postage & shipping-Lumber LLC |
| 10/30/04 | JHE | | 1 | 10.00% | 24.54 | $24.54 | October '04 copies-Lumber LLC |
| 11/30/04 | JHE | | 1 | 10.00% | 79.37 | $79.37 | November '04 copies-Lumber LLC |
| 11/30/04 | JHE | | 1 | 10.00% | 46.10 | $46.10 | November '04 Tel. & LD-Lumber LLC |
| 12/30/04 | JHE | | 1 | 10.00% | 1.89 | $1.89 | Fedex to Washington, D.C. |
| 12/31/04 | JHE | | 1 | 10.00% | 47.84 | $47.84 | December '04 Tel.& LD-Lumber LLC |
| 12/31/04 | JHE | | 1 | 10.00% | 39.72 | $39.72 | December '04 copies-Lumber LLC |
| 12/31/04 | JHE | | 1 | 10.00% | 1.37 | $1.37 | December '04 postage-Lumber LLC |
| 12/31/04 | JHE | | 1 | 10.00% | 0.40 | $0.40 | December '04 faxes-Lumber LLC |
| 01/05/05 | JHE | | 1 | 66.67% | 20,000.00 | $20,000.00 | Expert Services- October '04: George R. Karvel, Ph.D. |
| 01/10/05 | MJB | | 176 | 10.00% | 0.01 | $1.23 | Court document access-PACER |
| 01/31/05 | JHE | | 1 | 10.00% | 46.66 | $46.66 | January '05 Tel. & LD-Lumber LLC |
| 01/31/05 | JHE | | 1 | 10.00% | 17.81 | $17.81 | Jan. '05 Copies-Lumber LLC |
| 01/31/05 | JHE | | 1 | 10.00% | 15.50 | $15.50 | Jan. '05 Postage-Lumber LLC |
| 02/03/05 | JHE | | 1 | 10.00% | 5.86 | $5.86 | Shipping-FedEx |
| 02/10/05 | JHE | | 1 | 10.00% | 5.38 | $5.38 | Shipping-FedEx |
| 02/27/05 | JHE | | 1 | 10.00% | 66.58 | $66.58 | Feb. '05 Tel & LD-Lumber LLC |
| 02/27/05 | JHE | | 1 | 10.00% | 14.40 | $14.40 | Feb. '05 Copies-Lumber LLC |
| 03/16/05 | JHE | | 1 | 10.00% | 1.72 | $1.72 | Fedex to Columbia, TN |
| 03/17/05 | JHE | | 1 | 50.00% | 4,733.50 | $4,733.50 | Online Legal Research-LexisNexis |
| 03/31/05 | JHE | | 1 | 10.00% | 46.85 | $46.85 | March '05 Tel & LD-Lumber LLC |
| 03/31/05 | JHE | | 1 | 10.00% | 43.18 | $43.18 | March '05 Copies-Lumber LLC |
| 03/31/05 | JHE | | 1 | 10.00% | 30.11 | $30.11 | March '05 Postage-Lumber LLC |
| 04/05/05 | MJB | | 2690 | 10.00% | 0.01 | $21.52 | Court document access-PACER |
| 04/07/05 | JHE | | 1 | 10.00% | 3.81 | $3.81 | Fedex to Washington, D.C. |
| 04/08/05 | JHE | | 1 | 50.00% | 4,756.50 | $4,756.50 | Online Legal Research-LexisNexis |
| 05/01/05 | JHE | | 1 | 10.00% | 45.00 | $45.00 | April '05 Tel & LD-Lumber LLC |
| 05/15/05 | JHE | | 1 | 50.00% | 4,712.63 | $4,712.63 | Online Legal Research-LexisNexis |
| | | | | | | | |
| | | Pre-August 4, 2004 total: | | | | 1,136,416.87 | |
| | | Post-August 4, 2004 total | | | | 60,040.51 | |
| | | Overall total: | | | | 1,196,457.38 | |



Exhibit B