**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCONIA ASSOCIATES, a Limited Partnership, et al., Plaintiff, | ) | Case No. 97-381C; 97-381-20C through 97-381-23C (Judge Francis M. Allegra) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**AFFIDAVIT OF THOMAS COSTELLO III**

STATE OF SOUTH DAKOTA )
) SS:
COUNTY OF MINNEHAHA )

Thomas Costello III, being duly sworn, states:

1. I am a general partner of four general partnerships that are plaintiffs in this action: R.C. Getty Apartments, R.C. Mo Apartments, R.C. Pierre Apartments, and R.C. Springs Apartments. I submit this affidavit in support of the application of for attorneys' fees, expenses, and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the above-captioned matter. All facts stated herein are based upon my personal knowledge.

2. The claims of the four partnerships listed above were asserted in the plaintiffs' original complaint in this matter, which was filed on May 30, 1997.

3. On or about December 30, 2004, the partnerships obtained Judgments in their favor in the following amounts: (a) R.C. Getty Apartments obtained a Judgment in the amount of $307,774; (b) R.C. Mo Apartments obtained a Judgment in the amount of $491,869;

**ATT. B**

(c) R.C. Pierre Apartments obtained a Judgment in the amount of $857,774; and (d) R.C. Springs Apartments obtained a Judgment in the amount of $385,384.

4. The net worth of each of the plaintiff partnerships did not exceed $7,000,000 on May 30, 1997. The only assets held by the partnerships at that time were the properties at issue in this lawsuit, which were subject to income restrictions imposed by the Federal Government. The net worth of each of the partnerships as of December 31, 1997 was as follows:

(a) The net worth of R.C. Getty Apartments was approximately $97,490. *See* Exhibit A; PX 115.

(b) The net worth of R.C. Mo Apartments was approximately $4,705. *See* Exhibit B; PX 124.

(c) The net worth of R.C. Pierre Apartments was approximately $57,325. *See* Exhibit C; PX 134.

(d) The net worth of R.C. Springs Apartments was approximately $21,369. *See* Exhibit D; PX 148.

5. In addition, all of the partnerships had fewer than 500 employees on May 30, 1997. To be specific, as of that date, R.C. Getty Apartments had zero employees, R.C. Mo Apartments had zero employees, R.C. Pierre Apartments had zero employees, and R.C. Springs Apartments had zero employees. This is due to the fact that all of the partnership activities were conducted by the general partners.

Dated: May 24, 2005

Thomas Costello III

Subscribed and sworn to before
me this 24 th day of May, 2005

CONNIE J. FERRIE
SEAL NOTARY PUBLIC SOUTH DAKOTA SEAL

Connie J. Ferrie
Notary Public
My Commission expires March 13, 2006.

EXHIBIT A

Form 1065 (1997) RC Getty 46-6041821 Page 4

## Analysis of Net Income (Loss)

| | | | |
|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17e, and 18b | 1 | 10,314 |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | 10,314 | | | | |
| b Limited partners | | | | | | |

## Schedule L — Balance Sheets per Books (Not required if Question 5 on Schedule B is answered "Yes.")

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 41,765 | | 66,905 |
| 2a Trade notes and accounts receivable | 1,102 | | | |
| b Less allowance for bad debts | | 1,102 | | 1,055 |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets *(attach schedule)* | | 22,237 | | 26,774 |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments *(attach schedule)* | | | | |
| 9a Buildings and other depreciable assets | 290,954 | | 292,139 | |
| b Less accumulated depreciation | 205,441 | 85,513 | 213,495 | 78,644 |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | 9,018 | | 9,018 |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets *(attach schedule)* | | | | |
| 14 Total assets | | 179,635 | | 182,396 |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 1,194 | | 666 |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities *(attach schedule)* | | 9,709 | | 9,569 |
| 18 All nonrecourse loans | | 123,678 | | 118,222 |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities *(attach schedule)* | | | | |
| 21 Partners' capital accounts | | 45,054 | | 53,939 |
| 22 Total liabilities and capital | | 179,635 | | 182,396 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

(Not required if Question 5 on Schedule B is answered "Yes." See page 23 of the instructions.)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 10,314 | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17e, and 18b, not charged against book income this year (itemize): a Depreciation $ | |
| 3 Guaranteed payments (other than health insurance) | | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17e, and 18b (itemize): a Depreciation $ b Travel and entertainment $ | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | 10,314 | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 10,314 |

## Schedule M-2 — Analysis of Partners' Capital Accounts (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 45,054 | 6 Distributions: a Cash | 1,429 |
| 2 Capital contributed during year | | b Property | |
| 3 Net income (loss) per books | 10,314 | 7 Other decreases (itemize): | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | 55,368 | 9 Balance at end of year. Subtract line 8 from line 5 | 53,939 |

R. C. MO

BALANCE SHEETS

DECEMBER 31, 1997 AND 1996

ASSETS

| | | 1997 | 1996 |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Cash | | $ 6,053 | $ 10,825 |
| Receivables | | | |
| Tenants | | 364 | 34 |
| Rent supplement | | 4,576 | 2,913 |
| Due from management agent | | 428 | - |
| Total current assets | | 11,421 | 13,772 |
| RESTRICTED CASH AND FUNDED RESERVES | Note 2 | | |
| Tenant security deposits | | 5,293 | 4,933 |
| Reserve for replacement | | 83,279 | 70,396 |
| Tax and insurance escrow | | 5,248 | - |
| | | 93,820 | 75,329 |
| PROPERTY AND EQUIPMENT | | | |
| Land | | 19,636 | 19,636 |
| Land improvements | | 5,520 | 5,520 |
| Buildings | | 510,920 | 510,920 |
| Equipment | | 54,968 | 53,783 |
| | | 591,044 | 589,859 |
| Less accumulated depreciation | | (410,561) | (400,182) |
| | | 180,483 | 189,677 |
| | | $ 285,724 | $ 278,778 |

See notes to financial statements.

