**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCONIA ASSOCIATES, a Limited Partnership, et al., Plaintiff, | ) | |
| v. | ) | Case No. 97-381C; 97-381-5C (Judge Francis M. Allegra) |
| THE UNITED STATES, Defendant. | ) | |

**AFFIDAVIT OF MARILYN GRAHAM**

STATE OF COLORADO )
) SS:
COUNTY OF JEFFERSON )

Marilyn Graham, being duly sworn, states:

1. I am a plaintiff in the above-captioned matter. I own three properties that are at issue in this case: Rancho Verde Apartments, Casa Grande I Apartments, and Casa Grande II Apartments.

2. I submit this affidavit in support of my application for attorneys' fees, expenses, and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the above-captioned matter. All facts stated herein are based upon my personal knowledge.

3. This action was filed on May 30, 1997. My claims were added through plaintiffs' First Amended Complaint, which was filed on or about June 25, 1997.

4. On or about December 30, 2004, I obtained Judgments in my favor in the total amount of $1,373,693.

5. My net worth did not exceed $2,000,000 on either May 30, 1997 or June 25, 1997. Specifically, the net worth of my husband and I combined in 1997 was approximately $1,885,097, with total liabilities of $1,701,219 and total assets of $3,592,504. *See* Exhibit A.

**ATT. C**

FURTHER AFFIANT SAYETH NAUGHT

Dated: June 1, 2005

Marilyn Graham

Subscribed and sworn to before
me this 1st ~~th~~ day of June, 2005

Notary Public

ROBERT T. GRAHAM
NOTARY
PUBLIC
STATE OF COLORADO

**JOHN D. GRAHAM AND MARILYN B. GRAHAM**

**STATEMENT OF ASSETS AND LIABILITIES**

**JANUARY 1, 1997**

## LIABILITIES AND NET WORTH

| | |
|---|---|
| **CURRENT DEBT** (Note 5) | |
| Norwest - Visa | 1,550 |
| Fleet Bank - Visa | 0 |
| Foley's | 620 |
| Sears | 0 |
| Rocky Mountain Bankcard - Visa | 0 |
| Chase - Visa | 26 |
| First Card - Visa | 0 |
| MBNA America - M/C | 0 |
| First Bankcard - Platinum/Visa | 495 |
| Express | 0 |
| Joslins | 0 |
| Nordstroms | 42 |
| Lord and Taylor | 22 |
| Eddie Bauer | 0 |
| Structure | 78 |
| Monthly PITI | 2,615 |
| Monthly Utilities | 740 |
| **TOTAL CURRENT DEBT** | **$ 6,188** |
| **LONG TERM DEBT** (Note 6) | |
| RD Loan - Casa Grande I | $ 303,593 |
| RD Loan - Casa Grande II | 275,879 |
| RD Loan - Rancho Verde | 234,700 |
| RD Loan - Valley View II | 401,432 |
| Personal Residence | 153 340 |
| Cottonwood Office | 337,275 |
| **TOTAL LONG TERM DEBT** | **$ 1,701,219** |
| **TOTAL LIABILITIES** | **$ 1,707,407** |
| **Net Worth - John D. and Marilyn B. Graham** | **$ 3,900,523** |
| **TOTAL LIABILITIES AND NET WORTH** | **$ 1,885,097** |

EXHIBIT A

**JOHN D. GRAHAM AND MARILYN B. GRAHAM**

**STATEMENT OF ASSETS AND LIABILITIES**

**JANUARY 1, 1997**

## ASSETS

| | Market Value Basis |
|---|---|
| **CURRENT ASSETS** | |
| Cash in Bank, Money Market/Savings Accounts | $ 59,236 |
| IRA Accounts | 50,108 |
| Mutual and Stock Funds | 170,353 |
| Undeveloped Land - Filer, ID (Note 1) | 51,000 |
| Accounts Receivable (Note 2) | 9,745 |
| **TOTAL CURRENT ASSETS** | **$ 340,442** |
| **APARTMENTS** (Note 3) | |
| Casa Grande I | 350,000 |
| Casa Grande II | 325,000 |
| Rancho Verde | 275,000 |
| Valley View II | 400,000 |
| **TOTAL APARTMENTS** | **$ 1,350,000** |
| **OFFICE** (Note 2) | |
| Cottonwood | 1,000,000 |
| **TOTAL OFFICE** | **$ 1,000,000** |
| **PERSONAL ASSETS** | |
| Personal Residence | 575,000 |
| Furniture and Personal Property | 158,000 |
| Personal Vehicles | 64,000 |
| Antiques | 50,850 |
| **TOTAL PERSONAL ASSETS** | **$ 847,850** |
| **OTHER INVESTMENTS** (Note 4) | |
| Investment in Property Management West | 26,569 |
| Loan to Idaho Pacific Capital | 27,643 |
| **TOTAL OTHER INVESTMENTS** | **$ 54,212** |
| **TOTAL ASSETS:** | **$ 3,592,504** |