**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCONIA ASSOCIATES,<br>a Limited Partnership, et al.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 97-381C; 97-381-9C<br>(Judge Francis M. Allegra) |

**AFFIDAVIT OF DAVID A. HODGES, SR.**

STATE OF NEW HAMPSHIRE )
) SS:
COUNTY OF MERRIMACK )

David A. Hodges, being duly sworn, states:

1. I am a sole proprietor of a business that owns real estate, and am one of the plaintiffs in the above-captioned matter. My wife, Joanne Hodges, and I also are partners engaged in a business that owns real estate. I submit this affidavit in support of our application for attorneys' fees, expenses, and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. All facts stated herein are based upon my personal knowledge.

2. This action was filed on May 30, 1997.

3. On December 30, 2004, I, as sole proprietor, along with the partnership of my wife and I obtained a combined Judgment in our favor in the amount of $1,784,973 in this matter.

4. The proprietorship's net worth did not exceed $7,000,000 on May 30, 1997. The only assets held by the proprietorship at that time were five properties, two of which were subject to income restrictions imposed by the Federal Government and are at issue in this

ATT. D

lawsuit. In 1997, the value of all five properties, as reflected by their original cost, was $509,014 (Beechwood), $321,155 (Deer Run), $1,024,509 (Hillside), $935,534 (Prince Haven), and $171,571 (Meadowbrook). *See* Exhibit A. Thus, the total acquisition value of the properties owned by the sole proprietorship is $2,961,783. In 1997, the market value of the properties was $89,129 (Beechwood), $2,773 (Deer Run), $1,754,643 (Hillside), $1,506,132 (Prince Haven), and $381,382 (Meadowbrook). *Id.*; Exhibit B, C; PX 238, 250. Thus, in 1997, the total market value was $3,734,058.

5. In addition, the sole proprietorship had less than 500 employees on May 30, 1997. To be specific, my business had zero employees due to the fact that all of the proprietorship activities were conducted by me.

6. The partnership's net worth also did not exceed $7,000,000 on May 30, 1997. The only assets held by the partnership at that time were two properties, one of which was subject to income restrictions imposed by the Federal Government and is at issue in this lawsuit. In 1997, the value of both properties, as reflected by their original cost, was $334,987 (Ledgewood), and $633,668 (Pine Tree). *See* Exhibit A. Thus, the total acquisition value of the properties owned by the partnership is $968,655. In 1997, the market value of the properties was $-144,434 (Ledgewood), and $39,673 (Pine Tree). *Id.*; Exhibit D, E, F; PX 264. Thus, in 1997, the total market value of the properties owned by the partnership was $-104,761.

7. In addition, the partnership had less than 500 employees on May 30, 1997. To be specific, the partnership had zero employees due to the fact that all of the partnership activities were conducted by me and my wife.

FURTHER AFFIANT SAYETH NAUGHT

Dated: June 2, 2005

David A. Hodges, Sr.

Subscribed and sworn to before me this 2nd day of June, 2005

Notary Public

DIANE B. BENOIT
STATE OF NEW HAMPSHIRE
- MY - COMMISSION EXPIRES JUNE 12, 2007
NOTARY PUBLIC

David A. & Joanna H. [illegible] - Rental Properties
Balance Sheet (without depreciation)
December 31, [illegible]

