# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANCONIA ASSOCIATES, a Limited Partnership, et al., Plaintiff, | ) | |
| v. | ) | Case No. 97-381C; 97-381-4C 97-381-6C through 97-381-8C; 97-381-12C through 97-381-19C (Judge Francis M. Allegra) |
| THE UNITED STATES, Defendant. | ) | |

## AFFIDAVIT OF JAMES F. LEVY

STATE OF IOWA )
) SS:
COUNTY OF POLK )

James F. Levy, being duly sworn, states:

1. I am a general partner of twelve partnerships that are plaintiffs in this action: Evergreen Manor Associates, Greenway of Altoona Associates Phase I, Greenway of Altoona Associates Phase II, Greenway of Newton Associates Phase I, Prairie Village of Adel Associates, Prairie Village of Altoona Associates, Prairie Village of Grimes Associates, Prairie Village of Huxley Associates, Prairie Village of LaPorte City Associates, Prairie Village of Parkersburg Associates, Prairie Village of Slater Associates, and Prairie Village of State Center Associates.

2. I submit this affidavit in support of the above-listed plaintiffs' application for attorneys' fees, expenses, and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in this matter. All facts stated herein are based upon my personal knowledge.

3. This action was filed on May 30, 1997. The claims of the twelve partnerships listed above were added through plaintiffs' First Amended Complaint, which was filed on or about June 25, 1997.

ATT. E

4. On or about December 30, 2004, the partnerships obtained Judgments in their favor in the following amounts: (a) Evergreen Manor Associates obtained a Judgment in the amount of $169,870; (b) Greenway of Altoona Associates, Phase I, obtained a Judgment in the amount of $150,987; (c) Greenway of Altoona Associates, Phase II, obtained a Judgment in the amount of $482,069; (d) Greenway of Newton Associates, Phase I, obtained a Judgment in its favor in the amount of $1,067,326; (e) Prairie Village of Adel Associates obtained a Judgment in the amount of $516,535; (f) Prairie Village of Altoona Associates obtained a Judgment in the amount of $287,770; (g) Prairie Village of Grimes Associates obtained a Judgment in the amount of $68,184; (h) Prairie Village of Huxley Associates obtained a Judgment in the amount of $88,636; (i) Prairie Village of LaPorte City Associates obtained Judgment in the amount of $1,112,286; (j) Prairie Village of Parkersburg Associates obtained a Judgment in the amount of $793,924; (k) Prairie Village of Slater Associates obtained a Judgment in the amount of $82,319; and (l) Prairie Village of State Center Associates obtained a Judgment in the amount of $119,020.

5. The net worth of each of the plaintiff partnerships did not exceed $7,000,000 on May 30, 1997 or June 25, 1997. The only assets held by the partnerships at that time were the properties at issue in this lawsuit, which were subject to income restrictions imposed by the Federal Government. The net worth of each of the partnerships as of December 31, 1997 was as follows:

(a) The net worth of Evergreen Manor Associates was approximately $83,914. *See* Exhibit A; PX 328.

(b) The net worth of Greenway of Altoona Associates, Phase I, was approximately $98,180. *See* Exhibit B; PX 352.

(c) The net worth of Greenway of Altoona Associates, Phase II, was approximately $80,645. *See* Exhibit C; PX 554.

(d) The net worth of Greenway of Newton Associates, Phase I, was approximately $81,433. *See* Exhibit D; PX 377.

(e) The net worth of Prairie Village of Adel Associates was approximately $95,569. *See* Exhibit E; PX 541.

(f) The net worth of Prairie Village of Altoona Associates was approximately $46,583. *See* Exhibit F; PX 399.

(g) The net worth of Prairie Village of Grimes Associates was approximately $104,116. *See* Exhibit G; PX 430.

(h) The net worth of Prairie Village of Huxley Associates was approximately $70,328. *See* Exhibit H; PX 456.

(i) The net worth of Prairie Village of LaPorte City Associates was approximately $117,743. *See* Exhibit I; PX 477.

(j) The net worth of Prairie Village of Parkersburg Associates was approximately $99,110. *See* Exhibit J; PX 575.

