**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCONIA ASSOCIATES,<br>a Limited Partnership, et al.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 97-381C; 97-381-11C<br>(Judge Francis M. Allegra) |

**AFFIDAVIT OF GEORGE W. MOROSANI**

STATE OF NORTH CAROLINA )
) SS:
COUNTY OF BUNCOMBE )

George W. Morosani, being duly sworn, states:

1. I am a general partner of Pine Needles Apartments, a Limited Partnership, one of the plaintiffs in the above-captioned matter. I submit this affidavit in support of the application of for attorneys' fees, expenses, and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in this matter. All facts stated herein are based upon my personal knowledge.

2. This action was filed on May 30, 1997. The claim of Pine Needles Apartments was added through plaintiffs' First Amended Complaint, which was filed on or about June 25, 1997.

3. Pine Needles Apartments obtained a Judgment in its favor in the amount of $1,047,472 in this matter on or about December 30, 2004.

4. The net worth of Pine Needles Apartments did not exceed $7,000,000 on either May 30, 1997 or June 25, 1997. The only asset held by the partnership at that time was

**ATT. F**

the property at issue in this lawsuit, which was subject to income restrictions imposed by the Federal Government. The partnership's net worth as of December 31, 1997 was approximately $0, with total liabilities of $507,051 and total assets of $507,051. *See* Exhibit A.

5. In addition, Pine Needles Apartments had less than 500 employees on May 30, 1997 and June 25, 1997. To be specific, Pine Needles Apartments had zero employees as of those dates. This is due to the fact that all of the activities of the partnership were conducted by the general partners.

FURTHER AFFIANT SAYETH NAUGHT

Dated: 5/30, 2005

George W. Morosani

Subscribed and sworn to before
me this 30th day of May, 2005

Notary Public

JUDY M. FRANK
NOTARY PUBLIC
BUNCOMBE COUNTY, N.C.
My Commission Expires 06-13-2009

# PINE NEEDLE APARTMENTS
## (A Limited Partnership)

## BALANCE SHEETS
## December 31, 1997 and 1996

| ASSETS | 1997 | 1996 |
|---|---|---|
| **PROPERTY AND EQUIPMENT (Note 1)** | | |
| Land | $ 42,000 | $ 42,000 |
| Building and improvements | 1,262,148 | 1,256,333 |
| Maintenance and office equipment | 64,917 | 64,917 |
| Paving | 38,517 | 38,517 |
| | 1,407,582 | 1,401,76[illegible] |
| Less accumulated depreciation | 1,006,852 | 983,[illegible] |
| | $ 400,730 | $ 418,[illegible] |
| **OTHER ASSETS** | | |
| Cash, General Fund Account | 22,393 | 20,31[illegible] |
| Cash, reserve for replacements (Note 2) | 63,966 | 58,84[illegible] |
| Cash, tenants security deposits | 11,674 | 11,768 |
| Accounts receivable | 4,548 | 4,17[illegible] |
| Deferred loan closing costs, net | 3,740 | 3,[illegible] |
| | $ 507,051 | $ 517,47[illegible] |

| LIABILITIES AND PARTNERS' EQUITY (DEFICIT) | 1997 | 1996 |
|---|---|---|
| **LIABILITIES** | | |
| Mortgage payable (Note 3) | $ 850,864 | $ 874,326 |
| Accounts payable and accrued expenses | 766 | 2,325 |
| Tenants' security deposits | 11,674 | 11,768 |
| | $ 863,304 | $ 888,[illegible] |
| Partners' Equity (Deficit) | (356,253) | (370,[illegible]) |
| | $ 507,051 | $ 517,47[illegible] |

See Notes to Financial Statements.

**EXHIBIT A**