**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCONIA ASSOCIATES, a Limited Partnership, et al., Plaintiff, | ) | |
| v. | ) | Case No. 97-381C; 97-381-25C (Judge Francis M. Allegra) |
| THE UNITED STATES, Defendant. | ) | |

**AFFIDAVIT OF DONALD H. STORDAHL**

STATE OF FLORIDA )
) SS:
COUNTY OF ALACHUA )

Donald H. Stordahl, being duly sworn, states:

1. I am a general partner of Timberbrook Properties, a General Partnership, which is one of the plaintiffs in the above-captioned matter. I submit this affidavit in support of the application of for attorneys' fees, expenses, and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the above-captioned matter. All facts stated herein are based upon my personal knowledge.

2. This action was filed on May 30, 1997. The claim of Timberbrook Properties was added through plaintiffs' First Amended Complaint, which was filed on or about June 25, 1997.

3. Timberbrook Properties obtained a Judgment in its favor in the amount of $469,098 in this matter on or about December 30, 2004.

4. The partnership's net worth did not exceed $7,000,000 on either May 30, 1997 or June 25, 1997. Specifically, Timberbrook Properties' net worth as of those dates was approximately $96,726. *See* Exhibit A; PX 707.

ATT. H

5. In addition, Timberbrook Properties had less than 500 employees on May 30, 1997 and June 25, 1997. To be specific, Timberbrook Properties had zero employees as of May 30, 1997. This is due to the fact that all of the partnership activities were conducted by the general partners.

FURTHER AFFIANT SAYETH NAUGHT

Dated: 5-28, 2005

Donald H. Stordahl

Subscribed and sworn to before me this 28th day of May, 2005

Notary Public

OFFICIAL NOTARY SEAL
DEBRA S SLAYTON
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. DD029361
MY COMMISSION EXP. JUNE 16,2005

Form 1065 (1997) Timberbrook Properties **EXHIBIT A** 41-1409580 Page 4

**Analysis of Net Income (Loss)**

1 Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17e, and 18b ..... 1 <3,712.>

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | <3,712.> | | | | |
| b Limited partners | | | | | | |

**Schedule L Balance Sheets per Books** (Not required if Question 5 on Schedule B is answered "Yes.")

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 53,215. | | 35,549. |
| 2a Trade notes and accounts receivable | 45. | | | |
| b Less allowance for bad debts | | 45. | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | | | | |
| 9a Buildings and other depreciable assets | 455,783. | | 455,783. | |
| b Less accumulated depreciation | 446,661. | 9,122. | 449,105. | 6,678. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | 12,000. | | 12,000. |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | 74,382. | | 54,227. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) | | | | |
| 18 All nonrecourse loans | | 204,732. | | 195,446. |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach schedule) | Statement 4 | 2,867. | | 2,741. |
| 21 Partners' capital accounts | | <133,217.> | | <143,960.> |
| 22 Total liabilities and capital | | 74,382. | | 54,227. |

**Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return**
(Not required if Question 5 on Schedule B is answered "Yes." See page 23 of the instructions.)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | <3,712.> | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17e, and 18b, not charged against book income this year (itemize): a Depreciation $ | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17e, and 18b (itemize): a Depreciation $ b Travel and entertainment $ | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | <3,712.> | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | <3,712.> |

**Schedule M-2 Analysis of Partners' Capital Accounts** (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | <133,217.> | 6 Distributions: a Cash | 7,031. |
| 2 Capital contributed during year | | b Property | |
| 3 Net income (loss) per books | <3,712.> | 7 Other decreases (itemize): | |
| 4 Other increases (itemize): | | | |
| | | 8 Add lines 6 and 7 | 7,031. |
| 5 Add lines 1 through 4 | <136,929.> | 9 Balance at end of year. Subtract line 8 from line 5 | <143,960.> |