**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCONIA ASSOCIATES,<br>a Limited Partnership, et al.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 97-381C; 97-381-29C<br>(Judge Francis M. Allegra) |

**AFFIDAVIT OF BRIAN E. WELLS**

STATE OF FLORIDA )<br>) SS:<br>COUNTY OF CHARLOTTE)

Brian E. Wells, being duly sworn, states:

1. I am a plaintiff in the above-captioned matter. I own one property that is at issue in this case, Fall River I.

2. I submit this affidavit in support of the application of for attorneys' fees, expenses, and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the above-captioned matter. All facts stated herein are based upon my personal knowledge.

3. This action was filed on May 30, 1997. My claims were added through plaintiffs' First Amended Complaint, which was filed on or about June 25, 1997.

4. On December 30, 2004, I obtained a Judgment in my favor in the amount of $285,857.

5. My net worth did not exceed $2,000,000 on May 30, 1997 or June 25, 1997. In 1997, I was employed as a real estate property manager. *See* Exhibit A. My taxable income for that year was $109,035, which included a one-time IRA disbursement of $100,000. *Id.* I also

**ATT. J**

had a 401K portfolio worth $412,460. *Id.* My estimate as to the value of the Fall River I property in 1997, based on the cash flows they produced at that time, is approximately $16,120. I also owned one other property subject to FmHA restrictions which had a similar value. In addition, I owned five conventional properties in 1997, including one residential rental home, three vacant rental condominiums, and one commercial office building. *See id.* None of the properties I owned at that time produced any significant income, and thus none of them had any significant market value. In fact, only one of the properties earned any net income in 1997 (totaling $1,260), while the others all operated at a loss. *Id.* Thus, while I did not prepare or obtain financial statements showing my specific net worth in 1997, I know that the value of my assets did not exceed my liabilities by $2,000,000.

FURTHER AFFIANT SAYETH NAUGHT

Dated: 6/1, 2005

Brian E. Wells

Subscribed and sworn to before me this 1st day of June, 2005

Notary Public

JEAN M. GENTRY
Notary Public, State of Florida
My comm. expires Apr. 11, 2007
No. DD 181745

EXTENSION GRANTED TO 08/15/98

# Form 1040 — Department of the Treasury - Internal Revenue Service — U.S. Individual Income Tax Return 1997 (99)

EXTENSION GRANTED TO 8/15/9[illegible]

IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 1997, or other tax year beginning , 1997, ending , 19 — OMB No. 1545-0074

**Label** (See instructions on page 10.) Use the IRS label. Otherwise, please print or type.

| LABEL HERE | | |
|---|---|---|
| Your first name and initial: BRIAN E. | Last name: WELLS | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 10.: 3210 HEATHERDELL LANE | Apt. no. | For help in finding line instructions, see pages 2 and 3 in the booklet. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 10.: MADISON, WI 53713-3444 | | |

**Presidential Election Campaign** (See page 10.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | |
| If a joint return, does your spouse want $3 to go to this fund? | | |

Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1. [X] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4. [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ).

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.

b [ ] **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

If more than six dependents, see page 10.

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1997 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who: ● lived with you; ● did not live with you due to divorce or separation (see instructions); Dependents on 6c not entered above; Add numbers entered on lines above ▶ 1

d Total number of exemptions claimed

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here. If you did not get a W-2, see page 12. Enclose but do not attach any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 303. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 2,111. |
| b | Tax-exempt interest. DO NOT include on line 8a — 8b | | |
| 9 | Dividends. Attach Schedule B if required | 9 | 1,545. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes STMT 2 STMT 3 | 10 | 0. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | <5,521. |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | <3,000. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions — 15a — b Taxable amount (see page 13) | 15b | 100,000. |
| 16a | Total pensions and annuities — 16a 455,772. — b Taxable amount (see page 13) | 16b | 37,732. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | <18,381. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a — b Taxable amount (see page 14) | 20b | |
| 21 | Other income. List type and amount - see page 15: NOL CARRYOVER TO 1997 <5,754.> | 21 | <5,754. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 109,035. |

## Adjusted Gross Income

If line 32 is under $29,290 (under $9,770 if a child did not live with you), see EIC inst. on page 21.

| Line | Description | | |
|---|---|---|---|
| 23 | IRA deduction (see page 16) | 23 | |
| 24 | Medical savings account deduction. Attach Form 8853 | 24 | |
| 25 | Moving expenses. Attach Form 3903 or 3903-F | 25 | |
| 26 | One-half of self-employment tax. Attach Schedule SE | 26 | |
| 27 | Self-employed health insurance deduction (see page 17) | 27 | |
| 28 | Keogh & self-employed SEP plans and SIMPLE plans | 28 | |
| 29 | Penalty on early withdrawal of savings | 29 | |
| 30a | Alimony paid b Recipient's SSN ▶ | 30a | |
| 31 | Add lines 23 through 30a. | 31 | |
| 32 | Subtract line 31 from line 22. This is your **adjusted gross income**. | | 109,035. |

LHA **For Privacy Act and Paperwork Reduction Act Notice, see page 38.** Form **1040** (1997)

