**Detail of Attorneys' Fees**

| Work Date | Time Keeper Last Name | Description | Hours | Bill Rate | **Billable Amount** | EAJA RATE $125 + COLA | **EAJA Total** |
|---|---|---|---|---|---|---|---|
| **FAEGRE & BENSON LLP** | | | | | | | |
| 7/8/1996 | Eckland | Research regarding Winstar and related Tucker Act cases; telephone conferences with clients regarding same; conferences regarding related issues | 0.50 | 215 | $107.50 | $125.00 | $62.50 |
| 7/9/1996 | Eckland | Presentation of Winstar and Cienega Gardens analysis | 0.50 | 215 | $107.50 | $125.00 | $62.50 |
| 7/14/1996 | Eckland | Analyze FmHA closing documents | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 7/16/1996 | Eckland | Analyze claims; conference regarding damage analysis | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 7/17/1996 | Ablard | Telephone conference with J. Eckland regarding CFR Regulations affecting repayment | 0.25 | 250 | $62.50 | $125.00 | $31.25 |
| 7/17/1996 | Eckland | Analyze damage claims | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 7/18/1996 | Ablard | Review documents regarding regulations; telephone conferences with Department of Agriculture (3); telephone conference with J. Eckland and memo to J. Eckland | 0.25 | 250 | $62.50 | $125.00 | $31.25 |
| 7/21/1996 | Eckland | Analyze damage claims | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 7/30/1996 | Eckland | Telephone conference regarding demonstrative exhibits | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 7/31/1996 | Eckland | Telephone conferences with claimants; conferences regarding demonstrative exhibits; review documents | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 8/12/1996 | Eckland | Analyze claims; telephone conferences regarding same | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 8/19/1996 | Roberts | Legal research regarding statute of limitations | 0.50 | 155 | $77.50 | $125.00 | $62.50 |
| 8/20/1996 | Roberts | Legal research regarding SOL issues | 0.25 | 155 | $38.75 | $125.00 | $31.25 |
| 9/17/1996 | Eckland | Analysis of claims; conferences with clients regarding same; analysis of Statute of Limitations issues | 0.75 | 225 | $168.75 | $125.00 | $93.75 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/3/1996 | Roberts | Draft complaint; conference with JHE regarding same and regarding developments | 0.75 | 175 | $131.25 | $125.00 | $93.75 |
| 10/7/1996 | Roberts | Draft Complaint; conference with J. Eckland; telephone conference with client | 0.25 | 175 | $43.75 | $125.00 | $31.25 |
| 10/9/1996 | Roberts | Revise Complaint; analyze damages | 0.25 | 175 | $43.75 | $125.00 | $31.25 |
| 10/9/1996 | Eckland | Analysis of claims; telephone conferences with clients regarding same | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 10/10/1996 | Eckland | Analysis of claims; telephone conferences regarding same | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 10/18/1996 | Taylor | Research re statute of limitations issue | 0.25 | 210 | $52.50 | $125.00 | $31.25 |
| 10/22/1996 | Eckland | Revise and edit Complaint; analysis of claims; telephone conferences with clients | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 10/23/1996 | Beukema | Review draft complaint, and comments to J. Eckland re same | 0.25 | 230 | $57.50 | $125.00 | $31.25 |
| 10/28/1996 | Beukema | Review new draft of complaint, and discuss with J. Eckland | 0.25 | 230 | $57.50 | $125.00 | $31.25 |
| 11/10/1996 | Lit Tech Svcs-Cl | Litigation Support Clerking Services (K. Powers - create index for K. Simonson) | 0.25 | 30 | $7.50 | $30.00 | $7.50 |
| 11/12/1996 | Eckland | Analysis of claims; telephone conferences with clients; review Court's Standing Orders | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 11/12/1996 | Lit Tech Svcs-Cl | Litigation Support Clerking Services (N. Samb - organize documents and/or files per K. Simonson) | 0.25 | 30 | $7.50 | $30.00 | $7.50 |
| 11/15/1996 | Eckland | Analysis of claims | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 11/18/1996 | Ablard | Attend trial of Cienaga Gardens at COFC; notes and teleconference to J. Eckland | 3.00 | 250 | $750.00 | $125.00 | $375.00 |
| 11/19/1996 | Ablard | Attend trial of Cienega Gardens | 0.25 | 250 | $62.50 | $125.00 | $31.25 |
| 11/20/1996 | Ablard | Attend trial; notes and telephone conferences | 0.25 | 250 | $62.50 | $125.00 | $31.25 |
| 11/21/1996 | Ablard | Trial and telephone conferences | 0.25 | 250 | $62.50 | $125.00 | $31.25 |
