**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/15/1999 | Blando | Discussion with CFC clerk re: returned filing; analyze rules and issues re: same; prepare letter to clerk re: same | 2.50 | 175 | $437.50 | $134.38 | $335.95 |
| 10/15/1999 | Roberts | Telephone conference with M. Josephs regarding stipulation; conference with J. Eckland regarding same | 0.50 | 225 | $112.50 | $134.38 | $67.19 |
| 10/18/1999 | Blando | Edit and revise and send letter to CFC re; Amended Notice of Appeal; prepare attachments | 0.50 | 175 | $87.50 | $134.38 | $67.19 |
| 10/21/1999 | Eckland | Conference with J. Beukema regarding "unfiled" status of Franconia Amended Notice of Appeal; telephone conference with M. Blando regarding same | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 10/21/1999 | Blando | Discussion with Mr. Eckland re: briefing in Franconia | 0.25 | 175 | $43.75 | $134.38 | $33.60 |
| 10/22/1999 | Blando | Discussion with Mr. Eckland regarding strategy; discussion with Ms. Womeldorf re: Franconia appeal | 7.00 | 175 | $1,225.00 | $134.38 | $940.66 |
| 10/22/1999 | Eckland | Conference with W. Roberts regarding Franconia Joint Stipulation of Facts and Legal Issues | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 10/24/1999 | Roberts | Draft letter to M. Josephs regarding Franconia stipulations | 1.00 | 225 | $225.00 | $134.38 | $134.38 |
| 10/25/1999 | Eckland | Conference with W. Roberts regarding Franconia Joint Statement of Fact and Law; telephone conference with W. Roberts and expert regarding damage claims | 3.50 | 275 | $962.50 | $134.38 | $470.33 |
| 10/25/1999 | Blando | Discussions with court clerks re: status of appeal; discussion with Mr. Eckland re: status | 1.00 | 175 | $175.00 | $134.38 | $134.38 |
| 10/25/1999 | Roberts | Draft appeal brief | 4.00 | 225 | $900.00 | $134.38 | $537.52 |
| 10/27/1999 | Roberts | Telephone conference with client; prepare for same; telephone conference with G. Karvel | 0.50 | 225 | $112.50 | $134.38 | $67.19 |
| 10/27/1999 | Blando | Analyze takings and statute of limitations issues | 0.25 | 175 | $43.75 | $134.38 | $33.60 |
| 10/29/1999 | Eckland | Assignment to M. Blando (research regarding "allowance" v. "acceptance" distinction) | 0.25 | 275 | $68.75 | $134.38 | $33.60 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/30/1999 | Eckland | Review Franconia damage analyses; strategy regarding same | 2.75 | 275 | $756.25 | $134.38 | $369.55 |
| 11/1/1999 | Eckland | Conference with G. Karvel, R. Rodning and W. Roberts regarding Franconia damage analyses; strategize regarding same | 0.75 | 275 | $206.25 | $134.38 | $100.79 |
| 11/1/1999 | Roberts | Conference with G. Karvel and J. Eckland regarding damages analysis | 2.00 | 225 | $450.00 | $134.38 | $268.76 |
| 11/2/1999 | Eckland | Telephone conference with G. Karvel regarding Franconia damage analyses; telephone messages to and B. Wells regarding same; telephone message from M. Blando regarding research assignment | 3.75 | 275 | $1,031.25 | $134.38 | $503.93 |
| 11/2/1999 | Blando | Legal research re: anticipatory repudiation, statute of limitations and option contracts; discussion with Mr. Eckland re: same | 0.50 | 175 | $87.50 | $134.38 | $67.19 |
| 11/2/1999 | Blando | Legal research re: anticipatory repudiation, statute of limitations and option contracts; discussion with Mr. Eckland re: same | 0.50 | 175 | $87.50 | $134.38 | $67.19 |
| 11/3/1999 | Eckland | Telephone message from M. Josephs regarding Franconia pretrial conference | 0.25 | 275 | $68.75 | $134.38 | $33.60 |
| 11/5/1999 | Eckland | Assignments to W. Roberts regarding continued drafting of supplemental brief and forwarding of Franconia damage analyses to clients | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 11/5/1999 | Blando | Legal research re: prepayment rights, statute of limitations and anticipatory repudiation | 1.25 | 175 | $218.75 | $134.38 | $167.98 |
| 11/5/1999 | Beukema | Discuss with J. Eckland and review draft memo re "acceptance" v. "allowance" of claim | 0.25 | 240 | $60.00 | $134.38 | $33.60 |
| 11/5/1999 | Beukema | Discuss with J. Eckland and review draft memo re "acceptance" v. "allowance" of claim | 0.25 | 240 | $60.00 | $134.38 | $33.60 |
| 11/7/1999 | Eckland | Prepare for Franconia pre-trial conference | 3.00 | 275 | $825.00 | $134.38 | $403.14 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/8/1999 | Eckland | Preparation for, and attendance at, pre-trial conference before the Honorable R. Gibson (Franconia); conference with M. Josephs regarding same; review damage analysis (Franconia) | 3.50 | 275 | $962.50 | $134.38 | $470.33 |
| 11/9/1999 | Eckland | Revise and edit supplemental brief in opposition to motion to dismiss; conferences regarding same; conference with G. Karvel and W. Roberts regarding Franconia damage analyses; final preparation of Franconia brief | 2.50 | 275 | $687.50 | $134.38 | $335.95 |
| 11/9/1999 | Beukema | Review new draft of supplemental memo; comments to J. Eckland re same | 0.25 | 240 | $60.00 | $134.38 | $33.60 |
| 11/9/1999 | Beukema | Review new draft of supplemental memo; comments to J. Eckland re same | 0.25 | 240 | $60.00 | $134.38 | $33.60 |
| 11/10/1999 | Simonson | Franconia Exhibit compilation and Exhibit list amendment | 7.50 | 75 | $562.50 | $75.00 | $1,007.85 |
| 11/10/1999 | Guggisberg | Arranged for box of documents to be bates numbered and copied | 0.20 | 85 | $17.00 | $85.00 | $26.88 |
