**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/7/2000 | Rafter | Research for Bill Roberts re William G. Hamm | 0.75 | 80 | $60.00 | $80.00 | $60.00 |
| 6/7/2000 | Eckland | Telephone message to R. Rodman regarding Franconia damage analysis | 0.25 | 275 | $68.75 | $140.47 | $35.12 |
| 6/8/2000 | Eckland | Preparation for Franconia trial | 1.00 | 275 | $275.00 | $140.47 | $140.47 |
| 6/9/2000 | Roberts | Conference with J. Eckland and telephone conference with expert | 1.00 | 225 | $225.00 | $140.47 | $140.47 |
| 6/9/2000 | Eckland | Analyze Franconia damage analyses; conference regarding same; telephone conference with G. Karvel and R. Rodman regarding same | 6.50 | 275 | $1,787.50 | $140.47 | $913.06 |
| 6/12/2000 | Roberts | Analyze Dr. Hamm articles; study Karvel revisions and analysis; determine all Franconia critical dates | 4.00 | 225 | $900.00 | $140.47 | $561.88 |
| 6/12/2000 | Eckland | Telephone conference with client regarding trial preparation; analyze client fax regarding Franconia damages; telephone conference regarding same; preparation for Franconia trial | 5.25 | 275 | $1,443.75 | $140.47 | $737.47 |
| 6/12/2000 | Blando | Draft status letter to clients | 0.50 | 175 | $87.50 | $140.47 | $70.24 |
| 6/13/2000 | Roberts | Damage analysis; prepare for deposition of Hamm; conference with J. Eckland and Dr. Karvel | 7.00 | 225 | $1,575.00 | $140.47 | $983.29 |
| 6/13/2000 | Eckland | Analyze damage analyses; conference with G. Karvel, R. Rodman, and W. Roberts regarding same; revise and edit status; update letter to clients | 5.00 | 275 | $1,375.00 | $140.47 | $702.35 |
| 6/13/2000 | Kolling | Assignment meeting and initial research regarding measure of damages for breach of contract claim | 0.25 | 120 | $30.00 | $120.00 | $30.00 |
| 6/14/2000 | Roberts | Work on damages case in Franconia | 2.00 | 225 | $450.00 | $140.47 | $280.94 |
| 6/14/2000 | Eckland | Telephone conference with client regarding trial preparation; conferences with W. Roberts regarding Franconia damage analyses; preparation for Franconia trial; preparation for trial | 9.00 | 275 | $2,475.00 | $140.47 | $1,264.23 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/14/2000 | Blando | Draft, edit and finalize status letter to clients | 0.25 | 175 | $43.75 | $140.47 | $35.12 |
| 6/14/2000 | Kolling | Research re: measure of damages for breach of contract, reviewing opposing sides expert witness report | 3.5 | 120 | $420.00 | $140.47 | $491.65 |
| 6/15/2000 | Kolling | Research re: measure of contract damages for breach of contract case | 0.50 | 120 | $60.00 | $120.00 | $60.00 |
| 6/15/2000 | Murphy | Meeting regarding case status and work to be done for trial | 1.20 | 85 | $102.00 | $85.00 | $102.00 |
| 6/15/2000 | Walker | Meet with J. Eckland to outline support for upcoming trial; conferences with C. Jenkins and J. Murphy re same | 1.00 | 245 | $245.00 | $140.47 | $140.47 |
| 6/15/2000 | Eckland | Preparation for Franconia trial conferences with clients; review properties at issue; review documents and trial exhibits | 9.50 | 275 | $2,612.50 | $140.47 | $1,334.47 |
| 6/16/2000 | Kolling | Research re: measure of damages for breach of contract | 0.50 | 120 | $60.00 | $120.00 | $60.00 |
| 6/16/2000 | Eckland | Telephone conferences with R. Rodman regarding Franconia damage analyses; conferences with regarding Franconia trial preparation; preparation for Franconia trial | 6.00 | 275 | $1,650.00 | $140.47 | $842.82 |
| 6/16/2000 | Roberts | Preparation for Hamm deposition | 7.00 | 225 | $1,575.00 | $140.47 | $983.29 |
| 6/17/2000 | Roberts | Preparation for Hamm deposition | 3.50 | 225 | $787.50 | $140.47 | $491.65 |
| 6/18/2000 | Roberts | Preparation for Hamm deposition | 5.00 | 225 | $1,125.00 | $140.47 | $702.35 |
| 6/18/2000 | Eckland | Telephone conference with W. Roberts regarding deposition of Dr. Hamm; analyze damage analyses regarding same | 1.75 | 275 | $481.25 | $140.47 | $245.82 |
| 6/19/2000 | Eckland | Preparation for Franconia trial | 0.75 | 275 | $206.25 | $140.47 | $105.35 |
| 6/19/2000 | Roberts | Preparation for Hamm deposition | 9.00 | 225 | $2,025.00 | $140.47 | $1,264.23 |
| 6/20/2000 | Eckland | Telephone conferences regarding Franconia trial exhibits; conferences with M. Blando regarding strategy | 0.75 | 275 | $206.25 | $140.47 | $105.35 |
| 6/20/2000 | Kolling | Research regarding breach of contract damages, law review article, and case law | 0.25 | 120 | $30.00 | $120.00 | $30.00 |
| 6/21/2000 | Eckland | Preparation for Franconia trial; conferences with W. Roberts and M. Josephs regarding same; analyze damage analyses | 6.50 | 275 | $1,787.50 | $140.47 | $913.06 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/21/2000 | Roberts | Conference with JHE and M. Blando regarding strategy in Franconia; review G. Karvel report | 2.50 | 225 | $562.50 | $140.47 | $351.18 |
| 6/21/2000 | Blando | Meeting with J. Eckland and W. Roberts re: Franconia trial and depositions; plan deposition schedule | 1.50 | 175 | $262.50 | $140.47 | $210.71 |
