**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/3/2000 | Eckland | Preparation for, and oral argument before, The Honorable R. Mayer, P. Newman, and A. Schall of the Federal Circuit Court of Appeals; conferences with clients at same | 3.75 | 310 | $1,162.50 | $140.47 | $526.76 |
| 10/3/2000 | Eckland | Preparation for, and oral argument presentation to, the Honorable R. Mayer, P. Newman, and A. Schall of the Federal Circuit Court of Appeals; conferences with clients at same | 3.75 | 310 | $1,162.50 | $140.47 | $526.76 |
| 10/6/2000 | Eckland | Organize Franconia trial materials; conference with M. Blando regarding same; telephone message to K. Simonson regarding same; analyze case strategy | 3.50 | 310 | $1,085.00 | $140.47 | $491.65 |
| 10/6/2000 | Blando | Meeting w/J. Eckland to review and organize Franconia telephone conference materials; discussion with J. Eckland re: status; research re: counsel in General Dynamics case; order transcripts of Franconia oral argument | 1.25 | 205 | $256.25 | $140.47 | $175.59 |
| 10/9/2000 | Blando | Review recent articles and cases interpreting Winstar | 0.50 | 205 | $102.50 | $140.47 | $70.24 |
| 10/12/2000 | Simonson | File indexing | 5.50 | 100 | $550.00 | $100.00 | $550.00 |
| 10/13/2000 | Blando | Discussion with Morosoni re: declaration | 0.25 | 205 | $51.25 | $140.47 | $35.12 |
| 10/16/2000 | Eckland | Revise and edit Declaration; review documents regarding same | 6.25 | 310 | $1,937.50 | $140.47 | $877.94 |
| 10/17/2000 | Blando | Draft status update letter | 0.50 | 205 | $102.50 | $140.47 | $70.24 |
| 10/18/2000 | Simonson | Move and catalog trial materials | 6.75 | 100 | $675.00 | $100.00 | $675.00 |
| 10/18/2000 | Blando | Finalize status update letter; review decisions and memorandums and analyze arguments re: incentives and ripeness | 0.25 | 205 | $51.25 | $140.47 | $35.12 |
| 10/25/2000 | Roberts | Draft client declarations | 0.50 | 265 | $132.50 | $140.47 | $70.24 |
| 10/25/2000 | Blando | Review and analyze tape of Franconia oral argument | 0.50 | 205 | $102.50 | $140.47 | $70.24 |
| 10/26/2000 | Blando | Analyze damages issues; review and analyze Franconia oral argument and Franconia telephone transcript | 1.25 | 205 | $256.25 | $140.47 | $175.59 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/27/2000 | Blando | Edit and revise transcript of Franconia oral argument | 0.25 | 205 | $51.25 | $140.47 | $35.12 |
| 11/28/2000 | Blando | Analyze Mobil; research legal issues | 0.50 | 205 | $102.50 | $140.47 | $70.24 |
| 12/19/2000 | Blando | Discussion with J. Eckland re: status and schedule | 0.25 | 205 | $51.25 | $140.47 | $35.12 |
| 12/26/2000 | Eckland | Telephone conferences with clients regarding status updates; analyze case strategy; organize files (Franconia) | 0.50 | 310 | $155.00 | $140.47 | $70.24 |
| 12/29/2000 | Blando | Update research on Mobil and General Dynamics decisions | 0.25 | 205 | $51.25 | $140.47 | $35.12 |
| 1/4/2001 | Blando | Update research on Mobil and General Dynamics decisions | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 1/18/2001 | Eckland | Conference with L. Aranoff regarding demonstrative exhibits | 0.50 | 310 | $155.00 | $145.24 | $72.62 |
| 1/23/2001 | Blando | Update research re: unmistakability doctrine | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 1/29/2001 | Blando | Discussion regarding trial exhibits | 0.50 | 205 | $102.50 | $145.24 | $72.62 |
| 1/29/2001 | Eckland | Telephone messages to and from M. Blando regarding trial exhibits | 0.25 | 310 | $77.50 | $145.24 | $36.31 |
| 2/7/2001 | Blando | Update review on General Dynamics, Mobil and Winstar; review recent documents | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 2/16/2001 | Eckland | Telephone conference regarding status updates; telephone conferences with clients | 3.75 | 310 | $1,162.50 | $145.24 | $544.65 |
| 2/20/2001 | Eckland | Telephone conference regarding trial strategy; review Federal Circuit opinion in Franconia; memo to and from J. Buekema regarding same; telephone conference with M. Blando regarding same; conference with W. Roberts regarding same; analyze case | 4.25 | 310 | $1,317.50 | $145.24 | $617.27 |
| 2/21/2001 | Eckland | Telephone conferences regarding Franconia decision; analyze case strategy; study opinion; conferences with J. Beukema regarding strategy | 5.25 | 310 | $1,627.50 | $145.24 | $762.51 |
| 2/22/2001 | Eckland | Continued analysis of Franconia opinion; conference with J. Beukema regarding same; organize case files | 3.25 | 310 | $1,007.50 | $145.24 | $472.03 |
| 2/24/2001 | Eckland | Continued analysis of Franconia decision; analyze case strategy | 2.75 | 310 | $852.50 | $145.24 | $399.41 |

Exhibit A

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/27/2001 | Eckland | Telephone conferences regarding case update, and status update letter; organize files; analyze case strategy; draft status update letter | 0.25 | 310 | $77.50 | $145.24 | $36.31 |
| 3/5/2001 | Roberts | Read Federal Circuit opinion in Franconia | 0.50 | 265 | $132.50 | $145.24 | $72.62 |
| 3/5/2001 | Blando | Discussion with J. Eckland re: governments recent filing in Franconia; review file re same; analyze arguments for Franconia rehearing petition | 0.50 | 205 | $102.50 | $145.24 | $72.62 |
