**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/2/2001 | Eckland | Draft responses to client correspondence; revise and edit Franconia cert. petition | 3.75 | 340 | $1,275.00 | $145.24 | $544.65 |
| 9/2/2001 | Blando | Review and revise cert. petition | 0.75 | 230 | $172.50 | $145.24 | $108.93 |
| 9/3/2001 | Blando | Draft and revise cert. petition; review legal research regarding contract arguments; review and revise contents of appendix | 11.25 | 230 | $2,587.50 | $145.24 | $1,633.95 |
| 9/3/2001 | Eckland | Revise and edit Franconia cert. petition; preparation for Franconia trial | 2.50 | 340 | $850.00 | $145.24 | $363.10 |
| 9/4/2001 | Eckland | Revise and edit Franconia cert petition; conferences with M. Blando regarding same | 3.50 | 340 | $1,190.00 | $145.24 | $508.34 |
| 9/4/2001 | Blando | Draft and revise cert. petition; review appendix for cert. petition | 6.00 | 230 | $1,380.00 | $145.24 | $871.44 |
| 9/5/2001 | Eckland | Revise and edit Petition for Certiorari in Franconia; telephone conference with M. Blando regarding same | 3.00 | 340 | $1,020.00 | $145.24 | $435.72 |
| 9/5/2001 | Blando | Draft and revise cert. petition; review legal research; update research | 13.5 | 230 | $3,105.00 | $145.24 | $1,960.74 |
| 9/5/2001 | Beukema | Franconia: Review draft of certification petition, and conference with M. Blando re same | 2.00 | 290 | $580.00 | $145.24 | $290.48 |
| 9/6/2001 | Blando | Draft and revise cert. petition; finalize appendix; generate tables; analyze contract argument | 13.5 | 230 | $3,105.00 | $145.24 | $1,960.74 |
| 9/6/2001 | Eckland | Telephone conferences regarding Franconia cert. petition; telephone conferences with M. Blando regarding same; telephone conference call with M. Blando; revise and edit cert. petition | 7.25 | 340 | $2,465.00 | $145.24 | $1,052.99 |
| 9/7/2001 | Eckland | Conference with W. Roberts regarding Franconia cert. petition; revise and edit same; conferences with M. Blando regarding same | 6.50 | 340 | $2,210.00 | $145.24 | $944.06 |
| 9/7/2001 | Beukema | Franconia: review new draft of certification petition | 0.75 | 290 | $217.50 | $145.24 | $108.93 |
| 9/7/2001 | Blando | Draft, review and revise cert. petition; review appendix | 12.25 | 230 | $2,817.50 | $145.24 | $1,779.19 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/8/2001 | Eckland | Telephone message from M. Blando regarding Franconia cert. petition, telephone conference with M. Blando regarding same, revise and edit same, conference with M. Blando regarding same | 3.00 | 340 | $1,020.00 | $145.24 | $435.72 |
| 9/8/2001 | Blando | Edit and revise cert. petition; telephone conf. regarding same | 4.75 | 230 | $1,092.50 | $145.24 | $689.89 |
| 9/9/2001 | Blando | Edit and revise cert. petition; add appendix cites | 5.75 | 230 | $1,322.50 | $145.24 | $835.13 |
| 9/9/2001 | Eckland | Telephone messages to and from M. Blando regarding Franconia cert. petition; revise and edit same; research regarding same; conferences with M. Blando regarding same | 7.75 | 340 | $2,635.00 | $145.24 | $1,125.61 |
| 9/10/2001 | Blando | Revise and finalize cert. petition; coordinate printing, filing and serving of same | 9.00 | 230 | $2,070.00 | $145.24 | $1,307.16 |
| 9/10/2001 | Roberts | Review and edit cert. petition | 1.00 | 290 | $290.00 | $145.24 | $145.24 |
| 9/10/2001 | Roberts | Review and edit cert. petition | 1.00 | 290 | $290.00 | $145.24 | $145.24 |
| 9/10/2001 | Eckland | Revise and edit Franconia cert. petition; conference with W. Roberts regarding same; conferences with M. Blando regarding same; final preparation and service of same | 6.00 | 340 | $2,040.00 | $145.24 | $871.44 |
| 9/11/2001 | Blando | Review filed version of cert. petition; check status of delivery; distribute copies of cert. petition | 1.00 | 230 | $230.00 | $145.24 | $145.24 |
| 9/11/2001 | Eckland | Preparation for Franconia trial | 1.25 | 340 | $425.00 | $145.24 | $181.55 |
| 9/12/2001 | Blando | Distribute cert. petition; check status of delivery; review files regarding dismissal of property owned by Wells | 0.50 | 230 | $115.00 | $145.24 | $72.62 |
| 9/12/2001 | Eckland | Preparation for Franconia trial | 2.50 | 340 | $850.00 | $145.24 | $363.10 |
| 9/13/2001 | Eckland | Conferences regarding Franconia cert. petition; telephone conferences with clients regarding status updates; preparation for Franconia trial | 1.25 | 340 | $425.00 | $145.24 | $181.55 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/14/2001 | Blando | Develop thoughts for reply on cert. petition; draft status update letter to clients; discussion with opposing counsel regarding cert. petition; track filing of cert. petition | 1.5 | 230 | $345.00 | $145.24 | $217.86 |
| 9/14/2001 | Beukema | Franconia: review and comment on next draft of certification petition | 1.00 | 290 | $290.00 | $145.24 | $145.24 |
| 9/17/2001 | Blando | Confirm delivery of cert. petition; distribute same; review cert. petition for reply; discussion with J. Eckland regarding status letter to clients | 0.75 | 230 | $172.50 | $145.24 | $108.93 |
| 9/17/2001 | Eckland | Preparation for Franconia trial; telephone conferences with clients regarding status updates; analyze expert reports; work on cost assessment | 5.75 | 340 | $1,955.00 | $145.24 | $835.13 |
| 9/18/2001 | Eckland | Preparation for Franconia trial | 5.00 | 340 | $1,700.00 | $145.24 | $726.20 |
