**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/31/2001 | Blando | Discussion with expert witness; review expert witness deposition transcript; meeting with Ms. Crichtley regarding exhibits project; review materials from expert witness regarding expenses; discussion with J. Eckland regarding trial prep | 4.25 | 230 | $977.50 | $145.24 | $617.27 |
| 12/31/2001 | Pope | Meet with C. Critchley and M. Blando regarding compiling witness binders per C. Critchley | 1.00 | 75 | $75.00 | $75.00 | $75.00 |
| 12/31/2001 | Eckland | Prepare for Franconia trial; conference with M. Blando regarding same | 3.25 | 340 | $1,105.00 | $145.24 | $472.03 |
| 1/1/2002 | Eckland | Preparation for Franconia trial; review deposition transcripts of J. Levy and D. Roseliep; analyze expert reports | 3.75 | 340 | $1,275.00 | $147.79 | $554.21 |
| 1/1/2002 | Eckland | Preparation for Franconia trial; review deposition transcripts of J. Levy and D. Roseliep; analyze expert reports | 3.75 | 340 | $1,275.00 | $147.79 | $554.21 |
| 1/2/2002 | Blando | Franconia trial prep; meeting with J. Eckland and W. Roberts regarding mock trial | 1.25 | 230 | $287.50 | $147.79 | $184.74 |
| 1/2/2002 | Critchley | Attend meeting with M. Blando regarding exhibits files; review exhibits regarding the same | 3.50 | 110 | $385.00 | $110.00 | $385.00 |
| 1/2/2002 | Pope | Review Plaintiffs Exhibition binder for pagination and index errors per C. Critchley | 2.25 | 75 | $168.75 | $75.00 | $168.75 |
| 1/2/2002 | Roberts | Conference with J. Eckland regarding status and strategy; mock trial prep | 4.00 | 290 | $1,160.00 | $147.79 | $591.16 |
| 1/2/2002 | Eckland | Preparation for Franconia trial; conferences with W. Roberts and M. Blando regarding mock trial; prepare for same; review deposition transcripts; analyze expert reports | 7.75 | 340 | $2,635.00 | $147.79 | $1,145.37 |
| 1/2/2002 | Critchley | Attend meeting with M. Blando regarding exhibits files; review exhibits regarding the same | 3.50 | 110 | $385.00 | $110.00 | $385.00 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/2/2002 | Pope | Review Plaintiffs Exhibition binder for pagination and index errors per C. Critchley | 2.25 | 75 | $168.75 | $75.00 | $168.75 |
| 1/2/2002 | Roberts | Conference with J. Eckland regarding status and strategy; mock trial prep | 4.00 | 290 | $1,160.00 | $147.79 | $591.16 |
| 1/2/2002 | Eckland | Preparation for Franconia trial; conferences with W. Roberts and M. Blando regarding mock trial (1-7-02); prepare for same; review deposition transcripts; analyze expert reports; prepare for Des Moines witness preparation and taping sessions | 7.75 | 340 | $2,635.00 | $147.79 | $1,145.37 |
| 1/3/2002 | Blando | Mock trial prep; research regarding Larry Anderson and Rural Development administration | 0.75 | 230 | $172.50 | $147.79 | $110.84 |
| 1/3/2002 | Eckland | Telephone conferences regarding witnesses; telephone conferences with C. Jenkins and J. Murphy regarding same and upcoming trial preparation; conferences with client regarding converted projects and trial | 11.75 | 340 | $3,995.00 | $147.79 | $1,736.53 |
| 1/3/2002 | Sorman | Label and insert tabs into case exhibit binders per C. Critchley | 1.00 | 75 | $75.00 | $75.00 | $75.00 |
| 1/3/2002 | Critchley | Attend meeting with M. Blando regarding mock trial; multiple telephone conversations with D. Duncan @ Fieldworks Minnesota regarding the same; miscellaneous conversations with document services and vendors in preparation of mock trial regarding the same | 4.50 | 110 | $495.00 | $147.79 | $665.06 |
| 1/3/2002 | Roberts | Prepare for mock trial; finalize plans for Tucker and Greenwalt preparation; review Grass Valley decision | 6.00 | 290 | $1,740.00 | $147.79 | $886.74 |
| 1/3/2002 | Murphy | Review case materials; conference with J. Eckland re trial schedule | 0.50 | 135 | $67.50 | $147.79 | $73.90 |
| 1/3/2002 | Sorman | Label and insert tabs into case exhibit binders per C. Critchley | 1.00 | 75 | $75.00 | $75.00 | $75.00 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/3/2002 | Critchley | Attend meeting with M. Blando regarding mock trial; multiple telephone conversations with D. Duncan @ Fieldworks Minnesota regarding the same; miscellaneous conversations with document services and vendors in preparation of mock trial regarding the same | 4.50 | 110 | $495.00 | $110.00 | $495.00 |
| 1/3/2002 | Roberts | Prepare for mock trial; conference with witnesses; review case law | 6.00 | 290 | $1,740.00 | $147.79 | $886.74 |
| 1/3/2002 | Murphy | Review case materials; conference with J. Eckland re trial schedule | 0.50 | 135 | $67.50 | $135.00 | $67.50 |
| 1/4/2002 | Eckland | Trial preparation; conferences regarding trial strategy; toured courtroom for Franconia trial; telephone conference with M. Blando regarding grant of cert. in Franconia | 8.00 | 340 | $2,720.00 | $147.79 | $1,182.32 |
| 1/4/2002 | Blando | Prepare for mock trial; review and analyze order granting cert.; discussion with J. Eckland and W. Roberts regarding same | 1.75 | 230 | $402.50 | $147.79 | $258.63 |
