**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/27/2002 | Blando | Discussion with M. Kolling regarding research issues; telephone conference with J. Eckland regarding Supreme Court oral argument; review and analyze 78 and 79 regulations for copying | 3.00 | 230 | $690.00 | $147.79 | $443.37 |
| 2/28/2002 | Roberts | Telephone conference with JHE | 1.00 | 290 | $290.00 | $147.79 | $147.79 |
| 2/28/2002 | Taylor | Research re Supreme Court Argument | 5.50 | 270 | $1,485.00 | $147.79 | $812.85 |
| 2/28/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; telephone conferences with M. Kolling and W. Roberts regarding same; telephone message to M. Blando regarding same; review U.S. Supreme Court briefs; study case law | 12.5 | 340 | $4,250.00 | $147.79 | $1,847.38 |
| 2/28/2002 | Kolling | Research regarding strategy provisions in Winstar and Mobil Oil | 5.50 | 135 | $742.50 | $135.00 | $742.50 |
| 3/1/2002 | Eckland | Conference regarding Franconia strategy and mock argument; draft memo regarding same; outline U.S. Supreme Court argument; review briefs; telephone message from M. Kolling | 6.00 | 340 | $2,040.00 | $147.79 | $886.74 |
| 3/1/2002 | Critchley | Attend meeting with LTS regarding document organization; telephone conversation with William Mitchell School of Law regarding preparation of mock trial | 1.50 | 110 | $165.00 | $110.00 | $165.00 |
| 3/2/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument | 5.50 | 340 | $1,870.00 | $147.79 | $812.85 |
| 3/3/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument | 1.75 | 340 | $595.00 | $147.79 | $258.63 |
| 3/4/2002 | Critchley | Telephone conversation with J. Eckland regarding Franconia file; review pleadings per J. Eckland; telephone conversation with J. Nelson regarding file; telephone conversation with William Mitchell School of Law regarding mock trial preparation | 1.50 | 110 | $165.00 | $110.00 | $165.00 |
| 3/4/2002 | Taylor | Legal research re Supreme Court briefing | 8.00 | 270 | $2,160.00 | $147.79 | $1,182.32 |
| 3/4/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; research regarding same | 5.50 | 340 | $1,870.00 | $147.79 | $812.85 |

Exhibit A

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/4/2002 | Northrop | Label and file original documents produced by government; locate and copy pleading per C. Critchley | 1.50 | 75 | $112.50 | $75.00 | $112.50 |
| 3/5/2002 | Vaccaro | Research and review 1988 and 1989 prepayment provisions in CFRs and Federal Register; discussion with M. Blando regarding same | 1.00 | 135 | $135.00 | $135.00 | $135.00 |
| 3/5/2002 | Kolling | Research regarding statutory provisions in Winstar and Mobil Oil | 5.00 | 135 | $675.00 | $135.00 | $675.00 |
| 3/5/2002 | Blando | Discussion with J. Eckland regarding various pending matters; discussion with R. Vaccaro regarding review of regulations; discussion regarding oral argument | 2.50 | 230 | $575.00 | $147.79 | $369.48 |
| 3/6/2002 | Eckland | Preparation for Franconia U.S. Supreme Court arguments; conference with M. Blando regarding strategy; telephone conference with G. Karvel regarding damage analyses | 5.25 | 340 | $1,785.00 | $147.79 | $775.90 |
| 3/6/2002 | Roberts | Telephone conference with Karvel; e-mail regarding same | 0.25 | 290 | $72.50 | $147.79 | $36.95 |
| 3/6/2002 | Blando | Meeting with J. Eckland regarding oral argument and ongoing projects | 2.00 | 230 | $460.00 | $147.79 | $295.58 |
| 3/7/2002 | Kolling | Research regarding Supreme Court oral arguments | 0.75 | 135 | $101.25 | $135.00 | $101.25 |
| 3/7/2002 | Blando | Assess potential research projects for reply brief and oral argument; discussion with J. Eckland regarding same | 0.75 | 230 | $172.50 | $147.79 | $110.84 |
| 3/7/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; telephone conference with G. Karvel regarding damage analyses; telephone message to M. Kolling regarding research | 5.75 | 340 | $1,955.00 | $147.79 | $849.79 |
| 3/8/2002 | Kolling | Research regarding Supreme Court oral arguments | 4.75 | 135 | $641.25 | $135.00 | $641.25 |
| 3/8/2002 | Eckland | Prep for Supreme Court oral argument | 1.75 | 340 | $595.00 | $147.79 | $258.63 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/8/2002 | Blando | Review Homeland Savings decision and prepare memorandum to J. Eckland and W. Roberts regarding same; meeting with R. Vaccaro regarding project analysis statutes; review and analyze regulations and chronology; various administrative matters for Supreme Court brief | 2.25 | 230 | $517.50 | $147.79 | $332.53 |
