**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/10/2002 | Blando | Review and analyze Supreme Court decision; discussion with J. Eckland regarding same; various media-related duties; prepare notice to clients on webpage; notify clients and expert witnesses regarding decision | 0.75 | 230 | $172.50 | $147.79 | $110.84 |
| 6/10/2002 | Roberts | Read supreme court decision in Franconia; discuss same with Blando, et al | 0.25 | 290 | $72.50 | $147.79 | $36.95 |
| 6/11/2002 | Pope | Read S. Court decision per C. Critchley | 0.50 | 75 | $37.50 | $75.00 | $37.50 |
| 6/11/2002 | Eckland | Conduct live radio interview (R. Maloney); telephone conferences with media | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 6/11/2002 | Blando | Contact clients and distribute Supreme Court decision; revise notice of clients on webpage; review Supreme Court rules regarding rehearing and mandate; conduct web research regarding decision; review recent decisions regarding unmistakeability doctrine | 0.50 | 230 | $115.00 | $147.79 | $73.90 |
| 6/12/2002 | Eckland | Telephone conferences with clients regarding Franconia U.S. Supreme Court decision; telephone message from G. Karvel regarding same | 0.50 | 340 | $170.00 | $147.79 | $73.90 |
| 6/12/2002 | Blando | Review and analyze recent decisions regarding damages issues; discussion with client in Energy Capital regarding case to request briefs; conduct web research regarding Supreme Court decision; discussion with J. Eckland regarding Supreme Court argument and | 0.50 | 230 | $115.00 | $147.79 | $73.90 |
| 6/13/2002 | Eckland | Telephone conferences with clients regarding Franconia U.S. Supreme Court decision; organize files; analyze damage strategy | 0.50 | 340 | $170.00 | $147.79 | $73.90 |
| 6/14/2002 | Eckland | Telephone conferences with clients regarding Franconia U.S. Supreme Court decision; review Kimberly Associates briefs | 0.25 | 340 | $85.00 | $147.79 | $36.95 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/14/2002 | Blando | Prepare summary of implications-impact of Supreme Court decision; analyze strategy for moving forward; review decision regarding same | 0.50 | 230 | $115.00 | $147.79 | $73.90 |
| 6/14/2002 | Blando | Prepare summary of implications-impact of Supreme Court decision; analyze strategy for moving forward; review decision regarding same | 0.50 | 230 | $115.00 | $147.79 | $73.90 |
| 6/17/2002 | Critchley | Attend team meeting regarding future projects per J. Eckland; review key contact information regarding Franconia | 2.50 | 110 | $275.00 | $110.00 | $275.00 |
| 6/17/2002 | Eckland | Telephone messages and conferences with the clients regarding status updates; conference with "the team" regarding strategy | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 6/17/2002 | Pope | Meet with Tucker Act Team; pull documents; receive instruction regarding document review per C. Critchley | 0.25 | 75 | $18.75 | $75.00 | $18.75 |
| 6/17/2002 | Northrop | Attend team meeting; receive instruction for new project per C. Critchley | 0.25 | 75 | $18.75 | $75.00 | $18.75 |
| 6/17/2002 | Kolling | Conference with J. Eckland regarding case strategy and research projects; research regarding damages for contract repudiation | 0.50 | 135 | $67.50 | $135.00 | $67.50 |
| 6/17/2002 | Blando | Attend meeting with team regarding client contacts; review of files - research projects; discussion with J. Eckland regarding same; meet with Matt Kolling regarding legal research; outline further research projects | 0.50 | 230 | $115.00 | $147.79 | $73.90 |
| 6/17/2002 | Blando | Attend meeting with team regarding client contacts; review of files - research projects; discussion with J. Eckland regarding same; meet with Matt Kolling regarding legal research; outline further research projects | 0.50 | 230 | $115.00 | $147.79 | $73.90 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/18/2002 | Critchley | Attend team meeting regarding Franconia file; review key contact files and generate matrix per J. Eckland; contact clients regarding closing documents and prepayment requests; review file | 1.00 | 110 | $110.00 | $110.00 | $110.00 |
| 6/18/2002 | Eckland | Telephone conferences regarding strategy conferences; conference with M. Blando, M. Kolling, W. Roberts, et al. regarding updating client files | 0.75 | 340 | $255.00 | $147.79 | $110.84 |
| 6/18/2002 | Pope | Copy documents; file documents; receive instruction regarding making calls to clients to request documents; review key contact folders; update file logs; attend team meeting per C. Critchley | 0.75 | 75 | $56.25 | $75.00 | $56.25 |
| 6/18/2002 | Northrop | Review key contact files; attend team meeting per C. Critchley | 0.75 | 75 | $56.25 | $75.00 | $56.25 |
| 6/19/2002 | Critchley | Review key contact lists regarding Franconia civil action; contact clients pertaiing to closing documents and prepayment requests; confer with J. Eckland and M. Blando regarding issues pertaining to file | 4.00 | 110 | $440.00 | $110.00 | $440.00 |
