**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/13/2002 | Pope | Receive instruction regarding creating deposition notebooks; create deposition notebooks; project status per C. Critchley | 5.00 | 75 | $375.00 | $75.00 | $375.00 |
| 12/16/2002 | Eckland | Telephone conferences with clients regarding status updates; telephone messages with M. Josephs regarding deposition scheduling and government document production; preparation for Franconia trial | 5.50 | 355 | $1,952.50 | $147.79 | $812.85 |
| 12/16/2002 | Blando | Work on Franconia discovery issues | 1.75 | 250 | $437.50 | $147.79 | $258.63 |
| 12/16/2002 | Vaccaro | Conference with M. Blando regarding mitigation of damages and anticipatory repudiation research assignments | 0.50 | 160 | $80.00 | $147.79 | $73.90 |
| 12/17/2002 | Eckland | Telephone conference with R. Rodning regarding damage analyses; telephone conference with C. Critchley regarding case management plan; work on damage issues | 1.75 | 355 | $621.25 | $147.79 | $258.63 |
| 12/18/2002 | Eckland | Telephone messages with M. Josephs regarding discovery schedule; conference with M. Blando various strategic issues; review documents; summarize depositions; preparation for trial | 3.00 | 355 | $1,065.00 | $147.79 | $443.37 |
| 12/18/2002 | Blando | Discussion with opposing counsel regarding discovery schedule; discussion with J. Eckland regarding same; outline tasks and remaining discovery topics | 1.25 | 250 | $312.50 | $147.79 | $184.74 |
| 12/18/2002 | Vaccaro | Research and review case law concerning duty to mitigate damages | 0.50 | 160 | $80.00 | $147.79 | $73.90 |
| 12/19/2002 | Eckland | Telephone conferences with clients regarding status updates; analyze strategy; conferences with clients; analyze damage claims; preparation for trial | 2.25 | 355 | $798.75 | $147.79 | $332.53 |
| 12/19/2002 | Blando | Telephone conference with opposing counsel regarding document schedule in Franconia; draft document requests in Franconia | 0.25 | 250 | $62.50 | $147.79 | $36.95 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/19/2002 | Vaccaro | Research treatises and national federal case law concerning mitigation | 6.50 | 160 | $1,040.00 | $147.79 | $960.64 |
| 12/20/2002 | Eckland | Telephone conference with M. Blando regarding Franconia discovery schedule; telephone conference with clients; preparation for trial | 5.25 | 355 | $1,863.75 | $147.79 | $775.90 |
| 12/20/2002 | Blando | Analyze discovery schedule; plan deposition schedule; discussion with opposing counsel and J. Eckland regarding scheduling issues | 3.25 | 250 | $812.50 | $147.79 | $480.32 |
| 12/20/2002 | Vaccaro | Research treatises and national case law concerning anticipatory repudiation and retraction of repudiation | 3.50 | 160 | $560.00 | $147.79 | $517.27 |
| 12/21/2002 | Eckland | Preparation for trial | 2.25 | 355 | $798.75 | $147.79 | $332.53 |
| 12/23/2002 | Eckland | Telephone conferences with clients regarding status updates; conferences with E. Carrao regarding depositions, document productions, and miscellaneous issues; preparation for trial | 3.25 | 355 | $1,153.75 | $147.79 | $480.32 |
| 12/23/2002 | Blando | Prepare and transmit letter to opposing counsel regarding discovery issues; draft document requests; discussion with J. Eckland regarding status and strategy; conduct research | 2.50 | 250 | $625.00 | $147.79 | $369.48 |
| 12/23/2002 | Pope | Update matrix per C. Critchley; meet with J. Eckland regarding supplemental production; sort documents; file documents per J. Eckland | 5.75 | 75 | $431.25 | $75.00 | $431.25 |
| 12/26/2002 | Eckland | Preparation for trial; work on damage analysis | 4.75 | 355 | $1,686.25 | $147.79 | $702.00 |
| 12/27/2002 | Eckland | Telephone messages from and to S. Brilliant; preparation for trial; analyze damage analyses; draft deposition summaries | 4.00 | 355 | $1,420.00 | $147.79 | $591.16 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/27/2002 | Blando | Contact witnesss regarding deposition schedule; develop deposition schedule and map; analyze issues regarding trial and settlement; conduct research | 2.00 | 250 | $500.00 | $147.79 | $295.58 |
| 12/30/2002 | Eckland | Telephone conferences with clients; calling clients regarding status updates;preparation for trial | 2.00 | 355 | $710.00 | $147.79 | $295.58 |
| 12/30/2002 | Blando | Discussion with J. Eckland regarding status, schedule and new opposing counsel; contact witnesses and prepare deposition schedule | 1.25 | 250 | $312.50 | $147.79 | $184.74 |
| 12/31/2002 | Blando | Discussion with witnesses regarding depositions; review defendant's motion to amend trial schedule | 1.00 | 250 | $250.00 | $147.79 | $147.79 |
| 12/31/2002 | Eckland | Telephone message to S. Brilliant regarding "stream-lining" trial; telephone conference with S. Brilliant regarding same; conferences with M. Blando regarding same; preparation for trial | 2.75 | 355 | $976.25 | $147.79 | $406.42 |
| 1/2/2003 | Eckland | Preparation for trial; telephone conferences with clients regarding same | 4.00 | 355 | $1,420.00 | $150.35 | $601.40 |
