**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/7/2003 | Pope | Create trial exhibits; prepare expert reports for service; contact clients regarding deposition follow up; file documents; log government production per J. Eckland | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 3/7/2003 | Northrop | Prepare expert report documents for copying, binding, and shipping; update production log; prepare documents for production per J. Eckland | 9.00 | 75 | $675.00 | $75.00 | $675.00 |
| 3/7/2003 | O'Brien | Telephone conference with C. Jenkins in Des Moines office regarding upcoming trial site accommodations, discuss floor plan and lay-out of office space and other local vendor support; review hotel accommodations excel spreadsheet; telephone conference | 2.00 | 140 | $280.00 | $140.00 | $280.00 |
| 3/7/2003 | Blando | Coordinate preparation and filing of supplemental production and expert report; review and revise motion for leave; discussion with M. Fallon regarding mail drop | 2.25 | 250 | $562.50 | $150.35 | $338.29 |
| 3/7/2003 | Eckland | Work on damage analyses and filing of same; conferences with R. Rodning, F. McCloskey, et al. regarding revisions and edits to same; preparation for trial in Franconia; conferences with W. Roberts, M. Blando, R. Vacarro, and M. Fallon regarding same | 17.00 | 355 | $6,035.00 | $150.35 | $2,555.95 |
| 3/7/2003 | Roberts | Review damages reports | 1.50 | 325 | $487.50 | $150.35 | $225.53 |
| 3/7/2003 | Vaccaro | Research and review federal case law concerning mitigation; draft and revise motion for leave to file expert report materials out of time; organize documents for service and filing; discussions with J. Eckland, M. Blando, M. Fallon regarding same | 3.25 | 160 | $520.00 | $150.35 | $488.64 |
| 3/8/2003 | Eckland | Revise and edit damage analyses; review documents regarding same | 2.75 | 355 | $976.25 | $150.35 | $413.46 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/8/2003 | Pope | Create trial exhibit list; file documents per J. Eckland | 2.75 | 75 | $206.25 | $75.00 | $206.25 |
| 3/9/2003 | Eckland | Conferences with R. Rodning regarding damage analyses; revise and edit same; review documents regarding same | 5.00 | 355 | $1,775.00 | $150.35 | $751.75 |
| 3/10/2003 | Vaccaro | Research and review federal case law concerning duty to deal with breaching party | 4.75 | 160 | $760.00 | $150.35 | $714.16 |
| 3/10/2003 | Eckland | Telephone conferences with R. Rodning regarding damage analyses and assignments regarding same; telephone conference with M. Blando regarding same; telephone conferences with clients regarding trial schedule; prep for trial | 4.75 | 355 | $1,686.25 | $150.35 | $714.16 |
| 3/10/2003 | Pope | File expert report addendum; create damage analysis matrix; update logs; contact clients regarding depositions; review documents; file documents per J. Eckland | 6.75 | 75 | $506.25 | $75.00 | $506.25 |
| 3/10/2003 | Northrop | Create damages spreadsheet; contact clients; update potential client information; edit expert report notebooks; file potential client documents per J. Eckland | 7.25 | 75 | $543.75 | $75.00 | $543.75 |
| 3/10/2003 | Blando | Review and file expert report addendum; review and analyze Hamm report | 1.50 | 250 | $375.00 | $150.35 | $225.53 |
| 3/11/2003 | Pope | Meet with Tucker team regarding trial exhibits; file documents; perform quality control of trial exhibits per J. Eckland | 5.75 | 75 | $431.25 | $75.00 | $431.25 |
| 3/11/2003 | Northrop | Attend team meeting; Contact clients; update exhibit list; update potential client information; draft letters per J. Eckland | 8.00 | 75 | $600.00 | $75.00 | $600.00 |
| 3/11/2003 | Roberts | Conference with trial team; review and select trial exhibits; review Hamm report | 6.00 | 325 | $1,950.00 | $150.35 | $902.10 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/11/2003 | Blando | Attend team meeting regarding exhibits and pre-trial filings; coordinate with expert witnesses regarding depositions and reports; discussion with opposing counsel regarding depositions; review and analyze Hamm Report | 4.25 | 250 | $1,062.50 | $150.35 | $638.99 |
| 3/11/2003 | Vaccaro | Conference with J. Eckland, W. Roberts, and M. Fallon regarding case status, closing documents, and prepayment requests; meeting with W. Roberts and M. Fallon concerning review of documents for closing documents and prepayment requests | 5.00 | 160 | $800.00 | $150.35 | $751.75 |
| 3/11/2003 | Fallon | Status meeting with J. Eckland, M. Blando, B. Roberts, R. Vaccaro re upcoming trial; review documents in preparation for trial exhibits | 2.50 | 175 | $437.50 | $150.35 | $375.88 |
