**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/15/2003 | Pope | File documents; contact court reporters regarding deposition transcripts; review trial exhibits; project status per J. Eckland | 6.75 | 75 | $506.25 | $75.00 | $506.25 |
| 4/16/2003 | Blando | Meeting with R. Vaccaro regarding research; review decisions; draft client update letter; review documents from expert; discussion with M. Freas regarding Hamm documents; review Anderson deposition transcript and discovery responses for letter to opposing | 5.75 | 250 | $1,437.50 | $150.35 | $864.51 |
| 4/16/2003 | Eckland | Telephone conferences with clients regarding preliminary settlement proposal; preparation for Franconia trial; analyze Iowa rent rolls; conference with E. Taylor regarding hearsay research; telephone conference with M. Blando regarding various research as | 10.25 | 355 | $3,638.75 | $150.35 | $1,541.09 |
| 4/16/2003 | Vaccaro | Research and review case law regarding evidencing prepayment date; conference with M. Blando regarding same | 5.75 | 160 | $920.00 | $150.35 | $864.51 |
| 4/17/2003 | Pope | Receive instruction regarding trial notebooks per W. Roberts; file documents; retrieve documents; send clients draft damage analyses per J. Eckland | 6.75 | 75 | $506.25 | $75.00 | $506.25 |
| 4/17/2003 | Eckland | Telephone conference regarding same damage issues; preparation for Franconia trial; presentation to clients regarding Tucker Act litigation; conferences with clients regarding status updates; | 7.00 | 355 | $2,485.00 | $150.35 | $1,052.45 |
| 4/17/2003 | Fallon | Contact clients regarding pending deadlines; preparation for trial | 1.20 | 175 | $210.00 | $150.35 | $180.42 |
| 4/17/2003 | Pelzer | Mapping work--Visio--Blando | 1.00 | 100 | $100.00 | $100.00 | $100.00 |
| 4/17/2003 | Roberts | Trial prep. planning and exam outlines | 3.50 | 325 | $1,137.50 | $150.35 | $526.23 |
| 4/17/2003 | Vaccaro | Review trial brief; research and review case law | 2.00 | 160 | $320.00 | $150.35 | $300.70 |
| 4/18/2003 | Vaccaro | Research and review case law concerning prepayment date | 5.00 | 160 | $800.00 | $150.35 | $751.75 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/18/2003 | Eckland | Preparation for trial | 5.00 | 355 | $1,775.00 | $150.35 | $751.75 |
| 4/18/2003 | Roberts | Prepare exams of Greenwalt and Tucker; correspond regarding same | 0.50 | 325 | $162.50 | $150.35 | $75.18 |
| 4/19/2003 | Eckland | Preparation for Franconia trial; organize client files | 2.75 | 355 | $976.25 | $150.35 | $413.46 |
| 4/20/2003 | Eckland | Preparation for Franconia trial; organize client files | 3.25 | 355 | $1,153.75 | $150.35 | $488.64 |
| 4/21/2003 | Eckland | Preparation for trial | 7.75 | 355 | $2,751.25 | $150.35 | $1,165.21 |
| 4/21/2003 | Vaccaro | Research and review case law regarding post-judgment relief in tort context, breach date | 4.25 | 160 | $680.00 | $150.35 | $638.99 |
| 4/22/2003 | Vaccaro | Research and review case law concerning mitigation and intended prepayment date; draft and revise pocket briefs concerning same | 3.50 | 160 | $560.00 | $150.35 | $526.23 |
| 4/22/2003 | Blando | Review past performance correspondence from clients; review status of projects; review Supreme Court decision regarding tolling | 1.00 | 250 | $250.00 | $150.35 | $150.35 |
| 4/22/2003 | Eckland | Conference with D. Gorowsky and F. McCloskey regarding damage analyses; telephone message to R. Rodning regarding same; telephone conferences with G. Karvel regarding same; analyze strategy regarding same; revise and edit same; preparation for trial | 8.75 | 355 | $3,106.25 | $150.35 | $1,315.56 |
| 4/23/2003 | Northrop | File documents; collect materials for damages notebooks per J. Eckland | 5.75 | 75 | $431.25 | $75.00 | $431.25 |
| 4/23/2003 | Roberts | Work on demonstrative exhibits and data for same | 1.00 | 325 | $325.00 | $150.35 | $150.35 |
| 4/23/2003 | Taylor | Research regarding hearsay | 4.00 | 285 | $1,140.00 | $150.35 | $601.40 |
| 4/24/2003 | Eckland | Telephone conferences with clients regarding status updates; telephone conference with F. McCloskey regarding damage analyses; telephone message from R. Rodning regarding same | 5.75 | 355 | $2,041.25 | $150.35 | $864.51 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/24/2003 | Vaccaro | Research and review case law concerning post judgment relief and damages; draft and revise pocket brief | 4.50 | 160 | $720.00 | $150.35 | $676.58 |
| 4/25/2003 | Eckland | Telephone conference with F. McCloskey for Franconia trial regarding damage analyses; telephone conference with R. Rodning regarding same; telephone conference with G. Karvel regarding same; draft memo regarding damage analyses | 6.00 | 355 | $2,130.00 | $150.35 | $902.10 |
