**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/9/2003 | Johnson | Print binder labels and spines for trial exhibits; flag joint exhibit documents for copying; quality control joint exhibit entries in chart; assemble trial exhibits in folders per E. Carrao | 5.00 | 75 | $375.00 | $150.35 | $751.75 |
| 6/9/2003 | DuChateau | Perform quality control of exhibits; prepare supplies for shipment to trial | 5.25 | 50 | $262.50 | $150.35 | $789.34 |
| 6/9/2003 | Hass | Assemble exhibits | 8.00 | 50 | $400.00 | $150.35 | $1,202.80 |
| 6/9/2003 | Lit Tech Svcs-CI | C. Allen - Prepare documents and binders for shipment | 9.25 | 50 | $462.50 | $150.35 | $1,390.74 |
| 6/9/2003 | Lit Tech Svcs-CI | A. Hart - Perform quality control of documents for final review | 7.50 | 50 | $375.00 | $150.35 | $1,127.63 |
| 6/9/2003 | Lit Tech Svcs-CI | J. Thomas - Perform quality control of and label exhibits | 5.00 | 50 | $250.00 | $150.35 | $751.75 |
| 6/9/2003 | Lit Tech Svcs-CI | L. Tweed - Perform quality control of exhibits | 4.50 | 50 | $225.00 | $150.35 | $676.58 |
| 6/9/2003 | Blando | Draft, finalize, file and serve motion to compel, joint stipulation, corrected trial brief, and witness order; coordinate shipments to Des Moines; discussions with experts and analyze damages issues | 10.50 | 250 | $2,625.00 | $150.35 | $1,578.68 |
| 6/9/2003 | Nguyen | Label, assemble and perform quality control of exhibits | 7.75 | 50 | $387.50 | $150.35 | $1,165.21 |
| 6/10/2003 | Roberts | Conference with J. Eckland and M. Blando; edit and proof demonstratives; prepare documents for production; telephone conference with clients | 9.00 | 325 | $2,925.00 | $150.35 | $1,353.15 |
| 6/10/2003 | Fallon | Prepare for and conduct witness interviews and preparation sessions; trial preparation team meeting | 5.00 | 175 | $875.00 | $150.35 | $751.75 |
| 6/10/2003 | Vaccaro | Trial preparation; telephone calls with plaintiff witnesses regarding trial; discussions with M. Fallon regarding same; conference with J. Eckland and trial team regarding logistics and damages issues | 6.00 | 160 | $960.00 | $150.35 | $902.10 |

Exhibit A

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/10/2003 | Eckland | Telephone conference call with W. Roberts and M. Blando regarding demonstrative exhibits; regarding same; telephone conference with trial team; assignments regarding trial preparation; analyze exhibits; telephone conferences with clients; trial preparation | 13.50 | 355 | $4,792.50 | $150.35 | $2,029.73 |
| 6/10/2003 | Taylor | Work on motions in limine | 8.00 | 285 | $2,280.00 | $150.35 | $1,202.80 |
| 6/10/2003 | Abrahamson | Updated interactive PowerPoint with screen prints--Eckland | 1.75 | 125 | $218.75 | $150.35 | $263.11 |
| 6/10/2003 | Johnson | Print binder labels and spines for trial exhibits; flag joint exhibit documents for copying; quality control joint exhibit entries in chart; assemble trial exhibits in folders per E. Carrao | 6.00 | 75 | $450.00 | $150.35 | $902.10 |
| 6/10/2003 | DuChateau | Perform quality control of exhibits; prepare supplies for shipment to trial | 10.00 | 50 | $500.00 | $150.35 | $1,503.50 |
| 6/10/2003 | Hass | Assemble exhibits; prepare supplies for shipment to trial | 10.00 | 50 | $500.00 | $150.35 | $1,503.50 |
| 6/10/2003 | Lit Tech Svcs-Cl | A. Hart - Assemble trial exhibits | 7.50 | 50 | $375.00 | $150.35 | $1,127.63 |
| 6/10/2003 | Lit Tech Svcs-Cl | L. Tweed - Assemble and perform quality control of exhibits | 7.50 | 50 | $375.00 | $150.35 | $1,127.63 |
| 6/10/2003 | Lit Tech Svcs-Cl | C. Allen - Assemble trial documents | 3.75 | 50 | $187.50 | $150.35 | $563.81 |
| 6/10/2003 | Lit Tech Svcs-Cl | J. Thomas - Perform quality control of and label exhibits | 7.75 | 50 | $387.50 | $150.35 | $1,165.21 |
| 6/10/2003 | Lit Tech Svcs-Cl | A. Slauson - Assemble and organize trial exhibits and documents | 2.50 | 50 | $125.00 | $150.35 | $375.88 |
| 6/10/2003 | Pope | Prepare trial exhibits; prepare for trial per J. Eckland | 10.00 | 75 | $750.00 | $150.35 | $1,503.50 |
| 6/10/2003 | Blando | Attend team meetings; supplemental document production; review and revise stipulations; trial preparation | 8.00 | 250 | $2,000.00 | $150.35 | $1,202.80 |
| 6/10/2003 | Nguyen | Copy documents; assemble and perform quality control of trial exhibits | 6.75 | 50 | $337.50 | $150.35 | $1,014.86 |
| 6/11/2003 | Roberts | Trial prep | 6.00 | 325 | $1,950.00 | $150.35 | $902.10 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/11/2003 | Roberts | Trial prep | 6.00 | 325 | $1,950.00 | $150.35 | $902.10 |
| 6/11/2003 | Vaccaro | Trial preparation; telephone call to G. Vitalis regarding damages preparation; discussions with M. Blando and M. Fallon regarding same | 5.50 | 160 | $880.00 | $150.35 | $826.93 |
| 6/11/2003 | Eckland | Revise and edit opening statement regarding trial preparation; telephone conferences and memos regarding demonstrative exhibits and powerpoint presentation; telephone conferences with clients | 12.25 | 355 | $4,348.75 | $150.35 | $1,841.79 |
| 6/11/2003 | Kissner | Franconia project; place 179 photos into a PowerPoint presentation--Eckland/Tika | 1.00 | 100 | $100.00 | $150.35 | $150.35 |
| 6/11/2003 | Taylor | Research and draft motions in limine | 8.00 | 285 | $2,280.00 | $150.35 | $1,202.80 |
| 6/11/2003 | Abrahamson | Revised interactive PowerPoint with screen prints--Eckland | 4.25 | 125 | $531.25 | $150.35 | $638.99 |
| 6/11/2003 | Fallon | Prepare for trial; interview witnesses | 2.10 | 175 | $367.50 | $150.35 | $315.74 |
