**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/13/2003 | Northrop | Receive instruction; create spreadsheet for Iowa management fees; review documents and calculate Iowa management fees; update spreadsheet per J. Eckland | 10.00 | 75 | $750.00 | $150.35 | $1,503.50 |
| 8/14/2003 | Eckland | Work on Franconia post-trial submissions; conferences with R. Vaccaro and M. Fallon regarding same | 1.25 | 355 | $443.75 | $150.35 | $187.94 |
| 8/14/2003 | Taylor | Legal research re appraisal standards | 1.25 | 285 | $356.25 | $150.35 | $187.94 |
| 8/15/2003 | Taylor | Legal research | 5.00 | 285 | $1,425.00 | $150.35 | $751.75 |
| 8/15/2003 | Vaccaro | Revise synthesis of trial transcript; discussions with J. Eckland regarding same | 5.50 | 160 | $880.00 | $150.35 | $826.93 |
| 8/15/2003 | Fallon | Draft and revise synthesis of trial transcript | 7.25 | 175 | $1,268.75 | $150.35 | $1,090.04 |
| 8/15/2003 | Eckland | Work on Franconia post-trial materials; conferences regarding damage models | 7.75 | 355 | $2,751.25 | $150.35 | $1,165.21 |
| 8/16/2003 | Eckland | Work on Franconia post-trial materials | 4.00 | 355 | $1,420.00 | $150.35 | $601.40 |
| 8/17/2003 | Fallon | Draft and revise synthesis of trial transcript | 10.75 | 175 | $1,881.25 | $150.35 | $1,616.26 |
| 8/17/2003 | Vaccaro | Revise synthesis of trial transcript | 6.00 | 160 | $960.00 | $150.35 | $902.10 |
| 8/17/2003 | Eckland | Work on Franconia post-trial materials | 2.00 | 355 | $710.00 | $150.35 | $300.70 |
| 8/18/2003 | Blando | Attend team meeting; draft and revise Franconia brief | 2.00 | 250 | $500.00 | $150.35 | $300.70 |
| 8/18/2003 | Roberts | Team meeting; edit synthesis of trial transcript | 7.00 | 325 | $2,275.00 | $150.35 | $1,052.45 |
| 8/18/2003 | Roberts | Team meeting; edit synthesis of trial transcript | 5.75 | 325 | $1,868.75 | $150.35 | $864.51 |
| 8/18/2003 | Fallon | Draft and revise synthesis of trial transcript | 3.75 | 175 | $656.25 | $150.35 | $563.81 |
| 8/18/2003 | Vaccaro | Conference with team regarding case status and assignments; draft and revise synthesis of trial transcript | 3.00 | 160 | $480.00 | $150.35 | $451.05 |
| 8/18/2003 | Pope | Attend team meeting; perform cite check for post-trial materials; review documents for relevant exhibits; retrieve appraisal documents from storage per J. Eckland | 5.00 | 75 | $375.00 | $150.35 | $751.75 |
| 8/18/2003 | Northrop | Attend team meeting; update management fee index; create indices for Census data; perform quality control of citations per J. Eckland | 5.00 | 75 | $375.00 | $150.35 | $751.75 |
| 8/18/2003 | Taylor | Legal research | 8.75 | 285 | $2,493.75 | $150.35 | $1,315.56 |

Exhibit A

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/18/2003 | Eckland | Work on Franconia post-trial matters | 10.25 | 355 | $3,638.75 | $150.35 | $1,541.09 |
| 8/18/2003 | Aneshansley | Cite check PFF per J. Eckland | 3.50 | 75 | $262.50 | $150.35 | $526.23 |
| 8/19/2003 | Roberts | Draft synthesis of trial transcript; conf. with M. Blando; review post-trial brief | 10.00 | 325 | $3,250.00 | $150.35 | $1,503.50 |
| 8/19/2003 | Roberts | Draft synthesis of trial transcript; conf. with M. Blando; review post-trial brief | 9.50 | 325 | $3,087.50 | $150.35 | $1,428.33 |
| 8/19/2003 | Fallon | Draft and revise synthesis of trial transcript; conduct research re same | 5.00 | 175 | $875.00 | $150.35 | $751.75 |
| 8/19/2003 | Vaccaro | Draft and revise synthesis of trial transcript | 14.75 | 160 | $2,360.00 | $150.35 | $2,217.66 |
| 8/19/2003 | Pope | Draft post-trial materials; review documents; wait for instructions | 14.50 | 75 | $1,087.50 | $150.35 | $2,180.08 |
| 8/19/2003 | Northrop | Update management fee index | 10.50 | 75 | $787.50 | $150.35 | $1,578.68 |
| 8/19/2003 | Taylor | Legal research re post-trial matters | 11.80 | 285 | $3,363.00 | $150.35 | $1,774.13 |
| 8/19/2003 | Johnson | Cite check per J. Eckland | 4.75 | 75 | $356.25 | $150.35 | $714.16 |
| 8/19/2003 | Blando | Attend meeting with brief team; meeting with R. Vaccaro regarding research; draft and revise brief | 9.50 | 250 | $2,375.00 | $150.35 | $1,428.33 |
| 8/19/2003 | Eckland | Work on Franconia post-trial materials | 2.50 | 355 | $887.50 | $150.35 | $375.88 |
| 8/20/2003 | Taylor | Legal research; draft order for judgment | 5.00 | 285 | $1,425.00 | $150.35 | $751.75 |
| 8/20/2003 | Fallon | Draft and revise synthesis of trial transcript; draft and revise post-trial brief | 6.50 | 175 | $1,137.50 | $150.35 | $977.28 |
