**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/22/2003 | Blando | Discussion with J. Eckland re: status of various cases | 1.25 | 275 | $343.75 | $150.35 | $187.94 |
| 12/23/2003 | Blando | Review and revise joint status report; discussion with J. Eckland re: same; discussion with R. Vaccaro re: same | 2.50 | 275 | $687.50 | $150.35 | $375.88 |
| 12/30/2003 | Blando | Discussion with J. Eckland re: status of cases | 1.00 | 275 | $275.00 | $150.35 | $150.35 |
| 1/26/2004 | Eckland | Analyze Court Opinion in Cuyahoga | 2.25 | 375 | $843.75 | $154.62 | $347.90 |
| 1/26/2004 | Fallon | Review and analyze reply brief and Federal Court claims rule | 0.25 | 200 | $50.00 | $154.62 | $38.66 |
| 2/2/2004 | Blando | Analyze government's reply brief in Franconia | 0.25 | 275 | $68.75 | $154.62 | $38.66 |
| 2/25/2004 | Blando | Review recent decision regarding sovereign immunity | 3.75 | 275 | $1,031.25 | $154.62 | $579.83 |
| 3/18/2004 | Eckland | Draft letter to the Honorable F.M. Allegre | 0.25 | 375 | $93.75 | $154.62 | $38.66 |
| 3/18/2004 | Blando | Review demonstrative exhibits from Franconia trial for submission to chambers | 0.50 | 275 | $137.50 | $154.62 | $77.31 |
| 3/19/2004 | Eckland | Revise and edit correspondence to the Honorable F.M. Allegre regarding wall chart size demonstrative exhibits; review same | 2.75 | 375 | $1,031.25 | $154.62 | $425.21 |
| 3/23/2004 | Blando | Discussion with J. Eckland regarding issues in Franconia | 0.25 | 275 | $68.75 | $154.62 | $38.66 |
| 3/28/2004 | Eckland | Analyze Franconia Post-Trial briefs; prepare for final arguments | 6.00 | 375 | $2,250.00 | $154.62 | $927.72 |
| 3/30/2004 | Eckland | Telephone messages from and to clients regarding status updates; review Franconia Post-Trial briefs and prepare for final argument; analyze strategy regarding Franconia stipulation; review orders regarding same | 1.75 | 375 | $656.25 | $154.62 | $270.59 |
| 4/1/2004 | Eckland | Telephone messages from clients regarding miscellaneous issues; review Franconia Post-Trial briefs and prepare for final argument | 7.75 | 375 | $2,906.25 | $154.62 | $1,198.31 |
| 4/2/2004 | Eckland | Review Franconia Post-Trial briefs and prepare for final argument | 0.50 | 375 | $187.50 | $154.62 | $77.31 |
| 4/6/2004 | Blando | Review briefs in Franconia | 1.25 | 275 | $343.75 | $154.62 | $193.28 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/7/2004 | Blando | Review update letter to clients; review transcript of Supreme Court argument regarding tender and timing issues | 3.75 | 275 | $1,031.25 | $154.62 | $579.83 |
| 4/23/2004 | Vaccaro | Research federal and state case law concerning post trial events and mitigation | 4.25 | 180 | $765.00 | $154.62 | $657.14 |
| 7/16/2004 | Blando | Review order in Franconia | 3.00 | 275 | $825.00 | $154.62 | $463.86 |
| 7/19/2004 | Blando | Review rules regarding oral argument; discussion with J. Eckland regarding status | 5.00 | 275 | $1,375.00 | $154.62 | $773.10 |
| 8/11/2004 | Blando | Prepare and file notice of change of address in Franconia. | 3.00 | 295 | $885.00 | $154.62 | $463.86 |
| **Eckland & Blando LLP** | | | | | | | |
| 8/20/2004 | Blando | Discussion with opposing counsel regarding Court's decision on severance and consolidation. | 4.25 | 295 | $1,253.75 | $154.62 | $657.14 |
| 8/30/2004 | Blando | Review and analyze Franconia decision; discussion with J. Eckland regarding same; draft update to claimants regarding same. | 4.00 | 295 | $1,180.00 | $154.62 | $618.48 |
| 8/30/2004 | Eckland | Telephone conferences with Franconia plaintiffs regarding status updates and miscellaneous issues; review Franconia decision; conferences with M. Blando regarding same | 2.75 | 395 | $1,086.25 | $154.62 | $425.21 |
| 8/31/2004 | Blando | Review and analyze Franconia decision; update to claimants regarding same; discussion with opposing counsel regarding decision and damages issues. | 4.00 | 295 | $1,180.00 | $154.62 | $618.48 |
| 8/31/2004 | Eckland | Telephone conferences with Franconia plaintiffs regarding document issues | 1.00 | 395 | $395.00 | $154.62 | $154.62 |
| 9/2/2004 | Blando | Discussion with claimants regarding Franconia decision; review errata order. | 0.50 | 295 | $147.50 | $154.62 | $77.31 |
| 9/3/2004 | Eckland | Telephone conferences with Franconia plaintiffs regarding status updates (Franconia decision) and miscellaneous issues | 0.25 | 395 | $98.75 | $154.62 | $38.66 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/3/2004 | Blando | Review and analyze Franconia decision regarding damages issues; assess modifications to damages analyses; evaluate potential appeal issues; discussions with claimants regarding decision. | 0.50 | 295 | $147.50 | $154.62 | $77.31 |
| 9/4/2004 | Eckland | Analyze Franconia Associates opinion | 0.50 | 395 | $197.50 | $154.62 | $77.31 |
| 9/5/2004 | Eckland | Analyze Franconia Associates decision | 1.00 | 395 | $395.00 | $154.62 | $154.62 |
| 9/6/2004 | Eckland | Analyze Franconia Associates decision | 0.25 | 395 | $98.75 | $154.62 | $38.66 |
| 9/7/2004 | Blando | Review and analyze Franconia decision and appendices regarding damages issues; outline parameters for updated damages analyses; telephone conferences with expert witness regarding decision and adjustments to damages. | 1.00 | 295 | $295.00 | $154.62 | $154.62 |
| 9/7/2004 | Eckland | Telephone conferences with Franconia plaintiffs regarding status updates and miscellaneous issues | 1.00 | 395 | $395.00 | $154.62 | $154.62 |
