**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/23/2005 | Sorenson | Multiple telephone conferences with clients regarding documentation for fee petition and process of payments; review Levy/Roseliep's file for financial documentation; review Franconia key contact files; conferences with D. Laidig, K. Galdieri and Legal Secretary Advanced temp regarding same | 5.25 | 95 | $498.75 | $95.00 | $498.75 |
| 5/24/2005 | Eckland | Work on miscellaneous issues including client correspondence | 0.25 | 395 | $98.75 | $155.69 | |
| 5/24/2005 | Blando | Discussion with D. Laidig regarding affidavits for fee petition. | 8.75 | 295 | $2,581.25 | $155.69 | $1,362.29 |
| 5/24/2005 | Laidig | Graham/Levy correspondence; EAJA research. | 11.50 | 195 | $2,242.50 | $155.69 | $1,790.44 |
| 5/24/2005 | Sorenson | Multiple telephone conferences with clients regarding fee petition documentation; review multiple fascimiles regarding same | 8.00 | 95 | $760.00 | $95.00 | $760.00 |
| 5/25/2005 | Blando | Review and analyze draft fee petition; review affidavits and discussion with D. Laidig regarding same; review documents for same. | 6.75 | 295 | $1,991.25 | $155.69 | $1,050.91 |
| 5/25/2005 | Laidig | Draft affidavits; phone calls with clients. | 3.50 | 195 | $682.50 | $155.69 | $544.92 |
| 5/25/2005 | Sorenson | Conference with C. Hodgson regarding fee petition; multiple telephone conferences with clients regarding fee petition documentation; review incoming information regarding same | 6.50 | 95 | $617.50 | $155.69 | $1,011.99 |
| 5/25/2005 | Eckland | Telephone conferences with Franconia plaintiffs on various matters | 1.00 | 395 | $395.00 | $155.69 | $155.69 |
| 5/26/2005 | Blando | Fee petition: review affidavits; discussion with D. Laidig, review draft petition. | 2.50 | 295 | $737.50 | $155.69 | $389.23 |
| 5/26/2005 | Laidig | Client letter regarding affidavit; call clients; continue drafting; incorporate data. | 11.50 | 195 | $2,242.50 | $155.69 | $1,790.44 |
| 5/26/2005 | Sorenson | Multiple telephone conferences with clients regarding documentation for fee petition; transcribe J. Eckland time regarding same | 5.50 | 95 | $522.50 | $95.00 | $522.50 |
| 5/26/2005 | Eckland | Telephone conference with claimants regarding status updates and miscellaneous issues | 2.75 | 395 | $1,086.25 | $155.69 | $428.15 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/27/2005 | Blando | Fee petition: meeting with team, review, revise and finalize; draft affidavits; review and analyze cost information | 9.50 | 295 | $2,802.50 | $155.69 | $1,479.06 |
| 5/27/2005 | Laidig | Review draft fee petition; prepare mailings; call Costello representative/Wells. | 9.00 | 195 | $1,755.00 | $155.69 | $1,401.21 |
| 5/27/2005 | Sorenson | Multiple telephone conferences with clients regarding Franconia fee petition documentation; meeting with office personnel regarding fee petition information; assist J. Eckland in judgment checks for deposit; draft and fax documentation to T. Olson regarding same; workn on fee petition time spreadsheet; transcribe J. Eckland time regarding same | 6.50 | 95 | $617.50 | $95.00 | $617.50 |
| 5/27/2005 | Eckland | Conference with office personnel regarding fee petition and work regarding same; work on fee petition; revise and edit client affidavits in support of Franconia fee petition and conference with M. Blando and D. Laidig regarding same | 6.75 | 395 | $2,666.25 | $155.69 | $1,050.91 |
| 5/28/2005 | Eckland | Work on Franconia fee petition | 5.50 | 395 | $2,172.50 | $155.69 | $856.30 |
| 5/29/2005 | Eckland | Work on Franconia fee petition | 8.50 | 395 | $3,357.50 | $155.69 | $1,323.37 |
| 5/29/2005 | Blando | Review and analyze research for petition; review fee information. | 13.25 | 295 | $3,908.75 | $155.69 | $2,062.89 |
| 5/29/2005 | Laidig | Research EAJA- std. for sole proprietorship. | 8.00 | 195 | $1,560.00 | $155.69 | $1,245.52 |
| 5/30/2005 | Sorenson | Multiple telephone conferences with clients regarding fee petition documentation; work on time spreadsheet regarding same; prepare judgment checks for deposit; transcribe and edit J. Eckland's time | 2.00 | 95 | $190.00 | $95.00 | $190.00 |
| 5/30/2005 | Eckland | Work on Franconia fee petition | 7.50 | 395 | $2,962.50 | $155.69 | $1,167.68 |
| 5/31/2005 | Eckland | Telephone conference with Franconia plaintiffs regarding miscellaneous issues | 9.25 | 395 | $3,653.75 | $155.69 | $1,440.13 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/31/2005 | Blando | Draft fee petition; review and analyze fee and cost information; review cases; discussion with clients regarding affidavits and net worth information; discussion with and prepare letter to B. Wells regarding same; conduct legal research regarding entitlement. | 7.25 | 295 | $2,138.75 | $155.69 | $1,128.75 |
| 5/31/2005 | Laidig | Review timesheets; continued EAJA research; call Costello (Connie) regarding document; Wells letter. | 4.00 | 195 | $780.00 | $155.69 | $622.76 |
| 5/31/2005 | Eads Galdieri | Review business files and compile spreadsheet relating to costs for fee petition | 13.00 | 115 | $1,495.00 | $115.00 | $1,495.00 |
| 6/1/2005 | Sorenson | Work on time spreadsheet for fee petition; transcribe and edit J. Eckland's time regarding same; review F & B spreadsheets regarding same | 9.00 | 95 | $855.00 | $95.00 | $855.00 |
| 6/1/2005 | Eads Galdieri | Review business files and compile spreadsheet relating to costs for fee petition | 6.50 | 115 | $747.50 | $115.00 | $747.50 |
| 6/1/2005 | Eckland | Work on Franconia fee petition, including revising and editing affidavits of D. Hodges and J. Levy; conferences witih D. Laiding regarding same; telephone conferences with Franconia plaintiffs regarding same | 13.00 | 395 | $5,135.00 | $155.69 | $2,023.97 |
| 6/1/2005 | Laidig | Work on Franconia fee petition; recalculate net-worth for plaintiffs; calls to G. Karvel regarding same; revise affidavits for Franconia plaintiffs; research regarding net worth calculations in EAJA litigation | 15.00 | 195 | $2,925.00 | $155.69 | $2,335.35 |
| 6/2/2005 | Eckland | Work Franconia fee petition | 18.00 | 395 | $7,110.00 | $155.69 | $2,802.42 |
| 6/2/2005 | Eads Galdieri | Review business files and compile spreadsheet relating to costs for fee petition | 12.00 | 115 | $1,380.00 | $115.00 | $1,380.00 |
| 6/2/2005 | Sorenson | Work on time spreadsheet for fee petition; transcribe and edit J. Eckland's time regarding same | 18.00 | 95 | $1,710.00 | $95.00 | $1,710.00 |
| 6/2/2005 | Laidig | EAJA: phone calls Levy/Hodges regarding affidavit; begin creating exhibits; research regarding wealth standard for sole proprietor | 12.50 | 195 | $2,437.50 | $155.69 | $1,946.13 |

