**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

FRANCONIA ASSOCIATES,
a Limited Partnership, *et al*.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

**Case Nos. 97-381C and 97-3812C through 97-38129C**

**(Judge Francis M. Allegra)**

---

**JOINT STATUS REPORT**

Pursuant to the Court's Order and Opinion of April 21, 2005, plaintiff Franconia Associates L.P. and defendant the United States hereby jointly submit this Joint Status Report. In that Order, the Court directed the parties to file a status report proposing the amount of judgment that should be entered in favor of the Franconia Associates plaintiff in accordance with the Court's ruling. Pursuant to the Court's Order of June 1, 2005, the current filing date for this status report is June 3, 2005.

The parties are pleased to report that they have reached agreement on the amount of the judgment to be entered in this case based upon the Court's decisions of August 30, 2004 and April 21, 2005, for the two properties at issue. The agreed amounts are listed below.

| Case No. | Plaintiff | Property | Amount |
|---|---|---|---|
| 97-381C | Franconia Associates | Riverfront | $196,992 |
| | | Sunrise River | $102,079 |
| | | **Total:** | **$299,071** |

Pursuant to the terms of the Court's Orders of August 30, 2004 and April 21, 2005, the parties' submission of these proposed judgment amounts does not constitute a stipulation to the entry of any judgment, and the parties reserve their right to appeal or otherwise seek relief from any judgment that may be entered herein.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 305-4440
Facsimile: (612) 305-4439

*Attorneys for Plaintiffs*

Dated: June 3, 2005

**Filed Electronically**
**With the Consent of the Attorney**
**For Defendant.**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: June 3, 2005