# In the United States Court of Federal Claims

No. 97-381C

(Filed: June 10, 2005)

FRANCONIA ASSOCIATES, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Based on the opinion and order filed in this case on August 30, 2004, and April 21, 2005, respectively, as well as the parties' joint status report on judgment amounts filed June 7, 2005, the Clerk is ordered to enter judgment for the plaintiff in this case in the amount of $196,992 for the Riverfront property and $102,079 for the Sunrise River Property, for a total judgment for plaintiff of $299,071.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge