# In the United States Court of Federal Claims

**No. 97-381 C**

**FRANCONIA ASSOCIATES, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Opinion of August 30, 2004, and Order of April 21, 2005, the parties' Joint Status Report on Judgment Amounts filed June 7, 2005 and the Order filed June 10, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff shall recover of and from the United States the amount of $196,992.00 for the Riverfront property and $102,079.00 for the Sunrise River Property, for a total judgment of $299,071.00.

Brian Bishop
Clerk of Court

**June 14, 2005** By: s/Lisa L. DeFade

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and

listing of all plaintiffs. Filing fee is $255.00.