# EXHIBIT A

Fees of the Clerk

| Work Date | Recorder | Cost code | Bill Quant | Disc Rate | Bill Rate | Amt. | Desc |
|---|---|---|---|---|---|---|---|
| 5/6/1997 | 473 | 1102 | 1 | 100.00% | 120.00 | 120.00 | Court Filing Fees - CLERK OF COURT-filing fee |

TOTAL: 120.00

For Accounting Use Only: VENDOR NO. ____________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: FMHA Matter Name: Tucker Act Claims

**ALL RECEIPTS MUST BE ATTACHED.**

Amount: $120.00

Currency: ☐ $ U.S. ☐ ¥ Yen ☐ DM ☐ £ Sterling ☐ Francs ☐ Other: ____

Pay as: ☐ Cash

☐ Wire Transfer *(please complete information on reverse)*

☒ Check Payable to: Clerk of Court

Address:

Description: Filing Fee

| Cost Code (See reverse for Cost Codes) | Amount |
|---|---|
| 001102 | $120.00 |

Date: 5-6-97 Date Payment is Required: 5-6-97

Requested by: W. Roberts No. 473

Approval *(if required)*: ____________ No. ____

**FOR ACCOUNTING OFFICE USE ONLY:**

Ext. OK ____

Tax OK ____

Backup OK ____

Date Paid ____

Check Number ____

☒ Please call Tellie when ready. (Ext. 3755)

☐ Please return by Inter-Office Mail to:

____________ Office/Floor ____

☐ Please send via U.S. Mail

M1:0165655.02
11/19/96

TAGFBO26_000325

FAEGRE & BENSON LLP

Check Date: 05-06-97 Check No: 415152

415152

| DATE | INVOICE | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 05/06/97 | 473 | | 120.00 | 0.00 | 120.00 |
| Vendor Name: CLERK OF COURT | | | | TOTAL | 120.00 |

TAGFBO26_000326

M005511/V46071

FAEGRE & BENSON LLP

2200 NORWEST CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901

NORWEST BANK MINNESOTA, N.A.
MINNEAPOLIS, MN 55479
17-1/910

415152

415152

006141

PAY *** ONE HUNDRED TWENTY AND 00/100 Dollar

05-06-97
DATE

$120.00
AMOUNT

TO THE ORDER OF CLERK OF COURT

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK AND A MICRO PRINT SIGNATURE LINE. ABSENCE OF THESE FEATURES INDICATES A COPY.

⑈415152⑈ ⑆091000019⑆ 000000 5426⑈

FAEGRE & BENSON LLP Check Date: 05-06-97 Check No: 415152

415152

| DATE | INVOICE | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 05/06/97 | 473 | | 120.00 | 0.00 | 120.00 |
| Vendor Name: | CLERK OF COURT | | | TOTAL | 120.00 |

M005511/V46071

# EXHIBIT B

Fees of the Reporter

| Work Date | Recorder | Cost code | Bill Quant | Disc Rate | Bill Rate | Amt. | Desc |
|---|---|---|---|---|---|---|---|
| 10/5/2000 | 670 | 1103 | 1 | 10.00% | 72.65 | 72.65 | Court Reporter/Transcript-Court Related Expense - HERITAGE REPORTING CORPORATION- transcript |
| 10/6/2000 | 670 | 1103 | 1 | 10.00% | 15.00 | 15.00 | Court Reporter/Transcript-Court Related Expense - CLERK OF COURT- tape of an oral argument |
| 6/19/2002 | 670 | 1103 | 1 | 10.00% | 70.00 | 70.00 | Court Reporter/Transcript-Court Related Expense - HERITAGE REPORTING CORPORATION - hearing transcript for January 9, 2002 |
| 5/20/2003 | 251 | 1103 | 1 | 100.00% | 76.55 | 76.55 | Court Reporter/Transcript-Court Related Expense - HERITAGE REPORTING CORPORATION |
| 6/4/2003 | 251 | 1103 | 1 | 100.00% | 24,500.00 | 24,500.00 | Court Reporter/Transcript-Court Related Expense - HERITAGE REPORTING CORPORATION |
| 7/8/2003 | 251 | 1103 | 1 | 100.00% | 158.45 | 158.45 | Court Reporter/Transcript-Court Related Expense - HERITAGE REPORTING CORPORATION -hearing transcript in franconia v. u.s. |

| TOTAL: | 24,892.65 |
|---|---|

For Accounting Use Only: VENDOR NO. ____________

**PAYMENT REQUEST**

# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Matter Name: FmHA

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: $72.65

Currency: [X] $ U.S [ ] ¥ Yen [ ] DM
[ ] £ Sterling [ ] Francs
[ ] Other: ____________

Pay as: [ ] Cash
[ ] Wire Transfer
*(please complete information on page 2)*
[X] Check Payable to: Heritage Reporting Corp.
Address: ____________

*Accounting Use Only*

Tax Expense: # 851300 - ____0000 ____________
C#________ M#________ ____________
Other: ____________ ____________

| | | |
|---|---|---|
| MN Tax Pay | # 205002 - 010000 | ( ____________ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ____________ ) |
| CO Tax Pay | # 205003 - 020000 | ( ____________ ) |
| IA Tax Pay | # 205004 - 060000 | ( ____________ ) |

Description: transcript
Details if applicable:
Date(s): ____________ Location: ____________
Individual(s): ____________
Reason: ____________

| **Cost Code** *(Click down arrow for Cost Codes list)* | **Amount** |
|---|---|
| 001103 Court Reporter/Transcript (Court Related Expense) | 72.65 |

Date: 10-5-00 Date Payment is Required: 10-9-00

Requested by: Mark Blando No. 670

Approval*(if required)*: ____________ No. ____________

*ACCOUNTING USE ONLY:*

| | | | |
|---|---|---|---|
| 1099 | ____ | Ext. OK | ____ |
| Tax OK | ____ | Backup OK | ____ |

[ ] Please notify ____________ *(first and last name)* via e-mail when ready.

