For Accounting Use Only: VENDOR NO. ____________

# PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Matter Name: FMHA

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: 1043.30

Currency: [X] $ U.S [ ] ¥ Yen [ ] DM [ ] £ Sterling [ ] Francs [ ] Other: ____________

Pay as: [ ] Cash [ ] Wire Transfer *(please complete information on page 2)* [X] Check

*Accounting Use Only*

Tax Expense: # 851300 - ____0000 ____________

C#________ M#________ ____________

Other: ____________ ____________

MN Tax Pay # 205002 - 010000 ( ____________ )

Mpls Tax Pay # 205005 - 010000 ( ____________ )

CO Tax Pay # 205003 - 020000 ( ____________ )

IA Tax Pay # 205004 - 060000 ( ____________ )

Payable to: Bachman Printing Companies

Address: 510 Marquette Ave., Suite 222
Minneapolis, MN 55402

Description: Printing and Binding of Appellant's Brief

Details if applicable:

Date(s): ____________ Location: ____________

Individual(s): ____________

Reason: ____________

| **Cost Code** *(Click down arrow for Cost Codes list)* | **Amount** |
|---|---|
| 000003 External Copying | 1043.30 |
| | |
| | |
| | |
| | |
| | |

Date: 2-8-00 Date Payment is Required: 2-9-00

Requested by: Mark J. Blando No. 670

Approval *(if required)*: [signature] No. 142

*ACCOUNTING USE ONLY:*

1099 ____ Ext. OK ____

Tax OK ____ Backup OK ____

[X] Please notify Carrie Byrne *(first and last name)* via e-mail when ready.

[ ] Please return by Inter-Office Mail to: ____________ Office/Floor ____________

[ ] Please send via U.S. Mail

client_costs.pdf 2/1/00

TAGFBO26_000196

TAGFB026_000197

Carrie
Byrne

FAEGRE & BENSON LLP

Check Date: 02-09-00 Check No: 485060

485060

| DATE | INVOICE | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 01/13/00 | 11158 | | 1,043.30 | 0.00 | 1,043.30 |
| Vendor Name: | BACHMAN PRINTING COMPANIES | | | TOTAL | 1,043.30 |

TAGFBO26_000198

For Accounting Use Only: VENDOR NO. ____________

# PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: FMHA / HUD Matter Name: TUCKER ACT

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: $ 297.35

Currency: ☐ $ U.S. ☐ ¥ Yen ☐ DM ☐ £ Sterling ☐ Francs ☐ Other: ______

Pay as: ☐ Cash

☐ Wire Transfer *(please complete information on reverse)*

☑ Check Payable to: BACHMAN PRINTING

Address: 510 MARQUETTE AVE
MPLS

Description: ____________

| **Cost Code** (See reverse for Cost Codes) | **Amount** |
|---|---|
| 000003 + 000102 | $ 277.90 |

Date: 3-19-99 Date Payment is Required: 3-22-99

Requested by: W - ROBERTS No. 473

Approval *(if required)*: ____________ No. ______

**FOR ACCOUNTING OFFICE USE ONLY:**

Ext. OK ______
Tax OK ______
Backup OK ______
Date Paid ______
Check Number ______

☑ Please call TERRIE MATTSON when ready. (Ext 3777)

☐ Please return by Inter-Office Mail to: ____________ Office/Floor ______

☐ Please send via U.S. Mail

M1:0165655.02
3/20/97

TAGFBO26_000235

FAEGRE & BENSON LLP

Check Date: 03-22-99 Check No: 461985

461985

| DATE | INVOICE | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 03/18/99 | 7703 | | 297.35 | 0.00 | 297.35 |
| Vendor Name: BACHMAN PRINTING COMPANIES | | | | TOTAL | 297.35 |

TAGFBO26_000236

**REMIT TO:**
BACHMAN PRINTING COMPANIES
510 MARQUETTE AVE.. STE.222
MINNEAPOLIS, MN 55402

Bachman Cos.