EXHIBIT B

## LIABILITIES AND PARTNERS' EQUITY

| | 1997 | 1996 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Current maturities of long-term debt - Note 2 | $ 11,650 | $ 10,564 |
| Accounts payable | | |
| Trade | 3,029 | 3,210 |
| Management agent | - | 414 |
| Prepaid rent | 106 | 115 |
| Accrued liabilities | | |
| Real estate taxes | 16,317 | 15,983 |
| Interest | 205 | 7 |
| Total current liabilities | 31,307 | 30,293 |
| **TENANT SECURITY DEPOSITS** - Note 2 | 5,293 | 4,933 |
| **LONG-TERM DEBT,** less current maturities - Note 2 | 221,862 | 233,529 |
| **PARTNERS' EQUITY** | 27,262 | 10,023 |
| | $ 285,724 | $ 278,778 |

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result subtract the sum of Schedule K, lines 8 through 11, 14a, 17e, and 18b | | | | | 1 | 18,680. |
| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
| a General partners | | 18,680. | | | | |
| b Limited partners | | | | | | |

## Schedule L Balance Sheets per Books (Not required if Question 5 on Schedule B is answered "Yes.")

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 17,858. | | 18,872. |
| 2a Trade notes and accounts receivable | 1,672. | | 2,227. | |
| b Less allowance for bad debts | | 1,672. | | 2,227. |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | STMT 2 | 45,520. | | 58,488. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | | | | |
| 9a Buildings and other depreciable assets | 793,176. | | 802,381. | |
| b Less accumulated depreciation | 540,126. | 253,050. | 559,811. | 242,570. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | 28,149. | | 28,149. |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | 346,249. | | 350,306. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 2,410. | | 1,791. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | 11,289. | | 11,401. |
| 17 Other current liabilities (attach schedule) | STMT 2 | 31,968. | | 31,979. |
| 18 All nonrecourse loans | STMT 2 | 346,964. | | 335,555. |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Partners' capital accounts | | -46,382. | | -30,420. |
| 22 Total liabilities and capital | | 346,249. | | 350,306. |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

(Not required if Question 5 on Schedule B is answered "Yes." See page 23 of the instructions.)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 18,482. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17e, and 18b, not charged against book income this year (itemize): a Depreciation $ | |
| 3 Guaranteed payments (other than health insurance) | | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17e, and 18b (itemize): a Depreciation $ STMT 2 | 198. | | |
| b Travel and entertainment $ | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | 18,680. | 9 Income (loss) (Analysis of Net Income (Loss) line 1). Subtract line 8 from line 5 | 18,680. |

## Schedule M-2 Analysis of Partners' Capital Accounts (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | -46,382. | 6 Distributions: a Cash STMT 2 | 2,520. |
| 2 Capital contributed during year | | b Property | |
| 3 Net income (loss) per books | 18,482. | 7 Other decreases (itemize): | |
| 4 Other increases (itemize): | | | |
| | | 8 Add lines 6 and 7 | 2,520. |
| 5 Add lines 1 through 4 | -27,900. | 9 Balance at end of year. Subtract line 8 from line 5 | -30,420. |

EXHIBIT C

*R. C. SPRINGS*
*PROJECT 47-24-1324611*
BALANCE SHEETS
DECEMBER 31, 1997 AND 1996

| Assets | 1997 | 1996 |
|---|---|---|
| Current Assets | | |
| Cash, including savings of $9,245 in 1997 and $0 in 1996 | $ 9,572 | $ 345 |
| Accounts receivable, tenants | 646 | 806 |
| Accounts receivable, management agent | 544 | 299 |
| Accounts receivable, supplement | 5,655 | 6,430 |
| Security deposits funded | 6,971 | 6,476 |
| Prepaid insurance | 2,464 | -- |
| Accounts receivable, other | -- | 300 |
| Escrow deposits | 4,886 | 6,978 |
| **Total Current Assets** | 30,738 | 21,634 |
| Property And Equipment, at cost | | |
| Land | 18,893 | 18,893 |
| Land improvements | 68,877 | 66,205 |
| Building | 575,663 | 564,059 |
| Furniture and equipment | 96,932 | 85,790 |
| | 760,365 | 734,947 |
| Less accumulated depreciation | (583,968) | (564,313) |
| **Total Property and Equipment** | 176,397 | 170,634 |
| Other Assets | | |
| Reserve account | 11,232 | 19,991 |
| | $ 218,367 | $ 212,259 |

EXHIBIT D

See accompanying notes

| Liabilities And Partners' Deficit | 1997 | 1996 |
|---|---|---|
| Current Liabilities | | |
| Current maturity of mortgage payable | $ 12,169 | $ 11,142 |
| Accounts payable, trade | 5,211 | 2,951 |
| Prepaid rent | -- | 139 |
| Tenant security deposits | 6,010 | 6,507 |
| Accrued interest payable | 601 | 559 |
| Accrued property taxes | 27,974 | 31,612 |
| **Total Current Liabilities** | $ 51,965 | 52,910 |
| Long-Term Liabilities | | |
| Mortgage payable, net of current maturity | 360,269 | 371,498 |
| Due to general partners (Note 4) | 37,280 | 37,280 |
| **Total Long-term Liabilities** | 397,549 | 408,778 |
| Partners' Deficit | (231,147) | (249,429) |
| | $ 218,367 | $ 212,259 |