| | Beechwood (D. Hodges) | Deer Run (D. Hodges) | Ledgewood (Joint) | Hillside (D. Hodges) | Pine Tree (Joint) | Prince Haven (D. Hodges) | Meadowbrook (D. Hodges) | Total (D. Hodges) | Total (J. Hodges) | Total (Joint) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Values at Original Cost:** | | | | | | | | | | |
| Cash, Operating and Reserves | 0 | 0 | 0 | 43951 | 0 | 46142 | 111005 | 201098 | 0 | 201098 |
| Cash, Restricted - Operating and | | | | | | | | | 0 | |
| Residual | 8781 | 3873 | 7788 | 0 | 9406 | 0 | 0 | 21251 | 8597 | 29848 |
| Cash, Restricted - Escrows and | | | | | | | | | 0 | |
| Reserves | 76314 | 27388 | 26683 | 12313 | 44318 | 8791 | 182693 | 343000 | 35500 | 378500 |
| Receivables | 8167 | 1599 | 3543 | 4066 | 9902 | 5055 | 6857 | 32467 | 6722 | 39189 |
| Prepaid Expenses | 10804 | 4668 | 10027 | 8484 | 10941 | 12896 | 35710 | 83046 | 10484 | 93530 |
| Land and Buildings | 1148251 | 592933 | 954563 | 1469866 | 1103335 | 1329402 | 3150189 | 8719590 | 1028949 | 9748539 |
| Accounts Payable & Accrued Expenses | -69482 | -60210 | -215166 | -27740 | -78530 | -26112 | -111440 | -441832 | -146848 | -588680 |
| Mortgages Payable & Notes Payable | -673821 | -249096 | -452451 | -486431 | -465704 | -440640 | -2807145 | -5116211 | -459077 | -5575288 |
| Notes Payable, Hodges Develop. Corp. | 0 | 0 | 0 | 0 | 0 | 0 | -396298 | -396298 | 0 | -396298 |
| Total Net Worth | 509014 | 321155 | 334987 | 1024509 | 633668 | 935534 | 171571 | 3446111 | 484327 | 3930438 |
| **Values at Market Value:** | | | | | | | | | | |
| Cash, Operating and Reserves | 0 | 0 | 0 | 43951 | 0 | 46142 | 111005 | 201098 | 0 | 201098 |
| Cash, Restricted - Operating and Residual | 8781 | 3873 | 7788 | 0 | 9406 | 0 | 0 | 21251 | 8597 | 29848 |
| Cash, Restricted - Escrows and Reserves | 76314 | 27388 | 26683 | 12313 | 44318 | 8791 | 182693 | 343000 | 35500 | 378500 |
| Receivables | 8167 | 1599 | 3543 | 4066 | 9902 | 5055 | 6857 | 32467 | 6722 | 39189 |
| Prepaid Expenses | 10804 | 4668 | 10027 | 8484 | 10941 | 12896 | 35710 | 83046 | 10484 | 93530 |
| Land and Buildings | 1600000 | 800000 | 1100000 | 2200000 | 1600000 | 1900000 | 3350000 | 11210000 | 1350000 | 12560000 |
| Accounts Payable & Accrued Expenses | -69482 | -60210 | -215166 | -27740 | -78530 | -26112 | -111440 | -441832 | -146848 | -588680 |
| Mortgages Payable & Notes Payable | -673821 | -249096 | -452451 | -486431 | -465704 | -440640 | -2807145 | -5116211 | -459077 | -5575288 |
| Notes Payable, Hodges Develop. Corp. | 0 | 0 | 0 | 0 | 0 | 0 | -396298 | -396298 | 0 | -396298 |
| Total Net Worth | 960763 | 528222 | 480424 | 1754643 | 1130333 | 1506132 | 381382 | 5936521 | 805378 | 6741899 |
| | ↑ Subsidized Restricted | ↑ Subsidized Restricted | ↑ Subsidized Restricted | | ↑ Subsidized Restricted | | | | | |

EXHIBIT A

**BEECHWOOD LANE**
*(A Proprietorship)*

**BALANCE SHEETS**
**December 31, 1998 and 1997**

*ASSETS*

| | 1998 | 1997 |
|---|---|---|
| **PROPERTY AND EQUIPMENT, at cost** | | |
| Real estate, rental property | $ 1,106,219 | $ 1,097,719 |
| Land | 12,700 | 12,700 |
| Equipment, appliances | 28,477 | 28,477 |
| Equipment, other | 9,356 | 9,355 |
| | 1,156,752 | 1,148,251 |
| Less accumulated depreciation | 678,199 | 644,371 |
| | 478,553 | 503,880 |
| **OTHER ASSETS** | | |
| Cash, general operating account | 12,160 | 8,781 |
| Restricted cash: | | |
| Real estate tax and insurance | 8,629 | 8,384 |
| Security deposits | 18,649 | 17,520 |
| Repair and replacement reserve | 34,560 | 50,410 |
| Rents receivable | 8,674 | 8,167 |
| Prepaid expenses | 10,952 | 10,804 |
| | 93,624 | 104,066 |
| | $ 572,177 | $ 607,946 |