(k) The net worth of Prairie Village of Slater Associates was approximately $61,478. *See* Exhibit K; PX 497.

(l) The net worth of Prairie Village of State Center Associates was approximately $35,891. *See* Exhibit L; PX 521.

5. In addition, each one of the partnerships had fewer than 500 employees on May 30, 1997 and June 25, 1997. To be specific, Evergreen Manor Associates, Greenway of Altoona Associates Phase I, Greenway of Altoona Associates Phase II, Greenway of Newton

Associates Phase I, Prairie Village of Adel Associates, Prairie Village of Altoona Associates, Prairie Village of Grimes Associates, Prairie Village of Huxley Associates, Prairie Village of LaPorte City Associates, Prairie Village of Parkersburg Associates, Prairie Village of Slater Associates, and Prairie Village of State Center Associates each had zero employees as of those dates. This is due to the fact that all of the business activities of the partnerships were conducted by the general partners.

FURTHER AFFIANT SAYETH NAUGHT

Dated: 6-2, 2005

James F. Levy

Subscribed and sworn to before me this 2th day of June, 2005

Karen L. Jones
Notary Public

KAREN L. JONES
Commission Number 712313
My Commission Expires
Aug 30, 2007

# EVERGREEN MANOR ASSOCIATES
## (A Limited Partnership)
## BALANCE SHEETS
## DECEMBER 31, 1998 AND 1997

### ASSETS

| | 1998 | 1997 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash, operating and maintenance account | $ 13,167 | $ 11,410 |
| Cash, entity | 10,453 | 12,000 |
| Total unrestricted cash | 23,620 | 23,410 |
| Cash, restricted: | | |
| Property tax escrow account | 23,968 | 23,070 |
| Reserve account | 50,986 | 42,591 |
| Tenants' security deposits | 8,102 | 7,776 |
| **Total current assets** | 106,676 | 96,847 |
| **APARTMENT PROPERTY AND EQUIPMENT** | | |
| Land | 23,000 | 23,000 |
| Land improvements | 55,987 | 55,987 |
| Buildings | 410,220 | 410,220 |
| Furniture, fixtures and equipment | 23,827 | 23,827 |
| | 513,034 | 513,034 |
| Less accumulated depreciation | 371,613 | 365,145 |
| | 141,421 | 147,889 |
| | $ 248,097 | $ 244,736 |

### LIABILITIES AND PARTNERS' CAPITAL (DEFICIT)

| | 1998 | 1997 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Current maturities of long-term debt | $ 9,673 | $ 9,577 |
| Accounts payable, trade | 1,430 | 2,044 |
| Accrued real estate taxes | 19,293 | 18,392 |
| Tenants' security deposits | 8,056 | 7,720 |
| **Total current liabilities** | 38,452 | 37,733 |
| **LONG-TERM DEBT, net of current maturities** | 204,252 | 213,883 |
| **PARTNERS' CAPITAL (DEFICIT)** | 5,393 | (6,880) |
| | $ 248,097 | $ 244,736 |

The accompanying notes are an integral part of these financial statements.



**EXHIBIT A**

**GREENWAY OF ALTOONA ASSOCIATES**
**(A Limited Partnership)**
**BALANCE SHEETS**
**DECEMBER 31, 1997 AND 1996**

## ASSETS

| | 1997 | 1996 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash, operating and maintenance account | $ 12,130 | $ 11,919 |
| Cash, restricted: | | |
| Property tax escrow account | 42,106 | 34,489 |
| Reserve account | 62,049 | 62,450 |
| Tenants' security deposits | 8,955 | 8,755 |
| **Total current assets** | 125,240 | 117,613 |
| **APARTMENT PROPERTY AND EQUIPMENT** | | |
| Land | 38,729 | 38,729 |
| Land improvements | 54,600 | 54,600 |
| Buildings | 499,746 | 499,746 |
| Furniture, fixtures and equipment | 19,145 | 19,145 |
| | 612,220 | 612,220 |
| Less accumulated depreciation | 405,527 | 394,350 |
| | 206,693 | 217,870 |
| | $ 331,933 | $ 335,483 |