710001 06-29-98



14500523 767977 WELLSBRIAN 102 WELLS, BRIAN E. WELLSBR1

EXHIBIT A

Form 1040 (1997) BRIAN E. WELLS [redacted] OMB No. 1545-0074 Pag

**Tax Computation**

33 Amount from line 32 (adjusted gross income) — **33** 109,03

34a Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind.
Add the number of boxes checked above and enter the total here ▶ 34a

b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 18 and check here ▶ 34b ☐

35 Enter the larger of your:
- Itemized deductions from Schedule A, line 28, OR
- Standard deduction shown below for your filing status. But see page 18 if you checked any box on line 34a or 34b or someone can claim you as a dependent.
  - Single - $4,150 • Married filing jointly or Qualifying widow(er) - $6,900
  - Head of household - $6,050 • Married filing separately - $3,450

— **35** 15,69

36 Subtract line 35 from line 33 — **36** 93,34

37 If line 33 is $90,900 or less, multiply $2,650 by the total number of exemptions claimed on line 6d. If line 33 is over $90,900, see the worksheet on page 19 for the amount to enter — **37** 2,65

38 **Taxable income.** Subtract line 37 from line 36. If line 37 is more than line 36, enter -0- — **38** 90,69

39 **Tax.** See page 19. Check if any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ — **39** 23,11

**Credits**

40 Credit for child and dependent care expenses. Attach Form 2441 — 40

41 Credit for the elderly or the disabled. Attach Schedule R — 41

42 Adoption credit. Attach Form 8839 — 42

43 Foreign tax credit. Attach Form 1116 — 43

44 Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) — 44

45 Add lines 40 through 44 — **45**

46 Subtract line 45 from line 39. If line 45 is more than line 39, enter -0- ▶ — **46** 23,112

**Other Taxes**

47 Self-employment tax. Attach Schedule SE — **47**

48 Alternative minimum tax. Attach Form 6251 — **48** 0

49 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 — **49**

50 Tax on qualified retirement plans (including IRAs) and MSAs. Attach Form 5329 if required — **50**

51 Advance earned income credit payments from Form(s) W-2 — **51**

52 Household employment taxes. Attach Schedule H — **52**

53 Add lines 46 through 52. This is your **total tax** ▶ — **53** 23,112

**Payments**

Attach Forms W-2, W-2G, and 1099-R on page 1.

54 Federal income tax withheld from Forms W-2 and 1099 — 54 18.

55 1997 estimated tax payments and amount applied from 1996 return — 55

56a **Earned income credit.** Attach Schedule EIC if you have a qualifying child
b Nontaxable earned income: amount ▶ and type ▶ — 56a

57 Amount paid with Form 4868 (request for extension) — 57 27,927.

58 Excess social security and RRTA tax withheld (see page 27) — 58

59 Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 — 59

60 Add lines 54, 55, 56a, 57, 58, and 59. These are your **total payments** ▶ — **60** 27,945

**Refund**

Have it directly deposited! See Page 27 and fill in 62b, 62c, and 62d.

61 If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** — **61** 4,833

62a Amount of line 61 you want **REFUNDED TO YOU** ▶ — **62a** 33

▶ b Routing number ____ c Type: ☐ Checking ☐ Savings

▶ d Account number ____

63 Amount of line 61 you want **APPLIED TO YOUR 1998 ESTIMATED TAX** ▶ — 63 4,800.

**Amount You Owe**

64 If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE**. For details on how to pay, see page 27 ▶ — **64**

65 Estimated tax penalty. Also include on line 64 — 65

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Your signature X | Date | Your occupation: RETIRED-ADVERTISG SALE

▶ Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address ▶ CONSULTING SERVICES, LTD. 4200 UNIVERSITY AVE., STE #2050 MADISON, WI | EIN 39 1228821 | ZIP code 53705-2173

SCHEDULES A&B (Form 1040)
Department of the Treasury Internal Revenue Service

# Schedule A - Itemized Deductions

(Schedule B is on page 2)

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
**1997**
Attachment Sequence No. 07

Name(s) shown on Form 1040: BRIAN E. WELLS

Your social security number: [redacted]

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: *Do not include expenses reimbursed or paid by others.* | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 33 ... 2 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes SEE STATEMENT 7 | 5 | 1,855. | | |
| | 6 | Real estate taxes (see page A-2) | 6 | | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 1,855 |
| **Interest You Paid** (See page A-2.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ SEE STATEMENT 6 | 11 | 11,943. | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) STMT 8 | 13 | 0. | | |
| | 14 | Add lines 10 through 13 | | | 14 | 11,943 |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-3 | 15 | 1,179. | | |
| If you made a gift and got a benefit for it, see page A-3. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. You MUST attach Form 8283 if over $500 | 16 | | | |
| | 17 | Carryover from prior year | 17 | 715. | | |
| | 18 | Add lines 15 through 17 | | | 18 | 1,894. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-4.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | | | |
| | 24 | Enter amount from Form 1040, line 33 ... 24 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-5. List type and amount ▶ | | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 33, over $121,200 (over $60,600 if married filing separately)? NO. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 35, the larger of this amount or your standard deduction. YES. Your deduction may be limited. See page A-5 for the amount to enter. | | ▶ | 28 | 15,692. |

LHA For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule A (Form 1040) 1997

719501
05-18-98



14500523 767977 WELLSBRIAN 102 WELLS, BRIAN E. WELLSBR1

Schedules A&B (Form 1040) 1997 OMB No. 1545-0074 Page

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1. | Your social security number

BRIAN E. WELLS [redacted]