| 11/22/1996 | Eckland | Research regarding damages; telephone conferences regarding Cienega trial | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 11/22/1996 | Ablard | Telephone conference with J. Eckland regarding conclusion of trial; telephone conferences with COFC regarding transcript and Heritage Reporting; report to J. Eckland | 0.25 | 250 | $62.50 | $125.00 | $31.25 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/25/1996 | Lippitt | Litigation Support Clerking Services - Organize documents and/or files per K. Simonson | 0.50 | 30 | $15.00 | $30.00 | $15.00 |
| 11/25/1996 | Ablard | Telephone conference regarding exhibits review; advise J. Eckland; research regarding Wells Fargo v. U.S. and read COFC and CAFC opinions | 0.25 | 250 | $62.50 | $125.00 | $31.25 |
| 11/26/1996 | Eckland | Telephone conferences regarding strategy | 0.25 | 215 | $53.75 | $125.00 | $31.25 |
| 12/3/1996 | Roberts | Telephone conferences with clients and potential clients; conference with filing clerk; organize legal research files | 0.25 | 175 | $43.75 | $125.00 | $31.25 |
| 12/3/1996 | Lippitt | Litigation Support Clerking Services - Maintain existing index per K. Simonson | 0.25 | 30 | $7.50 | $30.00 | $7.50 |
| 12/6/1996 | Roberts | Conference with client; review new database entries; research regarding FmHA prepayment regulations | 0.25 | 175 | $43.75 | $125.00 | $31.25 |
| 12/9/1996 | Roberts | Conference with clients and J. Eckland; conference with J. Eckland regarding FmHA prepayment regulations; analyze motion papers in Cienega Gardens case | 0.25 | 175 | $43.75 | $125.00 | $31.25 |
| 12/13/1996 | Eckland | Telephone conference regarding application of forced sales to post-1979 FmHA loans | 0.25 | 225 | $56.25 | $125.00 | $31.25 |
| 12/30/1996 | Lippitt | Litigation Support Clerking Services - Organize documents and/or files per K. Simonson | 0.50 | 30 | $15.00 | $30.00 | $15.00 |
| 1/2/1997 | Lippitt | Litigation Support Clerking Services - Organize documents and/or files per K. Simonson | 0.50 | 30 | $30.00 | $30.00 | $15.00 |
| 1/3/1997 | Lippitt | Litigation Support Clerking Services - Organize documents and/or files per K. Simonson | 0.25 | 30 | $7.50 | $30.00 | $7.50 |
| 1/6/1997 | Eckland | Work on damage formulas | 0.25 | 225 | $56.25 | $127.88 | $31.97 |
| 1/15/1997 | Eckland | Analysis regarding damages; review Ceinega trial transcript | 0.25 | 225 | $56.25 | $127.88 | $31.97 |
| 1/19/1997 | Eckland | Review Cienega trial transcript | 0.25 | 225 | $56.25 | $127.88 | $31.97 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/22/1997 | Lippitt | Litigation Support Clerking Services - Organize documents and/or files per K. Simonson | 0.50 | 30 | $15.00 | $30.00 | $15.00 |
| 1/22/1997 | Eckland | Analyze damage formulas; telephone conference with experts regarding same | 0.25 | 225 | $56.25 | $127.88 | $31.97 |
| 1/29/1997 | Bazzy | Litigation Support Clerking Services - Create report formats | 0.25 | 30 | $7.50 | $30.00 | $7.50 |
| 2/3/1997 | Roberts | Legal research; conference with J. Eckland regarding strategy for partial summary judgment; review briefs in Cienega case | 0.25 | 175 | $43.75 | $127.88 | $31.97 |
| 2/12/1997 | Eckland | Telephone conferences with clients regarding damage issues | 0.25 | 225 | $56.25 | $127.88 | $31.97 |
| 3/14/1997 | Roberts | Telephone conference with D. Roseliep | 0.50 | 175 | $87.50 | $127.88 | $63.94 |
| 3/14/1997 | Roberts | Draft letter to C. Ablard; review plaintiffs; post-trial brief in Cienega; telephone conference with client voicemail from C. Ablard | 0.25 | 175 | $43.75 | $127.88 | $31.97 |
| 3/31/1997 | Roberts | Legal research; telephone conference with client; conference with J. Eckland | 3.50 | 175 | $612.50 | $127.88 | $447.58 |
| 4/14/1997 | Simonson | Draft pleadings; review files for completion | 0.25 | 70 | $17.50 | $70.00 | $17.50 |
| 4/14/1997 | Dahl | Litigation Support Clerking Services - Organize documents and/or files per K. Simonson | 0.25 | 30 | $7.50 | $30.00 | $7.50 |
| 4/15/1997 | Roberts | Search for Glendale case; revise issue update; telephone conference with C. Ablard; conference with J. Eckland | 0.25 | 175 | $43.75 | $127.88 | $31.97 |
| 4/15/1997 | Dahl | Litigation Support Clerking Services - Organize documents and/or files per K. Simonson | 0.75 | 30 | $22.50 | $30.00 | $22.50 |
| 4/16/1997 | Simonson | Database administration | 0.25 | 70 | $17.50 | $70.00 | $17.50 |