| 11/10/1999 | Blando | Review and distribute filed version of brief; discussion with Mr. Eckland re: issues for Franconia briefs | 0.50 | 175 | $87.50 | $134.38 | $67.19 |
| 11/11/1999 | Eckland | Telephone messages to and from M. Blando and W. Roberts regarding potential amendment to Franconia damage analyses; telephone conference with client regarding Franconia damage analyses; conferences regarding Franconia trial exhibits regarding miscellaneous | 7.25 | 275 | $1,993.75 | $134.38 | $974.26 |
| 11/11/1999 | Roberts | Review and select trial exhibits for Franconia case; telephone conference with clients regarding market rents and damages; meet with G. Karvel | 1.00 | 225 | $225.00 | $134.38 | $134.38 |
| 11/11/1999 | Simonson | Exhibit list amendment, witness list amendment | 5.75 | 75 | $431.25 | $134.38 | $772.69 |
| 11/11/1999 | Blando | Research and analysis for Franconia briefs, discussion with clerk re: scheduling order | 2.50 | 175 | $437.50 | $134.38 | $335.95 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/12/1999 | Simonson | Revise amended exhibit list | 3.50 | 75 | $262.50 | $75.00 | $470.33 |
| 11/12/1999 | Blando | Obtain and review order from chambers re: Franconia trial; analyze issues for Franconia briefs; review and analyze Franconia draft brief; discussion with Mr. Eckland re: briefs | 6.50 | 175 | $1,137.50 | $134.38 | $873.47 |
| 11/12/1999 | Eckland | Telephone conference with clients regarding damage analyses; telephone messages to and from G. Karvel re same | 2.00 | 275 | $550.00 | $134.38 | $268.76 |
| 11/15/1999 | Simonson | Exhibit list updates and revision | 5.50 | 75 | $412.50 | $75.00 | $739.09 |
| 11/15/1999 | Eckland | Telephone conference with G. Karvel regarding revised damage analysis (Eastwood et al. regarding Franconia); telephone messages to and from M. Josephs regarding Adams briefing schedule | 0.25 | 275 | $68.75 | $134.38 | $33.60 |
| 11/16/1999 | Simonson | Exhibit and witness list updates | 4.00 | 75 | $300.00 | $75.00 | $537.52 |
| 11/17/1999 | Simonson | Exhibit list compilatiions, database administration | 3.50 | 75 | $262.50 | $75.00 | $470.33 |
| 11/17/1999 | Eckland | Conference with M. Blando regarding Franconia Fed. Cir. brief; analyze revise Eastwood Apartments damage analysis | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 11/17/1999 | Blando | Prepare extension of time motion for Franconia appeal; review rules re: same; discussion with Mr. Eckland re: status | 4.00 | 175 | $700.00 | $134.38 | $537.52 |
| 11/18/1999 | Simonson | Exhibit list revision, defendants exhibit list compilation | 3.75 | 75 | $281.25 | $75.00 | $503.93 |
| 11/18/1999 | Eckland | Conference with G. Karvel, W. Roberts regarding Franconia damage analyses | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 11/19/1999 | Roberts | Prepare Franconia trial exhibits; telephone conference with clients regarding rent surveys | 1.50 | 225 | $337.50 | $134.38 | $201.57 |
| 11/19/1999 | Simonson | Revise exhibit list and exhibits | 3.50 | 75 | $262.50 | $75.00 | $470.33 |
| 11/19/1999 | Blando | Prepare motion for enlargement of time for Franconia appeal; review rules re: motions; meeting with Mr. Eckland and Mr. Roberts re: issues and strategy | 3.00 | 175 | $525.00 | $134.38 | $403.14 |
| 11/22/1999 | Simonson | Finalize exhibits | 5.50 | 75 | $412.50 | $75.00 | $739.09 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/22/1999 | Eckland | Conferences regarding Franconia damage analyses; telephone message from W. Roberts regarding same; telephone conference with messenger for M. Josephs regarding enlargement of time regarding Franconia Federal Court brief | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 11/23/1999 | Eckland | Conference with Mr. Blando regarding motion regarding Franconia trial exhibits and for enlargement of time regarding Franconia Federal Court Brief | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 11/23/1999 | Simonson | Exhibit review with Eckland and Roberts, revise exhibits | 3.50 | 75 | $262.50 | $75.00 | $470.33 |
| 11/23/1999 | Blando | Finalize and file Franconia motion | 1.50 | 175 | $262.50 | $134.38 | $201.57 |
| 11/23/1999 | Roberts | Conference with J. Eckland and K. Simonson regarding Franconia trial exhibits | 2.00 | 225 | $450.00 | $134.38 | $268.76 |
| 11/24/1999 | Eckland | Telephone conference with clients regarding status updates, facts, and strategy | 0.25 | 275 | $68.75 | $134.38 | $33.60 |
| 11/30/1999 | Roberts | Telephone conferences with witnesses; review file; correspondence from client | 0.50 | 225 | $112.50 | $134.38 | $67.19 |
| 11/30/1999 | Eckland | Telephone conference with client regarding Franconia damage analyses | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 12/1/1999 | Beukema | Read Franconia opinions and draft of Federal Circuit appeal brief | 4.00 | 240 | $960.00 | $134.38 | $553.36 |
| 12/1/1999 | Blando | Discussion with court clerk re: Franconia appeal | 0.25 | 175 | $43.75 | $134.38 | $33.60 |
| 12/2/1999 | Roberts | Telephone conference with witnesses | 0.25 | 225 | $56.25 | $134.38 | $33.60 |
| 12/2/1999 | Roberts | Telephone conference with witnesses | 0.25 | 225 | $56.25 | $134.38 | $33.60 |
| 12/3/1999 | Beukema | Conference with J. Eckland re Franconia appeal brief; drafting brief | 2.00 | 240 | $480.00 | $134.38 | $268.76 |
| 12/3/1999 | Blando | Conference with Mr. Beukema re: Franconia brief | 0.50 | 175 | $87.50 | $134.38 | $67.19 |
| 12/6/1999 | Beukema | Franconia Associates: time re appeal brief | 3.00 | 240 | $720.00 | $134.38 | $403.14 |