| 6/21/2000 | Kolling | Research regarding breach of contract damages, law review article and case law | 0.50 | 120 | $60.00 | $120.00 | $60.00 |
| 6/22/2000 | Kolling | Research and drafting memo re: beach of contract damages | 0.50 | 120 | $60.00 | $120.00 | $60.00 |
| 6/22/2000 | Roberts | Meetings and analysis regarding damages, experts and reports; draft correspondence; telephone conference with clients | 6.00 | 225 | $1,350.00 | $140.47 | $842.82 |
| 6/22/2000 | Eckland | Conference with G. Karvel, R. Rodney, and W. Roberts regarding Franconia damage analyses; conference call W. Roberts et al regarding same; telephone conference with client regarding same; preparation for Franconia tria | 8.25 | 275 | $2,268.75 | $140.47 | $1,158.88 |
| 6/22/2000 | Blando | Schedule depositions in Franconia | 0.25 | 175 | $43.75 | $140.47 | $35.12 |
| 6/23/2000 | Eckland | Conference with G. Karvel and W. Roberts regarding Franconia damage analyses; preparation for Franconia trial; revise and edit Witness Lists; telephone messages to and from client regarding deposition | 5.50 | 275 | $1,512.50 | $140.47 | $772.59 |
| 6/23/2000 | Roberts | Conference with G. Karvel; draft correspondence; prepare second amended exhibition list | 2.50 | 225 | $562.50 | $140.47 | $351.18 |
| 6/23/2000 | Blando | Prepare for Franconia witness interviews | 0.25 | 175 | $43.75 | $140.47 | $35.12 |
| 6/23/2000 | Kolling | Research and drafting memo re: beach of contract damages | 0.50 | 120 | $60.00 | $120.00 | $60.00 |
| 6/24/2000 | Eckland | Preparation for Franconia trial | 2.50 | 275 | $687.50 | $140.47 | $351.18 |
| 6/25/2000 | Eckland | Review Franconia trial exhibits; review Takings materials; preparation for Franconia trial | 6.25 | 275 | $1,718.75 | $140.47 | $877.94 |
| 6/26/2000 | Roberts | Telephone conference with G. Karvel | 0.50 | 225 | $112.50 | $140.47 | $70.24 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/26/2000 | Eckland | Telephone conference with W. Roberts regarding damage analyses; conferences with client regarding Franconia trial preparation; formulate concepts for trial demonstrative exhibits | 10.25 | 275 | $2,818.75 | $140.47 | $1,439.82 |
| 6/27/2000 | Roberts | Telephone conferences with G. Karvel regarding edits to damage reports; telephone call to M. Josephs regarding scheduling depositions | 2.00 | 225 | $450.00 | $140.47 | $280.94 |
| 6/27/2000 | Eckland | Telephone conferences with W. Roberts regarding trial Franconia damage analyses and deposition scheduling; telephone conference with client regarding trial exhibits; analyze strategy regarding the same; visit courtrooms in Bankruptcy Annex | 8.50 | 275 | $2,337.50 | $140.47 | $1,194.00 |
| 6/27/2000 | Blando | Review and analyze decisions | 0.50 | 175 | $87.50 | $140.47 | $70.24 |
| 6/28/2000 | Eckland | Conference with M. Blando regarding call-out exhibits; trial outlines, and research projects; conference with W. Roberts regarding damage analyses; analyze Franconia damage analyses; preparation for Franconia trial | 10.25 | 275 | $2,818.75 | $140.47 | $1,439.82 |
| 6/28/2000 | Blando | Draft outlines of legal issues for Franconia trial; meeting with J. Eckland re: trial exhibits and witness preparation sessions; review files for Partnerships; prepare discovery requests; research legal issues for trial | 8.50 | 175 | $1,487.50 | $140.47 | $1,194.00 |
| 6/28/2000 | Roberts | Telephone conference with G. Karvel; conference with J. Eckland; study draft reports and comment upon same; review discovery requests | 3.00 | 225 | $675.00 | $140.47 | $421.41 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/29/2000 | Roberts | Draft correspondence regarding deposition scheduling; conference with G. Karvel; conference with M. Kolling; review expert reports; telephone conference with clients; organize working files | 3.00 | 225 | $675.00 | $140.47 | $421.41 |
| 6/29/2000 | Eckland | Preparation for Franconia trial; preparation for and participation in, conference call with clients and M. Blando; review damage analysis | 8.75 | 275 | $2,406.25 | $140.47 | $1,229.11 |
| 6/29/2000 | Roberts | Draft correspondence regarding deposition scheduling; conference with G. Karvel; conference with M. Kolling; review expert reports; organize working files | 3 | 225 | $675.00 | $140.47 | $421.41 |
| 6/29/2000 | Blando | Review and analyze Mobil decision; telephone conference with clients; draft outlines of legal issues; prepare for witness preparation sessions | 6.5 | 175 | $1,137.50 | $140.47 | $913.06 |
| 6/30/2000 | Roberts | Edit expert report and rebuttal report; conference with JHE and M. Blando regarding trial strategy; draft correspondence; review trial exhibits | 8.00 | 225 | $1,800.00 | $140.47 | $1,123.76 |