| 3/6/2001 | Blando | Discussion with J. Eckland re: Franconia appeal and status of other cases | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 3/8/2001 | Eckland | Draft, revise, and edit Franconia status update; organize case files | 0.25 | 310 | $77.50 | $145.24 | $36.31 |
| 3/12/2001 | Eckland | Revise and edit Franconia status update letter; organize client files | 0.25 | 310 | $77.50 | $145.24 | $36.31 |
| 3/13/2001 | Eckland | Conference with J. Beukema regarding petition for rehearing en banc in Franconia; research regarding same; revise and edit Franconia status update letter; conferences regarding same | 2.50 | 310 | $775.00 | $145.24 | $363.10 |
| 3/13/2001 | Beukema | Franconia: Conference with J. Eckland re petition for rehearing | 0.25 | 265 | $66.25 | $145.24 | $36.31 |
| 3/16/2001 | Beukema | Franconia: Time re petition for rehearing | 0.25 | 265 | $66.25 | $145.24 | $36.31 |
| 3/19/2001 | Eckland | Conferences regarding Franconia request for Rehearing en banc | 0.75 | 310 | $232.50 | $145.24 | $108.93 |
| 3/19/2001 | Blando | Discussion with J. Eckland re Franconia rehearing petition; retrieve Franconia decision for Mr. Beukema | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 3/19/2001 | Beukema | Franconia: Time re petition for rehearing | 0.50 | 265 | $132.50 | $145.24 | $72.62 |
| 3/20/2001 | Beukema | Franconia: Time re petition for rehearing | 0.50 | 265 | $132.50 | $145.24 | $72.62 |
| 3/20/2001 | Eckland | Telephone conferences with P.J. Perri, et al. regarding Franconia status update | 4.50 | 310 | $1,395.00 | $145.24 | $653.58 |
| 3/21/2001 | Eckland | Revise and edit Franconia petition for rehearing en banc; telephone conferences with clients regarding status updates; preparation for government meeting | 3.00 | 310 | $930.00 | $145.24 | $435.72 |
| 3/21/2001 | Beukema | Franconia: Time re petition for rehearing | 1.50 | 265 | $397.50 | $145.24 | $217.86 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/22/2001 | Eckland | Revise and edit suggestion for rehearing en banc (Franconia) | 1.00 | 310 | $310.00 | $145.24 | $145.24 |
| 3/23/2001 | Eckland | Review Franconia briefs | 2.00 | 310 | $620.00 | $145.24 | $290.48 |
| 3/23/2001 | Blando | Review & prepare comments to Franconia rehearing petition | 1.50 | 205 | $307.50 | $145.24 | $217.86 |
| 3/26/2001 | Blando | Review and prepare comments to Franconia rehearing petition; discussion with J. Eckland re suggestions; research Supreme Court decisions re ripeness | 2.50 | 205 | $512.50 | $145.24 | $363.10 |
| 3/27/2001 | Blando | Edit and revise Franconia rehearing petition; review legal research re ripeness | 6.75 | 205 | $1,383.75 | $145.24 | $980.37 |
| 3/28/2001 | Eckland | Revise and edit Franconia suggestion for rehearing en banc | 3.25 | 310 | $1,007.50 | $145.24 | $472.03 |
| 3/28/2001 | Blando | Edit and revise Franconia petition; review legal research re ripeness | 12.5 | 205 | $2,562.50 | $145.24 | $1,815.50 |
| 3/29/2001 | Eckland | Telephone conference with clients regarding status updates and Petition for Rehearing En Banc; revise and edit same (Franconia); conference with W. Roberts and M. Blando regarding case strategy | 4.75 | 310 | $1,472.50 | $145.24 | $689.89 |
| 3/29/2001 | Blando | Edit and revise Franconia rehearing petition | 4.75 | 205 | $973.75 | $145.24 | $689.89 |
| 3/30/2001 | Eckland | Revise and edit Franconia petition for review; telephone conferences with clients regarding status updates | 4.25 | 310 | $1,317.50 | $145.24 | $617.27 |
| 3/30/2001 | Blando | Finalize and file Franconia rehearing petition; forward to counsel and clients; docket status report due in Franconia | 7.75 | 205 | $1,588.75 | $145.24 | $1,125.61 |
| 4/2/2001 | Blando | Review and analyze arguments made in Franconia en banc petition | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 4/5/2001 | Blando | Retrieve and review most recent version of prepayment regulations; review prior research re option and demand contracts | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 4/6/2001 | Blando | Contact opposing counsel re status report in Franconia | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 4/11/2001 | Blando | Draft status report in Franconia; discussion with J. Eckland and W. Roberts re upcoming filings | 0.75 | 205 | $153.75 | $145.24 | $108.93 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/12/2001 | Eckland | Work on Franconia status report; conferences regarding same; telephone conferences with clients regarding status updates | 1.25 | 310 | $387.50 | $145.24 | $181.55 |
| 4/12/2001 | Blando | Draft status report in Franconia; discussion with opposing counsel re same | 2.00 | 205 | $410.00 | $145.24 | $290.48 |
| 4/13/2001 | Eckland | Work on Franconia Status Report; conferences regarding same | 0.75 | 310 | $232.50 | $145.24 | $108.93 |
| 4/13/2001 | Blando | Draft status report in Franconia; discussion with opposing counsel re same; review prior orders for same | 1.00 | 205 | $205.00 | $145.24 | $145.24 |
| 4/13/2001 | Roberts | Research and draft letter regarding Rule 28(h) disclosure of Franconia; review key cases and conference with M. Blando and J. Eckland | 0.75 | 265 | $198.75 | $145.24 | $108.93 |