| 9/18/2001 | Blando | Analyze issues for reply on cert. petition; forward copy of cert. petition to opposing counsel; review and organize research files for cert. petition and reply | 1.00 | 230 | $230.00 | $145.24 | $145.24 |
| 9/19/2001 | Eckland | Preparation for Franconia trial; conference with M. Blando regarding same | 5.75 | 340 | $1,955.00 | $145.24 | $835.13 |
| 9/20/2001 | Blando | Address deposition and discovery issues with opposing counsel in light of court orders in Franconia; meeting with J. Eckland regarding same; analyze options regarding discovery schedule; draft Joint motion for enlargement in Franconia | 2.00 | 230 | $460.00 | $145.24 | $290.48 |
| 9/20/2001 | Eckland | Review Franconia court order regarding discovery schedule; preparation for Franconia trial; conferences regarding same | 4.00 | 340 | $1,360.00 | $145.24 | $580.96 |
| 9/21/2001 | Eckland | Conference with M. Blando regarding Franconia status report on discovery | 3.25 | 340 | $1,105.00 | $145.24 | $472.03 |
| 9/22/2001 | Eckland | Preparation for Franconia trial; organize files | 2.75 | 340 | $935.00 | $145.24 | $399.41 |
| 9/23/2001 | Eckland | Preparation for Franconia trial | 3.25 | 340 | $1,105.00 | $145.24 | $472.03 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/24/2001 | Blando | Draft Joint motion for Enlargement of time for exhibit discovery; discussion with opposing counsel regarding same; draft update letter | 1.75 | 230 | $402.50 | $145.24 | $254.17 |
| 9/24/2001 | Eckland | Preparation for Franconia trial; organize files | 4.25 | 340 | $1,445.00 | $145.24 | $617.27 |
| 9/25/2001 | Blando | Review damages analysis in Franconia; finalize Joint motion for Enlargement of time for expert discovery and forward to opposing counsel; docket upcoming deadlines | 1.00 | 230 | $230.00 | $145.24 | $145.24 |
| 9/25/2001 | Eckland | Revise and edit motion for enlargement of time presentation regarding litigation status update for discovery in Franconia; conferences regarding same; conferences with clients regarding status updates; work on expert report issues; conference with W. Roberts | 3.75 | 340 | $1,275.00 | $145.24 | $544.65 |
| 9/25/2001 | Roberts | Conference with J. Eckland regarding trial preparation in Franconia; review files regarding same | 2.00 | 290 | $580.00 | $145.24 | $290.48 |
| 9/26/2001 | Blando | Prepare letter to Solicitor General regarding notice of docketing; draft status update letter to clients; review and analyze recent decisions for same | 2.00 | 230 | $460.00 | $145.24 | $290.48 |
| 9/27/2001 | Eckland | Preparation for Franconia trial | 5.75 | 340 | $1,955.00 | $145.24 | $835.13 |
| 9/27/2001 | Blando | Draft and revise status update letter to clients; review prepayment correspondence and recent decisions for same | 0.25 | 230 | $57.50 | $145.24 | $36.31 |
| 9/28/2001 | Eckland | Preparation for Franconia trial | 5.75 | 340 | $1,955.00 | $145.24 | $835.13 |
| 9/28/2001 | Blando | Finalize and send out status update letter; prepare FOIA request for Franconia; discussion with Supreme Court clerk regarding status and supplemental authority | 2.50 | 230 | $575.00 | $145.24 | $363.10 |
| 9/29/2001 | Eckland | Preparation for Franconia trial | 3.50 | 340 | $1,190.00 | $145.24 | $508.34 |
| 9/30/2001 | Eckland | Preparation for Franconia trial | 2.75 | 340 | $935.00 | $145.24 | $399.41 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/1/2001 | Eckland | Telephone conference with clients regarding expert reports status updates; memo regarding Kimberly Associates; preparation for Franconia trial; telephone conference with D. Gorowsky regarding damage | 1.50 | 340 | $510.00 | $145.24 | $217.86 |
| 10/2/2001 | Eckland | Work on cost assessment; preparation for Franconia trial | 1.75 | 340 | $595.00 | $145.24 | $254.17 |
| 10/2/2001 | Blando | Prepare for meeting with expert witness; discussion with J. Eckland regarding same | 1.00 | 230 | $230.00 | $145.24 | $145.24 |
| 10/2/2001 | Beyl | Confer with M. Blando re status of exhibit binders and case storage room on 25 | 0.25 | 125 | $31.25 | $125.00 | $31.25 |
| 10/3/2001 | Roberts | Conference with J. Eckland regarding W. Hamm exam preparation; review client correspondence; telephone calls to witnesses | 0.25 | 290 | $72.50 | $145.24 | $36.31 |
| 10/3/2001 | Eckland | Conference with D. Gorowsky and M. Blando regarding expert damage reports, conferences with W. Robert regarding Hamms expert report, preparation for Franconia trial, telephone message to D. Roseliep regarding same, conferences with M. Blando regarding sam | 7.5 | 340 | $2,550.00 | $145.24 | $1,089.30 |
| 10/3/2001 | Blando | Meeting with expert witness; gather materials for same; discussion with printer regarding reply on cert. petition; update web page regarding recent filings; docket deadlines | 3.75 | 230 | $862.50 | $145.24 | $544.65 |
| 10/4/2001 | Blando | Franconia trial preparation; meeting with Ms. Chritchley regarding documents for expert witness; review and analyze rent information; discussion with expert witness regarding same | 4.00 | 230 | $920.00 | $145.24 | $580.96 |
| 10/4/2001 | Critchley | Meet with M. Blando regarding case file; prepare exhibits for expert regarding same | 2 | 110 | $220.00 | $110.00 | $220.00 |