| 1/4/2002 | Blando | Discussion regarding trial schedule; draft outline of prepayment status of properties; review correspondence regarding same | 2.25 | 230 | $517.50 | $147.79 | $332.53 |
| 1/4/2002 | Tvedt | Set up and tear down VC w/ Video recording for Mock Trial for Eckland | 1.00 | 85 | $85.00 | $85.00 | $85.00 |
| 1/4/2002 | Rezac | Setup video conferencing equipment in conference room 23C | 0.50 | 85 | $42.50 | $85.00 | $42.50 |
| 1/4/2002 | Critchley | Prepare facilitation of mock trial; multiple telephone conversations with D. Duncan and G. Veldt regarding set up; attend meeting with M. Blando regarding exhibits; organize exhibits in preparation for mock trial | 4.50 | 110 | $495.00 | $110.00 | $495.00 |
| 1/4/2002 | Tvedt | Deliver and setup Elmo, projector & screen for Mock Trial for Eckland | 2.50 | 85 | $212.50 | $85.00 | $212.50 |
| 1/4/2002 | Roberts | Prepare for mock trial | 6.00 | 290 | $1,740.00 | $147.79 | $886.74 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/4/2002 | Blando | Discussion with Mr. Tucker regarding trial schedule; draft outline of prepayment status of properties; review correspondence regarding same | 2.25 | 230 | $517.50 | $147.79 | $332.53 |
| 1/4/2002 | Tvedt | Set up and tear down VC w/ Video recording for Mock Trial for Eckland | 1.00 | 85 | $85.00 | $85.00 | $85.00 |
| 1/4/2002 | Rezac | Setup video conferencing equipment in conference room 23C | 0.50 | 85 | $42.50 | $85.00 | $42.50 |
| 1/4/2002 | Critchley | Prepare facilitation of mock trial; multiple telephone conversations with D. Duncan and G. Veldt regarding set up; attend meeting with M. Blando regarding exhibits; organize exhibits in preparation for mock trial | 4.50 | 110 | $495.00 | $110.00 | $495.00 |
| 1/4/2002 | Tvedt | Deliver and setup Elmo, projector & screen for Mock Trial for Eckland | 2.50 | 85 | $212.50 | $85.00 | $212.50 |
| 1/4/2002 | Roberts | Prepare for mock trial | 6.00 | 290 | $1,740.00 | $147.79 | $886.74 |
| 1/5/2002 | Critchley | Review and assemble exhibit notebooks per M. Blando | 2.00 | 110 | $220.00 | $110.00 | $220.00 |
| 1/5/2002 | Critchley | Review and assemble exhibit notebooks per M. Blando | 2.00 | 110 | $220.00 | $110.00 | $220.00 |
| 1/6/2002 | Critchley | Review exhibit notebooks per M. Blando | 2.00 | 110 | $220.00 | $110.00 | $220.00 |
| 1/6/2002 | Roberts | Prepare for mock trial | 6.00 | 290 | $1,740.00 | $147.79 | $886.74 |
| 1/6/2002 | Ale | Review Declaration and Deposition of Dean Greenwalt; meeting with M. Blando re: mock trial preparation | 1.50 | 240 | $360.00 | $147.79 | $221.69 |
| 1/6/2002 | Critchley | Review exhibit notebooks per M. Blando | 2.00 | 110 | $220.00 | $110.00 | $220.00 |
| 1/6/2002 | Roberts | Prepare for mock trial | 6.00 | 290 | $1,740.00 | $147.79 | $886.74 |
| 1/6/2002 | Ale | Reviewed Declaration and Deposition of Dean Greenwalt; meeting with M. Blando re: mock trial preparation | 1.50 | 240 | $360.00 | $147.79 | $221.69 |
| 1/7/2002 | Eckland | Franconia mock trial; conferences with witnesses | 10.75 | 340 | $3,655.00 | $147.79 | $1,588.74 |
| 1/7/2002 | Blando | Prepare for and attend mock trial; debrief same | 11.50 | 230 | $2,645.00 | $147.79 | $1,699.59 |
| 1/7/2002 | Roberts | Conduct mock trial and debriefing | 12.00 | 290 | $3,480.00 | $147.79 | $1,773.48 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/7/2002 | Tvedt | Tear down and return Elmo, projector & screen from Mock Trial for Eckland | 2.00 | 85 | $170.00 | $85.00 | $170.00 |
| 1/7/2002 | Critchley | Attend and assist at mock trial per M. Blando | 8.00 | 110 | $880.00 | $110.00 | $880.00 |
| 1/7/2002 | Ale | Mock trial | 2.50 | 240 | $600.00 | $147.79 | $369.48 |
| 1/7/2002 | Roberts | Conduct mock trial and debriefing | 12.00 | 290 | $3,480.00 | $147.79 | $1,773.48 |
| 1/7/2002 | Tvedt | Tear down and return Elmo, projector & screen from Mock Trial for Eckland | 2.00 | 85 | $170.00 | $85.00 | $170.00 |
| 1/7/2002 | Critchley | Attend and assist at mock trial per M. Blando | 8.00 | 110 | $880.00 | $110.00 | $880.00 |
| 1/7/2002 | Ale | Mock trial | 2.50 | 240 | $600.00 | $147.79 | $369.48 |
| 1/8/2002 | Blando | Franconia trial preparation; analyze issues regarding Supreme Court brief | 8.50 | 230 | $1,955.00 | $147.79 | $1,256.22 |
| 1/8/2002 | Eckland | Assignment to M. Blando regarding informing Judge Gibson of cert. grant; telephone conferences regarding amicus assistance | 9.25 | 340 | $3,145.00 | $147.79 | $1,367.06 |
| 1/8/2002 | Tvedt | Copying video tapes for Eckland | 1.00 | 85 | $85.00 | $85.00 | $85.00 |
| 1/8/2002 | Roberts | Review Declaration and Deposition of Dean Greenwalt; meeting with M. Blando re: mock trial preparation | 5.00 | 290 | $1,450.00 | $147.79 | $738.95 |
| 1/8/2002 | Beukema | Conference with J. Eckland | 0.50 | 290 | $145.00 | $147.79 | $73.90 |
| 1/8/2002 | Roberts | Strategy conference regarding trial and Supreme Court appeal; review Supreme Court briefing on cert.; telephone conference with Karvel; organize mock trial notes, et al | 5.00 | 290 | $1,450.00 | $147.79 | $738.95 |