| 3/9/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; finish dictation of draft oral argument; review case law | 4.75 | 340 | $1,615.00 | $147.79 | $702.00 |
| 3/10/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; analyze Winstar opinion | 3.5 | 340 | $1,190.00 | $147.79 | $517.27 |
| 3/11/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; telephone conferences with clients regarding status updates and strategy; telephone conference regarding mock argument | 7.50 | 340 | $2,550.00 | $147.79 | $1,108.43 |
| 3/12/2002 | Kolling | Research regarding Supreme Court oral arguments; Winstar and Mobil Oil statutory provisions | 4 | 135 | $540.00 | $135.00 | $540.00 |
| 3/12/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; conferences regarding same; telephone conference with G. Karvel regarding damage analysis; research regarding Winstar | 6.75 | 340 | $2,295.00 | $147.79 | $997.58 |
| 3/12/2002 | Blando | Discussion with M. Kolling regarding status of research projects; discussion with J. Eckland regarding oral argument; review briefs regarding same | 0.75 | 230 | $172.50 | $147.79 | $110.84 |
| 3/13/2002 | Blando | Research regarding Supreme Court case; meeting with J. Eckland and W. Roberts regarding oral argument and mock argument | 1.50 | 230 | $345.00 | $147.79 | $221.69 |
| 3/13/2002 | Kolling | Research regarding Supreme Court oral arguments; Winstar and Mobil Oil statutory provisions | 7 | 135 | $945.00 | $135.00 | $945.00 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/13/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; research regarding same (Lorance v. AT&T, et al.); conferences regarding mock argument; conference with G. Karvel regarding damage analyses | 6.00 | 340 | $2,040.00 | $147.79 | $886.74 |
| 3/14/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; research regarding same; telephone conference regarding mock trial arrangements; conferences with M. Blando regarding strategy | 7.50 | 340 | $2,550.00 | $147.79 | $1,108.43 |
| 3/14/2002 | Blando | Discussion with J. Eckland regarding oral argument issues; various administrative matters | 2.25 | 230 | $517.50 | $147.79 | $332.53 |
| 3/15/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; conferences with M. Blando regarding same; review prepayment data; research regarding U.S. Supreme Court case law | 7.50 | 340 | $2,550.00 | $147.79 | $1,108.43 |
| 3/15/2002 | Blando | Discussion with R. Vaccaro regarding research project regarding regulations; discussion with J. Eckland regarding oral argument and Mock argument; assist in identifying judges for Mock argument in DC | 1.25 | 230 | $287.50 | $147.79 | $184.74 |
| 3/16/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; revise and edit oral argument | 3.25 | 340 | $1,105.00 | $147.79 | $480.32 |
| 3/17/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument | 5.25 | 340 | $1,785.00 | $147.79 | $775.90 |
| 3/18/2002 | Critchley | Review documents pertaining to appendix and addendum; telephone conversations with J. Eckland regarding mock oral argument; multiple telephone conversations with William Mitchell School of Law pertaining to the same | 3.50 | 110 | $385.00 | $110.00 | $385.00 |
| 3/18/2002 | Roberts | Study Governments Response in Supreme Court case | 3.00 | 290 | $870.00 | $147.79 | $443.37 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/18/2002 | Kolling | Research regarding statutory provisions in Winstar and Mobil Oil | 2.75 | 135 | $371.25 | $135.00 | $371.25 |
| 3/18/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; conferences regarding mock argument; telephone message from L. Brown regarding same; research regarding argument preparation | 8.25 | 340 | $2,805.00 | $147.79 | $1,219.27 |
| 3/18/2002 | Blando | Discussion with M. Kolling regarding research; discussion with J. Eckland regarding status and oral argument; various administrative matters | 1.25 | 230 | $287.50 | $147.79 | $184.74 |
| 3/18/2002 | Kolling | Research regarding calculation of damages for contract repudiation; conference with J. Eckland | 5.50 | 135 | $742.50 | $135.00 | $742.50 |
| 3/19/2002 | Blando | Conduct legal research regarding conditions, breach, repudiation and option contracts for reply brief and oral argument | 6.00 | 230 | $1,380.00 | $147.79 | $886.74 |
| 3/19/2002 | Vaccaro | Draft memo to J. Eckland, W. Roberts, and M. Blando regarding prepayment provisions in ELIHPA and current regulations | 1.25 | 135 | $168.75 | $135.00 | $168.75 |