| 6/19/2002 | Kolling | Research regarding damages for contract repudiation | 0.25 | 135 | $33.75 | $135.00 | $33.75 |
| 6/19/2002 | Blando | Draft status update letter to clients; prepare matrix of newly added claims; conduct research regarding Supreme Court decision; review defendants status report in Franconia; draft insert to status report | 5.75 | 230 | $1,322.50 | $147.79 | $849.79 |
| 6/19/2002 | Blando | Draft status update letter to clients; prepare matrix of newly added claims; conduct research regarding Supreme Court decision; review defendants status report in Franconia; draft insert to status report | 5.75 | 230 | $1,322.50 | $147.79 | $849.79 |
| 6/20/2002 | Critchley | Review key contact files regarding Franconia civil action | 2.00 | 110 | $220.00 | $110.00 | $220.00 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/20/2002 | Eckland | Presentations regarding U.S. Supreme Court decision in Franconia; conferences with clients | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 6/20/2002 | Kolling | Research regarding calculation of damages for contract repudiation | 0.50 | 135 | $67.50 | $135.00 | $67.50 |
| 6/20/2002 | Blando | Review and analyze briefs; prepare and revise status update letter to clients; draft status report in Franconia; review pleadings and orders regarding same | 0.75 | 230 | $172.50 | $147.79 | $110.84 |
| 6/21/2002 | Kolling | Research regarding damages for contract repudiation | 0.50 | 135 | $67.50 | $135.00 | $67.50 |
| 6/21/2002 | Eckland | Telephone conferences with clients regarding status updates; organize case files; analyze damage issues; revise and edit status update letter to clients regarding U.S. Supreme Court decision in Franconia | 0.50 | 340 | $170.00 | $147.79 | $73.90 |
| 6/21/2002 | Blando | Prepare status update letter to clients; discussion with status report in Franconia | 0.25 | 230 | $57.50 | $147.79 | $36.95 |
| 6/23/2002 | Eckland | Revise and edit correspondence to clients regarding Franconia U.S. Supreme Court decision; revise and edit Joint Status Report in Franconia; organize case files | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 6/23/2002 | Blando | Draft, revise, and finalize status report in Franconia; review pleadings, orders and hearing transcripts regarding same | 2.50 | 230 | $575.00 | $147.79 | $369.48 |
| 6/24/2002 | Kolling | Research regarding damages for contract repudiation | 0.25 | 135 | $33.75 | $135.00 | $33.75 |
| 6/24/2002 | Eckland | Revise and edit status update letter to clients files; analyze damage issues regarding U.S. Supreme Court decision in Franconia; revise and edit Franconia Joint Status Report; conduct team meeting regarding facts and strategy; conferences regarding same; | 0.75 | 340 | $255.00 | $147.79 | $110.84 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/24/2002 | Blando | Draft and revise status letter to clients; discussion with J. Eckland regarding same; attend team meeting; discussion with Matt Kolling regarding research; revise status report in Franconia and forward to opposing | 2.50 | 230 | $575.00 | $147.79 | $369.48 |
| 6/24/2002 | Pope | Assemble documents; file documents; review key contact folders for closing documents and prepayment requests; attend team meeting per C. Critchley | 0.50 | 75 | $37.50 | $75.00 | $37.50 |
| 6/24/2002 | Pope | Assemble documents; file documents; review key contact folders for closing documents and prepayment requests; attend team meeting per C. Critchley | 0.50 | 75 | $37.50 | $75.00 | $37.50 |
| 6/25/2002 | Kolling | Research regarding damages for contract repudiation | 0.50 | 135 | $67.50 | $135.00 | $67.50 |
| 6/25/2002 | Eckland | Revise and edit status update letter to clients; telephone conferences with M. Blando regarding joint status report and strategy regarding same; telephone conferences with clients regarding facts and strategy | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 6/26/2002 | Eckland | Revise and edit joint status report in Franconia; telephone conferences with clients regarding status updates | 0.50 | 340 | $170.00 | $147.79 | $73.90 |
| 6/26/2002 | Blando | Review and analyze; review and analyze defendants revised status report in Franconia; conduct research regarding Supreme Court decision | 0.75 | 230 | $172.50 | $147.79 | $110.84 |
| 6/27/2002 | Blando | Finalize and submit amended joint status report in Franconia; review and analyze defendants insert; discussion with various clients regarding Supreme Court decision | 1.25 | 230 | $287.50 | $147.79 | $184.74 |
| 6/27/2002 | Pope | Update Franconia Discovery Document Log; review key contact folders for prepayment documents per C. Critchley | 5.75 | 75 | $431.25 | $75.00 | $431.25 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/27/2002 | Eckland | Telephone messages with and conferences with clients regarding status updates; work on public relations matters; telephone conferences and messages with Winstar lawyers; revise and edit Franconia joint status report | 3.25 | 340 | $1,105.00 | $147.79 | $480.32 |