| 1/2/2003 | Vaccaro | Research and review case law concerning mitigation of damages and duty to deal with breaching party; draft and revise memorandum to J. Eckland, W. Roberts, and M. Blando regarding same | 5.75 | 160 | $920.00 | $150.35 | $864.51 |
| 1/3/2003 | Eckland | Telephone conferences with clients regarding status updates; preparation for trial; telephone conference with M. Blando regarding response to governments motion to postpone Franconia trial | 1.50 | 355 | $532.50 | $150.35 | $225.53 |
| 1/3/2003 | Blando | Discussion with W. Roberts regarding status; discussion with J. Eckland regarding various projects; docket deadline on opposition regarding trial schedule in Franconia; discussion with witnesses regarding deposition schedule in Franconia | 1.50 | 250 | $375.00 | $150.35 | $225.53 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/3/2003 | Vaccaro | Draft memo mitigation of damages and duty to deal with breaching party; research federal case law concerning anticipatory repudiation and retraction of repudiation | 5.00 | 160 | $800.00 | $150.35 | |
| 1/6/2003 | Eckland | Telephone conferences with clients regarding status updates; preparation for trial; memos regarding damage analyses | 5.00 | 355 | $1,775.00 | $150.35 | $751.75 |
| 1/6/2003 | Blando | Discussion with witnesses in Franconia regarding depositions; contact J. Eckland regarding same | 0.50 | 250 | $125.00 | $150.35 | $75.18 |
| 1/7/2003 | Blando | Review recent orders in Franconia; docket opposition to motion regarding trial schedule | 0.25 | 250 | $62.50 | $150.35 | $37.59 |
| 1/7/2003 | Eckland | Telephone conferences with clients regarding status updates; preparation for trial; review order from the Honorable E. Gibson regarding 1/17/03 filing | 1.25 | 355 | $443.75 | $150.35 | $187.94 |
| 1/8/2003 | Blando | Discussion with witnesses in Franconia regarding depositions and schedule; draft discovery requests in Franconia; organize files | 2.00 | 250 | $500.00 | $150.35 | $300.70 |
| 1/8/2003 | Vaccaro | Draft and revise memorandum to J. Eckland, W. Roberts, and M. Blando regarding mitigation of damages; research and review federal law concerning same | 7.50 | 160 | $1,200.00 | $150.35 | $1,127.63 |
| 1/8/2003 | Blando | Draft discovery requests in Franconia; analyze deposition schedule; outline tasks | 1.00 | 250 | $250.00 | $150.35 | $150.35 |
| 1/8/2003 | Eckland | Telephone conferences with clients regarding status updates; conferences with C. Critchley regarding same | 1.75 | 355 | $621.25 | $150.35 | $263.11 |
| 1/9/2003 | Vaccaro | Revise memorandum to J. Eckland, W. Roberts, and M. Blando regarding mitigation issues | 3.75 | 160 | $600.00 | $150.35 | $563.81 |
| 1/9/2003 | Eckland | Preparation for trial | 4.25 | 355 | $1,508.75 | $150.35 | $638.99 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/10/2003 | Blando | Discussion with J. Eckland regarding possible argument on merits regarding impact of schedule and decision; draft opposing discovery requests in Franconia | 3.00 | 250 | $750.00 | $150.35 | $451.05 |
| 1/10/2003 | Vaccaro | Draft memorandum to J. Eckland, W. Roberts, and M. Blando regarding retraction of anticipatory repudiation | 0.75 | 160 | $120.00 | $150.35 | $112.76 |
| 1/10/2003 | Eckland | Revise and edit correspondence regarding clients; telephone message from R. Rodning; preparation for deposition | 1.50 | 355 | $532.50 | $150.35 | $225.53 |
| 1/13/2003 | Blando | Draft opposing counsel requests in Franconia; draft and revise letter to opposing counsel regarding case management; analyze argument regarding impact of Supreme Court decision; review briefs regarding same | 4.25 | 250 | $1,062.50 | $150.35 | $638.99 |
| 1/13/2003 | Eckland | Analyze unmistakability doctrine; analyze damage analyses; review files; telephone message regarding deposition | 6.50 | 355 | $2,307.50 | $150.35 | $977.28 |
| 1/14/2003 | Blando | Analyze issue regarding discovery and possible motion to compel in Franconia; review and analyze memorandum from R. Vaccaro regarding mitigation; discussion with R. Vaccaro regarding follow-up; telephone con. opposing counsel regarding various; draft Franconia discovery requests | 6.75 | 250 | $1,687.50 | $150.35 | $1,014.86 |
| 1/14/2003 | Vaccaro | Draft memorandum to J. Eckland, W. Roberts, and M. Blando regarding retraction of anticipatory repudiation | 3.30 | 160 | $528.00 | $150.35 | $496.16 |
| 1/14/2003 | Eckland | Revise and edit Franconia interrogatories and document requests (Set 2); telephone conference with R. Rodning regarding damage reports and damage strategy | 6.50 | 355 | $2,307.50 | $150.35 | $977.28 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/15/2003 | Blando | Telephone conf. with opposing counsel regarding various issues; draft response to motion to postpone telephone con. in Franconia; discussion with J. Eckland regarding deposition schedule | 2.50 | 250 | $625.00 | $150.35 | $375.88 |
| 1/15/2003 | Eckland | Telephone conferences with clients regarding status updates; telephone messages from G. Karvel and R. Rodning regarding damage analyses and settlement strategy; conferences with M. Blando regarding deposition scheduling and Franconia opposition to postponement of trial | 1.00 | 355 | $355.00 | $150.35 | $150.35 |