| 3/11/2003 | Eckland | Conference with W. Roberts, M. Blando regarding site visits; Analyze rents and W. Hamm report; preparation for Franconia trial; review damage analyses | 9.25 | 355 | $3,283.75 | $150.35 | $1,390.74 |
| 3/12/2003 | Eckland | Trial preparation; review documents; telephone conferences with R. Rodning regarding damage analyses; research regarding vouchers; review miscellaneous documents | 9.50 | 355 | $3,372.50 | $150.35 | $1,428.33 |
| 3/12/2003 | Vaccaro | Review federal case law concerning mitigation issues, commencement of litigation, and intended prepayment dates | 1.25 | 160 | $200.00 | $150.35 | $187.94 |
| 3/12/2003 | Pope | Create trial exhibits; file documents per J. Eckland | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 3/12/2003 | Roberts | Review and select trial exhibits | 1.00 | 325 | $325.00 | $150.35 | $150.35 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/12/2003 | Blando | Review and analyze Hamm report; review and and documents; review supplementation production of expert witness documents from government analyze plaintiffs damages report and outline issues and concerns; discussion with expert witness and opposing counsel | 4.00 | 250 | $1,000.00 | $150.35 | $601.40 |
| 3/12/2003 | Fallon | Review and exit damage analyses; prepare trial exhibits; conference with M. Blando re stipulations and extension request | 2.00 | 355 | $710.00 | $150.35 | $300.70 |
| 3/13/2003 | Pope | Create trial exhibits; update exhibit index per B. Roberts | 8.00 | 75 | $600.00 | $75.00 | $600.00 |
| 3/13/2003 | Northrop | Organized exhibit documents by client; update exhibit list; copy documents per W. Roberts | 8.00 | 75 | $600.00 | $75.00 | $600.00 |
| 3/13/2003 | Roberts | Review and select trial exhibits; telephone conference with clients | 4.00 | 325 | $1,300.00 | $150.35 | $601.40 |
| 3/13/2003 | Blando | Coordinate deposition schedule in Franconia; draft stipulations; discussion with W. Roberts regarding status, strategy, and trial preparation | 2.00 | 250 | $500.00 | $150.35 | $300.70 |
| 3/13/2003 | Eckland | Conferences with C. Jenkins regarding Savery prepayments; telephone conferences with R. Rodning and G. Karvel regarding same; strategize regarding trial and telephone conferences with R. Rodning and G. Karvel review and exit damage analyses | 9.00 | 355 | $3,195.00 | $150.35 | $1,353.15 |
| 3/13/2003 | Fallon | Phone conference with David Tucker; document review; review correspondence; trial preparation and exhibit list preparation | 1.25 | 175 | $218.75 | $150.35 | $187.94 |
| 3/13/2003 | Vaccaro | Research treatise law concerning mitigation of damages and duty to deal with breaching parties | 1.25 | 160 | $200.00 | $150.35 | $187.94 |
| 3/14/2003 | Vaccaro | Telephone call with M. Blando regarding mitigation | 0.25 | 160 | $40.00 | $150.35 | $37.59 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/14/2003 | Eckland | Preparation for Franconia trial; telephone message to S. Brilliant regarding settlement proposal; telephone conferences with R. Rodning regarding revised expert reports; telephone message regarding voucher rents; prep for trial | 9.50 | 355 | $3,372.50 | $150.35 | $1,428.33 |
| 3/14/2003 | O'Brien | Meeting with J. Eckland regarding upcoming trial needs and accommodations; telephone conference with C. Jenkins regarding facilities in DesMoines, trial support needs, trial site accommodations and trial floor plan; and trial site needs and supports for a | 4.50 | 140 | $630.00 | $140.00 | $630.00 |
| 3/14/2003 | Blando | Attend meeting with J. Eckland and W. Roberts regarding pre-trial filings and damages; discussion with opposing counsel and expert witnesses regarding depositions; draft trial brief; draft stipulations; review correspondence and deposition notices | 4.50 | 250 | $1,125.00 | $150.35 | $676.58 |
| 3/14/2003 | Roberts | Conference with J. Eckland and M. Blando regarding trial strategy and prep.; review trial exhibits | 1.50 | 325 | $487.50 | $150.35 | $225.53 |
| 3/15/2003 | Eckland | Review trial exhibits; revise same; draft, revise, and edit proposal to S. Brilliant; prep for trial | 5.25 | 355 | $1,863.75 | $150.35 | $789.34 |
| 3/16/2003 | Eckland | Draft, revise and edit settlement proposal to S. Brilliant; revise and edit updated damage analyses; telephone conference with R. Rodning regarding same; review trial exhibits; revise same; preparation for Franconia trial | 6.75 | 355 | $2,396.25 | $150.35 | $1,014.86 |
| 3/16/2003 | Pope | Review expert report citations per J. Eckland | 0.75 | 75 | $56.25 | $75.00 | $56.25 |

Exhibit A

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/17/2003 | Pope | Review expert reports for trial exhibit materials; file documents; sort documents; update deposition log; meet with L. OBrien regarding trial preparation per J. Eckland; generate joint stipulation of facts; update government production log; file documents | 8.25 | 75 | $618.75 | $75.00 | $618.75 |