| 4/25/2003 | Vaccaro | Draft and revise pocket briefs relating to mitigation of damages; research and review case law concerning estoppel issues | 3.00 | 160 | $480.00 | $150.35 | $451.05 |
| 4/27/2003 | Eckland | Analyze strategy regarding demonstrative exhibits, damage analyses, and mitigation of damages; revise and edit materials regarding same | 2.75 | 355 | $976.25 | $150.35 | $413.46 |
| 4/28/2003 | Pelzer | Map work in Visio--Blando | 1.25 | 100 | $125.00 | $100.00 | $125.00 |
| 4/28/2003 | O'Brien | Research rental car companies in Des Moines and do cost estimate to legal team regarding same. | 0.50 | 140 | $70.00 | $140.00 | $70.00 |
| 4/28/2003 | Roberts | Conference with J. Eckland regarding demonstratives; prepare for meeting with clients | 1.50 | 325 | $487.50 | $150.35 | $225.53 |
| 4/28/2003 | Taylor | Legal research | 2.50 | 285 | $712.50 | $150.35 | $375.88 |
| 4/28/2003 | Eckland | Conference with M. Blando and R. Vaccaro regarding trial logistics; preparation for Franconia trial regarding damage issues and pocket briefs; conference with M. Blando regarding damage analyses; telephone conference with W. Roberts | 8.00 | 355 | $2,840.00 | $150.35 | $1,202.80 |
| 4/29/2003 | Taylor | Research re evidentiary issues at trial | 8.00 | 285 | $2,280.00 | $150.35 | $1,202.80 |
| 4/29/2003 | Roberts | Prepare for client meeting; prepare data for demonstratives | 4.00 | 325 | $1,300.00 | $150.35 | $601.40 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/29/2003 | Eckland | Telephone conferences with clients regarding in Kimberly Associates and related cases status updates; analyze strategy regarding damage analyses; conference with W. Roberts regarding trial preparation; preparation for trial | 6.25 | 355 | $2,218.75 | $150.35 | $939.69 |
| 4/29/2003 | Vaccaro | Research and review case law regarding capitalization of income approach to damages; revise pocket brief relating to intended prepayment date | 4.00 | 285 | $1,140.00 | $150.35 | $601.40 |
| 4/30/2003 | Vaccaro | Revise pocket briefs relating to mitigation; research and review case law concerning future prepayment issue and retraction of repudiation; draft pocket briefs relating to same | 2.50 | 285 | $712.50 | $150.35 | $375.88 |
| 4/30/2003 | Eckland | Telephone conference with R. Rodning regarding damage analyses; telephone message from G. Karvel regarding same; preparaion for trial | 8.25 | 355 | $2,928.75 | $150.35 | $1,240.39 |
| 4/30/2003 | Roberts | Conferences with witnesses | 4.00 | 325 | $1,300.00 | $150.35 | $601.40 |
| 4/30/2003 | Taylor | Research re evidentiary issues | 3.50 | 285 | $997.50 | $150.35 | $526.23 |
| 5/1/2003 | Eckland | Telephone conference with S. Brilliant deposition transcripts; preparation for Franconia trial regarding forthcoming agency settlement proposal; telephone conference with F. McCloskey regarding damage analyses; telephone messages from G. Karvel regarding | 5.75 | 355 | $2,041.25 | $150.35 | $864.51 |
| 5/1/2003 | Vaccaro | Research and review case law regarding government agency law; revise pocket briefs regarding potential post-judgment relief; research and review case law concerning capitalization of income approach to valuing damages; draft pocket brief regarding same | 4.75 | 160 | $760.00 | $150.35 | $714.16 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/29/2003 | Roberts | Prepare for Tucker and Greenwalt meeting; prepare data for demonstratives; travel to Denver | 0.50 | 325 | $162.50 | $150.35 | $75.18 |
| 4/29/2003 | Eckland | Telephone conferences with clients regarding in Kimberly Associates and related cases status updates; analyze strategy regarding damage analyses; conference with W. Roberts regarding trial preparation session with D. Tucker an | 3.50 | 355 | $1,242.50 | $150.35 | $526.23 |
| 4/29/2003 | Vaccaro | Research and review case law regarding capitalization of income approach to damages; revise pocket brief relating to intended prepayment date | 2.50 | 285 | $712.50 | $150.35 | $375.88 |
| 4/30/2003 | Vaccaro | Revise pocket briefs relating to mitigation; research and review case law concerning future prepayment issue and retraction of repudiation; draft pocket briefs relating to same | 1.75 | 285 | $498.75 | $150.35 | $263.11 |
| 4/30/2003 | Eckland | Telephone conference with R. Rodning regarding damage analyses; telephone message from G. Karvel | 0.75 | 355 | $266.25 | $150.35 | $112.76 |
| 4/30/2003 | Roberts | Meet with D. Tucker and D. Greenwalt regarding witness prep | 3.75 | 325 | $1,218.75 | $150.35 | $563.81 |
| 4/30/2003 | Taylor | Research re evidentiary issues | 6.50 | 285 | $1,852.50 | $150.35 | $977.28 |