| 6/11/2003 | Johnson | Assemble trial exhibits into folders per E. Carrao; locate easels for trial; pack deposition binders for trial; label joint exhibit folders per E. Carrao | 4.00 | 75 | $300.00 | $150.35 | $601.40 |
| 6/11/2003 | DuChateau | Perform quality control of exhibits; prepare supplies for shipment to trial | 7.50 | 50 | $375.00 | $150.35 | $1,127.63 |
| 6/11/2003 | Hass | Assemble exhibits; prepare supplies for shipment to trial | 7.50 | 50 | $375.00 | $150.35 | $1,127.63 |
| 6/11/2003 | Lit Tech Svcs-Cl | L. Tweed - Assemble and perform quality control of exhibits | 7.50 | 50 | $375.00 | $150.35 | $1,127.63 |
| 6/11/2003 | Lit Tech Svcs-Cl | A. Hart - Assemble trial exhibits | 7.50 | 50 | $375.00 | $150.35 | $1,127.63 |
| 6/11/2003 | Lit Tech Svcs-Cl | J. Thomas - Perform quality control of and label exhibits | 7.50 | 50 | $375.00 | $150.35 | $1,127.63 |
| 6/11/2003 | Lit Tech Svcs-Cl | C. Allen - Assemble trial exhibits | 6.50 | 50 | $325.00 | $150.35 | $977.28 |
| 6/11/2003 | Pope | Meet with M. Blando and J. Eckland regarding witness order; update travel arrangements; arrange documents for trial | 15.25 | 75 | $1,143.75 | $150.35 | $2,292.84 |
| 6/11/2003 | Northrop | Prepare for trial per J. Eckland | 17.50 | 75 | $1,312.50 | $150.35 | $2,631.13 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/11/2003 | Blando | Trial preparation; damages issue; stipulations; production of documents; demonstrative exhibits | 11.00 | 250 | $2,750.00 | $150.35 | $1,653.85 |
| 6/11/2003 | Nguyen | Assemble and perform quality control of trial exhibits | 7.50 | 50 | $375.00 | $150.35 | $1,127.63 |
| 6/12/2003 | Vaccaro | Trial preparation; research federal case law regarding subject matter waiver issues; discussion with M. Blando regarding same; draft memorandum regarding same | 6.75 | 160 | $1,080.00 | $150.35 | $1,014.86 |
| 6/12/2003 | Eckland | Preparation for trial; revise and edit opening statement; preparation for oral argument regarding motion to compel; participation in oral argument regarding motion to compel | 12.50 | 355 | $4,437.50 | $150.35 | $1,879.38 |
| 6/12/2003 | Abrahamson | Revised and updated PowerPoint presentation--Eckland | 3.00 | 125 | $375.00 | $150.35 | $451.05 |
| 6/12/2003 | Fallon | Trial preparation and witness preparation conferences; review and revise trial exhibits and outlines | 4.25 | 175 | $743.75 | $150.35 | $638.99 |
| 6/12/2003 | Pope | Organize war room; prepare for trial; update trial exhibit list; file documents per J. Eckland | 13.25 | 75 | $993.75 | $150.35 | $1,992.14 |
| 6/12/2003 | Northrop | Set up Des Moines office per J. Eckland | 13.25 | 75 | $993.75 | $150.35 | $1,992.14 |
| 6/12/2003 | Blando | Trial preparation; prepare for and attend hearing on motion to compel; prepare outline regarding same; supplemental production of documents; preparation sessions for trial | 10.75 | 250 | $2,687.50 | $150.35 | $1,616.26 |
| 6/12/2003 | Roberts | Trial preparation/witness preparation | 8.00 | 325 | $2,600.00 | $150.35 | $1,202.80 |
| 6/13/2003 | Vaccaro | Trial preparation; revise P. Perri trial outline; discussion with J. and M. Graham regarding damages analysis; discussion with D. Costello regarding scheduling same; travel to Des Moines for trial | 12.00 | 160 | $1,920.00 | $150.35 | $1,804.20 |
| 6/13/2003 | Abrahamson | Revised and updated PowerPoint presentation by swapping out charts--Eckland | 5.25 | 125 | $656.25 | $150.35 | $789.34 |
| 6/13/2003 | Fallon | Trial preparation | 0.50 | 175 | $87.50 | $150.35 | $75.18 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/13/2003 | Pope | Prepare for trial; prepare documents for trial; update exhibit list; create witness schedule per J. Eckland | 12.50 | 75 | $937.50 | $150.35 | $1,879.38 |
| 6/13/2003 | Northrop | Prepare Des Moines office; assemble joint exhibits per J. Eckland | 12.50 | 75 | $937.50 | $150.35 | $1,879.38 |
| 6/13/2003 | Eckland | Preparation for Franconia trial | 15.00 | 355 | $5,325.00 | $150.35 | $2,255.25 |
| 6/13/2003 | Blando | Trial preparation; travel to Des Moines | 5.50 | 250 | $1,375.00 | $150.35 | $826.93 |
| 6/13/2003 | Roberts | Trial preparation/witness preparation | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |
| 6/14/2003 | Fallon | Miscellaneous trial preparation and review of documents in preparation for witness conferences | 4.00 | 175 | $700.00 | $150.35 | $601.40 |
| 6/14/2003 | Vaccaro | Trial preparation | 15.50 | 160 | $2,480.00 | $150.35 | $2,330.43 |
| 6/14/2003 | Pope | Trial | 13.75 | 75 | $1,031.25 | $150.35 | $2,067.31 |
| 6/14/2003 | Northrop | Update Joint Stipulation of Facts; copy documents; prepare documents for expert review per J. Eckland | 14.00 | 75 | $1,050.00 | $150.35 | $2,104.90 |
| 6/14/2003 | Eckland | Preparation for Franconia trial | 15.50 | 355 | $5,502.50 | $150.35 | $2,330.43 |
| 6/14/2003 | Blando | Trial preparation | 15.50 | 250 | $3,875.00 | $150.35 | $2,330.43 |
| 6/14/2003 | Roberts | Trial preparation/witness preparation | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |
| 6/15/2003 | Vaccaro | Trial preparation | 15.00 | 160 | $2,400.00 | $150.35 | $2,255.25 |
| 6/15/2003 | Fallon | Travel to trial; trial preparation | 18.00 | 175 | $3,150.00 | $150.35 | $2,706.30 |
| 6/15/2003 | Pope | Trial | 17.00 | 75 | $1,275.00 | $150.35 | $2,555.95 |
| 6/15/2003 | Northrop | Arrange exhibits; copy documents; update exhibit list; update joint stipulation of facts; update joint exhibit list per J. Eckland | 17.00 | 75 | $1,275.00 | $150.35 | $2,555.95 |