| 8/20/2003 | Vaccaro | Draft and revise synthesis of trial transcript; revise supporting brief | 6.50 | 160 | $1,040.00 | $150.35 | $977.28 |
| 8/20/2003 | Johnson | Cite check per J. Eckland | 9.25 | 75 | $693.75 | $150.35 | $1,390.74 |
| 8/20/2003 | Blando | Attend team meeting; draft and revise brief; review trial transcript | 15.25 | 250 | $3,812.50 | $150.35 | $2,292.84 |
| 8/20/2003 | Eckland | Work on Franconia PFF and other post-trial materials | 8.50 | 355 | $3,017.50 | $150.35 | $1,277.98 |
| 8/20/2003 | Northrop | Cite check PFF; calculate note rate rents per J. Eckland | 4.00 | 75 | $300.00 | $150.35 | $601.40 |
| 8/20/2003 | Aneshansley | Cite check PFF per J. Eckland | 8.75 | 75 | $656.25 | $150.35 | $1,315.56 |
| 8/21/2003 | Vaccaro | Draft and revise post trial brief | 8.10 | 160 | $1,296.00 | $150.35 | $1,217.84 |
| 8/21/2003 | Fallon | Draft and revise synthesis of trial transcript and post trial brief | 10.75 | 175 | $1,881.25 | $150.35 | $1,616.26 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/21/2003 | Lit Tech Svcs-Cl | K. Merritt - Cite check exhibits for post-trial materials per J. Northrop | 2.00 | 50 | $100.00 | $150.35 | $300.70 |
| 8/21/2003 | Johnson | Cite check per J. Eckland | 7.50 | 75 | $562.50 | $150.35 | $1,127.63 |
| 8/21/2003 | Schindel | Cite Check per J. Northrop | 1.25 | 50 | $62.50 | $150.35 | $187.94 |
| 8/21/2003 | Tapio | Cite check; review trial transcripts per J. Northrop | 4.00 | 50 | $200.00 | $150.35 | $601.40 |
| 8/21/2003 | Blando | Discussion with opposing counsel regarding extension in Franconia; draft and revise brief; review cases; various meetings with team | 6.75 | 250 | $1,687.50 | $150.35 | $1,014.86 |
| 8/21/2003 | Eckland | Work on Franconia post-trial materials | 4.00 | 355 | $1,420.00 | $150.35 | $601.40 |
| 8/21/2003 | Northrop | Give work instruction regarding cite checking the PFF; cite check PFF; review documents per J. Eckland | 4.25 | 75 | $318.75 | $150.35 | $638.99 |
| 8/21/2003 | Aneshansley | Cite check PFF per J. Eckland | 5.25 | 75 | $393.75 | $150.35 | $789.34 |
| 8/22/2003 | Blando | Draft and revise brief; discussion with various team members; conduct legal research | 12.25 | 250 | $3,062.50 | $150.35 | $1,841.79 |
| 8/22/2003 | Fallon | Draft and revise synthesis of trial transcript and trial brief | 0.50 | 175 | $87.50 | $150.35 | $75.18 |
| 8/22/2003 | Eckland | Work on Franconia post-trial materials | 2.50 | 355 | $887.50 | $150.35 | $375.88 |
| 8/22/2003 | Northrop | Update PFF per J. Eckland | 3.00 | 75 | $225.00 | $150.35 | $451.05 |
| 8/22/2003 | Taylor | Draft order; review file materials in connection with preparation of proposed findings of fact; draft portions of findings | 4.25 | 285 | $1,211.25 | $150.35 | $638.99 |
| 8/22/2003 | Vaccaro | Draft and revise brief sections regarding mitigation; conference with M. Blando regarding case status | 5.00 | 160 | $800.00 | $150.35 | $751.75 |
| 8/23/2003 | Fallon | Draft and revise post-trial brief | 7.75 | 175 | $1,356.25 | $150.35 | $1,165.21 |
| 8/23/2003 | Eckland | Work on Franconia post-trial materials | 5.45 | 355 | $1,934.75 | $150.35 | $819.41 |
| 8/24/2003 | Fallon | Draft and revise post-trial materials; cite-check same | 3.50 | 175 | $612.50 | $150.35 | $526.23 |
| 8/24/2003 | Blando | Draft and revise brief | 14.25 | 250 | $3,562.50 | $150.35 | $2,142.49 |
| 8/24/2003 | Eckland | Work on Franconia post-trial materials | 0.50 | 355 | $177.50 | $150.35 | $75.18 |
| 8/25/2003 | Blando | Draft and revise brief; discussion with team regarding same; review research and analyze arguments | 6.00 | 250 | $1,500.00 | $150.35 | $902.10 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/25/2003 | Vaccaro | Review case law concerning taking issues | 4.75 | 160 | $760.00 | $150.35 | $714.16 |
| 8/25/2003 | Fallon | Draft and revise post-trial brief | 8.75 | 175 | $1,531.25 | $150.35 | $1,315.56 |
| 8/25/2003 | Roberts | Draft PFF findings and edit same; telephone conference with M. Blando | 9.00 | 325 | $2,925.00 | $150.35 | $1,353.15 |
| 8/25/2003 | Eckland | Work on Franconia post-trial materials; e-mails and telephone conferences regarding same | 8.00 | 355 | $2,840.00 | $150.35 | $1,202.80 |
| 8/25/2003 | Pope | Attend team meeting regarding Proposed Findings of Fact; review documents for citations per B. Roberts | 8.60 | 75 | $645.00 | $150.35 | $1,293.01 |