| 9/8/2004 | Blando | Discussions with claimants regarding Franconia decision; review and analyze appendices to decision. | 0.25 | 295 | $73.75 | $154.62 | $38.66 |
| 9/8/2004 | Eckland | Telephone conferences with Franconia plaintiffs regarding status updates and miscellaneous issues | 0.25 | 395 | $98.75 | $154.62 | $38.66 |
| 9/10/2004 | Eckland | Telephone conferences with claimants regarding miscellaneous issues; telephone conference with clients regarding damage issues | 3.00 | 395 | $1,185.00 | $154.62 | $463.86 |
| 9/13/2004 | Eckland | Telephone conferences with claimants regarding status updates and miscellaneous issues | 1.25 | 395 | $493.75 | $154.62 | $193.28 |
| 9/14/2004 | Eckland | Telephone conferences with claimants regarding status updates and miscellaneous issues; analyze damages regarding various properties | 8.50 | 395 | $3,357.50 | $154.62 | $1,314.27 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/15/2004 | Eckland | Telephone conferences with claimants regarding status updates and miscellaneous issues | 1.00 | 395 | $395.00 | $154.62 | $154.62 |
| 9/16/2004 | Eckland | Telephone conference with S. Fitzsimmons regarding scheduling; telephone conferences with claimants regarding status updates and miscellaneous issues | 0.50 | 395 | $197.50 | $154.62 | $77.31 |
| 9/17/2004 | Eckland | Telephone conferences with claimants regarding pro forma damage anlayses and miscellaneous issues; draft memos to claimants | 0.25 | 395 | $98.75 | $154.62 | $38.66 |
| 9/19/2004 | Eckland | Conferences with claimants regarding status updates and miscellaneous issues | 0.75 | 395 | $296.25 | $154.62 | $115.97 |
| 9/20/2004 | Eckland | Conferences with FmHA plaintiffs regarding status updates and miscellaneous issues | 3.00 | 395 | $1,185.00 | $154.62 | $463.86 |
| 9/21/2004 | Eckland | Conference with FmHA plaintiffs; telephone conferences with FmHA plaintiffs regarding miscellaneous issues | 3.25 | 395 | $1,283.75 | $154.62 | $502.52 |
| 9/22/2004 | Eckland | Telephone conferences with claimants regarding status updates | 2.00 | 395 | $790.00 | $154.62 | $309.24 |
| 9/23/2004 | Eckland | Telephone conferences and messages with claimts regarding status updates and miscellaneous issues; analyze Franconia opinion and damage issues | 5.75 | 395 | $2,271.25 | $154.62 | $889.07 |
| 9/24/2004 | Eckland | Telephone conferences with claimants regarding status; work on report to Judge Allegra regarding Franconia damage judgments; telephone conferences with Franconia plaintiffs regarding same; work on mailing regarding Franconia decision | 1.25 | 395 | $493.75 | $154.62 | $193.28 |
| 9/27/2004 | Blando | Discussion with expert witness regarding damages analyses in Franconia and relevant dates; analyze decision regarding dates. | 4.00 | 295 | $1,180.00 | $154.62 | $618.48 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/27/2004 | Eckland | Telephone conferences with claimants regarding status update and miscellaneous issues; telephone conferences with G. Karvel regarding status report regarding judgment amounts in Franconia; conferences with M. Blando regaridng same; work on same | 5.00 | 395 | $1,975.00 | $154.62 | $773.10 |
| 9/28/2004 | Eckland | Telephone conferences with claimants regarding miscellaneous issues | 8.50 | 395 | $3,357.50 | $154.62 | $1,314.27 |
| 9/29/2004 | Eckland | Telephone conferences with claimants regarding status reports and miscellaneous | 4.25 | 395 | $1,678.75 | $154.62 | $657.14 |
| 9/30/2004 | Eckland | Telephone conferences with claimants regarding miscellaneous issues | 7.50 | 395 | $2,962.50 | $154.62 | $1,159.65 |
| 10/1/2004 | Blando | Analyze issues regarding updated damages analyses in Franconia; discussion with J. Eckland regarding same. | 6.25 | 295 | $1,843.75 | $154.62 | $966.38 |
| 10/1/2004 | Eckland | Analyze Franconia damage adjustments and conferences regarding same; telephone conferences with claimants regarding miscellaneous issues | 7.50 | 395 | $2,962.50 | $154.62 | $1,159.65 |
| 10/2/2004 | Eckland | Telephone conferences with G. Karvel regarding progress of Franconia final judgment amounts; analyze trial exhibits regarding same; work on files | 2.50 | 395 | $987.50 | $154.62 | $386.55 |
| 10/3/2004 | Eckland | Telephone conference with G. Karvel regarding Franconia damage calculations; work on same; organize files; draft correspondence to same | 7.50 | 395 | $2,962.50 | $154.62 | $1,159.65 |
| 10/4/2004 | Eckland | Telephone conferences with Tucker Act claimants regarding status updates; telephone conferences regarding calculations of Franconia damages; work on same | 7.50 | 395 | $2,962.50 | $154.62 | $1,159.65 |
| 10/5/2004 | Blando | Review damages analyses from trial exhibits; forward to expert. | 7.00 | 295 | $2,065.00 | $154.62 | $1,082.34 |
| 10/5/2004 | Eckland | Telephone conferences with Tucker Act claimants regarding miscellaneous issues; work on files; work on revised Franconia damage analyses | 8.25 | 395 | $3,258.75 | $154.62 | $1,275.62 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/6/2004 | Eckland | Telephone conferences with S. Brilliant regarding revised Franconia damage amounts; work on reports regarding same; telephone conferences with clients regarding miscellaneous issues; telephone conference with S. Brilliant regarding Franconia damage amounts; work on files | 3.25 | 395 | $1,283.75 | $154.62 | $502.52 |