**Exhibit A**

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/3/2005 | Sorenson | Transcribe and edit J. Eckland's time regarding fee petition; work on time spreadsheet for same; telephone conference with F. Dickerson at The Judgment Fund Group regarding Prairie Village of Parkersburg check; draft letter regarding same to F. Dickerson; conference with K. Galdieri regarding various projects | 18.00 | 95 | $1,710.00 | $95.00 | $1,710.00 |
| 6/3/2005 | Eads Galdieri | Review business files and compile spreadsheet relating to costs for fee petition | 4.00 | 115 | $460.00 | $115.00 | $460.00 |
| 6/3/2005 | Sorenson | Transcribe and edit J. Eckland's time for fee petition; work on spreadsheet regarding same | 13.00 | 95 | $1,235.00 | $95.00 | $1,235.00 |
| 6/3/2005 | Laidig | EAJA: research fee recovery and statute application, call A. Johnson regarding financial documents; create exhibits | 9.00 | 195 | $1,755.00 | $155.69 | $1,401.21 |
| 6/3/2005 | Eckland | Telephone conference regarding B. Wells and Franconia fee petition; telephone conference with bank et al. regarding proper endorsements on U.S. Treasury checks and Judgment Fund's Instructions regarding collection of judgments against U.S. in COFC; research regarding regulations regarding POAs concerning deposit of U.S. Treasury checks; continued work on fee petition | 6.50 | 395 | $2,567.50 | $155.69 | $1,011.99 |
| 6/4/2005 | Eads Galdieri | Review fees data for petition; format same | 13.00 | 115 | $1,495.00 | $115.00 | $1,495.00 |
| 6/4/2005 | Eckland | Work on Franconia fee petition | 15.00 | 395 | $5,925.00 | $155.69 | $2,335.35 |
| 6/4/2005 | Sorenson | Work on Franconia fee petition time spreadsheet; transcribe and edit J. Eckland time | 18.00 | 95 | $1,710.00 | $95.00 | $1,710.00 |
| 6/4/2005 | Laidig | EAJA petition -- data entry of hours worked | 12.00 | 195 | $2,340.00 | $155.69 | $1,868.28 |
| 6/5/2005 | Eckland | Work on Franconia fee petition | 18.00 | 395 | $7,110.00 | $155.69 | $2,802.42 |
| 6/5/2005 | Laidig | EAJA petition -- data entry of hours worked; research regarding proof of expenses standards | 12.50 | 195 | $2,437.50 | $155.69 | $1,946.13 |

**Detail of Attorneys' Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/5/2005 | Sorenson | Work on Franconia fee petition time spreadsheet; transcribe and edit J. Eckland time | 18.00 | 95 | $1,710.00 | $95.00 | $1,710.00 |
| 6/5/2005 | Eads Galdieri | Work on Franconia fee petition time and expense spreadsheets | 13.25 | 115 | $1,523.75 | $115.00 | $1,523.75 |
| 6/5/2005 | Blando | Draft and revise fee petition and supporting materials | 12.75 | 295 | $3,761.25 | $155.69 | $1,985.05 |
| 6/6/2005 | Eckland | Review, revise and finalize fee petition materials | 12.50 | 395 | $4,937.50 | $155.69 | $1,946.13 |
| 6/6/2005 | Blando | Draft and revise fee petition and supporting materials | 14.50 | 295 | $4,277.50 | $155.69 | $2,257.51 |
| 6/6/2005 | Eads Galdieri | Work on Franconia fee petition time and expense spreadsheets | 14.50 | 115 | $1,667.50 | $115.00 | $1,667.50 |
| 6/6/2005 | Laidig | EAJA, data entry, proof petition | 12.25 | 195 | $1,907.20 | $155.69 | $1,907.20 |
| 6/6/2005 | Sorenson | Work on Franconia fee petition time spreadsheet; transcribe and edit J. Eckland time | 12.50 | 95 | $1,187.50 | $95.00 | $1,187.50 |
| | | | | | $3,182,112.25 | | $1,879,785.83 |

**Exhibit A**