[X] Please return by Inter-Office Mail to: Lynn Pelowski Office/Floor 24

[ ] Please send via U.S. Mail

**Heritage Reporting Corporation**

REFERENCE # 000727.010

The transcript of the following hearing held before the United States Court of Federal Claims is now available:

Hearing Date: 7-27-00 Docket No. 97-381C

Title of Case: Franconia v. US

To order this transcript, send a check for the total amount of your order with a copy of this card to Heritage.

Certified transcript (paper) # pages 27 x $1.95 = $ 52.65

(Note: Minimum transcript order is $50.00)

Handling and delivery + $ 20.00

MINIMUM ORDER SUBTOTAL 72.65

Additional Options:

Diskette, Circle one: WP5.1, WP8.0, ASCII, WORD $ 50.00 x ___ + ______

Condensed transcript w/keyword index, 4-1 ratio $ 75.00 x ___ + ______

GRAND TOTAL

U.S. DOJ: SIGN AND FAX ORDER TO HERITAGE:

Phone:(202) 628-4888, Fax: (202) 371-0935

E-Mail: hrc@concentric.net

US POSTAGE 00 METER 453490

FAEGRE & BENSON LLP

Check Date: 10-10-00 Check No: 504567

504567

| DATE | INVOICE | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 10/05/00 | 000727.010 | | 72.65 | 0.00 | 72.65 |
| Vendor Name: | HERITAGE REPORTING CORPORATION | | | TOTAL | 72.65 |

TAGFBO26_000152

MARK J. BLANDO
mblando@faegre.com
612/336-3486
* Not admitted in MN

October 16, 2000

Heritage Reporting Corporation
1220 "L" Street NW
Suite 600
Washington, DC 20005-4018

Re: *Franconia Associates v. United States*, No. 97-381C
Reference No. 000727.010

To Whom it May Concern:

Enclosed please find a check in the amount of $72.65 as payment for the transcript of the hearing held on July 27, 2000 in the above-referenced matter. Please forward the transcript to my attention at your earliest convenience.

Very truly yours,

FAEGRE & BENSON LLP

Mark J. Blando

MJB:pellm
Enclosures
cc: Jeff Eckland, Esq.

M2:20342186.01

**For Accounting Use O~~v:** VENDOR NO. ____________

# PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Matter Name: FmHA

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: 15.00

Currency: [X] $ U.S [ ] ¥ Yen [ ] DM
[ ] £ Sterling [ ] Francs
[ ] Other: ____________

Pay as: [ ] Cash
[ ] Wire Transfer
*(please complete information on page 2)*
[X] Check Payable to: Clerk of Court
Address: ____________

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ______ |
| C#______ | M#______ | ______ |
| Other: ______ | | ______ |
| MN Tax Pay | # 205002 - 010000 | ( ______ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ______ ) |
| CO Tax Pay | # 205003 - 020000 | ( ______ ) |
| IA Tax Pay | # 205004 - 060000 | ( ______ ) |

Description: tape of an oral argument

Details if applicable:

Date(s): ____________ Location: ____________

Individual(s): ____________

Reason: ____________

| **Cost Code** *(Click down arrow for Cost Codes list)* | **Amount** |
|---|---|
| 001103 Court Reporter/Transcript (Court Related Expense) | 15.00 |

Date: 10-6-00 Date Payment is Required: 10-10-00

Requested by: Mark Blando No. 670

Approval*(if required)*: ____________ No. ____________

***ACCOUNTING USE ONLY:***

1099 ____ Ext. OK ____

Tax OK ____ Backup OK ____

[ ] Please notify ____________ via e-mail when ready.
*(first and last name)*

[X] Please return by Inter-Office Mail to:
Lynn Pelowski Office/Floor 24

[ ] Please send via U.S. Mail

client_costs.pdf:2/1/00

TAGFBO26_000147

**Pelowski, Lynn M.**

**From:** Blando, Mark J.
**Sent:** Friday, October 6, 2000 9:33 AM
**To:** Pelowski, Lynn M.
**Subject:** RE: check

-----Original Message-----
**From:** Pelowski, Lynn M.
**Sent:** Friday, October 6, 2000 9:32 AM
**To:** Blando, Mark J.
**Subject:** RE: check

-----Original Message-----
**From:** Blando, Mark J.
**Sent:** Friday, October 6, 2000 9:29 AM
**To:** Pelowski, Lynn M.
**Subject:** check

Please get a check for $15 made out to "Clerk of Court." It's for 129778, for a tape of an oral argument. ok, when do you need it? today or early next week?

Also - are we still waiting on that check to Heritage Reporting? should receive monday
Also - do I have a reimbursement check coming? should receive today

FAEGRE & BENSON LLP Check Date: 10-10-00 Check No: 504564

504564

| DATE | INVOICE | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 10/06/00 | 129778 | | 15.00 | 0.00 | 15.00 |
| Vendor Name: | CLERK OF COURT | | | TOTAL | 15.00 |

TAGFBO26_000149

**For Accounting Use Only:** VENDOR NO. ____________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 | Matter No.: 129778
Client Name: Tucker Act Claims | Matter Name: FmHA

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: $70.00

Currency: [X] $ U.S [ ] ¥ Yen [ ] € Euro
[ ] £ Sterling
[ ] Other: ____________

Pay as: [ ] Cash
[ ] Wire Transfer
*(please complete information on page 2)*
[X] Check Payable to: **Heritage Reporting Corporation**
Address: ____________

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ________ |
| C#______ | M#______ | ________ |
| Other: ____________ | | ________ |
| MN Tax Pay | # 205002 - 010000 | ( ________ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ________ ) |
| CO Tax Pay | # 205003 - 020000 | ( ________ ) |
| IA Tax Pay | # 205004 - 060000 | ( ________ ) |

Description: Copy of Transcript of Hearing
Details if applicable:
Date(s): ____________ Location: ____________
Individual(s): ____________
Reason: ____________

| Cost Code *(Click down arrow for Cost Codes list)* | Amount |
|---|---|
| 001103 Court Reporter/Transcript (Court Related Expense) | $70.00 |
| | |
| | |
| | |
| | |
| | |

Date: 6/19/02 Date Payment is Required: 6/19/02 (3:45pm)
Requested by: Mark Blando No. 670
Approval *(if required)*: ____________ No. ______