# INVOICE

Fed. Tax I.D.# 41-1847-471

No. **7703**

Date 3/18/99

Customer P.O. No.
000190-473

CUSTOMER
Terrie Mattson
Faegre & Benson *1063
90 South 7th Street
2200 Norwest Center
Minneapolis MN 55402

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 10 | Plaintiffs Motion for summary Judgement. Prepare cover, copy, collate, bind. | 277.90 |

Taken by: KRISTI

Plaintiffs Motion for summary

| | |
|---|---|
| SUB | 277.90 |
| TAX | 19.45 |
| SHIPPING | |
| TOTAL | 297.35 |

TERMS: NET 30. Invoices past due will be subject to a finance charge of 1.5% per month.

THANK YOU. Your business is appreciated!

For Accounting Use Only: VENDOR NO. ____________

# PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778
Client Name: FmHA Matter Name: Tucker Act

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: 289.97
Currency: ☑ $ U.S. ☐ ¥ Yen ☐ DM ☐ £ Sterling ☐ Francs ☐ Other: ____
Pay as: ☐ Cash
☐ Wire Transfer *(please complete information on reverse)*
☑ Check Payable to: Bachman Printing Companies
Address: 510 Marquette Ave., Ste. 222
Minneapolis, MN 55402
Description: Plaintiffs' Reply Brief in Support of Motion for Partial Summary Judgment

| Cost Code *(See reverse for Cost Codes)* | Amount |
|---|---|
| Copying/Binding 000003 | 289.97 |

Date: 1-20-98 Date Payment is Required: ____________
Requested by: Jeff Eckland No. 251
Approval *(if required)*: ____________ No. ____

**FOR ACCOUNTING OFFICE USE ONLY:**

Ext. OK ______
Tax OK ______
Backup OK ______
Date Paid ______
Check Number ______

☐ Please call ______ when ready. (Ext. ______)
☑ Please return by Inter-Office Mail to:
Julie N Office/Floor 23
☐ Please send via U.S. Mail

M1:0165655.02
3/20/97

TAGFBO26_000298

Bachman Printing Companies

# INVOICE

**REMIT TO:**
BACHMAN PRINTING COMPANIES
510 MARQUETTE AVE., STE. 222
MINNEAPOLIS, MN 55402

No. **2669**

Date 12/31/97

Customer P.O. No.
00190/473

CUSTOMER
Bill Roberts
Faegre & Benson *1063
90 South 7th Street
2200 Norwest Center
Minneapolis MN 55402

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 11 | Plaintiffs Reply Brief in Support of Motion for Partial Summary Judgment, Fraconia Associates v. USA. Copy, collate, bind, cover, file and serve. | 271.00 |

Tucker Act
1-2
# 129778

BRIEFS.

| | |
|---|---|
| SUB | 271.00 |
| TAX | 18.97 |
| SHIPPING | |
| TOTAL | 289.97 |

TERMS: NET 30. Invoices past due will be subject to a finance charge of 1.5% per month.

THANK YOU. Your business is appreciated!

**For Accounting Use Only:** VENDOR NO. ____________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Matter Name: FmHA

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: 374.50

Currency: ☑ $ U.S. ☐ ¥ Yen ☐ DM ☐ £ Sterling ☐ Francs ☐ Other: ____

Pay as: ☐ Cash

☐ Wire Transfer *(please complete information on reverse)*

☑ Check Payable to: Bachman Printing

Address: 510 Marquette Ave, Ste. 222
Mpls, MN 55402

Description: Plaintiff's Motion for Summary Judgment in Franconia Assoc. v. US.

| **Cost Code** *(See reverse for Cost Codes)* | **Amount** |
|---|---|
| 000003 | 374.50 |

Pd 12/30/97 ck # 429877

Date: 12/15/97 Date Payment is Required: ____________

Requested by: Jeff Eckland No. 251

Approval *(if required)*: ____________ No. ____

**FOR ACCOUNTING OFFICE USE ONLY:**

Ext. OK ____
Tax OK ____
Backup OK ____
Date Paid ____
Check Number ____

☐ Please call ____ when ready. (Ext. ____)

☑ Please return by Inter-Office Mail to: Julie Deken Office/Floor 23

☐ Please send via U.S. Mail

M1:0165655.02
3/20/97

Bachman Printing Companies

# INVOICE

No. 2178

Date 11/14/97

Customer P.O. No.