*LIABILITIES AND PROPRIETOR'S DEFICIT*

| | 1998 | 1997 |
|---|---|---|
| **LIABILITIES** | | |
| Mortgage note payable | $ 655,069 | $ 673,821 |
| Accounts payable | 4,228 | 5,503 |
| Accounts payable, related party | 40,798 | 44,572 |
| Accrued expenses | 2,539 | 2,236 |
| Security deposits and prepaid rents | 18,349 | 17,171 |
| | 720,983 | 743,303 |
| **COMMITMENTS (See Notes)** | | |
| **PROPRIETOR'S DEFICIT** | (148,806) | (135,357) |
| | $ 572,177 | $ 607,946 |

EXHIBIT B

*See Notes to Financial Statements.*

**DEER RUN**
*(A Proprietorship)*

**BALANCE SHEETS**
**December 31, 1998 and 1997**

*ASSETS*

| | 1998 | 1997 |
|---|---|---|
| **PROPERTY AND EQUIPMENT, at cost** | | |
| Real estate, rental property | $ 544,411 | $ 544,411 |
| Land | 35,000 | 35,000 |
| Equipment, appliances | 12,928 | 12,928 |
| Equipment, other | 594 | 594 |
| | 592,933 | 592,933 |
| Less accumulated depreciation | 273,178 | 259,254 |
| | 319,755 | 333,679 |
| **OTHER ASSETS** | | |
| Cash, general operating account | 16,108 | 3,873 |
| Restricted cash: | | |
| Real estate tax and insurance | 3,141 | 3,051 |
| Security deposits | 8,170 | 8,853 |
| Repair and replacement reserve | 14,816 | 15,484 |
| Rents receivable | 965 | 1,599 |
| Prepaid expenses | 4,834 | 4,668 |
| | 48,034 | 37,528 |
| | $ 367,789 | $ 371,207 |

*LIABILITIES AND PROPRIETOR'S EQUITY*

| | 1998 | 1997 |
|---|---|---|
| **LIABILITIES** | | |
| Mortgage note payable | $ 236,083 | $ 249,096 |
| Accounts payable | 1,426 | 5,657 |
| Accounts payable, related party | 41,143 | 44,247 |
| Accrued expenses | 1,529 | 1,331 |
| Security deposits and prepaid rents | 7,880 | 8,975 |
| | 288,061 | 309,306 |
| **COMMITMENTS (See Notes)** | | |
| **PROPRIETOR'S EQUITY** | 79,728 | 61,901 |
| | $ 367,789 | $ 371,207 |

EXHIBIT C

*See Notes to Financial Statements.*

**PINE TREE LANE**
*(A Proprietorship)*

**BALANCE SHEETS**
**December 31, 1998 and 1997**

*ASSETS*

| | 1998 | 1997 |
|---|---|---|
| **PROPERTY AND EQUIPMENT, at cost** | | |
| Real estate, rental property | $ 1,052,297 | $ 1,052,297 |
| Land | 6,300 | 6,300 |
| Equipment, appliances | 33,826 | 33,826 |
| Equipment, other | 10,912 | 10,912 |
| | 1,103,335 | 1,103,335 |
| Less accumulated depreciation | 541,472 | 514,291 |
| | 561,863 | 589,044 |
| **OTHER ASSETS** | | |
| Cash, general operating account | 602 | 9,406 |
| Restricted cash: | | |
| Real estate tax and insurance | 1,408 | 1,353 |
| Security deposits | 17,171 | 15,296 |
| Repair and replacement reserve | 11,808 | 27,669 |
| Rents receivable | 10,270 | 9,902 |
| Prepaid expenses | 11,089 | 10,941 |
| | 52,348 | 74,567 |
| | $ 614,211 | $ 663,611 |