## LIABILITIES AND PARTNERS' CAPITAL (DEFICIT)

| | 1997 | 1996 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Current maturities of long-term debt | $ 12,321 | $ 12,199 |
| Accounts payable - trade | 1,903 | 3,108 |
| Accrued real estate taxes | 28,571 | 27,848 |
| Tenants' security deposits | 8,890 | 8,742 |
| **Total current liabilities** | 51,685 | 51,897 |
| **LONG-TERM DEBT, net of current maturities** | 303,117 | 315,438 |
| **PARTNERS' CAPITAL (DEFICIT)** | (22,869) | (31,852) |
| | $ 331,933 | $ 335,483 |

The accompanying notes are an integral part of these financial statements.



**EXHIBIT B**

USDA
Form RD 1930-8
(REV. 4-97)

Position 3

**MULTI FAMILY HOUSING**
**BORROWER BALANCE SHEET**
**PART I - BALANCE SHEET**

FORM APPROVED
OMB NO.0575-0033
*See accountants' report.*

| PROJECT NAME | BORROWER NAME | BORROWER ID AND PROJECT NO. |
|---|---|---|
| Greenway of Altoona Phase II | Greenway of Altoona Associates Phase II | 16-077-421166033 |

| | CURRENT YEAR | PRIOR YEAR | COMMENTS |
|---|---|---|---|
| BEGINNING DATES> | (01-01-98) | (01-01-97) | |
| **ASSETS** ENDING DATES> | (12-31-98) | (12-31-97) | |
| **CURRENT ASSETS** | | | |
| 1. GENERAL OPERATING ACCOUNT | 13,182 | 10,747 | |
| 2. R.E. TAX & INSURANCE ACCOUNT | 27,862 | 21,005 | |
| 3. RESERVE ACCOUNT | 52,625 | 44,945 | |
| 4. SECURITY DEPOSIT ACCOUNT | 5,635 | 6,276 | |
| 5. OTHER CASH *(identify)* | | | |
| 6. OTHER *(identify)* | | | |
| 7. ACCOUNTS RECEIVABLE *(Attach list)* | | | |
| 8. LESS: ALLOWANCE FOR DOUBTFUL ACCOUNTS | | | |
| 9. INVENTORIES *(supplies)* | | | |
| 10. PREPAYMENTS | | | |
| 11. | | | |
| 12. TOTAL CURRENT ASSETS *(Add 1 thru 11)* | 99,304 | 82,973 | |
| **FIXED ASSETS** | | | |
| 13. LAND | 37,000 | 37,000 | |
| 14. BUILDINGS | 497,915 | 497,915 | |
| 15. LESS: ACCUMULATED DEPRECIATION | (497,915) | (497,915) | |
| 16. FURNITURE & EQUIPMENT | 13,348 | 13,348 | |
| 17. LESS: ACCUMULATED DEPRECIATION | (13,053) | (12,933) | |
| 18. | | | |
| 19. TOTAL FIXED ASSETS *(Add 13 thru 18)* | 37,295 | 37,415 | |
| **OTHER ASSETS** | | | |
| 20. | | | |
| 21. TOTAL ASSETS *(Add 12,19, and 20)* | 136,599 | 120,388 | |
| **LIABILITIES AND OWNERS EQUITY** | | | |
| **CURRENT LIABILITIES** | | | |
| 22. ACCOUNTS PAYABLE *(Attach list)* | 22,745 | 23,010 | |
| 23. NOTES PAYABLE *(Attach list)* | | | |
| 24. SECURITY DEPOSITS | 5,233 | 6,227 | |
| 25. TOTAL CURRENT LIABILITIES *(Add 22 thru 24)* | 27,978 | 29,237 | |
| **LONG-TERM LIABILITIES** | | | |
| 26. NOTES PAYABLE RURAL DEVELOPMENT | 302,617 | 312,885 | |
| 27. OTHER *(Identify)* | | | |
| 28. TOTAL LONG-TERM LIABILITIES *(Add 26 and 27)* | 302,617 | 312,885 | |
| 29. TOTAL LIABILITIES *(Add 25 and 28)* | 330,595 | 342,122 | |
| 30. OWNER'S EQUITY *(Net Worth) (21 minus 29)* | (193,996) | (221,734) | |
| 31. TOTAL LIABILITIES AND OWNER'S EQUITY *(Add 29 and 30)* | 136,599 | 120,388 | |