## Schedule B - Interest and Dividend Income

Attachment Sequence No. 08

**Part I Interest Income**

**Note:** *If you had over $400 in taxable interest income, you must also complete Part III.*

*Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.*

| Line | Description | | Amount |
|---|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | | |
| | SEE STATEMENT 9 | 1 | 2,111 |
| 2 | Add the amounts on line 1 | 2 | 2,111 |
| 3 | Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 to Form 1040 | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 2,111 |

**Part II Dividend Income**

**Note:** *If you had over $400 in gross dividends and/or other distributions on stock, you must also complete Part III.*

*Note: If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.*

| Line | Description | | Amount |
|---|---|---|---|
| 5 | List name of payer. Include gross dividends and/or other distributions on stock here. Any capital gain distributions and nontaxable distributions will be deducted on lines 7 and 8 ▶ | | |
| | AARP GNMA & U.S. TREASURY FUND; BOSTON, MA 02208-2540 ("FROM SCUDDER') | 5 | 327 |
| | IDEX INVESTOR SERVICES: IDEX II GROWTH FUND; CLEARWATER, FL 34618-9015 | 5 | 475 |
| | MADISON GAS & ELECTRIC COMPANY; MADISON, WI 53701-1231 | 5 | 569 |
| | NATIONAL FINANCIAL SERVICES CORPORATION/BERTHEL FISHER & CO/DAILY MONEY MKT | 5 | 612 |
| | UNOCAL CORPORATION; C/O CHEMICAL BANK; NEW YORK, NY 10249-0018 | 5 | 37 |
| 6 | Add the amounts on line 5 | 6 | 2,020 |
| 7 | Capital gain distributions. Enter here and on Schedule D STMT 10 — 7: 475. | | |
| 8 | Nontaxable distributions — 8: | | |
| 9 | Add lines 7 and 8 | 9 | 475 |
| 10 | Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 ▶ | 10 | 1,545 |

**Part III Foreign Accounts and Trusts**

You must complete this part if you (a) had over $400 of interest or dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| Line | Question | Yes | No |
|---|---|---|---|
| 11a | At any time during 1997, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? | | X |
| b | If "Yes," enter the name of the foreign country ▶ | | |
| 12 | During 1997, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520 or 926. See page B-2 | | X |

LHA For Paperwork Reduction Act Notice, see Form 1040 instructions. Schedule B (Form 1040) 1997

727501
11-04-97



14500523 767977 WELLSBRIAN 102 WELLS, BRIAN E. WELLSBR1

**SCHEDULE C (Form 1040)**
Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business

(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065.

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**1997**
Attachment Sequence No. 09

Name of proprietor: BRIAN E. WELLS

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service: REAL ESTATE PROPERTY MANAGEMENT: MATERIAL PARTICIPATION

**B** Enter principal business code (see page C-6) ▶ 5538

**C** Business name. If no separate business name, leave blank. BRIAN WELLS RENTAL PROPERTIES

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 1997? If "No," see page C-2 for limit on losses [X] Yes [ ] No

**H** If you started or acquired this business during 1997, check here ▶ [ ]

## Part I Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution:** *If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here* ▶ [ ] | 1 | |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see page C-3) | 9 | | 20 | Rent or lease (see page C-4): | | |
| | | | | a | Vehicles, machinery, and equipment | 20a | |
| 10 | Car and truck expenses (see page C-3) | 10 | | b | Other business property | 20b | |
| | | | | 21 | Repairs and maintenance | 21 | |
| 11 | Commissions and fees | 11 | | 22 | Supplies (not included in Part III) | 22 | 63 |
| 12 | Depletion | 12 | | 23 | Taxes and licenses | 23 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) | 13 | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 1,588 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Meals and entertainment 550. | | |
| 15 | Insurance (other than health) | 15 | 1,431. | c | Enter 50% of line 24b subject to limitations (see page C-4) 275. | | |
| 16 | Interest: | | | | | | |
| a | Mortgage (paid to banks, etc.) | 16a | | d | Subtract line 24c from line 24b | 24d | 275. |
| b | Other | 16b | | 25 | Utilities | 25 | |
| 17 | Legal and professional services | 17 | | 26 | Wages (less employment credits) | 26 | |
| 18 | Office expense | 18 | | 27 | Other expenses (from line 48 on page 2) | 27 | 2,164. |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 5,521. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | <5,521. |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. • If a loss, you MUST go on to line 32. | 31 | <5,521. |

32 If you have a loss, check the box that describes your investment in this activity (see page C-5).
- If you checked 32a, enter the loss on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
- If you checked 32b, you MUST attach Form 6198.

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

LHA **For Paperwork Reduction Act Notice, see Form 1040 Instructions.** **Schedule C (Form 1040) 1997**

720001 03-12-98



14500523 767977 WELLSBRIAN 102 WELLS, BRIAN E. WELLSBR1

Schedule C (Form 1040) 1997 BRIAN E. WELLS [redacted] Pag

**Part III Cost of Goods Sold** (see page C-5)

33 Method(s) used to value closing inventory: a ☐ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ N

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 Purchases less cost of items withdrawn for personal use | 36 | |
| 37 Cost of labor. Do not include salary paid to yourself | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | |
| 41 Inventory at end of year | 41 | |
| 42 Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

**Part IV Information on Your Vehicle.** Complete this part ONLY if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ / /

44 Of the total number of miles you drove your vehicle during 1997, enter the number of miles you used your vehicle for:

a Business ____ b Commuting ____ c Other ____

45 Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

46 Was your vehicle available for use during off-duty hours? ☐ Yes ☐ No

47a Do you have evidence to support your deduction? ☐ Yes ☐ No

b If "Yes," is the evidence written? ☐ Yes ☐ No

**Part V Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| BUSINESS TELEPHONE/FAX LINES/CELLULAR/LONG DISTANCE (80%) | 2,164. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48 Total other expenses. Enter here and on page 1, line 27 | 48 2,164. |

720002 03-12-98



14500523 767977 WELLSBRIAN 102 WELLS, BRIAN E. WELLSBR1

**SCHEDULE D (Form 1040)**
Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074
**1997**
Attachment Sequence No. 12

Name(s) shown on Form 1040: BRIAN E. WELLS

Your social security number: [redacted]

## Part I Short-Term Capital Gains and Losses - Assets Held One Year or Less

| | (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired | (c) Date sold | (d) Sales price (See page D-3) | (e) Cost or other basis (See page D-4) | (f) GAIN or (LOSS) FOR ENTIRE YEAR Subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Line | Description | | Amount (d) | (f) |
|---|---|---|---|---|
| 2 | Enter your short-term totals, if any, from Schedule D-1, line 2 | 2 | | |
| 3 | **Total short-term sales price amounts.** Add column (d) of lines 1 and 2 | 3 | | |
| 4 | Short-term gain from Forms 2119 and 6252, and short-term gain or (loss) from Forms 4684, 6781, and 8824 | 4 | | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 5 | | |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 9 of your 1996 Capital Loss Carryover Worksheet | 6 | | ( ) |
| 7 | **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) ▶ | 7 | | |

## Part II Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired / (c) Date sold | (d) Sales price (See page D-3) | (e) Cost or other basis (See page D-4) | (f) GAIN or (LOSS) FOR ENTIRE YEAR Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) * (see instr. below) |
|---|---|---|---|---|---|
| NFSC SOLD: CIFRA SA DE CV ORD WER A MXNO | VARIOUS 05/02/97 | 1. | 1. | | |
| WORTHLESS INVESTMENTS PER BROKER: 5000 SHARES: | 08/23/89 12/31/97 | 0. | 2,385. | <2,385.> | |
| WORTHLESS INVESTMENTS PER BROKER: 9000 SHARES: | 07/24/86 12/31/97 | 0. | 6,505. | <6,505.> | |
| | | | | | |

| Line | Description | | (d) | (f) | (g) |
|---|---|---|---|---|---|
| 9 | Enter your long-term totals, if any, from Schedule D-1, line 9 | 9 | | | |
| 10 | **Total long-term sales price amounts.** Add column (d) of lines 8 and 9 | 10 | 1. | | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2119, 2439, and 6252; and long-term gain or loss from Forms 4684, 6781, and 8824 | 11 | | | |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | | | |
| 13 | Capital gain distributions | 13 | | 475. | 235 |
| 14 | Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 14 of your 1996 Capital Loss Carryover Worksheet | 14 | | ( 14,255. ) | ( 14,255. |
| 15 | Combine lines 8 through 14 in column (g) | 15 | | | <14,020. |
| 16 | **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) ▶ | 16 | | <22,670.> | |

* 28% Rate Gain or Loss includes all gains and losses in Part II, column (f) from sales, exchanges, conversions (including installment payments received) either:
- Before May 7, 1997, or
- After July 28, 1997, for assets held more than 1 year but not more than 18 months.

It also includes ALL "collectibles gains and losses" (as defined on page D-4).

LHA For Paperwork Reduction Act Notice, see Form 1040 instructions. Schedule D (Form 1040) 1997

720511/03-12-98



14500523 767977 WELLSBRIAN 102 WELLS, BRIAN E. WELLSBR1

## Part III Summary of Parts I and II

| Line | Description | Box | Amount |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13<br>**Next:** Complete Form 1040 through line 38. Then, go to **Part IV** to figure your tax if:<br>• Both lines 16 and 17 are gains, **and**<br>• Form 1040, line 38, is more than zero. | 17 | <22,670 |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the smaller of these losses:<br>• The loss on line 17; or<br>• (3,000) or, if married filing separately, (1,500)<br>**Next:** Complete Form 1040 through line 36. Then, complete the **Capital Loss Carryover Worksheet** on page D-4 if:<br>• The loss on line 17 exceeds the loss on line 18, or<br>• Form 1040, line 36, is a loss SEE STATEMENT 11 | 18 | ( 3,000 |