| 4/18/1997 | Eckland | Draft correspondence to clients; analyze case strategy | 0.25 | 225 | $56.25 | $127.88 | $31.97 |
| 4/28/1997 | Roberts | Conference with J. Eckland regarding new action and other developments | 0.50 | 175 | $87.50 | $127.88 | $63.94 |
| 4/28/1997 | Eckland | Conferences regarding strategy; review documents | 0.25 | 225 | $56.25 | $127.88 | $31.97 |
| 5/10/1997 | Eckland | Review Cinegea Gardens opinions | 0.25 | 225 | $56.25 | $127.88 | $31.97 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/13/1997 | Eckland | Analyze strategy; telephone conference with expert regarding damage analysis; analyze claims and government defenses; review Winstar transcript | 0.25 | 225 | $56.25 | $127.88 | $31.97 |
| 5/15/1997 | Eckland | Review documents; review Cinegea Gardens damage opinion and Winstar transcript | 0.25 | 225 | $56.25 | $127.88 | $31.97 |
| 5/27/1997 | Roberts | Legal research regarding SOL issues | 0.25 | 175 | $43.75 | $127.88 | $31.97 |
| 6/18/1997 | Dahl | Litigation Support Clerking Services - Organize documents and/or files per K. Simonson | 0.25 | 30 | $7.50 | $30.00 | $7.50 |
| 7/7/1997 | Roberts | Telephone conference with J. Eckland regarding new clients; telephone conference with client | 0.75 | 175 | $131.25 | $127.88 | $95.91 |
| 7/8/1997 | Roberts | Organize research files; telephone conference and correspondence to client | 0.50 | 175 | $87.50 | $127.88 | $63.94 |
| 7/11/1997 | Roberts | Fax to regarding RD actions | 0.25 | 175 | $43.75 | $127.88 | $31.97 |
| 7/16/1997 | Roberts | Telephone conferences with new clients; conference with J. Eckland regarding same | 0.50 | 175 | $87.50 | $127.88 | $63.97 |
| 7/22/1997 | Roberts | Draft first amended complaint in Franconia; telephone conference with P.J. Perri | 4.00 | 175 | $700.00 | $127.88 | $511.52 |
| 7/22/1997 | Eckland | Revise and edit First Amended Complaint (Franconia) | 4.25 | 225 | $956.25 | $127.88 | $543.49 |
| 7/23/1997 | Roberts | Revise Franconia FAC | 1.50 | 175 | $262.50 | $127.88 | $191.82 |
| 7/23/1997 | Eckland | Revise and edit Franconia First Amended Complaint | 1.75 | 225 | $393.75 | $127.88 | $223.79 |
| 7/24/1997 | Roberts | Revise Franconia FAC; telephone conference with client | 1.25 | 175 | $218.75 | $127.88 | $159.85 |
| 7/24/1997 | Eckland | Telephone conferences with clients; revise and edit First Amended Complaint | 1.50 | 225 | $337.50 | $127.88 | $191.82 |
| 7/25/1997 | Eckland | Telephone conference with M. Josephs regarding Government s Answer to Franconia v. U.S., revise and edit First Amended Complaint, review closing documents of various loan transactions | 2.75 | 225 | $618.75 | $127.88 | $351.67 |
| 8/16/1997 | Eckland | Review government documents | 0.25 | 225 | $56.25 | $127.88 | $31.97 |
| 8/18/1997 | Eckland | Review Franconia Order regarding Answer; analyze strategy | 0.50 | 225 | $112.50 | $127.88 | $63.94 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/18/1997 | Eckland | Review Congressional Record regarding prepayment issues | 0.25 | 225 | $56.25 | $127.88 | $31.97 |
| 9/22/1997 | Dahl | Litigation Support Clerking Services - Organize documents and/or files, file pleadings and correspondence per K. Simonson | 0.25 | 35 | $8.75 | $35.00 | $8.75 |
| 10/7/1997 | Eckland | Draft, revise, and edit correspondence to all Tucker Act claimants | 0.25 | 225 | $56.25 | $127.88 | $31.97 |
| 10/12/1997 | Eckland | Draft, revise, and edit correspondence to all Tucker Act claimants | 0.25 | 240 | $60.00 | $127.88 | $31.97 |
| 11/4/1997 | Roberts | Draft motion papers in Franconia case | 4.00 | 185 | $7,400.00 | $127.88 | $511.52 |
| 11/7/1997 | Roberts | Draft memorandum in opposition to motion to dismiss and in support of summary judgment in Franconia case | 3.00 | 185 | $555.00 | $127.88 | $383.64 |
| 11/9/1997 | Eckland | Revise and edit brief in support of summary judgment in Franconia | 3.50 | 240 | $840.00 | $127.88 | $447.58 |
| 11/10/1997 | Eckland | Conferences regarding strategy; revise and edit brief in support of summary judgment for Franconia; research regarding recent case law | 4.75 | 240 | $1,140.00 | $127.88 | $607.43 |
| 11/10/1997 | Roberts | Draft papers regarding motion for summary judgment; telephone conference with court clerk regarding oral argument | 0.75 | 185 | $138.75 | $127.88 | $95.94 |
| 11/11/1997 | Eckland | Draft, revise, and edit brief in support of Franconia summary judgment motion; research regarding same | 7.25 | 240 | $1,740.00 | $127.88 | $927.13 |