| 12/6/1999 | Simonson | Exhibit list update | 3.50 | 75 | $262.50 | $75.00 | $470.33 |
| 12/7/1999 | Beukema | Franconia Associates: time re appeal brief | 0.50 | 240 | $120.00 | $134.38 | $67.19 |
| 12/8/1999 | Beukema | Franconia Associates: time re appeal brief | 6.00 | 240 | $1,440.00 | $134.38 | $806.28 |
| 12/9/1999 | Simonson | Franconia-exhibit updates | 2.50 | 75 | $187.50 | $75.00 | $335.95 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/9/1999 | Beukema | Franconia Associates: drafting appeal brief; conference with J. Eckland re same | 5.50 | 240 | $1,320.00 | $134.38 | $739.09 |
| 12/9/1999 | Eckland | Conference with J. Beukema regarding draft Franconia Federal Circuit Brief, conferences regarding same; revise and edit draft of Franconia brief | 4.50 | 275 | $1,237.50 | $134.38 | $604.71 |
| 12/10/1999 | Beukema | Franconia Associates: conference with J. Eckland; research | 2.50 | 240 | $600.00 | $134.38 | $335.95 |
| 12/10/1999 | Eckland | Conference with J. Beukema re Franconia Federal Circuit Brief | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 12/13/1999 | Beukema | Franconia Associates: drafting appeal brief; conference with J. Eckland re same | 5.00 | 240 | $1,200.00 | $134.38 | $671.90 |
| 12/13/1999 | Eckland | Telephone message to G. Karvel regarding Franconia damage analyses; strategize regarding damage analyses | 0.75 | 275 | $206.25 | $134.38 | $100.79 |
| 12/14/1999 | Beukema | Franconia Associates: drafting appeal brief; research | 5.00 | 240 | $1,200.00 | $134.38 | $671.90 |
| 12/15/1999 | Beukema | Franconia Associates: drafting appeal brief; conference with J. Eckland re same | 5.00 | 240 | $1,200.00 | $134.38 | $671.90 |
| 12/16/1999 | Beukema | Franconia Associates: drafting appeal brief | 6.00 | 240 | $1,440.00 | $134.38 | $806.28 |
| 12/17/1999 | Beukema | Franconia Associates: drafting appeal brief | 5.00 | 240 | $1,200.00 | $134.38 | $671.90 |
| 12/20/1999 | Beukema | Franconia Associates: discuss draft of brief with J. Eckland; review and revise draft | 1.00 | 240 | $240.00 | $134.38 | $134.38 |
| 12/20/1999 | Fallon | Franconia Associates: conference with W. Roberts, J. Eckland, Mark Blando re: same; review Franconia files | 2.50 | 110 | $275.00 | $110.00 | $335.95 |
| 12/20/1999 | Blando | Generate research files re: takings issues; analyze issues re: Franconia brief | 1.00 | 175 | $175.00 | $134.38 | $134.38 |
| 12/21/1999 | Beukema | Revise draft brief | 2.00 | 240 | $480.00 | $134.38 | $268.76 |
| 12/21/1999 | Fallon | Franconia Associates: Contact plaintiffs re: partnership records | 1.50 | 110 | $165.00 | $110.00 | $165.00 |
| 12/21/1999 | Simonson | FRANCONIA- Ehibit list update | 2.00 | 75 | $150.00 | $75.00 | $150.00 |
| 12/22/1999 | Simonson | FRANCONIA-Exhibit updates | 2.00 | 75 | $150.00 | $75.00 | $150.00 |
| 12/23/1999 | Beukema | Franconia Associates: revise draft brief | 2.00 | 240 | $480.00 | $134.38 | $268.76 |
| 12/23/1999 | Eckland | Conferences regarding Franconia Federal Circuit Brief and strategy regarding same | 0.25 | 275 | $68.75 | $134.38 | $33.60 |
| 12/27/1999 | Simonson | Franconia - exhibit updates | 2.75 | 75 | $206.25 | $75.00 | $369.55 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/27/1999 | Fallon | Franconia Associates: draft Franconia Partnership structure list and contact plaintiffs re: same; update files re: same | 4.00 | 110 | $440.00 | $110.00 | $537.52 |
| 12/28/1999 | Eckland | Draft, revise and edit Franconia Federal Circuit Brief | 3.75 | 275 | $1,031.25 | $134.38 | $503.93 |
| 12/28/1999 | Simonson | Franconia - exhibit update | 1.25 | 75 | $93.75 | $75.00 | $167.98 |
| 12/28/1999 | Fallon | Franconia Associates: contact research re: information for Franconia; client phone calls re: same | 1.75 | 110 | $192.50 | $110.00 | $235.17 |
| 12/29/1999 | Beukema | Franconia Associates: revise draft brief | 2.75 | 240 | $660.00 | $134.38 | $369.55 |
| 12/29/1999 | Fallon | Franconia Associates: assemble partner information | 0.50 | 110 | $55.00 | $110.00 | $67.19 |
| 12/29/1999 | Eckland | Revise and edit Franconia Federal Circuit Brief; conference with J. Beukema regarding same | 0.75 | 275 | $206.25 | $134.38 | $100.79 |
| 12/30/1999 | Eckland | Telephone conference with M. Blando regarding research for Franconia Federal Circuit Brief | 0.50 | 275 | $137.50 | $134.38 | $67.19 |
| 12/30/1999 | Beukema | Franconia Associates: time re brief | 0.75 | 240 | $180.00 | $134.38 | $100.79 |
| 12/30/1999 | Simonson | Franconia - exhibit updates | 3.50 | 75 | $262.50 | $75.00 | $470.33 |
| 12/30/1999 | Blando | Review and draft inserts to Franconia brief; legal research for same; review and revise status letter to clients; telephone conference with Mr. Eckland | 5.75 | 175 | $1,006.25 | $134.38 | $772.69 |
| 12/31/1999 | Simonson | Exhibit updates | 1.50 | 75 | $112.50 | $75.00 | $112.50 |
| 12/31/1999 | Blando | Review Franconia Brief | 2.00 | 175 | $350.00 | $134.38 | $268.76 |
| 12/31/1999 | Eckland | Revise and edit Franconia Brief; conferences with M. Blando | 0.75 | 275 | $206.25 | $134.38 | $100.79 |
| 1/2/2000 | Eckland | Revise and edit Franconia Federal Circuit Brief; telephone message from M. Fallon regarding assignment | 3.25 | 275 | $893.75 | $140.47 | $456.53 |
| 1/3/2000 | Eckland | Conference with M. Blando regarding Franconia; joint appendix in Franconia, and Franconia trial exhibits; review Franconia key contact list; review Franconia trial exhibits; revise and edit exhibit list | 7.25 | 275 | $1,993.75 | $140.47 | $1,018.41 |