| 6/30/2000 | Eckland | Conference with M. Blando and W. Roberts regarding trial testimony; telephone message regarding Dr. Hamm regarding Franconia trial preparation and damage analyses; final preparation, service, and filing of Franconia damage analyses; conferences with M. Blando regarding same | 6.25 | 275 | $1,718.75 | $140.47 | $877.94 |
| 6/30/2000 | Blando | Meeting with J. Eckland and W. Roberts re: trial and deposition preparation and trial exhibits for Franconia; analyze Mobil decision; outline key legal issues | 7.50 | 175 | $1,312.50 | $140.47 | $1,053.53 |
| 7/1/2000 | Eckland | Analyze Mobil Oil Corp. v. USA and related opinions | 0.25 | 275 | $68.75 | $140.47 | $35.12 |
| 7/2/2000 | Eckland | Continued analysis of Mobil Oil Corp. v. USA and related lower court opinion; preparation for Franconia trial | 2.25 | 275 | $618.75 | $140.47 | $316.06 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/4/2000 | Eckland | Preparation for Franconia trial | 2.00 | 275 | $550.00 | $140.47 | $280.94 |
| 7/5/2000 | Roberts | Review client files and trial exhibits; telephone call to client; conference with M. Blando; conference regarding projects; trial preparation | 3.50 | 225 | $787.50 | $140.47 | $491.65 |
| 7/5/2000 | Blando | Franconia Trial preparation; review and compile trial exhibits; prepare outlines of legal issues | 2.75 | 175 | $481.25 | $140.47 | $386.29 |
| 7/5/2000 | Kolling | Research re: effect of government incentives on plaintiffs duty to mitigate damages for breach of contract | 0.50 | 120 | $60.00 | $120.00 | $60.00 |
| 7/6/2000 | Roberts | Review Incentive Regulations; research regarding Joplin Theory; telephone conference with client | 1.25 | 225 | $281.25 | $140.47 | $175.59 |
| 7/6/2000 | Blando | Franconia trial: prepare second Amended trial exhibit list; prepare deposition preparation sessions | 7.50 | 175 | $1,312.50 | $140.47 | $1,053.53 |
| 7/6/2000 | Simonson | Prepare amended exhibits for service to government | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 7/6/2000 | Eckland | Telephone messages from M. Blando regarding Franconia trial exhibits; continued preparation for Franconia trial | 4.25 | 275 | $1,168.75 | $140.47 | $597.00 |
| 7/6/2000 | Roberts | Review Incentive Regulations; research regarding Joplin Theory; telephone conference with client | 1.25 | 225 | $281.25 | $140.47 | $175.59 |
| 7/6/2000 | Kolling | Research re: effect of government incentives on plaintiffs duty to mitigate damages for breach of contract | 0.50 | 120 | $60.00 | $120.00 | $60.00 |
| 7/7/2000 | Dawsey | Revise Exhibit indexes for filing | 0.70 | 110 | $77.00 | $110.00 | $77.00 |
| 7/7/2000 | Roberts | Trial preparation; research regarding Joplin theory; review and edit Exhibit List and Interrogatories; deposition preparation | 4.00 | 225 | $900.00 | $140.47 | $561.88 |
| 7/7/2000 | Rahn | In-take project; label tabs for K. Simonson | 1.80 | 35 | $63.00 | $35.00 | $63.00 |
| 7/7/2000 | Eckland | Telephone messages to and from M. Blando regarding amended set of Franconia trial exhibits, service and filing of same; preparation for Franconia trial | 4.25 | 275 | $1,168.75 | $140.47 | $597.00 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/7/2000 | Simonson | Prepare amended exhibits and exhibit indexes | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 7/7/2000 | Blando | Franconia trial; finalize and serve Amended Exhibit List | 4.75 | 175 | $831.25 | $140.47 | $667.23 |
| 7/7/2000 | Kolling | Drafting memo regarding duty to mitigate damages for breach of contract" | 0.50 | 120 | $60.00 | $120.00 | $60.00 |
| 7/9/2000 | Eckland | Preparation for Franconia trial | 2.75 | 275 | $756.25 | $140.47 | $386.29 |
| 7/10/2000 | Eckland | Preparation for Franconia trial and deposition preparation | 10.50 | 275 | $2,887.50 | $140.47 | $1,474.94 |
| 7/10/2000 | Simonson | Filing, exhibit filing | 1.50 | 75 | $112.50 | $75.00 | $112.50 |
| 7/10/2000 | Simonson | File updates, coordinate and proof copies of Plaintiffs exhibits | 4.50 | 75 | $337.50 | $75.00 | $337.50 |
| 7/10/2000 | Blando | Franconia Trial; prepare outlines of legal issues; review exhibits; coordinate logistical matters | 4.00 | 175 | $700.00 | $140.47 | $561.88 |
| 7/10/2000 | Kolling | Drafting memo regarding effect of government incentives on plaintiffs duty to mitigate damages for breach of contract | 0.25 | 120 | $30.00 | $120.00 | $30.00 |
| 7/11/2000 | Eckland | Conferences with client regarding government's upcoming summary judgment motion; preparation for Franconia trial; telephone conference with W. Roberts regarding depositions of G. Karvel and L. Anderson; telephone conference with W. Roberts and M. Blando regarding same | 12.00 | 275 | $3,300.00 | $140.47 | $1,685.64 |
| 7/11/2000 | Roberts | Review files and exhibits; prepare for depo; work with G. Karvel regarding damages; review law clerk memos; strategy conference with J. Eckland and M. Blando | 6.00 | 225 | $1,350.00 | $140.47 | $842.82 |
| 7/11/2000 | Blando | Franconia trial: research legislative history and statutes; telephone conference with J. Eckland and W. Roberts re: strategy | 7.00 | 175 | $1,225.00 | $140.47 | $983.29 |