| 4/16/2001 | Eckland | Revise and edit Franconia status report; telephone conferences with M. Blando regarding same; telephone conferences with clients regarding status reports | 1.00 | 310 | $310.00 | $145.24 | $145.24 |
| 4/16/2001 | Blando | Review, revise and finalize status report in Franconia; negotiate terms of same with opposing counsel | 2.75 | 205 | $563.75 | $145.24 | $399.41 |
| 4/17/2001 | Blando | Discussion with J. Eckland re Franconia petition and status of various matters | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 4/18/2001 | Roberts | Review reply in Franconia appeal | 0.25 | 265 | $66.25 | $145.24 | $36.31 |
| 4/27/2001 | Eckland | Telephone message from M. Blando regarding M. Josephs request for enlargement of time regarding Franconia petition for rehearing en banc, telephone conferences with clients regarding status updates | 1.5 | 310 | $465.00 | $145.24 | $217.86 |
| 5/4/2001 | Eckland | Conference with M. Blando regarding Franconia rehearing strategy; assignment regarding potential reply regarding Petition for Rehearing en banc | 1.00 | 310 | $310.00 | $145.24 | $145.24 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/7/2001 | Eckland | Telephone conference with M. Blando regarding government's response to Franconia petition | 0.50 | 310 | $155.00 | $145.24 | $72.62 |
| 5/7/2001 | Blando | Collect and review materials for W. Roberts re Franconia Petition; conduct legal research re right to reply to Response to Petition for Rehearing; discussion with J. Eckland re same; review & analyze government's response to petition | 3.25 | 205 | $666.25 | $145.24 | $472.03 |
| 5/8/2001 | Eckland | Preparation for Franconia pre-trial conference | 1.25 | 310 | $387.50 | $145.24 | $181.55 |
| 5/9/2001 | Eckland | Telephone messages regarding rescheduling of Franconia pretrial conference | 0.25 | 310 | $77.50 | $145.24 | $36.31 |
| 5/10/2001 | Eckland | Telephone conference with Section 515 owners re en banc report; telephone conferences regarding scheduling of Franconia pretrial conference | 2.50 | 310 | $775.00 | $145.24 | $36.31 |
| 5/10/2001 | Blando | Franconia Petition Reply: discussion with Court and counsel re appropriateness of filing reply, outline arguments for reply | 2.00 | 205 | $410.00 | $145.24 | $290.48 |
| 5/11/2001 | Blando | Draft reply in support of Franconia Petition; review recent decisions re various issues | 2.75 | 205 | $563.75 | $145.24 | $399.41 |
| 5/14/2001 | Blando | Draft reply in support of Franconia Petition; conduct legal research for same | 4.75 | 205 | $973.75 | $145.24 | $689.89 |
| 5/14/2001 | Eckland | Revise and edit Franconia Reply Brief regarding petition for rehearing | 0.50 | 310 | $155.00 | $145.24 | $72.62 |
| 5/15/2001 | Blando | Draft and revise reply in support of Franconia Petition; conduct legal research for same; draft Motion for Leave | 6.00 | 205 | $1,230.00 | $145.24 | $871.44 |
| 5/16/2001 | Blando | Draft and revise reply in support of Franconia Petition and Motion for Leave; finalize, file and serve same; conduct legal research re law of the case doctrine for Franconia status conference | 8.25 | 205 | $1,691.25 | $145.24 | $1,198.23 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/17/2001 | Blando | Prepare for Franconia status conference; conduct legal research re law of the case doctrine; attend status conference | 3.5 | 205 | $717.50 | $145.24 | $508.34 |
| 5/17/2001 | Eckland | Telephonic Pretrial Conference call with the Honorable R. Gibson, M. Blando, and M. Josephs (regarding Franconia trial date); preparation for same; conferences with M. Blando regarding same | 3.25 | 310 | $1,007.50 | $145.24 | $472.03 |
| 5/18/2001 | Roberts | Review reply in Franconia appeal | 0.25 | 265 | $66.25 | $145.24 | $36.31 |
| 5/18/2001 | Blando | Review status of Franconia transcript preparation and Franconia Appeal Petition | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 5/23/2001 | Busch II | Research ADR agriculture re: J. Eckland. | 0.25 | 275 | $68.75 | $145.24 | $36.31 |
| 5/23/2001 | Eckland | Telephone conferences with clients regarding status updates | 0.25 | 310 | $77.50 | $145.24 | $36.31 |
| 5/25/2001 | Blando | Update research on key decisions; retrieve and review City Line decision; docket deadlines | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 5/29/2001 | Blando | Review excerpts from transcript for upcoming oral argument; review Supreme Court decisions re limitations issues | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 5/30/2001 | Blando | Review status of Franconia appeal; update research | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 6/1/2001 | Eckland | Analyze expert report in Franconia; strategize regarding pre-trial submissions in Franconia | 3.25 | 310 | $1,007.50 | $145.24 | $472.03 |
| 6/4/2001 | Eckland | Analyze strategy for Franconia pretrial submissions | 1.75 | 310 | $542.50 | $145.24 | $254.17 |