| 10/4/2001 | Eckland | Preparation for Franconia trial; telephone conferences with clients regarding status updates | 7.75 | 340 | $2,635.00 | $145.24 | $290.48 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/4/2001 | Roberts | Review Dr. Hamm witness file, report and depo | 3.00 | 290 | $870.00 | $145.24 | $435.72 |
| 10/5/2001 | Blando | Discussion with expert witness regarding damages issues; discussion with J. Eckland regarding discovery schedule; telephone conference regarding discovery; review order in Franconia; retrieve and review documents | 2 | 230 | $460.00 | $145.24 | $290.48 |
| 10/5/2001 | Roberts | Analyze legal issues regarding Dr. Hamm opinion in Franconia; conference with J. Beukema and M. Savin regarding same; telephone conference with D. Greenwalt | 4.50 | 290 | $1,305.00 | $145.24 | $653.58 |
| 10/5/2001 | Beukema | Franconia: conference with W. Roberts and with M. Savin re damages | 2.00 | 290 | $580.00 | $145.24 | $290.48 |
| 10/5/2001 | Eckland | Preparation for Franconia trial; telephone conferences with clients regarding same | 3.00 | 340 | $1,020.00 | $145.24 | $435.72 |
| 10/6/2001 | Eckland | Preparation for Franconia trial; organize files | 3.75 | 340 | $1,275.00 | $145.24 | $544.65 |
| 10/7/2001 | Eckland | Preparation for Franconia trial | 3.50 | 340 | $1,190.00 | $145.24 | $508.34 |
| 10/8/2001 | Blando | Meeting with expert witness; telephone conference with client; review and analyze damages source materials; analyze legal issues regarding date of breach and damages | 5.50 | 230 | $1,265.00 | $145.24 | $798.82 |
| 10/8/2001 | Roberts | E-mail correspondence with Franconia Team; review recent orders | 0.50 | 290 | $145.00 | $145.24 | $72.62 |
| 10/8/2001 | Beukema | Franconia: Review cases re damages | 4.00 | 290 | $1,160.00 | $145.24 | $580.96 |
| 10/8/2001 | Eckland | Telephone messages from M. Blando regarding Franconia expert reports; analyze strategy regarding same; preparation for Franconia trial | 2.00 | 340 | $680.00 | $145.24 | $290.48 |
| 10/8/2001 | Northrop | Preparing exhibits per C. Critchley | 0.50 | 75 | $37.50 | $75.00 | $37.50 |
| 10/9/2001 | Eckland | Conferences with M. Blando regarding facts and strategy; telephone conference with expert regarding same and expert report issues; analyze case strategy; preparation for Franconia trial | 7.50 | 340 | $2,550.00 | $145.24 | $1,089.30 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/9/2001 | Blando | Discussion with expert witness regarding same; analyze issues regarding damages analysis | 3.00 | 230 | $690.00 | $145.24 | $435.72 |
| 10/9/2001 | Roberts | Conference with J. Eckland; review Greenwalt Affidavit; draft correspondence regarding deposition | 1.00 | 290 | $290.00 | $145.24 | $145.24 |
| 10/10/2001 | Eckland | Telephone conference with client regarding facts and strategy; preparation for Franconia trial; telephone conferences with clients regarding status updates; telephone messages from M. Blando regarding Des Moines properties; telephone messages | 7.75 | 340 | $2,635.00 | $145.24 | $1,125.61 |
| 10/10/2001 | Blando | Inspect properties; discussion with expert witness regarding case, legal issues and damages issues; meeting with client; compile and review damages materials; assess strategy regarding site visit and damages analysis | 8.00 | 230 | $1,840.00 | $145.24 | $1,161.92 |
| 10/11/2001 | Eckland | Preparation for Franconia trial; conferences regarding same; telephone conferences with M. Blando regarding Des Moines properties | 6.5 | 340 | $2,210.00 | $145.24 | $944.06 |
| 10/11/2001 | Blando | Review and analyze materials from site inspections; analyze damages issues; review deposition transcripts; meeting with expert witness | 6.75 | 230 | $1,552.50 | $145.24 | $980.37 |
| 10/12/2001 | Eckland | Preparation for trial; telephone messages with M. Blando regarding Des Moines properties | 3.25 | 340 | $1,105.00 | $145.24 | $472.03 |
| 10/12/2001 | Blando | Meeting with expert witness; inspect properties; assess damages issues; discussion with J. Eckland regarding status and strategy; review depo | 9.50 | 230 | $2,185.00 | $145.24 | $1,379.78 |
| 10/13/2001 | Eckland | Preparation for trial | 4.75 | 340 | $1,615.00 | $145.24 | $689.89 |
| 10/14/2001 | Eckland | Preparation for Franconia trial | 6.25 | 340 | $2,125.00 | $145.24 | $907.75 |
| 10/15/2001 | Beukema | Franconia: Review Hamm deposition transcript; research re damages | 2.5 | 290 | $725.00 | $145.24 | $363.10 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/15/2001 | Eckland | review correspondence from clients; telephone conferences with same regarding status updates; preparation for Franconia trial; conferences with M. Blando regarding same | 5.25 | 340 | $1,785.00 | $145.24 | $762.51 |
| 10/15/2001 | Blando | Review and analyze damages materials from trip; discussion with J. Eckland regarding damages issues; coordinate next steps with expert witness | 2.25 | 230 | $517.50 | $145.24 | $326.79 |
| 10/16/2001 | Eckland | Preparation for Franconia trial | 6.75 | 340 | $2,295.00 | $145.24 | $980.37 |
| 10/17/2001 | Eckland | Telephone message from M. Blando regarding strategy; preparation for Franconia trial | 8.75 | 340 | $2,975.00 | $145.24 | $1,270.85 |
| 10/17/2001 | Beukema | Franconia: Research | 1.50 | 290 | $435.00 | $145.24 | $217.86 |
| 10/18/2001 | Blando | Contact all owners regarding expert witness; discussion with expert witness regarding gathering of information | 1.00 | 230 | $230.00 | $145.24 | $145.24 |