| 1/8/2002 | Beukema | Conference with J. Eckland | 0.50 | 290 | $145.00 | $147.79 | $73.90 |
| 1/9/2002 | Blando | Schedule and attend status conference with court regarding continuance; prepare for same; draft Joint motion; discussion with expert; analyze and outline issues for Supreme Court brief | 7.50 | 230 | $1,725.00 | $147.79 | $1,108.43 |
| 1/9/2002 | Eckland | Telephone conferences regarding amicus regarding same; telephone conferences with Franconia trial witnesses regarding postponement of trial | 7.25 | 340 | $2,465.00 | $147.79 | $1,071.48 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/9/2002 | Roberts | Study Supreme Court petition for cert., opposition and reply | 2.00 | 290 | $580.00 | $147.79 | $295.58 |
| 1/9/2002 | Critchley | Attend meeting with M. Blando regarding trial exhibit notebooks; update index regarding the same | 0.50 | 110 | $55.00 | $110.00 | $55.00 |
| 1/9/2002 | Northrop | Label exhibit notebooks per C. Critchley | 1.25 | 75 | $93.75 | $75.00 | $93.75 |
| 1/9/2002 | Critchley | Attend meeting with M. Blando regarding trial exhibit notebooks; update index regarding the same | 0.50 | 110 | $55.00 | $147.79 | $73.90 |
| 1/9/2002 | Northrop | Label exhibit notebooks per C. Critchley | 1.25 | 75 | $93.75 | $75.00 | $93.75 |
| 1/10/2002 | Blando | Franconia trial wrap-up; discussion with J. Eckland regarding Supreme Court brief; draft status letter to clients; draft Joint Stipulation regarding Franconia trial; meeting with W. Roberts and C. Chritchley regarding closing out trial; review rules regar | 3.50 | 230 | $805.00 | $147.79 | $517.27 |
| 1/10/2002 | Eckland | Telephone conferences regarding Franconia Supreme Court appeal; telephone conference with G. Karvel regarding damage analysis | 9.25 | 340 | $3,145.00 | $147.79 | $1,367.06 |
| 1/10/2002 | Driscoll | Tape--Litigation Insights--Critchley | 5.00 | 1 | $5.00 | $147.79 | $738.95 |
| 1/10/2002 | Driscoll | Tape--Litigation Insights--Critchley | 3.50 | 1 | $3.50 | $147.79 | $517.27 |
| 1/11/2002 | Eckland | Telephone conferences regarding Franconia Supreme Court appeal; telephone conference with G. Karvel regarding damage analysis | 2.5 | 340 | $850.00 | $147.79 | $369.48 |
| 1/11/2002 | Blando | Draft status letter to clients; draft Joint Stipulation regarding Franconia trial; Franconia trial wrap-up; analyze & outline issues for Supreme Court brief | 2.75 | 230 | $632.50 | $147.79 | $406.42 |
| 1/11/2002 | Critchley | Attend meeting with M. Blando and W. Roberts regarding file; create index regarding trial materials | 4.75 | 110 | $522.50 | $147.79 | $702.00 |
| 1/12/2002 | Eckland | Analyze strategy for Supreme Court brief in Franconia; review cert. petition briefs regarding same; research regarding "elimination" of contract right cases | 7.00 | 340 | $2,380.00 | $147.79 | $1,034.53 |
| 1/13/2002 | Eckland | Research regarding Supreme Court brief; analyze pleadings regarding same | 2.00 | 340 | $680.00 | $147.79 | $295.58 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/14/2002 | Blando | Meeting with team in Franconia regarding wrap-up; meeting with J. Eckland and W. Roberts regarding Supreme Court brief; discussion with opposing counsel regarding stipulation in Franconia | 1.50 | 230 | $345.00 | $147.79 | $221.69 |
| 1/14/2002 | Roberts | Conference regarding Franconia; analyze cert. order and implications; organize files and telephone conference with clients | 5.00 | 290 | $1,450.00 | $147.79 | $738.95 |
| 1/14/2002 | Critchley | Attend meeting with J. Eckland regarding preparation of mock oral argument; multiple telephone conversations regarding the same | 0.50 | 110 | $55.00 | $147.79 | $73.90 |
| 1/14/2002 | McCullough | Organize conference room 25E per C. Critchley | 1.50 | 75 | $112.50 | $147.79 | $221.69 |
| 1/14/2002 | Northrop | Confer with D. McCullough re: organizing 25E per C. Critchley | 5.00 | 75 | $375.00 | $147.79 | $738.95 |
| 1/14/2002 | Critchley | Attend meeting with J. Eckland regarding preparation of mock oral argument; multiple telephone conversations regarding the same | 0.50 | 110 | $55.00 | $147.79 | $73.90 |
| 1/14/2002 | McCullough | Organize conference room 25E per C. Critchley | 3.00 | 75 | $225.00 | $147.79 | $443.37 |
| 1/14/2002 | Northrop | Confer with D. McCullough re: organizing 25E per C. Critchley | 1.25 | 75 | $93.75 | $147.79 | $184.74 |
| 1/15/2002 | Roberts | Conference regarding Supreme Court briefing and legal research and strategy; review Supreme Court and other key case law and briefing | 3.00 | 290 | $870.00 | $147.79 | $443.37 |
| 1/15/2002 | Eckland | Work on Supreme Court appeal; telephone message from J. Wheaton regarding research assistance from E. Rice; telephone messages from G. Karvel regarding damage analysis | 0.50 | 340 | $170.00 | $147.79 | $73.90 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/15/2002 | Blando | Contact Supreme Court regarding oral argument schedule issues; update legal research for Supreme Court brief; contact Solicitor General counsel regarding appendix; review Supreme Court rules; discussion with E. Rice regarding research | 3.50 | 230 | $805.00 | $147.79 | $517.27 |