| 3/19/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; telephone conference with L. Brown regarding same; research regarding same | 6.25 | 340 | $2,125.00 | $147.79 | $923.69 |
| 3/20/2002 | Critchley | Multiple telephone conversations with William Mitchell and J. Eckland regarding mock oral argument; attend meeting with M. Blando regarding supreme court treatises | 3.50 | 110 | $385.00 | $110.00 | $385.00 |
| 3/20/2002 | Eckland | Telephone message from L. Brown regarding regarding U.S. Supreme Court case law; draft correspondence regarding mock argument Edelman v. Lynchberg; preparation for U.S. Supreme Court argument in Franconia; preparation for mock argument; telep | 8.50 | 340 | $2,890.00 | $147.79 | $1,256.22 |

Exhibit A

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/20/2002 | Vaccaro | Revise memorandum to J. Eckland, W. Roberts and M. Blando concerning prepayment provisions; discussion with M. Blando regarding prepayment memorandum, public law table | 0.50 | 135 | $67.50 | $135.00 | $67.50 |
| 3/20/2002 | Kolling | Research regarding ripeness in contract and taking claims | 2.50 | 135 | $337.50 | $135.00 | $337.50 |
| 3/21/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; draft correspondence regarding mock argument; telephone conferences regarding prepayment statistics | 7.75 | 340 | $2,635.00 | $147.79 | $1,145.37 |
| 3/21/2002 | Blando | Discussion with W. Roberts regarding issues - arguments for reply brief and oral argument; various administrative matters | 1.50 | 230 | $345.00 | $147.79 | $221.69 |
| 3/22/2002 | Eckland | Review Governments U.S. Supreme Court brief and petitioners brief in Franconia | 2.75 | 340 | $935.00 | $147.79 | $406.42 |
| 3/22/2002 | Critchley | Attend meeting with M. Blando regarding Franconia file; review and file documents regarding the same | 1.50 | 110 | $165.00 | $147.79 | $221.69 |
| 3/22/2002 | Blando | Distribute government brief; prepare letters and memorandums regarding same; discussion with opposing counsel regarding same; review and analyze governments brief; discussion with R. Vaccaro regarding regulations project; | 3.50 | 230 | $805.00 | $147.79 | $517.27 |
| 3/23/2002 | Eckland | Conferences with M. Blando and W. Roberts regarding government's U.S. Supreme Court brief in Franconia; mock argument; miscellaneous conferences; preparation for U.S. Supreme Court argument | 6.00 | 340 | $2,040.00 | $147.79 | $886.74 |
| 3/23/2002 | Blando | Meeting with J. Eckland and W. Roberts regarding oral argument; review governments opposition | 3.25 | 230 | $747.50 | $147.79 | $480.32 |
| 3/24/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument | 5.50 | 340 | $1,870.00 | $147.79 | $812.85 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/25/2002 | Wildung | Review government brief and amicus briefs in preparation for mock argument | 2.50 | 360 | $900.00 | $147.79 | $369.48 |
| 3/25/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; conferences with M. Blando and W. Roberts regarding same; research regarding same | 9.00 | 340 | $3,060.00 | $147.79 | $1,330.11 |
| 3/25/2002 | Kolling | Research regarding ripeness in contracts and takings claims | 1.25 | 135 | $168.75 | $147.79 | $184.74 |
| 3/25/2002 | Beukema | Franconia: Review U.S. brief to Supreme Court and related papers; telephone conference with L. Brown; telephone conference with M. Blando | 4.00 | 290 | $1,160.00 | $147.79 | $591.16 |
| 3/25/2002 | French | Read briefs of government and amici | 2.50 | 400 | $1,000.00 | $147.79 | $369.48 |
| 3/25/2002 | Vaccaro | Conference with M. Blando regarding legislative history research for brief | 0.75 | 135 | $101.25 | $135.00 | $101.25 |
| 3/25/2002 | Blando | Review and analyze governments opposition; outline and draft reply brief; conduct legal research regarding conditions precedent and options; meeting with J. Eckland regarding oral argument and reply brief; meeting with W. Roberts regarding same | 12.25 | 230 | $2,817.50 | $147.79 | $1,810.43 |
| 3/26/2002 | French | Read briefs to prepare for moot court | 0.50 | 400 | $200.00 | $147.79 | $73.90 |
| 3/26/2002 | Wildung | Telephone conference with J. Beukema to discuss legal issues in preparation for oral argument | 1.00 | 360 | $360.00 | $147.79 | $147.79 |
| 3/26/2002 | Critchley | Telephone conversations at William Mitchell regarding mock oral argument per J. Eckland | 1.00 | 110 | $110.00 | $110.00 | $110.00 |