| 6/27/2002 | Eckland | Telephone messages with and conferences with clients regarding status updates; work on public relations matters; telephone conferences and messages with Winstar lawyers; revise and edit Franconia joint status report | 3.25 | 340 | $1,105.00 | $147.79 | $480.32 |
| 6/28/2002 | Pope | Review key contact folders for prepayment correspondence; log file contents per C. Critchley | 5.00 | 75 | $375.00 | $75.00 | $375.00 |
| 7/2/2002 | Eckland | Telephone conference with M. Blando regarding Franconia document status; telephone conferences regarding client phone calls | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 7/2/2002 | Critchley | Review key contact files; contact key contacts; attend meeting with M. Blando regarding Franconia file and status | 5.50 | 110 | $605.00 | $110.00 | $605.00 |
| 7/3/2002 | Blando | Discussion with paralegal team and monitor file review; potential arguments; research and monitor news on Supreme Court decision | 3.00 | 230 | $690.00 | $147.79 | $443.37 |
| 7/3/2002 | Eckland | Memos regarding Franconia U.S. Supreme Court decision; review memos from clients regarding facts and strategy; telephone messages from clients regarding same; analyze damage strategy | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 7/9/2002 | Blando | Review and analyze regulations; retrieve and review expert report in Franconia | 1.00 | 230 | $230.00 | $147.79 | $147.79 |
| 7/9/2002 | Eckland | Telephone conferences with clients regarding status updates; review documents for Franconia | 0.75 | 340 | $255.00 | $147.79 | $110.84 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/10/2002 | Kolling | Research regarding damages for contract repudiation | 0.25 | 135 | $33.75 | $135.00 | $33.75 |
| 7/11/2002 | Kolling | Research regarding damages for contract repudiation | 0.50 | 135 | $67.50 | $135.00 | $67.50 |
| 7/12/2002 | Kolling | Research regarding damages for contract repudiation | 0.25 | 135 | $33.75 | $135.00 | $33.75 |
| 7/15/2002 | Kolling | Research regarding restitution damages | 0.25 | 135 | $33.75 | $135.00 | $33.75 |
| 7/15/2002 | Eckland | Telephone conferences with clients regarding status updates; memos to clients and their representatives regarding same; conference with M. Blando regarding strategy and LTC assistance | 0.50 | 340 | $170.00 | $147.79 | $73.90 |
| 7/15/2002 | Blando | Discussion with J. Eckland regarding schedule and witness list in Franconia; contact paralegal team regarding witness project; discussion with J. Eckland regarding Supreme Court judgment and mandate; review rules regarding same and analyze issues regarding timing | 2.00 | 230 | $460.00 | $147.79 | $295.58 |
| 7/16/2002 | Critchley | Review Franconia pre 1979 files. | 3.00 | 110 | $330.00 | $110.00 | $330.00 |
| 7/16/2002 | Eckland | Telephone conference with clients regarding miscellaneous issues | 0.50 | 355 | $177.50 | $150.35 | $75.18 |
| 7/16/2002 | Blando | Discussion with paralegal team; review Franconia documents; draft Franconia witness list and analyze issues regarding same | 1.50 | 230 | $345.00 | $147.79 | $221.69 |
| 7/16/2002 | Pope | Contact clients; create Franconia witness list; sort documents; update matrix; update call logs per C. Critchley | 3.50 | 75 | $262.50 | $75.00 | $262.50 |
| 7/16/2002 | Kolling | Research regarding damages for contract repudiation | 0.50 | 135 | $67.50 | $135.00 | $67.50 |
| 7/17/2002 | Kolling | Research regarding damages for contract repudiation | 0.25 | 135 | $33.75 | $135.00 | $33.75 |
| 7/17/2002 | Eckland | Telephone conferences woth clients regarding Franconia U.S. Supreme Court decision and impact of same | 0.50 | 340 | $170.00 | $147.79 | $73.90 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/18/2002 | Blando | Meeting with J. Eckland regarding various issues; analyze strategy regarding Franconia; conduct legal research regarding Supreme Court decision | 0.50 | 230 | $115.00 | $147.79 | $73.90 |
| 7/19/2002 | Blando | Conduct legal research regarding restitution and make binder; conduct legal research regarding Supreme Court decision; discussion with J. Eckland regarding Franconia witness list | 0.50 | 230 | $115.00 | $147.79 | $73.90 |
| 7/22/2002 | Eckland | Telephone message from C. Critchley regarding Critchley regarding strategy; review files; review orders F. Schrader and memo regarding same; telephone message from J. Northrop | 2.75 | 340 | $935.00 | $147.79 | $406.42 |
| 7/22/2002 | Blando | Draft Franconia witness list; telephone conference with L. Slaatengren regarding serving as witness; meeting with paralegal team; analyze legal issues; review and organize Franconia trial materials | 3.00 | 230 | $690.00 | $147.79 | $443.37 |
| 7/22/2002 | Vaccaro | Research and review federal and state case law concerning statute of limitations | 0.25 | 135 | $33.75 | $135.00 | $33.75 |