| 1/16/2003 | Eckland | Telephone messages regarding Franconia depositions; analyze closing document issues; memo regarding same; revise and edit brief in opposition to government's motion to postpone Franconia trial; presentation to clients re Franconia strategy | 5.75 | 355 | $2,041.25 | $150.35 | $864.51 |
| 1/16/2003 | Blando | Telephone conference with opposing counsel regarding various; draft response to motion to postpone telephone con.; coordinate deposition schedule in Franconia | 4.50 | 250 | $1,125.00 | $150.35 | $676.58 |
| 1/16/2003 | Vaccaro | Revise memorandum to J. Eckland, W. Roberts, and M. Blando regarding retraction of repudiation | 1.25 | 160 | $200.00 | $150.35 | $187.94 |
| 1/17/2003 | Blando | Prepare schedule and map for Franconia depositions; discussion with opposing counsel regarding J. Eckland | 2.25 | 250 | $562.50 | $150.35 | $338.29 |
| 1/17/2003 | Eckland | Revise and edit memos re trial prep; review research memos re same; telephone messages from and to D. Gorowsky regarding trial and expert reports | 4.75 | 355 | $1,686.25 | $150.35 | $714.16 |
| 1/18/2003 | Eckland | Answer client correspondence regarding litigation issues; preparation for trial | 3.25 | 355 | $1,153.75 | $150.35 | $488.64 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/20/2003 | Eckland | Conference with W. Roberts regarding deposition schedule; conferences T. Carrao regarding document production, deposition preparation, and miscellaneous issues; conferences regarding settlement strategy; analyze strategy regarding same; preparation for deposition. | 8.25 | 355 | $2,928.75 | $150.35 | $1,240.39 |
| 1/21/2003 | Eckland | Preparation for deposition; review project documents from archives regarding same; re-analyze damage analyses telephone message from D. Gorowsky regarding damage report; telephone message to R. Rodning regarding same; telephone messages from clients regarding trial preparation | 9.25 | 355 | $3,283.75 | $150.35 | $1,390.74 |
| 1/21/2003 | Blando | Discussion with opposing counsel regarding deposition schedule; contact W. Roberts regarding depositions; draft letter to opposing counsel regarding discovery disputes; analyze relevance of requested documents | 3.50 | 250 | $875.00 | $150.35 | $526.23 |
| 1/22/2003 | Blando | Discussion with expert witness regarding status and meeting; draft letter to opposing counsel regarding discovery; forward C. Critchley regarding pleadings; analyze prepayment issues and draft and develop flow charts for possible use at trial; discussion with opposing counsel and W. Roberts regarding defendant's schedule; discussion with witnesses regarding depositions | 4.75 | 250 | $1,187.50 | $150.35 | $714.16 |
| 1/22/2003 | Eckland | Conference with D. Costello in Sioux Falls, South Dakota; review project documents; telephone conferences with R. Rodning regarding same; telephone conference with M. Blando regarding miscellaneous issues | 7.50 | 355 | $2,662.50 | $150.35 | $1,127.63 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/23/2003 | Eckland | Preparation for deposition of D. Costello in Sioux Falls, South Dakota; defend deposition of D. Costello; conferences with D. Costello regarding same; conferences with S. Brilliant regarding documents and miscellaneous issues; review D. Costello documents | 8.75 | 355 | $3,106.25 | $150.35 | $1,315.56 |
| 1/23/2003 | Blando | Prepare for and attend meeting with expert witness regarding issues for report; prepare list of potential action items; draft letter to opposing counsel regarding discovery requests; review prior requests; coordinate and schedule opinions | 6.75 | 250 | $1,687.50 | $150.35 | $1,014.86 |
| 1/24/2003 | Northrop | Prepare documents for production; copy documents; send documents to R. Rodning | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 1/24/2003 | Blando | Draft, revise and finalize letter to opposing counsel regarding discovery disputes; review documents and discovery requests for same; contact witnesses regarding deposition schedule; generate revised schedule; review documents from Costello and forward to R. Rodning | 4.50 | 250 | $1,125.00 | $150.35 | $676.58 |
| 1/24/2003 | Eckland | Telephone messages from clients regarding status updates; preparation for trial | 1.25 | 355 | $443.75 | $150.35 | $187.94 |
| 1/27/2003 | Eckland | Work regarding trial and deposition preparation; telephone message from M. Blando regarding miscellaneous issues regarding document productions and upcoming depositions; review order from the Honorable R. Gibson | 3.50 | 355 | $1,242.50 | $150.35 | $526.23 |
| 1/27/2003 | Blando | Contact witnesses regarding depositions; analyze damages issues and review documents; discussion with paralegal team regarding pending projects | 2.25 | 250 | $562.50 | $150.35 | $338.29 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/28/2003 | Blando | Review documents for supplemental production to government; draft and revise letter to opposing counsel regarding same; discussion with opposing counsel regarding deposition schedule and document issues; meeting with J. Eckland regarding various projects; | 5.50 | 250 | $1,375.00 | $150.35 | $826.93 |