| 3/17/2003 | Northrop | Update Defendant production log; contact clients; attend meeting RE: trial per L. OBrien per J. Eckland | 8.00 | 75 | $600.00 | $75.00 | $600.00 |
| 3/17/2003 | Fallon | Review pleadings in Franconia; conference with M. Blando re same; review second expert report of Wm. Hamm | 2.25 | 175 | $393.75 | $150.35 | $338.29 |
| 3/17/2003 | O'Brien | Meeting with J. Northrup and T. Carreo regarding trial preparation, trial site accommodations, and to do list for all involved; follow-up e-mails to both regarding items to consider and items and questions to refer to J. Eckland. | 1.50 | 140 | $210.00 | $140.00 | $210.00 |
| 3/17/2003 | Blando | Prepare for and attend meeting with D. Gorowsky; review and analyze Hamm Report; outline damages issues; draft stipulations; contact opposing counsel regarding same; draft trial brief; discussion with R. Vaccaro and J. Eckland regarding same | 8.75 | 250 | $2,187.50 | $150.35 | $1,315.56 |
| 3/17/2003 | Eckland | Telephone conference regarding vouchers; review damage analyses regarding G-4 Iowa properties; preparation for Franconia trial | 11.25 | 355 | $3,993.75 | $150.35 | $1,691.44 |
| 3/17/2003 | Roberts | Trial preparation | 4.00 | 325 | $1,300.00 | $150.35 | $601.40 |
| 3/17/2003 | Vaccaro | Discussion with M. Blando regarding expert report and trial brief; review briefs and defendants expert report | 2.75 | 160 | $440.00 | $150.35 | $413.46 |
| 3/18/2003 | Roberts | Conference with G. Karvel; review Hamm Report | 3.00 | 325 | $975.00 | $150.35 | $451.05 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/18/2003 | Eckland | Preparation for Franconia trial; revise and edit preliminary settlement proposal to S. Brilliant; conference with G. Karvel, R. Rodning, W. Roberts, and M. Blando regarding governments expert report; conference with R. Rodning regarding revisions to Iowa | 8.50 | 355 | $3,017.50 | $150.35 | $1,277.98 |
| 3/18/2003 | Pope | Meet with M. Blando regarding stipulation of facts; meet with M. Blando regarding trial exhibits; generate stipulation of facts; generate trial exhibits; review expert source documents for trial exhibit materials per J. Eckland | 8.50 | 75 | $637.50 | $75.00 | $637.50 |
| 3/18/2003 | Northrop | Update exhibit list per J. Eckland | 5.75 | 75 | $431.25 | $75.00 | $431.25 |
| 3/18/2003 | O'Brien | Meet with W. Peterson regarding network cabling in Des Moines; trial site preparation and arrange trial accommodations; follow-up e mail to J. Eckland regarding lease revisions; e-mails to case assistants regarding outstanding issues | 3.00 | 140 | $420.00 | $140.00 | $420.00 |
| 3/18/2003 | Blando | Meeting with G. Karvel; meeting with D. Gorowsky; discussion with paralegal team regarding exhibits; draft trial brief; discussion with R. Vaccaro regarding research for same; contact opposing counsel | 9.50 | 250 | $2,375.00 | $150.35 | $1,428.33 |
| 3/18/2003 | Vaccaro | Draft brief sections regarding mitigation and intended prepayment date; discussion with M. Blando regarding same; research treatise materials and state and federal case law regarding anticipatory breach and tendering performance; research and review feder | 5.75 | 160 | $920.00 | $150.35 | $864.51 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/19/2003 | Pope | Draft brief sections regarding mitigation and intended prepayment date; discussion with M. Blando regarding same; research treatise materials and state and federal case law regarding anticipatory repudiation | 8.75 | 75 | $656.25 | $75.00 | $656.25 |
| 3/19/2003 | Vaccaro | Revise trial brief sections concerning mitigation and tender of performance; research and review case law and texts and treatises regarding elasticity of demand in real estate context; discussion with M. Blando regarding case status and research issues | 4.25 | 160 | $680.00 | $150.35 | $638.99 |
| 3/19/2003 | Roberts | Conference with G. Karvel; trial preparation | 8.00 | 325 | $2,600.00 | $150.35 | $1,202.80 |
| 3/19/2003 | Northrop | Contact clients; make arrangements for trial; update potential client information; file documents; prepare documents for expert review; update exhibit list; copy documents; organize documents in chronological order per J. Eckland | 11.50 | 75 | $862.50 | $75.00 | $862.50 |
| 3/19/2003 | O'Brien | Discussions with team regarding lease and status of revisions to same; discussions with case assistants and J. Nelson regarding car rentals needs and age requirements to rent same. | 1.50 | 140 | $210.00 | $140.00 | $210.00 |