| 5/1/2003 | Eckland | Telephone conference with S. Brilliant deposition transcripts; preparation for Franconia trial regarding forthcoming agency settlement proposal; telephone conference with F. McCloskey regarding damage analyses; telephone messages from G. Karvel regarding | 6.75 | 355 | $2,396.25 | $150.35 | $1,014.86 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/1/2003 | Vaccaro | Research and review case law regarding government agency law; revise pocket briefs regarding potential post-judgment relief; research and review case law concerning capitalization of income approach to valuing damages; draft pocket brief regarding same | 0.75 | 160 | $120.00 | $150.35 | $112.76 |
| 5/2/2003 | Blando | Review information for exhibits; prepare letter to opposing counsel regarding depositions and prepare deposition notices; finalize and serve same; telephone conferences regarding depositions | 6.00 | 250 | $1,500.00 | $150.35 | $902.10 |
| 5/2/2003 | Eckland | Telephone conferences with regarding vouchers; conferences regarding trial logistics; telephone conferences with clients regarding status updates; preparation for Franconia trial | 7.50 | 355 | $2,662.50 | $150.35 | $1,127.63 |
| 5/2/2003 | Roberts | Finalize and transmit data to regarding exhibits | 5.75 | 325 | $1,868.75 | $150.35 | $864.51 |
| 5/2/2003 | Taylor | Legal research re evidentiary issues | 6.75 | 285 | $1,923.75 | $150.35 | $1,014.86 |
| 5/2/2003 | Vaccaro | Revise capitalization of income, intended prepayment | 8.00 | 160 | $1,280.00 | $150.35 | $1,202.80 |
| 5/3/2003 | Eckland | Revise and edit pocket briefs regarding damage issues | 3.00 | 355 | $1,065.00 | $150.35 | $451.05 |
| 5/4/2003 | Eckland | Preparation for Franconia trial | 3.25 | 355 | $1,153.75 | $150.35 | $488.64 |
| 5/5/2003 | Eckland | Telephone conferences and messages with and to draft memos regarding mitigation | 5.50 | 355 | $1,952.50 | $150.35 | $826.93 |
| 5/5/2003 | Vaccaro | Research federal and state case law concerning calculation of damages and mitigation in context of accepted incentives; discussion with J. Eckland regarding same | 4.00 | 160 | $640.00 | $150.35 | $601.40 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/6/2003 | Eckland | Telephone conferences regarding supplemental document production; conferences with M. Blando regarding correspondence to S. Brilliant regarding site visits; revise and edit same; telephone conferences with clients regarding status updates; prep fpr trial | 7.00 | 355 | $2,485.00 | $150.35 | $1,052.45 |
| 5/6/2003 | Roberts | Telephone conference with L. Aronoff regarding demonstratives; conference with J. Eckland regarding same and regarding trial witnesses; telephone conference with client | 4.50 | 325 | $1,462.50 | $150.35 | $676.58 |
| 5/6/2003 | Vaccaro | Research and review federal and state case law regarding duty of plaintiff to list damages in mitigation | 4.25 | 160 | $680.00 | $150.35 | $638.99 |
| 5/6/2003 | Taylor | Legal research re hearsay/business record exception | 10.25 | 285 | $2,921.25 | $150.35 | $1,541.09 |
| 5/7/2003 | Vaccaro | Research and review federal and state case law concerning authority of government agents | 9.25 | 160 | $1,480.00 | $150.35 | $1,390.74 |
| 5/7/2003 | Eckland | Telephone conferences with clients regarding status updates; preparation for expert site visits; prep for trial | 11.75 | 355 | $4,171.25 | $150.35 | $1,766.61 |
| 5/8/2003 | Taylor | Legal research re evidentiary motions | 13.25 | 285 | $3,776.25 | $150.35 | $1,992.14 |
| 5/9/2003 | Taylor | Legal research re hearsay issues | 12.50 | 285 | $3,562.50 | $150.35 | $1,879.38 |
| 5/9/2003 | Vaccaro | Research and review case law regarding estoppel against government | 8.75 | 160 | $1,400.00 | $150.35 | $1,315.56 |
| 5/12/2003 | Vaccaro | Research and review case law concerning estoppel against government; draft and revise memorandum | 1.00 | 160 | $160.00 | $150.35 | $150.35 |
| 5/13/2003 | Vaccaro | Draft and revise memorandum regarding estoppel against government | 1.25 | 160 | $200.00 | $150.35 | $187.94 |
| 5/13/2003 | Taylor | Legal research re evidentiary questions | 1.00 | 285 | $285.00 | $150.35 | $150.35 |
| 5/15/2003 | Vaccaro | Research and review case law and treatises regarding mitigation of damages issues | 3.50 | 160 | $560.00 | $150.35 | $526.23 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/16/2003 | Vaccaro | Research and review federal case law regarding burden of proof and mitigation of damages; draft and revise memorandum to J. Eckland and M. Blando regarding same | 7.75 | 160 | $1,240.00 | $150.35 | $1,165.21 |
| 5/20/2003 | Eckland | Conferences regarding trial examination outlines of witnesses; telephone conferences with clients regarding status updates; prep for trial | 7.25 | 355 | $2,573.75 | $150.35 | $1,090.04 |
| 5/27/2003 | Eckland | Select final trial exhibits; revise and edit trial examination outlines of witnesses; review trial exhibits; conferences with M. Blando regarding trial | 7.00 | 355 | $2,485.00 | $150.35 | $1,052.45 |