| 6/15/2003 | Eckland | Preparation for Franconia trial | 16.00 | 355 | $5,680.00 | $150.35 | $2,405.60 |
| 6/15/2003 | Blando | Trial preparation | 16.25 | 250 | $4,062.50 | $150.35 | $2,443.19 |
| 6/15/2003 | Roberts | Trial preparation/witness preparation | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |
| 6/16/2003 | Taylor | Revise motions for use at trial | 3.00 | 285 | $855.00 | $150.35 | $451.05 |
| 6/16/2003 | Vaccaro | Trial preparation; attend trial | 15.00 | 160 | $2,400.00 | $150.35 | $2,255.25 |
| 6/16/2003 | Fallon | Trial preparation; attend trial and prepare for trial | 15.00 | 175 | $2,625.00 | $150.35 | $2,255.25 |
| 6/16/2003 | Pope | Trial | 14.50 | 75 | $1,087.50 | $150.35 | $2,180.08 |
| 6/16/2003 | Northrop | Attend trial; prepare exhibits per J. Eckland | 15.00 | 75 | $1,125.00 | $150.35 | $2,255.25 |
| 6/16/2003 | Eckland | Franconia trial | 17.00 | 355 | $6,035.00 | $150.35 | $2,555.95 |
| 6/16/2003 | Nuebel | Assist expert in getting copies of trial presentation | 0.50 | 125 | $62.50 | $150.35 | $75.18 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/16/2003 | Blando | Franconia trial | 16.75 | 250 | $4,187.50 | $150.35 | $2,518.36 |
| 6/16/2003 | Roberts | Prepare for and conduct trial | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |
| 6/17/2003 | Vaccaro | Trial preparation; attend trial | 13.00 | 160 | $2,080.00 | $150.35 | $1,954.55 |
| 6/17/2003 | Fallon | Attend trial and trial preparation; conduct legal research; draft memos; prepare witnesses; review defendants exhibits | 15.00 | 175 | $2,625.00 | $150.35 | $2,255.25 |
| 6/17/2003 | Ale | Work on trial projects | 0.50 | 260 | $130.00 | $150.35 | $75.18 |
| 6/17/2003 | Pope | Trial | 14.50 | 75 | $1,087.50 | $150.35 | $2,180.08 |
| 6/17/2003 | Eckland | Franconia trial | 16.50 | 355 | $5,857.50 | $150.35 | $2,480.78 |
| 6/17/2003 | Northrop | Trial per J. Eckland | 13.75 | 75 | $1,031.25 | $150.35 | $2,067.31 |
| 6/17/2003 | Blando | Franconia trial | 16.25 | 250 | $4,062.50 | $150.35 | $2,443.19 |
| 6/17/2003 | Roberts | Prepare for and conduct trial | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |
| 6/18/2003 | Fallon | Trial preparation; attend trial; miscellaneous legal research; draft memos and witnesses; prepare outlines for direct examination | 14.50 | 175 | $2,537.50 | $150.35 | $2,180.08 |
| 6/18/2003 | Taylor | Prepare motions in limine and revise | 7.00 | 285 | $1,995.00 | $150.35 | $1,052.45 |
| 6/18/2003 | Vaccaro | Trial preparation; attend trial | 14.00 | 160 | $2,240.00 | $150.35 | $2,104.90 |
| 6/18/2003 | Pope | Trial | 11.00 | 75 | $825.00 | $150.35 | $1,653.85 |
| 6/18/2003 | Eckland | Franconia trial | 17.50 | 355 | $6,212.50 | $150.35 | $2,631.13 |
| 6/18/2003 | Northrop | Trial per J. Eckland | 12.00 | 75 | $900.00 | $150.35 | $1,804.20 |
| 6/18/2003 | Blando | Franconia trial | 17.00 | 250 | $4,250.00 | $150.35 | $2,555.95 |
| 6/18/2003 | Roberts | Prepare for and conduct trial | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |
| 6/19/2003 | Fallon | Prepare for and attend trial | 15.25 | 175 | $2,668.75 | $150.35 | $2,292.84 |
| 6/19/2003 | Vaccaro | Trial preparation and related research | 14.00 | 160 | $2,240.00 | $150.35 | $2,104.90 |
| 6/19/2003 | Pope | Trial preparation | 14.00 | 75 | $1,050.00 | $150.35 | $2,104.90 |
| 6/19/2003 | Eckland | Franconia trial | 17.25 | 355 | $6,123.75 | $150.35 | $2,593.54 |
| 6/19/2003 | Northrop | Trial and travel per J. Eckland | 2.50 | 75 | $187.50 | $150.35 | $375.88 |
| 6/19/2003 | Blando | Franconia trial | 15.25 | 250 | $3,812.50 | $150.35 | $2,292.84 |
| 6/19/2003 | Roberts | Prepare for and conduct trial | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |
| 6/20/2003 | Fallon | Trial preparation and miscellaneous legal research and preparation; research documents re correspondence from RD | 4.50 | 175 | $787.50 | $150.35 | $676.58 |
| 6/20/2003 | Vaccaro | Trial preparation; attend trial | 12.00 | 160 | $1,920.00 | $150.35 | $1,804.20 |
| 6/20/2003 | Pope | Trial preparation | 13.50 | 75 | $1,012.50 | $150.35 | $2,029.73 |
| 6/20/2003 | Eckland | Franconia trial | 16.50 | 355 | $5,857.50 | $150.35 | $2,480.78 |
| 6/20/2003 | Blando | Franconia trial | 9.50 | 250 | $2,375.00 | $150.35 | $1,428.33 |
| 6/20/2003 | Roberts | Prepare for and conduct trial | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/21/2003 | Vaccaro | Trial preparation | 10.00 | 160 | $1,600.00 | $150.35 | $1,503.50 |
| 6/21/2003 | Pope | Trial preparation | 13.25 | 75 | $993.75 | $150.35 | $1,992.14 |
| 6/21/2003 | Eckland | Preparation for Franconia trial | 12.25 | 355 | $4,348.75 | $150.35 | $1,841.79 |
| 6/21/2003 | Northrop | Trial per J. Eckland | 11.75 | 75 | $881.25 | $150.35 | $1,766.61 |
| 6/21/2003 | Blando | Franconia trial | 12.25 | 250 | $3,062.50 | $150.35 | $1,841.79 |
| 6/21/2003 | Roberts | Prepare for and conduct trial | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |
| 6/22/2003 | Vaccaro | Trial preparation | 15.50 | 160 | $2,480.00 | $150.35 | $2,330.43 |
| 6/22/2003 | Eckland | Preparation for Franconia trial | 12.00 | 355 | $4,260.00 | $150.35 | $1,804.20 |
| 6/22/2003 | Blando | Franconia trial | 17.25 | 250 | $4,312.50 | $150.35 | $2,593.54 |
| 6/22/2003 | Pope | Trial | 1.00 | 75 | $75.00 | $150.35 | $150.35 |
| 6/22/2003 | Northrop | Trial per J. Eckland | 10.00 | 75 | $750.00 | $150.35 | $1,503.50 |
| 6/22/2003 | Roberts | Prepare for and conduct trial | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |
| 6/23/2003 | Fallon | Review trial memos and briefs; phone conference with R. Vaccaro re trial status; prepare documents re trial | 1.00 | 175 | $175.00 | $150.35 | $150.35 |
| 6/23/2003 | Vaccaro | Trial preparation; attend trial | 16.00 | 160 | $2,560.00 | $150.35 | $2,405.60 |
| 6/23/2003 | Eckland | Franconia trial | 16.25 | 355 | $5,768.75 | $150.35 | $2,443.19 |
| 6/23/2003 | Blando | Franconia trial | 16.25 | 250 | $4,062.50 | $150.35 | $2,443.19 |
| 6/23/2003 | Pope | Trial | 11.25 | 75 | $843.75 | $150.35 | $1,691.44 |
| 6/23/2003 | Northrop | Trial per J. Eckland | 15.50 | 75 | $1,162.50 | $150.35 | $2,330.43 |
| 6/23/2003 | Roberts | Prepare for and conduct trial | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |
| 6/24/2003 | Vaccaro | Trial preparation; attend trial | 13.50 | 160 | $2,160.00 | $150.35 | $2,029.73 |
| 6/24/2003 | Eckland | Franconia trial | 17.00 | 355 | $6,035.00 | $150.35 | $2,555.95 |
| 6/24/2003 | Blando | Franconia trial | 16.75 | 250 | $4,187.50 | $150.35 | $2,518.36 |
| 6/24/2003 | Pope | Trial | 14.00 | 75 | $1,050.00 | $150.35 | $2,104.90 |
| 6/24/2003 | Northrop | Trial | 15.00 | 75 | $1,125.00 | $150.35 | $2,255.25 |
| 6/24/2003 | Roberts | Prepare for and conduct trial | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |
| 6/25/2003 | Vaccaro | Trial preparation; attend trial | 14.00 | 160 | $2,240.00 | $150.35 | $2,104.90 |
| 6/25/2003 | Eckland | Franconia trial | 17.25 | 355 | $6,123.75 | $150.35 | $2,593.54 |
| 6/25/2003 | Peterson | Researched and requested document delivery and an interlibrary loan of three titles on rural housing for Jeff Eckland | 1.65 | 100 | $165.00 | $150.35 | $248.08 |
| 6/25/2003 | Rafter | Researched two Iowa District Court cases (trial court) - for Rob Vacarro. | 0.40 | 145 | $58.00 | $150.35 | $60.14 |
| 6/25/2003 | Blando | Franconia trial | 15.75 | 250 | $3,937.50 | $150.35 | $2,368.01 |
| 6/25/2003 | Fallon | Review and analyze section of plaintiffs brief re unmistakenability doctrine | 0.75 | 175 | $131.25 | $150.35 | $112.76 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/25/2003 | Pope | Trial | 14.50 | 75 | $1,087.50 | $150.35 | $2,180.08 |
| 6/25/2003 | Northrop | Trial per J. Eckland | 15.50 | 75 | $1,162.50 | $150.35 | $2,330.43 |
| 6/25/2003 | Roberts | Prepare for and conduct trial | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |
| 6/26/2003 | Vaccaro | Trial preparation; attend trial | 13.00 | 160 | $2,080.00 | $150.35 | $1,954.55 |
| 6/26/2003 | Eckland | Franconia trial; pack war room | 8.50 | 355 | $3,017.50 | $150.35 | $1,277.98 |
| 6/26/2003 | Blando | Franconia trial; trial wrap-up | 10.50 | 250 | $2,625.00 | $150.35 | $1,578.68 |
| 6/26/2003 | Fallon | Review and analyze documents sent in from client re Allegre lawsuit | 0.20 | 175 | $35.00 | $150.35 | $30.07 |
| 6/26/2003 | Pope | Trial | 13.25 | 75 | $993.75 | $150.35 | $1,992.14 |
| 6/26/2003 | Northrop | Trial; pack Des Moines office per J. Eckland | 16.25 | 75 | $1,218.75 | $150.35 | $2,443.19 |
| 6/26/2003 | Roberts | Prepare for and conduct trial | 12.00 | 325 | $3,900.00 | $150.35 | $1,804.20 |
| 6/27/2003 | Eckland | Pack war room; telephone conferences with clients regarding Franconia trial; analyze strategy regarding future proceedings | 4.50 | 355 | $1,597.50 | $150.35 | $676.58 |
| 6/27/2003 | Blando | Franconia trial wrap-up; coordinate shipment to Minneapolis | 4.25 | 250 | $1,062.50 | $150.35 | $638.99 |
| 6/27/2003 | Vaccaro | Organize trial materials | 4.50 | 160 | $720.00 | $150.35 | $676.58 |
| 6/27/2003 | Pope | Post-trial packing | 5.50 | 75 | $412.50 | $150.35 | $826.93 |
| 6/27/2003 | Northrop | Trial per J. Eckland | 10.50 | 75 | $787.50 | $150.35 | $1,578.68 |
| 6/30/2003 | Blando | Discussions with D. Roseliep regarding Fair Housing Act issues; unpack trial materials; outline issues for trial briefs; discussions with J. Eckland | 3.00 | 250 | $750.00 | $150.35 | $451.05 |
| 6/30/2003 | Pope | Unpack trial boxes; file documents; receive instruction regarding trial transcript notebooks per M. Blando; calculate trial reimbursements per J. Eckland | 6.50 | 75 | $487.50 | $150.35 | $977.28 |
| 7/1/2003 | Blando | Review and analyze trial transcripts | 1.25 | 250 | $312.50 | $150.35 | $187.94 |
| 7/1/2003 | Blando | Various trial preparation; damages issues | 1.50 | 250 | $375.00 | $150.35 | $225.53 |
| 7/1/2003 | Pope | Create trial transcript notebooks per M. Blando; file documents; update document portfolios; calculate reimbursement per J. Eckland | 5.50 | 75 | $412.50 | $150.35 | $826.93 |
| 7/2/2003 | Pope | Create new client folders; file documents; generate new client confirmation letters; unpack trial boxes per J. Eckland | 6.00 | 75 | $450.00 | $150.35 | $902.10 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/3/2003 | Blando | Gather trial materials | 0.50 | 250 | $125.00 | $150.35 | $75.18 |
| 7/3/2003 | Fallon | Conference with M. Blando re motion brief | 0.25 | 175 | $43.75 | $150.35 | $37.59 |
| 7/8/2003 | Eckland | Review Franconia trial transcript | 2.25 | 355 | $798.75 | $150.35 | $338.29 |
| 7/8/2003 | Blando | Meeting with J. Eckland regarding status and various issues; meeting with trial team | 0.75 | 250 | $187.50 | $150.35 | $112.76 |
| 7/8/2003 | Pope | Create new client folders; organize storage space; file documents; meet with J. Eckland and M. Blando regarding litigation per J. Eckland | 6.75 | 75 | $506.25 | $150.35 | $1,014.86 |