| 8/25/2003 | Northrop | Attend team meeting; update PFF per J. Eckland | 8.75 | 75 | $656.25 | $150.35 | $1,315.56 |
| 8/26/2003 | Vaccaro | Draft and revise post-trial brief; research case law in connection with same | 8.25 | 160 | $1,320.00 | $150.35 | $1,240.39 |
| 8/26/2003 | Fallon | Draft and revise post-trial brief | 3.85 | 175 | $673.75 | $150.35 | $578.85 |
| 8/26/2003 | Blando | Draft and revise brief; draft motion to exceed page limit; discussion with M. Marples regarding properties | 2.50 | 250 | $625.00 | $150.35 | $375.88 |
| 8/26/2003 | Martens | Cite check brief; confer with M. Blando regarding cite check | 3.50 | 140 | $490.00 | $150.35 | $526.23 |
| 8/26/2003 | Roberts | Draft post-trial papers | 8.25 | 325 | $2,681.25 | $150.35 | $1,240.39 |
| 8/26/2003 | Eckland | Work on Franconia post-trial materials; e-mails and telephone conferences regarding same | 8.00 | 355 | $2,840.00 | $150.35 | $1,202.80 |
| 8/26/2003 | Pope | Meet with J. Hoff regarding technology for upcoming cases; review citations in closing brief; give direction regarding citation review; draft language per J. Eckland | 7.30 | 75 | $547.50 | $150.35 | $1,097.56 |
| 8/26/2003 | Lit Tech Svcs-Cl | A. Beckwith - Cite check Proposed Findings of Fact per T. Carrao | 1.00 | 50 | $50.00 | $150.35 | $150.35 |
| 8/26/2003 | Northrop | Cite check PFF; locate cites for PFF; confer with W. Roberts re: instructions; give instructions to temps per J. Eckland | 2.25 | 75 | $168.75 | $150.35 | $338.29 |
| 8/26/2003 | Park | Check citations for brief per T. Carrao | 3.50 | 75 | $262.50 | $150.35 | $526.23 |
| 8/27/2003 | Lit Tech Svcs-CL | A. Beckwith-cite check closing brief; review government production for gaps per T. Carrao | 2.50 | 50 | $125.00 | $50.00 | $125.00 |

Exhibit A

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/27/2003 | Blando | Revise and finalize brief and related filings; file and serve same | 0.50 | 250 | $125.00 | $150.35 | $75.18 |
| 8/27/2003 | Martens | Cite check brief; confer with M. Blando regarding cite check | 0.75 | 140 | $105.00 | $150.35 | $112.76 |
| 8/27/2003 | Eckland | Work on Franconia post-trial materials; e-mails and telephone conferences regarding same | 2.25 | 355 | $798.75 | $150.35 | $338.29 |
| 8/27/2003 | Fallon | Review and revise plaintiffs post trial brief | 2.25 | 175 | $393.75 | $150.35 | $338.29 |
| 8/27/2003 | Pope | Review citations in closing brief; update closing brief; give instruction regarding review per J. Eckland | 1.25 | 75 | $93.75 | $150.35 | $187.94 |
| 8/27/2003 | Northrop | Cite check PFF and post trial brief per J. Eckland | 2.00 | 75 | $150.00 | $150.35 | $300.70 |
| 8/27/2003 | Park | Review citations in closing brief per J. Eckland | 1.00 | 75 | $75.00 | $150.35 | $150.35 |
| 8/28/2003 | Blando | Review filed version of brief; review government's brief | 2.00 | 250 | $500.00 | $150.35 | $300.70 |
| 8/28/2003 | Fallon | Review and analyze defendants post-trial brief; review and analyze proposed finding of fact and plaintiffs brief re same; conference with M. Blando re same | 2.75 | 175 | $481.25 | $150.35 | $413.46 |
| 8/29/2003 | Blando | Review and analyze government's brief; outline issues for reply brief; meeting with J. Eckland and W. Roberts regarding reply brief | 1.50 | 250 | $375.00 | $150.35 | $225.53 |
| 8/29/2003 | Roberts | Review govt post-trial brief; conference with J. Eckland regarding same | 2.25 | 325 | $731.25 | $150.35 | $338.29 |
| 8/29/2003 | Eckland | Review governments motion to strike on Franconia; conference with M. Blando regarding same | 4.25 | 355 | $1,508.75 | $150.35 | $638.99 |
| 8/29/2003 | Fallon | Review exhibits; conference with M. Blando regarding Reply Brief | 1.50 | 175 | $262.50 | $150.35 | $225.53 |
| 8/30/2003 | Eckland | Review governments post-trial brief in Franconia; draft, revise, and edit Affidavit in Opposition to Motion to Strike | 2.00 | 355 | $710.00 | $150.35 | $300.70 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/31/2003 | Eckland | Review governments post-trial brief in Franconia; revise and edit Affidavit in Opposition to Motion to Strike | 6.00 | 355 | $2,130.00 | $150.35 | $902.10 |
| 9/1/2003 | Eckland | Review governments post-trial brief in Franconia; revise and edit Affidavit in Opposition to Motion to Strike | 0.25 | 375 | $93.75 | $150.35 | $37.59 |
| 9/2/2003 | Blando | Outline issues for reply brief; contact R. Vaccaro regarding research project; discussion with T. Carrao regarding status | 0.25 | 275 | $68.75 | $150.35 | $37.59 |