| 10/7/2004 | Eckland | Telephone conference with G. Karvel regarding Franconia damages project; telephone conferences with claimants regarding strategy; telephone conferences with claimants regarding Franconia adjusted damages | 4.00 | 395 | $1,580.00 | $154.62 | $618.48 |
| 10/8/2004 | Eckland | Telephone conferences with claimants regardind adjusted damage amounts in Franconia; telephone conferences with claimants regarding miscellaneous issues; analyze revised Franconia damage exhibits | 3.25 | 395 | $1,283.75 | $154.62 | $502.52 |
| 10/9/2004 | Eckland | Analzye revised Franconia damage exhibits; work on same | 6.00 | 395 | $2,370.00 | $154.62 | $927.72 |
| 10/10/2004 | Eckland | Analzye revised Franconia damage exhibits; telephone message to R. Rodning regarding same | 5.25 | 395 | $2,073.75 | $154.62 | $811.76 |
| 10/11/2004 | Eckland | Review correspondence; review documents; revise and edit Franconia damage exhibits; telephone conferences with R. Rodning regarding same | 3.75 | 395 | $1,481.25 | $154.62 | $579.83 |
| 10/12/2004 | Blando | Review and analyze damages analyses from expert; confirm compliance with Court's decision; review decision regarding same. | 4.75 | 295 | $1,401.25 | $154.62 | $734.45 |
| 10/12/2004 | Eckland | Revise and edit adjusted Franconia damage exhibits; telephone conferences with R. Rodning regarding same; telephone conference with S. Brilliant regarding same; telephone conferences with claimants regarding miscellaneous issues; review correspondence and government documents | 6.00 | 395 | $2,370.00 | $154.62 | $927.72 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/13/2004 | Eckland | Telephone conferences with claimants regarding miscellaneous issues; revise and edit adjusted Franconia damage anlayses; telephoen conferences with R. Rodning regarding same | 1.00 | 395 | $395.00 | $154.62 | $154.62 |
| 10/14/2004 | Laidig | Review and analyze Franconia court transcripts. | 4.00 | 195 | $780.00 | $154.62 | $618.48 |
| 10/14/2004 | Eckland | Telephone conferences with claimants regarding miscellaneous issues; revise and edit adjusted Franconia damage analyses; telephone ocnferences with R. Rodning regarding same; telephone messages from and to M. Dufault regarding adjusted Franconia damage amounts; telephone conferences with S. Brilliant regarding same and potential joint motion for enlargement of time regarding Franconia status report due October 15, 2004 | 5.25 | 395 | $2,073.75 | $154.62 | $811.76 |
| 10/15/2004 | Blando | Review and analyze damage analyses from expert; revise and finalize motion for enlargement; discussion with opposing counsel regarding same. | 4.75 | 295 | $1,401.25 | $154.62 | $734.45 |
| 10/15/2004 | Eckland | Telephone conferences with S. Brilliant regarding joint motion for enlargement of time regarding Franconia status report due October 15, 2004; draft, revise and edit same; telephone conferences with S. Brilliant regarding damage amounts and supporting data; telephone conferences with claimants regarding Franconia damage amounts; telephone conferences with claimants regarding miscellaneous issues | 6.25 | 395 | $2,468.75 | $154.62 | $966.38 |
| 10/16/2004 | Eckland | Work on adjusted damage analyses regarding Franconia judgment amounts; review correspondence and respond to same; review files; organize same. | 0.75 | 395 | $296.25 | $154.62 | $115.97 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/17/2004 | Eckland | Telephone conferences with claimants regarding miscellaneous issues; work on files; work on adjusted Franconia damage analyses | 3.75 | 395 | $1,481.25 | $154.62 | $579.83 |
| 10/18/2004 | Eckland | Work on stipulated Franconia damage amounts and telephone conferences with R. Rodning regarding same | 3.25 | 395 | $1,283.75 | $154.62 | $502.52 |
| 10/19/2004 | Eckland | Work on stipulated Franconia judgment amounts and telephone conferences regarding same | 5.00 | 395 | $1,975.00 | $154.62 | $773.10 |
| 10/21/2004 | Eckland | Work on stipulated Franconia damage amounts | 3.50 | 395 | $1,382.50 | $154.62 | $541.17 |
| 10/22/2004 | Eckland | Work on stipulated Franconia damage amounts | 7.75 | 395 | $3,061.25 | $154.62 | $1,198.31 |
| 10/22/2004 | Blando | Review and analyze damages analyses from expert. | 4.00 | 295 | $1,180.00 | $154.62 | $618.48 |
| 10/23/2004 | Eckland | Work on stipulated Franconia damage analyses, including telephone conferences with Dr. G. Karvel, et al. regarding same | 3.00 | 395 | $1,185.00 | $154.62 | $463.86 |
| 10/24/2004 | Eckland | Work on stipulated Franconia judgment amounts, including telephone conferences with Dr. G. Karvel regarding same | 0.50 | 395 | $197.50 | $154.62 | $77.31 |
| 10/25/2004 | Eckland | Work on stipulated Franconia judgment amounts | 0.50 | 395 | $197.50 | $154.62 | $77.31 |
| 10/25/2004 | Blando | Discussion with opposing counsel regarding damages analyses; review and analyze comments from opposing counsel; review damages analyses from expert; review and revise motion for enlargement. | 1.00 | 295 | $295.00 | $154.62 | $154.62 |
| 10/26/2004 | Blando | Discussion with expert witness regarding damages issues; review damages analyses. | 1.00 | 295 | $295.00 | $154.62 | $154.62 |
| 10/26/2004 | Eckland | Work on stipulated Franconia judgment amounts | 5.00 | 395 | $1,975.00 | $154.62 | $773.10 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/27/2004 | Blando | Discussion with S. Brilliant regarding damages; review and forward revised numbers to opposing counsel with explanation. | 9.25 | 295 | $2,728.75 | $154.62 | $1,430.24 |