*ACCOUNTING USE ONLY:*
1099 ____ Ext. OK ____
Tax OK ____ Backup OK ____

[X] Please notify Missy Lysne via e-mail when ready. *(first and last name)*
[ ] Please return by Inter-Office Mail to: ____________ Office/Floor ______
[ ] Please send via U.S. Mail

client_costs.pdf 2/25/02

**Heritage Reporting Corporation**

*REFERENCE #* 0201090[illegible]

MINNEAPOLIS JAN 18 '02 · POSTAGE $00.00 · METER 714242

The transcript of the following hearing held before the United States Court of Federal Claims is now available:

Hearing Date: 1-9-02 Docket No. MN 97-381C

Title of Case: Franconia Assoc. v US

To order this transcript, send a check for the total amount of your order with a copy of this card to Heritage.

| | | |
|---|---|---|
| Certified transcript (paper) # pages 11 x $1.95 = | | $ 50.00 |
| (Note: Minimum transcript order is $50.00) | | |
| Handling and delivery | + | $ 20.00 |
| MINIMUM ORDER | SUBTOTAL | 70.00 |

Additional Options:

| | | | |
|---|---|---|---|
| Diskette, Circle one: WP5.1, WP8.0, ASCII, WORD | $ 50.00 x | ___ | + ___ |
| Condensed transcript w/keyword index, 4-1 ratio | $ 75.00 x | ___ | + ___ |
| GRAND TOTAL | | | |

U.S. DOJ: SIGN AND FAX ORDER TO HERITAGE:

Phone:(202) 628-4888, Fax: (202) 371-0935

E-Mail: hrc@concentric.net

FAEGRE & BENSON LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901
TELEPHONE 612.766.7000
FACSIMILE 612.766.1600
www.faegre.com

JULIE A. NELSON
612.766.7830

May 22, 2003

Heritage Court Reporting
1220 L Street NW, Suite 600
Washington, D.C. 20005-4018

Re: Franconia Associates, et al. v. United States
U.S. Court of Federal Claims, No. 97-381C

Dear Sir/Madam:

Enclosed please find our firm check in the amount of $76.55. I have also enclosed an additional copy of the request form for your convenience.

If you have any questions, please do not hesitate to contact me. Thank you for your prompt assistance.

Very truly yours,

Julie A. Nelson
Legal Administrative Assistant

JAN:nelja
Enclosures
M2:20544287.01

FAEGRE & BENSON LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901

WELLS FARGO BANK MINNESOTA, N.A.
MINNEAPOLIS, MN

17-1-910

58525

585251

008110

PAY *** SEVENTY-SIX AND 55/100 Dollar

05-20-03 $76.55
DATE AMOUNT

TO THE ORDER OF
HERITAGE REPORTING CORPORATION
1220 "L" STREET NW SUITE #600
WASHINGTON, DC 20005-4018

(TWO SIGNATURES REQUIRED FOR AMOUNTS $1000.00 OR GREATER)

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK AND A MICRO PRINT SIGNATURE LINE. ABSENCE OF THESE FEATURES INDICATES A COPY.

⑈585251⑈ ⑆091000019⑆0000005426⑈

FAEGRE & BENSON LLP

Check Date: 05-20-03 Check No: 585251

58525

| DATE | INVOICE | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 05/16/03 | 129778 | | 76.55 | 0.00 | 76.55 |
| Vendor Name: | HERITAGE REPORTING CORPORATION | | | TOTAL | 76.55 |

**For Accounting Use Only:** VENDOR NO. ____________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778
Client Name: Tucker Act Matter Name: FmHA

## *ALL RECEIPTS MUST BE ATTACHED*

Amount: 76.55

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other: ____________

Pay as: [ ] Cash [ ] Wire Transfer
*(please complete information on page 2)*

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ________ |
| C#________ | M#________ | ________ |
| Other: ____________ | | ________ |
| MN Tax Pay | # 205002 - 010000 | ( ________ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ________ ) |
| CO Tax Pay | # 205003 - 020000 | ( ________ ) |
| IA Tax Pay | # 205004 - 060000 | ( ________ ) |

[X] Check/Cheque Payable to: Heritage Reporting Corporation
Address: 1220 L Street NW, Suite 600
Washington DC 20005-4018

Description: Franconia Assoc. v. US transcript from 11-8-99

Details if applicable:
Date(s): ____________ Location: ____________
Individual(s): ____________
Reason: ____________

pd 5/22/03

| Cost Code *(Click down arrow for cost codes list)* | Amount |
|---|---|
| 001103 Court Reporter/Transcript (Court Related Expense) | 76.55 |

Date: 5/16/03 Date Payment is Required: 05/20/03 3:30 pm

Requested by: Jeff Eckland No. 251

Approval *(if required)*: ____________ No. ________

**ACCOUNTING USE ONLY:**
1099 _____ Ext. OK _____
Tax OK _____ Backup OK _____

[X] Please notify Julie Nelson via e-mail when ready.
*(first and last name)*
[ ] Please return by Inter-Office Mail to:
____________ Office/Floor ________
[ ] Please send via Post Office Mail

FAEGRE & BENSON LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901
TELEPHONE 612.766.7000
FACSIMILE 612.766.1600
www.faegre.com

JULIE A. NELSON
612.766.7830

May 19, 2003

Heritage Court Reporting
1220 L Street NW, Suite 600
Washington, D.C. 20005-4018

Re: Franconia Associates, et al. v. United States
U.S. Court of Federal Claims, No. 97-381C

Dear Sir/Madam:

Enclosed please find our firm check in the amount of $76.55. I have also enclosed an additional copy of the request form for your convenience.

If you have any questions, please do not hesitate to contact me. Thank you for your prompt assistance.