**REMIT TO:**
BACHMAN PRINTING COMPANIES
510 MARQUETTE AVE., STE. 222
MINNEAPOLIS, MN 55402

CUSTOMER
Bill Roberts
Faegre & Benson *1063
90 South 7th Street
2200 Norwest Center
Minneapolis MN 55402

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 11 | Plaintiff's Motion for Summary Judgement. Franconia Associates v. USA. Copy, collate, bind, cover, file and serve. | 350.00 |

BRIEFS.

| | |
|---|---|
| SUB | 350.00 |
| TAX | 24.50 |
| SHIPPING | |
| TOTAL | 374.50 |

TERMS: NET 30. Invoices past due will be subject to a finance charge of 1.5% per month.

THANK YOU. Your business is appreciated!

510 Marquette Building ▪ Suite 222 ▪ 510 Marquette Avenue ▪ Minneapolis, MN 55402
(612) 339-9518 ▪ (800) 715-3582 ▪ Fax (612) 337-8053 ▪ kristi@bachmanprint.com

**For Accounting Use Only:** VENDOR NO. ________________

# PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778
Client Name: Tucker Matter Name: FmHA

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: 419.87

Currency: [X] $ U.S [ ] ¥ Yen [ ] DM
[ ] £ Sterling [ ] Francs
[ ] Other: ____________

Pay as: [ ] Cash
[ ] Wire Transfer
*(please complete information on page 2)*
[X] Check Payable to: Bachman Printing
Address: ____________

*Accounting Use Only*

Tax Expense: # 851300 - ____0000
C#________ M#________
Other: ____________

MN Tax Pay # 205002 - 010000 ( ________ )
Mpls Tax Pay # 205005 - 010000 ( ________ )
CO Tax Pay # 205003 - 020000 ( ________ )
IA Tax Pay # 205004 - 060000 ( ________ )

Description: ____________
Details if applicable:
Date(s): ____________ Location: ____________
Individual(s): ____________
Reason: ____________

| **Cost Code** *(Click down arrow for Cost Codes list)* | **Amount** |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Date: 5-25-01 Date Payment is Required: 5-31-01
Requested by: Mark Blando No. 670
Approval *(if required)*: ____________ No. ______

***ACCOUNTING USE ONLY:***
1099 ____ Ext. OK ____
Tax OK ____ Backup OK ____

[ ] Please notify ____________ via e-mail when ready.
*(first and last name)*
[X] Please return by Inter-Office Mail to:
Lynn Pelowski Office/Floor 24
[ ] Please send via U.S. Mail

client_costs.pdf: 1/17/01

**REMIT TO:**
BACHMAN PRINTING COMPANIES
510 MARQUETTE AVE., STE.222
MINNEAPOLIS, MN 55402

Bachman Cos.

# INVOICE

Fed. Tax I.D.# 41-1847-471

No. **16744**

Date 5/21/01

Customer P.O. No.
129778/670

CUSTOMER

Mark Blando
Faegre & Benson *1063
90 South 7th Street
2200 Norwest Center
Minneapolis MN 55402

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 25 | REply Brief in Support of Petition, Franconia Assoc v. US. Prepare and print cover, copy, collate, perfectbind. | 392.40 |

Taken by: KRISTI

REply Brief in Support of Petition, Franconia Asso

| | |
|---|---|
| SUB | 392.40 |
| TAX | 27.47 |
| SHIPPING | |
| TOTAL | 419.87 |

TERMS: NET 30. Invoices past due will be subject to a finance charge of 1.5% per month.

THANK YOU. Your business is appreciated!

FAEGRE & BENSON LLP

Check Date: 05-31-01 Check No: 523424

523424

| DATE | INVOICE | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 05/21/01 | 16744 | | 419.87 | 0.00 | 419.87 |
| Vendor Name: BACHMAN PRINTING COMPANIES | | | | TOTAL | 419.87 |

TAGFBO26_000677

For Accounting Use Only: VENDOR NO. ____________

# PAYMENT REQUEST
# CLIENT COSTS

FILE COPY

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Claims Matter Name: FmHA

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: $845.06

Currency: [X] $ U.S [ ] ¥ Yen [ ] DM
[ ] £ Sterling [ ] Francs
[ ] Other: ____________

Pay as: [ ] Cash
[ ] Wire Transfer
*(please complete information on page 2)*
[X] Check Payable to: Bachman Printing Companies
Address: 510 Marquette Ave., Suite 222
Minneapolis, MN 55402