*LIABILITIES AND PROPRIETOR'S EQUITY*

| | 1998 | 1997 |
|---|---|---|
| **LIABILITIES** | | |
| Mortgage note payable | $ 440,191 | $ 465,704 |
| Accounts payable | 10,165 | 14,460 |
| Accounts payable, related party | 52,792 | 47,255 |
| Accrued expenses | 2,279 | 2,043 |
| Security deposits and prepaid rents | 16,631 | 14,772 |
| | 522,058 | 544,234 |
| **COMMITMENTS (See Notes)** | | |
| **PROPRIETOR'S EQUITY** | 92,153 | 119,377 |
| | $ 614,211 | $ 663,611 |

EXHIBIT D

*See Notes to Financial Statements.*

**LEDGEWOOD ESTATES**
***(A Proprietorship)***

**BALANCE SHEETS**
**December 31, 1998 and 1997**

### *ASSETS*

| | 1998 | 1997 |
|---|---|---|
| **PROPERTY AND EQUIPMENT, at cost** | | |
| Real estate, rental property | $ 904,039 | $ 897,844 |
| Land | 31,000 | 31,000 |
| Equipment, appliances | 16,238 | 16,238 |
| Equipment, other | 9,481 | 9,481 |
| | 960,758 | 954,563 |
| Less accumulated depreciation | 423,665 | 401,736 |
| | 537,093 | 552,827 |
| **OTHER ASSETS** | | |
| Cash, general operating account | 1,856 | 7,788 |
| Restricted cash: | | |
| Real estate tax and insurance | 1,127 | 671 |
| Security deposits | 12,555 | 12,215 |
| Repair and replacement reserve | 5,502 | 13,797 |
| Rents receivable | 6,727 | 3,543 |
| Prepaid expenses | 17,656 | 10,027 |
| | 45,423 | 48,041 |
| | $ 582,516 | $ 600,868 |

### *LIABILITIES AND PROPRIETOR'S DEFICIT*

| | 1998 | 1997 |
|---|---|---|
| **LIABILITIES** | | |
| Mortgage note payable | $ 437,498 | $ 452,451 |
| Accounts payable | 21,191 | 30,500 |
| Accounts payable, related party | 170,904 | 170,325 |
| Accrued expenses | 1,138 | 994 |
| Security deposits and prepaid rents | 13,453 | 13,347 |
| | 644,184 | 667,617 |
| **COMMITMENTS (See Notes)** | | |
| **PROPRIETOR'S DEFICIT** | (61,668) | (66,749) |
| | $ 582,516 | $ 600,868 |

EXHIBIT E

*See Notes to Financial Statements.*

USDA
Form RD 930-7
(Rev. 7-97)

Position 3

FORM APPROVED
OMB NO. 0575-0033

# MULTIPLE FAMILY HOUSING PROJECT BUDGET

| PROJECT NAME | BORROWER NAME | BORROWER ID AND PROJECT NO. |
|---|---|---|
| Lodges of Estates | David A. Hodges, Sr. | 34-05-022243032 |
| Loan/Transfer Amount $ 750,000 | Note Rate Payment $ 5,191.25/month | IC Payment $ 1,619.41/month |

| Reporting Period | Budget Type | Project Rental Type | Project Type | The following utilities are master metered: | |
|---|---|---|---|---|---|
| [X] Annual | [ ] Initial | [X] Family | [ ] Full Profit | [ ] Electricity | [ ] Gas |
| [ ] Quarterly | [ ] Regular Report | [ ] Elderly | [X] Limited Profit | [X] Water | [X] Sewer |
| [ ] Monthly | [X] Rent Change | [ ] Congregate | [ ] Non-Profit | [X] Trash | |
| | [ ] SMR | [ ] Group Home | | [X] Other - Elec. H20 | |
| | [ ] Other Servicing | [ ] Mixed [ ] LH | | | |

[ ] I hereby request ____ units of RA. Current number of RA Units ____.