*According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collected is 0575-0033. The time required*

**EXHIBIT C**

# GREENWAY OF NEWTON ASSOCIATES
## (A Limited Partnership)
## BALANCE SHEETS
## DECEMBER 31, 1997 AND 1996

### ASSETS

| | 1997 | 1996 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash, operating and maintenance account | $ 11,211 | $ 8,663 |
| Cash, restricted: | | |
| Property tax escrow account | 22,065 | 15,417 |
| Reserve account | 58,110 | 58,674 |
| Tenants' security deposits | 6,364 | 5,399 |
| **Total current assets** | 97,750 | 88,153 |
| **APARTMENT PROPERTY AND EQUIPMENT** | | |
| Land | 42,557 | 42,557 |
| Land improvements | 43,900 | 43,900 |
| Buildings | 523,012 | 523,012 |
| Furniture, fixtures and equipment | 24,267 | 23,466 |
| | 633,736 | 632,935 |
| Less accumulated depreciation | 408,778 | 396,955 |
| | 224,958 | 235,980 |
| | $ 322,708 | $ 324,133 |

### LIABILITIES AND PARTNERS' CAPITAL (DEFICIT)

| | 1997 | 1996 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Current maturities of long-term debt | $ 11,937 | $ 11,818 |
| Accounts payable - trade | 1,394 | 739 |
| Accrued real estate taxes | 23,708 | 21,418 |
| Tenants' security deposits | 6,100 | 5,390 |
| **Total current liabilities** | 43,139 | 39,365 |
| **LONG-TERM DEBT, net of current maturities** | 350,207 | 362,144 |
| **PARTNERS' CAPITAL (DEFICIT)** | (70,638) | (77,376) |
| | $ 322,708 | $ 324,133 |

The accompanying notes are an integral part of these financial statements.



**EXHIBIT D**

USDA
Form RD 1930-8
(REV. 4-97)

Position 3

# MULTI FAMILY HOUSING BORROWER BALANCE SHEET

FORM APPROVED
OMB NO.0575-0033
*See accountants' report.*

## PART I - BALANCE SHEET

| PROJECT NAME | BORROWER NAME | BORROWER ID AND PROJECT NO. |
|---|---|---|
| Prairie Village of Adel | Prairie Village of Adel Associates | 16-25-42-1121340 |