## Part IV Tax Computation Using Maximum Capital Gains Rates

| Line | Description | Box | Amount |
|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 38 | 19 | |
| 20 | Enter the smaller of line 16 or line 17 | 20 | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | |
| 23 | Combine line 7 and 15. If zero or less, enter -0- | 23 | |
| 24 | Enter the smaller of line 15 or line 23, but not less than zero | 24 | |
| 25 | Enter your unrecaptured section 1250 gain, if any (see page D-4) | 25 | |
| 26 | Add lines 24 and 25 | 26 | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | 27 | |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | 28 | |
| 29 | Enter the smaller of line 19 or $41,200 ($24,650 if single; $20,600 if married filing separately; $33,050 if head of household) | 29 | |
| 30 | Enter the smaller of line 28 or line 29 | 30 | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | 31 | |
| 32 | Enter the larger of line 30 or line 31 | 32 | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies ▶ | 33 | |
| 34 | Enter the amount from line 29 | 34 | |
| 35 | Enter the amount from line 28 | 35 | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- | 36 | |
| 37 | Multiply line 36 by 10% (.10) ▶ | 37 | |
| 38 | Enter the smaller of line 19 or line 27 | 38 | |
| 39 | Enter the amount from line 36 | 39 | |
| 40 | Subtract line 39 from line 38. If zero or less, enter -0- | 40 | |
| 41 | Multiply line 40 by 20% (.20) ▶ | 41 | |
| 42 | Enter the smaller of line 22 or line 25 | 42 | |
| 43 | Add lines 22 and 32 | 43 | |
| 44 | Enter the amount from line 19 | 44 | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | 45 | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- | 46 | |
| 47 | Multiply line 46 by 25% (.25) ▶ | 47 | |
| 48 | Enter the amount from line 19 | 48 | |
| 49 | Add lines 32, 36, 40, and 46 | 49 | |
| 50 | Subtract line 49 from line 48 | 50 | |
| 51 | Multiply line 50 by 28% (.28) ▶ | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | 52 | |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | 53 | |
| 54 | **Tax.** Enter the smaller of line 52 or line 53 here and on Form 1040, line 39 ▶ | 54 | |

**SCHEDULE E (Form 1040)**
Department of the Treasury
Internal Revenue Service (99)

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
**1997**
Attachment Sequence No. 13

Name(s) shown on return: BRIAN E. WELLS

Your social security number: [redacted]

**Part I — Income or Loss From Rental Real Estate and Royalties** Note: Report income and expenses from your business of renting personal property on Schedule C or C-EZ. Report farm rental income or loss from Form 4835 on page 2, line 39.

1 Show the kind and location of each rental real estate property:

A FALL RIVER MEADOWS I: FMHA SENIOR CITIZEN
550-552 N. MAIN STREET; FALL RIVER, WI 53

B FALL RIVER MEADOWS II: FMHA SENIOR CITIZE
554 SLEEPY HOLLOW; FALL RIVER, WI 53932

C COMMERCIAL OFFICE BUILDING
4227-4229 W. NORTH AVENUE; MILWAUKEE, WI

2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days or
- 10% of the total days rented at fair rental value?
(See page E-1.)

| | Yes | No |
|---|---|---|
| A | | X |
| B | | X |
| C | | X |

| Income: | | Properties A | Properties B | Properties C | | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | 43,672. | 25,433. | 10,615. | 3 | |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | 111. | | 185. | | |
| 6 Auto and travel (see page E-2) | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | 1,009. | 907. | 1,175. | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | 1,105. | 552. | 977. | | |
| 10 Legal and other professional fees | 10 | 1,600. | 450. | 796. | | |
| 11 Management fees | 11 | 6,788. | 4,029. | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-2) | 12 | 4,287. | 4,725. | | 12 | |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | 106. | | 1,970. | | |
| 15 Supplies | 15 | | | 600. | | |
| 16 Taxes | 16 | 8,255. | 4,120. | 1,034. | | |
| 17 Utilities | 17 | 4,756. | 3,567. | 1,331. | | |
| 18 Other (list) ▶ SEE STATEMENT 12 | 18 | 10,181. | | | | |
| SEE STATEMENT 13 | | | 6,740. | | | |
| SEE STATEMENT 14 | | | | 338. | | |
| 19 Add lines 5 through 18 | 19 | 38,198. | 25,090. | 8,406. | 19 | |
| 20 Depreciation expense or depletion (see page E-2) | 20 | 6,216. | 1,002. | 949. | 20 | |
| 21 Total expenses. Add lines 19 and 20 | 21 | 44,414. | 26,092. | 9,355. | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-3 to find out if you must file Form 6198 | 22 | <742.> | <659.> | 1,260. | | |
| 23 Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file Form 8582. Real estate professionals must complete line 42 on page 2 | 23 | <742.> | <659.> | | | |

24 Income. Add positive amounts shown on line 22. Do not include any losses ..... 24

25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter the total losses here ..... 25

26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 ..... 26

**SCHEDULE E (Form 1040)**
Department of the Treasury Internal Revenue Service (99)

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
**1997**
Attachment Sequence No. 13

Name(s) shown on return: BRIAN E. WELLS

Your social security number: [redacted]

**Part I** **Income or Loss From Rental Real Estate and Royalties** Note: Report income and expenses from your business of renting personal property on Schedule C or C-EZ. Report farm rental income or loss from Form 4835 on page 2, line 39.

1 Show the kind and location of each rental real estate property:

| | Property | 2 Yes | No |
|---|---|---|---|
| A | RESIDENTIAL RENTAL HOUSE<br>4034 N. 47TH STREET; MILWAUKEE, WI 53203 | | X |
| B | RENTAL CONDO #E102<br>EMERALD POINT E102; 25188 MARION AVE.; PU | | X |
| C | RENTAL CONDO #F202<br>EMERALD POINT CONDO #F202; 25188 MARION A | | X |

2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days or
- 10% of the total days rented at fair rental value?