| 11/11/1997 | Roberts | Draft papers regarding motion for partial summary judgment in Franconia and legal research regarding same | 7.00 | 185 | $1,400.00 | $127.88 | $895.16 |
| 11/11/1997 | Beukema | Review draft brief in Franconia Associates case | 1.50 | 230 | $345.00 | $127.88 | $191.82 |
| 11/12/1997 | Roberts | Work on summary judgment brief | 1.00 | 185 | $185.00 | $127.88 | $127.88 |
| 11/12/1997 | Beukema | Review and comment on new drafts of Franconia brief | 1.25 | 230 | $287.50 | $127.88 | $159.85 |
| 11/13/1997 | Eckland | Revise and edit Franconia brief in support of motion for summary judgment | 3.75 | 240 | $900.00 | $127.88 | $479.55 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/16/1997 | Roberts | Analyze Franconia brief in support of summary judgment | 0.50 | 185 | $92.50 | $127.88 | $63.94 |
| 11/18/1997 | Eckland | Advice and counsel to Tucker Act clients; draft correspondence to same; telephone conferences regarding same | 0.50 | 240 | $120.00 | $127.88 | $63.94 |
| 11/27/1997 | Eckland | Telephone conference regarding damages | 0.25 | 240 | $60.00 | $127.88 | $31.97 |
| 12/22/1997 | Roberts | Telephone conference with clients regarding loan documentation; draft reply brief regarding partial summary judgment | 2.00 | 185 | $370.00 | $127.88 | $255.76 |
| 12/26/1997 | Eckland | Review decision filed on 22 December 1997 by the Honorable L. Smith in the Winstar-Related Cases; draft, revise, and edit Reply Brief in Franconia case | 4.75 | 240 | $1,140.00 | $127.88 | $607.43 |
| 12/27/1997 | Eckland | Draft, revise, and edit Reply Brief in Franconia case | 7.00 | 240 | $1,680.00 | $127.88 | $895.16 |
| 12/28/1997 | Eckland | Draft, revise, and edit Reply Brief in Franconia case | 10.00 | 240 | $2,400.00 | $127.88 | $1,278.80 |
| 12/29/1997 | Beukema | Review opposition brief and draft reply brief in Franconia Associates case | 1.50 | 230 | $345.00 | $127.88 | $191.82 |
| 12/29/1997 | Eckland | Draft, revise, and edit Reply Brief | 4.25 | 240 | $1,020.00 | $127.88 | $543.49 |
| 12/30/1997 | Eckland | Draft, revise, and edit Reply Brief in Franconia case | 10.00 | 240 | $2,400.00 | $127.88 | $1,278.80 |
| 12/31/1997 | Roberts | Revise and finalize reply brief regarding motion for partial summary judgment; filing and service of same; conference with J. Eckland regarding same | 6.00 | 185 | $1,110.00 | $127.88 | $767.28 |
| 12/31/1997 | Eckland | Draft, revise, and edit Reply Brief in Franconia case; service and filing of same | 2.50 | 240 | $600.00 | $127.88 | $319.70 |
| 1/13/1998 | Roberts | Review correspondence and telephone conference regarding clients | 1.00 | 185 | $185.00 | $130.27 | $130.27 |
| 1/20/1998 | Eckland | Telephone conferences with client regarding strategy and documentation for damage analysis; conferences with J. Beukema and W. Roberts regarding drafting and research projects | 0.50 | 240 | $120.00 | $130.27 | $65.14 |
| 1/23/1998 | Eckland | Analyze strategy; telephone conference with client regarding strategy | 0.50 | 240 | $120.00 | $130.27 | $65.14 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/5/1998 | Roberts | Draft memorandum regarding strategy | 1.25 | 185 | $231.25 | $130.27 | $162.84 |
| 2/9/1998 | Eckland | Telephone conferences with auditors; analyze surveys | 0.50 | 240 | $120.00 | $130.27 | $65.14 |
| 2/23/1998 | Eckland | Telephone conferences regarding various issues; research regarding statute of limitations issues | 0.25 | 240 | $60.00 | $130.27 | $32.57 |
| 3/3/1998 | Roberts | Draft status report and motion to file supplemental authority | 2.00 | 200 | $400.00 | $130.27 | $260.54 |
| 3/3/1998 | Beukema | Review and edit motion to cite additional authority in Franconia case | 0.25 | 230 | $57.50 | $130.27 | $33.60 |
| 3/10/1998 | Eckland | Telephone conferences with clients regarding facts and strategy of properties; review materials regarding marketability | 0.75 | 240 | $180.00 | $130.27 | $97.70 |
| 3/17/1998 | Eckland | Telephone conferences with Franconia clients regarding facts and strategy; draft, revise, and edit correspondence to all clients regarding litigation update | 0.25 | 240 | $60.00 | $130.27 | $32.57 |
| 5/20/1998 | Eckland | Prepare for, and participation in, telephone call regarding damage issues | 0.25 | 240 | $60.00 | $130.27 | $32.57 |
| 5/21/1998 | Eckland | Telephone call regarding damage issues | 0.25 | 240 | $60.00 | $130.27 | $32.57 |
| 6/23/1998 | Simonson | Database administration | 0.25 | 70 | $17.50 | $70.00 | $17.50 |