| 1/3/2000 | Simonson | Franconia - exhibit prep | 1.50 | 75 | $112.50 | $75.00 | $112.50 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/3/2000 | Beukema | Franconia Associates: Conference with J. Eckland and revise draft brief | 3.00 | 240 | $720.00 | $140.47 | $421.41 |
| 1/3/2000 | Roberts | Review and revise Franconia trial exhibits; conference with J. Eckland regarding same; telephone conference with client; review Appellate Brief | 4.00 | 225 | $900.00 | $140.47 | $561.88 |
| 1/3/2000 | Blando | Review Franconia brief; legal research re: remaining issues; prepare appendix and review files for same; discussions with Mr. Eckland re: various | 8.00 | 175 | $1,400.00 | $140.47 | $1,123.76 |
| 1/4/2000 | Eckland | Conference with J. Beukema, W. Roberts, and M. Blando regarding projects; conference with M. Fallon regarding projects; revise and edit Franconia brief; research regarding same | 4.25 | 275 | $1,168.75 | $140.47 | $597.00 |
| 1/4/2000 | Baumgarner | Conference with J. Beukema; work on appeal and appeal brief | 6.50 | 110 | $715.00 | $110.00 | $715.00 |
| 1/4/2000 | Roberts | Telephone conference with M. Josephs; conference with K. Simonson; review documents; conferences with J. Eckland and J. Beukema regarding appellate brief | 1.50 | 225 | $337.50 | $140.47 | $210.71 |
| 1/4/2000 | Beukema | Franconia Associates: conference with W. Roberts and revise draft brief | 3.50 | 240 | $840.00 | $140.47 | $491.65 |
| 1/4/2000 | Fallon | Franconia Associates: Review file re: requested materials | 2.25 | 110 | $247.50 | $110.00 | $247.50 |
| 1/4/2000 | Durst | Conference with M. Blando regarding cite checking the brief | 0.25 | 110 | $27.50 | $110.00 | $27.50 |
| 1/4/2000 | Blando | Review and comment on Franconia brief; research remaining legal issues; analyze legislative history; compile appendix | 5.25 | 175 | $918.75 | $140.47 | $737.47 |
| 1/5/2000 | Simonson | Exhibit prep | 3.50 | 75 | $262.50 | $75.00 | $262.50 |
| 1/5/2000 | Beukema | Franconia Associates: time re brief, appendix, etc. | 6.00 | 240 | $1,440.00 | $140.47 | $842.82 |
| 1/5/2000 | Bumgarner | Work on Appeal; conference with J. Beukema | 4.50 | 110 | $495.00 | $110.00 | $495.00 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/5/2000 | Eckland | Conference with J. Beukema regarding Franconia, Federal Circuit Brief and Appendix; conference with M. Blando regarding same; telephone message from M. Blando regarding Franconia Brief | 4.75 | 275 | $1,306.25 | $140.47 | $667.23 |
| 1/5/2000 | Blando | Review and analyze Franconia brief; teleconference re: brief; prepare appendix to Franconia brief | 4.50 | 175 | $787.50 | $140.47 | $632.12 |
| 1/6/2000 | Simonson | Exhibit prep | 2.75 | 75 | $206.25 | $75.00 | $206.25 |
| 1/6/2000 | Beukema | Franconia Associates: time re brief | 6.00 | 240 | $1,440.00 | $140.47 | $842.82 |
| 1/6/2000 | Eckland | Further revisions to Franconia Federal Circuit Brief, revise and edit Franconia Federal Circuit Brief | 6.50 | 275 | $1,787.50 | $140.47 | $913.06 |
| 1/6/2000 | Fallon | Franconia Associates: Review files re: J. Ecklands directive to locate reference to S.D. Ohio litigation; and prepare Franconia contact and information list for J. Eckland | 4.00 | 110 | $440.00 | $110.00 | $440.00 |
| 1/6/2000 | Bumgarner | Conference with J. Beukema; work on brief | 1.00 | 110 | $110.00 | $110.00 | $110.00 |
| 1/6/2000 | Blando | Analyze Winster-Related case and related precedent; discussion with Mr. Beukema re: same; prepare comments to Franconia brief; review appendix and addendum; research re: FMHA case from S.D. Ohio | 8.50 | 175 | $1,487.50 | $140.47 | $1,194.00 |
| 1/7/2000 | Simonson | Exhibit updates | 2.50 | 75 | $187.50 | $75.00 | $187.50 |
| 1/7/2000 | Beukema | Franconia Associates: time re brief | 3.50 | 240 | $840.00 | $140.47 | $491.65 |
| 1/7/2000 | Bumgarner | Conference with J. Beukema; work on brief; conference with K. Simonson | 1.50 | 110 | $165.00 | $110.00 | $165.00 |
| 1/7/2000 | Roberts | Telephone conferences with client; conference with J. Eckland; review Appellate Brief | 1.50 | 225 | $337.50 | $140.47 | $210.71 |
| 1/7/2000 | Blando | Prepare final comments to Franconia brief; review and analyze final version; finalize appendix and addendum; proof covers; analyze futility cases and prepare insert; search for S.D., Ohio case and discussions with Co-counsel re: same | 6.25 | 175 | $1,093.75 | $140.47 | $877.94 |
| 1/7/2000 | Schutta | Label documents per K. Simonson | 0.50 | 50 | $25.00 | $50.00 | $25.00 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/7/2000 | Eckland | Revise and edit Franconia Federal Circuit Brief; conferences regarding same | 4.75 | 275 | $1,306.25 | $140.47 | $667.23 |
| 1/8/2000 | Eckland | Revise and edit Franconia Federal Circuit Brief | 1.75 | 275 | $481.25 | $140.47 | $245.82 |
| 1/9/2000 | Eckland | Revise and edit Franconia Federal Circuit Brief | 2.50 | 275 | $687.50 | $140.47 | $351.18 |
| 1/10/2000 | Eckland | Final revisions and edits to Franconia Federal Circuit Brief; conferences regarding same; final preparation for filing and service of same | 3.25 | 275 | $893.75 | $140.47 | $456.53 |
| 1/10/2000 | Beukema | Franconia Associates: time re brief | 0.75 | 240 | $180.00 | $140.47 | $105.35 |
| 1/10/2000 | Blando | Enter final edits to Franconia brief; coordinate with printer; prepare filing letters; prepare letter to Josephs re: appendix; organize files and research | 7.5 | 175 | $1,312.50 | $140.47 | $1,053.53 |