| 7/12/2000 | Murphy | Conference w/ J Eckland re documents; review complaint and summary judgment response | 1.30 | 85 | $110.50 | $85.00 | $110.50 |

Exhibit A

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/12/2000 | Roberts | Prepare client for deposition and trial; revise trial exhibits; telephone conferences with JHE | 7.00 | 225 | $1,575.00 | $140.47 | $983.29 |
| 7/12/2000 | Eckland | Telephone message from W. Roberts regarding deposition preparation of witness; conference with J. Murphy regarding archived documents; preparation for Fanconia trial; deposition preparation | 7.50 | 275 | $2,062.50 | $140.47 | $1,053.53 |
| 7/12/2000 | Blando | Franconia Trial: Telephone conference with J. Eckland and W. Roberts re: depositions; prepare for deposition; analyze statutes and key decisions | 9 | 175 | $1,575.00 | $140.47 | $1,264.23 |
| 7/13/2000 | Murphy | Obtain and review Levy files | 2.30 | 85 | $195.50 | $85.00 | $195.50 |
| 7/13/2000 | Roberts | Prepare for deposition | 7.00 | 225 | $1,575.00 | $140.47 | $983.29 |
| 7/13/2000 | Eckland | Preparation for, and defense of, client depositions of telephone conference with W. Roberts regarding same | 12.75 | 275 | $3,506.25 | $140.47 | $1,790.99 |
| 7/13/2000 | Blando | Franconia trial: trial preparation; prepare for deposition; review documents; review and analyze decisions; analyze rental rates; analyze damages reports | 10.5 | 175 | $1,837.50 | $140.47 | $1,474.94 |
| 7/14/2000 | Roberts | Defend client deposition; final preparation for same; telephone conference with JHE | 6.00 | 225 | $1,350.00 | $140.47 | $842.82 |
| 7/14/2000 | Blando | Franconia Trial: Prepare for deposition; telephone conference with J. Eckland and W. Roberts re: depositions; analyze damages issues; review documents | 8.50 | 175 | $1,487.50 | $140.47 | $1,194.00 |
| 7/14/2000 | Eckland | Preparation for Franconia trial | 4.50 | 275 | $1,237.50 | $140.47 | $632.12 |
| 7/14/2000 | Eckland | Telephone messages from M. Blando regarding witness; review documents regarding same; telephone conference with G. Karvel regarding damage analyses; Franconia trial preparation | 8.50 | 275 | $2,337.50 | $140.47 | $1,194.00 |
| 7/14/2000 | Murphy | Correspondence re files | 0.20 | 85 | $17.00 | $85.00 | $17.00 |
| 7/15/2000 | Eckland | Preparation for Franconia trial | 4.50 | 275 | $1,237.50 | $140.47 | $28.09 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/16/2000 | Blando | Franconia: prepare for deposition; review documents | 1.00 | 175 | $175.00 | $140.47 | $140.47 |
| 7/16/2000 | Eckland | Review research materials regarding Takings; preparation for Franconia trial | 5.25 | 275 | $1,443.75 | $140.47 | $737.47 |
| 7/17/2000 | Roberts | Trial preparation; meet with A. Mahle re: research project; e-mail to clients; trial strategy meeting; draft motion | 3.50 | 225 | $787.50 | $140.47 | $491.65 |
| 7/17/2000 | Blando | Telephone conference with J. Eckland re: Dr. Hamm | 0.50 | 175 | $87.50 | $140.47 | $70.24 |
| 7/17/2000 | Eckland | Telephone conference with W. Roberts same; preparation for Franconia trial | 9.50 | 275 | $2,612.50 | $140.47 | $1,334.47 |
| 7/17/2000 | Simonson | Reorganization and relabeling of exhibits, confer with Roberts and Blando | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 7/18/2000 | Roberts | Conferences with D. Karvel; handle various other pretrial issues; work on demonstrative exhibits | 8.00 | 225 | $1,800.00 | $140.47 | $1,123.76 |
| 7/18/2000 | Simonson | Trial prep | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 7/18/2000 | Eckland | Telephone message from W. Roberts regarding demonstrative exhibits; preparation for deposition | 9.00 | 275 | $2,475.00 | $140.47 | $1,264.23 |
| 7/18/2000 | Blando | Discussion with J. Eckland re: status | 0.25 | 175 | $43.75 | $140.47 | $35.12 |
| 7/19/2000 | Simonson | Trial prep, document search | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 7/19/2000 | Roberts | Review Karvel Report; review material regarding Joplin Theory; strategy conference with J. Eckland; work on demonstrations | 3 | 225 | $675.00 | $140.47 | $421.41 |
| 7/20/2000 | Roberts | Attend Karvel deposition; work on trial outlines and exhibits | 8.50 | 225 | $1,912.50 | $140.47 | $1,194.00 |
| 7/20/2000 | Dawsey | Review Plaintiffs Exhibits for completeness and designate accordingly | 2.00 | 110 | $220.00 | $110.00 | $220.00 |
| 7/20/2000 | Blando | Attend Karvel deposition; meeting with J. Eckland and W. Roberts re: trial preparation; prepare to do list of tasks for trial | 6.50 | 175 | $1,137.50 | $140.47 | $913.06 |
| 7/20/2000 | Eckland | Defend deposition of G. Karvel; review damage analyses; conferences regarding same; preparation for Franconia trial | 9.00 | 275 | $2,475.00 | $140.47 | $1,264.23 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/21/2000 | Roberts | Work on demonstrative exhibits; motion for site visit; telephone conference with A. Mahle | 2.00 | 225 | $450.00 | $140.47 | $280.94 |