| 6/4/2001 | Blando | Franconia transcript preparation; meeting with W. Roberts and T. Beyl; review Exhibits with T. Beyl; review client correspondence; discussion with J. Eckland regarding status of Franconia petition and cert. review; | 2.75 | 205 | $563.75 | $145.24 | $399.41 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/4/2001 | Beyl | Confer with B. Roberts and M. Blando re background for Franconia trial; search and gather Franconia materials and move to conference room; review and organize documents; label exhibit binders; create witness list index; create deposition index | 5.00 | 110 | $550.00 | $110.00 | $550.00 |
| 6/4/2001 | Roberts | Conference with T. Beyl and M. Blando regarding Franconia trial prep. | 2.00 | 265 | $530.00 | $145.24 | $290.48 |
| 6/5/2001 | Eckland | Review expert reports regarding Franconia trial | 3.00 | 310 | $930.00 | $145.24 | $435.72 |
| 6/5/2001 | Beyl | Organize documents; label folders and files; review exhibit binders; update binders; update indexes; create new witness files; file documents | 4.00 | 110 | $440.00 | $110.00 | $440.00 |
| 6/5/2001 | Blando | Review and analyze Franconia Order denying Motion for Leave; analyze rules regarding same; outline issues regarding seeking reconsideration; discussion with T. Beyl regarding Franconia Transcript Exhibits | 0.75 | 205 | $153.75 | $145.24 | $108.93 |
| 6/6/2001 | Blando | Review Franconia trial submissions; outline issues for amended trial submissions | 1.25 | 205 | $256.25 | $145.24 | $181.55 |
| 6/6/2001 | Abrahamson | Court exhibits in Illustrator--Blando | 1.50 | 100 | $150.00 | $100.00 | $150.00 |
| 6/6/2001 | Abrahamson | Court exhibits in Illustrator--Blando | 1.50 | 100 | $150.00 | $100.00 | $150.00 |
| 6/6/2001 | Beyl | Prepare case calendar, case master index, legal memorandum index; file and sort documents | 2.75 | 110 | $302.50 | $110.00 | $302.50 |
| 6/7/2001 | Eckland | Meeting regarding Franconia pretrial materials; analyze strategy regarding same | 4.50 | 310 | $1,395.00 | $145.24 | $653.58 |
| 6/7/2001 | Eckland | Conference with W. Roberts and M. Blando regarding Franconia pretrial materials and expert report; analyze trial strategy | 3.25 | 310 | $1,007.50 | $145.24 | $472.03 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/7/2001 | Blando | Conduct legal research regarding "Law of the Case;" Franconia trial preparation; discussion with J. Eckland; consider damages issues | 2.25 | 205 | $461.25 | $145.24 | $326.79 |
| 6/7/2001 | Abrahamson | Court exhibits--Illustrator--Blando | 0.50 | 100 | $50.00 | $100.00 | $50.00 |
| 6/8/2001 | Blando | Franconia trial preparation; meeting with J. Eckland and W. Roberts; review documents with T. Beyl; analyze damages issues; conduct legal research; retrieve materials for J. Eckland; coordinate shipping; forward exhibits to opposing council | 6.00 | 205 | $1,230.00 | $145.24 | $871.44 |
| 6/8/2001 | Beyl | Confer with M. Blando re files and documents; label folders, create binder; move files from 24 to 23 | 2.25 | 110 | $247.50 | $110.00 | $660.00 |
| 6/8/2001 | Beyl | Meeting with J. Eckland; B. Roberts and M. Blando re exhibits; review original exhibits; update exhibit list | 4.75 | 110 | $522.50 | $110.00 | $522.50 |
| 6/11/2001 | Blando | Franconia trial preparation; discussion with potential experts; gather materials for same | 2.00 | 205 | $410.00 | $145.24 | $290.48 |
| 6/11/2001 | Abrahamson | Reduce Exhibits--Illustrator--Blando | 0.25 | 100 | $25.00 | $100.00 | $25.00 |
| 6/11/2001 | Abrahamson | Reduce Exhibits--Illustrator--Blando | 0.25 | 100 | $25.00 | $100.00 | $25.00 |
| 6/11/2001 | Beyl | Move files and exhibits to 25E; re-check exhibits and correct Amended Exhibit List; confer with M. Blando re exhibits; review exhibit binders; label folders and file in 25E | 2.75 | 110 | $302.50 | $110.00 | $302.50 |
| 6/12/2001 | Blando | Franconia trial preparation; prepare for and conduct meeting with potential experts | 2.25 | 205 | $461.25 | $145.24 | $326.79 |
| 6/12/2001 | Beyl | Check that exhibits were moved to 25E; confer with M. Blando re original exhibits; confer with J. Nelson re pleadings and correspondence; file miscellaneous documents | 0.5 | 110 | $55.00 | $110.00 | $55.00 |
| 6/13/2001 | Blando | Meeting with experts; prepare amended transcript submissions in Franconia | 5.5 | 205 | $1,127.50 | $145.24 | $798.82 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/13/2001 | Eckland | Conference regarding Franconia pretrial submissions; analyze strategy regarding same; organize case files | 5.5 | 310 | $1,705.00 | $145.24 | $798.82 |
| 6/13/2001 | Beyl | Review original exhibits; update amended exhibit list | 1.50 | 110 | $165.00 | $110.00 | $165.00 |
| 6/14/2001 | Blando | Legal research regarding temporary takings; meeting with experts regarding damages and revised report; prepare amended pretrial submissions; pull research; discussion with experts; amended transcript submissions | 7.75 | 205 | $1,588.75 | $145.24 | $1,125.61 |
| 6/14/2001 | Eckland | Revise and edit Franconia pretrial submissions; conferences with M. Blando regarding same; analyze strategy regarding same | 6.25 | 310 | $1,937.50 | $145.24 | $907.75 |
| 6/15/2001 | Blando | Review Franconia transcript; legal research; discussion with J. Eckland regarding same; meeting with experts regarding; draft and revise amended pretrial submissions | 13.25 | 205 | $2,716.25 | $145.24 | $1,924.43 |