| 10/18/2001 | Eckland | Preparation for Franconia trial; messages regarding cert. petition in Franconia; telephone conferences with clients regarding status updates, facts, and issues | 7.00 | 340 | $2,380.00 | $145.24 | $1,016.68 |
| 10/19/2001 | Eckland | Preparation for Franconia trial; telephone message from M. Blando regarding strategy; telephone messages to and from clients regarding miscellaneous issues | 3.25 | 340 | $1,105.00 | $145.24 | $472.03 |
| 10/20/2001 | Eckland | Preparation for Franconia trial | 4.75 | 340 | $1,615.00 | $145.24 | $689.89 |
| 10/21/2001 | Eckland | Preparation for Franconia trial | 4.25 | 340 | $1,445.00 | $145.24 | $617.27 |
| 10/22/2001 | Eckland | Preparation for trial; telephone message to D. Gorowsky regarding expert reports | 6.25 | 340 | $2,125.00 | $145.24 | $907.75 |
| 10/24/2001 | Eckland | Conference with D. Gorowski and S. Bosch regarding expert damage reports; review files; telephone messages | 6.25 | 340 | $2,125.00 | $145.24 | $907.75 |
| 10/24/2001 | Blando | Meeting with expert witness regarding various issues; review and analyze documents | 3.25 | 230 | $747.50 | $145.24 | $472.03 |
| 10/25/2001 | Beyl | Exchange emails with C. Critchly and M. Blando re 25E; confer with J. Nelson re space for trial materials | 0.25 | 125 | $31.25 | $125.00 | $31.25 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/25/2001 | Blando | Discussion with expert witness and J. Eckland regarding Franconia transcript and damages issue | 1.25 | 230 | $287.50 | $145.24 | $181.55 |
| 10/29/2001 | Blando | Contact Mr. Greenwalt regarding deposition schedule; prepare letter regarding same | 0.50 | 230 | $115.00 | $145.24 | $72.62 |
| 10/30/2001 | Blando | Pull caselaw and treatise materials for expert review; contact Ms. Rodney regarding periodicals; discussions regarding deposition schedule | 1.75 | 230 | $402.50 | $145.24 | $254.17 |
| 10/31/2001 | Blando | Meeting with expert witness regarding potential revisions to report | 1.50 | 230 | $345.00 | $145.24 | $217.86 |
| 10/31/2001 | Eckland | Preparation for Franconia trial; conference with D. Gorowsky, S. Bosch, and M. Blando regarding damage analyses; conferences regarding same | 6.75 | 340 | $2,295.00 | $145.24 | $980.37 |
| 10/31/2001 | Roberts | Schedule depos and draft correspondence regarding same; conference with M. Blando regarding oral argument and other issues | 0.50 | 290 | $145.00 | $145.24 | $72.62 |
| 11/1/2001 | Roberts | Telephone conference with D. Greenwalt; analyze damages issues in Franconia | 1.50 | 290 | $435.00 | $145.24 | $217.86 |
| 11/1/2001 | Eckland | Prepare for Franconia trial | 4.75 | 340 | $1,615.00 | $145.24 | $689.89 |
| 11/2/2001 | Eckland | Conference with D. Gorowsky and S. Bosch regarding damage reports; preparation for trial | 3.75 | 340 | $1,275.00 | $145.24 | $544.65 |
| 11/2/2001 | Blando | Prepare for meeting with expert witness; discussion with J. Eckland regarding expert report; meeting with expert witness and deposition scheduling | 0.5 | 230 | $115.00 | $145.24 | $72.62 |
| 11/3/2001 | Eckland | Preparation for trial | 3.50 | 340 | $1,190.00 | $145.24 | $508.34 |
| 11/4/2001 | Eckland | Preparation for trial | 1.50 | 340 | $510.00 | $145.24 | $217.86 |
| 11/5/2001 | Blando | Discussion with opposing counsel regarding deposition and discovery schedule; attend meeting with expert witnesses and prepare for same; discussion with Mr. Beukema regarding research on damages; contact Supreme Court regarding filing procedures | 2.5 | 230 | $575.00 | $145.24 | $363.10 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/5/2001 | Beukema | Franconia: Research re time for measuring damages | 4.50 | 290 | $1,305.00 | $145.24 | $653.58 |
| 11/5/2001 | Eckland | Conference with R. Rodning regarding Franconia expert reports; conference with D. Gorowsky, S. Bosch, and R. Rodning regarding same; conferences with M. Blando regarding same; preparation for Franconia trial; telephone message from W. Roberts regarding D. | 7.75 | 340 | $2,635.00 | $145.24 | $1,125.61 |
| 11/6/2001 | Beukema | Franconia: Research | 3.50 | 290 | $1,015.00 | $145.24 | $508.34 |
| 11/6/2001 | Eckland | Preparation for Franconia trial; work on expert report issues; telephone conferences with R. Rodning regarding same; telephone messages to and from G. Karvel regarding same; telephone messages to and from S. Bosch regarding same | 3.50 | 340 | $1,190.00 | $145.24 | $508.34 |
| 11/7/2001 | Eckland | Preparation for Franconia trial; conference with G. Karvel regarding expert report issues | 2.25 | 340 | $765.00 | $145.24 | $326.79 |
| 11/7/2001 | Beukema | Franconia: Research re damages | 2.50 | 290 | $725.00 | $145.24 | $363.10 |
| 11/7/2001 | Roberts | Analyze damages issues; review Greenwalt-related documents | 1.00 | 290 | $290.00 | $145.24 | $145.24 |
| 11/7/2001 | Roberts | Prepare for meeting with D. Greenwalt | 1.00 | 290 | $290.00 | $145.24 | $145.24 |
| 11/8/2001 | Beukema | Franconia: Research re damages | 3.00 | 290 | $870.00 | $145.24 | $435.72 |
| 11/8/2001 | Roberts | Prepare for Greenwalt interview | 3.00 | 290 | $870.00 | $145.24 | $435.72 |
| 11/8/2001 | Eckland | Telephone conference with R. Rodning regarding expert reports; telephone messages to and from G. Karvel regarding same; preparation for Franconia trial | 3.00 | 340 | $1,020.00 | $145.24 | $435.72 |