| 1/15/2002 | Critchley | Review trial exhibits per M. Blando | 0.50 | 110 | $55.00 | $147.79 | $73.90 |
| 1/15/2002 | McCullough | Organize conference room 25E per C. Critchley | 3.50 | 75 | $262.50 | $147.79 | $517.27 |
| 1/15/2002 | Critchley | Review trial exhibits per M. Blando | 1.50 | 110 | $165.00 | $147.79 | $221.69 |
| 1/15/2002 | McCullough | Organize conference room 25E per C. Critchley | 1.00 | 75 | $75.00 | $147.79 | $147.79 |
| 1/16/2002 | Eckland | Work on Supreme Court appeal | 1.00 | 340 | $340.00 | $147.79 | $147.79 |
| 1/16/2002 | Blando | Various admin. matters regarding Supreme Court brief | 1.50 | 230 | $345.00 | $147.79 | $221.69 |
| 1/16/2002 | Roberts | Conference with J. Eckland regarding further work required; follow-up to same | 1.50 | 290 | $435.00 | $147.79 | $221.69 |
| 1/16/2002 | Critchley | Organize room in preparation for trial indexing per M. Blando | 0.25 | 110 | $27.50 | $147.79 | $36.95 |
| 1/16/2002 | Critchley | Organize room in preparation for trial indexing per M. Blando | 6.50 | 110 | $715.00 | $147.79 | $960.64 |
| 1/17/2002 | Savin | Telephone conference with J. Eckland and follow-up regarding briefing | 8.25 | 330 | $2,722.50 | $147.79 | $1,219.27 |
| 1/17/2002 | Blando | Review cert. petition and analyze issues for strategy and brief; review legal research | 1.00 | 230 | $230.00 | $147.79 | $147.79 |
| 1/17/2002 | Eckland | Telephone conferences and messages regarding constitutional law treatise and other matters, work on Supreme Court brief | 1.00 | 340 | $340.00 | $147.79 | $147.79 |
| 1/17/2002 | French | Read cert. briefs; conference with W. Roberts | 4.00 | 400 | $1,600.00 | $147.79 | $591.16 |
| 1/17/2002 | French | Read cert. briefs; conference with W. Roberts | 3.50 | 400 | $1,400.00 | $147.79 | $517.27 |
| 1/18/2002 | Eckland | Work on Franconia U.S. Supreme Court brief; conference with M. Blando regarding project assignments and strategy regarding Supreme Court brief; analyze case law regarding same | 0.50 | 340 | $170.00 | $147.79 | $73.90 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/18/2002 | Blando | Conduct legal research regarding Supreme Court brief; discussion with J. Eckland regarding same; compile governments potential cases | 10.25 | 230 | $2,357.50 | $147.79 | $1,514.85 |
| 1/19/2002 | Blando | Conduct legal research for Supreme Court brief | 3.00 | 230 | $690.00 | $147.79 | $443.37 |
| 1/19/2002 | Eckland | Work on Franconia U.S. Supreme Court brief | 1.50 | 340 | $510.00 | $147.79 | $221.69 |
| 1/21/2002 | Blando | Meeting with J. Eckland regarding Supreme Court brief; obtain briefs from Winstar; conduct legal research; conduct research regarding grant of cert. | 4.5 | 230 | $1,035.00 | $147.79 | $665.06 |
| 1/21/2002 | Kolling | Review of certiorari petitions in FMHA Tucker Act v. U.S. | 4.00 | 135 | $540.00 | $147.79 | $591.16 |
| 1/22/2002 | Blando | Outline and draft Supreme Court brief; discussion with E. Rice regarding research project; review research and analyze arguments | 3.75 | 230 | $862.50 | $147.79 | $554.21 |
| 1/22/2002 | Eckland | Work on Franconia U.S. Supreme Court brief | 9.25 | 340 | $3,145.00 | $147.79 | $1,367.06 |
| 1/23/2002 | Blando | Discussion with J. Eckland regarding developments; analyze arguments and review research for Supreme Court brief; generate list of key cases for oral argument project | 1.25 | 230 | $287.50 | $147.79 | $184.74 |
| 1/23/2002 | Eckland | Work on Franconia Supreme Court brief | 3.50 | 340 | $1,190.00 | $147.79 | $517.27 |
| 1/23/2002 | Kolling | Meeting with J. Eckland and research re Supreme Court oral argument transcripts | 3.50 | 135 | $472.50 | $147.79 | $517.27 |
| 1/23/2002 | Critchley | Review key contact folders per J. Eckland and W. Roberts; multiple telephone conversations regarding mock trial preparation per J. Eckland | 3.00 | 110 | $330.00 | $147.79 | $443.37 |
| 1/23/2002 | Critchley | Review key contact folders per J. Eckland and W. Roberts; multiple telephone conversations regarding mock trial preparation per J. Eckland | 7.00 | 110 | $770.00 | $147.79 | $1,034.53 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/24/2002 | Kolling | Research re Supreme Court oral argument transcripts | 4.00 | 135 | $540.00 | $147.79 | $591.16 |
| 1/24/2002 | Eckland | Telephone conference regarding damage analyses; work on Supreme Court brief | 7.50 | 340 | $2,550.00 | $147.79 | $1,108.43 |
| 1/24/2002 | Blando | Work on Supreme Court Joint Appendix; research issues for Supreme Court brief | 4.00 | 230 | $920.00 | $147.79 | $591.16 |
| 1/25/2002 | Eckland | Research case law regarding U.S. Supreme Court brief; conferences regarding same; work on same | 1.50 | 340 | $510.00 | $147.79 | $221.69 |
| 1/25/2002 | Blando | Discussion with printer regarding Joint appendix and Supreme Court brief; analyze issues filing Joint appendix; review research and outline issues for brief; review various prepayment correspondence | 6.50 | 230 | $1,495.00 | $147.79 | $960.64 |