| 3/26/2002 | Vaccaro | Research and review legislative history of 28 U.S.C. 2501 and Tucker Act | 1.75 | 135 | $236.25 | $135.00 | $236.25 |
| 3/26/2002 | Beukema | Franconia: telephone conference with W. Wildung | 0.50 | 290 | $145.00 | $147.79 | $73.90 |
| 3/26/2002 | Pope | Review plaintiffs exhibit binders for duplicates; make labels; review pleadings for complaints and briefs per C. Critchley | 2.50 | 75 | $187.50 | $75.00 | $187.50 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/26/2002 | Eckland | Telephone conference with L. Brown; telephone conference regarding prepayment statistics; preparation for Franconia U.S. Supreme Court argument; research regarding same; telephone conferences with C. Critchley regarding case law notebooks | 8.75 | 340 | $2,975.00 | $147.79 | $1,293.16 |
| 3/26/2002 | Northrop | Review documents and prepare memorandum; Review documents for copying per C. Critchley | 3.50 | 75 | $262.50 | $75.00 | $262.50 |
| 3/26/2002 | Blando | Review research and draft reply brief | 9.75 | 230 | $2,242.50 | $147.79 | $1,440.95 |
| 3/27/2002 | Critchley | Coordinate mock oral argument per J. Eckland | 3.50 | 110 | $385.00 | $110.00 | $385.00 |
| 3/27/2002 | Vaccaro | Research legislative history concerning Tucker Act, Section 2501, Congressional Globe; discussion with M. Blando regarding same | 2.45 | 135 | $330.75 | $135.00 | $330.75 |
| 3/27/2002 | Wildung | Telephone conference with L. Brown; preparation for mock argument | 1.00 | 360 | $360.00 | $147.79 | $147.79 |
| 3/27/2002 | Beukema | Franconia: telephone conference with L. Brown; review amicus briefs | 0.75 | 290 | $217.50 | $147.79 | $110.84 |
| 3/27/2002 | Pope | File documents; update Franconia index; receive instruction regarding filing per C. Critchley | 2.00 | 75 | $150.00 | $75.00 | $150.00 |
| 3/27/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; conferences regarding same | 8.50 | 340 | $2,890.00 | $147.79 | $1,256.22 |
| 3/27/2002 | Northrop | Compare data sheets and prepare memo per C. Critchley | 1.75 | 75 | $131.25 | $75.00 | $131.25 |
| 3/27/2002 | Roberts | Conference with JHE regarding Supreme Court strategy etc.; telephone conference regarding mock arguments logistics | 0.50 | 290 | $145.00 | $147.79 | $73.90 |
| 3/27/2002 | Blando | Prepare for mock argument; assist regarding oral argument; review decisions; outline arguments and draft reply brief | 9.00 | 230 | $2,070.00 | $147.79 | $1,330.11 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/28/2002 | Vaccaro | Travel to and from University of Minnesota law library; research legislative history of Tucker Act, Court of Claims; review same | 4.25 | 135 | $573.75 | $135.00 | $573.75 |
| 3/28/2002 | Kolling | Research regarding ripeness in contract and takings claims | 3.00 | 135 | $405.00 | $135.00 | $405.00 |
| 3/28/2002 | Wildung | Prepare for mock oral argument; participate in mock oral argument; conferences among counsel re mock argument, facts, and issues | 4.50 | 360 | $1,620.00 | $147.79 | $665.06 |
| 3/28/2002 | Beukema | Franconia: Moot court argument and related time | 4.50 | 290 | $1,305.00 | $147.79 | $665.06 |
| 3/28/2002 | Eckland | Attendance at mock argument for Franconia U.S. Supreme Court oral argument; conferences with J. French, L. Brown, J. Beukema, W. Wildung, W. Roberts, and M. Blando regarding same; preparation for U.S. Supreme Court argument | 9.25 | 340 | $3,145.00 | $147.79 | $1,367.06 |
| 3/28/2002 | Mumford | Print documents from West Law; use plaintiffs table of authorities to eliminate duplicates; create list of documents cited; coordinate with off-site copy service to have documents copied and three-hole drilled | 7.00 | 75 | $525.00 | $75.00 | $525.00 |
| 3/28/2002 | Northrop | Attend mock oral argument per C. Critchley | 3.25 | 75 | $243.75 | $75.00 | $243.75 |
| 3/28/2002 | Roberts | Supreme Court Mock argument at Wm Mitchell | 3.00 | 290 | $870.00 | $147.79 | $443.37 |
| 3/28/2002 | French | Preparation for, and participation in, J. Eckland moot court | 3.00 | 400 | $1,200.00 | $147.79 | $443.37 |
| 3/28/2002 | Blando | Prepare for and attend mock argument; debrief same; conduct legal research and analyze issues for reply brief | 13.75 | 230 | $3,162.50 | $147.79 | $2,032.11 |
| 3/29/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; conferences with M. Blando regarding same | 6.75 | 340 | $2,295.00 | $147.79 | $997.58 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/29/2002 | Kolling | Research regarding courts obligation to accept plaintiffs claims as true for purposes of motion to dismiss; ripeness issues in taking of contract rights | 7.25 | 135 | $978.75 | $135.00 | $978.75 |