| 7/23/2002 | Eckland | Conferences with M. Blando regarding Franconia witness list; revise and edit same; preparation for service and filing of same; telephone conferences with clients regarding same | 5.25 | 340 | $1,785.00 | $147.79 | $775.90 |
| 7/23/2002 | Blando | Discussion with J. Eckland regarding planned discovery requests; analyze and outline same; revise, finalize, file & serve witness list in Franconia | 3.75 | 230 | $862.50 | $147.79 | $554.21 |
| 7/23/2002 | Vaccaro | Research and review case law concerning statute of limitations | 0.25 | 135 | $33.75 | $135.00 | $33.75 |
| 7/24/2002 | Vaccaro | Review case law concerning statute of limitations | 0.25 | 135 | $33.75 | $135.00 | $33.75 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/24/2002 | Eckland | Telephone conferences regarding status updates; analyze damage strategy; research regarding restitution; conferences regarding same; organize files | 0.50 | 340 | $170.00 | $147.79 | $73.90 |
| 7/29/2002 | Vaccaro | Research and review caselaw concerning equitable tolling, continuing claims, statutes of limitation, and option contracts | 0.60 | 135 | $81.00 | $135.00 | $81.00 |
| 7/30/2002 | Vaccaro | Research and review case law concerning option contracts | 0.60 | 135 | $81.00 | $135.00 | $81.00 |
| 8/1/2002 | Vaccaro | Review cases concerning option contracts, statutes of limitation | 0.50 | 135 | $67.50 | $135.00 | $67.50 |
| 8/2/2002 | Vaccaro | Research and review case law concerning option contracts | 0.50 | 135 | $67.50 | $135.00 | $67.50 |
| 8/2/2002 | Eckland | Conferences with E. Carrao regarding client contacts | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 8/5/2002 | Eckland | Telephone conferences with clients regarding status updates and miscellaneous issues; telephone messages to and from G. Karvel regarding damage analysis | 0.75 | 340 | $255.00 | $147.79 | $110.84 |
| 8/14/2002 | Kolling | Research regarding restitution claims | 0.25 | 135 | $33.75 | $135.00 | $33.75 |
| 8/19/2002 | Kolling | Research regarding restitution claims | 0.50 | 135 | $67.50 | $135.00 | $67.50 |
| 8/20/2002 | Kolling | Research regarding restitution claims | 0.25 | 135 | $33.75 | $135.00 | $33.75 |
| 8/22/2002 | Blando | Review articles regarding Supreme Court decision | 2.00 | 230 | $460.00 | $147.79 | $295.58 |
| 8/25/2002 | Pope | Review G. Morosani's contact file per C. Critchley | 0.75 | 75 | $56.25 | $75.00 | $56.25 |
| 8/28/2002 | Eckland | Telephone conferences with clients regarding status updates and strategy; telephone message to M. Kolling regarding restitution research; telephone message to G. Karvel regarding damage analyses | 0.75 | 340 | $255.00 | $147.79 | $110.84 |
| 8/28/2002 | Blando | Review and analyze key documents; draft discovery requests in Franconia | 1.00 | 230 | $230.00 | $147.79 | $147.79 |
| 8/30/2002 | Eckland | Telephone conference with G. Karvel regarding damage analyses; telephone conferences with clients regarding strategy | 0.50 | 340 | $170.00 | $147.79 | $73.90 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/3/2002 | Kolling | Research regarding restitution claims | 0.50 | 160 | $80.00 | $147.79 | $73.90 |
| 9/5/2002 | Eckland | Telephone conferences with clients regarding status updates; organize case files; telephone conference with G. Karvel regarding damage analyses | 5.00 | 355 | $1,775.00 | $147.79 | $738.95 |
| 9/17/2002 | Eckland | Telephone message to D. Gorowski regarding damages; telephone conference with clients regarding status updates; conferences with clients regarding trial | 4.75 | 355 | $1,686.25 | $147.79 | $702.00 |
| 9/17/2002 | Blando | Forward materials to D. Gorowski; draft update letter to clients; draft letter to opposing counsel regarding case management; discussion with W. Roberts regarding status | 0.25 | 250 | $62.50 | $147.79 | $36.95 |
| 9/18/2002 | Eckland | Conference with clients regarding trial strategy and damages | 8.25 | 355 | $2,928.75 | $147.79 | $1,219.27 |
| 9/19/2002 | Eckland | Work on Franconia damage analyses; conferences with M. Blando et al. regarding same; analyze case strategy | 5.00 | 355 | $1,775.00 | $147.79 | $738.95 |
| 9/20/2002 | Pope | Retrieve Franconia documents; review documents; contact clients | 3.50 | 75 | $262.50 | $75.00 | $262.50 |
| 9/22/2002 | Blando | Draft discovery requests in Franconia | 0.50 | 250 | $125.00 | $147.79 | $73.90 |
| 9/23/2002 | Blando | Draft letter to opposing counsel regarding case management; analyze issues and strategy regarding same; prepare table of witnesses; draft update letter to clients; draft discovery requests in Franconia | 1.75 | 250 | $437.50 | $147.79 | $258.63 |
| 9/24/2002 | Eckland | Telephone conferences regarding facts and strategy; conferences with M. Blando regarding miscellaneous issues; revise and edit status update letter to clients | 0.75 | 355 | $266.25 | $147.79 | $110.84 |