| 1/28/2003 | Roberts | Conference with M. Blando regarding status and developments; telephone call to client regarding same | 0.25 | 325 | $81.25 | $150.35 | $37.59 |
| 1/28/2003 | Eckland | Preparation for deposition of G. Morosani; preparation for Franconia trial; conference with M. Blando regarding D. Costello documents, expert damage issues, and miscellaneous issues | 8.75 | 355 | $3,106.25 | $150.35 | $1,315.56 |
| 1/29/2003 | Eckland | Preparation for G. Morosani deposition; review G. Morosani documents; analyze audit reports regarding Pine Needle Apartments; revise and edit correspondence to S. Brilliant regarding supplemental document productions | 6.75 | 355 | $2,396.25 | $150.35 | $1,014.86 |
| 1/29/2003 | Blando | Discussion with Court regarding status report; review status report and discussion with J. Eckland regarding same; review and revise deposition schedule; discussion with witnesses regarding deposition; prepare for depositions; discussions regarding properties; draft letter to opposing counsel regarding supplemental production and review documents to be produced | 6.75 | 250 | $1,687.50 | $150.35 | $1,014.86 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/30/2003 | Eckland | Telephone messages from, and telephone conferences with, M. Blando regarding G. Morosani deposition notice, The Honorable R. Gibson's Order post-poning Franconia trial to May 6, 2003, and deposition scheduling; telephone message from G. Karvel regarding damage issues; telephone messages to and from C. Critchley regarding deposition preparation; review G. Morosani documents | 7.50 | 355 | $2,662.50 | $150.35 | $1,127.63 |
| 1/31/2003 | Blando | Draft letter to opposing counsel regarding deposition schedule; discussion with C. Critchley regarding analysis of incentives received by properties in Franconia; review documents regarding same; discussion with witnesses regarding deposition; discussion with J. Eckland and opposing counsel regarding same; prepare for depositions; review documents; discussion with R. Rodning regarding damage issues; contact clients | 6.25 | 250 | $1,562.50 | $150.35 | $939.69 |
| 1/31/2003 | Critchley | Review documents in preparation for production against previously produced documents and trial exhibits; review deposition transcripts | 9.00 | 130 | $1,170.00 | $130.00 | $1,170.00 |
| 1/31/2003 | Blando | Prepare for depositions; review and supplement binders; address scheduling and administrative matters; telephone conference with expert witness regarding status and tasks; draft letter to opposing counsel regarding depositions and document issues | 7.25 | 250 | $1,812.50 | $150.35 | $1,090.04 |
| 1/31/2003 | Pope | Review documents for prepayment information; sort documents; organize documents in preparation for depositions; per C. Critchley; locate documents per M. Blando | 4.75 | 75 | $356.25 | $75.00 | $356.25 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/31/2003 | Eckland | Defense of, deposition of G. Morosani; conferences with A. Page regarding same; conferences with G. Morosani regarding same; telephone messages regarding Franconia plaintiffs; telephone conferences regarding deposition scheduling in Florida for week of February 3, 2003; work on witness outline of G. Morosani | 13.50 | 355 | $4,792.50 | $150.35 | $2,029.73 |
| 2/1/2003 | Eckland | Preparation for trial; preparation for Franconia depositions | 2.25 | 355 | $798.75 | $150.35 | $338.29 |
| 2/1/2003 | Northrop | Read deposition transcripts per C. Critchley | 0.75 | 75 | $56.25 | $75.00 | $56.25 |
| 2/2/2003 | Eckland | Preparation for upcoming week of Franconia depositions in Florida; preparation for depositions; preparation for trial | 10.50 | 355 | $3,727.50 | $150.35 | $338.29 |
| 2/2/2003 | Blando | Telephone conference with J. Eckland regarding depositions; review documents regarding Fall River I | 5.50 | 250 | $1,375.00 | $150.35 | $826.93 |
| 2/3/2003 | Blando | Deposition prep; review documents; discussion with R. Rodning regarding damages issues | 10.75 | 250 | $2,687.50 | $150.35 | $1,616.26 |
| 2/3/2003 | Eckland | Revise and edit correspondence to S. Brilliant regarding discovery issues; telephone conferences regarding document issues; telephone conference with R. Rodning regarding damage issues; telephone messages from and to A. Pape regarding deposition schedule; telephone conferences review documents regarding same; preparation for deposition of D. Hodges; review documents regarding same | 11.00 | 355 | $3,905.00 | $150.35 | $1,653.85 |
| 2/4/2003 | Eckland | Telephone message from A. Page regarding deposition notices; telephone conference with M. Blando regarding same; telephone conferences with M. Blando regarding preparation for deposition; review documents | 8.00 | 355 | $2,840.00 | $150.35 | $1,202.80 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/4/2003 | Blando | Analyze issues; discussion with J. Eckland regarding deposition; prepare for deposition | 9.75 | 250 | $2,437.50 | $150.35 | $1,465.91 |