| 3/19/2003 | Blando | Attend deposition preparation meeting with G. Karvel; draft trial brief; review and update research for same; analyze legal issues; review exhibits for exhibit list; prepare outline of statutes and regulations; review statute for same | 10.75 | 250 | $2,687.50 | $150.35 | $1,616.26 |
| 3/19/2003 | Eckland | Telephone conferences and conferences regarding Order; telephone conference with Judge Allegres chambers regarding same; review trial exhibits and select same; conferences with M. Blando regarding appraisal preparation for Franconia trial | 11.25 | 355 | $3,993.75 | $150.35 | $1,691.44 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/19/2003 | Fallon | Review pleadings and locate documents for Franconia trial preparation | 1.00 | 175 | $175.00 | $150.35 | $150.35 |
| 3/20/2003 | Eckland | Telephone conference regarding G-4 properties; conferences with M. Blando regarding pre-trial brief; preparation for Franconia trial; select trial exhibits; status conference with Court | 12.50 | 355 | $4,437.50 | $150.35 | $1,879.38 |
| 3/20/2003 | Pope | Format trial exhibit list; file documents; receive instruction regarding trial exhibits from J. Eckland and M. Blando; update trial exhibit list; create witness kits per J. Eckland | 11.00 | 75 | $825.00 | $75.00 | $825.00 |
| 3/20/2003 | Northrop | Update exhibit list; prepare documents for attorney review per J. Eckland | 10.75 | 75 | $806.25 | $75.00 | $806.25 |
| 3/20/2003 | O'Brien | Trial site preparation and coordination of site accommodations; correspondence with local vendors regarding equipment rental, catering needs, furniture rental and set-up, photocopier and fax rental and delivery dates; locate contract for lease and forward | 3.00 | 140 | $420.00 | $140.00 | $420.00 |
| 3/20/2003 | Blando | Draft and revise trial brief; update research; review exhibits for exhibit list | 11.50 | 250 | $2,875.00 | $150.35 | $1,729.03 |
| 3/21/2003 | Pope | Update trial exhibit; create Franconia master client list; file documents; print trial exhibit list; sort documents per J. Eckland | 5.50 | 75 | $412.50 | $75.00 | $412.50 |
| 3/21/2003 | Northrop | Update exhibit list; copy exhibit list per J. Eckland | 7.00 | 75 | $525.00 | $75.00 | $525.00 |
| 3/21/2003 | Roberts | Review trial brief and telephone conference with M. Blando regarding same | 1.00 | 325 | $325.00 | $150.35 | $150.35 |
| 3/21/2003 | Vaccaro | Research and review case law concerning taking date and evidentiary showing thereof; discussion with M. Blando regarding same; review trial brief | 2.00 | 160 | $320.00 | $150.35 | $300.70 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/21/2003 | Eckland | Select Franconia trial exhibits; revise and issues reflected in same; telephone message regarding voucher rate rents on G-4 properties; analyze voucher data; telephone conferences with clients regarding status updates; revise and edit trial brief | 12.00 | 355 | $4,260.00 | $150.35 | $1,804.20 |
| 3/21/2003 | O'Brien | Telephone conference with C. Jenkins regarding furniture rental; telephone conference with J. Rohan at Total Technology Rental regarding equipment rental and issue of shipping to DesMoines or transport. | 0.50 | 140 | $70.00 | $140.00 | $70.00 |
| 3/21/2003 | Blando | Draft, revise, file and serve trial brief | 11.75 | 250 | $2,937.50 | $150.35 | $1,766.61 |
| 3/22/2003 | Eckland | Review revisions to G-4 Tucker Act analyses; revise and edit same; telephone conference with R. Rodning regarding same; continuing review of same; analyze revised damage analyses; revise and edit settlement proposal to S. Brilliant | 4.75 | 355 | $1,686.25 | $150.35 | $714.16 |
| 3/23/2003 | Eckland | Conference with G. Karvel, R. Rodning, W. Roberts and M. Blando; revise and edit damage analyses; telephone conferences with R. Rodning regarding same; preparation for trial | 12.00 | 355 | $4,260.00 | $150.35 | $1,804.20 |
| 3/23/2003 | Blando | Review research on lost profits; review GAO reports; prepare for deposition | 7.25 | 250 | $1,812.50 | $150.35 | $1,090.04 |
| 3/23/2003 | Roberts | Preparation for trial and depositions | 7.00 | 325 | $2,275.00 | $150.35 | $1,052.45 |
| 3/24/2003 | Eckland | Defense of deposition of G. Karvel; conferences with S. Brilliant; conferences with W. Roberts, M. Blando, and G. Karvel regarding facts; preparation for Franconia trial | 10.00 | 355 | $3,550.00 | $150.35 | $1,503.50 |
| 3/24/2003 | Roberts | Karvel depo defense | 4.50 | 325 | $1,462.50 | $150.35 | $676.58 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/24/2003 | O'Brien | Confirm photocopier and fax rental and delivery schedule with outside vendor; telephone conference with N. DunnQuery regarding trial office set-up and network cabling available; contact catering companies to discuss upcoming trial schedule and catering ne | 1.00 | 140 | $140.00 | $140.00 | $140.00 |