| 5/27/2003 | Eckland | Preparation for Franconia trial; revise trial exhibits | 4.25 | 355 | $1,508.75 | $150.35 | $638.99 |
| 5/27/2003 | Pope | Update exhibit list; meet with M. Blando regarding trial exhibit list; review documents; file documents per M. Blando; attend trial equipment training per J. Eckland | 5.75 | 75 | $431.25 | $150.35 | $864.51 |
| 5/27/2003 | Northrop | Update exhibit list; attend trial hardware training; attend team meeting; QC exhibit list per J. Eckland | 6.75 | 75 | $506.25 | $150.35 | $1,014.86 |
| 5/27/2003 | Blando | Attend meeting with Rodning and McClosky experts regarding exhibit list regarding reports; meeting with T. Carrao regarding exhibit list; monitor projects | 3.00 | 250 | $750.00 | $150.35 | $451.05 |
| 5/27/2003 | O'Brien | Confirm courthouse location and venue; research courthouse information links and pictures of actual courtrooms in DesMoines and forward to team members for their review; telephone conference with C. McDermott in DesMoines regarding trial site set-up and o | 10.25 | 140 | $1,435.00 | $140.00 | $1,435.00 |
| 5/27/2003 | Vaccaro | Research and review federal law | 8.50 | 160 | $1,360.00 | $150.35 | $1,277.98 |
| 5/27/2003 | Withoff | Research regarding tax issues on property contributions | 3.00 | 390 | $1,170.00 | $150.35 | $451.05 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/28/2003 | Fallon | Litigation team meeting; review materials in trial preparation; litigation preparation | 14.00 | 175 | $2,450.00 | $150.35 | $2,104.90 |
| 5/28/2003 | Eckland | Telephone conferences with clients; revise and edit trial examination outlines and opening statement; conferences with M. Blando, R. Vaccaro, M. Fallon, T. Carrao, and J. Northrop regarding trial preparation projects | 8.25 | 355 | $2,928.75 | $150.35 | $1,240.39 |
| 5/28/2003 | Pope | Meet with J. Eckland and M. Blando regarding trial; update exhibit list; assemble exhibits; review documents; copy documents; generate trial supply list per J. Eckland | 8.50 | 75 | $637.50 | $75.00 | $637.50 |
| 5/28/2003 | Northrop | Attend team meeting; compile exhibit documents; update exhibit list per J. Eckland | 9.00 | 75 | $675.00 | $75.00 | $675.00 |
| 5/28/2003 | Vaccaro | Research and review federal law concerning futility issues and prepayment | 1.25 | 160 | $200.00 | $150.35 | $187.94 |
| 5/28/2003 | Blando | Attend team meeting; coordinate revisions regarding expert reports; coordinate supplemental production; prepare outline of tasks for trial; analyze issues regarding continuance of Anderson deposition and stipulations | 10.00 | 250 | $2,500.00 | $150.35 | $1,503.50 |
| 5/29/2003 | Lit Tech Svcs-Cl | Sort documents; prepare exhibit list for labeling; review documents for deposition signature page; assemble expert reports; inventory of trial supplies | 14.75 | 50 | $737.50 | $50.00 | $737.50 |
| 5/29/2003 | Vaccaro | Review G. Morosani trial outline; review D. Stordahl deposition; begin to review P. Perri deposition | 11.50 | 160 | $1,840.00 | $150.35 | $1,729.03 |
| 5/29/2003 | Pope | Update exhibit list; assemble exhibits; perform quality control of exhibit list; file documents receive instruction regarding document production per J. Eckland | 9.75 | 75 | $731.25 | $75.00 | $731.25 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/29/2003 | Eckland | Conferences with M. Blando regarding various damage exhibits; engage in site visits of Iowa properties; telephone message from S. Brilliant; assignment to M. Blando regarding trial prep | 2.50 | 355 | $887.50 | $150.35 | $375.88 |
| 5/29/2003 | Fallon | Review deposition transcripts and trial preparation; conference with M. Blando re same | 4.50 | 175 | $787.50 | $150.35 | $676.58 |
| 5/29/2003 | Northrop | Update exhibit list; QC expert report; contact clients per J. Eckland | 6.25 | 75 | $468.75 | $75.00 | $468.75 |
| 5/29/2003 | Blando | Telephone conference with opposing counsel regarding settlement, discovery and stipulations; review and coordinate revisions to expert reports; review and coordinate documents for supplemental production; discussion with R. Vaccaro regarding witness outli | 3.25 | 250 | $812.50 | $150.35 | $488.64 |
| 5/30/2003 | Lit Tech Svcs-Cl | J. Hass - Prepare exhibits for labeling; file documents; perform quality control of exhibits; perform quality control of production; perform quality control of expert reports | 4.00 | 50 | $200.00 | $50.00 | $200.00 |
| 5/30/2003 | Lit Tech Svcs-Cl | J. DuChateau - Prepare exhibits for labeling; inventory trial supplies; perform quality control of exhibits; perform quality control of production; perform quality control of expert reports | 3.50 | 50 | $175.00 | $50.00 | $175.00 |
| 5/30/2003 | Vaccaro | Review P. Perri deposition | 7.50 | 160 | $1,200.00 | $150.35 | $1,127.63 |