| 7/9/2003 | Pope | Attend lunch with trial experts; retrieve documents; file documents; conduct case research; give instruction regarding filing per J. Eckland | 6.75 | 75 | $506.25 | $150.35 | $1,014.86 |
| 7/10/2003 | Blando | Outline and analyze issues for Franconia brief; review trial transcript; review recent Court of Federal Claims decisions | 4.25 | 250 | $1,062.50 | $150.35 | $638.99 |
| 7/11/2003 | Eckland | Review Franconia trial transcript | 3.25 | 355 | $1,153.75 | $150.35 | $488.64 |
| 7/11/2003 | Blando | Review declarations for filing; draft brief in Allegre Villa; review and revise outline for Franconia brief | 1.75 | 250 | $437.50 | $150.35 | $263.11 |
| 7/11/2003 | Pope | File documents; update exhibit notebooks; give instruction regarding document review per J. Eckland | 5.50 | 75 | $412.50 | $150.35 | $826.93 |
| 7/12/2003 | Eckland | Draft, revise and edit Franconia post-trial brief | 3.25 | 355 | $1,153.75 | $150.35 | $488.64 |
| 7/14/2003 | Eckland | Telephone conference with clients regarding miscellaneous issues; work on post-trial matters | 3.75 | 355 | $1,331.25 | $150.35 | $563.81 |
| 7/14/2003 | Blando | Telephone conference regarding trial issues; meeting with J. Eckland regarding status & Franconia brief | 1.00 | 250 | $250.00 | $150.35 | $150.35 |
| 7/14/2003 | Vaccaro | Begin to research Fair Housing Act issues | 2.00 | 160 | $320.00 | $150.35 | $300.70 |
| 7/15/2003 | Hass | Prepare documents for storage; review trial transcripts for breach dates | 7.00 | 50 | $350.00 | $50.00 | $350.00 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/15/2003 | Pope | Review trial transcripts for breach and takings references per M. Blando; file documents; update document index per J. Eckland | 7.00 | 75 | $525.00 | $75.00 | $525.00 |
| 7/15/2003 | Northrop | Review transcripts | 7.25 | 75 | $543.75 | $75.00 | $543.75 |
| 7/15/2003 | Vaccaro | Research and review Fair Housing Act, NAD issues | 4.25 | 160 | $680.00 | $150.35 | $638.99 |
| 7/16/2003 | Hass | Review trial transcripts for breach dates | 7.50 | 50 | $375.00 | $50.00 | $375.00 |
| 7/16/2003 | Pope | Search trial transcripts for breach and takings dates per M. Blando | 4.25 | 75 | $318.75 | $75.00 | $318.75 |
| 7/16/2003 | Northrop | Search and review transcripts; confer with T. Carrao re: project status per J. Eckland | 7.75 | 75 | $581.25 | $75.00 | $581.25 |
| 7/16/2003 | Vaccaro | Research national appeals division, exhaustion, law of the case issues | 3.50 | 160 | $560.00 | $150.35 | $526.23 |
| 7/17/2003 | Eckland | Telephone conferences regarding damage models; telephone conferences with clients regarding strategy; review trial transcript; outline Franconia post-trial brief | 6.50 | 355 | $2,307.50 | $150.35 | $977.28 |
| 7/17/2003 | Hass | Prepare documents for storage; review trial transcripts for breach dates; review and index boxes for storage | 7.00 | 50 | $350.00 | $50.00 | $350.00 |
| 7/17/2003 | Pope | Review trial transcripts for breach and takings dates; project status; update index per J. Eckland | 4.50 | 75 | $337.50 | $75.00 | $337.50 |
| 7/17/2003 | Northrop | Review trial transcripts; update post trial matrix; contact clients per J. Eckland | 7.50 | 75 | $562.50 | $75.00 | $562.50 |
| 7/17/2003 | Vaccaro | Research Fair Housing Act; research case law regarding exhaustion of remedies and taking and contract claims; draft law of the case brief section | 4.50 | 160 | $720.00 | $150.35 | $676.58 |
| 7/18/2003 | Eckland | Review Franconia trial transcript; conference with T. Carrao regarding trial exhibit project; commence "synthesis" for Post-Trial Brief | 6.50 | 355 | $2,307.50 | $150.35 | $977.28 |
| 7/18/2003 | Vaccaro | Research federal case law regarding national appeals division | 4.50 | 160 | $720.00 | $150.35 | $676.58 |
| 7/19/2003 | Blando | Analyze issues for Franconia post-trial brief | 0.50 | 250 | $125.00 | $150.35 | $75.18 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/19/2003 | Eckland | Work on "synthesis" of Franconia trial transcript | 3.75 | 355 | $1,331.25 | $150.35 | $563.81 |
| 7/20/2003 | Eckland | Work on synthesis of Franconia trial transcript | 6.25 | 355 | $2,218.75 | $150.35 | $939.69 |
| 7/21/2003 | Blando | Draft and revise outline for Franconia brief; discussion with J. Eckland regarding same | 3.50 | 250 | $875.00 | $150.35 | $526.23 |
| 7/21/2003 | Vaccaro | Research Fair Housing Act | 0.50 | 160 | $80.00 | $150.35 | $75.18 |
| 7/21/2003 | Eckland | Work on synthesis of Franconia trial transcript; telephone message from and to G. Karvel regarding damage analyses; analyze same | 9.50 | 355 | $3,372.50 | $150.35 | $1,428.33 |
| 7/21/2003 | Hass | File documents into correspondence backers; prepare files for storage | 7.00 | 50 | $350.00 | $150.35 | $1,052.45 |
| 7/22/2003 | Eckland | Work on synthesis of Franconia trial transcript; conferences regarding same | 7.00 | 355 | $2,485.00 | $150.35 | $1,052.45 |
| 7/23/2003 | Blando | Meeting with R. Vaccaro regarding research projects for Franconia brief; team meeting regarding Franconia brief; draft outline for brief; analyze issues and research projects | 4.50 | 250 | $1,125.00 | $150.35 | $676.58 |
| 7/23/2003 | Fallon | Team meeting re upcoming briefs and orders; review trial transcripts in preparation of drafting post-trial brief | 3.00 | 175 | $525.00 | $150.35 | $451.05 |
| 7/23/2003 | Vaccaro | Conference with M. Blando regarding research project status; conference with trial team regarding post-trial brief | 4.50 | 160 | $720.00 | $150.35 | $676.58 |