| 9/2/2003 | Vaccaro | Review defendants post-trial brief; review plaintiffs post-trial brief and attachments | 5.00 | 180 | $900.00 | $150.35 | $751.75 |
| 9/2/2003 | Taylor | Legal research re pre-trial | 2.25 | 300 | $675.00 | $150.35 | $338.29 |
| 9/2/2003 | Pope | Meet with M. Blando regarding date of motion to extend deadline; dissemble war room per J. Eckland | 5.00 | 80 | $400.00 | $150.35 | $751.75 |
| 9/4/2003 | Vaccaro | Research and review case law and legislative history regarding forced sale provisions | 2.00 | 180 | $360.00 | $150.35 | $300.70 |
| 9/4/2003 | Blando | Review and analyze briefs in Franconia; outline issues for reply | 1.00 | 275 | $275.00 | $150.35 | $150.35 |
| 9/4/2003 | Taylor | Research re trial | 3.75 | 300 | $1,125.00 | $150.35 | $563.81 |
| 9/4/2003 | Northrop | Review damages spreadsheets | 3.50 | 80 | $280.00 | $150.35 | $526.23 |
| 9/5/2003 | Vaccaro | Conference with M. Blando regarding research results concerning ELIHPA and LIHPRA; continued research relating to same | 4.25 | 180 | $765.00 | $150.35 | $638.99 |
| 9/5/2003 | Blando | Analyze issues for Franconia reply brief; draft brief; conduct research regarding Low Income Housing Tax Credit Program; review draft prepayment correspondence from clients; meeting with R. Vaccaro regarding research; review decisions | 5.50 | 275 | $1,512.50 | $150.35 | $826.93 |
| 9/5/2003 | Roberts | Review opposition to government motion to strike | 2.75 | 350 | $962.50 | $150.35 | $413.46 |
| 9/5/2003 | Roberts | Review opposition to government motion to strike | 7.00 | 350 | $2,450.00 | $150.35 | $1,052.45 |
| 9/5/2003 | Taylor | Work on trial briefing | 4.00 | 300 | $1,200.00 | $150.35 | $601.40 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/5/2003 | Pope | Attend team meeting regarding FOF | 3.00 | 80 | $240.00 | $150.35 | $451.05 |
| 9/5/2003 | Northrop | Review damages spreadsheets; create index for damages spreadsheet; attend team function per J. Eckland | 3.50 | 80 | $280.00 | $150.35 | $526.23 |
| 9/8/2003 | Johnson | Create spreadsheets for properties per J. Eckland; review questions with case assistants and attorney per J. Eckland | 5.50 | 80 | $440.00 | $150.35 | $826.93 |
| 9/8/2003 | Vaccaro | Review legislative history of ELIHPA and LIHPRA | 1.00 | 180 | $180.00 | $150.35 | $150.35 |
| 9/8/2003 | Blando | Draft reply brief in Franconia; review and analyze and revise prepayment correspondence for various clients; discussion with J. Eckland regarding status | 3.00 | 275 | $825.00 | $150.35 | $451.05 |
| 9/8/2003 | Pope | File documents; organize documents used to create Proposed Findings of Fact per J. Eckland | 8.00 | 80 | $640.00 | $150.35 | $1,202.80 |
| 9/8/2003 | Northrop | Create damages spreadsheets; contact clients per J. Eckland | 6.50 | 80 | $520.00 | $150.35 | $977.28 |
| 9/9/2003 | Blando | Review status of pending matters and provide update to team; analyze legal issues and draft reply brief in Franconia | 6.25 | 275 | $1,718.75 | $150.35 | $939.69 |
| 9/9/2003 | Pope | Collect client photographs; file documents per J. Eckland | 3.00 | 80 | $240.00 | $150.35 | $451.05 |
| 9/10/2003 | Taylor | Trial preparation; work on response to motion in limine | 8.25 | 300 | $2,475.00 | $150.35 | $1,240.39 |
| 9/11/2003 | Taylor | Legal research re equal protection | 6.25 | 300 | $1,875.00 | $150.35 | $939.69 |
| 9/12/2003 | Vaccaro | Research and review legislative history of ELIHPA and LIHPRA | 4.25 | 180 | $765.00 | $150.35 | $638.99 |
| 9/15/2003 | Eckland | Telephone conferences with clients regarding status updates and miscellaneous issues; conferences regarding damage analyses; revise and edit correspondence to clients; revise and edit status update letter to clients | 4.00 | 375 | $1,500.00 | $150.35 | $601.40 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/15/2003 | Pope | Receive instruction regarding updated post-trial brief; plan technology meeting; contact clients regarding photographs; contact clients regarding depositions; per J. Eckland | 2.50 | 80 | $200.00 | $150.35 | $375.88 |
| 9/15/2003 | Blando | Discussion with paralegal team regarding refiled brief; review opening brief and analyze issues regarding refiling | 7.00 | 275 | $1,925.00 | $150.35 | $1,052.45 |
| 9/15/2003 | Vaccaro | Research low income housing tax credit issue | 6.75 | 180 | $1,215.00 | $150.35 | $1,014.86 |
| 9/16/2003 | Taylor | Research re: trial briefing | 3.25 | 300 | $975.00 | $150.35 | $488.64 |