| 10/27/2004 | Eckland | Work on stipulated Franconia judgment amounts | 0.50 | 395 | $197.50 | $154.62 | $77.31 |
| 10/28/2004 | Blando | Telephone conference with opposing counsel regarding damages and joint status report; draft report; analyze damages analyses from expert witness; discussion with expert witness regarding same. | 2.25 | 295 | $663.75 | $154.62 | $347.90 |
| 10/28/2004 | Eckland | Work on stipulated Franconia judgment amounts | 1.75 | 395 | $691.25 | $154.62 | $270.59 |
| 10/29/2004 | Blando | Draft, revise and file joint status report regarding damages in Franconia; discussion with opposing counsel regarding report and damage conclusions; review final analyses and confirm final figures. | 0.25 | 295 | $73.75 | $154.62 | $38.66 |
| 10/29/2004 | Eckland | Final preparation and submission of stipulated Franconia judgment amounts | 6.00 | 395 | $2,370.00 | $154.62 | $927.72 |
| 11/10/2004 | Blando | Review orders regarding judgments. | 4.50 | 295 | $1,327.50 | $154.62 | $695.79 |
| 11/15/2004 | Blando | Review judgments; verify amounts. | 1.00 | 295 | $295.00 | $154.62 | $154.62 |
| 11/15/2004 | Eckland | Telephone conferences with claimants regarding miscellaneous issues | 3.00 | 395 | $1,185.00 | $154.62 | $463.86 |
| 11/16/2004 | Eckland | Telephone conferences with claimants regarding miscellaneous issues | 2.25 | 395 | $888.75 | $154.62 | $347.90 |
| 11/17/2004 | Eckland | Telephone conference with Chambers of The Honorable Frances M. Allegra (Jeffrey Eaton) regarding post-judgment interest and related issues; telephone conference with S. Brilliant regarding same; telephone conference with G. Karvel regarding same; telephone conferences with claimants regarding miscellaneous issues; conference regarding correspondence to Franconia plaintiffs | 1.25 | 395 | $493.75 | $154.62 | $193.28 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/19/2004 | Laidig | Research - attorney fees; EAJA, takings claims; arguments. | 1.00 | 195 | $195.00 | $154.62 | $154.62 |
| 11/22/2004 | Laidig | Attorneys fees documents. | 3.75 | 195 | $731.25 | $154.62 | $579.83 |
| 11/22/2004 | Blando | Review order striking previous order and judgment; analyze issues regarding judgment date; discussion with opposing counsel and court clerk regarding same. | 1.25 | 295 | $368.75 | $154.62 | $193.28 |
| 12/14/2004 | Blando | Review, revise, finalize and file joint status report; discussion with J. Eckland and analyze issues regarding same. | 1.00 | 295 | $295.00 | $154.62 | $154.62 |
| 12/20/2004 | Blando | Review court order regarding judgments. | 1.00 | 295 | $295.00 | $154.62 | $154.62 |
| 12/29/2004 | Eckland | Telephone conference with D. Roseliep, et al. regarding status updates and miscellaneous issues, analyze strategy regarding potential Franconia appeals; draft, revise, and edit status update | 1.25 | 395 | $493.75 | $154.62 | $193.28 |
| 12/30/2004 | Eckland | Telephone conferences with Franconia plaintiffs regarding status updates, potential for appeal and strategy regarding same; work on miscellaneous issues; revise and edit status update | 0.50 | 395 | $197.50 | $154.62 | $77.31 |
| 12/31/2004 | Blando | Review judgments issued by court; verify amounts. | 1.00 | 295 | $295.00 | $154.62 | $154.62 |
| 12/31/2004 | Eckland | Telephone conferences with claimants regarding status updates and miscellaneous issues; telephone conferences regarding potential for appeal of Franconia actions; final preparation of status update | 1.00 | 395 | $395.00 | $154.62 | $154.62 |
| 1/2/2005 | Eckland | Analyze strategy regarding Franconia appeal | 0.75 | 395 | $296.25 | $155.69 | $116.77 |
| 1/3/2005 | Eckland | Telephone conferences with Tucker Act claimants regarding status updates and miscellaneous issues; organize files regarding | 0.75 | 395 | $296.25 | $155.69 | $116.77 |
| 1/4/2005 | Eckland | Telephone conferences with Tucker Act claimants regarding prepayment requests and miscellaneous issues | 0.75 | 395 | $296.25 | $155.69 | $116.77 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/5/2005 | Eckland | Telephone conferences with Franconia plaintiffs regarding potential for government appeal; strategize regarding same | 5.25 | 395 | $2,073.75 | $155.69 | $817.37 |
| 1/6/2005 | Eckland | Telephone conference with S. Brilliant regarding various issues; telephone conference with claimants regarding status | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 1/7/2005 | Eckland | Telephone conferences with claimants regarding miscellaneous issues | 1.00 | 395 | $395.00 | $155.69 | $155.69 |
| 1/10/2005 | Eckland | Telephone conferences regarding status updates and miscellaneous issues; | 0.75 | 395 | $296.25 | $155.69 | $116.77 |
| 1/11/2005 | Eckland | Telephone conferences with claimants regarding status updates and miscellaneous issues; organize files | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 1/12/2005 | Laidig | Research attorney fees deadline (EAJA). | 0.75 | 195 | $146.25 | $155.69 | $116.77 |
| 1/12/2005 | Eckland | Work on client correspondence | 0.75 | 395 | $296.25 | $155.69 | $116.77 |
| 1/14/2005 | Eckland | Telephone conferences with claimants regarding miscellaneous issues | 0.75 | 395 | $296.25 | $155.69 | $116.77 |