Very truly yours,

Julie A. Nelson
Legal Administrative Assistant

JAN:nelja
Enclosures
M2:20544287.01

M125103

# Heritage Reporting Corporation

1220 L Street, NW; Suite 600
Washington, DC 20005-4018
Telephone: (202) 628-4888
Fax: (202) 371-0935

**Court / Agency:** ____________

| HEARING INFORMATION | DELIVERY INFORMATION |
| --- | --- |
| Date of Proceeding: 11-8-99 | NAME: Jeff Eckland |
| Case Name: Franconia Assoc. v. U.S. | FIRM: Faegre & Benson LLP |
| Witness: | Address: 90 South Seventh Street |
| Presiding Officer: Judge Gibson | Floor or Suite: 2200 Wells Fargo Center |
| Case Number: 97-381C | City: Minneapolis State: MN Zip: 55402 |
| Location of Hearing: Courtroom 8, Rm. 512 | Phone: (612) 766-7000 |
| Did you file as an appearance in this case: X Yes ___ No | Fax: (612) 766-1600 |

***PREPAYMENT IS REQUIRED ON ALL TRANSCRIPTS.***
***PLEASE COMPLETE PAYMENT INFORMATION BELOW.***

___ Visa ___MC ___AM EX ___ IMPAC Card #: ____________________ Exp. Date:_______
Cardholder's Name:______________________ Signature:______________________

X Check  If payment by check is preferred, please mark this option. An HRC representative will contact you with the total cost of the transcript as soon as it is available.

If you wish to order this transcript on an *expedited basis*, you must contact Heritage Reporting Corporation at the number above.
Heritage cannot process your order until this signed order form and payment have been received.

| MEDIA CHOICE: | SHIPPING METHOD: |
| --- | --- |
| X Paper copy | X UPS |
| ___ ASCII disk | ___ Federal Express |
| ___ WordPerfect disk | ___ Messenger (DC only) |
| ___ Discovery ZX disk | ___ Other: ____________ |
| ___ Condensed transcript | |
| ___ Condensed transcript with Keyword Index | |

The undersigned hereby orders 1 copy(ies) of the entire transcript of the hearing listed above and agrees to pay in accordance with the terms of the order form. Purchaser agrees that he/she will not make, nor will he/she permit any other party to make photographic, electrostatic or other facsimile copies of any transcript received pursuant to this order.

[signature]
Signature of ordering party (Required to process order)

HRC USE ONLY: Date Shipped: __________ Via: __________ By: __________
Credit Card Approval Code: __________ Date Charged: __________ Amount: __________
Check Number: __________ Deposit Date: __________ Amount: __________
Job Number: __________ Copies: ____ Pages: ______ Rate: ______ H: _____ Invoice #: __________

3/95

# UNITED STATES COURT OF FEDERAL CLAIMS
## *SCHEDULED MATTERS*

### *MONDAY, NOVEMBER 8, 1999*

| *Time* | *Case Name and Number* | *Names of Counsel** | *Type of Proceeding* |
|---|---|---|---|

**Judge *WIESE* - COURTROOM 6, ROOM 507**

| | | | |
|---|---|---|---|
| 10:30 a.m. | *John K. Castle, et al.* No. 90-1291C | P-John C. Millian (202) 955-8213<br>Intervenor-Thelma Wanda Diaz (202) 942-3615<br>D-Ming-Yuen Meyer-Fong (202) 307-1011 | REPORTER REQUESTED<br>TRIAL OF DAMAGES ISSUES |

**Judge *ANDEWELT* - SUITE 612**

| | | | |
|---|---|---|---|
| 11:00 a.m. | *Lorrie Schwan-Okerlund* No. 99-133T | P-Allen I Saeks (612) 335-1548<br>D-Edward L. Froelich (202) 514-7945 | REPORTER REQUESTED<br>TELEPHONIC SCHEDULING CONFERENCE |

**Judge *HODGES* - COURTROOM 7, ROOM 508**

| | | | |
|---|---|---|---|
| 10:00 a.m. | *Landmark Land Co., Inc.* No. 95-502C | P-Paul M. Fish (505) 848-1800<br>I-Richard Kamp (202) 942-3618<br>D-Arlene Pianko Groner (202) 307-0290 | REPORTER REQUESTED<br>TRIAL |

**Each counsel should provide the court reporter with his or her name and business card.*

**Judge IMICH - COURTROOM 5, ROOM ..5**

| | | | |
|---|---|---|---|
| 2:00 p.m. | *Masco Corporation* No. 99-93C | P-Paul Mark Laurenza (202) 312-8000 D-John J. Fargo (202) 307-0318 | REPORTER REQUESTED STATUS CONFERENCE |

**Judge *GIBSON* - COURTROOM 8, ROOM 512**

| | | | |
|---|---|---|---|
| 10:00 a.m. | *Franconia Associates, et al.* No. 97-381C | P-Jeff H. Eckland (612) 336-3000 D-Mark L. Josephs (202) 307-6288 | REPORTER REQUESTED PRETRIAL CONFERENCE |
| 2:00 p.m. | *International Paper Co., etc.* No. 90-119T | P-Dennis P. Bedell (202) 626-5930 D-George L. Squires (202) 307-6587 | REPORTER REQUESTED STATUS CONFERENCE |

**For Accounting Use Only:** VENDOR NO. ____________

# TRUST ACCOUNT DISBURSEMENT

Client No.: 32902 Matter No.: 129778

Client Name: FmHA Tucker Act Matter Name: FmHA

1099 Needed? *(check one)*: ☐ No ☐ Yes

*If "Yes", please complete the following:* Federal I.D. or SSN: ____________

Address: ____________

*For checks only:*

Check Amount: 24,500.00

Currency: USD US Dollars

Check Payable to:

Faegre & Benson

*For Wire Transfers only:*

Wire Transfer Amount: ____________

Bank Name: ____________

Bank Routing No.: ____________

Name on Account: ____________

Account No.: ____________

pd. 1/14/03 ck# 581514

Requesting Attorney: Jeff Eckland No. 251

Billing Partner Signature: Jeff H. Eckland No. 251

Intended Use of Funds *(check one)*:

☐ Retainer ☐ Settlement ☐ 3rd Party ☒ Disbursements

☐ Other: ____________

*NOTE: Approval MUST be obtained from the Group Head or Group Administrative Partner or, if neither is available, from a Management Committee member. All transactions EXCEPT payable to Faegre & Benson LLP should have Partner approval.*