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ________ |
| C#________ | M#________ | ________ |
| Other: ____________ | | ________ |
| MN Tax Pay | # 205002 - 010000 | ( ________ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ________ ) |
| CO Tax Pay | # 205003 - 020000 | ( ________ ) |
| IA Tax Pay | # 205004 - 060000 | ( ________ ) |

Description: printing expense of Petitioners Reply Brief
Details if applicable:
Date(s): ____________ Location: ____________
Individual(s): ____________
Reason: ____________

| **Cost Code** *(Click down arrow for Cost Codes list)* | **Amount** |
|---|---|
| 000003 External Copying | $845.06 |

Date: 1/8/02 Date Payment is Required: 1/14/02

Requested by: Mark Blando No. 670

Approval *(if required)*: ____________ No. ________

| *ACCOUNTING USE ONLY* | | | |
|---|---|---|---|
| 1099 | ____ | Ext. OK | ____ |
| Tax OK | ____ | Backup OK | ____ |

[ ] Please notify ____________ via e-mail when ready.
*(first and last name)*
[ ] Please return by Inter-Office Mail to:
____________ Office/Floor ________
[X] Please send via U.S. Mail

**REMIT TO:**
BACHMAN PRINTING COMPANIES
510 MARQUETTE AVE., STE.222
MINNEAPOLIS, MN 55402

Bachman Cos.

# INVOICE

Fed. Tax I.D.# 41-1847-471

No. 18747

Date 11/30/01

Customer P.O. No.

CUSTOMER
Faegre & Benson *1063
90 South 7th Street
2200 Norwest Center
Minneapolis MN 55402

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 63 | Petitioners Reply Brief, Franconia Associates v. US. Prepare and print cover, copy, collate, bind, cut, trim, serve and file. | 770.85 |

Taken by: KRISTI

TERMS: NET 30. Invoices past due will be subject to a finance charge of 1.5% per month.

THANK YOU. Your business is appreciated!

| | |
|---|---|
| SUB | 770.85 |
| TAX | 53.96 |
| SHIPPING | 20.25 |
| TOTAL | 845.06 |

510 Marquette Avenue ■ 222 on the Skyway Minneapolis, MN 55402
phone (612) 339-9518 ■ fax (612) 337-8053 ■ (800) 715-3582
printing@bachmanprint.com

TAGFB026_000574

Mark Blando

✓

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402
Telephone: (612) 338-5579 Fax: (612) 340-0501

# Statement

Date: 27-Oct-2004

Payment:

Building: EXECUTIVE RESOURCE CENTER
Unit: 6018

**Eckland & Blando**
10 South Fifth Street
Suite 6018
Minneapolis, MN 55402

Business Phone:
Fax:

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402

Date: 27-Oct-2004

Amount Paid:

**Eckland & Blando**

Building: EXECUTIVE RESOURCE CENTER
Unit: 6018

**Page: 1**

| Date | Description | | Reference | Amount | Applied | Balance |
|---|---|---|---|---|---|---|
| **Next Month Charges:** | | | Long Distance | ~36.86 | | |
| 01-Nov-2004 | Comm Rent | Rent Commercial | | ~1,225.00 | | |
| 01-Nov-2004 | Tele | Telephone | | ~425.00 | | |
| 01-Nov-2004 | DSL | DSL | | ~150.00 | | |
| 01-Nov-2004 | Furn | Furniture Rental | | 370.00 | | |
| 01-Nov-2004 | Shipping | Shipping Charges | | ~79.36 | | |
| 01-Nov-2004 | Copies | Copies | | ~245.40 | | |
| 01-Nov-2004 | Postage | Postage | | ~519.24 | | |

| Current | 31 - 60 Days | 61 - 90 Days | 91+ Days | Amount Due |
|---|---|---|---|---|
| $3,014.00 | $0.00 | $0.00 | $0.00 | $3,014.00 |

should be 3,050.86

Please note the new mailing address for your rental payments.
Thank you.