Borrower Accounting Method: [ ] Cash [X] Accrual

## PART I - CASH FLOW STATEMENT

| | CURRENT BUDGET | ACTUAL | PROPOSED BUDGET | COMMENTS or (YTD) |
|---|---|---|---|---|
| BEGINNING DATES > | ( 01-01-04 ) | ( 01-01-04 ) | ( 01-01-05 ) | ( - - ) |
| ENDING DATES > | ( 12-31-04 ) | ( 12-31-04 ) | ( 12-31-05 ) | ( - - ) |
| **OPERATIONAL CASH SOURCES** | | | | |
| 1. RENTAL INCOME | 286,920 | | 297,120 | Note 1 |
| 2. RHS RENTAL ASSISTANCE RECEIVED | | | | |
| 3. APPLICATION FEES RECEIVED | | | | |
| 4. LAUNDRY AND VENDING | 5,100 | | 5,100 | |
| 5. INTEREST INCOME | 204 | | 600 | |
| 6. TENANT CHARGES | 1,200 | | 1,080 | |
| 7. OTHER - PROJECT SOURCES | | | | |
| 8. LESS (*Vacancy and Contingency Allowance*) | (14,346) | | (26,740) | Note 2 |
| 9. LESS (*Agency Approved Incentive Allowance*) | ( ) | | ( ) | |
| 10. SUBTOTAL [(*1 thru 7*) - (8 & 9)] | 279,078 | 0 | 277,160 | |
| **NON-OPERATIONAL CASH SOURCES** | | | | |
| 11. CASH - NON PROJECT | | | | |
| 12. AUTHORIZED LOAN (*Non-RHS*) | | | | |
| 13. TRANSFER FROM RESERVE | 11,600 | | 31,900 | Note 1 |
| 14. SUB-TOTAL (*11 thru 13*) | 11,600 | 0 | 31,900 | |
| 15. TOTAL CASH SOURCES (*10+14*) | 290,678 | 0 | 309,060 | |
| **OPERATIONAL CASH USES** | | | | |
| 16. TOTAL O&M EXPENSES (*From Part II*) | 234,628 | 0 | 234,762 | |
| 17. RHS DEBT PAYMENT | 19,428 | | 19,428 | |
| 18. RHS PAYMENT (*Overage*) | | | | |
| 19. RHS PAYMENT (*Late Fee*) | | | | |
| 20. REDUCTION IN PR. YR. PAYABLES | | | | |
| 21. TENANT UTILITY PAYMENTS | | | | |
| 22. TRANSFER TO RESERVE | 20,204 | | 20,204 | |
| 23. RETURN TO OWNER | 2,496 | | 2,496 | |
| 24. SUB-TOTAL (*16 thru 23*) | 276,756 | 0 | 276,890 | |
| **NON-OPERATIONAL CASH USES** | | | | |
| 25. AUTHORIZED DEBT PAYMENT(Non-RHS) | | | | |
| 26. LONG-TERM IMPROVEMENTS | 11,600 | | 31,900 | Note 1 |
| 27. MISCELLANEOUS | | | | |
| 28. SUB-TOTAL (*25 thru 27*) | 11,600 | 0 | 31,900 | |
| 29. TOTAL CASH USES (*24 + 28*) | 288,356 | 0 | 308,790 | |
| 30. NET CASH (DEFICIT) (*15-29*) | 2,322 | 0 | 270 | |
| **CASH BALANCE** | | | | |
| 31. BEGINNING CASH BALANCE | 31,300 | | 36,000 | |
| 32. ACCRUAL TO CASH ADJUSTMENT | | | | |
| 33. ENDING CASH BALANCE (*30+31+32*) | 33,622 | #VALUE! | 36,270 | |

*According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0033. The time required to complete this information collection is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.*