| ASSETS | CURRENT YEAR | PRIOR YEAR | COMMENTS |
|---|---|---|---|
| BEGINNING DATES> | (01-01-97) | (01-01-96) | |
| ENDING DATES> | (12-31-97) | (12-31-96) | |
| **CURRENT ASSETS** | | | |
| 1. GENERAL OPERATING ACCOUNT | 11,958 | 8,358 | |
| 2. R.E. TAX & INSURANCE ACCOUNT | 28,109 | 22,149 | |
| 3. RESERVE ACCOUNT | 36,826 | 56,384 | |
| 4. SECURITY DEPOSIT ACCOUNT | 6,464 | 6,499 | |
| 5. OTHER CASH *(identify)* | | | |
| 6. OTHER *(identify)* | | | |
| 7. ACCOUNTS RECEIVABLE *(Attach list)* | | | |
| 8. LESS: ALLOWANCE FOR DOUBTFUL ACCOUNTS | | | |
| 9. INVENTORIES *(supplies)* | | | |
| 10. PREPAYMENTS | | | |
| 11. | | | |
| 12. TOTAL CURRENT ASSETS *(Add 1 thru 11)* | 83,357 | 93,390 | |
| **FIXED ASSETS** | | | |
| 13. LAND | 122,473 | 122,473 | |
| 14. BUILDINGS | 421,525 | 405,108 | |
| 15. LESS: ACCUMULATED DEPRECIATION | (335,977) | (325,275) | |
| 16. FURNITURE & EQUIPMENT | 23,523 | 19,240 | |
| 17. LESS: ACCUMULATED DEPRECIATION | (17,433) | (16,390) | |
| 18. | | | |
| 19. TOTAL FIXED ASSETS *(Add 13 thru 18)* | 214,111 | 205,156 | |
| **OTHER ASSETS** | | | |
| 20. | | | |
| 21. TOTAL ASSETS *(Add 12,19, and 20)* | 297,468 | 298,546 | |
| **LIABILITIES AND OWNERS EQUITY** | | | |
| **CURRENT LIABILITIES** | | | |
| 22. ACCOUNTS PAYABLE *(Attach list)* | 20,105 | 20,524 | |
| 23. NOTES PAYABLE *(Attach list)* | | | |
| 24. SECURITY DEPOSITS | 6,419 | 5,561 | |
| 25. TOTAL CURRENT LIABILITIES *(Add 22 thru 24)* | 26,524 | 26,085 | |
| **LONG-TERM LIABILITIES** | | | |
| 26. NOTES PAYABLE RURAL DEVELOPMENT | 299,317 | 319,972 | |
| 27. OTHER *(Identify)* | | | |
| 28. TOTAL LONG-TERM LIABILITIES *(Add 26 and 27)* | 299,317 | 319,972 | |
| 29. TOTAL LIABILITIES *(Add 25 and 28)* | 325,841 | 346,057 | |
| 30. OWNER'S EQUITY *(Net Worth) (21 minus 29)* | (28,373) | (32,097) | |
| 31. TOTAL LIABILITIES AND OWNER'S EQUITY *(Add 29 and 30)* | 297,468 | 313,960 | |

*According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collected is 0575-0033. The time required*

**EXHIBIT E**

**PRAIRIE VILLAGE OF ALTOONA ASSOCIATES**
**(A Limited Partnership)**
**BALANCE SHEETS**
**DECEMBER 31, 1997 AND 1996**

## ASSETS

| | 1997 | 1996 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash, operating and maintenance account | $ 12,586 | $ 10,233 |
| Cash, restricted: | | |
| Property tax escrow account | 29,644 | 23,545 |
| Reserve account | 28,921 | 24,354 |
| Tenants' security deposits | 9,004 | 8,482 |
| **Total current assets** | 80,155 | 66,614 |
| **APARTMENT PROPERTY AND EQUIPMENT** | | |
| Land | 32,300 | 32,300 |
| Land improvements | 79,079 | 79,079 |
| Buildings | 455,383 | 455,383 |
| Furniture, fixtures and equipment | 26,490 | 26,490 |
| | 593,252 | 593,252 |
| Less accumulated depreciation | 408,653 | 400,046 |
| | 184,599 | 193,206 |
| | $ 264,754 | $ 259,820 |

## LIABILITIES AND PARTNERS' CAPITAL

| | 1997 | 1996 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Current maturities of long-term debt | $ 13,396 | $ 13,262 |
| Accounts payable - trade | 1,500 | 1,026 |
| Accrued real estate taxes | 26,385 | 25,719 |
| Tenants' security deposits | 8,939 | 8,469 |
| **Total current liabilities** | 50,220 | 48,476 |
| **LONG-TERM DEBT, net of current maturities** | 178,675 | 192,071 |
| **PARTNERS' CAPITAL** | 35,859 | 19,273 |
| | $ 264,754 | $ 259,820 |

The accompanying notes are an integral part of these financial statements.



**EXHIBIT F**

**PRAIRIE VILLAGE OF GRIMES ASSOCIATES**
**(A Limited Partnership)**
**BALANCE SHEETS**
**DECEMBER 31, 1998 AND 1997**

## ASSETS

| | 1998 | 1997 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash, operating and maintenance account | $ 19,270 | $ 12,337 |
| Cash, entity | 9,921 | - |
| Total unrestricted cash | 29,191 | 12,337 |
| Cash, restricted: | | |
| Property tax escrow account | 36,244 | 40,968 |
| Reserve account | 76,580 | 58,258 |
| Tenants' security deposits | 10,591 | 10,143 |
| **Total current assets** | 152,606 | 121,706 |
| **APARTMENT PROPERTY AND EQUIPMENT** | | |
| Land | 32,933 | 32,933 |
| Land improvements | 75,301 | 75,301 |
| Buildings | 589,665 | 589,665 |
| Furniture, fixtures and equipment | 34,456 | 34,456 |
| | 732,355 | 732,355 |
| Less accumulated depreciation | 501,716 | 487,844 |
| | 230,639 | 244,511 |
| | $ 383,245 | $ 366,217 |

## LIABILITIES AND PARTNERS' CAPITAL (DEFICIT)

| | 1998 | 1997 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Current maturities of long-term debt | $ 13,914 | $ 13,576 |
| Accounts payable, trade | 1,259 | 1,398 |
| Accrued real estate taxes | 28,918 | 28,550 |
| Tenants' security deposits | 10,533 | 10,066 |
| **Total current liabilities** | 54,624 | 53,590 |
| **LONG-TERM DEBT, net of current maturities** | 314,529 | 328,643 |
| **PARTNERS' CAPITAL (DEFICIT)** | 14,092 | (16,016) |
| | $ 383,245 | $ 366,217 |

The accompanying notes are an integral part of these financial statements.



**EXHIBIT G**

# PRAIRIE VILLAGE OF HUXLEY ASSOCIATES
**(A Limited Partnership)**
**BALANCE SHEETS**
**DECEMBER 31, 1998 AND 1997**

## ASSETS

| | 1998 | 1997 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash, operating and maintenance account | $ 13,812 | $ 11,329 |
| Cash, restricted: | | |
| Property tax escrow account | 28,810 | 23,403 |
| Reserve account | 49,172 | 41,562 |
| Tenants' security deposits | 9,421 | 9,041 |
| **Total current assets** | 101,215 | 85,335 |
| **APARTMENT PROPERTY AND EQUIPMENT** | | |
| Land | 32,271 | 32,271 |
| Land improvements | 80,266 | 80,266 |
| Buildings | 426,319 | 426,319 |
| Furniture, fixtures and equipment | 21,631 | 21,631 |
| | 560,487 | 560,487 |
| Less accumulated depreciation | (389,535) | (381,435) |
| | 170,952 | 179,052 |
| | $ 272,167 | $ 264,387 |

## LIABILITIES AND PARTNERS' CAPITAL (DEFICIT)

| | 1998 | 1997 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Current maturities of long-term debt | $ 9,813 | $ 9,716 |
| Accounts payable, trade | 1,627 | 1,463 |
| Accrued real estate taxes | 21,725 | 21,278 |
| Tenants' security deposits | 9,367 | 8,959 |
| **Total current liabilities** | 42,532 | 41,416 |
| **LONG-TERM DEBT, net of current maturities** | 266,137 | 275,958 |
| **PARTNERS' CAPITAL (DEFICIT)** | (36,502) | (52,987) |
| | $ 272,167 | $ 264,387 |

The accompanying notes are an integral part of these financial statements.



**EXHIBIT H**

**PRAIRIE VILLAGE OF LAPORTE CITY ASSOCIATES**
**(A Limited Partnership)**
**BALANCE SHEETS**
**DECEMBER 31, 1997 AND 1996**

## ASSETS

| | 1997 | 1996 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash, operating and maintenance account | $ 11,824 | $ 8,222 |
| Cash, restricted: | | |
| Property tax escrow account | 28,947 | 30,833 |
| Reserve account | 44,312 | 62,332 |
| Tenants' security deposits | 3,298 | 3,270 |
| **Total current assets** | 88,381 | 104,657 |
| **APARTMENT PROPERTY AND EQUIPMENT** | | |
| Land | 40,150 | 40,150 |
| Land improvements | 88,060 | 80,275 |
| Buildings | 460,216 | 460,216 |
| Furniture, fixtures and equipment | 27,302 | 21,748 |
| | 615,728 | 602,389 |
| Less accumulated depreciation | 397,425 | 385,065 |
| | 218,303 | 217,324 |
| | $ 306,684 | $ 321,981 |

## LIABILITIES AND PARTNERS' CAPITAL (DEFICIT)

| | 1997 | 1996 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Current maturities of long-term debt | $ 11,077 | $ 10,967 |
| Accounts payable - trade | 931 | 796 |
| Accrued real estate taxes | 16,165 | 15,522 |
| Tenants' security deposits | 3,275 | 3,265 |
| **Total current liabilities** | 31,448 | 30,550 |
| **LONG-TERM DEBT, net of current maturities** | 358,673 | 369,750 |
| **PARTNERS' CAPITAL (DEFICIT)** | (83,437) | (78,319) |
| | $ 306,684 | $ 321,981 |

The accompanying notes are an integral part of these financial statements.



**EXHIBIT I**

# PRAIRIE VILLAGE OF PARKERSBURG ASSOCIATES
(A Limited Partnership)
## BALANCE SHEETS
## DECEMBER 31, 1998 AND 1997

### ASSETS

| | 1998 | 1997 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash, operating and maintenance account | $ 13,091 | $ 10,969 |
| Cash, restricted: | | |
| Property tax escrow account | 26,106 | 23,195 |
| Reserve account | 65,970 | 61,738 |
| Tenants' security deposits | 3,228 | 3,706 |
| **Total current assets** | 108,395 | 99,608 |
| **APARTMENT PROPERTY AND EQUIPMENT** | | |
| Land | 35,305 | 35,305 |
| Land improvements | 58,617 | 58,617 |
| Buildings | 500,592 | 500,592 |
| Furniture, fixtures and equipment | 28,175 | 27,910 |
| | 622,689 | 622,424 |
| Less accumulated depreciation | 434,446 | 423,046 |
| | 188,243 | 199,378 |
| | $ 296,638 | $ 298,986 |

### LIABILITIES AND PARTNERS' CAPITAL (DEFICIT)

| | 1998 | 1997 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Current maturities of long-term debt | $ 11,878 | $ 11,760 |
| Accounts payable - trade | 1,234 | 1,218 |
| Accrued real estate taxes | 17,227 | 17,366 |
| Tenants' security deposits | 3,213 | 3,681 |
| **Total current liabilities** | 33,552 | 34,025 |
| **LONG-TERM DEBT, net of current maturities** | 395,737 | 407,615 |
| **PARTNERS' CAPITAL (DEFICIT)** | (132,651) | (142,654) |
| | $ 296,638 | $ 298,986 |

The accompanying notes are an integral part of these financial statements.



**EXHIBIT J**

# PRAIRIE VILLAGE OF SLATER ASSOCIATES
## (A Limited Partnership)
## BALANCE SHEETS
## DECEMBER 31, 1997 AND 1996

### ASSETS

| | 1997 | 1996 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash, operating and maintenance account | $ 12,625 | $ 9,490 |
| Cash, restricted: | | |
| Property tax escrow account | 25,904 | 18,207 |
| Reserve account | 40,670 | 37,883 |
| Tenants' security deposits | 7,344 | 6,517 |
| **Total current assets** | 86,543 | 72,097 |
| **APARTMENT PROPERTY AND EQUIPMENT** | | |
| Land | 24,467 | 24,467 |
| Land improvements | 66,328 | 66,328 |
| Buildings | 371,629 | 371,629 |
| Furniture, fixtures and equipment | 20,141 | 20,141 |
| | 482,565 | 482,565 |
| Less accumulated depreciation | 330,256 | 322,480 |
| | 152,309 | 160,085 |
| | $ 238,852 | $ 232,182 |

### LIABILITIES AND PARTNERS' CAPITAL (DEFICIT)

| | 1997 | 1996 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Current maturities of long-term debt | $ 8,517 | $ 8,433 |
| Accounts payable - trade | 883 | 1,885 |
| Accrued real estate taxes | 18,705 | 19,376 |
| Tenants' security deposits | 7,292 | 6,507 |
| **Total current liabilities** | 35,397 | 36,201 |
| **LONG-TERM DEBT, net of current maturities** | 241,617 | 250,135 |
| **PARTNERS' CAPITAL (DEFICIT)** | (38,162) | (54,154) |
| | $ 238,852 | $ 232,182 |

The accompanying notes are an integral part of these financial statements.



**EXHIBIT K**

A
Form RD 1930-8
(REV. 4-97)

Position 3

**MULTI FAMILY HOUSING**
**BORROWER BALANCE SHEET**
**PART I - BALANCE SHEET**

FORM APPROVED
OMB NO.0575-0033
*See accountants' report.*

| PROJECT NAME | BORROWER NAME | BORROWER ID AND PROJECT NO. |
|---|---|---|
| Prairie Village of State Center | Prairie Village of State Center Associa | 16-64-42-1055281 |

| **ASSETS** | **CURRENT YEAR** | **PRIOR YEAR** | **COMMENTS** |
|---|---|---|---|
| BEGINNING DATES> | (01-01-98) | (01-01-97) | |
| ENDING DATES> | (12-31-98) | (12-31-97) | |
| **CURRENT ASSETS** | | | |
| 1. GENERAL OPERATING ACCOUNT | 6,539 | 4,293 | |
| 2. R.E. TAX & INSURANCE ACCOUNT | 5,541 | 4,921 | |
| 3. RESERVE ACCOUNT | 22,780 | 22,596 | |
| 4. SECURITY DEPOSIT ACCOUNT | 4,257 | 4,055 | |
| 5. OTHER CASH *(identify)* | | | |
| 6. OTHER *(identify)* | | | |
| 7. ACCOUNTS RECEIVABLE *(Attach list)* | | | |
| 8. LESS: ALLOWANCE FOR DOUBTFUL ACCOUNTS | | | |
| 9. INVENTORIES *(supplies)* | | | |
| 10. PREPAYMENTS | | | |
| 11. | | | |
| 12. TOTAL CURRENT ASSETS *(Add 1 thru 11)* | 39,117 | 35,865 | |
| **FIXED ASSETS** | | | |
| 13. LAND | 47,961 | 47,961 | |
| 14. BUILDINGS | 278,484 | 278,484 | |
| 15. LESS: ACCUMULATED DEPRECIATION | (229,832) | (225,537) | |
| 16. FURNITURE & EQUIPMENT | 22,735 | 22,735 | |
| 17. LESS: ACCUMULATED DEPRECIATION | (22,171) | (21,907) | |
| 18. | | | |
| 19. TOTAL FIXED ASSETS *(Add 13 thru 18)* | 97,177 | 101,736 | |
| **OTHER ASSETS** | | | |
| 20. | | | |
| 21. TOTAL ASSETS *(Add 12,19, and 20)* | 136,294 | 137,601 | |

| **LIABILITIES AND OWNERS EQUITY** | | | |
|---|---|---|---|
| **CURRENT LIABILITIES** | | | |
| 22. ACCOUNTS PAYABLE *(Attach list)* | 9,470 | 13,458 | |
| 23. NOTES PAYABLE *(Attach list)* | | | |
| 24. SECURITY DEPOSITS | 4,236 | 4,025 | |
| 25. TOTAL CURRENT LIABILITIES *(Add 22 thru 24)* | 13,706 | 17,483 | |
| **LONG-TERM LIABILITIES** | | | |
| 26. NOTES PAYABLE RURAL DEVELOPMENT | 178,191 | 184,707 | |
| 27. OTHER *(Identify)* | | | |
| 28. TOTAL LONG-TERM LIABILITIES *(Add 26 and 27)* | 178,191 | 184,707 | |
| 29. TOTAL LIABILITIES *(Add 25 and 28)* | 191,897 | 202,190 | |
| 30. OWNER'S EQUITY *(Net Worth)* *(21 minus 29)* | (55,603) | (64,589) | |
| 31. TOTAL LIABILITIES AND OWNER'S EQUITY *(Add 29 and 30)* | 136,294 | 137,601 | |

*According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collected is 0575-0033. The time required*

**EXHIBIT L**