(See page E-1.)

| Income: | Line | A | B | C | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|
| 3 Rents received | 3 | 7,218. | | | 3 |
| 4 Royalties received | 4 | | | | 4 |
| **Expenses:** | | | | | |
| 5 Advertising | 5 | | | | |
| 6 Auto and travel (see page E-2) | 6 | | | 710. | |
| 7 Cleaning and maintenance | 7 | | 100. | 60. | |
| 8 Commissions | 8 | | | | |
| 9 Insurance | 9 | 293. | 249. | 248. | |
| 10 Legal and other professional fees | 10 | | | | |
| 11 Management fees | 11 | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-2) | 12 | | 805. | 1,332. | 12 |
| 13 Other interest | 13 | | | | |
| 14 Repairs | 14 | 5,955. | | 105. | |
| 15 Supplies | 15 | | 60. | 606. | |
| 16 Taxes | 16 | | 779. | 769. | |
| 17 Utilities | 17 | 763. | 83. | 507. | |
| 18 Other (list) ▶ | | | | | |
| SEE STATEMENT 15 | | | | | |
| SEE STATEMENT 16 | 18 | | 941. | | |
| SEE STATEMENT 17 | | | | 2,056. | |
| 19 Add lines 5 through 18 | 19 | 7,011. | 3,017. | 6,393. | 19 |
| 20 Depreciation expense or depletion (see page E-2) | 20 | 1,455. | 636. | 1,000. | 20 |
| 21 Total expenses. Add lines 19 and 20 | 21 | 8,466. | 3,653. | 7,393. | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-3 to find out if you must file Form 6198 | 22 | <1,248.> | <3,653.> | <7,393.> | |
| 23 Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file Form 8582. Real estate professionals must complete line 42 on page 2 | 23 | <1,248.> | <3,653.> | <7,393.> | |

24 **Income.** Add positive amounts shown on line 22. Do not include any losses ..... 24

25 **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter the total losses here ..... 25 (

26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 ..... 26

SCHEDULE E (Form 1040)

Department of the Treasury Internal Revenue Service (99)

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

1997

Attachment Sequence No. 13

Name(s) shown on return: BRIAN E. WELLS

Your social security number: [redacted]

**Part I** **Income or Loss From Rental Real Estate and Royalties** Note: Report income and expenses from your business of renting personal property on Schedule C or C-EZ. Report farm rental income or loss from Form 4835 on page 2, line 39.

1 Show the kind and location of each rental real estate property:

A RENTAL CONDO-VILLA 32
V32 EMERALD POINT CONDO'S; 25188 MARION A

B

C

2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days or
- 10% of the total days rented at fair rental value?

(See page E-1.)

| | Yes | No |
|---|---|---|
| A | | X |
| B | | |
| C | | |

| Income: | | Properties A | Properties B | Properties C | | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | | | | 3 | 86,938 |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | 35. | | | | |
| 6 Auto and travel (see page E-2) | 6 | 2,183. | | | | |
| 7 Cleaning and maintenance | 7 | 351. | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | 287. | | | | |
| 10 Legal and other professional fees | 10 | 355. | | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-2) | 12 | 391. | | | 12 | 11,540 |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | 271. | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | 140. | | | | |
| 17 Utilities | 17 | | | | | |
| 18 Other (list) ▶ SEE STATEMENT 18 | 18 | 1,183. | | | | |
| 19 Add lines 5 through 18 | 19 | 5,196. | | | 19 | 93,311. |
| 20 Depreciation expense or depletion (see page E-2) | 20 | 750. | | | 20 | 12,008. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 5,946. | | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-3 to find out if you must file Form 6198 | 22 | <5,946.> | | | | |
| 23 Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file Form 8582. Real estate professionals must complete line 42 on page 2 | 23 | <5,946.> | | | | |

24 **Income.** Add positive amounts shown on line 22. Do not include any losses — 24: 1,260.

25 **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter the total losses here — 25: ( 19,641.)

26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 — 26: <18,381.>

Schedule E (Form 1040) 1997 Attachment Sequence No. 13 Page

Name(s) shown on return. Do not enter name and social security number if shown on Page 1. | Your social security number

BRIAN E. WELLS | [redacted]

Note: *If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real Estate professionals must complete line 42 below.*

## Part II Income or Loss From Partnerships and S Corporations

Note: *If you report a loss from an at-risk activity, you MUST check either column* (e) *or* (f) *of line 27 to describe your investment in the activity. If you check column* (f) *you must attach Form 6198.*

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | | | | |
| b Totals | | | | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | 29 | |
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | ( |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | |

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | 34 | |
| 35 | Add columns (c) and (e) of line 33b | 35 | ( |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | 39 | |
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | 40 | <18,381.> |
| 41 | Reconciliation of Farming and Fishing Income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-5) | 41 | |
| 42 | Reconciliation for Real Estate Professionals. If you were a real estate professional, enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | STATEMENT 19 <18,381.> |

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION: BASED ON PRICE $ 63,000.00 @ 7 % = 4,410.00 | | |
| DIVISION OF COMMISSION (LINE 700) AS FOLLOWS: | | |
| 701. $ 2,205.00 to THE PRUDENTIAL VILLAGE REALTY PLACE | | |
| 702. $ 2,205.00 to PEACE RIVER REALTY, INC. | | |
| 703. Commission paid at settlement | | 4,410.00 |
| 704. | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN: | | |
| 801. Loan Origination fee 1 % to NATIONSBANK OF FLORIDA | 567.00 | |
| 802. Loan Discount % | | |
| 803. Appraisal Fee to: CHARLOTTE APPRAISAL | 225.00 | |
| 804. Credit Report to: | | |
| 805. Lender's Inspection fee | | |
| 806. Mortgage Insurance application fee to | | |
| 807. Assumption fee | | |
| 808. Flood Determination Fee to NATIONSBANK OF FLORIDA | 10.00 | |
| 809. Document Preparation Fee to NATIONSBANK OF FLORIDA | 100.00 | |
| 810. Releasing Fee to NATIONSBANK OF FLORIDA | 6.00 | |
| 811. | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | | |
| 901. Interest from to @ $ /day | | |
| 902. Mortgage insurance premium for mo. to | | |
| 903. Hazard insurance premium for 12 mo. to | | |
| 904. Flood Insurance Premium for 12 mo. to | | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER: | | |
| 1001. Hazard insurance months @ $ per month | | |
| 1002. Mortgage insurance months @ $ per month | | |
| 1003. City property taxes months @ $ per month | | |
| 1004. County property taxes months @ $ per month | | |
| 1005. Annual assessments months @ $ per month | | |
| 1006. months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. months @ $ per month | | |
| 1009. | | |
| 1100. TITLE CHARGES: | | |
| 1101. Settlement or closing fee to The Security First Title Partners of Charlotte | 125.00 | 75.00 |
| 1102. Abstract or title search to The Security First Title Partners of Charlotte | | 45.00 |
| 1103. Title examination to The Security First Title Partners of Charlotte | | 55.00 |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to (includes above items Numbers: ) | 25.00 | 362.25 |
| 1108. Title insurance to The Security First Title Partners of Charlotte (includes above items Numbers: ) | | |
| 1109. Lender's coverage $ 56,700.00 | | |
| 1110. Owner's coverage $ 63,000.00 | | |
| 1111. ALTA 8.1 Endorsment to The Security First Title Partners of Charlotte | 30.00 | |
| 1112. ALTA 4 Endorsement to The Security First Title Partners of Charlotte | 30.00 | |
| 1113. | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES: | | |
| 1201. Recording fees: Deed $ 10.50 ; Mortgage $ 37.50 ; Releases $ | 48.00 | |
| 1202. City/county tax/stamps: Deed $ ; Mortgage $ | | |
| 1203. State tax/stamps: Deed $ 441.00 ; Mortgage $ 200.90 | 200.90 | 441.00 |
| 1204. Intangible Tax to Clerk of the Circuit Court | 114.75 | |
| 1205. Record Certificate of Approval to Clerk of the Circuit Court | 6.00 | |
| 1300. ADDITIONAL SETTLEMENT CHARGES: | | |
| 1301. Survey to | | |
| 1302. Pest inspection to | | |
| 1303. Record Corrective Deed (Seago) to Clerk of the Circuit Court | | 11.20 |
| 1304. October Maint. Fee to Emerald Pointe Condominium Assoc. | 297.00 | |
| 1305. | | |

F202

**EXHIBIT B**

SETTLEMENT STATEMENT

**The Security First Title Partners of Charlotte, Ltd.**
*2811 Tamiami Trail, Suite B*
*Port Charlotte, FL 33952*

| | | |
|---|---|---|
| 1. ☐ FHA | 2. ☐ FMHA | 3. ☒ CONV. UNINS. |
| 4. ☐ VA | 5. ☐ CONV. INS. | |
| 6. FILE NUMBER: P97447/FA | 7. LOAN NUMBER: 302173 | |
| 8. MORTGAGE INS. CASE NO.: | | |

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

D. NAME OF BORROWER: BRIAN E. WELLS, a single man
ADDRESS OF BORROWER: 3210 Heatherdell Lane, Madison, WI 53713

E. NAME OF SELLER: RICHARD HORNBACK, a married man
ADDRESS OF SELLER: 2315 Magnolia Drive, Panama City Beach, FL 32408

F. NAME OF LENDER: NATIONSBANK OF FLORIDA
ADDRESS OF LENDER: 830 Central Avenue
St. Petersburg, FL 33701

G. PROPERTY LOCATION: EMERALD POINTE CONDO, Phase 6, Unit E-102
25188 West Marion Ave.
Punta Gorda, Florida 53713

H. SETTLEMENT AGENT: The Security First Title Partners of Charlotte, Ltd.
PLACE OF SETTLEMENT: 2811 Tamiami Trail, Suite B
Port Charlotte, Florida 33952

I. SETTLEMENT DATE: September 29, 1997

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | 63,000.00 | 401. Contract sales price | 63,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower: *(from line 1400)* | 1,784.65 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | | **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. September 9/29/97 to 9/30/97 | 9.90 | 409. September 9/29/97 to 9/30/97 | 9.90 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER:** | 64,794.55 | **420. GROSS AMOUNT DUE TO SELLER:** | 63,009.90 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 6,300.00 | 501. Excess deposit *(see instructions)* | |
| 202. Principal amount of new loan(s) | 57,377.00 | 502. Settlement charges to seller (line 1400) | 5,399.45 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | | **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes 1/1/97 to 9/29/97 | 578.02 | 511. County taxes 1/1/97 to 9/29/97 | 578.02 |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |

**EXHIBIT C**

Villa 32 ✓

A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

**The Security First Title Partners of Charlotte, Ltd.**
*2811 Tamiami Trail, Suite B*
*Port Charlotte, FL 33952*

B. TYPE OF LOAN
1. ☐ FHA 2. ☐ FMHA 3. ☐ CONV. UNINS.
4. ☐ VA 5. ☒ CONV. INS.
6. FILE NUMBER: P97573/FA
7. LOAN NUMBER: 75685842
8. MORTGAGE INS. CASE NO.:

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

D. NAME OF BORROWER: BRIAN E. WELLS, a single man
ADDRESS OF BORROWER: 3210 Heatherdell Lane, Madison, WI 53713

E. NAME OF SELLER: JAMES R. MORRIS, Trustee
ADDRESS OF SELLER: 7309 Dixie Highway, Florence, KY 41042

F. NAME OF LENDER: MURDOCK FLORIDA BANK
ADDRESS OF LENDER: 1777 Tamiami Trail
Port Charlotte, FL 33948

G. PROPERTY LOCATION: EMERALD POINTE VILLAS, PHASE II, Unit 32 (VILLA)
25188 Marion Avenue
Punta Gorda, Florida 33950

H. SETTLEMENT AGENT: The Security First Title Partners of Charlotte, Ltd.
PLACE OF SETTLEMENT: 2811 Tamiami Trail, Suite B
Port Charlotte, Florida 33952

I. SETTLEMENT DATE: November 18, 1997

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | 172,000.00 | 401. Contract sales price | 172,000. |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower: *(from line 1400)* | 1,464.60 | 403. | |
| 104. Truss to Trim | 450.00 | 404. | |
| 105. | | 405. | |
| **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | | **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes 11/18/97 to 12/31/97 | 318.32 | 407. County taxes 11/18/97 to 12/31/97 | 318.32 |
| 108. Assessments to | | 408. Assessments to | |
| 109. November 11/18/97 to 11/30/97 | 140.40 | 409. November 11/18/97 to 11/30/97 | 140.40 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER: ▶ | 174,373.32 | 420. GROSS AMOUNT DUE TO SELLER: ▶ | 172,458.72 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 2,000.00 | 501. Excess deposit *(see instructions)* | |
| 202. Principal amount of new loan(s) | 137,600.00 | 502. Settlement charges to seller (line 1400) | 15,065.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. 97txs#4000EP2-330-5 | 2,703.02 |
| 207. | | 507. November Condo Fee | 351.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | | **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes to | | 511. County taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |

**EXHIBIT D**

North Ave

FORM 900—STATEMENT FOR CLOSING REAL ESTATE TRANSACTION

BROKER

Property located at 4034 North 47th. St. Milwaukee, Wi.

Seller Wallace D. Nielsen Address 4225 W. North Av. Milwaukee, Wi 53208

Buyer Brian E. Wells Address 3210 Heatherdell Ln. Madison, Wi 53713

Date of Sale Contract April 17, , 19 94 Date of Closing May 27th. , 19 94

| BUYER'S SETTLEMENT STATEMENT | Due Seller | | Credit Buyer | |
|---|---|---|---|---|
| Sale Price 50000 | $ 50,000. | 00 | | |
| Down Payment | x x x x x x | x x | ① $ 5,000. | 00 |
| Subject to First Mortgage: Principal $ Interest $ | | | | |
| Subject to Second Mortgage: Principal $ Interest $ | | | | |
| Subject to Land Contract: Principal $ Interest $ | | | | |
| Delinquent Taxes (if assumed) for Years | | | | |
| Tax Adjustment 19 94 Pro rated from 1/1/94 to 5/31/94 (Last Year's Tax $1,729.67 ) | | | 720. | 50 |
| Future Installments of Special Assessments (if assumed) | | | | |
| Insurance Premium pro rated See below | | | | |
| Rent pro rated See below | | | 149. | 00 |
| Trust Funds held by Mortgagee | | | | |
| Coal tons, $ ; Oil gals., $ ; | | | | |
| Recording Fees | | | | |
| Transfer Fees | | | 150. | 00 |
| Allowances for: | | | | |
| TOTAL | $ 50,000. | 00 | ② $ 6,019. | 50 |
| LESS CREDIT TO BUYER ② | 6,019. | 50 | | |
| BALANCE DUE SELLER ③ | $ 43,980. | 20 | | |

| BALANCE ③ DUE SELLER AS FOLLOWS: | | |
|---|---|---|
| Land Contract — Mortgage executed this day to Seller | $ | |
| | 43,980. | 20 |
| Check | | |
| Check or Cash to Balance ④ | | |
| TOTAL SETTLEMENT DUE SELLER ③ | $ 43,980 | 20 |

THIS STATEMENT IS ACCEPTED AS CORRECT May 27th. , 19 94

Brian E. Wells BUYER BUYER

Wallace D. Nielsen SELLER SELLER

INSURANCE

| Policy Number | Company | Amount | TERM Date Issued | Expiration | No. Yrs. | Total Premium | Unearned Premium |
|---|---|---|---|---|---|---|---|
| | | $ | | | | $ | $ |

TENANTS

| NAME | Monthly Rental | Payable | Date Paid Up to | Amount Unearned |
|---|---|---|---|---|
| Pamela Winston | $ 565.00 | Monthly | May 31, 1994 | $ |

Note : Rent will increase to ~~July~~ 579.00 per mo, should buyer elect to have renter remain as a tenant.

Place of closing Sellers Office at 4225 W. North Av. Milwaukee, Wi. 53208

Persons present at closing

Attorney

Miscellaneous

**EXHIBIT E**