| 7/30/1998 | Eckland | Review motion papers regarding statute of limitations issues | 2.50 | 240 | $600.00 | $130.27 | $325.68 |
| 8/4/1998 | Eckland | Review Preliminary Damage Analysis; revisions and supplementation to same | 0.50 | 240 | $120.00 | $130.27 | $65.14 |
| 9/19/1998 | Eckland | Work on damage models | 0.25 | 255 | $63.75 | $130.27 | $32.57 |
| 11/7/1998 | Eckland | Research regarding Winstar opinion and "unmistakability doctrine;" draft status update letter to clients | 0.25 | 255 | $63.75 | $130.27 | $32.57 |
| 12/3/1998 | Eckland | Telephone conferences regarding the "unmistakability doctrine" and related issues; draft, revise, and edit brief in response to defendant's Franconia motion to file supplemental authority; revise and edit Reply Brief | 3.75 | 255 | $956.25 | $130.27 | $488.51 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/4/1998 | Eckland | Draft, revise, and edit Franconia Response Brief regarding Government's Motion to Fille Supplemental Authority | 2.50 | 255 | $637.50 | $130.27 | $325.68 |
| 12/7/1998 | Eckland | Conference with E. Taylor regarding status; revise and Edit Response Brief in Franconia | 0.25 | 255 | $63.75 | $130.27 | $32.57 |
| 12/8/1998 | Beukema | Review draft memo regarding supplemental authority in Franconia and comments to J. Eckland regarding same | 0.25 | 230 | $57.50 | $130.27 | $32.57 |
| 12/8/1998 | Eckland | Revise and edit Response Brief in Franconia regarding filing of supplemental authority; conferences regarding same; final preparation for service and filing of same; review Winstar Supreme Court Brief; research regarding strategy | 3.00 | 255 | $765.00 | $130.27 | $390.81 |
| 2/3/1999 | Eckland | Telephone message regarding properties | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 2/22/1999 | Eckland | Telephone conference with client regarding strategy | 1.25 | 255 | $318.75 | $134.38 | $167.98 |
| 3/4/1999 | Eckland | Revise and edit Motion for Leave to File Supplemental Authority; prepare for service of same; analyze Kimberly Associates opinion | 1.50 | 255 | $382.50 | $134.38 | $201.57 |
| 4/17/1999 | Eckland | Research regarding Winstar issues | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 4/17/1999 | Eckland | Research regarding Winstar issues | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 4/19/1999 | Eckland | Continued research regarding Winstar-related issues | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 4/20/1999 | Eckland | Continued research regarding Winstar-related issues | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 4/20/1999 | Eckland | Continued research regarding Winstar-related issues | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 4/20/1999 | Eckland | Continued research regarding Winstar-related issues | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 4/28/1999 | Eckland | Review Winstar decision; telephone conferences with clients regarding status updates | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 4/28/1999 | Eckland | Review Winstar decision; telephone conferences with clients regarding status updates | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 4/29/1999 | Eckland | Attendance at Winstar symposium (COFC) | 0.25 | 255 | $63.75 | $134.38 | $33.60 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/29/1999 | Eckland | Attendance at Winstar symposium (COFC) | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 4/30/1999 | Eckland | Attendance at Winstar symposium | 0.50 | 255 | $127.50 | $134.38 | $67.19 |
| 4/30/1999 | Eckland | Attendance at Winstar symposium | 0.50 | 255 | $127.50 | $134.38 | $67.19 |
| 5/4/1999 | Eckland | Analyze Winstar COFC Symposium materials | 0.50 | 255 | $127.50 | $134.38 | $67.19 |
| 5/4/1999 | Eckland | Analyze Winstar COFC Symposium materials | 0.50 | 255 | $127.50 | $134.38 | $67.19 |
| 5/16/1999 | Eckland | Review source documents in Franconia; telephone conference with client regarding same; review Franconia opinion; draft outline of motion to reconsider | 3.00 | 255 | $765.00 | $134.38 | $403.13 |
| 5/16/1999 | Roberts | Telephone conference with expert; telephone conference with K. Simonson; regarding trial, exhibits | 0.25 | 225 | $56.25 | $134.38 | $33.60 |
| 5/16/1999 | Roberts | Telephone conference with G. Karvel; telephone conference with K. Simonson; regarding trial, exhibits | 0.25 | 225 | $56.25 | $134.38 | $33.60 |
| 5/17/1999 | Eckland | Telephone conferences with M. Josephs regarding Franconia Joint Status Report and stay motions; telephone conferences with regarding Request for Payment and Motion for Reconsideration; telephone conference with clients regarding same | 3.00 | 255 | $765.00 | $134.38 | $403.13 |
| 5/17/1999 | Taylor | Research regarding motion for reconsideration | 7.50 | 210 | $1,575.00 | $134.38 | $1,007.85 |
| 5/18/1999 | Taylor | Research regarding motion for reconsideration | 7.50 | 210 | $1,575.00 | $134.38 | $1,007.85 |
| 5/18/1999 | Eckland | Telephone conferences with clients regarding for reconsideration affidavit; conferences with E. Taylor regarding Franconia motion for reconsideration; research regarding same | 5.00 | 255 | $1,275.00 | $134.38 | $671.90 |
| 5/19/1999 | Taylor | Draft motion for reconsideration | 8.50 | 210 | $1,785.00 | $134.38 | $1,142.23 |
| 5/19/1999 | Eckland | Revise and edit Franconia motion for reconsideration; research regarding same; final preparation and service of reconsideration | 8.75 | 255 | $2,231.25 | $134.38 | $1,175.83 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/20/1999 | Beukema | Review and edit draft of memorandum regarding motion for reconsideration | 1.00 | 230 | $230.00 | $134.38 | $134.38 |
| 5/20/1999 | Taylor | Franconia; legal research regarding statute of limitations/ripeness overlay | 3.00 | 210 | $630.00 | $134.38 | $403.14 |
| 5/20/1999 | Eckland | Review Winstar symposium materials; strategize regarding cases | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 5/21/1999 | Taylor | Legal research regarding statute of limitations | 0.50 | 210 | $105.00 | $134.38 | $67.19 |
| 5/24/1999 | Eckland | Analysis of relationship (interdependency) between the Sovereign Acts defense and the Unmistakeability Doctrine | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 5/24/1999 | Taylor | Legal research regarding statute of limitations/ripeness | 0.50 | 210 | $105.00 | $134.38 | $67.19 |
| 5/25/1999 | Taylor | Legal research regarding statute of limitations/ripeness | 0.75 | 210 | $157.50 | $134.38 | $100.79 |
| 5/25/1999 | Eckland | Telephone messages to and from M. Josephs regarding Franconia case; telephone conferences with clients regarding status updates | 1.50 | 255 | $382.50 | $134.38 | $201.57 |
| 6/3/1999 | Eckland | Telephone messages regarding Franconia opinion | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 6/4/1999 | Eckland | Telephone conferences regarding motions for reconsideration in Franconia | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 6/8/1999 | vonLevern | Read Franconia brief, attend meeting in 26A; get files for telephone calls | 3.00 | 95 | $285.00 | $95.00 | $403.14 |
| 6/8/1999 | Simonson | Exhibit review and search | 5.00 | 75 | $375.00 | $75.00 | $375.00 |
| 6/8/1999 | Simonson | Exhibit review and search | 5.00 | 75 | $375.00 | $75.00 | $375.00 |
| 6/11/1999 | Taylor | Legal research | 2.25 | 210 | $472.50 | $134.38 | $302.36 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/28/1999 | Eckland | Telephone message from M. Joseph regarding Franconia; research regarding appeal tolling in Franconia | 2.25 | 255 | $573.75 | $134.38 | $302.36 |
| 6/30/1999 | Beukema | Review Franconia notice of appeal; research regarding effect of motion to reconsider on time for appeal; discuss same with J. Eckland | 1.00 | 230 | $230.00 | $134.38 | $134.38 |
| 6/30/1999 | Eckland | Telephone message from M. Josephs regarding appeal; telephone conferences with clients regarding status updates; final service and filing of Franconia notice of appeal | 4.00 | 255 | $1,020.00 | $134.38 | $537.52 |
| 7/2/1999 | Eckland | Telephone conference with M. Josephs regarding Franconia response to reconsideration; telephone conferences with clients regarding status updates; analyze strategy | 1.00 | 255 | $255.00 | $134.38 | $134.38 |
| 7/6/1999 | Eckland | Draft memos regarding case update, review COFC receipt for Franconia appeal, review Franconia order denying in part government's motion for time enlargement, review pleadings and correspondence regarding same, | 1.00 | 255 | $255.00 | $134.38 | $134.38 |
| 7/9/1999 | Eckland | Telephone conferences with clients regarding status updates; telephone conference with regarding attachment to Franconia notice of appeal | 1.50 | 255 | $382.50 | $134.38 | $201.57 |
| 7/21/1999 | Eckland | Draft, revise, and edit notice of appearance, draft joint statement regarding issues of law certificate of interest, and correspondence to Fed. Cir. regarding Franconia | 2.50 | 255 | $637.50 | $134.38 | $335.95 |
| 7/26/1999 | Eckland | Telephone conference regarding Franconia appeal | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 8/16/1999 | Eckland | Telephone conference with M. Josephs regarding Franconia strategy; conference with M. Fallon | 0.50 | 255 | $127.50 | $134.38 | $67.19 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/21/1999 | Eckland | Analyze governments response to Franconia motion for reconsideration; analyze Franconia opinion regarding same; strategize regarding Federal Circuit appeal in Franconia | 2.50 | 255 | $637.50 | $134.38 | $335.95 |
| 8/22/1999 | Eckland | Review motion for reconsideration in Franconia, governments response, and court Order regarding same; review order regarding Appendix G Schedule; draft memo to E. Taylor and W. Roberts regarding same; analyze strategy; review Grass Valley response | 3.50 | 255 | $892.50 | $134.38 | $470.33 |
| 8/30/1999 | Eckland | Conference with E. Taylor regarding Franconia motion for discovery | 0.25 | 255 | $63.75 | $134.38 | $33.60 |
| 8/31/1999 | Eckland | Revise and edit correspondence to Federal Circuit regarding Franconia appeal; conferences with E. Taylor regarding same; review Franconia order regarding pretrial schedule; preparation for trial; analyze strategy | 1.75 | 255 | $446.25 | $134.38 | $235.17 |
| 9/1/1999 | Taylor | Prepare motion to extend in Franconia | 1.00 | 225 | $225.00 | $134.38 | $134.38 |
| 9/2/1999 | Roberts | Conference with J. Eckland regarding Franconia | 0.50 | 225 | $112.50 | $134.38 | $67.19 |
| 9/3/1999 | Roberts | Strategy conference with J. Eckland regarding Franconia; investigation regarding witnesses | 0.50 | 225 | $112.50 | $134.38 | $67.19 |
| 9/3/1999 | Eckland | Telephone message to D. Tucker regarding Franconia trial; telephone conferences with D. Roseliep regarding same; telephone conference with clients regarding same | 0.75 | 275 | $206.25 | $134.38 | $100.79 |
| 9/5/1999 | Roberts | Draft Franconia witness list | 0.50 | 225 | $112.50 | $134.38 | $67.19 |
| 9/6/1999 | Roberts | Draft exhibit and witness list in Franconia | 1.50 | 225 | $337.50 | $134.38 | $201.57 |
| 9/7/1999 | Roberts | Draft exhibit and witness list in Franconia | 0.50 | 225 | $112.50 | $134.38 | $67.19 |
| 9/7/1999 | Eckland | Conference with M. Fallon and J. Nelson regarding brief; revise and edit witness and exhibit lists in Franconia | 2.00 | 275 | $550.00 | $134.38 | $268.76 |
| 9/8/1999 | Fallon | Research regarding trial briefs in Franconia | 2.00 | 110 | $220.00 | $110.00 | $268.76 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/15/1999 | Roberts | Meet with expert regarding damages in Franconia | 0.50 | 225 | $112.50 | $134.38 | $67.19 |
| 9/15/1999 | Eckland | Revise and edit amended notice of appeal in Franconia | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 9/17/1999 | Eckland | Telephone message from client regarding Franconia documents; telephone message from M. Josephs regarding Franconia | 0.25 | 275 | $68.75 | $134.38 | $33.60 |
| 9/17/1999 | Roberts | Telephone calls to clients regarding documents needed in Franconia | 0.25 | 225 | $56.25 | $134.38 | $33.60 |
| 9/19/1999 | Eckland | Telephone call from D. Roseliep regarding Franconia | 0.25 | 275 | $68.75 | $134.38 | $33.60 |
| 9/20/1999 | Roberts | Conference with J. Eckland regarding Franconia Pre-trial Submissions | 0.50 | 225 | $112.50 | $134.38 | $67.19 |
| 9/20/1999 | Eckland | Conference with M. Fallon regarding Franconia | 0.25 | 275 | $68.75 | $134.38 | $33.60 |
| 9/21/1999 | Roberts | Draft pretrial submissions in Franconia | 3.00 | 225 | $675.00 | $134.38 | $403.14 |
| 9/21/1999 | Eckland | Telephone messages from clients regarding Franconia | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 9/22/1999 | Eckland | Telephone conference with G. Karvel regarding Franconia damage issues; analyze same; telephone message from W. Roberts regarding Franconia pre-trial submissions (due 9/24/99) | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 9/22/1999 | Roberts | Draft Franconia pre-trial submissions; interview witnesses | 3.00 | 225 | $675.00 | $134.38 | $403.14 |
| 9/23/1999 | Eckland | Telephone conference with client regarding damage analysis and site for trial; revise and edit Franconia pre-trial submissions; final preparation for service and filing of same | 3.00 | 275 | $825.00 | $134.38 | $403.14 |
| 9/24/1999 | Eckland | Telephone messages from client regarding Franconia damage analysis | 0.25 | 275 | $68.75 | $134.38 | $33.60 |
| 9/27/1999 | Roberts | Conference with J. Eckland regarding strategy and regarding Franconia trial preparation; review documents from Eastwood Apartments; analyze Franconia Summary Judgment Opinion | 2.50 | 225 | $562.50 | $134.38 | $335.95 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/27/1999 | Eckland | Conference with W. Roberts regarding damage analysis in Franconia | 0.25 | 275 | $68.75 | $134.38 | $33.60 |
| 9/29/1999 | Eckland | Telephone conference with client regarding facts and upcoming trial and work on Franconia damage analysis | 1.75 | 275 | $481.25 | $134.38 | $235.17 |
| 9/29/1999 | Roberts | Draft client correspondence; analyze and organize Franconia client documents regarding damages; telephone conference with expert | 3.00 | 225 | $675.00 | $134.38 | $403.14 |
| 9/30/1999 | Eckland | Telephone conference with expert regarding Greenway of Altoona damage model (Franconia) | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 10/1/1999 | Roberts | Review client documents; telephone conference with G. Karvel; draft Franconia stipulation of facts; damage analysis draft | 2.50 | 225 | $562.50 | $134.38 | $335.95 |
| 10/3/1999 | Eckland | Review Franconia trial exhibits (Government); draft memo regarding strategy; preparation for trial | 1.25 | 275 | $343.75 | $134.38 | $167.98 |
| 10/4/1999 | Roberts | Prepare and meet with D. Karvel regarding damages analysis in Franconia; draft chart of client claims | 5.00 | 225 | $1,125.00 | $134.38 | $671.90 |
| 10/5/1999 | Eckland | Telephone conference with client regarding Altoona damage analysis; telephone conference with G. Karvel regarding same | 1.00 | 275 | $275.00 | $134.38 | $134.38 |
| 10/5/1999 | Roberts | Telephone conferences with clients in Franconia regarding documents needed and regarding prepayment requests; revise damage chart; draft Franconia stipulation of facts and appeal brief | 5.00 | 225 | $1,125.00 | $134.38 | $671.90 |
| 10/6/1999 | Eckland | Analyze Altoona damage model; conferences with W. Roberts regarding witnesses | 0.75 | 275 | $206.25 | $134.38 | $100.79 |
| 10/6/1999 | Roberts | Draft Franconia Appeal Brief and Stipulation of Facts and Issues of Law | 6.00 | 225 | $1,350.00 | $134.38 | $806.28 |
| 10/6/1999 | Blando | Discussion with Mr. Eckland regarding issues and scheduling for briefs; discussion with Mr. Roberts regarding taking cases for francsnia pre-trial | 0.25 | 175 | $43.75 | $134.38 | $33.60 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/7/1999 | Roberts | Telephone conference with G. Karvel; draft Appeal Brief; review case law on takings; telephone conference with Franconia clients | 2.00 | 225 | $450.00 | $134.38 | $268.76 |
| 10/8/1999 | Roberts | Edit Appeal Brief and Stipulation of Facts and Statement of Issues for trial; telephone conferences with witnesses | 2.50 | 225 | $562.50 | $134.38 | $335.95 |
| 10/10/1999 | Eckland | Review draft Federal Circuit brief in Franconia; revise and edit joint memorandum of contentions of law and fact | 0.75 | 275 | $206.25 | $134.38 | $100.79 |
| 10/11/1999 | Eckland | Telephone conference with client regarding G. Karvel damage analysis; preparation for Franconia trial; telephone messages from various clients regarding facts and strategy | 1.00 | 275 | $275.00 | $134.38 | $134.38 |
| 10/11/1999 | Roberts | Telephone conferences with clients; draft stipulations and joint memo of facts and law in Franconia | 2.00 | 225 | $450.00 | $134.38 | $268.76 |
| 10/11/1999 | Roberts | Telephone conferences with clients; draft stipulations and joint memo of facts and law in Franconia | 2.00 | 225 | $450.00 | $134.38 | $268.76 |
| 10/12/1999 | Roberts | Telephone conference with client and assistant | 0.50 | 225 | $112.50 | $134.38 | $67.19 |
| 10/13/1999 | Eckland | Telephone conference with and W. Roberts regarding Franconia damage analyses; review documents from clients regarding same; draft memo to W. Roberts | 3.00 | 275 | $525.00 | $134.38 | $403.14 |
| 10/13/1999 | Blando | Research ripeness issues; review Greenbrier decision; review draft Franconia brief; discussion with Mr. Eckland regarding ideas for upcoming briefs | 1.75 | 175 | $306.25 | $134.38 | $235.17 |
| 10/15/1999 | Eckland | Review returned Franconia amended notices; conference with W. Roberts regarding same; assignment to, and conferences with, M. Blando regarding same; telephone conference with E. Taylor regarding same; review rule | 1.75 | 275 | $481.25 | $134.38 | $235.17 |

**Exhibit A**