| 1/12/2000 | Roberts | Review and edit Franconia trial exhibits | 3.00 | 225 | $675.00 | $140.47 | $421.41 |
| 1/12/2000 | Eckland | Telephone conferences with M. Josephs, Franconia expert reports and miscellaneous matters; telephone conference with clients regarding facts and strategy; evaluate Franconia trial exhibits | 2.75 | 275 | $756.25 | $140.47 | $386.29 |
| 1/14/2000 | Roberts | Conference with J. Eckland regarding Franconia | 0.50 | 225 | $112.50 | $140.47 | $70.24 |
| 1/17/2000 | Simonson | Exhibit preparation | 2.50 | 75 | $187.50 | $75.00 | $187.50 |
| 1/18/2000 | Simonson | Exhibit preparation | 3.00 | 75 | $225.00 | $75.00 | $225.00 |
| 1/18/2000 | Roberts | Review Franconia Exhibits and Karvel reports | 1.00 | 225 | $225.00 | $140.47 | $140.47 |
| 1/24/2000 | Haines | Confer with B. Roberts re: preparing Franconia exhibits | 0.25 | 75 | $18.75 | $75.00 | $18.75 |
| 1/24/2000 | Mrachek | Litigation Support Coding Services - Label exhibits per A. Haines | 0.75 | 20 | $15.00 | $20.00 | $15.00 |
| 1/24/2000 | Blando | Determine filing deadlines for Franconia appeal | 0.25 | 175 | $43.75 | $140.47 | $35.12 |

Exhibit A

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/24/2000 | Eckland | Telephone conference with M. Josephs regarding Franconia expert reports and exhibits; telephone conferences with clients regarding status updates; conferences regarding stipulations | 3.00 | 275 | $825.00 | $140.47 | $421.41 |
| 1/25/2000 | Eckland | Telephone conferences with clients regarding facts, strategy, and status updates; conference with W. Roberts and M. Blando regarding Franconia trial preparation | 1.25 | 275 | $343.75 | $140.47 | $175.59 |
| 1/25/2000 | Rahn | Prepare exhibits | 0.25 | 35 | $8.75 | $35.00 | $8.75 |
| 1/25/2000 | Roberts | Draft Stipulation regarding trial exhibits in Franconia; review and revise trial exhibits | 2.00 | 225 | $450.00 | $140.47 | $280.94 |
| 1/26/2000 | Haines | Preparing exhibits for trial | 0.25 | 75 | $18.75 | $75.00 | $18.75 |
| 1/26/2000 | Eckland | Telephone conferences and messages regarding litigation status updates; review Franconia exhibit list; analyze case strategy | 1.25 | 275 | $343.75 | $140.47 | $175.59 |
| 1/27/2000 | Haines | Confer with B. Roberts re: preparing Franconia exhibits for trial; instruct R. Schutta re: same | 0.50 | 75 | $37.50 | $75.00 | $37.50 |
| 1/27/2000 | Schutta | Prepare exhibits per A. Haines | 2.00 | 50 | $100.00 | $50.00 | $100.00 |
| 2/2/2000 | Eckland | Telephone conference with witnesses; review Franconia exhibits | 1.25 | 275 | $343.75 | $140.47 | $175.59 |
| 2/7/2000 | Eckland | Review correspondence regarding Franconia | 0.50 | 275 | $137.50 | $140.47 | $70.24 |
| 2/11/2000 | Simonson | Franconia Exhibit Adjustment | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 2/13/2000 | Eckland | Analyze case strategy; analyze Franconia trial exhibits | 3.25 | 275 | $893.75 | $140.47 | $456.53 |
| 2/14/2000 | Simonson | Franconia Exhibit Adjustment | 5.50 | 75 | $412.50 | $75.00 | $412.50 |
| 2/14/2000 | Eckland | Telephone conference with G. Karvel regarding Damage Analyses; conference with W. Roberts and K. Simmonson regarding Franconia Trial Exhibits; telephone conference with client regarding Franconia | 2.75 | 275 | $756.25 | $140.47 | $386.29 |
| 2/14/2000 | Roberts | Conference with J. Eckland regarding Franconia trial exhibits | 0.25 | 225 | $56.25 | $140.47 | $35.12 |
| 2/15/2000 | Simonson | Exhibit compilation | 5.00 | 75 | $375.00 | $75.00 | $375.00 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/15/2000 | Eckland | Conference with M. Fallon regarding client files and outstanding projects; telephone conferences with clients regarding case status; conferences with W. Roberts regarding assignment to correct Franconia trial exhibits | 2.75 | 275 | $756.25 | $140.47 | $702.35 |
| 2/16/2000 | Simonson | Franconia - Exhibit finish and send out | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 2/16/2000 | Roberts | Correspondence with M. Josephs; finalize witness list; telephone conference with clients; conference with J. Eckland | 2.00 | 225 | $450.00 | $140.47 | $280.94 |
| 2/16/2000 | Eckland | Telephone messages to and from J. Beukema regarding upcoming Franconia Reply Brief (Federal Circuit); telephone conference with M. Blando regarding same | 0.50 | 275 | $137.50 | $140.47 | $70.24 |
| 2/17/2000 | Eckland | Telephone messages to and from M. Josephs regarding motion for enlargement of time for government to respond to plaintiffs opening brief; conference with J. Beukema regarding same; review notice from Federal Circuit regarding Notices of Appearances | 1.75 | 275 | $481.25 | $140.47 | $245.82 |
| 2/21/2000 | Eckland | Conference with W. Roberts regarding Franconia trial exhibit stipulation; telephone conferences with clients | 2.00 | 275 | $550.00 | $140.47 | $280.94 |
| 2/21/2000 | Simonson | Exhibit updates | 4.50 | 75 | $337.50 | $75.00 | $337.50 |
| 2/21/2000 | Roberts | Review correspondence from M. Josephs; conference with J. Eckland regarding clients | 1.00 | 225 | $225.00 | $140.47 | $140.47 |
| 2/21/2000 | Blando | Prepare notices of appearance for Franconia appeal | 0.25 | 175 | $43.75 | $140.47 | $35.12 |
| 2/22/2000 | Roberts | Review trial exhibits; telephone conference with G. Karvel; telephone conference with M. Josephs; telephone conference with clients | 1.00 | 225 | $225.00 | $140.47 | $140.47 |
| 2/22/2000 | Blando | Prepare notice of appearance for Franconia Appeal | 0.25 | 175 | $43.75 | $140.47 | $35.12 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/22/2000 | Eckland | Analyze case strategy; organize files; telephone conferences regarding facts and strategy; conference with M. Fallon regarding ongoing projects; conference with W. Roberts regarding Franconia trial exhibit stipulation; telephone conferences with clients | 2 | 275 | $550.00 | $140.47 | $280.94 |
| 2/23/2000 | Eckland | Conferences with W. Roberts regarding stipulation regarding Franconia Trial exhibits; review same; assignments regarding same | 1.00 | 275 | $275.00 | $140.47 | $140.47 |
| 2/23/2000 | Roberts | Negotiate Stipulation regarding trial exhibits; telephone conferences with client | 2.50 | 225 | $562.50 | $140.47 | $351.18 |
| 2/23/2000 | Blando | Review and file Franconia notices of appearance; discussion with J. Eckland re: status | 0.25 | 175 | $43.75 | $140.47 | $35.12 |
| 2/25/2000 | Simonson | Exhibit updates | 3.50 | 75 | $262.50 | $75.00 | $262.50 |
| 2/28/2000 | Simonson | Exhibit updates | 1.50 | 75 | $112.50 | $75.00 | $112.50 |
| 2/28/2000 | Eckland | Telephone conferences with M. Blando regarding Bellas Domas stipulation; revise and edit same; telephone messages to and from M. Blando regarding same; telephone conference with M. Blando regarding same | 0.75 | 275 | $206.25 | $140.47 | $105.35 |
| 2/28/2000 | Blando | Docket deadlines in Franconia; discussion with court clerk re: Franconia transcript | 0.50 | 175 | $87.50 | $140.47 | $70.24 |
| 2/29/2000 | Eckland | Review Federal Circuit Order granting government's motion for enlargement in Franconia; conference with M. Blando and memorandum to J. Beukema regarding same | 0.25 | 275 | $68.75 | $140.47 | $35.12 |
| 2/29/2000 | Blando | Discussion with J. Eckland re: status and administrative notice; outline tasks and projects | 0.25 | 175 | $43.75 | $140.47 | $35.12 |
| 3/3/2000 | Eckland | Conferences regarding Franconia case and appeal; analyze Franconia trial strategy | 0.75 | 275 | $206.25 | $140.47 | $105.35 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/3/2000 | Blando | Prepare request for extension in Franconia appeal; discussion with opposing counsel re: various | 1.25 | 175 | $218.75 | $140.47 | $175.59 |
| 3/6/2000 | Eckland | Conference with M. Blando regarding governments Franconia brief; telephone conference with M. Josephs regarding plaintiffs motion for enlargement of time; preparation for Franconia trial | 1.50 | 275 | $412.50 | $140.47 | $210.71 |
| 3/6/2000 | Simonson | Document retrieval and filing | 5.50 | 75 | $412.50 | $75.00 | $412.50 |
| 3/6/2000 | Blando | Prepare motion for enlargement for Franconia appeal; file and serve same | 1.50 | 175 | $262.50 | $140.47 | $210.71 |
| 3/7/2000 | Eckland | Conferences regarding strategy; prepared for Franconia trial; organize client files; review client correspondence | 1.25 | 275 | $343.75 | $140.47 | $175.59 |
| 3/8/2000 | Eckland | Review governments responsive brief (Federal Court) in Franconia, conferences regarding same, conferences regarding client documents, preparation for Franconia trial | 1.25 | 275 | $343.75 | $140.47 | $175.59 |
| 3/10/2000 | Eckland | Conference with J. Beukema regarding Government's Federal Circuit Brief in Franconia and draft reply to same | 0.50 | 275 | $137.50 | $140.47 | $70.24 |
| 3/10/2000 | Beukema | Franconia: Review government appeal brief; read cited cases; conference with J. Eckland re same | 5.00 | 240 | $1,200.00 | $140.47 | $702.35 |
| 3/10/2000 | Blando | Review and analyze governments brief in Franconia | 1.00 | 175 | $175.00 | $140.47 | $140.47 |
| 3/12/2000 | Eckland | Review Government's Franconia Brief (Federal Circuit) | 0.75 | 275 | $206.25 | $140.47 | $105.35 |
| 3/13/2000 | Beukema | Franconia: Read cases; conference with J. Eckland | 4.00 | 240 | $960.00 | $140.47 | $561.88 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/13/2000 | Eckland | Review Governments Franconia Response Brief, (Federal Circuit), conference with J. Beukema regarding same, draft memorandum regarding same, conferences regarding motion for extension of time, telephone conferences with clients regarding status updates | 2.75 | 275 | $756.25 | $140.47 | $386.29 |
| 3/14/2000 | Beukema | Franconia Associates: Time re reply brief | 4.00 | 240 | $960.00 | $140.47 | $561.88 |
| 3/14/2000 | Eckland | Preparation for Franconia trial | 1.25 | 275 | $343.75 | $140.47 | $175.59 |
| 3/14/2000 | Blando | Research re: related cases; analyze issues for Franconia reply brief | 0.75 | 175 | $131.25 | $140.47 | $105.35 |
| 3/15/2000 | Eckland | Review Coast to Coast v. USA; memorandum to M. Blando regarding unmistakability doctrine and sovereign acts defense; assignment to W. Roberts | 2.00 | 275 | $550.00 | $140.47 | $280.94 |
| 3/15/2000 | Beukema | Franconia Associates: Time re reply brief | 4.50 | 240 | $1,080.00 | $140.47 | $632.12 |
| 3/16/2000 | Beukema | Franconia Associates: Time re reply brief | 4.50 | 240 | $1,080.00 | $140.47 | $632.12 |
| 3/16/2000 | Eckland | Conference with J. Beukema regarding Franconia Reply Brief (Federal Circuit); conference with W. Roberts regarding discovery issues; review Franconia Brief | 0.75 | 275 | $206.25 | $140.47 | $105.35 |
| 3/17/2000 | Blando | Review draft Franconia brief | 0.25 | 175 | $43.75 | $140.47 | $35.12 |
| 3/20/2000 | Blando | Review draft Franconia brief and discussion with Mr. Beukema re: same | 1.00 | 175 | $175.00 | $140.47 | $140.47 |
| 3/21/2000 | Beukema | Franconia Associates: Revise draft reply brief; conference with J. Eckland re same | 0.75 | 240 | $180.00 | $140.47 | $105.35 |
| 3/21/2000 | Eckland | Review Government's revised brief in Franconia; revise and edit reply brief in Franconia; conference with J. Beukema regarding same; research regarding same; review pleadings regarding same | 4.75 | 275 | $1,306.25 | $140.47 | $667.23 |
| 3/22/2000 | Beukema | Franconia Associates: conference with M. Blando re reply brief | 0.50 | 240 | $120.00 | $140.47 | $70.24 |
| 3/22/2000 | Blando | Prepare comments on Franconia brief and discussion with Mr. Beukema re: same | 2.25 | 175 | $393.75 | $140.47 | $316.06 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/22/2000 | Eckland | Conference with M. Blando regarding draft Franconia Reply Brief; assignment regarding research on legislation measures as anticipating repudiations; draft memorandum regarding same | 2.00 | 275 | $550.00 | $140.47 | $280.94 |
| 3/23/2000 | Eckland | Research regarding Franconia Reply Brief; preparation for Franconia trial | 1.50 | 275 | $412.50 | $140.47 | $210.71 |
| 3/23/2000 | Blando | Review regulations re: effective date of contracts | 0.50 | 175 | $87.50 | $140.47 | $70.24 |
| 3/24/2000 | Eckland | Preparation for Franconia trial | 0.75 | 275 | $206.25 | $140.47 | $105.35 |
| 3/27/2000 | Eckland | Conference with client regarding Franconia damage analysis | 0.50 | 275 | $137.50 | $140.47 | $70.24 |
| 3/29/2000 | Eckland | Prepare for Franconia trial; research regarding Franconia Reply Brief; telephone conferences with clients regarding status updates | 1.75 | 275 | $481.25 | $140.47 | $245.82 |
| 3/30/2000 | Beukema | Franconia Associates: Revise draft reply brief | 1.75 | 240 | $420.00 | $140.47 | $245.82 |
| 3/30/2000 | Eckland | Conference with J. Beukema regarding revisions to Federal Circuit Franconia Reply Brief; conference with M. Blando regarding research project regarding same; revise and edit same | 1.00 | 275 | $275.00 | $140.47 | $140.47 |
| 3/30/2000 | Blando | Legal research re: legislation as anticipatory repudiation; review and analyze decisions; review and discussion with Mr. Beukema re: Franconia brief; discussion with Mr. Eckland re: Franconia Brief | 3.75 | 175 | $656.25 | $140.47 | $526.76 |
| 3/31/2000 | Blando | Coordinate printing of Franconia brief; review court rules re: filing | 0.50 | 175 | $87.50 | $140.47 | $70.24 |
| 4/1/2000 | Eckland | Revise and edit Franconia Reply Brief (Federal Circuit); review Joint Appendix regarding same; review pleadings regarding same | 1.50 | 275 | $412.50 | $140.47 | $210.71 |
| 4/2/2000 | Eckland | Revise and edit Franconia Reply Brief (Federal Circuit); draft memorandum to M. Blando | 3.50 | 275 | $962.50 | $140.47 | $491.65 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/3/2000 | Eckland | Final revisions to Franconia Reply Brief (Federal Circuit); conferences with M. Blando regarding same | 1.50 | 275 | $412.50 | $140.47 | $210.71 |
| 4/3/2000 | Blando | Finalize Franconia brief; coordinate printing with Bachmans; file brief | 2.50 | 175 | $437.50 | $140.47 | $351.18 |
| 4/4/2000 | Blando | Coordinate filing of Franconia Brief | 0.25 | 175 | $43.75 | $140.47 | $35.12 |
| 4/4/2000 | Eckland | Preparation for Franconia trial | 1.00 | 275 | $275.00 | $140.47 | $140.47 |
| 4/5/2000 | Eckland | Conferences with M. Fallon regarding status of client documentation; preparation for Franconia trial | 0.75 | 275 | $206.25 | $140.47 | $105.35 |
| 4/7/2000 | Eckland | Preparation for Franconia trial; telephone conferences with client regarding status updates | 1.00 | 275 | $275.00 | $140.47 | $140.47 |
| 4/10/2000 | Eckland | Preparation for Franconia trial; telephone messages to and from client regarding trial schedule; telephone conference with M. Blando regarding same | 1.50 | 275 | $412.50 | $140.47 | $210.71 |
| 4/10/2000 | Blando | Finalize Franconia Appendix; coordinate printing with Bachmans; review and file Appendix | 2.25 | 175 | $393.75 | $140.47 | $316.06 |
| 4/11/2000 | Blando | Review filed version of Appendix; coordinate printing of Corrected Appendix with Bachmans | 0.50 | 175 | $87.50 | $140.47 | $70.24 |
| 4/11/2000 | Eckland | Preparation for Franconia trial; conferences regarding corrected Franconia appendix (Federal Circuit) | 2.00 | 275 | $550.00 | $140.47 | $280.94 |
| 4/12/2000 | Blando | File corrected Appendix; prepare letters re: same | 0.75 | 175 | $131.25 | $140.47 | $105.35 |
| 4/12/2000 | Eckland | Conference with M. Fallon regarding client documents; preparation for Franconia trial | 2.25 | 275 | $618.75 | $140.47 | $316.06 |
| 4/14/2000 | Blando | File Franconia brief; outline tasks | 0.75 | 175 | $131.25 | $140.47 | $105.35 |
| 4/17/2000 | Eckland | Telephone conference with W. Roberts regarding Franconia trial strategy; telephone conference with client regarding trial | 2.00 | 275 | $550.00 | $140.47 | $280.94 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/18/2000 | Eckland | Conference with W. Roberts regarding strategy regarding Franconia trial; view government's expert report; review and edit deposition notices | 0.75 | 275 | $206.25 | $140.47 | $105.35 |
| 4/18/2000 | Roberts | Review Govt Expert Report; conference with J. Eckland; correspondence and depo notices to M. Josephs | 1.00 | 225 | $225.00 | $140.47 | $140.47 |
| 4/19/2000 | Roberts | Prepare Expert Report for filing; telephone call to G. Karvel; draft letter to clients; telephone conference with M. Josephs | 1.00 | 225 | $225.00 | $140.47 | $140.47 |
| 4/19/2000 | Eckland | Telephone conference with chambers regarding January 27, 2000 order; conference with W. Roberts regarding same; preparation for Franconia trial | 1.00 | 275 | $275.00 | $140.47 | $140.47 |
| 4/20/2000 | Eckland | Review Government's Franconia expert report D. Hamm); analyze same; strategize for trial regarding same; review Franconia G. Karvel expert report; conference with W. Roberts regarding same | 4.75 | 275 | $1,306.25 | $140.47 | $667.23 |
| 4/20/2000 | Roberts | Study government damages expert report; filing of plaintiffs expert report | 0.50 | 225 | $112.50 | $140.47 | $70.24 |
| 4/21/2000 | Eckland | Preparation for Franconia trial | 1.75 | 275 | $481.25 | $140.47 | $245.82 |
| 4/21/2000 | Roberts | Review government damages expert report | 1.00 | 225 | $225.00 | $140.47 | $140.47 |
| 4/24/2000 | Eckland | Telephone conference with G. Karvel regarding damage reports regarding Franconia; preparation for trial in Franconia; review order of the Honorable E. Gibson regarding trial; draft correspondence to clients regarding Franconia trial; telephone messages to clients regarding same | 4.25 | 275 | $1,168.75 | $140.47 | $597.00 |
| 4/27/2000 | Eckland | Preparation for Franconia trial; analyze Hamm expert report | 1.25 | 275 | $343.75 | $140.47 | $175.59 |
| 4/27/2000 | Roberts | Telephone conference with M. Joseph re: various issues; review Hamm report | 1.00 | 225 | $225.00 | $140.47 | $140.47 |
| 4/28/2000 | Eckland | Conference with M. Blando regarding case strategy; preparation for Franconia trial | 2.00 | 275 | $550.00 | $140.47 | $280.94 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/3/2000 | Eckland | Conferences with W. Roberts regarding strategy in Franconia | 0.50 | 275 | $137.50 | $140.47 | $70.24 |
| 5/10/2000 | Eckland | Conferences regarding Franconia trial strategy | 0.25 | 275 | $68.75 | $140.47 | $35.12 |
| 5/11/2000 | Eckland | Telephone conference with G. Karvel regarding Hamm damage analysis; telephone conferences with clients regarding status updates and upcoming trial | 0.25 | 275 | $68.75 | $140.47 | $35.12 |
| 5/12/2000 | Eckland | Telephone conference with G. Karvel regarding Franconia damage analyses and Hamm damage report; telephone message from G. Karvel regarding same; telephone conference with K. Simmonson regarding source document exhibits; preparation for Franconia trial | 2.50 | 275 | $687.50 | $140.47 | $351.18 |
| 5/13/2000 | Eckland | Preparation for Franconia trial | 0.75 | 275 | $206.25 | $140.47 | $105.35 |
| 5/15/2000 | Eckland | Telephone messages to G. Karvel regarding damages analyses | 0.25 | 275 | $68.75 | $140.47 | $35.12 |
| 5/16/2000 | Roberts | Telephone conference with G. Karvel; telephone conference with K. Simonson; regarding trial, exhibits | 0.25 | 225 | $56.25 | $140.47 | $35.12 |
| 5/16/2000 | Eckland | Telephone conference with G. Karvel regarding damage analyses; review file regarding same; telephone conferences with D. Wensch regarding same; preparation for Franconia trial | 1.75 | 275 | $481.25 | $140.47 | $245.82 |
| 5/22/2000 | Eckland | Telephone conferences with clients regarding status updates; participation in conference with G. Karvel, W. Roberts regarding damage analyses and Hamm damage report; conference with W. Roberts regarding summer clerk research | 2.50 | 275 | $687.50 | $140.47 | $351.18 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/23/2000 | Eckland | Telephone message from W. Roberts regarding Franconia damage analyses; conference with W. Roberts regarding same; review damage analyses; telephone message from W. Roberts regarding deposition scheduling | 0.50 | 275 | $137.50 | $140.47 | $70.24 |
| 5/24/2000 | Eckland | Preparation for Franconia trial | 0.50 | 275 | $137.50 | $140.47 | $70.24 |
| 5/25/2000 | Roberts | Telephone conference with M. Josephs regarding depositions; draft e-mail regarding same | 0.50 | 225 | $112.50 | $140.47 | $70.24 |
| 5/26/2000 | Roberts | Telephone conference with M. Josephs regarding scheduling issues; draft summer associate assignment forms; study Hamm report | 1.00 | 225 | $225.00 | $140.47 | $140.47 |
| 5/26/2000 | Eckland | Preparation for Franconia trial | 0.25 | 275 | $68.75 | $140.47 | $35.12 |
| 5/30/2000 | Roberts | Conference with Jeff Eckland regarding damage analysis; telephone conference with G. Karvel | 0.75 | 225 | $168.75 | $140.47 | $105.35 |
| 5/30/2000 | Roberts | Conference with Jeff Eckland regarding damage analysis; telephone conference with G. Karvel | 0.75 | 225 | $168.75 | $140.47 | $105.35 |
| 5/30/2000 | Eckland | Telephone conference with G. Karvel regarding damage analyses; conference with W. Roberts regarding same | 1.00 | 275 | $275.00 | $140.47 | $140.47 |
| 5/31/2000 | Eckland | Telephone conferences regarding Franconia damage analyses; analyze strategy regarding same | 0.25 | 275 | $68.75 | $140.47 | $35.12 |
| 6/1/2000 | Roberts | Conference with JHE; analyze Karvel report and exhibit strategies | 1.00 | 225 | $225.00 | $140.47 | $140.47 |
| 6/2/2000 | Eckland | Telephone conference with client regarding preparation for Franconia trial; review damage analyses regarding same; telephone conference with S. Macakanja regarding same | 0.50 | 275 | $137.50 | $140.47 | $70.24 |
| 6/5/2000 | Eckland | Conference regarding demonstrative exhibits for Franconia trial; telephone conferences regarding same | 0.50 | 275 | $137.50 | $140.47 | $70.24 |

**Exhibit A**