| 7/21/2000 | Blando | Franconia Trial: review and file motion for site visit; coordinate administrative matters; prepare and serve Anderson deposition notice; discussion re: exhibits | 7.25 | 175 | $1,268.75 | $140.47 | $1,018.41 |
| 7/21/2000 | Simonson | Trial prep | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 7/21/2000 | Eckland | Telephone conference regarding demonstrative exhibits; preparation for Franconia trial; telephone message from M Blando regarding Dr. Hamms Declaration; revise and edit Motion for Site Visit in Franconia, conference with M. Blando | 1.5 | 275 | $412.50 | $140.47 | $210.71 |
| 7/22/2000 | Eckland | Preparation for Franconia trial | 3.75 | 275 | $1,031.25 | $140.47 | $526.76 |
| 7/23/2000 | Eckland | Preparation for Franconia trial | 2.25 | 275 | $618.75 | $140.47 | $316.06 |
| 7/24/2000 | Roberts | Trial preparation; review damages issues; review FMHA regulations on prepayment | 2.50 | 225 | $562.50 | $140.47 | $351.18 |
| 7/24/2000 | Blando | Franconia Trial: meeting with J. Eckland and W. Roberts re: trial preparation; work on call-outs and damages exhibits; prepare for trial | 9.00 | 175 | $1,575.00 | $140.47 | $1,264.23 |
| 7/24/2000 | Eckland | Preparation for Franconia trial; telephone conference call with W. Roberts, and M. Blando regarding damage analyses and anticipated "rebuttal" testimony; draft opening statement | 9.75 | 275 | $2,681.25 | $140.47 | $1,369.58 |
| 7/24/2000 | Simonson | Trial prep, exhibit updates | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 7/24/2000 | Roberts | Trial preparation; review damages issues; review FMHA regulations on prepayment | 2.5 | 225 | $562.50 | $140.47 | $351.18 |
| 7/25/2000 | Kolling | Gathering cases and materials to send to expert witness | 0.50 | 120 | $60.00 | $120.00 | $60.00 |
| 7/25/2000 | Roberts | Franconia trial preparation | 1.50 | 225 | $337.50 | $140.47 | $210.71 |
| 7/25/2000 | Simonson | Trial prep, exhibit updates | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 7/25/2000 | Eckland | Telephone conference with clients regarding Franconia trial; revise and edit Opening Statement; telephone conferences with clients | 8.00 | 275 | $2,200.00 | $140.47 | $1,123.76 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/25/2000 | Blando | Franconia trial: search for materials on Dr. Hamm; meeting with J. Eckland and W. Roberts re: trial preparation | 7.75 | 175 | $1,356.25 | $140.47 | $1,088.64 |
| 7/26/2000 | Eckland | Telephone conference with clients; edit correspondence to Federal Circuit regarding supplementation of authority pursuant to Rule 28(h) | 6.00 | 275 | $1,650.00 | $140.47 | $842.82 |
| 7/26/2000 | Roberts | Draft trial outline; conference with R. Rodning; telephone conferences with clients | 1.25 | 225 | $281.25 | $140.47 | $175.59 |
| 7/26/2000 | Mahle | Drafting and revising memorandum on Franconia | 4.50 | 120 | $540.00 | $120.00 | $540.00 |
| 7/26/2000 | Simonson | Trial prep, exhibit updates | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 7/26/2000 | Blando | Prepare notice of subsequent authority in Franconia appeal;Franconia Trial preparation | 7.25 | 175 | $1,268.75 | $140.47 | $1,018.41 |
| 7/27/2000 | Beukema | Franconia: Conference with W. Roberts re possible arguments against proposed trial stay | 0.50 | 240 | $120.00 | $140.47 | $70.24 |
| 7/27/2000 | Roberts | Prepare for Hamm cross-exam; prepare for L. Anderson depo; telephone conference with court regarding scheduling; draft brief regarding prejudice by moving trial date | 7.00 | 225 | $1,575.00 | $140.47 | $983.29 |
| 7/27/2000 | Eckland | Preparation for deposition; review Franconia trial exhibits regarding same; telephone conference call with the Honorable J. Gibson, M.Josephs, W. Roberts and M. Blando; conferences regarding same; assignments regarding drafting Brief in Sup | 10.25 | 275 | $2,818.75 | $140.47 | $1,439.82 |
| 7/27/2000 | Simonson | Trial prep, exhibit updates | 7.00 | 75 | $525.00 | $75.00 | $525.00 |
| 7/27/2000 | Blando | Franconia Trial preparation; meeting with J. Eckland and W. Roberts; discussion with opposing counsel re: various; organize and update files | 4.75 | 175 | $831.25 | $140.47 | $667.23 |
| 7/28/2000 | Beukema | Franconia: revise drafts of brief in support of maintaining current trial date; discuss same with W. Roberts | 1.00 | 240 | $240.00 | $140.47 | $140.47 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/28/2000 | Roberts | Draft Brief in support of maintaining the trial date; telephone conferences and meeting regarding same; draft client Affidavit | 6.00 | 225 | $1,350.00 | $140.47 | $842.82 |
| 7/28/2000 | Eckland | Defend deposition of client; revise and edit Franconia opening statement; telephone conference regarding trial strategy | 11.75 | 275 | $3,231.25 | $140.47 | $1,650.52 |
| 7/28/2000 | Simonson | Trial prep | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 7/28/2000 | Blando | Conduct legal research re: prejudice in event of postponement of trial; discussion with J. Stouck re: same; re: Dr. Hamm in the Cienega Gardens case; discussion with re: exhibits | 9.50 | 175 | $1,662.50 | $140.47 | $1,334.47 |
| 7/29/2000 | Eckland | Telephone conference with G. Karvel regarding damage analyses; telephone message from M. Blando regarding Yankee Atomic Brief and case law, regarding stays; review same and draft Brief in Support of Maintaining August 8, 2000 trial date in Franconia | 5.25 | 275 | $1,443.75 | $140.47 | $737.47 |
| 7/30/2000 | Roberts | Trial preparation; draft brief in support of maintaining the trial date | 2.50 | 225 | $562.50 | $140.47 | $351.18 |
| 7/30/2000 | Eckland | Telephone messages from and to G. Karvel regarding damage analyses; preparation for Franconia trial; conferences with W. Roberts regarding final revisions to Brief in Support of Maintaining Trial Date | 9.25 | 275 | $2,543.75 | $140.47 | $1,299.35 |
| 7/31/2000 | Roberts | Prepare for deposition of L. Anderson; conference with M. Blando and K. Simonson regarding trial preparation | 6.50 | 225 | $1,462.50 | $140.47 | $913.06 |
| 7/31/2000 | Blando | Franconia trial preparation; meeting with W. Roberts and K. Simonson re: trial exhibits; prepare and serve responses to defendent discovery requests | 8.25 | 175 | $1,443.75 | $140.47 | $1,158.88 |
| 7/31/2000 | Eckland | Conferences with J. Murphy regarding Franconia trial; telephone message to M. Blando regarding same; conferences with clients; trial preparation | 12.50 | 275 | $3,437.50 | $140.47 | $1,755.88 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/31/2000 | Simonson | Trial preparation | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 8/1/2000 | Roberts | Prepare for and take deposition of L. Anderson; telephone conference with J. Eckland and M. Blando regarding deposition and developments | 7.00 | 225 | $1,575.00 | $140.47 | $983.29 |
| 8/1/2000 | Eckland | Preparation for trial - telephone conferences statement; draft, revise, and edit examination outlines and demonstrative exhibits; telephone conferences with G. Karvel regarding damage analyses | 11.25 | 275 | $3,093.75 | $140.47 | $1,580.29 |
| 8/1/2000 | Simonson | Trial preparation, document retrieval, exhibit updates | 8.00 | 75 | $600.00 | $75.00 | $600.00 |
| 8/1/2000 | Blando | Franconia trial: review, edit and coordinate demonstrative exhibits; analyze damages issues; review damages figures and support for Palmyra Park; telephone conferences with J. Eckland; R. Rodney, L. Aronoff; review winstar decision re: un | 9.75 | 175 | $1,706.25 | $140.47 | $1,369.58 |
| 8/1/2000 | Roberts | Preparation for trial | 3 | 225 | $675.00 | $140.47 | $421.41 |
| 8/2/2000 | Roberts | Trial preparation; review Order postponing trial; conference call with J. Eckland and M. Blando; contact clients regarding trial postponement | 4.50 | 225 | $1,012.50 | $140.47 | $632.12 |
| 8/2/2000 | Blando | Franconia trial: review and coordinate demonstrative exhibits; telephone conference re: postponement of trial; coordinate trial postponement matters; prepare letter notifying all Plaintiffs of trial postponement | 9.25 | 175 | $1,618.75 | $140.47 | $1,299.35 |
| 8/2/2000 | Eckland | Continued trial preparation (Franconia); telephone conferences regarding order postponing same; telephone conference with W. Roberts and M. Blando regarding notification of witnesses and clients and status update letter to same | 12.25 | 275 | $3,368.75 | $140.47 | $1,720.76 |
| 8/2/2000 | Simonson | Trial preparation, document retrieval, exhibit updates | 6.50 | 75 | $487.50 | $75.00 | $487.50 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/3/2000 | Roberts | Organize trial files for storage; draft memo regarding follow-up items; review letter to clients | 1.00 | 225 | $225.00 | $140.47 | $140.47 |
| 8/3/2000 | Murphy | Correspondence with clients re depo transcripts | 0.30 | 85 | $25.50 | $85.00 | $25.50 |
| 8/3/2000 | Simonson | Trial preparation, document retrieval, exhibit updates | 7.00 | 75 | $525.00 | $75.00 | $525.00 |
| 8/3/2000 | Eckland | Revise and edit correspondence to all clients regarding postponement of Franconia trial and status update; conferences regarding same; review orders regarding Franconia | 1.75 | 275 | $481.25 | $140.47 | $245.82 |
| 8/4/2000 | Roberts | Conference with J. Eckland; review Anderson depo; review opening statement | 1.50 | 225 | $337.50 | $140.47 | $210.71 |
| 8/4/2000 | Simonson | Trial preparation, document retrieval, exhibit updates, database reports | 5.75 | 75 | $431.25 | $75.00 | $431.25 |
| 8/4/2000 | Roberts | Conference with J. Eckland; review Anderson depo; review opening statement | 1.50 | 225 | $337.50 | $140.47 | $210.71 |
| 8/4/2000 | Simonson | Trial preparation, document retrieval, exhibit updates, database reports | 5.75 | 75 | $431.25 | $75.00 | $431.25 |
| 8/7/2000 | Simonson | Organize and index trial materials | 7.00 | 75 | $525.00 | $75.00 | $525.00 |
| 8/7/2000 | Simonson | Organize and index trial materials | 7.00 | 75 | $525.00 | $75.00 | $525.00 |
| 8/8/2000 | Eckland | Telephone conferences regarding damage analyses; telephone conferences with clients regarding status updates | 1.75 | 275 | $481.25 | $140.47 | $245.82 |
| 8/9/2000 | Roberts | Review Demonstrative Exhibits; draft correspondence to client; telephone call to M. Josephs regarding discovery responses; conference with M. Blando regarding status | 0.50 | 225 | $112.50 | $140.47 | $70.24 |
| 8/9/2000 | Blando | Franconia: review expert report in Cienega; file disposition | 1.75 | 175 | $306.25 | $140.47 | $245.82 |
| 8/10/2000 | Eckland | Conference with W. Roberts and M. Blando regarding litigation strategy; review demonstrative exhibits; conferences regarding case strategy; continued drafting of examination outlines; conferences with J. Beukema regarding same | 1.25 | 275 | $343.75 | $140.47 | $175.59 |

Exhibit A

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/10/2000 | Blando | Attend meeting with J. Eckland and W. Roberts re: Franconia wrap-up; review demonstrative exhibits; review and analyze Anderson deposition | 2.00 | 175 | $350.00 | $140.47 | $280.94 |
| 8/11/2000 | Blando | Discussion with J. Beukema re: appellate brief Franconia | 0.50 | 175 | $87.50 | $140.47 | $70.24 |
| 8/14/2000 | Blando | Review and analyze Winstar decision; review and analyze defendant;s discovery responses in Franconia | 1.00 | 175 | $175.00 | $140.47 | $140.47 |
| 8/15/2000 | Blando | Prepare work requests for Summer Associate assignments for taking issues | 0.25 | 175 | $43.75 | $140.47 | $35.12 |
| 8/16/2000 | Blando | Franconia: assign research; review regulations and Anderson deposition | 1.00 | 175 | $175.00 | $140.47 | $140.47 |
| 8/16/2000 | Eckland | Formulation case strategy | 0.50 | 275 | $137.50 | $140.47 | $70.24 |
| 8/16/2000 | Eckland | Formulation of absence of immediate damage as distinguishing feature of FmHA claims as opposed to claims in Alder Terrace | 0.50 | 275 | $137.50 | $140.47 | $70.24 |
| 8/18/2000 | Eckland | Organize Franconia trial files | 0.50 | 275 | $137.50 | $140.47 | $70.24 |
| 8/21/2000 | Simonson | Trial and exhibit prep | 6.75 | 75 | $506.25 | $75.00 | $506.25 |
| 8/21/2000 | Blando | Review memorandums from Summar Associate; develop additional arguments | 1.25 | 175 | $218.75 | $140.47 | $175.59 |
| 8/22/2000 | Simonson | Exhibit and trial prep | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 8/23/2000 | Simonson | Prep brief materials | 6.00 | 75 | $450.00 | $75.00 | $450.00 |
| 8/23/2000 | Simonson | Prep brief materials | 6.00 | 75 | $450.00 | $75.00 | $450.00 |
| 8/24/2000 | Blando | Review draft prepayment legislation; review and revise government declarations; organize files; wrap-up Franconia trial materials | 2 | 175 | $350.00 | $140.47 | $280.94 |
| 8/24/2000 | Simonson | Prepare brief materials | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 8/24/2000 | Simonson | Prepare brief materials | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 8/25/2000 | Simonson | Prepare brief materials | 6.75 | 75 | $506.25 | $75.00 | $506.25 |
| 8/25/2000 | Simonson | Prepare brief materials | 6.75 | 75 | $506.25 | $75.00 | $506.25 |
| 8/29/2000 | Eckland | Telephone conferences with clients regarding status of cases; analyze strategy regarding same | 1.50 | 275 | $412.50 | $140.47 | $210.71 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/29/2000 | Simonson | Bates label produced documents, preparre index | 5.00 | 75 | $375.00 | $75.00 | $375.00 |
| 8/29/2000 | Simonson | Bates label produced documents, preparre index | 5.00 | 75 | $375.00 | $75.00 | $375.00 |
| 8/30/2000 | Eckland | Telephone conference with M. Blando regarding photocopying and return of documents; analyze case strategy; conference with M. Blando regarding same | 0.50 | 275 | $137.50 | $140.47 | $70.24 |
| 8/30/2000 | Simonson | Addendum and appendix prep for appeal brief | 5.75 | 75 | $431.25 | $75.00 | $431.25 |
| 8/30/2000 | Simonson | Addendum and appendix prep for appeal brief | 5.75 | 75 | $431.25 | $75.00 | $431.25 |
| 8/31/2000 | Eckland | Review Oral Argument order in Franconia; preparation of Response to Oral Argument Order; analyze case strategy; conference with M. Blando regarding strategy in Franconia actions | 1.25 | 275 | $343.75 | $140.47 | $175.59 |
| 8/31/2000 | Simonson | Addendum and appendix prep for appeal brief | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 8/31/2000 | Simonson | Addendum and appendix prep for appeal brief | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 9/1/2000 | Blando | Prepare and file form for Franconia oral argument; research recent anticipatory repudiation authorities for Franconia oral argument; review and analyze Mobil decision | 5.25 | 205 | $1,076.25 | $140.47 | $737.47 |
| 9/5/2000 | Eckland | Preparation for oral argument in Franconia | 2.25 | 310 | $697.50 | $140.47 | $316.06 |
| 9/5/2000 | Blando | Discussion with court clerk re: transcript of Franconia telephone conference | 0.25 | 205 | $51.25 | $140.47 | $35.12 |
| 9/6/2000 | Eckland | Telephone conference with M. Blando regarding Grass Valley Federal Circuit brief; assignment to M. Blando regarding research | 0.75 | 310 | $232.50 | $140.47 | $105.35 |
| 9/7/2000 | Blando | Prepare update letter to clients re: Franconia oral argument | 1.00 | 205 | $205.00 | $140.47 | $140.47 |
| 9/8/2000 | Blando | Finalize and send out update letters re: Franconia oral argument | 1.25 | 205 | $256.25 | $140.47 | $175.59 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/14/2000 | Eckland | Preparation for Franconia oral argument | 0.75 | 310 | $232.50 | $140.47 | $105.35 |
| 9/15/2000 | Eckland | Telephone conference with clients regarding status updates; final preparation of demonstrative exhibits regarding same | 4.75 | 310 | $1,472.50 | $140.47 | $667.23 |
| 9/20/2000 | Eckland | Revise and edit outline of Franconia oral argument | 1.50 | 310 | $465.00 | $140.47 | $210.71 |
| 9/21/2000 | Eckland | Revise and edit outline of Franconia oral argument; conferences with K. Simonson regarding briefing books; preparation for oral argument | 1.50 | 310 | $465.00 | $140.47 | $210.71 |
| 9/21/2000 | Blando | Legal research for Franconia oral argument; analyze Winstar decision | 1.25 | 205 | $256.25 | $140.47 | $175.59 |
| 9/22/2000 | Eckland | Preparation for Franconia oral argument | 1.75 | 310 | $542.50 | $140.47 | $245.82 |
| 9/23/2000 | Eckland | Revise and edit outline of Franconia oral argument; preparation for same | 1.75 | 310 | $542.50 | $140.47 | $245.82 |
| 9/24/2000 | Eckland | Preparation for oral argument | 1.00 | 310 | $310.00 | $140.47 | $140.47 |
| 9/25/2000 | Eckland | Revise and edit Franconia outline of oral argument; review case law briefing book regarding same; preparation for oral argument | 4.50 | 310 | $1,395.00 | $140.47 | $632.12 |
| 9/26/2000 | Eckland | Preparation for Franconia oral argument; conference with W. Roberts and M. Blando regarding same | 6.25 | 310 | $1,937.50 | $140.47 | $877.94 |
| 9/26/2000 | Blando | Review and comment on outline for Franconia oral argument | 0.50 | 205 | $102.50 | $140.47 | $70.24 |
| 9/28/2000 | Eckland | Preparation for Federal Circuit oral argument in Franconia | 2.75 | 310 | $852.50 | $140.47 | $386.29 |
| 9/28/2000 | Simonson | Organize trial documents | 4.50 | 100 | $450.00 | $100.00 | $450.00 |
| 9/28/2000 | Roberts | Conference with J. Eckland and M. Blando regarding Franconia oral argument | 0.50 | 265 | $132.50 | $140.47 | $70.24 |
| 9/28/2000 | Blando | Prepare for Franconia oral argument; review and revise outline; review and distinguish governments lead cases; meeting with J. Eckland and W. Roberts re: strategy for argument | 6.50 | 205 | $1,332.50 | $140.47 | $913.06 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/29/2000 | Eckland | Conference with W. Roberts and M. Blando regarding Franconia oral argument; assign research projects regarding same; revise and edit outline of oral argument; preparation for same; telephone conferences with M. Blando regarding same | 5.75 | 310 | $1,782.50 | $140.47 | $807.70 |
| 9/29/2000 | Roberts | Strategy meeting with J. Eckland and M. Blando regarding Franconia appeal | 1.00 | 265 | $265.00 | $140.47 | $140.47 |
| 9/29/2000 | Blando | Prepare for Franconia oral argument; review and analyze case law; analyze arguments, edit and revise outline of argument; conduct historical research re: regulations; prepare packet of materials for J. Eckland | 10.25 | 205 | $2,101.25 | $140.47 | $1,439.82 |
| 9/29/2000 | Simonson | Notebook creation for appeal | 4.50 | 100 | $450.00 | $100.00 | $450.00 |
| 9/29/2000 | Simonson | Notebook creation for appeal | 4.50 | 100 | $450.00 | $100.00 | $450.00 |
| 9/30/2000 | Eckland | Prepare for oral argument before Federal Circuit in Franconia | 6.50 | 310 | $2,015.00 | $140.47 | $913.06 |
| 10/1/2000 | Eckland | Preparation for Franconia oral argument; review briefs, pleadings, and case law regarding same | 7.00 | 310 | $2,170.00 | $140.47 | $983.29 |
| 10/2/2000 | Eckland | Preparation for Franconia Federal Circuit oral argument; review case law, pleadings, and briefs regarding same; conference with clerk of court regarding courtroom assignment | 14.25 | 310 | $4,417.50 | $140.47 | $2,001.70 |
| 10/2/2000 | Blando | Franconia oral argument preparation; research recent decisions re: anticipatory repudiation & unmistakability; review research re: contract claims | 2.25 | 205 | $461.25 | $140.47 | $316.06 |
| 10/3/2000 | Roberts | Attend oral argument in Franconia; conference with clients regarding same | 5.00 | 265 | $1,325.00 | $140.47 | $702.35 |
| 10/3/2000 | Blando | Prepare for, attend and debrief Franconia oral argument; organize research files; analyze General Dynamics decision | 6.00 | 205 | $1,230.00 | $140.47 | $842.82 |