| 6/15/2001 | Eckland | Revise and edit Franconia pretrial submissions; conferences with M. Blando regarding same; analyze case strategy; discussions regarding new graphical presentations; organize case files; telephone conferences | 4.5 | 310 | $1,395.00 | $145.24 | $653.58 |
| 6/15/2001 | Beyl | Confer with M. Blando re new expert report; pull exhibits and have copies made; review exhibits and re-do index; redact documents; have color copies redone | 3.50 | 110 | $385.00 | $110.00 | $385.00 |
| 6/16/2001 | Eckland | Telephone conferences with M. Blando regarding final revisions and edits to Franconia pretrial submissions; organize case files; analyze case strategy | 2.5 | 310 | $775.00 | $145.24 | $363.10 |
| 6/16/2001 | Blando | Franconia transcript; revise and finalize amended pretrial submissions; prepare statement regarding transcript location; file and serve | 4.25 | 205 | $871.25 | $145.24 | $617.27 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/17/2001 | Eckland | Analyze case strategy; research regarding Franconia cert. petition | 0.75 | 310 | $232.50 | $145.24 | $108.93 |
| 6/18/2001 | Blando | Review filed versions of Franconia pretrial submissions; distribute same; review petition for rehearing; discussion with J. Eckland regarding Franconia Cert. Petition; review recent argument article; telephone conference with counsel | 2 | 205 | $410.00 | $145.24 | $290.48 |
| 6/18/2001 | Eckland | Research regarding Franconia cert petition; telephone conferences with clients regarding same; analyze case strategy; organize case files | 3.25 | 310 | $1,007.50 | $145.24 | $472.03 |
| 6/18/2001 | Beyl | Refile exhibits | 0.25 | 110 | $27.50 | $110.00 | $27.50 |
| 6/20/2001 | Beyl | Confer with M. Blando re exhibit project; return documents to 25E | 0.25 | 110 | $27.50 | $110.00 | $27.50 |
| 6/20/2001 | Blando | Meeting with T. Beyl re Franconia transcript matters | 0.25 | 205 | $51.25 | $145.24 | $36.31 |
| 6/20/2001 | Roberts | Review submission for trial in Franconia | 1.00 | 265 | $265.00 | $145.24 | $145.24 |
| 6/21/2001 | Blando | Meeting re cert. petition and status update letter; review Supreme Court rules re cert. petitions; prepare letter regarding same | 1.25 | 205 | $256.25 | $145.24 | $181.55 |
| 6/22/2001 | Eckland | Research regarding Franconia cert petition | 3.75 | 310 | $1,162.50 | $145.24 | $544.65 |
| 6/23/2001 | Eckland | Research regarding Franconia cert petition | 1.75 | 310 | $542.50 | $145.24 | $254.17 |
| 6/24/2001 | Eckland | Research regarding Franconia cert petition | 1.50 | 310 | $465.00 | $145.24 | $217.86 |
| 6/25/2001 | Eckland | Conferences with M. Blando regarding strategy for Franconia cert petition; telephone conferences with clients regarding status updates; research regarding cert petition | 5.25 | 310 | $1,627.50 | $145.24 | $762.51 |
| 6/25/2001 | Blando | Analyze issues re certified petition; discussion re same; gather materials to draft petition | 1.25 | 205 | $256.25 | $145.24 | $181.55 |
| 6/27/2001 | Eckland | Telephone conference regarding Franconia pre-trial submissions; research regarding Franconia cert petition; analyze case strategy; telephone conferences with clients regarding strategy | 4.00 | 310 | $1,240.00 | $145.24 | $580.96 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/28/2001 | Blando | Analyze whether to seek additional discovery in Franconia; docket deadline re same; discussion with J. Eckland re update letters | 0.75 | 205 | $153.75 | $145.24 | $108.93 |
| 6/28/2001 | Eckland | Review recent U.S. Supreme Court opinion regarding law; research regarding Franconia cert petition | 5.75 | 310 | $1,782.50 | $145.24 | $835.13 |
| 6/29/2001 | Eckland | Research regarding Franconia cert petition | 2.00 | 310 | $620.00 | $145.24 | $290.48 |
| 6/29/2001 | Blando | Review recent schedule and takings case; retrieve same cert. petition forms | 0.75 | 205 | $153.75 | $145.24 | $108.93 |
| 7/2/2001 | Blando | Draft letter to Franconia witnesses; conduct research regarding writing cert. petitions | 0.75 | 205 | $153.75 | $145.24 | $108.93 |
| 7/3/2001 | Blando | Analyze recent Supreme Court takings decision; outline ideas for cert. petition | 1.25 | 205 | $256.25 | $145.24 | $181.55 |
| 7/6/2001 | Blando | Review background materials regarding cert. petitions; outline petition; analyze strategy | 2 | 205 | $410.00 | $145.24 | $290.48 |
| 7/6/2001 | Beyl | Create indexes for exhibits per M. Blando | 1.75 | 110 | $192.50 | $110.00 | $192.50 |
| 7/7/2001 | Eckland | Research regarding consolidated cert. petition (Franconia/Grass Valley); analyze strategy regarding same | 3.00 | 310 | $930.00 | $145.24 | $435.72 |
| 7/8/2001 | Eckland | Organize files; research regarding cert. petition; review Franconia trial exhibits | 3.5 | 310 | $1,085.00 | $145.24 | $508.34 |
| 7/9/2001 | Beyl | Create indexes for exhibits; review exhibit binders | 1.50 | 110 | $165.00 | $110.00 | $165.00 |
| 7/10/2001 | Blando | Discussion with Supreme Court clerk's office regarding consolidation of petitions; draft update letter to client; review materials regarding cert. petitions | 3 | 205 | $615.00 | $145.24 | $435.72 |
| 7/10/2001 | Beyl | Prepare title pages and exhibit indexes; confer with M. Blando re changes to exhibit indexes | 1.75 | 110 | $192.50 | $110.00 | $192.50 |
| 7/10/2001 | Eckland | Conference with D. Gorowsky regarding Franconia damage analysis; preparation for trial; conferences regarding case strategy | 2.00 | 310 | $620.00 | $145.24 | $290.48 |
| 7/10/2001 | Eckland | Preparation for Franconia trial | 1.50 | 310 | $465.00 | $145.24 | $217.86 |
| 7/11/2001 | Blando | Draft and revise client update letter; draft cert. petition | 1.5 | 205 | $307.50 | $145.24 | $217.86 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/11/2001 | Eckland | Preparation for Franconia trial; conferences regarding cert. petition; research regarding same; analyze case strategy | 1.25 | 310 | $387.50 | $145.24 | $181.55 |
| 7/12/2001 | Blando | Draft client update letter; draft letter to Franconia witnesses; draft cert. petition | 1.75 | 205 | $358.75 | $145.24 | $254.17 |
| 7/12/2001 | Beyl | Prepare exhibit index; confer with M. Blando re index format; re-do exhibit index | 0.75 | 110 | $82.50 | $110.00 | $82.50 |
| 7/12/2001 | Eckland | Work on Franconia cert. petition; preparation for Franconia trial; analyze case strategy | 2.25 | 310 | $697.50 | $145.24 | $326.79 |
| 7/13/2001 | Blando | Finalize letter to Franconia witnesses, discussion with J. Eckland regarding response to governments motion for discovery, ok same, finalize format for Franconia trial exhibit indices, finalize status update letter to clients | 1.25 | 205 | $256.25 | $145.24 | $181.55 |
| 7/13/2001 | Eckland | Preparation for Franconia trial; conferences regarding Franconia cert. petition; analyze case strategy; telephone conferences with clients regarding case strategy | 1.75 | 310 | $542.50 | $145.24 | $254.17 |
| 7/13/2001 | Beyl | Confer with M. Blando re exhibit title page and index format | 0.25 | 110 | $27.50 | $110.00 | $27.50 |
| 7/16/2001 | Eckland | Telephone conference with W. Roberts regarding same, telephone conferences with clients regarding status updates, preparation for Franconia trial, work on response to government's motion | 1.00 | 310 | $310.00 | $145.24 | $145.24 |
| 7/17/2001 | Blando | Finalize and transmit client update letter and Franconia witness letter | 0.5 | 205 | $102.50 | $145.24 | $72.62 |
| 7/17/2001 | Roberts | Review Def. Motion in Franconia | 0.25 | 265 | $66.25 | $145.24 | $36.31 |
| 7/17/2001 | Beyl | Revise and update exhibit notebooks | 0.75 | 110 | $82.50 | $110.00 | $82.50 |
| 7/17/2001 | Eckland | Preparation for Franconia trial; analyze expert reports | 1.75 | 310 | $542.50 | $145.24 | $254.17 |
| 7/18/2001 | Blando | Contact Supreme Court regarding consolidation issues; discussion with Printer regarding brief and appendix; review correspondence | 1.00 | 205 | $205.00 | $145.24 | $145.24 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/18/2001 | Beyl | Create and revise exhibit indexes | 4.75 | 110 | $522.50 | $110.00 | $522.50 |
| 7/19/2001 | Blando | Franconia transcript exhibit indices; review and discussion with T. Beyl; draft Supreme Court Petition cover page | 0.50 | 205 | $102.50 | $145.24 | $72.62 |
| 7/20/2001 | Eckland | Preparation for Franconia trial; conferences regarding Franconia cert. petition; analyze case strategy | 1.25 | 310 | $387.50 | $145.24 | $181.55 |
| 7/20/2001 | Eckland | Preparation for Franconia trial | 0.75 | 310 | $232.50 | $145.24 | $108.93 |
| 7/21/2001 | Eckland | Preparation for Franconia trial; work on Franconia cert. petition | 1.75 | 310 | $542.50 | $145.24 | $254.17 |
| 7/22/2001 | Eckland | Preparation for Franconia trial | 3.75 | 310 | $1,162.50 | $145.24 | $544.65 |
| 7/23/2001 | Blando | Draft and outline cert. petition; review Supreme Court rules; assign research to Summer Associate; update research on argument | 7.5 | 205 | $1,537.50 | $145.24 | $1,089.30 |
| 7/23/2001 | Eckland | Telephone conferences with clients regarding status updates; telephone messages from clients regarding same | 0.25 | 310 | $77.50 | $145.24 | $36.31 |
| 7/24/2001 | Blando | Draft cert. petition; legal research regarding same; discussion with J. Eckland regarding same; draft response to discovery motion in Franconia | 9 | 205 | $1,845.00 | $145.24 | $1,307.16 |
| 7/24/2001 | Blando | Review and analyze recent Franconia decision regarding third party beneficiaries | 0.50 | 205 | $102.50 | $145.24 | $72.62 |
| 7/25/2001 | Madia | Read "petition for rehearing" brief; Franconia opinion; related cases cited in briefs | 5.25 | 120 | $630.00 | $120.00 | $630.00 |
| 7/25/2001 | Blando | Draft cert. petition; draft and revise Motion for Extension of Time on cert. petition; discussion with summer associate regarding research for cert. petition; draft and file response to governments motion for additional discovery in Franconia | 7.75 | 205 | $1,588.75 | $145.24 | $1,125.61 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/25/2001 | Eckland | Revise and edit Response to Governments Request for Further Discovery; research regarding consolidated cert. petition; conferences regarding same; review Franconia trial exhibits; preparation for trial | 7.75 | 310 | $2,402.50 | $145.24 | $1,125.61 |
| 7/25/2001 | Beyl | Re-do exhibit indexes and put into exhibit notebooks | 2.25 | 110 | $247.50 | $110.00 | $247.50 |
| 7/26/2001 | Blando | Finalize and file Motion for Extension of Time on Cert. Petition; draft cert. petition; review record and cases | 11.25 | 205 | $2,306.25 | $145.24 | $1,633.95 |
| 7/26/2001 | Madia | Continued researching cases from all circuits that draw distinction between "facial" v. "as applied" takings | 4.25 | 120 | $510.00 | $120.00 | $510.00 |
| 7/27/2001 | Eckland | Research regarding cert. petition (Franconia); telephone conferences with clients regarding status updates; preparation for Franconia trial; analyze expert damage report issues | 5.00 | 310 | $1,550.00 | $145.24 | $726.20 |
| 7/27/2001 | Blando | Draft and outline cert. petition; analyze research; review record; compile and review materials for appendix; forward appendix materials to printer | 9.00 | 205 | $1,845.00 | $145.24 | $1,307.16 |
| 7/28/2001 | Eckland | Preparation for Franconia trial; work on Franconia cert. petition | 3.50 | 310 | $1,085.00 | $145.24 | $508.34 |
| 7/29/2001 | Blando | Review and analyze cert. petitions in Mobil and Marathon, review prepayment regulations, draft and outline cert. petition | 3.25 | 205 | $666.25 | $145.24 | $472.03 |
| 7/29/2001 | Eckland | Preparation for Franconia trial | 2.75 | 310 | $852.50 | $145.24 | $399.41 |
| 7/30/2001 | Blando | Draft and revise cert. petition; review prepayment regulations; review, research and record | 10.25 | 205 | $2,101.25 | $145.24 | $1,488.71 |
| 7/30/2001 | Eckland | Preparation for Franconia trial; work on Franconia cert. petition; conferences regarding same; telephone conferences with clients regarding status updates | 4.75 | 310 | $1,472.50 | $145.24 | $689.89 |
| 7/30/2001 | Madia | Memo re cases marking distinction between as applied and "facial" takings | 3.00 | 120 | $360.00 | $120.00 | $360.00 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/31/2001 | Blando | Draft and revise cert. petition; compile materials for appendix | 8.25 | 205 | $1,691.25 | $145.24 | $1,198.23 |
| 7/31/2001 | Eckland | Preparation for Franconia trial; analyze reports; conferences regarding Franconia cert. petition | 4.75 | 310 | $1,472.50 | $145.24 | $689.89 |
| 7/31/2001 | Madia | Finished memo marking distinction between "facial" v. as applied takings; met with assigning attorney, M. Blando | 5.00 | 120 | $600.00 | $120.00 | $600.00 |
| 8/1/2001 | Eckland | Telephone conferences regarding facts and strategy; telephone message from M. Blando regarding Franconia/Grass Valley cert. petitions | 2.50 | 310 | $775.00 | $145.24 | $363.10 |
| 8/1/2001 | Madia | Research re whether option contract turns into bilateral agreement with mutually binding promises after condition precedent is fulfilled | 4.50 | 120 | $540.00 | $120.00 | $540.00 |
| 8/1/2001 | Blando | Draft cert. petition; review research; compile materials for appendix | 6.75 | 205 | $1,383.75 | $145.24 | $980.37 |
| 8/2/2001 | Eckland | Research regarding cert petition; conferences regarding same; organize files; preparation for trial | 4.75 | 310 | $1,472.50 | $145.24 | $689.89 |
| 8/2/2001 | Blando | Draft and revise cert. petition; review research and record | 6.5 | 205 | $1,332.50 | $145.24 | $944.06 |
| 8/2/2001 | Madia | Continued research into whether contract law recognizes obligation upon optionor after optionee meets condition precedent | 6.00 | 120 | $720.00 | $120.00 | $720.00 |
| 8/3/2001 | Madia | Legal research into Supreme Court precedent discussing importance of statute of limitations issues for certiorari | 5.50 | 120 | $660.00 | $120.00 | $660.00 |
| 8/3/2001 | Eckland | Preparation for Franconia trial | 4.50 | 310 | $1,395.00 | $145.24 | $653.58 |
| 8/3/2001 | Rafter | Research for Jigar Madia/Mark Blando on importance of statute of limitations. | 0.50 | 95 | $47.50 | $95.00 | $47.50 |
| 8/3/2001 | Blando | Draft and revise cert. petition; discussion with printer | 0.50 | 205 | $102.50 | $145.24 | $72.62 |
| 8/4/2001 | Eckland | Preparation regarding Franconia trial | 1.75 | 310 | $542.50 | $145.24 | $254.17 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/6/2001 | Blando | Draft revise cert. petition; discussion with summer associate regarding assignment; review summer associate memorandum regarding takings issues | 1 | 205 | $205.00 | $145.24 | $254.17 |
| 8/6/2001 | Madia | Memo re Supreme Court statute of limitations cases | 4.25 | 120 | $510.00 | $120.00 | $510.00 |
| 8/7/2001 | Eckland | Preparation for Franconia trial | 3.50 | 310 | $1,085.00 | $145.24 | $508.34 |
| 8/7/2001 | Blando | Develop topics for research in Franconia; review summer associate memorandum regarding takings issues for cert. petition | 1 | 205 | $205.00 | $145.24 | $145.24 |
| 8/7/2001 | Madia | Memo re the importance of statute of limitations in Supreme Court | 3.50 | 120 | $420.00 | $120.00 | $420.00 |
| 8/8/2001 | Eckland | Preparation for Franconia trial; conference with M. Blando regarding cert. petition | 5.25 | 310 | $1,627.50 | $145.24 | $762.51 |
| 8/8/2001 | Blando | Draft and edit and revise cert. petition; discussion with court clerk regarding extension | 1.50 | 205 | $307.50 | $145.24 | $217.86 |
| 8/9/2001 | Eckland | Review correspondence from clients; telephone conferences with same; telephone conferences with clients regarding status updates; preparation for Franconia trial | 2.75 | 310 | $852.50 | $145.24 | $399.41 |
| 8/9/2001 | Blando | Review client correspondence regarding prepayment issues; discussion with J. Eckland regarding same; edit and revise cert. petition | 1.00 | 205 | $205.00 | $145.24 | $145.24 |
| 8/10/2001 | Eckland | Preparation for Franconia trial; analyze expert reports and strategy regarding same; telephone conferences with clients regarding facts, strategy, and status updates | 3.50 | 310 | $1,085.00 | $145.24 | $508.34 |
| 8/11/2001 | Eckland | Preparation for Franconia trial | 2.25 | 310 | $697.50 | $145.24 | $326.79 |
| 8/12/2001 | Eckland | Preparation for Franconia trial | 1.75 | 310 | $542.50 | $145.24 | $254.17 |
| 8/13/2001 | Eckland | Telephone conferences with clients regarding status updates; preparation for Franconia trial | 3.00 | 310 | $930.00 | $145.24 | $435.72 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/14/2001 | Eckland | Work on expert reports; telephone message from D. Gorowsky regarding same; telephone conferences with clients regarding status updates; work on Franconia cert petition | 3.75 | 310 | $1,162.50 | $145.24 | $544.65 |
| 8/15/2001 | Eckland | Work on Franconia cert. petition; conferences regarding same; telephone conferences regarding expert reports; telephone conferences regarding status updates | 3.00 | 310 | $930.00 | $145.24 | $435.72 |
| 8/15/2001 | Blando | Review and revise cert. petition | 1.50 | 205 | $307.50 | $145.24 | $217.86 |
| 8/16/2001 | Eckland | Research regarding petition for cert. in Franconia; telephone conferences with clients regarding strategy | 1.50 | 310 | $465.00 | $145.24 | $217.86 |
| 8/17/2001 | Eckland | Telephone conferences with clients regarding status updates; work on Franconia cert petition; research regarding same | 3.00 | 310 | $930.00 | $145.24 | $435.72 |
| 8/19/2001 | Eckland | Work on damage analyses; preparation for Franconia trial; work on Franconia cert petition | 2.5 | 310 | $775.00 | $145.24 | $363.10 |
| 8/20/2001 | Blando | Draft cert. petition; review and analyze Kimberly decision; evidence impact on pending cases; discussion with J. Eckland regarding same | 2.00 | 205 | $410.00 | $145.24 | $290.48 |
| 8/20/2001 | Eckland | Telephone conferences with clients regarding status updates; telephone conference regarding Kimberly Associates decision; conference with M. Blando regarding same; organize files | 3.25 | 310 | $1,007.50 | $145.24 | $472.03 |
| 8/21/2001 | Eckland | Research regarding Franconia cert. petition; organize files; preparation for Franconia trial; work on expert report | 4.25 | 310 | $1,317.50 | $145.24 | $617.27 |
| 8/21/2001 | Blando | Draft and revise cert. petition | 8.00 | 205 | $1,640.00 | $145.24 | $1,161.92 |
| 8/22/2001 | Eckland | Preparation for Franconia trial | 2.50 | 310 | $775.00 | $145.24 | $363.10 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/22/2001 | Blando | Draft and revise cert. petition; review books and articles regarding affordable housing programs for same; review relevant statute and regulations for same | 6.75 | 205 | $1,383.75 | $145.24 | $980.37 |
| 8/23/2001 | Blando | Draft and revise cert. petition | 6.00 | 205 | $1,230.00 | $145.24 | $871.44 |
| 8/23/2001 | Eckland | Preparation for Franconia trial; work on Franconia cert petition; analyze expert issues regarding damages | 5.75 | 310 | $1,782.50 | $145.24 | $835.13 |
| 8/24/2001 | Blando | Draft and revise cert. petition | 6.25 | 205 | $1,281.25 | $145.24 | $907.75 |
| 8/26/2001 | Eckland | Preparation for Franconia trial; analyze damage issues | 2.75 | 310 | $852.50 | $145.24 | $399.41 |
| 8/27/2001 | Eckland | Conference with M. Blando regarding Franconia Cert. Petition; revise and edit Petition | 6.00 | 310 | $1,860.00 | $145.24 | $871.44 |
| 8/27/2001 | Blando | Draft and revise cert. petition; review legal research for same | 9.50 | 205 | $1,947.50 | $145.24 | $1,379.78 |
| 8/28/2001 | Eckland | Telephone conferences with clients regarding status updates; revise and edit Franconia Petition for Cert. | 5.25 | 310 | $1,627.50 | $145.24 | $762.51 |
| 8/28/2001 | Blando | Draft and revise cert. petition; discussion with various clients regarding status of cases | 7.50 | 205 | $1,537.50 | $145.24 | $1,089.30 |
| 8/29/2001 | Blando | Draft and revise cert. petition | 5.50 | 205 | $1,127.50 | $145.24 | $798.82 |
| 8/29/2001 | Eckland | Preparation for Franconia trial; work on Franconia cert petition | 5.75 | 310 | $1,782.50 | $145.24 | $835.13 |
| 8/30/2001 | Eckland | Telephone conferences regarding Franconia cert. petition; conference with M. Blando regarding same; draft memo regarding same; draft, revise, and edit cert. petition | 4.5 | 310 | $1,395.00 | $145.24 | $653.58 |
| 8/30/2001 | Blando | Draft and revise cert. petition; conduct legal research for same | 9.75 | 205 | $1,998.75 | $145.24 | $1,416.09 |
| 8/31/2001 | Eckland | Work on Franconia cert petition | 1.75 | 310 | $542.50 | $145.24 | $254.17 |
| 8/31/2001 | Blando | Draft and revise cert. petition; review appendix materials; review and transmit letter to experts regarding Franconia trial | 9.75 | 205 | $1,998.75 | $145.24 | $1,416.09 |
| 9/1/2001 | Eckland | Revise and edit Franconia cert. petition; preparation for Franconia trial | 3.00 | 340 | $1,020.00 | $145.24 | $435.72 |

**Exhibit A**