| 11/8/2001 | Blando | Retrieve materials for W. Roberts for Greenwalt deposition preparation; discussion with J. Eckland regarding expert report in Franconia | 0.50 | 230 | $115.00 | $145.24 | $72.62 |
| 11/9/2001 | Beukema | Research re damages; drafting memo | 5.25 | 290 | $1,522.50 | $145.24 | $762.51 |
| 11/9/2001 | Roberts | Meet with D. Greenwalt in Cheyenne, Wyoming regarding Franconia trial and testimony for same | 15.50 | 290 | $4,495.00 | $145.24 | $2,251.22 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/9/2001 | Eckland | Conferences with D. Gorowsky and S. Bosch; telephone conferences with P.J. Perri regarding expert report; telephone messages to and from R. Rodning regarding expert reports; telephone message from W. Roberts regarding D. Greenwalt deposition preparation | 3.75 | 340 | $1,275.00 | $145.24 | $544.65 |
| 11/11/2001 | Roberts | Review correspondence; voicemail to M. Blando regarding Greenwalt follow-up | 0.50 | 290 | $145.00 | $145.24 | $72.62 |
| 11/12/2001 | Eckland | Preparation for Franconia trial; telephone conferences with clients regarding status updates; conferences with experts | 2.75 | 340 | $935.00 | $145.24 | $399.41 |
| 11/12/2001 | Beukema | Franconia: Drafting memo | 5.50 | 290 | $1,595.00 | $145.24 | $798.82 |
| 11/12/2001 | Blando | Discussion with J. Eckland regarding Expert Report and supplemental discovery | 0.25 | 230 | $57.50 | $145.24 | $36.31 |
| 11/13/2001 | Beukema | Complete memo re time for measuring damages | 0.25 | 290 | $72.50 | $145.24 | $36.31 |
| 11/13/2001 | Eckland | Preparation for Franconia trial; conferences regarding expert reports | 2.75 | 340 | $935.00 | $145.24 | $399.41 |
| 11/13/2001 | Blando | Prepare and serve supplemental discovery responses; review prior submissions for same; discussion with W. Roberts regarding same | 1.75 | 230 | $402.50 | $145.24 | $254.17 |
| 11/13/2001 | Roberts | Prepare for Greenwalt depo | 0.50 | 290 | $145.00 | $145.24 | $72.62 |
| 11/14/2001 | Blando | Franconia trial; retrieve and review appraisal regulations for W. Roberts; discussion with J. Eckland regarding expert discovery; review analysis from expert; retrieve and distribute Gibson bios; Franconia cert. petition: discussion with clerk and printer | 3.50 | 230 | $805.00 | $145.24 | $508.34 |
| 11/14/2001 | Eckland | Telephone conference with W. Roberts regarding D. Greenwalt; video conference with D. Greenwalt and W. Roberts; telephone conference with G. Karvel regarding IREMs, and other expert report issues; teleph | 8.00 | 340 | $2,720.00 | $145.24 | $1,161.92 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/14/2001 | Roberts | Prepare Greenwalt for depo; conference with J. Eckland | 5.25 | 290 | $1,522.50 | $145.24 | $762.51 |
| 11/15/2001 | Blando | Prepare letter to opposing counsel regarding discovery issues; prepare supplemental discovery responses; analyze issues regarding damages report; discussion with J. Eckland regarding same; review papers; various trial prep | 7.75 | 230 | $1,782.50 | $145.24 | $1,125.61 |
| 11/15/2001 | Eckland | Telephone conferences with G. Karvel regarding expert reports; preparation for Franconia trial; review files; organize same; telephone conference with W. Roberts regarding deposition of D. Greenwalt | 7.50 | 340 | $2,550.00 | $145.24 | $1,089.30 |
| 11/15/2001 | Roberts | Defend D. Greenwalt deposition; telephone conference with J. Eckland | 3.50 | 290 | $1,015.00 | $145.24 | $508.34 |
| 11/16/2001 | Eckland | Telephone conference regarding to Franconia cert. petition, telephone conferences regarding miscellaneous other issues, analyze government's response brief; telephone conferences with M. Blando | 6.25 | 340 | $2,125.00 | $145.24 | $907.75 |
| 11/16/2001 | Blando | Franconia trial: review materials for expert analyze opposition report; discussion with experts regarding various issues; contact owners regarding mortgage balance forms; analyze issues regarding figures and tables; discussion with opposing counsel regar | 8.25 | 230 | $1,897.50 | $145.24 | $1,198.23 |
| 11/17/2001 | Eckland | Preparation for Franconia trial; review expert damage reports; analyze governments response brief regarding Franconia cert. petition | 2.50 | 340 | $850.00 | $145.24 | $363.10 |
| 11/18/2001 | Eckland | Preparation for Franconia trial; outline reply to governments response to Franconia cert. petition | 3.25 | 340 | $1,105.00 | $145.24 | $472.03 |
| 11/19/2001 | Blando | Review and analyze opposition to cert. petition; outline reply; review legal research; draft reply brief; discussion with printer | 9.5 | 230 | $2,185.00 | $145.24 | $1,379.78 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/19/2001 | Roberts | Telephone conference regarding mock; analyze damages case issues; legal research regarding prejudgment interest; review trial preparation files | 2.50 | 290 | $725.00 | $145.24 | $363.10 |
| 11/19/2001 | Eckland | Telephone conference with G. Karvel ; telephone conference with M. Blando regarding expert reports; preparation for Franconia trial; analyze cert. petition issues expert reports (including revisions to P.J. Perri da | 5.75 | 340 | $1,955.00 | $145.24 | $835.13 |
| 11/19/2001 | Roberts | Analyze damages case issues; legal research regarding prejudgment interest; review trial preparation files | 2.50 | 290 | $725.00 | $145.24 | $363.10 |
| 11/20/2001 | Blando | Meeting with expert witness for deposition prep; review and analyze opposition to cert. petition; outline response to same | 9.25 | 230 | $2,127.50 | $145.24 | $1,343.47 |
| 11/20/2001 | Eckland | Telephone messages to and from M. Blando regarding Franconia trial preparation and expert report; preparation for Franconia trial; analyze governments response brief to Franconia cert. petition | 4.50 | 340 | $1,530.00 | $145.24 | $653.58 |
| 11/20/2001 | Roberts | Conference with D. Gorowsky; preparation for same | 1.25 | 290 | $362.50 | $145.24 | $181.55 |
| 11/20/2001 | Roberts | Conference with D. Gorowsky; preparation for same | 1.25 | 290 | $362.50 | $145.24 | $181.55 |
| 11/21/2001 | Blando | Draft cert. petition; outline arguments; review record; review research | 8.25 | 230 | $1,897.50 | $145.24 | $1,198.23 |
| 11/21/2001 | Eckland | Preparation for Franconia trial; telephone conference with M. Blando regarding reply brief to Franconia cert petition; outline same; analyze governments response brief to same | 6.50 | 340 | $2,210.00 | $145.24 | $944.06 |
| 11/23/2001 | Blando | Draft cert. petition reply; analyze and outline arguments; review research | 7 | 230 | $1,610.00 | $145.24 | $1,016.68 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/23/2001 | Eckland | Telephone message to and from F. Larson (Chief Deputy Clerk, U.S. Supreme Court) regarding Franconia reply brief; outline same; telephone conference to M. Blando regarding same; preparation for Franconia trial; analyze expert reports regarding same | 4.00 | 340 | $1,360.00 | $145.24 | $580.96 |
| 11/24/2001 | Blando | Analyze issues and arguments for cert. petition reply; draft and revise same; review and analyze legal research; analyze issues and strategy regarding administrative appeals | 8.75 | 230 | $2,012.50 | $145.24 | $1,270.85 |
| 11/24/2001 | Eckland | Conference with M. Blando regarding Franconia reply brief regarding cert. petition; preparation for Franconia trial; research regarding reply brief | 6.25 | 340 | $2,125.00 | $145.24 | $907.75 |
| 11/25/2001 | Eckland | Work on reply brief to Franconia cert. petition; telephone message to M. Blando regarding same; preparation for Franconia trial; organize files regarding same | 5.75 | 340 | $1,955.00 | $145.24 | $835.13 |
| 11/26/2001 | Blando | Draft and revise cert. petition reply; review and update legal research; discussion with J. Eckland regarding administrative appeals | 9.75 | 230 | $2,242.50 | $145.24 | $835.13 |
| 11/26/2001 | Eckland | Telephone conference with F. Larson (Chief message to D. Gorowsky regarding same; telephone message from M. Niff regarding facts Deputy Clerk, U.S. Supreme Court) regarding Franconia reply brief to | 13.25 | 340 | $4,505.00 | $145.24 | $1,924.43 |
| 11/27/2001 | Eckland | Revise and edit Franconia reply brief regarding cert. petition; telephone conference call with M. Blando regarding same; research regarding same; final pr | 7.50 | 340 | $2,550.00 | $145.24 | $1,089.30 |
| 11/27/2001 | Blando | Draft, revise and finalize cert. petition reply; file and serve same | 8.50 | 230 | $1,955.00 | $145.24 | $1,234.54 |
| 11/27/2001 | Roberts | Review Supreme Court cert. reply; conference with J. Eckland | 0.50 | 290 | $145.00 | $145.24 | $72.62 |

Exhibit A

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/28/2001 | Blando | Review filed version of cert. petition reply; discussion with Ms. Critchley regarding trial preparation issues; coordinate printing and service of cert. petition reply; discussion with J. Eckland regarding various transcript and discovery issues; schedule | 4 | 230 | $920.00 | $145.24 | $580.96 |
| 11/28/2001 | Critchley | Telephone conference with M. Blando regarding trial preparations | 0.50 | 110 | $55.00 | $110.00 | $55.00 |
| 11/28/2001 | Eckland | Preparation for Franconia trial; conferences regarding reply brief in Franconia regarding cert. petition; telephone message from M. Blando regarding mortgage balance information regarding expert reports | 7.75 | 340 | $2,635.00 | $145.24 | $1,125.61 |
| 11/29/2001 | Blando | Franconia trial preparation: discussion with J. Eckland, retrieve and organize trial materials; forward documents to Mr. Karvel; discussion with clerk | 6 | 230 | $1,380.00 | $145.24 | $871.44 |
| 11/29/2001 | Eckland | Telephone message from R. Kasner regarding facts; preparation regarding Franconia trial | 5.75 | 340 | $1,955.00 | $145.24 | $835.13 |
| 11/30/2001 | Blando | Franconia trial preparation; conduct legal research regarding FmHA form letters and administrative notices; review Greenwalt deposition transcript; gather and review work product; discussion with expert witness regarding various; discussion with J. Eckland regarding same | 4.25 | 230 | $977.50 | $145.24 | $617.27 |
| 11/30/2001 | Eckland | Conferences with W. Roberts and M. Blando regarding Franconia trial preparation; telephone conference with client regarding same | 5.25 | 340 | $1,785.00 | $145.24 | $762.51 |
| 12/2/2001 | Eckland | Preparation for Franconia trial | 3.00 | 340 | $1,020.00 | $145.24 | $435.72 |
| 12/3/2001 | Roberts | Prep. session with D. Gorowsky | 2.00 | 290 | $580.00 | $145.24 | $290.48 |
| 12/3/2001 | Roberts | Prep. session with D. Gorowsky | 2.00 | 290 | $580.00 | $145.24 | $290.48 |
| 12/3/2001 | Eckland | Preparation for Franconia trial | 6.50 | 340 | $2,210.00 | $145.24 | $944.06 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/3/2001 | Blando | Prepare for and attend meeting with expert witness; discussion with W. Roberts regarding follow-up; discussion with J. Eckland regarding various; gather materials for J. Ecklands trip to Iowa; supervise printing of cert. petition opposition | 3.25 | 230 | $747.50 | $145.24 | $472.03 |
| 12/4/2001 | Eckland | Preparation for Franconia trial; conferences with J. Levy, D. Roseliep, and R. Malone regarding same; telephone messages with G. Karvel regarding same; telephone message from W. Roberts regarding mock trial; telephone messages to M. Blando r | 12.25 | 340 | $4,165.00 | $145.24 | $1,779.19 |
| 12/5/2001 | Roberts | Prep. session with D. Gorowsky | 1.75 | 290 | $507.50 | $145.24 | $254.17 |
| 12/5/2001 | Roberts | Prep. session with D. Gorowsky | 1.75 | 290 | $507.50 | $145.24 | $254.17 |
| 12/5/2001 | Eckland | Preparation for Franconia trial; telephone message from W. Roberts regarding D. Gorowsky and mock trial | 7.75 | 340 | $2,635.00 | $145.24 | $1,125.61 |
| 12/5/2001 | Blando | Prepare for - attend meeting with expert witness regarding deposition; various other trial prep matters | 2.00 | 230 | $460.00 | $145.24 | $290.48 |
| 12/6/2001 | Roberts | Telephone conference regarding mock trial; telephone conference with J. Eckland and M. Blando regarding same | 1.00 | 290 | $290.00 | $145.24 | $145.24 |
| 12/6/2001 | Eckland | Preparation for Franconia trial | 6.25 | 340 | $2,125.00 | $145.24 | $907.75 |
| 12/7/2001 | Eckland | Preparation for Franconia trial | 5.25 | 340 | $1,785.00 | $145.24 | $762.51 |
| 12/8/2001 | Eckland | Prepare for Franconia trial | 2.50 | 340 | $850.00 | $145.24 | $363.10 |
| 12/9/2001 | Eckland | Prepare for Franconia trial | 3.25 | 340 | $1,105.00 | $145.24 | $472.03 |
| 12/10/2001 | Roberts | E-mail regarding conflicts; telephone conf. regarding same; telephone conference with J. Eckland regarding tasks and schedule; telephone conference with D. Gorowsky; trial preparation | 2.00 | 290 | $580.00 | $145.24 | $290.48 |
| 12/10/2001 | Eckland | Prepare for Franconia trial | 7.75 | 340 | $2,635.00 | $145.24 | $1,125.61 |
| 12/11/2001 | Roberts | Prep. session with D. Gorowsky; mock trial planning; draft memos and agreement | 2.00 | 290 | $580.00 | $145.24 | $290.48 |
| 12/11/2001 | Eckland | Prepare for Franconia trial; conference with D. Gorowsky, W. Roberts, and M. Blando | 7.50 | 340 | $2,550.00 | $145.24 | $1,089.30 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/12/2001 | Roberts | Trial and depo preparation; legal research | 2.00 | 290 | $580.00 | $145.24 | $290.48 |
| 12/12/2001 | Blando | Discussion with W. Roberts regarding status of trial prep matters | 0.25 | 230 | $57.50 | $145.24 | $36.31 |
| 12/12/2001 | Eckland | Prepare for Franconia trial | 7.75 | 340 | $2,635.00 | $145.24 | $1,125.61 |
| 12/13/2001 | Eckland | Prepare for Franconia trial; conferences with D. Roseliep regarding same; review documents regarding same; telephone conferences with R. Kassner regarding mothers estate; telephone messages to and from M. Blando regarding trial prepar | 7.75 | 340 | $2,635.00 | $145.24 | $1,125.61 |
| 12/14/2001 | Eckland | Prepare for Franconia trial; conferences with J. Levy and D. Roseliep regarding same; telephone conference with D. Gorowsky regarding expert report issues | 7.50 | 340 | $2,550.00 | $145.24 | $1,089.30 |
| 12/15/2001 | Eckland | Prepare for Franconia trial | 5.50 | 340 | $1,870.00 | $145.24 | $798.82 |
| 12/16/2001 | Eckland | Prepare for Franconia trial | 4.75 | 340 | $1,615.00 | $145.24 | $689.89 |
| 12/17/2001 | Blando | Franconia trial prep; meeting with expert witness regarding prepayment correspondence; meeting with expert witness regarding deposition; outline tasks for trial; discussion with J. Eckland regarding various projects | 7.5 | 230 | $1,725.00 | $145.24 | $1,089.30 |
| 12/17/2001 | Eckland | Prepare for Franconia trial; conference with W. Roberts regarding same; conference with M. Blando regarding same; conference with D. Gorowsky, W. Roberts, and M. Blando regarding same and deposition preparation | 7.75 | 340 | $2,635.00 | $145.24 | $1,125.61 |
| 12/17/2001 | Roberts | Prep. session with D. Gorowsky; draft agenda for mock; review proposed budget for same; legal research regarding mitigation and discounting | 1.75 | 290 | $507.50 | $145.24 | $254.17 |
| 12/18/2001 | Northrop | Review deposition transcripts per C. Critchley | 0.50 | 75 | $37.50 | $75.00 | $37.50 |
| 12/18/2001 | Pope | Review deposition exhibits for dates and signatures per C. Critchley | 0.25 | 75 | $18.75 | $75.00 | $18.75 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/18/2001 | Blando | Review updated budgets for production; discussion with Ms. Crichtley regarding deposition corrections; discussion with expert witness regarding deposition; prepare for same | 3.00 | 230 | $690.00 | $145.24 | $435.72 |
| 12/18/2001 | Eckland | Prepare for Franconia trial | 7.50 | 340 | $2,550.00 | $145.24 | $1,089.30 |
| 12/18/2001 | Roberts | Preparation for mock trial exercise and correspondence regarding same; conference with J. Eckland | 3.00 | 290 | $870.00 | $145.24 | $435.72 |
| 12/19/2001 | Eckland | Defense of deposition of D. Gorowsky; conferences with D. Gorowsky and M. Blando regarding same; preparation for Franconia trial | 7.50 | 340 | $2,550.00 | $145.24 | $1,089.30 |
| 12/19/2001 | Blando | Prepare for expert witness deposition; prepare documents for production to opposing counsel; attend deposition; debrief same | 5.75 | 230 | $1,322.50 | $145.24 | $835.13 |
| 12/19/2001 | Critchley | Review depositions regarding deponents signature pages; review file regarding the same | 4.50 | 110 | $495.00 | $110.00 | $495.00 |
| 12/19/2001 | Pope | Review documents and correspondence backers for signed verifications of deposition exhibits per C. Critchley | 3.25 | 75 | $243.75 | $75.00 | $243.75 |
| 12/19/2001 | Roberts | Review Greenwalt depo; telephone call to Greenwalt; telephone conference with J. Eckland regarding Gorowsky depo; review correspondence and telephone conference regarding mock trial exercise | 1.50 | 290 | $435.00 | $145.24 | $217.86 |
| 12/20/2001 | Critchley | Review correspondence regarding deposition corrections per M. Blando; telephone conversations with multiple court reporters regarding the same; load transcripts format manuscripts per M. Blando | 3.50 | 110 | $385.00 | $110.00 | $385.00 |
| 12/20/2001 | Pope | Copy documents for deposition exhibit verification per C. Critchley | 1.75 | 75 | $131.25 | $75.00 | $131.25 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/20/2001 | Blando | Debrief expert witness deposition; discussion with W. Roberts regarding mock trial; discussion with J. Eckland regarding various; coordinate deposition corrections project | 3.50 | 230 | $805.00 | $145.24 | $508.34 |
| 12/20/2001 | Eckland | Conference with J. Levy and D. Roseliep regarding Franconia trial; conference with D. Roseliep regarding same; review documents regarding converted projects; review expert reports; Prepare for Franconia trial | 11.50 | 340 | $3,910.00 | $145.24 | $1,670.26 |
| 12/20/2001 | Roberts | Telephone conference with S. Ale regarding mock; plan trial preparation schedule; telephone call to clients | 1.00 | 290 | $290.00 | $145.24 | $145.24 |
| 12/21/2001 | Blando | Franconia trial prep: review FOIA documents; discussion with expert witness; discussion with Lonnie Aronoff; retrieve and review foot submissions; forward deposition correction packages to witnesses | 3.00 | 230 | $690.00 | $145.24 | $435.72 |
| 12/21/2001 | Eckland | Conference with J. Levy and D. Roseliep regarding Franconia trial; telephone messages from M. Blando regarding Franconia witnesses; telephone messages from and to R. Kassner regarding mothers estate | 8.00 | 340 | $2,720.00 | $145.24 | $1,161.92 |
| 12/21/2001 | Roberts | Organize trial prep. and materials; prepare briefing book for mock; strategize regarding pretrial filings; telephone conference with clients regarding mock | 2.00 | 290 | $580.00 | $145.24 | $290.48 |
| 12/22/2001 | Eckland | Prepare for Franconia trial | 5.50 | 340 | $1,870.00 | $145.24 | $798.82 |
| 12/23/2001 | Eckland | Prepare for Franconia trial | 4.75 | 340 | $1,615.00 | $145.24 | $689.89 |
| 12/24/2001 | Eckland | Prepare for Franconia trial | 3.25 | 340 | $1,105.00 | $145.24 | $472.03 |
| 12/26/2001 | Eckland | Prepare for Franconia trial; telephone conference with P.J. Perri regarding same; telephone conference with G. Karvel regarding same | 9.75 | 340 | $3,315.00 | $145.24 | $1,416.09 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/27/2001 | Eckland | Visit Parkersburg and Adel properties; Prepare for Franconia trial; telephone conferences regarding same | 10.75 | 340 | $3,655.00 | $145.24 | $1,561.33 |
| 12/28/2001 | Blando | Discussion with expert witness regarding deposition follow-up | 0.75 | 230 | $172.50 | $145.24 | $108.93 |
| 12/28/2001 | Eckland | Conferences with J. Levy, D. Roseliep, and G. Karvel regarding Franconia trial; review documents regarding same; Prepare for Franconia trial; telephone conferences regarding same | 9.75 | 340 | $3,315.00 | $145.24 | $1,416.09 |
| 12/29/2001 | Eckland | Prepare for Franconia trial | 5.25 | 340 | $1,785.00 | $145.24 | $762.51 |
| 12/29/2001 | Eckland | Prepare for Franconia trial | 5.25 | 340 | $1,785.00 | $145.24 | $762.51 |
| 12/30/2001 | Eckland | Prepare for Franconia trial | 4.75 | 340 | $1,615.00 | $145.24 | $689.89 |
| 12/30/2001 | Eckland | Prepare for Franconia trial | 4.75 | 340 | $1,615.00 | $145.24 | $689.89 |
| 12/31/2001 | Critchley | Attend meeting with M. Blando regarding exhibit project; review file regarding the same | 3.50 | 110 | $385.00 | $110.00 | $385.00 |
| 12/31/2001 | Eckland | Preparation for Franconia trial | 4.50 | 340 | $1,530.00 | $145.24 | $653.58 |
| 12/31/2001 | Blando | Discussion with expert witness; review expert witness deposition transcript; meeting with Ms. Crichtley regarding exhibits project; review materials from expert witness regarding expenses; discussion with J. Eckland regarding trial prep | 4.25 | 230 | $977.50 | $145.24 | $617.27 |
| 12/31/2001 | Pope | Meet with C. Critchley and M. Blando regarding compiling witness binders per C. Critchley | 1.00 | 75 | $75.00 | $75.00 | $75.00 |
| 12/31/2001 | Eckland | Prepare for Franconia trial; conference with M. Blando regarding same | 3.25 | 340 | $1,105.00 | $145.24 | $472.03 |
| 12/31/2001 | Critchley | Attend meeting with M. Blando regarding exhibit project; review file regarding the same | 3.50 | 110 | $385.00 | $110.00 | $385.00 |
| 12/31/2001 | Eckland | Preparation for Franconia trial | 4.50 | 340 | $1,530.00 | $145.24 | $653.58 |

**Exhibit A**