| 1/25/2002 | Pope | Copy documents; outsource documents; distribute documents; review documents for missing dates; update R. Vaccaros index per C. Critchley | 6.50 | 75 | $487.50 | $147.79 | $960.64 |
| 1/25/2002 | Critchley | Research and visit areas of interest in preparation for mock trial per J. Eckland; attend meeting with J. Eckland and W. Roberts regarding key contact files; review documents and update matrix regarding the same | 4.25 | 110 | $467.50 | $147.79 | $628.11 |
| 1/25/2002 | Critchley | Research and visit areas of interest in preparation for mock trial per J. Eckland; attend meeting with J. Eckland and W. Roberts regarding key contact files; review documents and update matrix regarding the same | 1.00 | 110 | $110.00 | $147.79 | $147.79 |
| 1/26/2002 | Eckland | Work on Franconia U.S. Supreme Court brief | 3.75 | 340 | $1,275.00 | $147.79 | $554.21 |
| 1/27/2002 | Blando | Analyze and outline issues for Supreme Court brief | 2.75 | 230 | $632.50 | $147.79 | $406.42 |
| 1/27/2002 | Eckland | Work on Franconia U.S. Supreme Court brief | 1.25 | 340 | $425.00 | $147.79 | $184.74 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/28/2002 | Kolling | Review of Supreme Court decisions and oral arguments | 6.25 | 135 | $843.75 | $147.79 | $923.69 |
| 1/28/2002 | Eckland | Conference with Mr. Blando regarding outline of Supreme Court Brief | 6.25 | 340 | $2,125.00 | $147.79 | $923.69 |
| 1/28/2002 | Kolling | Review of Supreme Court oral arguments; research Supreme Court direction to lower court upon remand | 7.25 | 135 | $978.75 | $147.79 | $1,071.48 |
| 1/28/2002 | Blando | Discussion with J. Eckland regarding Supreme Court brief; review research and analyze issues; draft brief | 6.50 | 230 | $1,495.00 | $147.79 | $960.64 |
| 1/29/2002 | Kolling | Research re Supreme Court direction to lower court upon remand | 7.25 | 135 | $978.75 | $147.79 | $1,071.48 |
| 1/29/2002 | Eckland | Research case law regarding contract claims and briefs anticipatory repudiation for U.S. Supreme Court brief | 0.75 | 340 | $255.00 | $147.79 | $110.84 |
| 1/29/2002 | Blando | Contact opposing counsel and court regarding Joint Appendix; review new cases and conduct legal research for Supreme Court brief; outline and draft brief; review treatises regarding Anticipatory repudiation | 7.50 | 230 | $1,725.00 | $147.79 | $1,108.43 |
| 1/30/2002 | Eckland | Conference with G. Karvel regarding Damage Analyses | 8.00 | 340 | $2,720.00 | $147.79 | $1,182.32 |
| 1/30/2002 | Blando | Discussion with J. Eckland regarding Supreme Court brief; review decision and treatises; outline brief | 11.25 | 230 | $2,587.50 | $147.79 | $1,662.64 |
| 1/31/2002 | Eckland | Research regarding U.S. Supreme Court brief | 2.00 | 340 | $680.00 | $147.79 | $295.58 |
| 1/31/2002 | Blando | Outline and draft Supreme Court brief; discussion with various owners regarding various issues | 4.25 | 230 | $977.50 | $147.79 | $628.11 |
| 1/31/2002 | Roberts | Draft Revised Joint Stip; matrix edits; conference with J. Eckland regarding Supreme Court Brief | 0.75 | 290 | $217.50 | $147.79 | $110.84 |
| 2/1/2002 | Pope | Organize 25E; box 25E; create index of 25E per C. Critchley | 9.00 | 75 | $675.00 | $147.79 | $1,330.11 |
| 2/1/2002 | Taylor | Legal research re Supreme Court appeal | 6.75 | 270 | $1,822.50 | $147.79 | $997.58 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/1/2002 | Blando | Draft, outline and review Supreme Court brief; review and analyze decisions | 6.75 | 230 | $1,552.50 | $147.79 | $997.58 |
| 2/1/2002 | Taylor | Work on supplemental briefing in Adams; legal research re Supreme Court appeal | 4.50 | 270 | $1,215.00 | $147.79 | $665.06 |
| 2/1/2002 | Taylor | Work on supplemental briefing in Adams; legal research re Supreme Court appeal | 4.25 | 270 | $1,147.50 | $147.79 | $628.11 |
| 2/2/2002 | Eckland | Draft outline for Franconia U.S. Supreme Court brief; research case law regarding same; analyze strategy and pleadings regarding U.S. Supreme Courts framing of the issues; telephone message to M. Blando regarding same | 5.00 | 340 | $1,700.00 | $147.79 | $738.95 |
| 2/2/2002 | Blando | Draft and revise Supreme Court brief | 11.75 | 230 | $2,702.50 | $147.79 | $1,736.53 |
| 2/3/2002 | Eckland | Analyze case law regarding Franconia U.S. Supreme Court brief; continue work on same | 7.50 | 340 | $2,550.00 | $147.79 | $1,108.43 |
| 2/3/2002 | Blando | Draft and revise Supreme Court brief; discussion with J. Eckland; review and analyze decisions | 1.50 | 230 | $345.00 | $147.79 | $221.69 |
| 2/4/2002 | Eckland | Review Winstar statute of limitations related briefs; work on U.S. Supreme Court brief in Franconia; telephone messages with M. Blando regardig same. | 8.50 | 340 | $2,890.00 | $147.79 | $1,256.22 |
| 2/4/2002 | Pope | Organize 25E; revise index per C. Critchley | 2.50 | 75 | $187.50 | $147.79 | $369.48 |
| 2/4/2002 | Blando | Draft and revise Supreme Court brief; review research; prepare outline | 4.50 | 230 | $1,035.00 | $147.79 | $665.06 |
| 2/5/2002 | Pope | Organize 25E; revise index per C. Critchley | 1.00 | 75 | $75.00 | $147.79 | $147.79 |
| 2/5/2002 | Blando | Draft and revise Supreme Court brief | 1.25 | 230 | $287.50 | $147.79 | $184.74 |
| 2/5/2002 | Eckland | Conference with M. Kolling regarding U.S. Supreme Court brief research assignments | 13.50 | 340 | $4,590.00 | $147.79 | $1,995.17 |
| 2/6/2002 | Eckland | Conference with M. Kolling regarding research on Section 2501 Supreme Court case law damage analyses | 1.00 | 340 | $340.00 | $147.79 | $147.79 |
| 2/6/2002 | Blando | Draft and outline Supreme Court brief; review research; discussions regarding Supreme Court brief; discussion with Solicitor General's office regarding brief & appendix | 13.50 | 230 | $3,105.00 | $147.79 | $1,995.17 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/6/2002 | Roberts | Conference with J. Eckland regarding Supreme Court brief | 7.75 | 290 | $2,247.50 | $147.79 | $1,145.37 |
| 2/7/2002 | Blando | Outline and draft Supreme Court brief; review decisions; discussion with J. Eckland | 9.75 | 230 | $2,242.50 | $147.79 | $1,440.95 |
| 2/7/2002 | Taylor | Legal research related to Supreme Court appeal; research re 28 U.S.C. 2501 | 6.50 | 270 | $1,755.00 | $147.79 | $960.64 |
| 2/7/2002 | Eckland | Research regarding Franconia U.S. Supreme Court brief; conferences with M. Blando regarding same; revise and edit same; telephone message regarding amicus assistance | 4.50 | 340 | $1,530.00 | $147.79 | $665.06 |
| 2/7/2002 | Northrop | Organize and file documents in 25E; review documents and update Adams index per C. Critchley | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 2/8/2002 | Eckland | Conferences regarding SupremeCourt Brief; work on same | 4.50 | 340 | $1,530.00 | $147.79 | $665.06 |
| 2/8/2002 | Blando | Outline and draft Supreme Court brief; review legal research; discussion with J. Eckland | 7.50 | 230 | $1,725.00 | $147.79 | $1,108.43 |
| 2/8/2002 | Pope | Review Franconia room index; review 25E with J. Northrop and C. Critchley; revise index; review Adams documents for non-governmental documents per C. Critchley | 0.10 | 75 | $7.50 | $147.79 | $14.78 |
| 2/8/2002 | Taylor | Legal research re 28 U.S.C. 2501 | 6.25 | 270 | $1,687.50 | $147.79 | $923.69 |
| 2/8/2002 | Murphy | Phone call with J. Eckland regarding document review project | 5.50 | 135 | $742.50 | $135.00 | $742.50 |
| 2/9/2002 | Eckland | Revise and edit Franconia U.S. Supreme Court brief; research regarding same; conference with M. Blando regarding same | 9.00 | 340 | $3,060.00 | $147.79 | $1,330.11 |
| 2/10/2002 | Eckland | Research regarding Franconia U.S. Supreme Court brief; revise and edit same; telephone messages regarding same; review notes regarding same | 12.50 | 340 | $4,250.00 | $147.79 | $1,847.38 |
| 2/10/2002 | Blando | Outline, draft and revise Supreme Court brief; conduct legal research; analyze issues and strategy | 13.75 | 230 | $3,162.50 | $147.79 | $2,032.11 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/11/2002 | Eckland | Research regarding Franconia U.S. Supreme Court brief; revise and edit same; telephone messages regarding same; review notes regarding same | 1.80 | 340 | $612.00 | $147.79 | $266.02 |
| 2/11/2002 | Blando | Outline, draft and revise Supreme Court brief; prepare file and serve motion to dispense with Joint Appendix; discussion with J. Eckland regarding amicus briefs | 12.25 | 230 | $2,817.50 | $147.79 | $1,810.43 |
| 2/11/2002 | Murphy | Review pre-1979 files for J. Eckland; memo regarding same | 1.00 | 135 | $135.00 | $135.00 | $243.00 |
| 2/12/2002 | Eckland | Work on Franconia Supreme Court brief | 13.75 | 340 | $4,675.00 | $147.79 | $2,032.11 |
| 2/12/2002 | Kolling | Research re Supreme Court oral arguments; review of April oral argument schedule | 2.75 | 135 | $371.25 | $147.79 | $406.42 |
| 2/12/2002 | Blando | Draft and revise Supreme Court brief; review and analyze legal research; discussion with J. Eckland | 0.50 | 230 | $115.00 | $147.79 | $73.90 |
| 2/12/2002 | Rice | Continue review and analysis of case law, particularly Preseault line; office conferene with M. Blando regarding status of research; draft e-mail to M. Blando regarding same | 3.00 | 185 | $555.00 | $147.79 | $443.37 |
| 2/13/2002 | Wildung | Review and comment on draft Supreme Court brief | 12.00 | 360 | $4,320.00 | $147.79 | $1,773.48 |
| 2/13/2002 | Roberts | Review and edit draft Supreme Court brief | 9.75 | 290 | $2,827.50 | $147.79 | $1,440.95 |
| 2/13/2002 | Eckland | Draft correspondence to L. Brown regarding U.S. Supreme Court brief; telephone conferences with L. Brown | 5.50 | 340 | $1,870.00 | $147.79 | $812.85 |
| 2/13/2002 | Blando | Draft and revise Supreme Court brief; analyze issues and arguments; prepare draft for distribution; discussion with J. Eckland | 1.25 | 230 | $287.50 | $147.79 | $184.74 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/13/2002 | Vaccaro | Travel to and from University of Minnesota Law Library for the purpose of researching legislative history; research and review legislative history regarding consideration of prepayment retroactivity amendments; discussion with W. Roberts regarding same | 10.25 | 135 | $1,383.75 | $135.00 | $1,383.75 |
| 2/13/2002 | Kolling | Research regarding ripeness of claims | 2.25 | 135 | $303.75 | $135.00 | $303.75 |
| 2/14/2002 | Eckland | Telephone conference regarding Section 515 regulatory history and OGC opinions; revise and edit Franconia U.S. Supreme Court brief; research regarding same | 15.25 | 340 | $5,185.00 | $147.79 | $2,253.80 |
| 2/14/2002 | Wildung | Review and comment on draft Supreme Court brief | 0.50 | 360 | $180.00 | $147.79 | $73.90 |
| 2/14/2002 | Blando | Draft and revise Supreme Court brief; review and incorporate comments; review and analyze research; discussion with J. Eckland | 4.00 | 230 | $920.00 | $147.79 | $591.16 |
| 2/14/2002 | Roberts | Legal research regarding Supreme Court Brief; conference with J. Eckland regarding same | 0.50 | 290 | $145.00 | $147.79 | $73.90 |
| 2/14/2002 | Taylor | Legal research re Supreme Court appeal | 0.75 | 270 | $202.50 | $147.79 | $110.84 |
| 2/14/2002 | Critchley | Telephone conversation with M. Blando regarding file; run report regarding cite check of brief | 4.00 | 110 | $440.00 | $110.00 | $440.00 |
| 2/14/2002 | Vaccaro | Revise legislative history/retroactivity section of brief; discussion regarding prepayment regulation assignment | 1.50 | 135 | $202.50 | $135.00 | $202.50 |
| 2/14/2002 | Kolling | Research of ripeness of claims | 1.00 | 135 | $135.00 | $135.00 | $135.00 |
| 2/15/2002 | Beukema | Franconia: Review draft of Supreme Court brief, and comments to J. Eckland re same | 8.50 | 290 | $2,465.00 | $147.79 | $1,256.22 |
| 2/15/2002 | Wildung | Conference with J. Eckland re comments on draft Supreme Court brief; review same (revised version) | 0.50 | 360 | $180.00 | $147.79 | $73.90 |
| 2/15/2002 | Blando | Draft and revise Supreme Court brief; review and analyze legal research; discussion with J. Eckland | 7.00 | 230 | $1,610.00 | $147.79 | $1,034.53 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/15/2002 | Roberts | Legal research and conference with J. Eckland regarding Supreme Court Brief | 12.25 | 290 | $3,552.50 | $147.79 | $1,810.43 |
| 2/15/2002 | Taylor | Legal research re Supreme Court appeal | 2.00 | 270 | $540.00 | $147.79 | $295.58 |
| 2/15/2002 | Eckland | Revise and edit Franconia U.S. Supreme Court briefs; research regarding Supreme Court brief, including revisions and drafting; conferences regarding same | 1.50 | 340 | $510.00 | $147.79 | $221.69 |
| 2/15/2002 | Vaccaro | Research 1972-1979 CFR provisions regarding prepayment; discussions with W. Roberts regarding same | 6.00 | 135 | $810.00 | $135.00 | $810.00 |
| 2/15/2002 | Critchley | Attend meeting with M. Blando regarding cite checking brief; run report regarding the same | 7.50 | 110 | $825.00 | $110.00 | $825.00 |
| 2/15/2002 | Kolling | Research regarding ripeness of claims; Supreme Court standard on accepting plaintiff claims in motion to dismiss complaint; anticipatory repudiation and forbearance to repudiate | 9.25 | 135 | $1,248.75 | $135.00 | $1,248.75 |
| 2/16/2002 | Blando | Draft and revise Supreme Court brief | 10.50 | 230 | $2,415.00 | $147.79 | $1,551.80 |
| 2/16/2002 | Eckland | Revise and edit Franconia U.S. Supreme Court brief; research regarding same; conferences regarding same | 15.00 | 340 | $5,100.00 | $147.79 | $2,216.85 |
| 2/17/2002 | Blando | Draft and revise Supreme Court brief; review legal research; discussion with J. Eckland | 3.50 | 230 | $805.00 | $147.79 | $517.27 |
| 2/17/2002 | Eckland | Draft, revise, and edit Franconia U.S. Supreme Court brief; conferences with L. Brown regarding same; conferences with M. Blando regarding same; research regarding same; telephone message from L. Brown regarding same | 1.25 | 340 | $425.00 | $147.79 | $184.74 |
| 2/17/2002 | Critchley | Cite check brief | 14.50 | 110 | $1,595.00 | $110.00 | $1,595.00 |
| 2/18/2002 | Schnell, Jr. | Review and comment on brief to US Supreme Court and e-mails regarding same | 16.75 | 360 | $6,030.00 | $147.79 | $2,475.48 |
| 2/18/2002 | Blando | Draft and revise Supreme Court brief; review legal research; analyze issues and arguments | 2.50 | 230 | $575.00 | $147.79 | $369.48 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/18/2002 | Eckland | Draft, revise, and edit Franconia U.S. Supreme Court brief; conference with J. French regarding same; telephone conference with L. Brown regarding same; conferences with M. Blando regarding same; conference with W. Wildung regarding same | 2.00 | 340 | $680.00 | $147.79 | $295.58 |
| 2/18/2002 | Critchley | Multiple telephone conversations with M. Blando regarding filing of brief; cite check brief per M. Blando | 8.00 | 110 | $880.00 | $110.00 | $880.00 |
| 2/18/2002 | French | Read and comment on draft Supreme Court brief | 10.75 | 400 | $4,300.00 | $147.79 | $1,588.74 |
| 2/19/2002 | Blando | Revise, finalize, file and serve Supreme Court brief; compile research files; review filed version of brief | 0.50 | 230 | $115.00 | $147.79 | $73.90 |
| 2/19/2002 | Eckland | Revise and edit Franconia U.S. Supreme Court brief; conference with J. French regarding same; conferences with M. Blando regarding same; conferences with R. Vaccaro regarding research regarding same | 2.50 | 340 | $850.00 | $147.79 | $369.48 |
| 2/20/2002 | Schnell, Jr. | Meeting with J. Eckland regarding brief, arguments about legal issues in Supreme Court and status of case | 5.25 | 360 | $1,890.00 | $147.79 | $775.90 |
| 2/20/2002 | Blando | Discussion with J. Eckland regarding Supreme Court oral argument; review and distribute Supreme Court brief; discuss upcoming deadlines | 5.25 | 230 | $1,207.50 | $147.79 | $775.90 |
| 2/20/2002 | Kolling | Research regarding Supreme Court oral argument transcript | 7.50 | 135 | $1,012.50 | $147.79 | $1,108.43 |
| 2/20/2002 | Eckland | Conference with R. Schnell regarding U.S. Supreme Court brief; conference with J. Beukema regarding same; conferences with M. Blando regarding same; telephone message from L. Brown regarding same | 4.00 | 340 | $1,360.00 | $147.79 | $591.16 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/21/2002 | Eckland | Analyze issues for docket; telephone conferences with M. Blando regarding 1989 legislation; preparation for U.S. Supreme Court argument and Franconia reply brief; conference with W. Wildung regarding Franconia | 11.25 | 340 | $3,825.00 | $147.79 | $1,662.64 |
| 2/21/2002 | Blando | Discussion with J. Eckland and conduct legal research for reply brief on conditions precedent; review and analyze 1989 legislation | 4.00 | 230 | $920.00 | $147.79 | $591.16 |
| 2/21/2002 | Eckland | Draft correspondence to clients regarding U.S. Supreme Court brief and argument; preparation for U.S. Supreme Court argument; research regarding same; telephone messages with M. Kolling regarding | 0.50 | 340 | $170.00 | $147.79 | $73.90 |
| 2/21/2002 | Kolling | Research regarding Supreme Court oral argument transcripts; drafting letter to Supreme Court federal marshalls office | 8.25 | 135 | $1,113.75 | $147.79 | $1,219.27 |
| 2/21/2002 | Wildung | Conference with J. Eckland regarding issues for reply brief relating to conditions precedent and subsequent, various hypotheticals | 10.25 | 360 | $3,690.00 | $147.79 | $1,514.85 |
| 2/22/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; research regarding same | 3.75 | 340 | $1,275.00 | $147.79 | $554.21 |
| 2/22/2002 | Eckland | Telephone conferences with clients regarding damage issues and status updates; research regarding Franconia U.S. Supreme Court arguments; preparation for same | 2.50 | 340 | $850.00 | $147.79 | $369.48 |
| 2/23/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument | 2.00 | 340 | $680.00 | $147.79 | $295.58 |
| 2/23/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument | 3.25 | 340 | $1,105.00 | $147.79 | $480.32 |
| 2/24/2002 | Blando | Review and analyze filed version of Supreme Court brief; analyze issues for oral argument and reply | 3.25 | 230 | $747.50 | $147.79 | $480.32 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/24/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument | 12.75 | 340 | $4,335.00 | $147.79 | $1,884.32 |
| 2/25/2002 | Blando | Various projects in preparation for Supreme Court oral argument and reply brief; docket upcoming deadlines; discussion with J. Eckland regarding issues for reply brief and oral argument; prepare compilation of cases and memos; review same | 0.50 | 230 | $115.00 | $147.79 | $73.90 |
| 2/25/2002 | Eckland | Telephone conferences with clients regarding damage issues and status updates; research regarding Franconia U.S. Supreme Court arguments; preparation for same | 11.75 | 340 | $3,995.00 | $147.79 | $1,736.53 |
| 2/25/2002 | Vaccaro | Research prepayment provisions in 7 C.F.R. 1965 for the purpose of preparing hard copy of ELIHPA legislation | 4.00 | 135 | $540.00 | $135.00 | $540.00 |
| 2/26/2002 | Eckland | Observe U.S. Supreme Court arguments; telephone conferences regarding same; preparation for Franconia U.S. Supreme Court argument; telephone messages regarding U.S. Supreme Court argument | 1.00 | 340 | $340.00 | $147.79 | $147.79 |
| 2/26/2002 | Blando | Various projects in preparation for Supreme Court oral argument and reply brief; discussion with J. Eckland regarding same; discussion with B. Roberts regarding Supreme Court argument; docket deadlines | 4.00 | 230 | $920.00 | $147.79 | $591.16 |
| 2/26/2002 | Northrop | File Key Contact files back to War Room per C. Critchley | 1.00 | 75 | $75.00 | $75.00 | $75.00 |
| 2/27/2002 | Eckland | Observe U.S. Supreme Court arguments in Chevron v. Echazabal and Corey v. Saffold; conference regarding mock argument and COFC panel; preparation for Franconia U.S. Supreme Court argument; telephone conference with | 9.25 | 340 | $3,145.00 | $147.79 | $1,367.06 |
| 2/27/2002 | Kolling | Research regarding issues in Supreme Court appeal | 6.00 | 135 | $810.00 | $135.00 | $810.00 |