| 3/29/2002 | Lockbeam | Insure that all cited cases are included in case notebook; alphabetize cited case print outs per C. Critchley | 2.75 | 75 | $206.25 | $75.00 | $206.25 |
| 3/29/2002 | Blando | Conduct legal research and review decisions for reply brief; outline and draft reply brief | 9.25 | 230 | $2,127.50 | $147.79 | $1,367.06 |
| 3/29/2002 | Mumford | Insure that all cited documents are included on table of authorities; print documents from West Law; put cases into alphabetical order per C. Critchley | 6.75 | 75 | $506.25 | $75.00 | $506.25 |
| 3/29/2002 | Vaccaro | Travel to and from University of Minnesota law library; research and review legislative history concerning Court of Claims, statute of limitations for actions brought therein | 5.50 | 135 | $742.50 | $135.00 | $742.50 |
| 3/30/2002 | Vaccaro | Research and review legislative history concerning Court of Claims | 1.25 | 135 | $168.75 | $135.00 | $168.75 |
| 3/30/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument | 4.75 | 340 | $1,615.00 | $147.79 | $702.00 |
| 3/31/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument | 5.50 | 340 | $1,870.00 | $147.79 | $812.85 |
| 3/31/2002 | Blando | Review research and outline arguments for reply brief | 3.00 | 230 | $690.00 | $147.79 | $443.37 |
| 4/1/2002 | Vaccaro | Research and review legislative history relating to Court of Claims and Tucker Act; conference with M. Blando regarding same | 4.50 | 135 | $607.50 | $135.00 | $607.50 |
| 4/1/2002 | Rafter | Found case for Christina Critchley | 0.50 | 130 | $65.00 | $130.00 | $65.00 |
| 4/1/2002 | Critchley | Review supreme court case notebooks | 1.50 | 110 | $165.00 | $110.00 | $165.00 |
| 4/1/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; telephone conference with W. Roberts regarding research results; conference with W. Roberts regarding research assignment; conference with M. Blando regarding reply brief | 8.50 | 340 | $2,890.00 | $147.79 | $1,256.22 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/1/2002 | Pope | Receive instruction; perform quality control of case index; update case index per C. Critchley | 3.25 | 75 | $243.75 | $75.00 | $243.75 |
| 4/1/2002 | Mumford | Create notebooks of cited cases; created index of cases cited; insure all cited cases are included in notebook per C. Critchley | 6.75 | 75 | $506.25 | $75.00 | $506.25 |
| 4/1/2002 | Blando | Draft reply brief; conduct legal research and review decisions; discussion with W. Roberts and J. Eckland regarding arguments; prepare transcript of Mock argument questions | 14.50 | 230 | $3,335.00 | $147.79 | $2,142.96 |
| 4/2/2002 | Vaccaro | Travel to and from University of Minnesota Law School law library; research and review legislative history materials relating to the Tucker Act | 3.00 | 135 | $405.00 | $135.00 | $405.00 |
| 4/2/2002 | Eckland | Preparation for Franconia U.S. Supreme Court regarding mock argument (April 10) argument; telephone conference with M. Blando regarding reply brief strategy; conferences with M. Kolling regarding "lodging" prepayment statistics with Clerk of Court | 10.25 | 340 | $3,485.00 | $147.79 | $1,514.85 |
| 4/2/2002 | Kolling | Draft letter to clients regarding Supreme Court procedure; draft letter to Clerk of Court regarding lodging documents; research regarding ripeness in takings claims | 6.25 | 135 | $843.75 | $135.00 | $843.75 |
| 4/2/2002 | Roberts | Consult with J. Eckland and M. Blando regarding Franconia reply | 0.25 | 290 | $72.50 | $147.79 | $36.95 |
| 4/2/2002 | Blando | Draft reply brief; review research; analyze arguments | 8.25 | 230 | $1,897.50 | $147.79 | $1,219.27 |
| 4/2/2002 | Roberts | Consult with J. Eckland and M. Blando regarding Franconia reply | 2.00 | 290 | $580.00 | $147.79 | $295.58 |
| 4/2/2002 | Roberts | Consult with J. Eckland and M. Blando regarding Franconia reply | 2.00 | 290 | $580.00 | $147.79 | $295.58 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/3/2002 | Eckland | Conferences regarding Franconia U.S. Supreme Court reply brief; preparation for U.S. Supreme Court argument; draft model answers to mock argument questions; telephone message regarding mock argument | 9.25 | 340 | $3,145.00 | $147.79 | $1,367.06 |
| 4/3/2002 | Vaccaro | Research and read legislative history from Congressional Record regarding Tucker Act; conference with M. Blando regarding same | 3.50 | 135 | $472.50 | $135.00 | $472.50 |
| 4/3/2002 | Kolling | Research regarding the ripeness doctrine | 5.00 | 135 | $675.00 | $135.00 | $675.00 |
| 4/3/2002 | Vaccaro | Research and read legislative history from Congressional Record regarding Tucker Act; conference with M. Blando regarding same | 3.50 | 135 | $472.50 | $135.00 | $472.50 |
| 4/3/2002 | Kolling | Research regarding "as applied" takings and the ripeness doctrine | 5.00 | 135 | $675.00 | $135.00 | $675.00 |
| 4/4/2002 | Tvedt | Set up and tear down TV/VCR w/Video Camera for Eckland | 0.50 | 85 | $42.50 | $85.00 | $42.50 |
| 4/4/2002 | Eckland | Preparation for Franconia U.S. Supreme Court training for oral argument argument; conference with M. Blando regarding reply brief; revise and edit correspondence to Clerk of Court | 9.75 | 340 | $3,315.00 | $147.79 | $1,440.95 |
| 4/4/2002 | Kolling | Research regarding issues in Supreme Court appeal; research regarding lodging of documents with the Court | 4.25 | 135 | $573.75 | $135.00 | $573.75 |
| 4/4/2002 | Blando | Draft and revise reply brief; review research; dry run of oral argument with J. Eckland; discussion with printer; review and revise letter regarding judicial notice | 11.50 | 230 | $2,645.00 | $147.79 | $1,699.59 |
| 4/4/2002 | Vaccaro | Research Tucker Act legislative history; research caselaw | 1.00 | 135 | $135.00 | $135.00 | $135.00 |
| 4/5/2002 | Tvedt | Set up and tear down TV/VCR w/Video Camera for Eckland | 0.50 | 85 | $42.50 | $85.00 | $42.50 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/5/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; revise and edit reply brief; conferences regarding same; conference with L. Brown regarding same | 6.25 | 340 | $2,125.00 | $147.79 | $923.69 |
| 4/5/2002 | Kolling | Research regarding issues in Supreme Court appeal | 1.50 | 135 | $202.50 | $135.00 | $202.50 |
| 4/5/2002 | Roberts | Review Franconia Reply and comment on same | 3.00 | 290 | $870.00 | $147.79 | $443.37 |
| 4/5/2002 | Blando | Draft and revise reply brief; dry runs of oral argument | 9.00 | 230 | $2,070.00 | $147.79 | $1,330.11 |
| 4/5/2002 | Vaccaro | Research Tucker Act legislative history; discussions with M. Blando regarding same | 5.25 | 135 | $708.75 | $135.00 | $708.75 |
| 4/6/2002 | Eckland | Revise and edit Franconia U.S. Supreme Court reply brief; telephone conference with M. Blando regarding same; preparation for Franconia U.S. Supreme Court argument; analyze U.S. Supreme Court case law | 9.75 | 340 | $3,315.00 | $147.79 | $1,440.95 |
| 4/6/2002 | Blando | Edit and revise reply brief; discussion with J. Eckland regarding same | 3.25 | 230 | $747.50 | $147.79 | $480.32 |
| 4/6/2002 | Vaccaro | Research caselaw regarding new claims not raised on appeal; review and revise reply brief sections concerning statutes of limitation; discussion with M. Blando regarding same; voicemail to J. Eckland regarding same | 2.25 | 135 | $303.75 | $135.00 | $303.75 |
| 4/7/2002 | Vaccaro | Research issues relating to "first accrued" language of Tucker Act and Court of Claims legislative history; draft brief section regarding same | 1.50 | 135 | $202.50 | $135.00 | $202.50 |
| 4/7/2002 | Eckland | Revise and edit Franconia U.S. Supreme Court reply brief; telephone conferences with M. Blando regarding same; memos to and from M. Blando regarding same; research regarding same; preparation for oral argument | 14.25 | 340 | $4,845.00 | $147.79 | $2,106.01 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/7/2002 | Blando | Edit and revise reply brief; discussion with J. Eckland; discussion with R. Vaccaro regarding research issues | 11.75 | 230 | $2,702.50 | $147.79 | $1,736.53 |
| 4/8/2002 | Critchley | telephone conversations with J. Nelson and M. Blando regarding Supreme Court case notebooks; pull cases; coordinate delivery of notebook to J. Eckland | 1.50 | 110 | $165.00 | $110.00 | $165.00 |
| 4/8/2002 | Mumford | Print cases from WestLaw; create notebook of cited cases; create index of cited cases | 2.00 | 75 | $150.00 | $75.00 | $150.00 |
| 4/8/2002 | Eckland | Revise and edit Franconia U.S. Supreme Court reply brief; telephone conferences with M. Blando regarding same; memos to and from M. Blando regarding same; telephone conferences with clients regarding oral argument; preparation for oral argument | 11.25 | 340 | $3,825.00 | $147.79 | $1,662.64 |
| 4/8/2002 | Blando | Edit, revise and finalize reply brief; file and serve same; organize files | 14.75 | 230 | $3,392.50 | $147.79 | $2,179.90 |
| 4/8/2002 | Vaccaro | Shepardize caselaw for brief; discussions with M. Blando regarding same | 0.90 | 135 | $121.50 | $135.00 | $121.50 |
| 4/9/2002 | Vaccaro | Discussion with M. Blando regarding research issues relating to Hochster case and "ready, willing and able" defense against breach; conducting research regarding same | 2.00 | 135 | $270.00 | $135.00 | $270.00 |
| 4/9/2002 | Eckland | Preparation for U.S. Supreme Court argument (Franconia); telephone conferences with clients regarding argument, etc. | 12.25 | 340 | $4,165.00 | $147.79 | $1,810.43 |
| 4/9/2002 | Blando | Analyze issues for oral argument; review filed version of reply brief | 8.25 | 230 | $1,897.50 | $147.79 | $1,219.27 |
| 4/10/2002 | Vaccaro | Research and review federal and state caselaw and treatises concerning repudiation and "willing, ready and able" defense; draft and send memorandum to M. Blando regarding same | 5.25 | 135 | $708.75 | $147.79 | $775.90 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/10/2002 | Tivy-Debauche | Filled out FedEX Airbills and mailed envelops per J. Nelson | 0.75 | 75 | $56.25 | $75.00 | $56.25 |
| 4/10/2002 | Eckland | Preparation for Franconia U.S. Supreme Court arguments; participation in mock argument; conferences with M. Blando | 14.00 | 340 | $4,760.00 | $147.79 | $2,069.06 |
| 4/10/2002 | Blando | Prepare for and attend mock argument; analyze issues and concerns regarding oral argument; discussions with colleagues regarding issues | 7.50 | 230 | $1,725.00 | $147.79 | $1,108.43 |
| 4/11/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; telephone conference with L. Brown regarding same; telephone conferences with M. Blando regarding same; telephone conferences with J. Nelson regarding same | 13.75 | 340 | $4,675.00 | $147.79 | $2,032.11 |
| 4/11/2002 | Blando | Discussion with J. Eckland regarding oral argument; review briefs and memoranda; discussion with R. Vaccaro regarding research | 6.50 | 230 | $1,495.00 | $147.79 | $960.64 |
| 4/12/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; conferences and telephone conferences | 14.00 | 340 | $4,760.00 | $147.79 | $2,069.06 |
| 4/12/2002 | Blando | Prepare for oral argument; discussion with J. Eckland; analyze issues; review research; prepare outline of key issues and final thoughts | 8.25 | 230 | $1,897.50 | $147.79 | $1,219.27 |
| 4/13/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument | 13.75 | 340 | $4,675.00 | $147.79 | $2,032.11 |
| 4/13/2002 | Blando | Prepare for oral argument; prepare outline of key points and final thoughts; meeting with J. Eckland | 4.25 | 230 | $977.50 | $147.79 | $628.11 |
| 4/14/2002 | Eckland | Preparation for Franconia U.S. Supreme Court argument; conferences regarding same | 8.50 | 340 | $2,890.00 | $147.79 | $1,256.22 |
| 4/14/2002 | Blando | Prepare outline of final thoughts for oral argument; discussion with J. Eckland; organize and copy oral argument materials | 6.00 | 230 | $1,380.00 | $147.79 | $886.74 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/15/2002 | Roberts | Prepare and appear in U.S. Supreme Court regarding Franconia v. U.S.; attend seminar regarding same | 8.00 | 290 | $2,320.00 | $147.79 | $1,182.32 |
| 4/15/2002 | Eckland | Preparation for, and attendance at, U.S. Supreme Court argument in Franconia v. United States; conferences with clients at same; participate in COFC/Federal Cir. Bar Association seminar discussion of same; review briefs and collect same | 8.00 | 340 | $2,720.00 | $147.79 | $1,182.32 |
| 4/16/2002 | Eckland | Telephone conferences with clients regarding status updates | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 4/16/2002 | Blando | Prepare for and attend oral argument; debrief; analyze issues from argument | 8.00 | 230 | $1,840.00 | $147.79 | $1,182.32 |
| 4/16/2002 | Blando | Debrief Supreme Court argument; review notes | 1.00 | 230 | $230.00 | $147.79 | $147.79 |
| 4/17/2002 | Blando | Organize research files from Supreme Court proceedings; debrief oral argument | 2.25 | 230 | $517.50 | $147.79 | $332.53 |
| 4/17/2002 | Eckland | Telephone conference regarding Franconia U.S. Supreme Court argument; memos to and from client regarding same | 3.75 | 340 | $1,275.00 | $147.79 | $554.21 |
| 4/18/2002 | Eckland | Report to clients on Franconia U.S. Supreme Court argument; conferences with clients regarding status updates | 0.50 | 340 | $170.00 | $147.79 | $73.90 |
| 4/24/2002 | Vaccaro | Review treatise materials regarding incorporation by reference; revising memorandum to J. Eckland, W. Roberts, and M. Blando regarding same; discussions with M. Blando regarding same | 1.50 | 135 | $202.50 | $135.00 | $202.50 |
| 4/24/2002 | Blando | Discussion with clients regarding Supreme Court hearing and prepayment correspondence; administrative Supreme Court matters | 0.50 | 230 | $115.00 | $147.79 | $73.90 |
| 4/30/2002 | Eckland | Review e-mail from U.S. Supreme Court regarding taxation of costs; memo regarding same; telephone conference regarding status updates | 0.25 | 340 | $85.00 | $150.35 | $37.59 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/1/2002 | Blando | Draft statement of costs of appendix for Supreme Court; review Rules and treatise regarding same; discussion with printer regarding same | 1.25 | 230 | $287.50 | $147.79 | $184.74 |
| 5/1/2002 | Eckland | Telephone conference regarding Kimberly Associates case; constitutional argument; work on files; telephone conferences with clients regarding status updates; conference with M. Blando regarding taxation of costs in U.S. | 2.25 | 340 | $765.00 | $147.79 | $332.53 |
| 5/6/2002 | Eckland | Telephone conferences with clients regarding status updates | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 5/7/2002 | Eckland | Telephone message from G. Karvel regarding damages; telephone messages from M. Blando regarding Statement of Costs regarding Franconia (U.S. Supreme Court); work on cost assessments | 2.25 | 340 | $765.00 | $147.79 | $332.53 |
| 5/8/2002 | Eckland | Draft article regarding U.S. Supreme Court argument in Franconia | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 5/9/2002 | Blando | Review and analyze Supreme Court oral argument transcript | 1.00 | 230 | $230.00 | $147.79 | $147.79 |
| 5/9/2002 | Eckland | Telephone messages regarding clients | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 5/10/2002 | Eckland | Telephone conferences with clients regarding status updates | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 5/16/2002 | Eckland | Presentations regarding Franconia U.S. Supreme Court argument; telephone conferences with clients regarding status updates | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 5/20/2002 | Blando | Review decisions issued by Supreme Court; update J. Eckland and W. Roberts regarding same; review status of pages cited | 0.50 | 230 | $115.00 | $147.79 | $73.90 |
| 5/28/2002 | Blando | Conduct research regarding Supreme Court proceedings; review | 0.25 | 230 | $57.50 | $147.79 | $36.95 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/29/2002 | Eckland | Telephone conferences regarding strategy and witnesses; memos regarding same; telephone conference with W. Roberts regarding witnesses | 1.00 | 340 | $340.00 | $147.79 | $147.79 |
| 5/30/2002 | Eckland | Telephone conference with clients regarding depositions of L. Anderson | 2.75 | 340 | $935.00 | $147.79 | $406.42 |
| 5/31/2002 | Eckland | Telephone conferences with clients regarding status updates; telephone conference with M. Blando regarding taxation of costs | 0.50 | 340 | $170.00 | $147.79 | $73.90 |
| 6/1/2002 | Eckland | Work on issues regarding potential release of Franconia opinion by U.S. Supreme Court on Monday, June 3, 2002; organize case files | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 6/2/2002 | Eckland | Work on issues regarding potential release of Franconia decision | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 6/3/2002 | Eckland | Monitor U.S. Supreme Court announced opinions | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 6/5/2002 | Eckland | Telephone messages and conferences with clients regarding status updates | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 6/6/2002 | Blando | Discussion regarding bench opinion; discussion with J. Eckland regarding same; various administrative Supreme Court matters | 0.25 | 230 | $57.50 | $147.79 | $36.95 |
| 6/7/2002 | Blando | Various matters in preparation for release of decision; discussion with J. Eckland regarding same | 2.00 | 230 | $460.00 | $147.79 | $295.58 |
| 6/9/2002 | Eckland | Work on issues in Franconia | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 6/10/2002 | Vaccaro | Review U.S. Supreme Court opinion | 0.25 | 135 | $33.75 | $135.00 | $33.75 |
| 6/10/2002 | Eckland | Attendance at U.S. Supreme Court session; deliver speech regarding Franconia decision | 1.00 | 340 | $340.00 | $147.79 | $147.79 |

**Exhibit A**