| 9/24/2002 | Blando | Draft letter to opposing counsel regarding case management; draft update letter to clients; draft discovery requests in Franconia; meeting with J. Eckland regarding strategy | 2.25 | 250 | $562.50 | $147.79 | $332.53 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/25/2002 | Pope | Review Franconia prepayment correspondence; update matrix; project status per C. Critchley | 0.25 | 75 | $18.75 | $75.00 | $18.75 |
| 10/2/2002 | Pope | Sort documents; update matrix; review witness files per C. Critchley | 4.25 | 75 | $318.75 | $75.00 | $318.75 |
| 10/2/2002 | Northrop | Update Franconia matrix per C. Critchley | 0.25 | 75 | $18.75 | $75.00 | $18.75 |
| 10/4/2002 | Blando | Devise and draft client materials; draft letter to clients; draft and finalize letter to opposing counsel regarding case management; analyze damages issues; draft, revise, finalize discovery requests in Franconia | 2.25 | 250 | $562.50 | $147.79 | $332.53 |
| 10/8/2002 | Pope | Update Franconia index; review documents per C. Critchley; receive instruction regarding a search for archive newsletters; copy documents; review documents per M. Blando | 3.50 | 75 | $262.50 | $75.00 | $262.50 |
| 10/8/2002 | Northrop | Update Franconia matrix per C. Critchley | 1.00 | 75 | $75.00 | $75.00 | $75.00 |
| 10/9/2002 | Eckland | Conferences regarding strategy; telephone conferences with clients regarding strategy; conferences with M. Blando regarding Joint Status report; analyze damage strategy; revise and edit Joint Status Report | 5.25 | 355 | $1,863.75 | $147.79 | $775.90 |
| 10/9/2002 | Northrop | Update Franconia matrix and maintain file per C. Critchley | 1.25 | 75 | $93.75 | $75.00 | $93.75 |
| 10/11/2002 | Critchley | Attend meeting with J.Eckland regarding projects; contact hotels to arrange conference; review key contact information pertaining to pre-1979 Franconia projects | 2.25 | 130 | $292.50 | $130.00 | $292.50 |
| 10/11/2002 | Pope | Review documents; file documents; update matrix; locate Franconia fax numbers per C. Critchley; contact clients regarding partnerships per M. Blando | 6.25 | 75 | $468.75 | $75.00 | $468.75 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/14/2002 | Eckland | Telephone conferences with clients regarding strategy; telephone conferences with M. Blando regarding correspondence to Franconia clients regarding financial documents; revise and edit same | 3.25 | 355 | $1,153.75 | $147.79 | $480.32 |
| 10/15/2002 | Eckland | Telephone conference with R. Rodning regarding damage analyses; work on same; | 4.75 | 355 | $1,686.25 | $147.79 | $702.00 |
| 10/16/2002 | Fallon | Review Franconia materials | 1.25 | 175 | $218.75 | $147.79 | $184.74 |
| 10/16/2002 | Eckland | Telephone conference regarding settlement class strategy and related issues; work on damage analyses; telephone conferences with clients regarding status updates | 1.75 | 355 | $621.25 | $147.79 | $258.63 |
| 10/23/2002 | Eckland | Obtain damage documentation; conference with C. Critchley regarding trial preparation and damage documents; analyze damage issues; review correspondence regarding Iowa properties | 6.25 | 355 | $2,218.75 | $147.79 | $923.69 |
| 10/23/2002 | Blando | Review and analyze discovery requests in Franconia; draft responses; discussion with paralegal team regarding discovery project, damages issues and newsletter articles; draft document request | 2.50 | 250 | $625.00 | $147.79 | $369.48 |
| 10/24/2002 | Eckland | Telephone conference with G. Karvel regarding damage analyses; conference with D. Gorowsky, F. McCloskey, W. Roberts, and M. Blando regarding damage issues; conference with C. Critchley, W. Roberts, M. Blando, J. Northrup, and T. Carrao regarding trial prep | 7.00 | 355 | $2,485.00 | $147.79 | $1,034.53 |
| 10/24/2002 | Blando | Prepare for, attend and debrief meeting with D. Gorowsky and F. McCloskey; prepare for and attend meeting with paralegal team regarding damage and discovery; review and analyze discovery requests; outline future document requests | 7.50 | 250 | $1,875.00 | $147.79 | $1,108.43 |
| 10/24/2002 | Pope | Review documents; sort documents; attend Tucker Act team meeting per C. Critchley | 7.75 | 75 | $581.25 | $75.00 | $581.25 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/24/2002 | Roberts | Team meeting; meet with Gorowski regarding damages | 1.25 | 325 | $406.25 | $147.79 | $184.74 |
| 10/25/2002 | Eckland | Telephone messages with G. Karvel regarding issues; conferences regarding documents damage analyses; telephone conference with R. Rodning regarding same; telephone conferences with Franconia clients regarding damage analyses and documents regarding same | 6.75 | 355 | $2,396.25 | $147.79 | $997.58 |
| 10/25/2002 | Blando | Compile and organize info. regarding properties for damages analyses; analyze various damages issues | 2.00 | 250 | $500.00 | $147.79 | $295.58 |
| 10/25/2002 | Pope | Compile project addresses per M. Blando; compile list of outstanding documents in Franconia Case; meet with J. Eckland regarding Franconia updates; compile witness kit, sort documents; file documents per C. Critchley | 7.25 | 75 | $543.75 | $75.00 | $543.75 |
| 10/28/2002 | Eckland | Telephone conference regarding Des Moines properties; telephone conference with R. Rodning regarding same; telephone conference with G. Karvel; telephone conference with R. Rodning regarding strategy | 8.75 | 355 | $3,106.25 | $147.79 | $1,293.16 |
| 10/29/2002 | Eckland | Telephone conferences with clients regarding damage analyses; telephone conferences with clients regarding status updates; analyze damages | 0.75 | 355 | $266.25 | $147.79 | $110.84 |
| 10/30/2002 | Eckland | Telephone conferences regarding facts and strategy, term of loans and documents controlling same; preparation for trial | 7.25 | 355 | $2,573.75 | $147.79 | $1,071.48 |
| 10/31/2002 | Van Ort | Review letter | 0.25 | 220 | $55.00 | $147.79 | $36.95 |
| 11/1/2002 | Eckland | Telephone conferences with clients; R. Rodning regarding damage analyses and documents regarding same; telephone conferences with C. Critchley regarding financial documents | 8.25 | 355 | $2,928.75 | $147.79 | $1,219.27 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/1/2002 | Pope | Compile witness kits; file documents; copy documents | 5.00 | 75 | $375.00 | $75.00 | $375.00 |
| 11/1/2002 | Forschler | Conference with J. Eckland regarding settlement strategy regarding Tucker Act claims | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 11/4/2002 | Pope | Compile witness kits; create log of documents to be collected; sort documents per C. Critchley | 6.00 | 75 | $450.00 | $75.00 | $450.00 |
| 11/5/2002 | Eckland | Telephone conference with clients regarding status updates and strategy; review client correspondence regarding same; conference with R. Rodning, C. Critchley, T. Carrao, and J. Northrop regarding damage analyses and documents regarding same | 6.50 | 355 | $2,307.50 | $147.79 | $960.64 |
| 11/5/2002 | Blando | Analyze scheduling issues; prepare various letters; messages from expert and clients; assess status of damages analyses | 1.25 | 250 | $312.50 | $147.79 | $184.74 |
| 11/5/2002 | Pope | Meet with J. Eckland and expert regarding damage analysis procedure; file documents; chronologize documents per C. Critchley | 6.25 | 75 | $468.75 | $75.00 | $468.75 |
| 11/6/2002 | Eckland | Conference with C. Critchley, T. Carrao, and J. Northrop regarding documents ; telephone conferences with clients regarding strategy; conferences with M. Blando regarding same; memos to C. Critchley | 6.50 | 355 | $2,307.50 | $147.79 | $960.64 |
| 11/6/2002 | Critchley | Attend team meeting with J. Eckland; prepare documents for producing to expert; prepare and revise matrix for expert; multiple telephone conversations with experts regarding financial documents | 5.25 | 130 | $682.50 | $130.00 | $682.50 |
| 11/8/2002 | Blando | Review orders regarding Franconia remand; discussion with clients regarding various issues | 1.25 | 250 | $312.50 | $147.79 | $184.74 |
| 11/8/2002 | Eckland | Conferences regarding clients, facts, and strategy | 0.50 | 355 | $177.50 | $147.79 | $73.90 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/11/2002 | Blando | Finalize follow-up letter to clients; draft discovery responses in Franconia | 2.25 | 250 | $562.50 | $147.79 | $332.53 |
| 11/12/2002 | Eckland | Telephone conferences regarding deposition scheduling (Franconia); conferences with C. Critchley, et al. regarding document collection projects and miscellaneous damage analysis issues; prep for trial | 8.25 | 355 | $2,928.75 | $147.79 | $1,219.27 |
| 11/12/2002 | Blando | Meeting with J. Eckland regarding clients; draft discovery responses in Franconia; telephone conference with various clients | 0.75 | 250 | $187.50 | $147.79 | $110.84 |
| 11/13/2002 | Eckland | Telephone conferences with clients regarding Franconia discovery facts, trial, and strategy; memos to C. Critchley, et al. regarding acquisition of documents and related issues | 3.50 | 355 | $1,242.50 | $147.79 | $517.27 |
| 11/13/2002 | Blando | Telephone conferences with various clients; draft Franconia discovery responses | 2.25 | 250 | $562.50 | $147.79 | $332.53 |
| 11/14/2002 | Blando | Discussion with R. Vaccaro regarding research; discussion with J. Eckland regarding clients and damages claims; draft second follow-up letter to clients; finalize and transmit letter to opposing counsel regarding communications with clients | 7.50 | 250 | $1,875.00 | $147.79 | $1,108.43 |
| 11/14/2002 | Abrahamson | PowerPoint Presentation--Eckland | 0.25 | 125 | $31.25 | $125.00 | $31.25 |
| 11/14/2002 | Pelzer | PowerPoint Presentation--Eckland | 0.50 | 100 | $50.00 | $100.00 | $50.00 |
| 11/15/2002 | Fallon | Review materials in preparation for FMHA meeting | 0.25 | 175 | $43.75 | $147.79 | $36.95 |
| 11/15/2002 | Blando | Draft and transmit letter to opposing counsel regarding Franconia draft schedule | 1.50 | 250 | $375.00 | $147.79 | $221.69 |
| 11/17/2002 | Blando | Meeting with J. Eckland regarding Franconia discovery responses and clients | 1.00 | 250 | $250.00 | $147.79 | $147.79 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/18/2002 | Eckland | Telephone conferences with R. Rodning and G. Karvel regarding damage issues; telephone conferences with clients regarding facts and strategy; telephone message from D. Gorowsky regarding damage issues | 2.25 | 355 | $798.75 | $147.79 | $332.53 |
| 11/18/2002 | Critchley | Review documents in preparation of production; multiple telephone conversations with clients regarding general meeting | 1.00 | 130 | $130.00 | $130.00 | $130.00 |
| 11/19/2002 | Roberts | Conference with J. Eckland regarding meeting and damages issues; prepare for meeting presentation | 0.25 | 325 | $81.25 | $147.79 | $36.95 |
| 11/20/2002 | Eckland | Telephone messages from and to R. Forschler; preparation for, attendance at, presentations to clients | 1.00 | 355 | $355.00 | $147.79 | $147.79 |
| 11/20/2002 | Forschler | Prepare for presentation to clients; review material; conference with J. Eckland regarding presentation | 0.25 | 340 | $85.00 | $147.79 | $36.95 |
| 11/22/2002 | Eckland | Work on Franconia damage analyses; telephone conferences with clients and experts regarding same; review damage documents | 6.25 | 355 | $2,218.75 | $147.79 | $923.69 |
| 11/22/2002 | Blando | Draft and revise discovery responses in Franconia | 1.75 | 250 | $437.50 | $147.79 | $258.63 |
| 11/22/2002 | Pope | Contact clients regarding document collection; fax documents; file documents; receive instruction regarding additional case per J. Eckland | 5.75 | 75 | $431.25 | $75.00 | $431.25 |
| 11/24/2002 | Eckland | Telephone conference with G. Karvel regarding damage analyses in Franconia; telephone conference with R. Rodning regarding same; review memos regarding same; analyze damage summaries; revise and edit responses to government's discovery requests | 2.75 | 355 | $976.25 | $147.79 | $406.42 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/25/2002 | Eckland | Telephone conferences with clients regarding status updates; telephone conference with G. Karvel regarding summary of damage calculations; telephone conference with R. Rodning regarding same; telephone conference with M. Blando regarding same; telephone conference regarding Franconia discovery | 6.50 | 355 | $2,307.50 | $147.79 | $960.64 |
| 11/25/2002 | Blando | Review and revise Franconia discovery responses; discussion with J. Eckland regarding damages issues; contact opposing counsel regarding opinions and analyze schedule same; contact clients regarding various issues | 2.00 | 250 | $500.00 | $147.79 | $295.58 |
| 11/30/2002 | Eckland | Review Franconia documents for government document production | 2.50 | 355 | $887.50 | $147.79 | $369.48 |
| 12/1/2002 | Eckland | Preparation for depositions; review Franconia documents for government document production | 5.25 | 355 | $1,863.75 | $147.79 | $775.90 |
| 12/2/2002 | Eckland | Preparation for trial; telephone conference with M. Blando regarding miscellaneous issues; telephone message to C. Critchley regarding document production; telephone messages from and to M. Josephs regarding scheduling | 8.75 | 355 | $3,106.25 | $147.79 | $1,293.16 |
| 12/2/2002 | Blando | Review document and prepare for deposition; forward J. Eckland regarding discovery, depositions and various issues; discussion with paralegal team regarding document production | 2.00 | 250 | $500.00 | $147.79 | $295.58 |
| 12/2/2002 | Critchley | Review documents in preparation for production; confer with J. Eckland and M. Blando regarding the same; assist in preparation of depositions; communicate with expert regarding delivery of documents pertaining to damage analysis; coordinate with vendors | 7.50 | 130 | $975.00 | $130.00 | $975.00 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/3/2002 | Critchley | Review documents pertaining to production; assist in the preparation of depositions per J. Eckland; confer with M. Joseph regarding production of documents | 7.50 | 130 | $975.00 | $130.00 | $975.00 |
| 12/3/2002 | Eckland | Telephone conferences with J. Nelson; Defense of, deposition of witness; conferences with M. Josephs regarding same; conferences with M. Blando regarding same Critchley, et al regarding document production and preparation for depo | 8.25 | 355 | $2,928.75 | $147.79 | $1,219.27 |
| 12/3/2002 | Blando | Prepare for and attend witness deposition; coordinate and supervise document production; draft letter to opposing counsel regarding discovery issues; contact witnesses regarding depositions and scheduleing; discussion with clients regarding various issues; | 7.00 | 250 | $1,750.00 | $147.79 | $1,034.53 |
| 12/4/2002 | Eckland | Conferences with M. Blando, C. Critchley; telephone messages regarding trial strategy; defend depo of, G. Vitalis | 9.00 | 355 | $3,195.00 | $147.79 | $1,330.11 |
| 12/4/2002 | Pope | Sort documents; file documents; chronologize documents per C. Critchley | 4.75 | 75 | $356.25 | $75.00 | $356.25 |
| 12/4/2002 | Northrop | Create files for Franconia documents per C. Critchley | 3.00 | 75 | $225.00 | $75.00 | $225.00 |
| 12/4/2002 | Blando | Supervise and coordinate document production; discussion with J. Eckland regarding Vitalis deposition; discussion with witnesses and schedule future depositions | 5.25 | 250 | $1,312.50 | $147.79 | $775.90 |
| 12/4/2002 | Critchley | Review documents; multiple telephone conversations with expert regarding budgets information; review docents regarding the same | 7.50 | 130 | $975.00 | $130.00 | $975.00 |
| 12/5/2002 | Critchley | Produce and review documents per M. Blando; confer with M. Blando regarding the same | 5.00 | 130 | $650.00 | $130.00 | $650.00 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/5/2002 | Eckland | Conferences regarding document production; preparation for depositions | 1.00 | 355 | $355.00 | $147.79 | $147.79 |
| 12/5/2002 | Blando | Produce documents to opposing counsel in Franconia and prepare letter regarding same; draft letter to opposing counsel regarding discovery issues; contact opposing counsel regarding deposition schedule | 2.25 | 250 | $562.50 | $147.79 | $332.53 |
| 12/5/2002 | Pope | Generate production log; sort documents; project status per C. Critchley | 3.00 | 75 | $225.00 | $75.00 | $225.00 |
| 12/5/2002 | Northrop | Create Franconia production log per C. Critchley | 3.00 | 75 | $225.00 | $75.00 | $225.00 |
| 12/6/2002 | Eckland | Telephone conferences regarding damage analyses; telephone conference regarding documents and upcoming depositions; review documents regarding same; telephone conferences regarding damages analyses and miscellaneous issues | 6.75 | 355 | $2,396.25 | $147.79 | $997.58 |
| 12/6/2002 | Blando | Revise, finalize and forward letter to opposing counsel regarding discovery in Franconia; assist J. Eckland in preparing for deposition; analyze discovery requests | 2.50 | 250 | $625.00 | $147.79 | $369.48 |
| 12/6/2002 | Pope | Receive instruction regarding deposition binders; file documents; generate labels per C. Critchley | 2.00 | 75 | $150.00 | $75.00 | $150.00 |
| 12/6/2002 | Northrop | Locate documents for attorney review; label and file Franconia production documents per C. Critchley | 1.75 | 75 | $131.25 | $75.00 | $131.25 |
| 12/7/2002 | Eckland | Preparation for depositions; review documents regarding same | 1.75 | 355 | $621.25 | $147.79 | $258.63 |
| 12/8/2002 | Eckland | Prepare for depositions | 5.50 | 355 | $1,952.50 | $147.79 | $812.85 |
| 12/9/2002 | Eckland | Telephone message from M. Blando regarding depositions; research for and review documents regarding same depositions of J. and M. Graham; telephone message from J. Nelson regarding same | 10.75 | 355 | $3,816.25 | $147.79 | $1,588.74 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/9/2002 | Blando | Review documents for depositions; discussion with opposing counsel and contact J. Eckland regarding same; draft additional document requests in Franconia | 2.25 | 250 | $562.50 | $147.79 | $332.53 |
| 12/10/2002 | Eckland | Conferences regarding deposition preparation; conferences with M. Josephs regarding same; defend deposition of M. Graham; conferences regarding same; defend deposition of J. Graham; conferences regarding same | 7.25 | 355 | $2,573.75 | $147.79 | $1,071.48 |
| 12/10/2002 | Pope | Receive instruction regarding creating deposition notebooks; create deposition notebooks; project status per C. Critchley | 3.00 | 75 | $225.00 | $75.00 | $225.00 |
| 12/10/2002 | Northrop | Create deposition notebooks; make labels per C. Critchley | 3.25 | 75 | $243.75 | $75.00 | $243.75 |
| 12/11/2002 | Eckland | Conferences regarding depositions of J. and M. Graham; telephone conference regarding settlement strategy; work on various issues | 4.25 | 355 | $1,508.75 | $147.79 | $628.11 |
| 12/11/2002 | Blando | Prepare for, attend and debrief meeting with G. Karvel regarding damages analysis; discussion with discovery requests in Franconia, review documents produced by government in Franconia | 2.25 | 250 | $562.50 | $147.79 | $332.53 |
| 12/12/2002 | Eckland | Telephone conferences with clients; review documents from clients; analyze damage strategy regarding estimates of market rate rentals; telephone conference regarding deposition preparation and documents | 1.50 | 355 | $532.50 | $147.79 | $221.69 |
| 12/12/2002 | Blando | Discussion with J. Eckland regarding status; draft letter to opposing counsel regarding discovery in Franconia | 0.50 | 250 | $125.00 | $147.79 | $73.90 |
| 12/13/2002 | Eckland | Telephone messages with M. Josephs; preparation for deposition; conferences with M. Blando regarding various issues; work on damage analyses | 4.25 | 355 | $1,508.75 | $147.79 | $628.11 |

**Exhibit A**