| 2/4/2003 | Pope | Review pleadings backers for notices of dismissal; update documents; file documents; contact clients regarding sending documents; create trial folders per C. Critchley | 6.00 | 75 | $450.00 | $75.00 | $450.00 |
| 2/5/2003 | Blando | Prepare for and attend Wells deposition; debrief deposition; analyze issues for government witness depositions and trial | 7.75 | 250 | $1,937.50 | $150.35 | $1,165.21 |
| 2/5/2003 | Critchley | Review documents in preparation for production; telephone conversations with experts regarding document collections | 6.50 | 130 | $845.00 | $130.00 | $845.00 |
| 2/5/2003 | Eckland | Telephone conferences with M. Blando regarding deposition review documents; preparation for trial | 9.00 | 355 | $3,195.00 | $150.35 | $1,353.15 |
| 2/6/2003 | Eckland | Defense of, deposition of D. Stordahl regarding same; conferences with M. Blando; conferences with M. Blando regarding trial strategy; telephone conference with R. Rodning regarding damage analyses | 9.75 | 355 | $3,461.25 | $150.35 | $1,465.91 |
| 2/6/2003 | Blando | Attend Stordahl deposition; discussion with J. Eckland regarding trial strategy, witnesses and depositions; prepare for deposition | 10.50 | 250 | $2,625.00 | $150.35 | $1,578.68 |
| 2/7/2003 | Blando | Attend Hodges deposition; review documents; travel; analyze issues for government witness depositions and trial | 8.25 | 250 | $2,062.50 | $150.35 | $1,240.39 |
| 2/7/2003 | Critchley | Review deposition transcripts; review documents in preparation production | 6.50 | 130 | $845.00 | $130.00 | $845.00 |

Exhibit A

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/7/2003 | Eckland | Defense of deposition of D. Hodges; conferences with D. Hodges and M. Blando regarding same; telephone messages regarding draft damage analyses, supplemental document productions, and miscellaneous issues; prepare direct examination outlines for Franconia | 11.25 | 355 | $3,993.75 | $150.35 | $1,691.44 |
| 2/7/2003 | Pope | Retrieve documents for experts; sort documents; contact expert regarding project status; file documents; generate letter per C. Critchley | 5.50 | 75 | $412.50 | $75.00 | $412.50 |
| 2/7/2003 | Northrop | Prepare documents for expert review; copy and file documents; contact clients; update potential client information per C. Critchley | 7.00 | 75 | $525.00 | $75.00 | $525.00 |
| 2/8/2003 | Blando | Return travel from Florida; debrief deposition; analyze trial issues | 4.50 | 250 | $1,125.00 | $150.35 | $676.58 |
| 2/10/2003 | Eckland | Telephone conference with R. Rodning regarding damage analyses; conferences with M. Blando regarding miscellaneous issues; conferences regarding settlement strategy | 5.50 | 335 | $1,842.50 | $150.35 | $826.93 |
| 2/10/2003 | Fallon | Review courts order re upcoming trial | 0.10 | 175 | $17.50 | $150.35 | $15.04 |
| 2/10/2003 | Blando | Telephone conference with opposing counsel regarding discovery and schedule; discussion with expert witness; draft letter to opposing counsel regarding 30(b)(6) deposition; draft deposition notice; draft motion | 6.75 | 250 | $1,687.50 | $150.35 | $1,014.86 |
| 2/11/2003 | Blando | Discussion with opposing counsel regarding discovery schedule in Franconia; outline tasks to be completed prior to discovery deadline | 0.75 | 250 | $187.50 | $150.35 | $112.76 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/11/2003 | Eckland | Memos to R. Rodning regarding damage analyses; telephone conference with C. Critchley regarding miscellaneous issues; preparation for trial; telephone messages from M. Blando regarding miscellaneous issues in Franconia | 6.00 | 355 | $2,130.00 | $150.35 | $902.10 |
| 2/12/2003 | Eckland | Telephone conference with D. Gorowsky; revise and edit correspondence to A. Page regarding discovery issues; revise and edit notice of 30(b)(6) deposition; conferences with C. Critchley et al. regarding miscellaneous issues; conferences with M. Blando regarding same | 3.00 | 355 | $1,065.00 | $150.35 | $451.05 |
| 2/12/2003 | Blando | Analyze discovery schedule; contact W. Roberts regarding deposition schedule; draft, revise and serve 30(b)(6) deposition notice and letter regarding same; discussion with C. Critchley | 5.75 | 250 | $1,437.50 | $150.35 | $864.51 |
| 2/13/2003 | Blando | Review documents, prepare letter and coordinate with paralegal team regarding supplemental production of docs; prepare client update letter and prepare attachments; analyze damages issues and discussion with J. Eckland regarding same | 5.25 | 250 | $1,312.50 | $150.35 | $789.34 |
| 2/13/2003 | Eckland | Telephone messages from and to M. Blando regarding supplemental document production and miscellaneous discovery issues; preparation for trial | 4.50 | 355 | $1,597.50 | $150.35 | $676.58 |
| 2/14/2003 | Critchley | Attend team meeting regarding trial preparation | 7.50 | 130 | $975.00 | $130.00 | $975.00 |
| 2/14/2003 | Pope | Meet with expert regarding damage calculations; meet with J. Eckland regarding trial preparation; project status; file documents; print documents per C. Critchley | 7.75 | 75 | $581.25 | $75.00 | $581.25 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/14/2003 | Eckland | Conferences with and Tucker Act team regarding damage analyses; trial strategy and scheduling, and miscellaneous issues; preparation for trial | 7.25 | 355 | $2,573.75 | $150.35 | $1,090.04 |
| 2/14/2003 | Northrop | Attend team meeting per C. Critchley | 7.00 | 75 | $525.00 | $75.00 | $525.00 |
| 2/14/2003 | Blando | Meeting with team regarding trial and witnesses; review research files regarding damages issues; discussion with W. Roberts regarding status; meeting with R. Rodning regarding documents and damages | 6.00 | 250 | $1,500.00 | $150.35 | $902.10 |
| 2/16/2003 | Eckland | Telephone message from R. Rodning regarding damage issues; telephone conference with R. Rodning regarding same; analyze damage issues | 1.50 | 355 | $532.50 | $150.35 | $225.53 |
| 2/17/2003 | Eckland | Analyze damage issues; telephone conference with R. Rodning regarding same; telephone conferences with clients regarding status updates; preparation for trial | 6.00 | 355 | $2,130.00 | $150.35 | $902.10 |
| 2/17/2003 | Pope | Contact clients to obtain pictures of projects; file documents; create hotel itinerary for trial per C. Critchley; retrieve documents per M. Fallon | 4.75 | 75 | $356.25 | $75.00 | $356.25 |
| 2/17/2003 | Northrop | Contact clients; update potential client information; file documents; revise correspondence; create tentative hotel schedule for trial per C. Critchley | 5.25 | 75 | $393.75 | $75.00 | $393.75 |
| 2/17/2003 | Blando | Draft client update letter and draft, review regarding retraction of repudiation and revise attachments; analyze damages issues and forward data to expert witness | 5.75 | 250 | $1,437.50 | $150.35 | $864.51 |
| 2/18/2003 | Blando | Review and analyze articles regarding case and Supreme Court decision; analyze issues for motion to compel; discussion with expert witness; review draft update letter; various trial preparations | 3.75 | 250 | $937.50 | $150.35 | $563.81 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/18/2003 | Northrop | Contact Franconia clients for photographs per C. Critchley | 4.50 | 75 | $337.50 | $75.00 | $337.50 |
| 2/18/2003 | Pope | Review documents for project photos; retrieve documents; receive instruction regarding client intake; receive instruction regarding deposition maintenance; update matrix; file documents per C. Critchley | 5.75 | 75 | $431.25 | $75.00 | $431.25 |
| 2/18/2003 | Eckland | Preparation for trial; conferences regarding damage analyses; review governments motion for extension of discovery schedule | 4.25 | 355 | $1,508.75 | $150.35 | $638.99 |
| 2/19/2003 | Eckland | Telephone messages from and to R. Rodning regarding damage analyses; telephone conference with R. Rodning regarding same; revise and edit correspondence to clients regarding deposition transcripts; conference with M. Blando regarding miscellaneous issues; telephone conference and other clients regarding miscellaneous trial preparation issues | 5.50 | 355 | $1,952.50 | $150.35 | $826.93 |
| 2/19/2003 | Blando | Discussion with opposing counsel regarding discovery; depositions and documents; meeting with J. Eckland regarding damages and discovery; discussion with R. Vaccaro and review research regarding internet issues; review documents for supplemental production of documents | 4.75 | 250 | $1,187.50 | $150.35 | $714.16 |
| 2/19/2003 | Blando | Develop and outline arguments for response to motion for stay; discussion with J. Eckland regarding same | 0.75 | 250 | $187.50 | $150.35 | $112.76 |
| 2/20/2003 | Blando | Draft letter to opposing counsel regarding late discovery responses; discussion with C. Critchley regarding various projects; discussion with expert witness; review decisions and statutes and data regarding recovery of interest; deposition schedule issues | 4.50 | 250 | $1,125.00 | $150.35 | $676.58 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/20/2003 | Eckland | Telephone conference regarding related litigation; telephone conference with S. Brilliant regarding settlement negotitations; telephone conference with R. Rodning regarding damage analyses; preparation for trial | 7.00 | 355 | $2,485.00 | $150.35 | $1,052.45 |
| 2/20/2003 | Pope | Contact clients regarding project photographs; receive instruction regarding trial per C. Critchley | 2.50 | 75 | $187.50 | $75.00 | $187.50 |
| 2/20/2003 | Northrop | Contact clients; file documents; prepare documents for production to expert per C. Critchley | 4.00 | 75 | $300.00 | $75.00 | $300.00 |
| 2/21/2003 | Eckland | Telephone conference with R. Rodning regarding damage analyses; telephone conference with D. Roseliep regarding trial preparation; revise and edit status update letter to clients; revise and edit correspondence to S. Brilliant regarding discovery issues; telephone conference with S. Brilliant regarding discovery schedule and revised motion regarding modification to same; telephone conference with F. McCloskey regarding rent survey summaries; preparation regarding Franconia | 8.75 | 355 | $3,106.25 | $150.35 | $1,315.56 |
| 2/21/2003 | Blando | Discussion with J. Eckland regarding schedule damages; discussion with expert witness regarding report; revise and finalize letter to opposing counsel regarding late discovery responses; contact opposing counsel regarding opposing counsel issues | 3.50 | 250 | $875.00 | $150.35 | $526.23 |
| 2/23/2003 | Eckland | Memo to R. Rodning regarding damage analyses; preparation for trial | 3.50 | 355 | $1,242.50 | $150.35 | $526.23 |
| 2/24/2003 | Rezac | Get photos processed | 0.50 | 95 | $47.50 | $95.00 | $47.50 |
| 2/24/2003 | Blando | Telephone conference with opposing counsel regarding various issues; preparation for trial | 4.25 | 250 | $1,062.50 | $150.35 | $638.99 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/25/2003 | Blando | Meeting with team regarding trial prep; telephone conference with opposing counsel regarding discovery schedule dispute; discussion with clients; draft letter to opposing counsel regarding discovery dispute; review documents | 5.50 | 250 | $1,375.00 | $150.35 | $826.93 |
| 2/25/2003 | Eckland | Telephone messages with expert; discovery scheduling issues; attorney conference regarding trial preparation issues and damage analysis; telephone message from S. Brililant | 5.25 | 355 | $1,863.75 | $150.35 | $789.34 |
| 2/25/2003 | Roberts | Conference with J. Eckland and M. Blando regarding witness depo; prepare for same | 1.00 | 325 | $325.00 | $150.35 | $150.35 |
| 2/25/2003 | Pope | Meet with J. Hoff and R. Bazzy regarding technical support for trial; file documents; meet with J. Eckland and M. Blando regarding trial per J. Eckland | 4.75 | 75 | $356.25 | $75.00 | $356.25 |
| 2/25/2003 | Northrop | Attend meeting regarding Franconia trial per J. Hoff; contact potential clients; create key contact files; attend team meeting per J. Eckland | 6.25 | 75 | $468.75 | $75.00 | $468.75 |
| 2/25/2003 | Pope | Perform quality control of case notebooks per J. Eckland | 2.75 | 75 | $206.25 | $75.00 | $206.25 |
| 2/26/2003 | Northrop | Contact clients; create Expert Report index; create Fourth Amended Exhibit List; label and file documents per J. Eckland | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 2/26/2003 | Pope | Generate expert report index; generate exhibit list index; prepare documents for production; contact court reporters for deposition documents; receive instruction regarding production per J. Eckland | 7.00 | 75 | $525.00 | $75.00 | $525.00 |
| 2/26/2003 | Eckland | Telephone conferences with R. Rodning regarding various correspondence to clients; preparation for trial damage analyses; revise and edit same; conference with A. Van Oort regarding research | 4.50 | 355 | $1,597.50 | $150.35 | $676.58 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/26/2003 | Blando | Review and forward documents; discussion with opposing counsel regarding deposition and discovery; draft letter to Brilliant regarding discovery dispute; discussion with expert witness; discus | 4.25 | 250 | $1,062.50 | $150.35 | $638.99 |
| 2/26/2003 | Van Ort | Conference with J. Eckland regarding class action issues | 1.60 | 220 | $352.00 | $150.35 | $240.56 |
| 2/26/2003 | Vaccaro | Telephone call with J. Eckland regarding research matter; research Supreme Court case law concerning duty to deal with breaching parties | 1.25 | 160 | $200.00 | $150.35 | $187.94 |
| 2/27/2003 | Vaccaro | Research and review Federal Circuit case law concerning duty to mitigate | 1.75 | 160 | $280.00 | $150.35 | $263.11 |
| 2/27/2003 | Blando | Draft letter to opposing counsel regarding depositions and discovery; review documents regarding damages issues and forward data to expert witness; supplemental production of docs; meeting with J. Eckland; discussion with L. Slattengren regarding serving as a witness | 7.25 | 250 | $1,812.50 | $150.35 | $1,090.04 |
| 2/27/2003 | Pope | File documents; create witness kits; search for cases per J. Eckland | 2.50 | 75 | $187.50 | $75.00 | $187.50 |
| 2/27/2003 | Northrop | Prepare documents for attorney review; prepare documents for production; draft letter for document production; contact clients and expert; log production documents; file documents; send documents for expert review per M. Blando and J. Eckland. | 8.50 | 75 | $637.50 | $75.00 | $637.50 |
| 2/27/2003 | Eckland | Telephone conferences with R. Rodning regarding damage analyses; select trial exhibits; analyze damage accrual dates; trial preparation and damage analyses in Franconia; telephone messages to and from S. Brilliant regarding | 11.50 | 355 | $4,082.50 | $150.35 | $1,729.03 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/28/2002 | Blando | Outline and draft Supreme Court brief; review legal research; analyze potential arguments | 9.75 | 230 | $2,242.50 | $147.79 | $1,440.95 |
| 2/28/2003 | Fallon | Preparation for trial | 0.75 | 175 | $131.25 | $150.35 | $112.76 |
| 2/28/2003 | Northrop | Add documents to exhibit list; file documents; prepare documents for attorney review per J. Eckland | 5.00 | 75 | $375.00 | $75.00 | $375.00 |
| 2/28/2003 | Pope | Create trial exhibit list; file documents; create witness kits per J. Eckland | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 2/28/2003 | Eckland | Telephone conferences with R. Rodning regarding damage analyses; review and edit same; analyze strategy regarding same; preparation for trial | 7.00 | 355 | $2,485.00 | $150.35 | $1,052.45 |
| 2/28/2003 | Blando | Meeting with team regarding trial prep and expert report; discussion with various clients regarding same; discussion with J. Eckland, review documents and contact expert witness regarding relevant dates; discussion with J. Northrop regarding various projects | 4.25 | 250 | $1,062.50 | $150.35 | $638.99 |
| 2/28/2003 | Vaccaro | Research and review federal case law concerning mitigation rules and duty to deal with repudiating parties | 3.50 | 160 | $560.00 | $150.35 | $526.23 |
| 3/1/2003 | Eckland | Preparation for Franconia trial; telephone message from R. Rodning regarding damage analyses | 0.75 | 355 | $266.25 | $150.35 | $112.76 |
| 3/3/2003 | Northrop | Update exhibit list; file documents; prepare documents for attorney review per J. Eckland | 7.25 | 75 | $543.75 | $75.00 | $543.75 |
| 3/3/2003 | Blando | Review documents and analyze damages issues; review damages analyses; coordinate various paralegal team projects; forward info to R. Rodning | 1.75 | 250 | $437.50 | $150.35 | $263.11 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/3/2003 | Eckland | Conference with S. Brilliant regarding preliminary settlement initiatives (2-1/4 hours); analyze settlement strategy; summarize settlement conference and preparation for trial | 6.25 | 355 | $2,218.75 | $150.35 | $939.69 |
| 3/3/2003 | Pope | Generate trial exhibit index; receive instruction regarding trial exhibits; create witness kits; file documents per J. Eckland | 6.75 | 75 | $506.25 | $75.00 | $506.25 |
| 3/3/2003 | Vaccaro | Research and review federal law concerning duty to deal with breaching party, mitigation, and waiver of contractual rights; discussion with M. Blando regarding same | 3.50 | 160 | $560.00 | $150.35 | $526.23 |
| 3/4/2003 | Vaccaro | Research and review federal case law concerning mitigation issues and duty to deal with breaching party; preparation for meeting with J. Eckland regarding same | 1.50 | 160 | $240.00 | $150.35 | $225.53 |
| 3/4/2003 | Pope | Generate exhibit list; create witness kits; generate letters regarding deposition transcript protocol; copy documents; file documents per J. Eckland | 5.75 | 75 | $431.25 | $75.00 | $431.25 |
| 3/4/2003 | Eckland | Telephone conferences regarding trial logistics (J. Murphy, C. Jenkins, L. OBrien, et al.); telephone conferences regarding trial prep; telephone conferences with R. Rodning regarding damage analyses; conferences with M. Blando regarding strategy; prep for trial | 9.25 | 355 | $3,283.75 | $150.35 | $1,390.74 |
| 3/4/2003 | Blando | Discussion with opposing counsel regarding discovery schedule; review and analyze documents produced by government; review recent court orders; meeting with J. Eckland regarding settlement, legal issues and damages; meeting with R. Vaccaro regarding research | 3.50 | 250 | $875.00 | $150.35 | $526.23 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/5/2003 | Blando | Review and revise Joint motion regarding schedule; forward to opposing counsel; review and revise format for expert report and discussion with paralegal team regarding same; discussion with J. Eckland regarding various issues; discussions with R. Rodning; review government documents; research regarding same | 5.25 | 250 | $1,312.50 | $150.35 | $789.34 |
| 3/5/2003 | Northrop | Revise index for Expert Report; create labels; assemble tabs; updated Defendent production log per M. Blando | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 3/5/2003 | Eckland | Telephone conferences with R. Rodning and F. McCloskey regarding damage analyses; telephone conferences regarding damage facts; revise and edit damage analyses; prep for Franconia trial | 14.50 | 355 | $5,147.50 | $150.35 | $2,180.08 |
| 3/5/2003 | Pope | Meet with M. Blando regarding expert report; receive instruction regarding notices of delivery; generate Certificate of Service per M. Blando; create draft expert report; log government production; updat | 7.00 | 75 | $525.00 | $75.00 | $525.00 |
| 3/6/2003 | Pope | Receive instruction regarding expert reports; prepare expert reports; create exhibit list; file documents | 8.00 | 75 | $600.00 | $75.00 | $600.00 |
| 3/6/2003 | Eckland | Work on damage analyses; continuing conferences with R. Rodning, F. McCloskey, et al. regarding same; preparation for trial | 12.75 | 355 | $4,526.25 | $150.35 | $1,916.96 |
| 3/6/2003 | Northrop | Contact clients; edit index for Expert Report; prepare documents for copy per J. Eckland and M. Blando | 9.50 | 75 | $712.50 | $75.00 | $712.50 |
| 3/6/2003 | Blando | Coordinate preparation of expert report; discussion with J. Eckland regarding same; analyze damages issues | 1.75 | 250 | $437.50 | $150.35 | $263.11 |
| 3/6/2003 | Vaccaro | Research treatises and federal case law concerning mitigation | 1.00 | 160 | $160.00 | $150.35 | $150.35 |

**Exhibit A**