| 3/24/2003 | Pope | Update deposition and photograph logs; contact Franconia clients regarding possible trial delay; give instruction regarding stipulation of facts project; file documents; project status per J. Eckland | 3.00 | 75 | $225.00 | $75.00 | $225.00 |
| 3/24/2003 | Blando | Karvel deposition: attend and debrief; review research regarding damages issues; review expert reports; contact paralegal team regarding various projects | 10.00 | 250 | $2,500.00 | $150.35 | $1,503.50 |
| 3/24/2003 | Northrop | Confer with T. Carrao re: project status and trial; contact clients re: trial schedule per J. Eckland | 4.00 | 75 | $300.00 | $75.00 | $300.00 |
| 3/24/2003 | Vaccaro | Discussion with M. Blando regarding research status; research and review federal case law concerning lost profits and real estate | 4.50 | 160 | $720.00 | $150.35 | $676.58 |
| 3/25/2003 | Vaccaro | Research federal case law and treatises regarding elasticity of demand and lost profits analysis in real estate context; discussions with M. Blando regarding same | 3.00 | 160 | $480.00 | $150.35 | $451.05 |
| 3/25/2003 | Eckland | Telephone conference regarding rent rolls and voucher issues (relevant market issues, etc.); conference with D. Gorowsky; conferences with W. Roberts and M. Blando | 9.25 | 355 | $3,283.75 | $150.35 | $1,390.74 |
| 3/25/2003 | Roberts | Prepare for D. Gorowsky and Hamm depositions | 3.00 | 325 | $975.00 | $150.35 | $451.05 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/25/2003 | O'Brien | Telephone conference with J. Eckland regarding lease and status of judge assignment (trial may be postponed); telephone conference with C. Jenkins in Des Moines regarding potential postponement of trial and availability of office space; follow-up e-mails | 1.00 | 140 | $140.00 | $140.00 | $140.00 |
| 3/25/2003 | Blando | Conferences with D. Gorowsky; discussion with R. Vaccaro regarding research on elasticity and review decisions -- articles; review legal research on various damages issues; draft letter to opposing counsel regarding expert witness documents | 9.25 | 250 | $2,312.50 | $150.35 | $1,390.74 |
| 3/25/2003 | Brenden | Located and requested books for R. Vaccaro | 0.70 | 130 | $91.00 | $130.00 | $91.00 |
| 3/26/2003 | Eckland | Conference with D. Gorowsky; conferences with M. Blando and W. Roberts regarding same; telephone conference with R. Rodning regarding damage analyses | 7.50 | 355 | $2,662.50 | $150.35 | $1,127.63 |
| 3/26/2003 | Roberts | Prepare for deposition and trial | 5.50 | 325 | $1,787.50 | $150.35 | $826.93 |
| 3/26/2003 | Blando | Prepare and serve supplemental production; prepare letter to opposing counsel regarding same and regarding expert witness documents not produced; discussion with R. Vaccaro regarding research and review research; conference with D. Gorowsky | 5.50 | 250 | $1,375.00 | $150.35 | $826.93 |
| 3/26/2003 | Vaccaro | Research treatise and review federal case law concerning elasticity of demand issues | 1.00 | 160 | $160.00 | $150.35 | $150.35 |
| 3/27/2003 | Eckland | Defense of deposition of D. Gorowsky; conferences with M. Blando and W. Roberts regarding same; preparation for trial in Franconia | 9.00 | 355 | $3,195.00 | $150.35 | $1,353.15 |
| 3/27/2003 | Roberts | Defend D. Gorowsky depo; conference with team regarding Hamm depo; draft correspondence | 7.00 | 325 | $2,275.00 | $150.35 | $1,052.45 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/27/2003 | O'Brien | Telephone conference with C. Jenkins regarding trial office space and other options we should consider regarding same; telephone conference with T. Carreao regarding postponement of trial and logistics regarding same; | 1.00 | 140 | $140.00 | $140.00 | $140.00 |
| 3/27/2003 | Pope | Create witness kits; update deposition information per J. Eckland | 2.00 | 75 | $150.00 | $75.00 | $150.00 |
| 3/27/2003 | Blando | Attend D. Gorowsky deposition; review and analyze expert witness materials; debrief deposition; meeting with W. Roberts and J. Eckland regarding trial strategy, settlement and exhibits | 5.25 | 250 | $1,312.50 | $150.35 | $789.34 |
| 3/27/2003 | Peterson | Requested an interlibrary loan of one title for Robert Vaccaro | 0.20 | 100 | $20.00 | $100.00 | $20.00 |
| 3/27/2003 | Peterson | Requested an interlibrary loan of three titles and document delivery | 0.50 | 100 | $50.00 | $100.00 | $50.00 |
| 3/27/2003 | Rafter | Verified some citations for Robert Vaccaro | 0.25 | 145 | $36.25 | $145.00 | $36.25 |
| 3/27/2003 | Vaccaro | Research regarding elasticity of demand issues | 2.00 | 160 | $320.00 | $150.35 | $300.70 |
| 3/28/2003 | Vaccaro | Research elasticity of demand issues | 0.50 | 160 | $80.00 | $150.35 | $75.18 |
| 3/28/2003 | Roberts | Telephone conference regarding demonstratives; prepare for Hamm depo | 2.00 | 325 | $650.00 | $150.35 | $300.70 |
| 3/28/2003 | Eckland | Telephone conferences with D. Gorowsky; preparation for Franconia trial; telephone conferences with clients regarding status updates | 6.00 | 355 | $2,130.00 | $150.35 | $902.10 |
| 3/28/2003 | Blando | Review and revise corrected trial brief; review, revise and forward letter to opposing counsel regarding expert witness documents; telephone conference; discussion with paralegal team regarding various projects; gather materials | 6.25 | 250 | $1,562.50 | $150.35 | $939.69 |
| 3/31/2003 | Eckland | Telephone conference with D. Gorowsky; status conference with the Honorable F. Allegre and S. Brilliant; conferences regarding trial preparation (Franconia) | 5.50 | 355 | $1,952.50 | $150.35 | $826.93 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/31/2003 | O'Brien | Telephone conference with T. Carreao regarding status of trial and postponement date; telephone conferences and follow-up e-mails to outside vendors regarding postponement of services and equipment rentals; e-mail to C. Jenkins in Des Moines regarding pos | 2.00 | 140 | $280.00 | $140.00 | $280.00 |
| 3/31/2003 | Pope | Receive instruction regarding trial demonstrative; perform quality control of demonstrative document; update deposition log; generate letters to clients regarding depositions per M. Blando; receive instruction regarding updated trial date per W. Roberts | 2.50 | 75 | $187.50 | $75.00 | $187.50 |
| 3/31/2003 | Roberts | Telephone conference and meetings regarding demonstratives, trial strategy; prepare for Hamm depo | 4.00 | 325 | $1,300.00 | $150.35 | $601.40 |
| 3/31/2003 | Blando | Prepare for and attend status conference; prepare outline for same; attend meeting regarding same; discussion with R. Vaccaro and review research regarding elasticity; telephone conference with D. Gorowsky and review documents regarding rents | 7.00 | 250 | $1,750.00 | $150.35 | $1,052.45 |
| 3/31/2003 | Northrop | Attend meeting per M. Blando; create spreadsheet for key dates and damages; contact clients; prepare documents for expert review; load transcripts in Summation per J. Eckland | 6.50 | 75 | $487.50 | $75.00 | $487.50 |
| 3/31/2003 | Vaccaro | Research elasticity of demand; discussion with M. Blando regarding same; research web-based information | 2.25 | 160 | $360.00 | $150.35 | $338.29 |
| 4/1/2003 | Blando | Attend meeting with D. Gorowsky; review draft trial schedule; contact counsel regarding Hamm; review Stipulations; assist W. Roberts regarding Hamm deposition; review project photos | 5.00 | 250 | $1,250.00 | $150.35 | $751.75 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/1/2003 | Eckland | Telephone conferences with clients regarding trial preparation; conference with D. Gorowsky, W. Roberts, and M. Blando regarding damages and upcoming deposition of W. Hamm; telephone conferences with R. Rodning regarding damage analyses | 7.25 | 355 | $2,573.75 | $150.35 | $1,090.04 |
| 4/1/2003 | Vaccaro | Research and review web-based information on William G. Hamm; discussion with W. Roberts regarding elasticity | 1.75 | 160 | $280.00 | $150.35 | $263.11 |
| 4/1/2003 | Roberts | Conference with J. Eckland and D. Gorowsky regarding damages issues; prepare for Hamm depo | 1.25 | 325 | $406.25 | $150.35 | $187.94 |
| 4/1/2003 | Roberts | Conference with J. Eckland and D. Gorowsky regarding damages issues; prepare for Hamm depo | 1.25 | 325 | $406.25 | $150.35 | $187.94 |
| 4/1/2003 | Pope | Generate labels; update deposition logs; meet with J. Eckland regarding trial per J. Eckland | 6.25 | 75 | $468.75 | $75.00 | $468.75 |
| 4/1/2003 | Northrop | Attend team meeting; load deposition transcripts into Summation; communicate with court reporters; update potential client information | 7.75 | 75 | $581.25 | $75.00 | $581.25 |
| 4/2/2003 | Vaccaro | Discussion with M. Blando regarding elasticity and expert issues | 0.50 | 160 | $80.00 | $150.35 | $75.18 |
| 4/2/2003 | O'Brien | Telephone conference with C. Jenkins in Des Moines office regarding new trial date and availability of additional office space; discussion with J. Eckland regarding office space availability and cancellation clause and/or the need to find other office spa | 1.00 | 140 | $140.00 | $140.00 | $140.00 |
| 4/2/2003 | Blando | Assist W. Roberts regarding Hamm deposition; meeting with J. Eckland and W. Roberts and compile materials for same; review GAO reports and government documents; discussion with R. Vaccaro regarding research on elasticity | 5.00 | 250 | $1,250.00 | $150.35 | $751.75 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/2/2003 | Eckland | Conference with W. Roberts and M. Blando regarding preparation for W. Hamm deposition; continued preparation for same; review comparative rental analyses for D. Gorowsky; conferences regarding same; preparation for Franconia trial; review client documents | 5.50 | 355 | $1,952.50 | $150.35 | $826.93 |
| 4/2/2003 | Roberts | Prepare for Hamm depo | 6.50 | 325 | $2,112.50 | $150.35 | $977.28 |
| 4/3/2003 | Eckland | Telephone conferences with clients regarding status updates and miscellaneous issues; preparation for Franconia trial; telephone conferences with R. Rodning regarding damage analyses | 8.50 | 355 | $3,017.50 | $150.35 | $1,277.98 |
| 4/3/2003 | Roberts | Prepare for and take depo of Dr. Hamm | 10.00 | 325 | $3,250.00 | $150.35 | $1,503.50 |
| 4/3/2003 | Martens | Cite check plaintiffs memorandum and contentions of fact and law | 0.45 | 140 | $63.00 | $140.00 | $63.00 |
| 4/3/2003 | Pope | Meet with J. Eckland and M. Blando regarding trial exhibits and document production; prepare documents for production; generate letters to clients regarding deposition verification; update matrix per J. Eckland | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 4/3/2003 | Northrop | Contact clients RE: new trial dates; create document for key witness dates per J. Eckland | 5.25 | 75 | $393.75 | $75.00 | $393.75 |
| 4/4/2003 | Blando | Meeting with J. Eckland regarding various Franconia projects | 1.00 | 250 | $250.00 | $150.35 | $150.35 |
| 4/4/2003 | Eckland | Conferences regarding supplemental document production and amended exhibit list; telephone conferences regarding Franconia trial scheduling of witnesses; telephone conference regarding trial strategy | 8.75 | 355 | $3,106.25 | $150.35 | $1,315.56 |
| 4/4/2003 | Roberts | Conference with D. Gorowsky regarding damages claims; conference with J. Eckland and M. Blando regarding Hamm depo | 4.50 | 325 | $1,462.50 | $150.35 | $676.58 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/4/2003 | Pope | Meet with M. Blando regarding document production; update trial exhibit list; create witness kits; review documents for prior production cover letter; prepare documents for production per J. Eckland | 7.00 | 75 | $525.00 | $75.00 | $525.00 |
| 4/5/2003 | Eckland | Telephone conferences with R. Rodning regarding properties; telephone message to T. Carrao regarding same; review client correspondence; preparation for Franconia trial | 3.25 | 355 | $1,153.75 | $150.35 | $488.64 |
| 4/7/2003 | O'Brien | Coordinate new office space lease revisions to be made with team members; reschedule and reconfirm trial site accommodations and equipment rentals; research car and driver cost in Des Moines. | 4.00 | 140 | $560.00 | $140.00 | $560.00 |
| 4/7/2003 | Blando | Develop demonstrative exhibits; review existing boards; meeting with J. Eckland and R. Vaccaro regarding research projects; review memos and decisions for same | 4.50 | 250 | $1,125.00 | $150.35 | $676.58 |
| 4/7/2003 | Eckland | Conference with M. Blando and R. Vaccaro regarding various research assignments; conference with W. Roberts, M. Blando, and T. Carrao regarding demonstrative exhibits; preparation for Franconia trial; organize client files; telephone conference with clien | 6.00 | 355 | $2,130.00 | $150.35 | $902.10 |
| 4/7/2003 | Roberts | Work on demonstrative exhibits; telephone conference with witness | 4.00 | 325 | $1,300.00 | $150.35 | $601.40 |
| 4/7/2003 | Pope | Prepare conference room for demonstrative review; create list of demonstratives; compile exhibits; prepare documents for production per J. Eckland | 6.75 | 75 | $506.25 | $75.00 | $506.25 |
| 4/7/2003 | Northrop | Flag exhibit documents per J. Eckland | 1.25 | 75 | $93.75 | $75.00 | $93.75 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/8/2003 | O'Brien | Telephone conference with C. Jenkins regarding trial site office space and lease to be negotiated by J. Eckland, revised by S. Anderegg and approved by M. Giudicessi. | 0.25 | 140 | $35.00 | $140.00 | $35.00 |
| 4/8/2003 | Blando | Review exhibit list; review and analyze list of expert tasks; outline tasks for trial; review research; organize files | 3.50 | 250 | $875.00 | $150.35 | $526.23 |
| 4/8/2003 | Eckland | Preparation for Franconia trial; respond to client correspondence; conference with G. Karvel regarding trial preparation; analyze trial preparation projects; organize client files | 5.25 | 355 | $1,863.75 | $150.35 | $789.34 |
| 4/8/2003 | Northrop | Prepare exhibit documents; contact clients | 5.25 | 75 | $393.75 | $75.00 | $393.75 |
| 4/8/2003 | Pope | Update deposition log; update photograph log; compile exhibits; standardize exhibit list; file documents per J. Eckland | 7.75 | 75 | $581.25 | $75.00 | $581.25 |
| 4/8/2003 | Vaccaro | Research and review case law regarding date of breach | 3.00 | 160 | $480.00 | $150.35 | $451.05 |
| 4/9/2003 | Vaccaro | Research and review case law concerning date of breach | 2.50 | 160 | $400.00 | $150.35 | $375.88 |
| 4/9/2003 | Blando | Review order regarding motion to stay; analyze issues and schedule regarding same | 0.25 | 250 | $62.50 | $150.35 | $37.59 |
| 4/9/2003 | Eckland | Telephone conferences with R. Rodning regarding damage analyses; telephone conference with D. Gorowsky regarding same; preparation for Franconia trial; organize client files; work on witness outlines and damage issues | 9.00 | 355 | $3,195.00 | $150.35 | $1,353.15 |
| 4/9/2003 | Pope | Compile trial exhibits; copy documents; update trial exhibit list; file documents; sort documents per J. Eckland | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 4/9/2003 | Northrop | Prepare exhibit documents for copying per J. Eckland | 8.50 | 75 | $637.50 | $75.00 | $637.50 |
| 4/10/2003 | GawneMar | Ordered 9th edition (1991) of G. Karvel's "Real Estate: Principles and Practices" | 0.40 | 60 | $24.00 | $60.00 | $24.00 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/10/2003 | O'Brien | Telephone conference with C. Jenkins regarding status of office space lease, configuration of additional office space needed and furniture location, and discuss local resources to provide transportation for trial team members, witnesses and experts. | 0.50 | 140 | $70.00 | $140.00 | $70.00 |
| 4/10/2003 | Eckland | Preparation for Franconia trial; organize witness and client files; telephone messages to and from R. Rodning regarding damage analyses; telephone conferences with F. McCloskey regarding same; telephone conference with M. Blando | 9.00 | 355 | $3,195.00 | $150.35 | $1,353.15 |
| 4/10/2003 | Pope | Retrieve documents per M. Fallon; file documents; compile trial exhibits; perform quality control of trial exhibits; update trial exhibit list; organize privileged documents per J. Eckland | 7.75 | 75 | $581.25 | $75.00 | $581.25 |
| 4/10/2003 | Northrop | Compile exhibit documents; contact potential clients per J. Eckland | 7.25 | 75 | $543.75 | $75.00 | $543.75 |
| 4/11/2003 | Blando | Conduct web research regarding Anderson and Foxworth for depositions; meeting with J. Eckland regarding various issues; review corrected trial brief; review Anderson deposition | 5.00 | 250 | $1,250.00 | $150.35 | $751.75 |
| 4/11/2003 | Eckland | Telephone conferences with experts regarding damage analyses; preparation for Franconia trial; conferences with M. Blando regarding assignments and trial preparation projects; conference with M. Blando regarding Allegre Villa motion papers | 7.50 | 355 | $2,662.50 | $150.35 | $1,127.63 |
| 4/11/2003 | Pope | Compile exhibits; update trial exhibit list; file documents per J. Eckland; retrieve documents; review documents for initial expert production; copy documents per M. Blando | 5.50 | 75 | $412.50 | $75.00 | $412.50 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/11/2003 | Northrop | Contact clients; compile exhibit documents; print maps per J. Eckland & M. Blando | 4.50 | 75 | $337.50 | $75.00 | $337.50 |
| 4/14/2003 | Blando | Discussion with opposing counsel regarding Franconia discovery and depositions; review articles and texts regarding damages issues; meeting with J. Eckland regarding various letters and projects; prepare and file motion | 2.25 | 250 | $562.50 | $150.35 | $338.29 |
| 4/14/2003 | Eckland | Conference with G. Karvel regarding damage analysis; telephone conferences with clients regarding status updates; supplemental document production and damage analyses; preparation for trial | 8.50 | 355 | $3,017.50 | $150.35 | $1,277.98 |
| 4/14/2003 | Pope | Meet with J. Eckland regarding project status; file documents; compile trial exhibits; retrieve documents for attorney review per J. Eckland; research appraiser per M. Blando | 5.00 | 75 | $375.00 | $75.00 | $375.00 |
| 4/14/2003 | Vaccaro | Research case law concerning burden of proof, date of breach, potential for post-judgment relief | 5.25 | 160 | $840.00 | $150.35 | $789.34 |
| 4/15/2003 | Eckland | Preparation of trial outline regarding G. Morosani; telephone conference with G. Morosani regarding miscellaneous issues; conference with E. Taylor and M. Blando regarding trial research projects; preparation for Franconia trial | 6.50 | 355 | $2,307.50 | $150.35 | $977.28 |
| 4/15/2003 | Pelzer | Mapping work--Visio--Blando | 1.75 | 100 | $175.00 | $100.00 | $175.00 |
| 4/15/2003 | Vaccaro | Research and review case law concerning post-judgment remedy issue; review case law concerning reliance and expectancy damages | 4.00 | 160 | $640.00 | $150.35 | $601.40 |
| 4/15/2003 | Roberts | Conference with J. Eckland; prepare exams and schedule meetings with Tucker and Greenwalt | 1.00 | 325 | $325.00 | $150.35 | $150.35 |

**Exhibit A**