| 5/30/2003 | Pope | Perform quality control of exhibit list; update exhibit list; compile exhibits; retrieve documents from experts; arrange damage reports; perform quality control of damage reports per M. Blando | 1.50 | 75 | $112.50 | $75.00 | $112.50 |
| 5/30/2003 | Eckland | Conferences with G. Karvel; revise and edit trial examination outlines of witnesses; trial preparation | 14.75 | 355 | $5,236.25 | $150.35 | $2,217.66 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/30/2003 | Northrop | Update exhibit list; QC expert report; supervise temps; QC expert report copies per J. Eckland | 11.50 | 75 | $862.50 | $150.35 | $1,729.03 |
| 5/30/2003 | Blando | Coordinate, review, revise, file & serve expert report and supplemental production of docs; prepare letters regarding same; prepare letter to opposing counsel regarding documents requested at deposition; review government witness deposition transcripts | 9.75 | 250 | $2,437.50 | $150.35 | $1,465.91 |
| 5/31/2003 | Vaccaro | Draft trial examination outline for D. Stordahl | 2.50 | 160 | $400.00 | $150.35 | $375.88 |
| 5/31/2003 | Pope | Meet with J. Eckland regarding witness schedule; receive instruction regarding trial preparations; compile exhibits; update witness hotel reservation schedule per J. Eckland | 4.50 | 75 | $337.50 | $75.00 | $337.50 |
| 5/31/2003 | Eckland | Revise and edit trial examination outlines; revise and edit opening statement; conferences with T. Carrao regarding witness line-up at trial; revise and edit matrix regarding same; co | 6.25 | 355 | $2,218.75 | $150.35 | $939.69 |
| 5/31/2003 | Fallon | Trial preparation; review and analyze Greenwalt deposition transcript; review trial exhibits | 3.25 | 175 | $568.75 | $150.35 | $488.64 |
| 5/31/2003 | Fallon | Review and analyze David Hodges deposition transcript; draft and revise trial outline for same | 4.00 | 175 | $700.00 | $150.35 | $601.40 |
| 6/1/2003 | Fallon | Review and analyze Foxworth deposition transcript and prepare trial notes re same | 3.50 | 175 | $612.50 | $150.35 | $526.23 |
| 6/1/2003 | Eckland | Revise and edit opening statement; draft, and edit trial examination outlines of witnesses; draft, revise, and edit same for Dr. W. Hamm | 7.50 | 355 | $2,662.50 | $150.35 | $1,127.63 |
| 6/2/2003 | Fallon | Review and analyze Foxworth deposition transcript; conference with M. Blando re cross examination, preparation and notes; review Hodges and Costello exhibits in preparation for trial | 1.50 | 175 | $262.50 | $150.35 | $225.53 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/2/2003 | Eckland | Conference with W. Roberts, M. Blando, T. revise opening statement; revise and edit trial examination outlines; telephone conferences with R. Rodning and F. McCloskey regarding powerpoint presentation of damage analyses | 11.25 | 355 | $3,993.75 | $150.35 | $1,691.44 |
| 6/2/2003 | Vaccaro | Draft and revise trial examination outlines | 8.25 | 160 | $1,320.00 | $150.35 | $1,240.39 |
| 6/2/2003 | Lit Tech Svcs-Cl | J. DuChateau - Assemble exhibits; perform quality control of assembly; resolve bates gaps per T. Carrao | 8.50 | 50 | $425.00 | $50.00 | $425.00 |
| 6/2/2003 | Lit Tech Svcs-Cl | J. Hass - Update compliant; assemble exhibits; perform quality control of exhibit reports per T. Carrao | 8.50 | 50 | $425.00 | $50.00 | $425.00 |
| 6/2/2003 | Lit Tech Svcs-Cl | L. Tweed - Assemble exhibits per T. Carrao | 7.50 | 50 | $375.00 | $50.00 | $375.00 |
| 6/2/2003 | Nguyen | V. Nguyen - Assemble exhibits; perform quality control of exhibits and copies per T. Carrao | 7.25 | 50 | $362.50 | $50.00 | $362.50 |
| 6/2/2003 | Pope | Meet with J. Eckland and B. Roberts regarding trial status; compile exhibits; mark exhibits; perform quality control of exhibits; update exhibit list per J. Eckland | 9.00 | 75 | $675.00 | $75.00 | $675.00 |
| 6/2/2003 | Johnson | Label trial exhibits per E. Carrao; quality control trial exhibits per E. Carrao; make changes to hotel schedule chart per T. Carrao | 5.00 | 75 | $375.00 | $75.00 | $375.00 |
| 6/2/2003 | Blando | Prepare for and attend telephone conference transcripts of government witnesses; discussions with M. Fallon regarding witness outlines with Executive Board; attend team meeting regarding trial preparation; attend strategy session with J. Eckland and W. Roberts | 7.75 | 250 | $1,937.50 | $150.35 | $1,165.21 |
| 6/2/2003 | Taylor | Work on memo regarding evidentiary issues | 4.00 | 285 | $1,140.00 | $150.35 | $601.40 |
| 6/3/2003 | Fallon | Conference with J. Eckland, M. Blando, B. Roberts and R. Vaccaro re damages analysis and trial preparation | 3.75 | 175 | $656.25 | $150.35 | $563.81 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/3/2003 | Eckland | Conference with W. Roberts, M. Blando regarding trial; preparation for Franconia trial; telephone conferences with clients regarding status updates; conferences regarding demonstrative exhibits | 8.75 | 355 | $3,106.25 | $150.35 | $1,315.56 |
| 6/3/2003 | Vaccaro | Revise trial examination outlines; conference with trial team regarding case status, exhibits, and witness preparation | 5.75 | 160 | $920.00 | $150.35 | $864.51 |
| 6/3/2003 | Roberts | Team meeting regarding trial prep; trial strategy and exhibits; prepare Hamm cross | 5.00 | 325 | $1,625.00 | $150.35 | $751.75 |
| 6/3/2003 | Lit Tech Svcs-Cl | J. Hass - Update compliant; assemble exhibits per T. Carrao | 10.00 | 50 | $500.00 | $50.00 | $500.00 |
| 6/3/2003 | Lit Tech Svcs-Cl | J. DuChateau - Assemble exhibits per T. Carrao | 10.00 | 50 | $500.00 | $50.00 | $500.00 |
| 6/3/2003 | Lit Tech Svcs-Cl | L. Tweed - Assemble exhibits per T. Carrao | 8.00 | 50 | $400.00 | $50.00 | $400.00 |
| 6/3/2003 | Lit Tech Svcs-Cl | A. Hart - Assemble exhibits per T. Carrao | 9.50 | 50 | $475.00 | $50.00 | $475.00 |
| 6/3/2003 | Lit Tech Svcs-Cl | E. Doran - Assemble trial exhibits per T. Carrao | 3.50 | 50 | $175.00 | $50.00 | $175.00 |
| 6/3/2003 | Nguyen | V. Nguyen - Assemble exhibits per T. Carrao | 7.25 | 50 | $362.50 | $50.00 | $362.50 |
| 6/3/2003 | O'Brien | Prepare for travel to Des Moines for trial site set-up; confirm outside vendors delivery dates and times; confirm equipment rental; confirm IS travel plans | 3.00 | 140 | $420.00 | $140.00 | $420.00 |
| 6/3/2003 | Pope | Perform quality control of trial exhibits; receive instruction regarding demonstratives; update exhibit list per J. Eckland | 10.75 | 75 | $806.25 | $75.00 | $806.25 |
| 6/3/2003 | Winn | Place Plaintiff Exhibit labels on trial exhibits | 1.25 | 75 | $93.75 | $75.00 | $93.75 |
| 6/3/2003 | Johnson | Quality control trial exhibits per T. Carrao; run print job down to document services per T. Carrao; | 5.50 | 75 | $412.50 | $75.00 | $412.50 |
| 6/3/2003 | Nuebel | Meet with M. Abrahamson re trial preparation powerpoint | 1.00 | 125 | $125.00 | $125.00 | $125.00 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/3/2003 | Blando | Attend team meeting regarding trial preparation and exhibits; review and revise new complaint; discussions with F. McCloskey regarding projects; review and revise exhibit list; review materials from experts; review expert report; analyze issues regarding | 11.25 | 250 | $2,812.50 | $150.35 | $1,691.44 |
| 6/4/2003 | Eckland | Telephone conferences with F. McCloskey; conferences with W. Roberts regarding demonstrative exhibits and strategize regarding same; conference with M. Blando regarding stipulations and motion to compel | 9.75 | 355 | $3,461.25 | $150.35 | $1,465.91 |
| 6/4/2003 | Vaccaro | Revise trial examination outlines; discussions with M. Fallon and T. Carrao regarding scheduling interviews | 2.00 | 160 | $320.00 | $150.35 | $300.70 |
| 6/4/2003 | Fallon | Trial preparation and prepare witness outlines for trial; review deposition transcripts | 2.25 | 175 | $393.75 | $150.35 | $338.29 |
| 6/4/2003 | Roberts | Trial prep | 3.00 | 325 | $975.00 | $150.35 | $451.05 |
| 6/4/2003 | Lockbeam | Prepare witness boxes; prepare files for shipping; update Stipulation of Facts document per J. Northrop | 8.00 | 75 | $600.00 | $75.00 | $600.00 |
| 6/4/2003 | Lit Tech Svcs-Cl | A. Hart - Assemble trial exhibits | 7.75 | 50 | $387.50 | $50.00 | $387.50 |
| 6/4/2003 | Lit Tech Svcs-Cl | J. Hass - Assemble exhibits | 9.00 | 50 | $450.00 | $50.00 | $450.00 |
| 6/4/2003 | Lit Tech Svcs-Cl | J. DuChateau - Enter documents into production log; perform quality control of and label exhibits | 9.00 | 50 | $450.00 | $50.00 | $450.00 |
| 6/4/2003 | Lit Tech Svcs-Cl | E. Doran - Assemble and perform quality control of exhibits | 7.50 | 50 | $375.00 | $50.00 | $375.00 |
| 6/4/2003 | Lit Tech Svcs-Cl | L. Tweed - Assemble exhibits | 7.50 | 50 | $375.00 | $50.00 | $375.00 |
| 6/4/2003 | Nguyen | Label, assemble and perform quality control of exhibits | 7.25 | 50 | $362.50 | $50.00 | $362.50 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/4/2003 | Kruse | Conference with S. Nuebel and phone conference with R. Rodning regarding Powerpoint presentation of cash flow and capitalization analyses and structure of same | 1.00 | 145 | $145.00 | $145.00 | $145.00 |
| 6/4/2003 | O'Brien | Trial site set-up | 7.00 | 140 | $980.00 | $140.00 | $980.00 |
| 6/4/2003 | Pope | Compile trial exhibits; receive instruction regarding exhibit list; perform quality control of trial exhibits; assist expert in document review per J. Eckland; receive instruction regarding scheduling teleconference calls per R. Vaccaro | 9.25 | 75 | $693.75 | $75.00 | $693.75 |
| 6/4/2003 | Johnson | Quality control trial exhibits per E. Carrao; assemble trial exhibits into binders per E. Carrao | 6.00 | 75 | $450.00 | $75.00 | $450.00 |
| 6/4/2003 | Nuebel | Confer with K. Kruse, J. Eckland and expert re trial presentation specifications and formatting | 3.50 | 125 | $437.50 | $125.00 | $437.50 |
| 6/4/2003 | Blando | Trial preparation; damages issues | 9.50 | 250 | $2,375.00 | $150.35 | $1,428.33 |
| 6/5/2003 | Blando | Compile, review and revise theme outlines; review and revise proposed stipulations and forward to opposing counsel; various damages and demonstrative exhibits issues; coordinate supplemental production and review documents | 6.00 | 250 | $1,500.00 | $150.35 | $902.10 |
| 6/6/2003 | Taylor | Research re evidentiary issues | 7.00 | 285 | $1,995.00 | $150.35 | $1,052.45 |
| 6/6/2003 | Vaccaro | Revise trial examination outlines; discussion with M. Fallon regarding same; telephone conference regarding testimony; discussions with J. Eckland and M. Blando regarding status | 6.25 | 160 | $1,000.00 | $150.35 | $939.69 |
| 6/5/2003 | Fallon | Witness interview and prepare for trial | 2.00 | 175 | $350.00 | $150.35 | $300.70 |
| 6/5/2003 | Lit Tech Svcs-Cl | J. Hass - Assemble exhibits | 6.00 | 50 | $300.00 | $50.00 | $300.00 |
| 6/5/2003 | Abrahamson | PowerPoint presentation creation--Eckland | 1.75 | 125 | $218.75 | $125.00 | $218.75 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/5/2003 | Roberts | Finalize demonstratives, analyze Koby case; conference with M. Blando regarding trial strategy | 2.00 | 325 | $650.00 | $150.35 | $300.70 |
| 6/5/2003 | Lockbeam | Update Damages spreadsheet; Organize and Enter production documents in Production log; prepare witness documents for shipping per J. Northrop | 6.25 | 75 | $468.75 | $75.00 | $468.75 |
| 6/5/2003 | Lit Tech Svcs-Cl | L. Tweed - Label and perform quality control of exhibits | 7.50 | 50 | $375.00 | $50.00 | $375.00 |
| 6/5/2003 | Lit Tech Svcs-Cl | A. Hart - Perform quality control of documents; assemble trial exhibits | 9.50 | 50 | $475.00 | $50.00 | $475.00 |
| 6/5/2003 | Lit Tech Svcs-Cl | E. Doran - Assemble and perform quality control of exhibits | 1.00 | 50 | $50.00 | $50.00 | $50.00 |
| 6/5/2003 | Spencer | Assist legal teams in assembling exhibit binders per T. Carrao | 2.50 | 75 | $187.50 | $75.00 | $187.50 |
| 6/5/2003 | Nguyen | Label, assemble and perform quality control of exhibits | 8.50 | 50 | $425.00 | $50.00 | $425.00 |
| 6/5/2003 | Scalise | Prepare documents for pretrial | 2.50 | 50 | $125.00 | $50.00 | $125.00 |
| 6/5/2003 | Kruse | Conference with S. Nuebel and K. Abrahamson regarding specifics of Powerpoint presentation regarding cash flow and capitalization analyses; phone conference with J. Eckland and S. Nuebel regarding same | 1.00 | 145 | $145.00 | $145.00 | $145.00 |
| 6/5/2003 | O'Brien | Trial site set-up and prepare contact information document for trial teams use. | 6.00 | 140 | $840.00 | $140.00 | $840.00 |
| 6/5/2003 | Pope | Compile trial exhibits; prepare documents for production; prepare trial exhibits for copying; sort documents; prepare for trial; order supplies for trial; receive instruction regarding document production from M. Blando; copy documents per J. Eckland | 11.75 | 75 | $881.25 | $75.00 | $881.25 |
| 6/5/2003 | Northrop | Prepare and send witness mailing; prepare and send Franconia mailing; send out expert reports; QC damages index per J. Eckland | 7.50 | 75 | $562.50 | $75.00 | $562.50 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/5/2003 | Johnson | Quality control loose trial exhibits; print trial exhibit binder labels and spines; insert into binders; assemble trial exhibits into binders; quality control exhibits | 5.50 | 75 | $412.50 | $75.00 | $412.50 |
| 6/5/2003 | Nuebel | Consult with K. Kruse and K. Abrahamson re formatting and data requirements of trial presentation | 1.50 | 125 | $187.50 | $125.00 | $187.50 |
| 6/5/2003 | Blando | Compile, review and revise theme outlines; review and revise proposed stipulations and forward to opposing counsel; various damages and demonstrative exhibits issues; coordinate supplemental production and review documents; telephone conference with J. Eckland | 9.75 | 250 | $2,437.50 | $150.35 | $1,465.91 |
| 6/6/2003 | Taylor | Research re evidentiary issues | 7.00 | 285 | $1,995.00 | $150.35 | $1,052.45 |
| 6/6/2003 | Vaccaro | Revise trial examination outlines; discussion with M. Fallon regarding same; telephone conference with P. Perri regarding testimony; discussions with J. Eckland and M. Blando regarding status | 5.75 | 160 | $920.00 | $150.35 | $864.51 |
| 6/6/2003 | Abrahamson | PowerPoint presentation creation/edits--Eckland | 3.50 | 125 | $437.50 | $125.00 | $437.50 |
| 6/6/2003 | Eckland | Conferences regarding trial exhibits and joint telephone conference with G. Horejsi regarding same; telephone conference with S. Hunton regarding sale to non-profits and G. Karvel; revise and edit draft joint stipulation; preparation for Franconia trial; | 12.50 | 355 | $4,437.50 | $150.35 | $1,879.38 |
| 6/6/2003 | Lockbeam | Update Stipulation of Facts document per J. Northrop; perform final quality control of trial exhibits per T. Carrao | 6.25 | 75 | $468.75 | $75.00 | $468.75 |
| 6/6/2003 | Lit Tech Svcs-Cl | J. Hass - Assemble exhibits | 9.00 | 50 | $450.00 | $50.00 | $450.00 |
| 6/6/2003 | Lit Tech Svcs-Cl | C. Allen - Prepare packets for copying | 6.75 | 50 | $337.50 | $50.00 | $337.50 |
| 6/6/2003 | Nguyen | Label, assemble and perform quality control of exhibits | 7.50 | 50 | $375.00 | $50.00 | $375.00 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/6/2003 | Pope | Compile trial exhibits; perform quality control of trial exhibits; receive instruction regarding trial exhibits; give instruction regarding trial exhibits; prepare exhibits for copying; update trial exhibit list per J. Eckland | 7.00 | 75 | $525.00 | $75.00 | $525.00 |
| 6/6/2003 | Northrop | Update stipulation of facts; QC exhibits per J. Eckland | 12.00 | 75 | $900.00 | $75.00 | $900.00 |
| 6/6/2003 | Johnson | Re-print binder covers and spines for trial exhibit binders; re-assemble and condense trial exhibit binders per E. Carrao; quality control exhibit binders | 6.00 | 75 | $450.00 | $75.00 | $450.00 |
| 6/6/2003 | Blando | Draft stipulations; draft motion to compel; Franconia witness preparation; meeting with experts; review government documents | 7.00 | 250 | $1,750.00 | $150.35 | $1,052.45 |
| 6/7/2003 | Vaccaro | Discussion with M. Blando regarding research; research federal case law concerning partial disclosure of documents | 4.25 | 160 | $680.00 | $150.35 | $638.99 |
| 6/7/2003 | Eckland | Revise and edit trial examination outlines; preparation for Franconia trial | 9.75 | 355 | $3,461.25 | $150.35 | $1,465.91 |
| 6/7/2003 | Lit Tech Svcs-Cl | J. Hass - Assemble exhibits | 7.50 | 50 | $375.00 | $50.00 | $375.00 |
| 6/7/2003 | Nguyen | Label, assemble and perform quality control of exhibits | 7.50 | 50 | $375.00 | $50.00 | $375.00 |
| 6/7/2003 | Blando | Discussions with R. Vaccaro regarding research; contact W. Roberts regarding status regarding exhibits | 0.50 | 250 | $125.00 | $150.35 | $75.18 |
| 6/7/2003 | Pope | Compile trial exhibits; generate trial shipping log per J. Eckland | 4.50 | 75 | $337.50 | $75.00 | $337.50 |
| 6/8/2003 | Vaccaro | Research federal case law regarding selective or partial disclosure | 2.50 | 160 | $400.00 | $150.35 | $375.88 |
| 6/8/2003 | Fallon | Review depositions and draft outlines re same; trial preparation | 3.50 | 175 | $612.50 | $150.35 | $526.23 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/8/2003 | Eckland | Revise and edit trial examination outlines; conferences with J. Nelson regarding same; conferences with M. Blando regarding joint stipulation; review trial exhibits regarding same; revise and edit same; memos regarding trial preparation; preparation for Franconia trial | 12.75 | 355 | $4,526.25 | $150.35 | $1,916.96 |
| 6/8/2003 | Roberts | Draft Greenwalt exam outline | 2.50 | 325 | $812.50 | $150.35 | $375.88 |
| 6/8/2003 | Nguyen | Label, assemble and perform quality control of exhibits | 7.50 | 50 | $375.00 | $150.35 | $1,127.63 |
| 6/8/2003 | Pope | Arrange for trial; give instructions to vendor regarding copying trial exhibits per J. Eckland | 4.00 | 75 | $300.00 | $150.35 | $601.40 |
| 6/9/2003 | Vaccaro | Trial preparation; conference calls to clients regarding trial examination outlines; review FmHA documents; discussions with M. Blando and M. Fallon regarding case | 6.50 | 160 | $1,040.00 | $150.35 | $977.28 |
| 6/9/2003 | Eckland | Work on analyses and demonstrative exhibit boards; analyze changes regarding same; telephone conferences with R. Rodning and F. McCloskey regarding damage issues telephone conferences with clients regarding status update; prep for trial | 14.50 | 355 | $5,147.50 | $150.35 | $2,180.08 |
| 6/9/2003 | Roberts | Telephone conference regarding new charts; review Greenwalt outline | 0.50 | 325 | $162.50 | $150.35 | $75.18 |
| 6/9/2003 | Fallon | Prepare for and attend trial preparation interviews; prep for trial | 4.35 | 175 | $761.25 | $150.35 | $654.02 |
| 6/9/2003 | Pelzer | Printed 134 color copies--Blando | 1.50 | 100 | $150.00 | $150.35 | $225.53 |
| 6/9/2003 | Abrahamson | Created interactive PowerPoint presentation with screen prints--Eckland | 3.25 | 125 | $406.25 | $150.35 | $488.64 |
| 6/9/2003 | O'Brien | Create business services document for trial team with all local contact numbers. | 1.00 | 140 | $140.00 | $150.35 | $150.35 |
| 6/9/2003 | Pope | Prepare trial exhibit list; arrange exhibits; prepare for trial; give instructions regarding trial exhibit assembly per J. Eckland | 11.00 | 75 | $825.00 | $150.35 | $1,653.85 |
| 6/9/2003 | Northrop | Prepare to leave for trial per J. Eckland | 9.50 | 75 | $712.50 | $150.35 | $1,428.33 |

**Exhibit A**