| 7/23/2003 | Eckland | Telephone conferences with Franconia clients regarding statuts updates; continued synthesis of trial transcript | 5.25 | 355 | $1,863.75 | $150.35 | $789.34 |
| 7/23/2003 | Underwood | Conference with J. Eckland regarding research on property tax law | 4.50 | 210 | $945.00 | $150.35 | $676.58 |
| 7/24/2003 | Fallon | Review trial transcripts and trial exhibits in preparation of synthesis of trial transcript | 3.00 | 175 | $525.00 | $150.35 | $451.05 |
| 7/24/2003 | Vaccaro | Review trial transcript; draft synthesis of trial transcript | 4.50 | 160 | $720.00 | $150.35 | $676.58 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/24/2003 | Blando | Discussion with chambers regarding scheduling in Franconia; discussion with opposing counsel regarding extension; draft Joint motion for extension; prepare update to J. Eckland; analyze issues for brief | 2.50 | 250 | $625.00 | $150.35 | $375.88 |
| 7/24/2003 | Eckland | Draft, revise, and edit synthesis of trial transcript; review trial transcript; analyze damage analyses | 8.25 | 355 | $2,928.75 | $150.35 | $1,240.39 |
| 7/24/2003 | Hass | File documents; review trial transcripts for key testimony | 7.00 | 50 | $350.00 | $150.35 | $1,052.45 |
| 7/25/2003 | Fallon | Review and analyze trial transcripts and exhibits in preparation of synthesis of trial transcript | 4.50 | 175 | $787.50 | $150.35 | $676.58 |
| 7/25/2003 | Vaccaro | Review trial transcript for purpose of synthesis of trial transcript | 1.50 | 160 | $240.00 | $150.35 | $225.53 |
| 7/25/2003 | Blando | Draft Joint motion for extension in Franconia; forward to opposing counsel; review and revise outline of Franconia brief | 1.50 | 250 | $375.00 | $150.35 | $225.53 |
| 7/25/2003 | Eckland | Draft, revise, and edit synthesis of trial transcript; conferences regarding same | 9.75 | 355 | $3,461.25 | $150.35 | $1,465.91 |
| 7/25/2003 | Hass | Review trial transcripts for key testimony | 2.00 | 50 | $100.00 | $150.35 | $300.70 |
| 7/25/2003 | Pope | Review trial transcripts for key testimony; create document of key testimony per R. Vaccaro | 4.50 | 75 | $337.50 | $150.35 | $676.58 |
| 7/26/2003 | Eckland | Draft, revise, and edit synthesis of trial transcript | 7.75 | 355 | $2,751.25 | $150.35 | $1,165.21 |
| 7/27/2003 | Fallon | Draft and revise synthesis of trial transcript; review documents re same | 6.00 | 175 | $1,050.00 | $150.35 | $902.10 |
| 7/27/2003 | Vaccaro | Draft and revise synthesis of trial transcript | 3.25 | 160 | $520.00 | $150.35 | $488.64 |
| 7/27/2003 | Eckland | Draft, revise, and edit synthesis of trial transcript | 8.75 | 355 | $3,106.25 | $150.35 | $1,315.56 |
| 7/28/2003 | Jie | Brief initial conference with W. Underwood regarding the background of the assignment on Minnesota and Iowa property tax on low-income housing; make calls to S. Boe of the Des Moines office; research Internet and Westlaw for update on Minnesota property | 3.00 | 125 | $375.00 | $150.35 | $451.05 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/28/2003 | Eckland | Telephone conference with W. Underwood regarding property tax research assignment; Draft, revise, and edit synthesis of trial transcript | 8.50 | 355 | $3,017.50 | $150.35 | $1,277.98 |
| 7/28/2003 | Fallon | Review and analyze trial transcript and exhibits; draft and revise synthesis of trial transcript | 5.00 | 175 | $875.00 | $150.35 | $751.75 |
| 7/28/2003 | Vaccaro | Draft synthesis of trial transcript; discussions with M. Fallon regarding same | 4.25 | 160 | $680.00 | $150.35 | $638.99 |
| 7/28/2003 | Underwood | Telephone conference with J. Eckland regarding subsidized property tax in Minnesota and Iowa; conference with A. Jie regarding same and research strategies | 1.00 | 210 | $210.00 | $150.35 | $150.35 |
| 7/28/2003 | Blando | Discussions with opposing counsel regarding joint motion in Franconia; draft and revise deadline of brief; draft brief | 4.75 | 250 | $1,187.50 | $150.35 | $714.16 |
| 7/29/2003 | Jie | Phone call to S. Boe of Des Moines office low-income housing law and the practical effect of the law; draft the section on Iowa property tax regarding Iowa property tax on subsidized housing; speak to Dale Hyman of the Polk County office of property asses | 4.70 | 125 | $587.50 | $150.35 | $706.65 |
| 7/29/2003 | Eckland | Draft, revise, and edit synthesis of trial transcript; conference with M. Blando, R. Vaccaro, and M. Fallon regarding same; telephone conference regarding property tax issues | 8.00 | 355 | $2,840.00 | $150.35 | $1,202.80 |
| 7/29/2003 | Fallon | Draft and revise synthesis of trial transcript | 3.25 | 175 | $568.75 | $150.35 | $488.64 |
| 7/29/2003 | Vaccaro | Draft and revise synthesis of trial transcript | 4.75 | 160 | $760.00 | $150.35 | $714.16 |
| 7/29/2003 | Blando | Discussions with J. Northrop regarding next complaint and documents from new clients; attend team meeting; review rules; draft and review deadline of brief in Franconia | 5.25 | 250 | $1,312.50 | $150.35 | $789.34 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/30/2003 | Eckland | Telephone conferences with clients regarding status updates; draft, revise and edit synthesis of trial transcript; memos to and conferences with trial team regarding same; conference with M. Blando regarding post-trial brief | 8.75 | 355 | $3,106.25 | $150.35 | $1,315.56 |
| 7/30/2003 | Jie | Trace Minnesota statute sections related to low-income housing to legislative changes from 1985 through 2003 to determine the origin and development of class 4a property; research legislative history of other statutes related to low-income housing; write | 4.45 | 125 | $556.25 | $150.35 | $669.06 |
| 7/30/2003 | Vaccaro | Draft and revise synthesis of trial transcript | 5.00 | 160 | $800.00 | $150.35 | $751.75 |
| 7/30/2003 | Fallon | Draft and revise synthesis of trial transcript | 1.60 | 175 | $280.00 | $150.35 | $240.56 |
| 7/30/2003 | Goff | Verify citations per J. Northrop | 4.25 | 50 | $212.50 | $150.35 | $638.99 |
| 7/30/2003 | Blando | Review filings in Briarwood action; review synthesis of trial transcript; analyze issues for brief | 1.00 | 250 | $250.00 | $150.35 | $150.35 |
| 7/30/2003 | Northrop | Contact clients; update potential client information; cite check Franconia brief per J. Eckland | 6.00 | 75 | $450.00 | $150.35 | $902.10 |
| 7/31/2003 | Jie | Meeting with W. Underwood to go over the memo on Iowa and Minnesota property taxes | 0.35 | 125 | $43.75 | $150.35 | $52.62 |
| 7/31/2003 | Vaccaro | Review and revise synthesis of trial transcript; conference with J. Eckland regarding same; telephone call with M. Blando regarding case status and research assignments | 3.00 | 160 | $480.00 | $150.35 | $451.05 |
| 7/31/2003 | Rafter | Researched commercial mortgage rates - for Mark Raabe. | 2.00 | 145 | $290.00 | $150.35 | $300.70 |
| 7/31/2003 | Goff | Cite check Franconia brief per J. Northrop | 4.00 | 50 | $200.00 | $150.35 | $601.40 |
| 7/31/2003 | Blando | Discussions with opposing counsel and court regarding motion for extension; review research and memorandums for Franconia brief; revise deadline and draft brief | 3.75 | 250 | $937.50 | $150.35 | $563.81 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/31/2003 | Eckland | Telephone messages from and to W. Underwood regarding property tax research assignment; conferences regarding motion for extension of time in Franconia; draft, revise, and edit synthesis of trial transcript; conferences regarding post-trial brief | 8.75 | 355 | $3,106.25 | $150.35 | $1,315.56 |
| 7/31/2003 | Northrop | Cite check Franconia post trial brief; contact clients; send documents per J. Eckland | 5.00 | 75 | $375.00 | $150.35 | $751.75 |
| 7/31/2003 | Underwood | Review memo prepared by A. Jie regarding low income housing property taxes in Minnesota and Iowa; conference with A. Jie regarding same | 10.00 | 210 | $2,100.00 | $150.35 | $1,503.50 |
| 8/1/2003 | Fallon | Draft and revise synthesis of trial transcript; conference with J. Eckland re same | 4.00 | 175 | $700.00 | $150.35 | $601.40 |
| 8/1/2003 | Vaccaro | Draft and revise synthesis of trial transcript | 3.25 | 160 | $520.00 | $150.35 | $488.64 |
| 8/1/2003 | Blando | Draft Franconia brief; review documents, trial transcript and cases | 5.75 | 250 | $1,437.50 | $150.35 | $864.51 |
| 8/1/2003 | Eckland | Draft, revise, and edit synthesis of trial transcript; work on post-trial brief; telephone conferences with clients regarding status updates; conference with M. Fallon regarding project assignments | 9.50 | 355 | $3,372.50 | $150.35 | $1,428.33 |
| 8/1/2003 | Goff | Update synthesis of trial transcript per J. Northrop | 2.25 | 50 | $112.50 | $150.35 | $338.29 |
| 8/1/2003 | Northrop | Update synthesis of trial transcript document per J. Eckland | 2.25 | 75 | $168.75 | $150.35 | $338.29 |
| 8/1/2003 | Jie | Revise the memo to W. Underwood on Iowa and Minnesota property taxes | 4.25 | 125 | $531.25 | $125.00 | $531.25 |
| 8/2/2003 | Fallon | Draft and revise synthesis of trial transcript; conference with R. Vaccaro re same | 5.00 | 175 | $875.00 | $150.35 | $751.75 |
| 8/2/2003 | Vaccaro | Draft and revise synthesis of trial transcript | 1.00 | 160 | $160.00 | $150.35 | $150.35 |
| 8/2/2003 | Blando | Draft post-trial brief in Franconia; review trial transcript and prior briefs and memorandums for same | 7.75 | 250 | $1,937.50 | $150.35 | $1,165.21 |
| 8/2/2003 | Eckland | Draft, revise, and edit synthesis of trial transcript; conferences regarding same | 10.00 | 355 | $3,550.00 | $150.35 | $1,503.50 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/3/2003 | Fallon | Draft and revise synthesis of trial transcript; conference with J. Eckland re same | 4.25 | 175 | $743.75 | $150.35 | $638.99 |
| 8/3/2003 | Blando | Draft and revise post-trial brief in Franconia | 4.00 | 250 | $1,000.00 | $150.35 | $601.40 |
| 8/3/2003 | Eckland | Draft, revise, and edit synthesis of trial transcript; conference with M. Fallon regarding same | 10.25 | 355 | $3,638.75 | $150.35 | $1,541.09 |
| 8/4/2003 | Jie | Further revise the memo to W. Underwood on property taxes in Iowa | 7.50 | 125 | $937.50 | $125.00 | $937.50 |
| 8/4/2003 | Underwood | Revise memo regarding low income housing taxation; conference with A. Jie regarding same | 7.75 | 210 | $1,627.50 | $210.00 | $1,627.50 |
| 8/4/2003 | Blando | Draft brief in Franconia; discussion with J. Eckland regarding status | 9.00 | 250 | $2,250.00 | $150.35 | $1,353.15 |
| 8/4/2003 | Northrop | Confer with T. Carrao regarding project status; contact clients; resesearch efiling; meet with J. Eckland regarding filing instructions | 4.25 | 75 | $318.75 | $75.00 | $318.75 |
| 8/4/2003 | Eckland | Draft, revise, and edit synthesis of trial transcript; conference with R. Vaccaro and M. Fallon regarding same | 10.00 | 355 | $3,550.00 | $150.35 | $1,503.50 |
| 8/4/2003 | Fallon | Draft and revise synthesis of trial transcript; conference with J. Eckland and R. Vaccaro re same | 6.50 | 175 | $1,137.50 | $150.35 | $977.28 |
| 8/4/2003 | Vaccaro | Draft and revise synthesis of trial transcript; conference with J. Eckland and M. Fallon regarding same | 4.50 | 160 | $720.00 | $150.35 | $676.58 |
| 8/4/2003 | Pope | Receive instruction regarding document review and calls to clients; copy documents; update matrix; retrieve information regarding e-filing per J. Eckland; retrieve documents per M. Fallon | 6.25 | 75 | $468.75 | $150.35 | $939.69 |
| 8/5/2003 | Blando | Prepare Joint motion regarding briefing schedule; discussion with opposing counsel and J. Eckland regarding same; draft brief; discussion with R. Vaccaro regarding research projects | 7.50 | 250 | $1,875.00 | $150.35 | $1,127.63 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/5/2003 | Fallon | Draft and revise synthesis of trial transcript; conference with J. Eckland re same; conference with R. Vaccaro re same | 9.50 | 175 | $1,662.50 | $150.35 | $1,428.33 |
| 8/5/2003 | Eckland | Telephone messages from and to G. Karvel regarding damage analyses; memos from and to D. Gorowsky regarding same; synthesis of trial transcript; conferences with R. Vaccaro and M. Fall | 6.00 | 355 | $2,130.00 | $150.35 | $902.10 |
| 8/5/2003 | Vaccaro | Draft and revise synthesis of trial transcript; discussions with J. Eckland, M. Blando, and M. Fallon regarding same | 1.25 | 160 | $200.00 | $150.35 | $187.94 |
| 8/5/2003 | Goff | Update synthesis of trial transcript per J. Northrop; review documents per T. Carrao | 8.75 | 50 | $437.50 | $150.35 | $1,315.56 |
| 8/5/2003 | Pope | Retrieve information regarding e-filing; review documents for initial prepayment dates; contact clients regarding notices of deposition | 9.00 | 75 | $675.00 | $150.35 | $1,353.15 |
| 8/5/2003 | Northrop | Draft sections of synthesis of trial transcript; confer with J. Eckland re: project instructions; contact clients; update potential clients information; attend meeting with vendor per J. Eckland | 3.00 | 75 | $225.00 | $150.35 | $451.05 |
| 8/6/2003 | Eckland | Draft, revise, and edit synthesis of trial transcript; conference with M. Blando regarding Post-Trial Brief; conferences with others regarding miscellaneous matters | 5.75 | 355 | $2,041.25 | $150.35 | $864.51 |
| 8/6/2003 | Fallon | Draft and revise synthesis of trial transcript | 2.25 | 175 | $393.75 | $150.35 | $338.29 |
| 8/6/2003 | Vaccaro | Revise synthesis of trial transcript | 8.25 | 160 | $1,320.00 | $150.35 | $1,240.39 |
| 8/6/2003 | Blando | Draft Franconia brief; discussion with new plaintiffs regarding various issues | 5.50 | 250 | $1,375.00 | $150.35 | $826.93 |
| 8/6/2003 | Goff | Site check per J. Northrop; document review per T. Carrao | 7.50 | 50 | $375.00 | $150.35 | $1,127.63 |
| 8/7/2003 | Blando | Review recent decisions from Court of Federal Claims; draft and revise brief in Franconia | 2.00 | 250 | $500.00 | $150.35 | $300.70 |
| 8/7/2003 | Fallon | Draft and revise synthesis of trial transcript | 0.50 | 175 | $87.50 | $150.35 | $75.18 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/7/2003 | Vaccaro | Conference with J. Eckland regarding case status and findings; discussion with M. Fallon regarding same | 8.50 | 160 | $1,360.00 | $150.35 | $1,277.98 |
| 8/7/2003 | Eckland | Draft, revise, and edit synthesis of trial transcript; conferences with R. Vaccaro and M. Fallon regarding same; conference with M. Blando regarding post-trial brief; work on damage analyses | 1.50 | 355 | $532.50 | $150.35 | $225.53 |
| 8/8/2003 | Eckland | Work on Franconia post-trial papers | 1.50 | 355 | $532.50 | $150.35 | $225.53 |
| 8/8/2003 | Fallon | Draft and revise synthesis of trial transcript | 0.50 | 175 | $87.50 | $150.35 | $75.18 |
| 8/9/2003 | Eckland | Work on Franconia post-trial papers | 9.00 | 355 | $3,195.00 | $150.35 | $1,353.15 |
| 8/10/2003 | Vaccaro | Draft and revise synthesis of trial transcript | 1.00 | 160 | $160.00 | $150.35 | $150.35 |
| 8/10/2003 | Eckland | Work on Franconia post-trial papers | 1.50 | 355 | $532.50 | $150.35 | $225.53 |
| 8/10/2003 | Blando | Draft and revise brief in Franconia | 3.00 | 250 | $750.00 | $150.35 | $451.05 |
| 8/11/2003 | Eckland | Work on post-trial Franconia papers; memos to M. Blando regarding same | 5.00 | 355 | $1,775.00 | $150.35 | $751.75 |
| 8/11/2003 | Fallon | Review and revise synthesis of trial transcript | 11.25 | 175 | $1,968.75 | $150.35 | $1,691.44 |
| 8/12/2003 | Tvedt | Set up and tear down Demo for Raabe | 3.50 | 95 | $332.50 | $150.35 | $526.23 |
| 8/12/2003 | Eckland | Work on Franconia post-trial submissions; review trial transcript regarding same | 5.00 | 355 | $1,775.00 | $150.35 | $751.75 |
| 8/12/2003 | Fallon | Draft and revise synthesis of trial transcript | 5.50 | 175 | $962.50 | $150.35 | $826.93 |
| 8/12/2003 | Pope | Receive instruction regarding research; contact clerk of court regarding efiling; give instructions regarding research per J. Eckland | 4.00 | 75 | $300.00 | $150.35 | $601.40 |
| 8/12/2003 | Northrop | Prepare documents for attorney review; receive instruction per J. Eckland | 8.50 | 75 | $637.50 | $150.35 | $1,277.98 |
| 8/13/2003 | Eckland | Draft, revise, and edit Franconia post-trial submissions; conferences regarding projects regarding same | 13.50 | 355 | $4,792.50 | $150.35 | $2,029.73 |
| 8/13/2003 | Fallon | Draft and revise synthesis of trial transcript | 3.50 | 175 | $612.50 | $150.35 | $526.23 |
| 8/13/2003 | Vaccaro | Telephone call with J. Eckland regarding revisions to synthesis of trial transcript | 5.75 | 160 | $920.00 | $150.35 | $864.51 |
| 8/13/2003 | Blando | Draft and revise Franconia brief | 12.25 | 250 | $3,062.50 | $150.35 | $1,841.79 |

**Exhibit A**