| 9/16/2003 | Northrop | Update citations for post-trial brief; attend technology meeting per J. Eckland | 6.50 | 80 | $520.00 | $150.35 | $977.28 |
| 9/17/2003 | Blando | Draft refiled brief in Franconia; discussion with paralegal team regarding same and review citation issues | 14.75 | 275 | $4,056.25 | $150.35 | $2,217.66 |
| 9/17/2003 | Northrop | Transfer PFF cites to brief per J. Eckland | 9.00 | 80 | $720.00 | $150.35 | $1,353.15 |
| 9/18/2003 | Blando | Draft refiled brief; review and analyze PFF and trial transcript for same; review damages decisions and briefs for reply brief; review and revise tables | 8.75 | 275 | $2,406.25 | $150.35 | $1,315.56 |
| 9/19/2003 | Blando | Meeting with paralegal team; draft refiled brief; review trial transcript for same; meeting with J. Eckland; contact opposing counsel regarding page limitation in Franconia | 12.50 | 275 | $3,437.50 | $150.35 | $1,879.38 |
| 9/19/2003 | Northrop | Look up cites for brief per J. Eckland | 1.50 | 80 | $120.00 | $150.35 | $225.53 |
| 9/19/2003 | Johnson | Confer with attorney and assistant regarding chart and citing for brief per J. Eckland | 4.25 | 80 | $340.00 | $150.35 | $638.99 |
| 9/21/2003 | Blando | Draft and revise refiled brief in Franconia; telephone conf. trial transcript and PFF for same | 0.75 | 275 | $206.25 | $150.35 | $112.76 |
| 9/22/2003 | Taylor | Trial preparation | 4.25 | 300 | $1,275.00 | $150.35 | $638.99 |
| 9/22/2003 | Pope | Review for citations for post-trial brief per M. Blando | 3.00 | 80 | $240.00 | $150.35 | $451.05 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/22/2003 | Northrop | Review PFF and brief for citations per J. Eckland | 6.25 | 80 | $500.00 | $150.35 | $939.69 |
| 9/22/2003 | Johnson | Label files for declarations; search for testimony and cite brief per J. Eckland | 6.25 | 80 | $500.00 | $150.35 | $939.69 |
| 9/22/2003 | Blando | Draft and revise refiled brief in Franconia | 2.50 | 275 | $687.50 | $150.35 | $375.88 |
| 9/23/2003 | Johnson | Search for testimony and cite check brief per M. Blando | 8.00 | 80 | $640.00 | $150.35 | $1,202.80 |
| 9/23/2003 | Northrop | Cite check brief; look up citations from trial transcript; file brief per J. Eckland | 10.75 | 80 | $860.00 | $150.35 | $1,616.26 |
| 9/23/2003 | Blando | Draft, revise, finalize and file brief in Franconia | 5.50 | 275 | $1,512.50 | $150.35 | $826.93 |
| 9/24/2003 | Blando | Analyze issues and arguments for reply brief in Franconia; review prior briefs | 1.50 | 275 | $412.50 | $150.35 | $225.53 |
| 9/25/2003 | Blando | Review filed version of brief; review and analyze Cuyahoga decision; discussion with J. Eckland regarding various; draft reply brief; discussion with R. Vaccaro regarding research for same | 4.50 | 275 | $1,237.50 | $150.35 | $676.58 |
| 9/29/2003 | Blando | Contact opposing counsel regarding extension; review rules; draft motion for extension | 3.25 | 275 | $893.75 | $150.35 | $488.64 |
| 10/1/2003 | Blando | Review recent decisions regarding damages issues for Franconia brief; discussion with J. Eckland regarding status; review cost assessment issues | 6.75 | 275 | $1,856.25 | $150.35 | $1,014.86 |
| 10/2/2003 | Blando | Review research for reply for brief; draft motion to extension in Franconia | 5.25 | 275 | $1,443.75 | $150.35 | $789.34 |
| 10/3/2003 | Blando | Discussion with opposing counsel regarding arguments for reply brief; prepare e-mail regarding same; discussion with opposing counsel regarding extension in Franconia; draft Joint motion; review materials for and file reply brief | 0.50 | 275 | $137.50 | $150.35 | $75.18 |
| 10/6/2003 | Blando | Team meeting regarding status; draft reply brief; review regulations; analyze research projects | 0.50 | 275 | $137.50 | $150.35 | $75.18 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/7/2003 | Blando | Review documents and arguments for reply brief; meeting with R. Vaccaro regarding research project | 2.00 | 275 | $550.00 | $150.35 | $300.70 |
| 10/8/2003 | Blando | Review recent Court of Federal Claims decisions; review articles regarding prepayment; prepare outline for reply brief in Franconia | 8.25 | 275 | $2,268.75 | $150.35 | $1,240.39 |
| 10/9/2003 | Blando | Prepare outline of reply brief in Franconia; prepare outline of governments brief; review and analyze GAO reports | 9.25 | 275 | $2,543.75 | $150.35 | $1,390.74 |
| 10/10/2003 | Blando | Meeting with R. Vaccaro regarding research projects; review research and draft insert; draft reply brief; review trial transcript; assign plaintiff projects | 1.50 | 275 | $412.50 | $150.35 | $225.53 |
| 10/10/2003 | Eckland | Review trial transcript; analyze settlement strategy; telephone conferences with clients regarding status updates | 1.50 | 375 | $562.50 | $150.35 | $225.53 |
| 10/10/2003 | Johnson | Search trial transcripts for testimony per M. Blando; work on mail merge | 4.00 | 80 | $320.00 | $150.35 | $601.40 |
| 10/10/2003 | Pope | Retrieve documents per R. Vaccaro; file documents per J. Eckland; review transcripts for key testimony per M. Blando | 2.50 | 80 | $200.00 | $150.35 | $375.88 |
| 10/11/2003 | Blando | Draft reply brief in Franconia; review instructions; review and revise outline | 5.00 | 275 | $1,375.00 | $150.35 | $751.75 |
| 10/12/2003 | Blando | Draft and revise reply brief in Franconia | 3.50 | 275 | $962.50 | $150.35 | $526.23 |
| 10/13/2003 | Roberts | Review post-trial briefs | 2.50 | 350 | $875.00 | $150.35 | $375.88 |
| 10/13/2003 | Roberts | Review post-trial briefs | 0.75 | 350 | $262.50 | $150.35 | $112.76 |
| 10/13/2003 | Johnson | Perform searches in summation and documentation for upcoming brief per M. Blando | 0.75 | 80 | $60.00 | $150.35 | $112.76 |
| 10/13/2003 | Blando | Meeting with project; discussion with J. Eckland regarding brief; review regulations regarding forced sale; draft and revise brief in Franconia | 6.00 | 275 | $1,650.00 | $150.35 | $902.10 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/14/2003 | Blando | Draft reply brief in Franconia; discussion with R. Vaccaro regarding research projects; meeting with J. Eckland regarding brief; review research; draft motion for extension | 5.00 | 275 | $1,375.00 | $150.35 | $751.75 |
| 10/14/2003 | Roberts | Draft section of reply brief | 1.75 | 350 | $612.50 | $150.35 | $263.11 |
| 10/14/2003 | Roberts | Draft section of reply brief | 5.50 | 350 | $1,925.00 | $150.35 | $826.93 |
| 10/14/2003 | Taylor | Research re: post trial briefing; "intent" for purposes of equal protection claim | 5.00 | 300 | $1,500.00 | $150.35 | $751.75 |
| 10/14/2003 | Eckland | Draft, revise, and edit Franconia Reply Brief; review trial exhibits regarding same | 3.50 | 375 | $1,312.50 | $150.35 | $526.23 |
| 10/14/2003 | Johnson | Search and review trial testimony per M. Blando | 1.00 | 80 | $80.00 | $150.35 | $150.35 |
| 10/15/2003 | Blando | Discussion with opposing counsel regarding extension in Franconia; draft motion for extension in Franconia; supervise projects for reply brief; finalize and file motion for extension; review inserts to Franconia reply brief | 1.50 | 275 | $412.50 | $150.35 | $225.53 |
| 10/15/2003 | Fallon | Conduct and analyze research re consolidation of proceedings; review and analyze governments brief in preparation to draft reply brief | 4.50 | 200 | $900.00 | $150.35 | $676.58 |
| 10/15/2003 | Roberts | Draft section of reply brief; conference with R. Vaccaro | 5.75 | 350 | $2,012.50 | $150.35 | $864.51 |
| 10/15/2003 | Roberts | Draft section of reply brief; conference with R. Vaccaro | 0.25 | 350 | $87.50 | $150.35 | $864.51 |
| 10/15/2003 | Taylor | Legal research re: post trial briefing | 3.50 | 300 | $1,050.00 | $150.35 | $526.23 |
| 10/15/2003 | Johnson | Search and review trial testimony for brief per M. Blando | 3.50 | 80 | $280.00 | $150.35 | $526.23 |
| 10/15/2003 | Eckland | Work on reply brief; telephone conferences with clients regarding status update | 6.50 | 375 | $2,437.50 | $150.35 | $977.28 |
| 10/15/2003 | Pope | Review trial transcripts for key testimony per M. Blando | 7.50 | 80 | $600.00 | $150.35 | $1,127.63 |
| 10/15/2003 | Vaccaro | Draft response brief sections regarding plaintiffs circumstances, research and review law relating to concurrent federal actions | 2.50 | 180 | $450.00 | $150.35 | $375.88 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/16/2003 | Blando | Draft reply brief; meeting with T. Carrao regarding projects; meeting with R. Vaccaro regarding research; check status of motion for extension; review inserts to brief | 1.00 | 275 | $275.00 | $150.35 | $150.35 |
| 10/16/2003 | Pope | Review transcripts for key testimony in preparation for Reply Brief per M. Blando | 7.25 | 80 | $580.00 | $150.35 | $1,090.04 |
| 10/17/2003 | Vaccaro | Draft and revise rebuttal sections regarding owner prepayment attempts; discussion with M. Blando regarding same | 1.00 | 180 | $180.00 | $150.35 | $150.35 |
| 10/17/2003 | Blando | Check status of motion for extension; meeting with T. Carrao regarding projects; discussion with R. Vaccaro and Marty Fallon regarding projects; draft outline of reply brief; review chart of prepayment timelines | 7.50 | 275 | $2,062.50 | $150.35 | $1,127.63 |
| 10/17/2003 | Taylor | Research re: equal protection claim; review secondary authority; read trial transcript | 3.50 | 300 | $1,050.00 | $150.35 | $526.23 |
| 10/17/2003 | Fallon | Conference with M. Blando re reply brief | 2.00 | 200 | $400.00 | $150.35 | $300.70 |
| 10/17/2003 | Eckland | Work on files; revise and edit reply brief | 0.50 | 375 | $187.50 | $150.35 | $75.18 |
| 10/17/2003 | Pope | Meet with M. Blando regarding transcript review; review transcripts per M. Blando | 5.25 | 80 | $420.00 | $150.35 | $789.34 |
| 10/20/2003 | Vaccaro | Draft and revise property sections of reply brief; email J. Eckland regarding same | 1.00 | 180 | $180.00 | $150.35 | $150.35 |
| 10/20/2003 | Taylor | Work on post trial findings | 8.00 | 300 | $2,400.00 | $150.35 | $1,202.80 |
| 10/20/2003 | Blando | Draft and revise reply brief in Franconia; review regulations and cases | 1.00 | 275 | $275.00 | $150.35 | $150.35 |
| 10/20/2003 | Eckland | Draft, revise, and edit reply brief; conferences regarding same | 9.75 | 375 | $3,656.25 | $150.35 | $1,465.91 |
| 10/21/2003 | Blando | Draft and revise reply brief | 3.50 | 275 | $962.50 | $150.35 | $526.23 |
| 10/21/2003 | Taylor | Work on post trial briefing | 3.50 | 300 | $1,050.00 | $150.35 | $526.23 |
| 10/22/2003 | Blando | Draft and revise reply brief; review and analyze trial transcript; review inserts | 1.50 | 275 | $412.50 | $150.35 | $225.53 |
| 10/22/2003 | Taylor | Work on proposed findings | 6.50 | 300 | $1,950.00 | $150.35 | $977.28 |
| 10/22/2003 | Johnson | Receive direction regarding comparison of cost document charts and complete project per J. Eckland; deliver file folder to LAA per J. Eckland | 3.50 | 80 | $280.00 | $150.35 | $526.23 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/22/2003 | Eckland | Telephone conferences with clients regarding status updates; revise and edit reply brief in Franconia | 4.75 | 375 | $1,781.25 | $150.35 | $714.16 |
| 10/23/2003 | Blando | Various calls and messages regarding pending projects; draft and revise reply brief in Franconia | 3.75 | 275 | $1,031.25 | $150.35 | $563.81 |
| 10/23/2003 | Fallon | Review and analyze vignettes and government brief in preparation to draft reply brief | 13.75 | 200 | $2,750.00 | $150.35 | $2,067.31 |
| 10/23/2003 | Taylor | Work on post-trial briefing; research re: "intent" for purpose of equal protection analysis | 4.50 | 300 | $1,350.00 | $150.35 | $676.58 |
| 10/24/2003 | Fallon | Conference with J. Eckland re reply brief; review and analyze ppf for drafting of same | 10.00 | 200 | $2,000.00 | $150.35 | $1,503.50 |
| 10/24/2003 | Blando | Draft and revise reply brief in Franconia; review regulations and research; analyze arguments | 4.00 | 275 | $1,100.00 | $150.35 | $601.40 |
| 10/24/2003 | Taylor | Revise findings of fact and conclusions of law | 12.50 | 300 | $3,750.00 | $150.35 | $1,879.38 |
| 10/24/2003 | Eckland | Revise and edit Franconia reply brief; conferences with M. Fallon regarding same | 7.25 | 375 | $2,718.75 | $150.35 | $1,090.04 |
| 10/24/2003 | Pelzer | Designing labels and c overs--PageMaker | 15.75 | 105 | $1,653.75 | $150.35 | $2,368.01 |
| 10/25/2003 | Fallon | Draft and revise vignettes for reply brief; confer with J. Eckland re same | 10.00 | 200 | $2,000.00 | $150.35 | $1,503.50 |
| 10/25/2003 | Eckland | Revise and edit Franconia reply brief; conference with M. Fallon regarding same | 0.25 | 375 | $93.75 | $150.35 | $37.59 |
| 10/25/2003 | Blando | Draft and revise reply brief in Franconia | 0.25 | 275 | $68.75 | $150.35 | $37.59 |
| 10/26/2003 | Eckland | Revise and edit Franconia reply brief | 5.75 | 375 | $2,156.25 | $150.35 | $864.51 |
| 10/26/2003 | Blando | Draft and revise reply brief | 2.75 | 275 | $756.25 | $150.35 | $413.46 |
| 10/27/2003 | Fallon | Draft and revise damages analysis section re management and O&M fees; revise vignettes; draft and revise reply brief; conference with J. Eckland and M. Blando re same | 4.55 | 200 | $910.00 | $150.35 | $684.09 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/27/2003 | Vaccaro | Draft and revise reply brief sections regarding LIHTC; review and revise brief; researching federal case law regarding miscellaneous topics; revise property-specific responses | 1.25 | 180 | $225.00 | $150.35 | $187.94 |
| 10/27/2003 | Johnson | Index defendants production of documents per M. Blando; Cite check brief and update attorney per M. Blando | 5.50 | 80 | $440.00 | $150.35 | $826.93 |
| 10/27/2003 | Eckland | Revise and edit Franconia reply brief; serve and file same | 3.25 | 375 | $1,218.75 | $150.35 | $488.64 |
| 10/27/2003 | Taylor | Revise findings and conclusions | 5.25 | 300 | $1,575.00 | $150.35 | $789.34 |
| 10/27/2003 | Blando | Draft, revise, finalize and file reply brief in Franconia; prepare and file motion to exceed page limitation | 1.00 | 275 | $275.00 | $150.35 | $150.35 |
| 10/27/2003 | Pope | Review cites in reply brief; create log of prepayment documents sent by the government per M. Blando | 0.30 | 80 | $24.00 | $150.35 | $45.11 |
| 10/28/2003 | Fallon | Conference with J. Eckland re reply brief | 1.00 | 200 | $200.00 | $150.35 | $150.35 |
| 10/28/2003 | Vaccaro | Review defendants reply brief | 2.50 | 180 | $450.00 | $150.35 | $375.88 |
| 10/28/2003 | Taylor | Research re: findings and conclusions | 0.75 | 300 | $225.00 | $150.35 | $112.76 |
| 10/28/2003 | Blando | Review plaintiffs brief and defendants brief filed in Franconia; analyze arguments and outline issues for oral argument; confirm filing | 0.25 | 275 | $68.75 | $150.35 | $37.59 |
| 10/28/2003 | Pope | Prepare documents for binding; code government documents per M. Blando | 0.25 | 80 | $20.00 | $150.35 | $37.59 |
| 10/29/2003 | Vaccaro | Review defendants post-trial reply brief | 0.75 | 180 | $135.00 | $150.35 | $112.76 |
| 10/29/2003 | Taylor | Revisions to findings and conclusions | 0.25 | 300 | $75.00 | $150.35 | $37.59 |
| 10/29/2003 | Blando | Review governments brief in Franconia; review filed version of plaintiffs brief in Franconia; review discovery documents; draft corrected copy of brief in Franconia | 0.25 | 275 | $68.75 | $150.35 | $37.59 |
| 10/30/2003 | Blando | Draft, revise and finalize corrected reply brief in Franconia; prepare motion for leave to file same; discussion with J. Eckland; file both; review Hamm spreadsheet | 1.00 | 275 | $275.00 | $150.35 | $150.35 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/31/2003 | Blando | Discussion with W. Roberts regarding status; review field version of corrected reply brief in Franconia; review and analyze governments brief | 2.00 | 275 | $550.00 | $150.35 | $300.70 |
| 11/3/2003 | Vaccaro | Review plaintiffs brief | 0.50 | 180 | $90.00 | $150.35 | $75.18 |
| 11/5/2003 | Blando | Review briefs; prepare outline of key points for oral argument | 0.75 | 275 | $206.25 | $150.35 | $112.76 |
| 11/6/2003 | Blando | Review and analyze Vignettes; draft and revise outline of points for oral argument | 0.25 | 275 | $68.75 | $150.35 | $37.59 |
| 11/7/2003 | Blando | Contact opposing counsel regarding scheduling issues; organize files and trial materials | 0.75 | 275 | $206.25 | $150.35 | $112.76 |
| 11/10/2003 | Eckland | Telephone conferences with clients regarding status updates; draft status update letter regarding Cuyahoga | 0.25 | 375 | $93.75 | $150.35 | $37.59 |
| 11/11/2003 | Eckland | Telephone conference with clients regarding status updates; draft status update letter | 1.50 | 375 | $562.50 | $150.35 | $225.53 |
| 11/13/2003 | Blando | Review orders and pleadings regarding status report; review and analyze draft status report from opposing counsel; discussion with J. Eckland | 0.75 | 275 | $206.25 | $150.35 | $112.76 |
| 11/24/2003 | Blando | Discussion with J. Eckland re: various pending issues | 0.50 | 275 | $137.50 | $150.35 | $75.18 |
| 11/26/2003 | Johnson | Assist in status update mailing | 0.25 | 80 | $20.00 | $150.35 | $37.59 |
| 12/5/2003 | Blando | Review and analyze governments reply brief in Franconia | 0.25 | 275 | $68.75 | $150.35 | $37.59 |
| 12/9/2003 | Eckland | Telephone conference with clients regarding status updates; prepare for Franconia oral argument; organize client files | 0.75 | 375 | $281.25 | $150.35 | $112.76 |
| 12/15/2003 | Blando | Review motion for extension in Franconia; discussion with M. Fallon re: same; review recent Court of Federal Claims decisions | 0.75 | 275 | $206.25 | $150.35 | $112.76 |
| 12/17/2003 | Blando | Review and update letter to clients; discussion with J. Eckland regarding status; discussion with Y. Johnson regarding projects | 0.25 | 275 | $68.75 | $150.35 | $37.59 |

**Exhibit A**