| 1/17/2005 | Eckland | Telephone conferences with claimants regarding miscellaneous issues | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 1/18/2005 | Eckland | Telephone conferences with claimants regarding various issues | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 1/21/2005 | Eckland | Telephone conferences with claimants regarding various issues regarding potential appeal and strategy regarding same | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 1/25/2005 | Eckland | Telephone conferences with Franconia claimants regarding various issues | 0.75 | 395 | $296.25 | $155.69 | $116.77 |
| 1/26/2005 | Eckland | Telephone conferences with claimants regarding miscellaneous issues | 0.75 | 395 | $296.25 | $155.69 | $116.77 |
| 1/27/2005 | Eckland | Telephone conference with Tucker Act claimants regarding various issues | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 1/28/2005 | Eckland | Telephone conferences with Tucker Act claimants regarding miscellaneous issues | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 1/29/2005 | Eckland | Work on client correspondence | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 1/31/2005 | Eckland | Telephone conferences with claimants regarding various issues | 0.25 | 395 | $98.75 | $155.69 | $38.92 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/1/2005 | Eckland | Work on files; telephone conferences with claimants regarding various issues | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 2/2/2005 | Eckland | Work on files; telephone conferences with claimants regarding various issues | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 2/3/2005 | Eckland | Work on files; telephone conferences with claimants regarding various issues | 1.50 | 395 | $592.50 | $155.69 | $233.54 |
| 2/4/2005 | Eckland | Telephone conferences with D. Stordahl and other claimants regarding various issues | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 2/7/2005 | Eckland | Work on files; telephone conferences with claimants regarding various issues | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 2/8/2005 | Eckland | Telephone conferences with claimants regarding various issues | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 2/9/2005 | Eckland | Telephone conferences with claimants regarding various issues | 7.25 | 395 | $2,863.75 | $155.69 | $1,128.75 |
| 2/10/2005 | Eckland | Telephone conferences with claimants regarding various issues | 14.00 | 395 | $5,530.00 | $155.69 | $2,179.66 |
| 2/11/2005 | Eckland | Telephone conferences with claimants regarding various issues | 7.50 | 395 | $2,962.50 | $155.69 | $1,167.68 |
| 2/14/2005 | Eckland | Telephone conferences with claimants regarding various issues | 13.25 | 395 | $5,233.75 | $155.69 | $2,062.89 |
| 2/15/2005 | Eckland | Telephone conferences with claimants regarding status updates and various issues | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 2/16/2005 | Eckland | Telephone conferences with claimants regarding various issues | 2.25 | 395 | $888.75 | $155.69 | $350.30 |
| 2/17/2005 | Eckland | Telephone conferences with claimants regarding various issues | 1.75 | 395 | $691.25 | $155.69 | $272.46 |
| 2/17/2005 | Blando | Analyze strategy regarding appeal; outline issues. | 1.75 | 295 | $516.25 | $155.69 | $272.46 |
| 2/18/2005 | Eckland | Telephone conferences with claimants regarding various issues | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 2/21/2005 | Eckland | Telephone conferences with claimants regarding various miscellaneous issues | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 2/22/2005 | Eckland | Telephone conferences with clients regarding status updates | 0.75 | 395 | $296.25 | $155.69 | $116.77 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/24/2005 | Eckland | Telephone conference regarding various Franconia issues; reseasrch regarding collection of prepayments against U.S. in COFC; research regarding POAs authorized by Judgment Fund Group of U.S. Treasury; draft, revise, and edit powers of attorney forms for Franconia plaintiffs; telephone conferences with claimants regarding various issues | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 2/25/2005 | Eckland | Telephone conferences with claimants regarding various issues; continued drafting, revising and editing of powers of attorney forms for Franconia plaintiffs and research regarding same | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 2/26/2005 | Eckland | Final preparation and submission of powers of attorney forms for Fraconia plaintiffs and research of regulations regarding same | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 2/28/2005 | Eckland | Telephone conferences with Franconia plaintiffs regarding collection of judgments against U.S. in COFC and miscellaneous issues regarding potential appeal of Fraconia actions | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 3/1/2005 | Eckland | Telephone conferences with claimants regarding status updates | 2.50 | 395 | $987.50 | $155.69 | $389.23 |
| 3/1/2005 | Blando | Discussion with opposing counsel regarding appeal; review rules regarding cross-appeals; analyze strategy regarding same. | 0.25 | 295 | $73.75 | $155.69 | $38.92 |
| 3/2/2005 | Blando | Discussions with clients regarding appeal; review notices of appeal. | 0.50 | 295 | $147.50 | $155.69 | $77.85 |
| 3/4/2005 | Eckland | Preparation for, and participation in, telephonic status conference with The Honorable F. Allegra in Franconia Associates and conferences with M. Blando regarding same | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 3/6/7/2005 | Eckland | Work on various responses to client correspondence | 0.25 | 395 | $98.75 | $155.69 | $38.92 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/7/2005 | Eckland | Telephone conferences with Tucker Act claimants regarding various issues | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 3/7/2005 | Blando | Discussions with clients regarding appeal. | 6.50 | 295 | $1,917.50 | $155.69 | $1,011.99 |
| 3/8/2005 | Eckland | Telephone conferences with Tucker Act claimants regarding miscellaneous issues | 1.50 | 395 | $592.50 | $155.69 | $233.54 |
| 3/9/2005 | Eckland | Telephone conferences with Tucker Act claimants regarding miscellaneous issues | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 3/10/2005 | Eckland | Telephone conferences with Tucker Act claimants regarding miscellaneous issues | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 3/11/2005 | Eckland | Telephone conferences with Tucker Act claimants regarding miscellaneous issues | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 3/11/2005 | Blando | Discussion with J. Eckland regarding appeal; analyze potential appeal issues. | 1.75 | 295 | $516.25 | $155.69 | $272.46 |
| 3/15/2005 | Eckland | Telephone conferences and memoranda to claimants regarding miscellaneous matters; response to various e-mails regarding miscellaneous matters | 1.00 | 395 | $395.00 | $155.69 | $155.69 |
| 3/17/2005 | Eckland | Conferences with claimants; conferences regarding various issues including document control and amage analyses | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 3/18/2005 | Eckland | Telephone conferences with claimants regarding miscellaneous issues | 4.50 | 395 | $1,777.50 | $155.69 | $700.61 |
| 3/21/2005 | Eckland | Telephone conferences with claimants regarding miscellaneous issues | 3.00 | 395 | $1,185.00 | $155.69 | $467.07 |
| 3/24/2005 | Eckland | Telephone conferences with claimants regarding miscellaneous issues | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 3/25/2005 | Blando | Conduct legal research for appeal; review and analyze Centex decision. | 4.75 | 295 | $1,401.25 | $155.69 | $739.53 |
| 3/25/2005 | Eckland | Telephone conferences regarding miscellaneous matters; analyze strategy regarding Franconia appeal | 5.25 | 395 | $2,073.75 | $155.69 | $817.37 |
| 3/28/2005 | Eckland | Telephone conferences with claimants regarding strategy and miscellaneous issues | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 3/29/2005 | Eckland | Draft memoranda to claimants regarding miscellaneous issues | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 3/30/2005 | Blando | Discussion with S. Brilliant regarding appeal; analyze strategy regarding cross-appeals. | 1.50 | 295 | $442.50 | $155.69 | $233.54 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/31/2005 | Blando | Review appeal issues; draft certificates of interest. | 1.00 | 295 | $295.00 | $155.69 | $155.69 |
| 4/4/2005 | Blando | Draft certificates of interest. | 0.50 | 295 | $147.50 | $155.69 | $77.85 |
| 4/4/2005 | Eckland | Telephone conferences with claimants regarding status updates and miscellaneous issues | 5.00 | 395 | $1,975.00 | $155.69 | $778.45 |
| 4/5/2005 | Laidig | Calls regarding partnership interest for plaintiffs; create documents. | 2.50 | 195 | $487.50 | $155.69 | $389.23 |
| 4/5/2005 | Eckland | Telephone conferences with claimants regarding miscellaneous issues; telephone conferences with claimants regarding Franconia appeal and miscellaneous issues | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 4/6/2005 | Blando | Discussion with D. Laidig regarding certificates of interest. | 1.50 | 295 | $442.50 | $155.69 | $233.54 |
| 4/6/2005 | Laidig | Create master certificate of interest from prior filing; call to Roseliep/Levy regarding ownership interests. | 0.75 | 195 | $146.25 | $155.69 | $116.77 |
| 4/7/2005 | Blando | Conduct legal research regarding unmistakably doctrine and other appeal issues. | 0.25 | 295 | $73.75 | $155.69 | $38.92 |
| 4/7/2005 | Eckland | Telephone conferences with claimants regarding miscellaneous issues | 4.75 | 395 | $1,876.25 | $155.69 | $739.53 |
| 4/8/2005 | Blando | Discussion with D. Laidig regarding certificates of interest and notices of appearance. | 4.00 | 295 | $1,180.00 | $155.69 | $622.76 |
| 4/8/2005 | Laidig | Get forms regarding appearance/interest; calls. | 1.25 | 195 | $243.75 | $155.69 | $194.61 |
| 4/8/2005 | Eckland | Telephone conferences and messages with claimants regarding status updates; telephone conferences and messages with government counsel and M. Blando regarding miscellaneous issues | 2.50 | 395 | $987.50 | $155.69 | $389.23 |
| 4/11/2005 | Blando | Certificate of interest filings. | 0.75 | 295 | $221.25 | $155.69 | $116.77 |
| 4/11/2005 | Laidig | Individual certificate of interest/appearance. | 1.25 | 195 | $243.75 | $155.69 | $194.61 |
| 4/12/2005 | Laidig | Call Levy Associates; update filings. | 4.25 | 195 | $828.75 | $155.69 | $661.68 |
| 4/13/2005 | Blando | Review government's entry of appearance forms. | 0.25 | 295 | $73.75 | $155.69 | $38.92 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/13/2005 | Eckland | Telephone messages to claimants regarding various issues | 4.00 | 395 | $1,580.00 | $155.69 | $622.76 |
| 4/15/2005 | Eckland | Telephone conference regarding FmHA strategy and miscellaneous issues; work on miscellaneous FmHA matters including review of client correspondence and drafting, revising, and editing of responses to same | 2.75 | 395 | $1,086.25 | $155.69 | $428.15 |
| 4/17/2005 | Eckland | Telephone conference with M. Blando regarding FmHA strategy | 5.00 | 395 | $1,975.00 | $155.69 | $778.45 |
| 4/18/2005 | Eckland | Telephone conferences with claimants regarding status updates and miscellaneous issues; review notices of docketing the Evergreen appeals, entry of appearance forms, and conference with K. Galdieri regarding service and filing of same and review rules regarding same; telephone conference with M. Blando regarding various FmHA issues | 2.00 | 395 | $790.00 | $155.69 | $311.38 |
| 4/19/2005 | Laidig | Certificate of interest; entry of appearance-finalize; call with Kevin Johnson. | 3.50 | 195 | $682.50 | $155.69 | $544.92 |
| 4/21/2005 | Blando | Analyze appeal strategy; discussion with J. Eckland regarding same. | 1.50 | 295 | $442.50 | $155.69 | $233.54 |
| 4/22/2005 | Blando | Discussion with opposing counsel regarding appeal and schedule; discussion with J. Eckland regarding same; review and revise notice of appearance and certificate of interest filings. | 4.50 | 295 | $1,327.50 | $155.69 | $700.61 |
| 4/22/2005 | Eckland | Telephone conferences with claimants regarding miscellaneous issues; additional telephone conferences with Franconia plaintiffs | 1.50 | 395 | $592.50 | $155.69 | $233.54 |
| 4/23/2005 | Eckland | Preparation of certificates of interests and notices of appearance in the Evergreen appeal matters to the Federal Circuit; organization of files | 1.00 | 395 | $395.00 | $155.69 | $155.69 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/25/2005 | Blando | Contact opposing counsel regarding consolidation of appeals; draft letter federal circuit; review final certificate of interests and appearance forms; file. | 0.25 | 295 | $73.75 | $155.69 | $38.92 |
| 4/25/2005 | Laidig | Mail letter. | 0.25 | 195 | $48.75 | $155.69 | $38.92 |
| 4/25/2005 | Eckland | Conference with M. Blando regarding various issues including correspondence to the Federal Circuit regarding consolidation of current Evergreen appeal and other issues; draft, revise, and edit certificates of interest regarding Evergreen appeals to the Federal Circuit, execute notices of appearance regarding same, conferences with K. Galdieri regarding same; conference with M. Blando regarding correspondence to Federal Circuit relating to Evergreen consolidation on appeal; telephone conferences with Tucker Act claimants regarding status updates, analyze strategy regarding consolidation of Evergreen appeals before the Federal Circuit, revise and edit correspondence to Federal Circuit Clerk of Court regarding same, and telephone conference with M. Blando regarding same | 5.75 | 395 | $2,271.25 | $155.69 | $895.22 |
| 4/26/2005 | Blando | Draft, revise and finalize letter regarding consolidation of appeals; discussion with S. Brilliant regarding same and regarding appeal; analyze strategy with J. Eckland. | 3.75 | 295 | $1,106.25 | $155.69 | $583.84 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/26/2005 | Eckland | Analzye strategy and implications regarding government's decision to drop Evergreen appeal; conferences with M. Blando regarding same; continuing research regarding proper party endorsements, review of regulations regarding deposits of U.S. Treasury checks, and analysis of powers of attorneys received by clients; work on updating same; conferences with K. Galdieri regarding same; telephone conferences with clients regarding satus updates; analyze strategy regarding FmHA cases | 3.75 | 395 | $1,481.25 | $155.69 | $583.84 |
| 4/27/2005 | Sorenson | Draft and edit letter to The Judgment Fund Group regarding judgment transcripts and powers of attorneys | 3.75 | 95 | $356.25 | $95.00 | $356.25 |
| 4/27/2005 | Eckland | Revise and edit draft consent motion for Evergreen appeals and e-mail memorandum to S. Brilliant regarding same, conferences regarding collection of judgments against U.S. in COFC | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 4/28/2005 | Blando | Discussion with opposing counsel regarding motions to dismiss appeal; review and revise letter to judgment fund. | 4.25 | 295 | $1,253.75 | $155.69 | $661.68 |
| 4/28/2005 | Eckland | Conferences with A. Sorenson and K. Galdieri regarding U.S. Treasury checks and POAs regarding same; correspondence to The Judgment Fund Group a the US Treasury Department regarding same; and conferences with M. Blando regarding miscellaneous matters | 6.00 | 395 | $2,370.00 | $155.69 | $934.14 |
| 4/28/2005 | Sorenson | Conferences witih J. Eckland and K. Galdieri regarding U.S. Treasury checks and POAS regarding same; work on correspondence to The Judgment Fund Group | 0.50 | 95 | $47.50 | $95.00 | $47.50 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/28/2005 | Eads Galdieri | Conferences with J. Eckland and A. Sorenson regarding U.S. Treasury checks and POAS regarding same | 1.00 | 115 | $115.00 | $115.00 | $115.00 |
| 5/2/2005 | Blando | Discussion with opposing counsel regarding letter to judgment fund. | 6.75 | 295 | $1,991.25 | $155.69 | $1,050.91 |
| 5/2/2005 | Sorenson | Finalize letter to Judgment Fund Group | 0.25 | 95 | $23.75 | $95.00 | $23.75 |
| 5/2/2005 | Eckland | Revise and edit correspondence to the Judgment Fund regarding poweres of attorney, certified judgment transcripts, and requests for payment of judgments in the consolidated Franconia actions; telephone conferences with claimants regarding status updates and miscellaneous issues | 0.50 | 395 | $197.50 | $155.69 | $77.85 |
| 5/3/2005 | Eckland | Conferences with A. Sorenson and K. Galdieri regarding powers of attorney and pending payment requests before the US Treasury Department | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 5/3/2005 | Eads Galdieri | Conferences with A. Sorenson and J. Eckland regarding powers of attorney and pending payment requests before the US Treasury Department | 1.00 | 115 | $115.00 | $115.00 | $115.00 |
| 5/3/2005 | Sorenson | Conferences with J. Eckland and K. Galdieri regarding powers of attorney and pending payment requests before the US Treasury Department | 2.25 | 95 | $213.75 | $95.00 | $213.75 |
| 5/4/2005 | Blando | Review and analyze forms for judgment fund. | 0.50 | 295 | $147.50 | $155.69 | $77.85 |
| 5/4/2005 | Sorenson | Judgment Fund forms 194, 196 and 197; draft letter to F. Magee regarding same; conference with J. Eckland and M. Blando regarding same; telephone conference with J. Ringstad regarding B. Wells | 0.25 | 95 | $23.75 | $95.00 | $23.75 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/4/2005 | Eckland | Telephone conferences with claimantse regarding status updates and miscellaneous issues, including telephone message to D. Roseliep regarding same; analyze forms to accompany request for a payment to Judgment Fund Group of the Department of Treasury and conferences with A. Sorenson and M. Blando regarding same; research government regulations regarding same; telephone conferences with Tucker Act claiamnts regarding status updates and miscellaneous matters | 4.75 | 395 | $1,876.25 | $155.69 | $739.53 |
| 5/5/2005 | Blando | Review and analyze forms for submission to treasury. | 0.75 | 295 | $221.25 | $155.69 | $116.77 |
| 5/5/2005 | Sorenson | Telephone conferences with claimants regarding tax identification numbers; letter to F. Magee regarding forms 194, 196 and 197 | 0.75 | 95 | $71.25 | $95.00 | $71.25 |
| 5/5/2005 | Eckland | Telephone message from F. McGee of the Department of Treasury regarding payment of judgments; miscellaneous telephone conferences with clients regarding payment requests and miscellaneous issues; conferences with M. Blando et al. regarding miscellaneous matters | 3.00 | 395 | $1,185.00 | $155.69 | $467.07 |
| 5/6/2005 | Eckland | Telephone conferences with claimants regarding miscellaneous | 1.25 | 395 | $493.75 | $155.69 | $194.61 |
| 5/9/2005 | Eckland | Telephone conferences with claimants regarding status updates; conferences with Dr. | 2.00 | 395 | $790.00 | $155.69 | $311.38 |
| 5/10/2005 | Eckland | Telephone conferences with claimants regarding status updates and draft memorandum to claimants regarding miscellaneous issues | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 5/11/2005 | Eckland | Telephone conferences with Tucker Act claimants regarding miscellaneous issues | 1.00 | 395 | $395.00 | $155.69 | $155.69 |
| 5/12/2005 | Eckland | Telephone conferences with claimants regarding miscellaneous issues, including status of Franconia judgment | 4.00 | 395 | $1,580.00 | $155.69 | $622.76 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/13/2005 | Eckland | Telephone conferences with Tucker Act claimants regarding miscellaneous issues | 5.00 | 395 | $1,975.00 | $155.69 | $778.45 |
| 5/16/2005 | Eckland | Status update messages to claimants regarding status updates and miscellaneous issues | 9.00 | 395 | $3,555.00 | $155.69 | $1,401.21 |
| 5/16/2005 | Laidig | Draft joint status report; conference with defendant; motion for enlargement. | 7.00 | 195 | $1,365.00 | $155.69 | $1,089.83 |
| 5/17/2005 | Eckland | Telephone messages to and from claimants regarding status updates and miscellaneous issues claimants | 1.00 | 395 | $395.00 | $155.69 | $155.69 |
| 5/18/2005 | Eckland | Telephone conferences regarding status updates | 0.25 | 395 | $98.75 | $155.69 | $38.92 |
| 5/19/2005 | Laidig | EAJA research. | 9.75 | 195 | $1,901.25 | $155.69 | $1,517.98 |
| 5/20/2005 | Laidig | Looked for partnership agreements; attorney fee research | 3.00 | 195 | $585.00 | $155.69 | $467.07 |
| 5/20/2005 | Sorenson | Prepare Franconia judgment checks for deposit; telephone conference with J. Eckland regarding partnership agreements; review key contact files and exhibit binders for same | 2.25 | 95 | $213.75 | $95.00 | $213.75 |
| 5/20/2005 | Eckland | Telephone conference with claimants regarding miscellaneous issues; analyze strategy regarding same | 8.50 | 3995 | $33,957.50 | $155.69 | $1,323.37 |
| 5/22/2005 | Blando | Meeting with J. Eckland and A. Sorenson regarding fee petition; gather materials for petition. | 2.00 | 295 | $590.00 | $155.69 | $190.00 |
| 5/22/2005 | Sorenson | Transcribe J. Eckland time; meeting with J. Eckland and M. Blando regarding fee petition | 1.00 | 95 | $95.00 | $95.00 | $155.69 |
| 5/22/2005 | Eckland | Conference with M. Blando and A. Sorenson regarding workon Franconia fee petition and other miscellaneous matters | 2.00 | 395 | $790.00 | $155.69 | |
| 5/23/2005 | Laidig | Meeting regarding fee petition; review EAJA requests. | 8.50 | 195 | $1,657.50 | $155.69 | $1,323.37 |