Date: ____________

Partner Approval: ____________ No. ____________

**FOR ACCOUNTING OFFICE USE ONLY:**

Trust Account Used: ____________ Trust Account Balance: ____________

Check No.: ____________ Date of Deposit: ____________

Date of Check: ____________ Batch I.D.: ____________

Sufficient Funds Verified? ☐ Yes ☐ No

Conflict Report Run? ☐ Yes ☐ No Conflict Match w/ Payee? ☐ Yes ☐ No

Explanation of Difference: ____________

Operator: ____________ Date: ____________

Acctg Dept. Approval: ____________ Date: ____________

Sequence No.: ____________ Date & Time: ____________

**For Accounting Use Only:** VENDOR NO. ______________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: ______________ Matter Name: ______________

***ALL RECEIPTS MUST BE ATTACHED***

Amount: $24,500.00

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other: ______________

Pay as: [ ] Cash [ ] Wire Transfer
*(please complete information on page 2)*

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ______________ |
| C#__________ | M#__________ | ______________ |
| Other: ______________ | | ______________ |
| MN Tax Pay | # 205002 - 010000 | (______________) |
| Mpls Tax Pay | # 205005 - 010000 | (______________) |
| CO Tax Pay | # 205003 - 020000 | (______________) |
| IA Tax Pay | # 205004 - 060000 | (______________) |

[X] Check/Cheque Payable to: Heritage Reporting
Address: Suite 600, 1220 L Street NW
Washington, DC 20005-4018

Description: Pre-payment for court reporting services and daily trial transcripts

Details if applicable:
Date(s): 6-16-03 through 6-27-03 Location: Des Moines, Iowa
Individual(s): ______________
Reason: ______________

| **Cost Code** *(Click down arrow for cost codes list)* | **Amount** |
|---|---|
| 001103 Court Reporter/Transcript (Court Related Expense) | 24,500.00 |
| | |
| | |
| | |
| | |

Date: 5-28-03 Date Payment is Required: 5-30-03

Requested by: Jeff Eckland No. 0251

Approval *(if required)*: [signature] No. 251

*ACCOUNTING USE ONLY*
1099 _____ Ext. OK _____
Tax OK _____ Backup OK _____

[X] Please notify Leanne O'Brien via e-mail when ready.
*(first and last name)*
[ ] Please return by Inter-Office Mail to:
______________ Office/Floor ______
[ ] Please send via Post Office Mail

**Heritage Reporting Corporation**

1220 L. Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/28/2003 | 17284 |

| BILL TO |
|---|
| Faegre & Benson LLP<br>Attn: Leanne R. O'Brien<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| | Claims PP | | Hand Del | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 030616999 | Allegra/Franconia v. U.S.<br>6/16/03 - 6/27/03 / pages 1 - 2700<br>Des Moines, IA<br>ESTIMATED PAGES | 2,700 | 7.50 | 20,250.00 |
| 030616999 | Allegra/Franconia v. U.S.-DISK | 2,700 | 0.75 | 2,025.00 |
| 030616999 | Allegra/Franconia v. U.S.-COND | 2,700 | 0.75 | 2,025.00 |
| 1 | Handling and delivery | 10 | 20.00 | 200.00 |

**Total** $24,500.00

TOTAL P.02

RECEIVED 05-28-03 08:55 FROM- TO-FAEGRE&BENSON PAGE 02

**For Accounting Use Only:** VENDOR NO. ______________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: FmHA Tucker Act Matter Name: FmHA

***ALL RECEIPTS MUST BE ATTACHED***

Amount: 158.45

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other: ______________

Pay as: [ ] Cash [ ] Wire Transfer
*(please complete information on page 2)*

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ______________ |
| C#__________ | M#__________ | ______________ |
| Other: ______________ | | ______________ |
| MN Tax Pay | # 205002 - 010000 | (______________) |
| Mpls Tax Pay | # 205005 - 010000 | (______________) |
| CO Tax Pay | # 205003 - 020000 | (______________) |
| IA Tax Pay | # 205004 - 060000 | (______________) |

[X] Check/Cheque Payable to: Heritage Reporting Corporation
Address: 1220 L Street NW, Suite 600
Washington, DC 20005-4018 M 7/11/03

Description: June 12, 2003 Hearing Transcript in Franconia v. U.S. CK #589681

Details if applicable:
Date(s): ______________ Location: ______________
Individual(s): ______________
Reason: ______________

| **Cost Code** *(Click down arrow for cost codes list)* | **Amount** |
|---|---|
| 001103 Court Reporter/Transcript (Court Related Expense) | 158.45 |
| | |
| | |
| | |
| | |

Date: 7/1/03 Date Payment is Required: ______________

Requested by: Jeff Eckland No. 251

Approval *(if required)*: ______________ No. ______________

*ACCOUNTING USE ONLY:*
1099 _____ Ext. OK _____
Tax OK _____ Backup OK _____

[ ] Please notify ______________ via e-mail when ready.
*(first and last name)*

[X] Please return by Inter-Office Mail to:
Julie Nelson Office/Floor 23

[ ] Please send via Post Office Mail

The transcript of the following hearing held before the United States Court of Federal Claims is now available:

Hearing Date: June 12, 2003 Docket Number: 97-381C

Case Title: Franconia Associates Reference #030612018

Prepayment is required for all non-Federal Government orders. To order this transcript, please send a check for the total amount of your order together with a completed copy of this card to Heritage Reporting Corporation, 1220 L Street, NW #600, Washington, DC 20005-4018.

Certified transcript (paper copy):
(Minimum transcript order is $50.00 + delivery).
# pages (21 x $1.95) + delivery $20.00 Only = $158.45

Additional formats available with paper copy purchase:
Disk (check one) ☐ ASCII ☐ WORD ☐ WP, Version____ 50.00

Condensed transcript with keyword index: 70.00

(V) (202) 628-4888
(F) (202) 371-0935
(E) hrc@concentric.net

TOTAL $~~283~~.45

# EXHIBIT C

**Non-Party Witnesses**

| Witness | Travel | Mileage | Hotel | Food | Total |
|---|---|---|---|---|---|
| George Karvel | $0.00 | $209.96 | $1,757.89 | $95.78 | **$2,063.63** |
| Don Gorowsky | $0.00 | $166.13 | $896.91 | $95.78 | **$1,158.82** |
| Dean Greenwalt | $1,292.00 | $0.00 | $219.40 | $95.78 | **$1,607.18** |
| **Total** | **$1,292.00** | **$376.09** | **$2,874.20** | **$287.34** | **$4,829.63** |

## Tucker Act Franconia Trial - Key Dates for Witnesses

Sat

| NAME | ARRIVAL DATE | DEPARTURE DATE | NOTES | ARRIVAL (between 7am-noon) | DEPATURE (between 4-8pm) | PRICE |
|---|---|---|---|---|---|---|
| Greenwalt, Dean | Saturday, June 14 | Tuesday, June 17 | 5/22/2003 - Coming from Cheyenne; Dean Greenwalt; prefers United Airlines; FF# | United: [redacted] - 12:49 p.m. Next flight is at 1:45 p.m. | [redacted] 9:49 p.m. | [redacted] $1292 full |
| | Friday, June 13 | Monday, June 16 | 5/28/2003 - Don wants us to make his travel arrangements on Northwest Airlines; his World Perks # 131133122; Flying from | [redacted] NW: 9:45 a.m. - 3:30 p.m. | [redacted] | [redacted] $1217 full |
| | Saturday, June 14 | Wednesday, June 18 | 4/3/2003 - Wants us to make her travel arrangements; would prefer to fly later in the day (around noon); doesn't matter | [redacted] NW: 1:20 p.m. - 4:04 p.m. | [redacted] 6:34 p.m. - 11:06 p.m. | [redacted] $423 full |
| | Sunday, June 15 14th | Thursday, June 19 | 5/28/2003 - Flying from Ft. Meyers, FL; any airline | Delta: 6:50 a.m. - 1:15 a.m. UA: [redacted] | [redacted] 5:25 p.m. - 11:04 p.m. | No Non [redacted] |
| | Monday, June 16 | Thursday, June 19 | 5/28/2003 - Wants us to make his travel arrangements; would prefer American Airlines; Frequent Flyer # F2V1850; | [redacted] AA: 8:05 a.m. - 1:01 a.m. | 12:21 p.m. - 4:12 p.m. [redacted] | $937.50 non [redacted] |
| | Tuesday, June 17 | Friday, June 20 | 5/28/2003 - Per phone message, wants us to make travel arrangements for him from Roanoke, VA; prefers to fly | No US flights [redacted] | [redacted] | $850.50 non [redacted] 529 |
| | Tuesday, June 17 | ~~Monday, June 23~~ June 20 | 5/29/2003 - United has 6:20 flight leaving on Friday would prefer that flight; Flying from Denver; FF #s 00114517763 (Marilyn) and 00115328204; will | [redacted] UA: 6:40 p.m. - 9:17 p.m | [redacted] | [redacted] $1163 full |
| Jim | Wednesday, June 18 | Friday, June 20 | 5/28/2003 - flight out of Manchester, NH between 9-3; ticket for his wife, [redacted] also; no commuter flights; departure date should be | [redacted] | [redacted] | [redacted] $853 full |

**St Cloud State University**:
320-255-0121
702 4th Ave S, St Cloud, MN
56301, US

**401 Locust St**
Des Moines, IA 50309-2311,
US

| Maneuvers | Distance |
|---|---|
| **1:** Start out going SOUTH on 4TH AVE S toward 8TH ST S. | 0.2 miles |
| **2:** Turn RIGHT onto 10TH ST S. | 0.3 miles |
| **3:** Turn LEFT onto 9TH AVE S / CR-7. Continue to follow CR-7. | 0.8 miles |
| **4:** Turn RIGHT onto 22ND ST S. | 0.1 miles |
| **5:** Turn LEFT onto CR-75 S / ROOSEVELT RD. Continue to follow CR-75 S. | 3.2 miles |
| **6:** Merge onto I-94 E / US-52 S toward MINNEAPOLIS / ST PAUL. | 45.7 miles |
| **7:** Merge onto I-494 S. | 22.6 miles |
| **8:** Merge onto I-35W S via EXIT 5B toward ALBERT LEA. | 9.2 miles |
| **9:** I-35W S becomes I-35 S. | 219.6 miles |
| **10:** Take I-235 W toward DES MOINES. | 5.7 miles |
| **11:** Take the 3RD ST exit toward 5TH AVE. | 0.1 miles |
| **12:** Turn SLIGHT LEFT onto 3RD ST. | 0.5 miles |
| **13:** Turn RIGHT onto GRAND AVE. | <0.1 miles |
| **14:** Turn LEFT onto 4TH ST. | <0.1 miles |
| **15:** End at **401 Locust St** Des Moines, IA 50309-2311, US | |

**Total Est. Time:** 4 hours, 51 minutes **Total Est. Distance:** 308.77 miles




NAVTEQ ON BOARD All rights reserved. Use Subject to License/Copyright

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

MAPQUEST

START **706 2nd Ave S**
Minneapolis, MN 55402-3003, US

END **401 Locust St**
Des Moines, IA 50309-2311, US

| Maneuvers | Distance |
|---|---|
| **1:** Start out going SOUTHWEST on 2ND AVE S toward S 8TH ST / 8TH ST S. | <0.1 miles |
| **2:** Turn LEFT onto S 8TH ST / 8TH ST S. | 0.1 miles |
| **3:** Turn RIGHT onto S 4TH AVE / MN-65 S. | 0.1 miles |
| **4:** Merge onto MN-65 S via the ramp on the LEFT. | 1.0 miles |
| **5:** MN-65 S becomes I-35W S. | 16.5 miles |
| **6:** I-35W S becomes I-35 S. | 219.6 miles |
| **7:** Take I-235 W toward DES MOINES. | 5.7 miles |
| **8:** Take the 3RD ST exit toward 5TH AVE. | 0.1 miles |
| **9:** Turn SLIGHT LEFT onto 3RD ST. | 0.5 miles |
| **10:** Turn RIGHT onto GRAND AVE. | <0.1 miles |
| **11:** Turn LEFT onto 4TH ST. | <0.1 miles |
| **12:** End at **401 Locust St** Des Moines, IA 50309-2311, US | |

**Total Est. Time:** 3 hours, 47 minutes **Total Est. Distance:** 244.31 miles




NAVTEQ ON BOARD All rights reserved. Use Subject to License/Copyright

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

For Accounting Use Only: VENDOR NO. ______________

# TRUST ACCOUNT DISBURSEMENT

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Matter Name: FmHA

1099 Needed? *(check one)*: ☒ No ☐ Yes

*If "Yes", please complete the following:* Federal I.D. or SSN: ______________

Address: ______________

pd 10/22/03 ck#549944

| *For checks only:* | *For Wire Transfers only:* |
|---|---|
| Check Amount: 22,055.67 | Wire Transfer Amount: |
| Currency: USD US Dollars | Bank Name: |
| Check Payable to: Faegre & Benson LLP | Bank Routing No.: |
| | Name on Account: |
| | Account No.: |

Requesting Attorney: Jeff Eckland No. 251

Billing Partner Signature: [signature] No. 251

Intended Use of Funds *(check one)*:

☐ Retainer ☐ Settlement ☐ 3rd Party ☒ Disbursements

☐ Other: ______________

*NOTE: Approval MUST be obtained from the Group Head or Group Administrative Partner or, if neither is available, from a Management Committee member. All transactions EXCEPT payable to Faegre & Benson LLP should have Partner approval.*

Date: ______________

Partner Approval: [signature] No. 142

**FOR ACCOUNTING OFFICE USE ONLY:**

Trust Account Used: ______________ Trust Account Balance: ______________

Check No.: ______________ Date of Deposit: ______________

Date of Check: ______________ Batch I.D.: ______________

Sufficient Funds Verified? ☐ Yes ☐ No

Conflict Report Run? ☐ Yes ☐ No Conflict Match w/ Payee? ☐ Yes ☐ No

Explanation of Difference: ______________

Operator: ______________ Date: ______________

Acctg Dept. Approval: ______________ Date: ______________

Sequence No.: ______________ Date & Time: ______________

For Accounting Use Only: VENDOR NO. ______________

# PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778
Client Name: Tucker Act Matter Name: FmHA

## *ALL RECEIPTS MUST BE ATTACHED*

Amount: 22,055.67

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other: ______

Pay as: [ ] Cash [ ] Wire Transfer *(please complete information on page 2)*

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ______ |
| C#______ | M#______ | ______ |
| Other: ______ | | ______ |
| MN Tax Pay | # 205002 - 010000 | ( ______ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ______ ) |
| CO Tax Pay | # 205003 - 020000 | ( ______ ) |
| IA Tax Pay | # 205004 - 060000 | ( ______ ) |

[X] Check/Cheque Payable to: Renaissance Savery Hotel
Address: 401 Locus Street
Des Moines, IA

Description: Franconia Trial
Details if applicable:
Date(s): ______ Location: ______
Individual(s): ______
Reason: ______

| Cost Code *(Click down arrow for cost codes list)* | Amount |
|---|---|
| 000606 Hotel | 22,055.67 |

Date: 9/9/03 Date Payment is Required: 10/21/03
Requested by: Jeff Eckland No. 251
Approval *(if required)* X [signature] No. 142

ACCOUNTING USE ONLY
1099 ____ Ext. OK ____
Tax OK ____ Backup OK ____

[X] Please notify Julie Nelson *(first and last name)* via e-mail when ready.
[ ] Please return by Inter-Office Mail to: ______ Office/Floor ______
[ ] Please send via Post Office Mail

| Guest | Room | Account | Date | Description | Amount |
|---|---|---|---|---|---|
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $145.60 |
| | | | 06/16/03 | Parking | $12.00 |
| | | | | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $84.80 |
| | | | 06/17/03 | Parking | $12.00 |
| | | | | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $84.80 |
| | | | 06/18/03 | Parking | $12.00 |
| | | | | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $84.80 |
| | | | 06/19/03 | Iowa Room | $42.41 |
| | | | | Parking | $12.00 |
| | | | | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $127.21 |
| | | | | **Guest Total:** | **$527.21** |
| Gorowsky, Don | 1042 | 807 | 06/20/03 | GNS | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $95.20 |
| | | | 06/21/03 | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $95.20 |
| | | | 06/22/03 | Iowa Room | $25.62 |
| | | | | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $122.82 |
| | | | 06/23/03 | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $97.20 |

| Guest | Room | Account | Date | Description | Amount |
|---|---|---|---|---|---|
| | | | 06/24/03 | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $95.20 |
| | | | 06/25/03 | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $95.20 |
| | | | | **Guest Total:** | **$600.82** |
| Gorowsky, Don | 1142 | 10045 | 06/14/03 | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $95.20 |
| | | | 06/15/03 | Iowa Room | $10.49 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $105.69 |
| | | | 06/16/03 | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $95.20 |
| | | | | **Guest Total:** | **$296.09** |
| | 554 | 692 | 06/17/03 | Local | $1.00 |
| | | | | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $73.80 |
| | | | 06/18/03 | Iowa Room | $20.87 |
| | | | | Local | $1.00 |
| | | | | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $94.67 |
| | | | 06/19/03 | Room Service | $25.43 |
| | | | | Monihan | $10.75 |
| | | | | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $108.98 |
| | | | 06/20/03 | Room Service | $12.30 |
| | | | | Local | $1.00 |
| | | | | Subtotal: | $13.30 |
| | | | | **Guest Total:** | **$290.75** |



TAGFBO26_001070

| Guest | Room | Account | Date | Description | Amount |
|---|---|---|---|---|---|
| Greenwalt, Dean | 536 | 406 | 06/14/03 | Local | $1.00 |
| | | | | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $73.80 |
| | | | 06/15/03 | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $72.80 |
| | | | 06/16/03 | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $72.80 |
| | | | | **Guest Total:** | **$219.40** |
| | 615 | 733 | 06/18/03 | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Room Service | $64.92 |
| | | | | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $139.72 |
| | | | 06/19/03 | Room Service | $31.58 |
| | | | | Iowa Room | $14.34 |
| | | | | Iowa Room | $44.45 |
| | | | | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $163.17 |
| | | | 06/20/03 | Room Service | $32.81 |
| | | | | **Guest Total:** | **$335.70** |
| | 1058 | 2061 | 06/25/03 | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $72.80 |
| | | | 06/26/03 | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $72.80 |
| | | | | **Guest Total:** | **$145.60** |
| Karvel, George | 1112 | 10044 | 06/12/03 | GNS | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $95.20 |
| | | | 06/13/03 | Local | $1.00 |
| | | | | Parking | $12.00 |

| Guest | Room | Account | Date | Description | Amount |
|---|---|---|---|---|---|
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $108.20 |
| | | | 06/14/03 | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Iowa Room | $12.08 |
| | | | | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Iowa Room | $17.85 |
| | | | | Parking | $12.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $144.13 |
| | | | 06/15/03 | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Parking | $12.00 |
| | | | | Subtotal: | $109.20 |
| | | | 06/16/03 | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Parking | $12.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $109.20 |
| | | | 06/17/03 | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Parking | $12.00 |
| | | | | Local | $1.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $112.20 |
| | | | 06/18/03 | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Parking | $12.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $109.20 |



TAGFBO26_001072

| Guest | Room | Account | Date | Description | Amount |
|---|---|---|---|---|---|
| | | | 06/19/03 | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Parking | $12.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $109.20 |
| | | | 06/20/03 | Local | $1.00 |
| | | | | Iowa Room | $13.13 |
| | | | | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Parking | $12.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $124.33 |
| | | | 06/21/03 | Local | $1.00 |
| | | | | Parking | $12.00 |
| | | | | Room Service | $20.29 |
| | | | | Room Service | $12.61 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $141.10 |
| | | | 06/22/03 | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Iowa Room | $9.43 |
| | | | | Parking | $12.00 |
| | | | | Local | $1.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $119.63 |
| | | | 06/23/03 | Iowa Room | $7.59 |
| | | | | Local | $1.00 |
| | | | | Parking | $12.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $115.79 |
| | | | 06/24/03 | Local | $1.00 |
| | | | | Iowa Room | $9.43 |
| | | | | Local | $1.00 |
| | | | | Parking | $12.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |

| Guest | Room | Account | Date | Description | Amount |
|---|---|---|---|---|---|
| | | | | Subtotal: | $118.63 |
| | | | 06/25/03 | Local | $1.00 |
| | | | | Iowa Room | $10.49 |
| | | | | Local | $1.00 |
| | | | | Parking | $12.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $119.69 |
| | | | 06/26/03 | Local | $1.00 |
| | | | | Local | $1.00 |
| | | | | Iowa Room | $11.99 |
| | | | | Local | $1.00 |
| | | | | Parking | $12.00 |
| | | | | Room | $85.00 |
| | | | | State Tax | $4.25 |
| | | | | Room Tax | $5.95 |
| | | | | Subtotal: | $122.19 |
| | | | | **Guest Total:** | **$1,757.89** |
| [redacted] | | | | | |
| | 828 | 1154 | 06/22/03 | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $72.80 |
| | | | 06/23/03 | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $72.80 |
| | | | 06/24/03 | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $72.80 |
| | | | 06/25/03 | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $72.80 |
| | | | 06/26/03 | Room Service | $20.10 |
| | | | | Local | $1.00 |
| | | | | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $93.90 |
| | | | | **Guest Total:** | **$385.10** |
| [redacted] | | | | | |
| | 861 | 10043 | 06/13/03 | Room | $65.00 |
| | | | | State Tax | $3.25 |
| | | | | Room Tax | $4.55 |
| | | | | Subtotal: | $72.80 |



TAGFB026_00107

| Work Date | Recorder | Cost code | Bill Quant | Disc Rate | Bill Rate | Amt. | Desc |
|---|---|---|---|---|---|---|---|
| 7/10/2003 | 251 | 608 | 1 | 200.00% | 31.56 | 31.56 | Business Meals - Outside the Office - IN THE BAG- Outside the Office - IN THE BAG-catering for Franconis trial |
| 7/10/2003 | 251 | 608 | 1 | 40.00% | 29.76 | 29.76 | Business Meals - Outside the Office - IN THE BAG- Outside the Office - IN THE BAG-catering for Franconis trial |
| 7/10/2003 | 251 | 608 | 1 | 22.00% | 34.02 | 34.02 | Business Meals - Outside the Office - IN THE BAG- Outside the Office - IN THE BAG-catering for Franconis trial |
| 7/10/2003 | 251 | 608 | 1 | 28.00% | 31.75 | 31.75 | Business Meals - Outside the Office - IN THE BAG-catering for Franconis trial |
| 7/15/2003 | 251 | 609 | 1 | 30.00% | 30.74 | 30.74 | Business Meals - In the Office - IN THE BAG-lunch during trial |
| 7/16/2003 | 185 | 608 | 1 | 3.00% | 37.81 | 37.81 | Business Meals - Outside the Office - IN THE BAG -catering for franconia trial |
| 8/6/2003 | 251 | 608 | 1 | 2.00% | 35.19 | 35.19 | Business Meals - Outside the Office - CONTEMPORARY CATERING -catering service for Franconia trial |
| 8/13/2003 | 4747 | 658 | 1 | 150.00% | 30.00 | 30.00 | Business Meals-Outside the Office: 6/13/03 through 6/27/03 trial in Des Moines |
| 8/13/2003 | 4747 | 658 | 1 | 20.00% | 26.51 | 26.51 | Business Meals-Outside the Office: 6/13/03 through 6/27/03 trial in Des Moines |

287.34

**Non-Party Witnesses**

| Witness | Deposition Days | Trial Days | Travel Days | Total Days | Statutory Fee | Total |
|---|---|---|---|---|---|---|
| George Karvel | 2 | 9 | 2 | 13 | $40 | $520 |
| Don Gorowsky | 1 | 6 | 2 | 9 | $40 | $360 |
| Dean Greenwalt | 1 | 2 | 2 | 5 | $40 | $200 |
| **Total** | **4** | **17** | **6** | **27** | **$40** | **$1,080** |