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402
Telephone: (612) 338-5579 Fax: (612) 340-0501

# Statement

Date: 22-Nov-2004
Payment:

Building: EXECUTIVE RESOURCE CENTER
Unit: 6018

**Eckland & Blando**
10 South Fifth Street
Suite 6018
Minneapolis, MN 55402

Business Phone:
Fax:

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402

Date: 22-Nov-2004
Amount Paid:

Building: EXECUTIVE RESOURCE CENTER
Unit: 6018
**Page: 1**

**Eckland & Blando**

| Date | Description | | Reference | Amount | Applied | Balance |
|---|---|---|---|---|---|---|
| **Next Month Charges:** | | | | | | |
| 01-Dec-2004 | Furn | Furniture Rental | | 370.00 | | |
| 01-Dec-2004 | Comm Rent | Rent Commercial | | 1,225.00 | ✓ | |
| 01-Dec-2004 | Tele | Telephone | | 425.00 | | |
| 01-Dec-2004 | DSL | DSL | | 150.00 | | |
| 01-Dec-2004 | Copies | Copies | | 793.70 | | |
| 01-Dec-2004 | Parking | Parking | | 12.61 | | |

| Current | 31 - 60 Days | 61 - 90 Days | 91+ Days | Amount Due |
|---|---|---|---|---|
| $2,976.31 | $0.00 | $0.00 | $0.00 | $2,976.31 |

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402
Telephone: (612) 338-5579 Fax: (612) 340-0501

# Statement

Date: 20-Dec-2004

Payment:

Building: EXECUTIVE RESOURCE CENTER
Unit: 6016

**Eckland & Blando**
10 South Fifth Street
Suite 6016
Minneapolis, MN 55402

Business Phone:
Fax:

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402

Date: 20-Dec-2004
Amount Paid:

Building: EXECUTIVE RESOURCE CENTER
Unit: 6016

**Eckland & Blando**

Page: 1

| Date | Description | Reference | Amount | Applied | Balance |
|---|---|---|---|---|---|
| **Next Month Charges:** | | | | | |
| 01-Jan-2005 | Faxes | Faxes | 4.00 | | |
| 01-Jan-2005 | L/Dist | Long Distance | 64.07 | Should be $53.39 | |
| 01-Jan-2005 | Copies | Copies | 397.20 | | |
| 01-Jan-2005 | Comm Rent | Rent Commercial | 665.00 | | |
| 01-Jan-2005 | Postage | Postage | 13.73 | | |

| Current | 31 - 60 Days | 61 - 90 Days | 91+ Days | Amount Due |
|---|---|---|---|---|
| $1,144.00 | $0.00 | $0.00 | $0.00 | $1,144.00 |

Late fees will be assessed for all late payments effective January 2005 per the terms of your lease agreement.

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402
Telephone: (612) 338-5579 Fax: (612) 340-0501

# Statement

Date: 24-Jan-2005

Payment:

Building: EXECUTIVE RESOURCE CENTER
Unit: 6018

**Eckland & Blando**
10 South Fifth Street
Suite 6018
Minneapolis, MN 55402

Business Phone:
Fax:

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402

Date: 24-Jan-2005
Amount Paid:

Building: EXECUTIVE RESOURCE CENTER
Unit: 6018

**Eckland & Blando**

Page: 1

| Date | Description | | Reference | Amount | Applied | Balance |
|---|---|---|---|---|---|---|
| **Next Month Charges:** | | | | | | |
| 01-Feb-2005 | Tele | Telephone | | 425.00 | | |
| 01-Feb-2005 | DSL | DSL | | 150.00 | | |
| 01-Feb-2005 | Furn | Furniture Rental | | 370.00 | | |
| 01-Feb-2005 | Comm Rent | Rent Commercial | | 1,170.00 | | |
| 01-Feb-2005 | Shipping | Shipping Charges | | 30.49 | | |
| 01-Feb-2005 | Copies | Copies | | 178.10 | | |
| 01-Feb-2005 | L/Dist | Long Distance plus 20% | | 30.96 | + 10.68 from #6016 | |
| 01-Feb-2005 | Postage | Postage | | 124.54 | | |

| Current | 31 - 60 Days | 61 - 90 Days | 91+ Days | Amount Due |
|---|---|---|---|---|
| $2,479.09 | $0.00 | $0.00 | $0.00 | $2,479.09 |

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402
Telephone: (612) 338-5579 Fax: (612) 340-0501

# Statement

Date: 21-Feb-2005

Payment:

Building: EXECUTIVE RESOURCE CENTER
Unit: 6018

**Eckland & Blando**
10 South Fifth Street
Suite 6018
Minneapolis, MN 55402

Business Phone:
Fax:

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402

Date: 21-Feb-2005

Amount Paid:

Building: EXECUTIVE RESOURCE CENTER
Unit: 6018

**Eckland & Blando**

Page: 1

| Date | Description | | Reference | Amount | Applied | Balance |
|---|---|---|---|---|---|---|
| **Next Month Charges:** | | | | | | |
| 01-Mar-2005 | L/Dist | Long Distance | | 5.77 | | |
| 01-Mar-2005 | Tele | Telephone | | 450.00 | | |
| 01-Mar-2005 | DSL | DSL | | 150.00 | | |
| 01-Mar-2005 | Furn | Furniture Rental | | 370.00 | | |
| 01-Mar-2005 | Comm Rent | Rent Commercial | | 1,170.00 | | |
| 01-Mar-2005 | Tele | Telephone | | 210.00 | | |
| 01-Mar-2005 | Copies | Copies | | 144.00 | | |

| Current | 31 - 60 Days | 61 - 90 Days | 91+ Days | Amount Due |
|---|---|---|---|---|
| $2,499.77 | $0.00 | $0.00 | $0.00 | $2,499.77 |

The detail of your long distance charges is only enclosed only if the cost exceeds $1.00. A copy for anyone is available upon request.

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402
Telephone: (612) 338-5579 Fax: (612) 340-0501

# Statement

Date: 21-Mar-2005
Payment:

Building: EXECUTIVE RESOURCE CENTER
Unit: 6016

**Eckland & Blando**
10 South Fifth Street
Suite 6016
Minneapolis, MN 55402

Business Phone:
Fax:

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402

Date: 21-Mar-2005
Amount Paid:

Building: EXECUTIVE RESOURCE CENTER
Unit: 6016

**Eckland & Blando**

Page: 1

| Date | Description | | Reference | Amount | Applied | Balance |
|---|---|---|---|---|---|---|
| **Next Month Charges:** | | | | | | |
| 01-Apr-2005 | Postage | Postage | | 257.80 | | |
| 01-Apr-2005 | Comm Rent | Rent Commercial | | 637.50 | | |
| 01-Apr-2005 | Copies | Copies | | 431.80 | | |
| 01-Apr-2005 | Shipping | Shipping Charges | | 43.32 | | |
| 01-Apr-2005 | L/Dist | Long Distance | | 18.54 | | |

| Current | 31 - 60 Days | 61 - 90 Days | 91+ Days | Amount Due |
|---|---|---|---|---|
| $1,388.96 | $0.00 | $0.00 | $0.00 | $1,388.96 |

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402
Telephone: (612) 338-5579 Fax: (612) 340-0501

# Statement

Date: 20-May-2005

Payment:

Building: EXECUTIVE RESOURCE CENTER
Unit: 6016

**Eckland & Blando**
10 South Fifth Street
Suite 6016
Minneapolis, MN 55402

Business Phone:
Fax:

**Lumber LLC**
10 South Fifth Street
Suite 700
Minneapolis, MN 55402

Date: 20-May-2005

Amount Paid:

Building: EXECUTIVE RESOURCE CENTER

**Eckland & Blando**

Unit: 6016

**Page: 1**

| Date | Description | | Reference | Amount | Applied | Balance |
|---|---|---|---|---|---|---|
| **Next Month Charges:** | | | | | | |
| 01-Jun-2005 | Postage | Postage | | 141.36 | | |
| 01-Jun-2005 | Copies | Copies | | 664.40 | | |
| 01-Jun-2005 | L/Dist | Long Distance | | 18.54 | | |
| 01-Jun-2005 | Comm Rent | Rent Commercial | | 637.50 | | |
| 01-Jun-2005 | Shipping | Shipping Charges | | 114.06 | | |

| Current | 31 - 60 Days | 61 - 90 Days | 91+ Days | Amount Due |
|---|---|---|---|---|
| $1,575.86 | $0.00 | $0.00 | $0.00 | $1,575.86 |

RECEIVED
MAY 23 2005
BY: [signature]