EXHIBIT F

Ledgewood

## PART II - OPERATING AND MAINTENANCE EXPENSE SCHEDULE

| | CURRENT BUDGET | ACTUAL | PROPOSED BUDGET | COMMENTS or (YTD) |
|---|---|---|---|---|
| 1. MAINTENANCE AND REPAIRS PAYROLL | 22,721 | | 23,868 | |
| 2. MAINTENANCE AND REPAIRS SUPPLY | 1,320 | | 1,320 | |
| 3. MAINTENANCE AND REPAIRS CONTRACT | | | 6,000 | |
| 4. PAINTING AND DECORATING | 18,000 | | 16,200 | Note 1 |
| 5. SNOW REMOVAL | 8,600 | | 9,000 | |
| 6. ELEVATOR MAINTENANCE/CONTRACT | | | | |
| 7. GROUNDS | 23,447 | | 24,462 | |
| 8. SERVICES | 1,200 | | 1,200 | |
| 9. FURNITURE & FURNISHING REPLACEMENT | | | 4,200 | |
| 10. OTHER OPERATING EXPENSES *(Itemize)* | 14,660 | | 480 | Note 1 |
| 11. SUB-TOTAL MAINT. & OPERATING (*1 thru 10*) | 89,948 | 0 | 86,730 | |
| 12. ELECTRICITY — *If master metered* | 20,400 | | 19,500 | |
| 13. WATER — *check box on* | 6,000 | | 5,400 | |
| 14. SEWER — *front* | 9,000 | | 9,000 | |
| 15. FUEL (*Oil/Coal/Gas*) | | | | |
| 16. GARBAGE & TRASH REMOVAL | 4,260 | | 4,500 | |
| 17. OTHER UTILITIES | | | | |
| 18. SUB-TOTAL UTILITIES (*12 thru 17*) | 39,660 | 0 | 38,400 | |
| 19. SITE MANAGEMENT PAYROLL | 11,600 | | 12,240 | |
| 20. MANAGEMENT FEE | 24,720 | | 23,262 | |
| 21. PROJECT AUDITING EXPENSE | 3,400 | | 3,650 | |
| 22. PROJECT BOOKKEEPING/ACCOUNTING | 2,400 | | 2,520 | |
| 23. LEGAL EXPENSES | 100 | | 100 | |
| 24. ADVERTISING | 4,800 | | 5,040 | |
| 25. TELEPHONE & ANSWERING SERVICE | 1,500 | | 1,560 | |
| 26. OFFICE SUPPLIES | 3,000 | | 3,600 | Note 3 |
| 27. OFFICE FURNITURE & EQUIPMENT | | | | |
| 28. TRAINING EXPENSE | 450 | | 400 | |
| 29. HEALTH INS. & OTHER EMP. BENEFITS | 1,040 | | 1,650 | Note 4 |
| 30. PAYROLL TAXES | 990 | | 1,040 | |
| 31. WORKMAN'S COMPENSATION | 290 | | 310 | |
| 32. OTHER ADMINISTRATIVE EXPENSES *(Itemize)* | 750 | | 500 | |
| 33. SUB-TOTAL ADMINISTRATIVE (*19 thru 32*) | 55,040 | 0 | 55,872 | |
| 34. REAL ESTATE TAXES | 39,600 | | 42,600 | Note 5 |
| 35. SPECIAL ASSESSMENTS | | | | |
| 36. OTHER TAXES, LICENSES & PERMITS | 360 | | 360 | |
| 37. PROPERTY & LIABILITY INSURANCE | 10,020 | | 10,800 | |
| 38. FIDELITY COVERAGE INSURANCE | | | | |
| 39. OTHER INSURANCE | | | | |
| 40. SUB-TOTAL TAXES & INSURANCE (*34 thru 39*) | 49,980 | 0 | 53,760 | |
| 41. TOTAL O&M EXPENSES (*11+18+33+40*) | 234,628 | 0 | 234,762 | |

**PART VI - SIGNATURES, DATES AND COMMENTS**

☐ Check if Borrower comments attached ☐ Check if Rural Development comments attached

| | |
|---|---|
| **CERTIFIED CORRECT** *(Borrower or Authorized Representative):*<br><br>By: Alan W. Johnson, Treasurer | DATE:<br>11/1/04 |
| **AGENCY APPROVAL** *(Rural Development Approval Official):*<br><br>James H. Fowler | DATE:<br>11-22-04 |

COMMENTS: