# EXHIBIT E

Costs Incident to the Taking of Depositions

| Work Date | Recorder | Cost code | Bill Quant | Disc Rate | Bill Rate | Amt. | Desc |
|---|---|---|---|---|---|---|---|
| 10/4/2000 | 473 | 1201 | 1 | 100.00% | 246.51 | 244.57 | Court Reporter/Transcript - Depositions - KIRKPATRICK & STENSTROM, INC.- Deposition of David Tucker expenses |
| 10/23/2000 | 251 | 1201 | 1 | 100.00% | 363.65 | 363.65 | Court Reporter/Transcript - Depositions - PETERSEN COURT REPORTERS- James Levy and Daniel Roseliep deposition |
| 11/8/2000 | 251 | 1201 | 1 | 100.00% | 507.50 | 507.50 | Court Reporter/Transcript - Depositions - VIRGINIA LEDFORD- deposition transcript of George Karvel taken 7/20/00 |
| 2/9/2001 | 251 | 1201 | 1 | 100.00% | 168.30 | 168.30 | Court Reporter/Transcript - Depositions - VERBATIM COURT REPORTING- Deposition of P. Perri on 7/28/00 |
| 11/27/2001 | 473 | 1103 | 1 | 10.00% | 34.67 | 324.00 | Court Reporter/Transcript-Court Related Expense - STEVENS-KOENIG REPORTING - Copies of depo transcript of Dean Greenwait |
| 1/18/2002 | 251 | 1201 | 1 | 100.00% | 337.00 | 337.00 | Court Reporter/Transcript - Depositions - MARTIE SAPHIR- Gorowsky deposition transcript on 12/19/01 |
| 12/17/2002 | | | 1 | | 310.00 | 310.00 | Court Reporter/Transcript - Depositions - VIRGINIA LEDFORD - Marge Alden deposition transcript on 12/3/02 |
| 1/28/2003 | 251 | 1201 | 1 | 100.00% | 352.55 | 352.55 | Court Reporter/Transcript - Depositions - STEVENS-KOENIG REPORTING- Marilyn and John Graham deposition transcripts |
| 2/24/2003 | 251 | 1201 | 1 | 100.00% | 253.25 | 253.25 | Court Reporter/Transcript - Depositions - ASHEVILLE REPORTING SERVICE, INC - George Morosani |
| 3/11/2003 | 670 | 1201 | 1 | 100.00% | 241.45 | 241.45 | Court Reporter/Transcript - Depositions - NOLEN-MARTINA REPORTING SERVICES- Wells |
| 3/14/2003 | 251 | 1201 | 1 | 100.00% | 438.17 | 409.50 | Court Reporter/Transcript - Depositions - ALDERSON REPORTING CO. INC.- Costello deposition |
| 3/19/2003 | 670 | 1201 | 1 | 100.00% | 19.00 | 19.00 | Court Reporter/Transcript - Depositions - NOLEN-MARTINA REPORTING SERVICES- deposition fees (Brian Wells) (condensed) |
| 4/10/2003 | 251 | 1201 | 1 | 100.00% | 296.40 | 296.40 | Court Reporter/Transcript - Depositions - ASSOCIATED REPORTING SERVICES- David Alton Hodges deposition transcript (2/7/03) |
| 4/10/2003 | 251 | 1201 | 1 | 100.00% | 200.10 | 200.10 | Court Reporter/Transcript - Depositions - ASSOCIATED REPORTING SERVICES- Donald Stordahl deposition transcript (2/6/03) |
| 4/10/2003 | 251 | 1201 | 1 | 100.00% | 397.40 | 397.40 | Court Reporter/Transcript - Depositions - MARTIE SAPHIR- Gorowsky deposition transcript on 3-27-03 |

Costs Incident to the Taking of Depositions

| Work Date | Recorder | Cost code | Bill Quant | Disc Rate | Bill Rate | Amt. | Desc |
|---|---|---|---|---|---|---|---|
| 4/16/2003 | 670 | 1201 | 1 | 100.00% | 15.00 | 15.00 | Court Reporter/Transcript - Depositions - NOLEN-MARTINA REPORTING SERVICES - Wells (disk) |
| 4/21/2003 | 251 | 1201 | 1 | 100.00% | 534.80 | 534.80 | Court Reporter/Transcript - Depositions - VIRGINIA LEDFORD |
| 5/30/2003 | 670 | 1201 | 1 | 100.00% | 4,041.50 | 4,041.50 | Court Reporter/Transcript - Depositions - CAROL THOMAS REPORTING, INC.- deposition transcript of larry anderson & cynthia foxworth |
| 6/10/2003 | 473 | 1201 | 1 | 100.00% | 1,086.52 | 1,086.52 | Court Reporter/Transcript - Depositions - LEGALINK |

| TOTAL: | 10,102.49 |
|---|---|

For Accounting Use Only: VENDOR NO. ______________

## PAYMENT REQUEST
# CLIENT COSTS

FILE COPY

Client No.: 32902 Matter No.: 129778
Client Name: FmHA Matter Name: Tucker Act

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: $244.57

Currency: [X] $ U.S [ ] ¥ Yen [ ] DM
[ ] £ Sterling [ ] Francs
[ ] Other: ______

*Accounting Use Only*

Tax Expense: # 851300 - ____0000
C#______ M#______
Other: ______

MN Tax Pay # 205002 - 010000 ( ______ )
Mpls Tax Pay # 205005 - 010000 ( ______ )
CO Tax Pay # 205003 - 020000 ( ______ )
IA Tax Pay # 205004 - 060000 ( ______ )

Pay as: [ ] Cash
[ ] Wire Transfer
*(please complete information on page 2)*
[X] Check Payable to: Kirkpatrick & Stenstrom, Inc.
Address: 333 West Hampden Avenue, Suite 601
Englewood, CO 80110

Description: Deposition of David Tucker expenses
Details if applicable:
Date(s): ______ Location: ______
Individual(s): ______
Reason: ______

| **Cost Code** *(Click down arrow for Cost Codes list)* | **Amount** |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | $244.57 |

Date: 10/4/00 Date Payment is Required: 10/10/00
Requested by: Bill Roberts No. 473
Approval *(if required)*: ______ No. ______

***ACCOUNTING USE ONLY:***
1099 ____ Ext. OK ____
Tax OK ____ Backup OK ____

[ ] Please notify ______ *(first and last name)* via e-mail when ready.
[ ] Please return by Inter-Office Mail to: ______ Office/Floor ______
[X] Please send via U.S. Mail

client_costs.pdf:2/1/00

TAGFBO26_000162

# SECOND NOTICE

KIRKPATRICK & STENSTROM, INC.
333 West Hampden Avenue, Suite 601
Englewood, CO 80110
(303) 788-1858, FEIN:84-1312776

| DATE OF NOTICE | INVOICE # |
|---|---|
| 9/20/2000 | 5292 |

| BILL TO |
|---|
| WILLIAM L. ROBERTS, ESQ.<br>Faegre & Benson, LLP<br>2200 Norwest Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402 |

| RE: |
|---|
| Franconia Assoc., et al., v. USA,<br>In The United States Court of<br>Federal Claims,<br>No. 97-381C (Judge Gibson) |

| DUE DATE | REP | INVOICE DATE | SHIP VIA |
|---|---|---|---|
| 7/20/2000 | LKS | 7/20/2000 | UPS |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Copy | Deposition of DAVID TUCKER<br>Copy of Transcript<br>July 14, 2000 | 103 | 1.75 | 180.25 |
| Mini | Minitranscript - Extra copy | 103 | 0.15 | 15.45 |
| Exhibits | Exhibit Copying | 53 | 0.25 | 13.25 |
| Index | Index Tabs | 10 | 0.10 | 1.00 |
| ASCII | ASCII Conversion | 1 | 5.00 | 5.00 |
| Delivery | Delivery-Next Day Air | 1 | 22.50 | 22.50 |
| Interest | Interest on past due amount-August | 237.45 | 0.015 | 3.56 |
| Interest | Interest on past due amount-September | 237.45 | 0.015 | 3.56 |

2ND NOTICE

This invoice is currently 60 DAYS past due. Please remit payment to the address above.

**Total** $244.57

For Accounting Use Only: VENDOR NO. ____________

# PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902
Client Name: Tucker Act
Matter No.: 129778
Matter Name: FmHA

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: 363.65

Currency: [X] $ U.S [ ] ¥ Yen [ ] DM [ ] £ Sterling [ ] Francs [ ] Other: ______

Pay as: [ ] Cash
[ ] Wire Transfer
*(please complete information on page 2)*
[X] Check

Payable to: Petersen Court Reporters
Address: 317 Sixth Avenue, Suite 606
Des Moines, IA 50309

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | |
| C#______ | M#______ | |
| Other: ______ | | |
| MN Tax Pay | # 205002 - 010000 | ( ______ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ______ ) |
| CO Tax Pay | # 205003 - 020000 | ( ______ ) |
| IA Tax Pay | # 205004 - 060000 | ( ______ ) |

Description: James Levy and Daniel Roseliep deposition transcripts - Franconia
Details if applicable:
Date(s): ______ Location: ______
Individual(s): ______
Reason: ______

| Cost Code *(Click down arrow for Cost Codes list)* | Amount |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | 363.65 |

pd 10/31/00 ck#515649

Date: 10/19/00 Date Payment is Required: ______
Requested by: J. Eckland No. ~~255~~ 251
Approval *(if required)*: ______ No. ______

***ACCOUNTING USE ONLY:***

| | | | |
|---|---|---|---|
| 1099 | ____ | Ext. OK | ____ |
| Tax OK | ____ | Backup OK | ____ |

[ ] Please notify ______ via e-mail when ready. *(first and last name)*
[X] Please return by Inter-Office Mail to: Julie Nelson Office/Floor 23
[ ] Please send via U.S. Mail

client_costs.pdf:2/1/00

TAGFBO26_000138

# INVOICE
# # 39618

## Petersen Court Reporters

317 Sixth Avenue, Suite 606
Des Moines, IA 50309
(515)243-6596

DATE: 10/10/2000
Petersen Court Reporters thanks you for your business.

TO: Jeff E. Eckland, Esq.
Faegre & Benson
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402

Federal ID #: 39-1287270
Job Date: 7/13/2000
Invoice Date: 7/19/2000
Invoice Date: 7/19/2000

Financial Terms

Net 30

Job Name

Franconia Associates vs. USA -- 97-381C

Date Due

8/18/2000

| Reporter | Witness Name | Item Description | Pages | Qty | Price | Extension |
|---|---|---|---|---|---|---|
| Jackie Sinnott | James Frank Levy | One Copy of Transcript | 160.0 | 1.00 | 1.25 | 200.00 |
| | Daniel G. Roseliep | One Copy of Transcript | 76.00 | 1.00 | 1.25 | 95.00 |
| | | Exhibits Reproduced | | 93.00 | .25 | 23.25 |
| | | ASCII Diskette | | 1.00 | 20.00 | 20.00 |
| | | Condensed Copy | | 1.00 | 20.00 | 20.00 |
| | | Postage | | 1.00 | 5.40 | 5.40 |

**PAST DUE**

☆ This account must have been overlooked. Please send your check today or let us know immediately if further delay is necessary.

| Sub Total | | | Invoice Total | Amount Paid | BALANCE |
|---|---|---|---|---|---|
| $363.65 | | | $363.65 | ($.00) | $363.65 |

**Petersen Court Reporters** Certified and Registered Professional Reporters

**Partners**
Kathryn Powers, RMR
Jackie M. Sinnott
Edie Spriggs Daniels
Eileen Hicks, RMR
Christine Nuckolls, RMR

**Reporters**
Theresa Kenkel
Kelli Mulcahy, RMR, CRR
Ann Moyna

317 Sixth Avenue, Suite 606
Des Moines, IA 50309-4115
(515) 243-6596
(800) 541-5971
Fax: (515) 243-0316
E-Mail Address: PetersnCtR@aol.com

October 11, 2000

Jeff E. Ecklund, Esq.
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

In Re: Past-due account, Franconia Associates vs. USA, Invoice 39618

Dear Mr. Ecklund:

Our records indicate there is $363.65 past due on your account. We have received no response to our overdue statements. Our standard financial terms are net 30. Please give your prompt consideration to this matter and remit payment in full immediately. If our records are in error, or if you need further information, please contact us.

Sincerely,

Sarah Megrew
Office Manager

Enclosure

sent to A/P = 11-8-00

**For Accounting Use Only:** VENDOR NO. ____________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Matter Name: FmHA

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: 507.50

Currency: [X] $ U.S [ ] ¥ Yen [ ] DM
[ ] £ Sterling [ ] Francs
[ ] Other: ____________

Pay as: [ ] Cash
[ ] Wire Transfer
*(please complete information on page 2)*
[X] Check Payable to: Virginia Ledford, SSN 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
Address: Syndicated Reporters
1024 Gran Exchange Bldg., Minneapolis, MN 55415

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ____ |
| C#____ | M#____ | ____ |
| Other: ____ | | ____ |
| MN Tax Pay | # 205002 - 010000 | ( ____ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ____ ) |
| CO Tax Pay | # 205003 - 020000 | ( ____ ) |
| IA Tax Pay | # 205004 - 060000 | ( ____ ) |

Description: deposition transcript of George Karvel taken 07/20/00

Details if applicable:
Date(s): ____________ Location: ____________
Individual(s): ____________
Reason: ____________

| **Cost Code** *(Click down arrow for Cost Codes list)* | **Amount** |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | |

pd 11/27/00 ck # 507964

Date: 11/08/00 Date Payment is Required: ____________

Requested by: Jeff Eckland No. 251

Approval*(if required)*: ____________ No. ____________

***ACCOUNTING USE ONLY:***

| | | | |
|---|---|---|---|
| 1099 | ____ | Ext. OK | ____ |
| Tax OK | ____ | Backup OK | ____ |

[ ] Please notify ____________ via e-mail when ready.
*(first and last name)*

[X] Please return by Inter-Office Mail to:
Julie Nelson Office/Floor 23

[ ] Please send via U.S. Mail

client_costs.pdf 2/1/00

Nov-03-00 02:41P

P.01

TO: VL-56-00

Julie Nelson

ter

55402

26-3000

:MIT TO:

**VIRGINIA LEDFORD**
SYNDICATED REPORTERS
1024 GRAIN EXCHANGE BLDG.
MINNEAPOLIS, MN 55415
telephone 612-333-6549
soc. sec. # 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

DATE: July 25, 2000

Copy of the deposition of George R. Karvel taken on July 20, 2000, plus a reduced transcript and an ASCII formated disk. $507.5

IN RE: Franconia v. The Unitd States.

thank you.

11-3-00 called again left message with Julie

Attn: Julie Nelson

9-28-00 fax # 336-3026

RECEIVED NOV-03-00 02:53PM FROM- TO-FAEGRE&BENSON PAGE 01

For Accounting Use Only: VENDOR NO. ____________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Matter Name: FmHA

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: 168.30

Currency: [X] $ U.S [ ] ¥ Yen [ ] DM
[ ] £ Sterling [ ] Francs
[ ] Other: ____________

Pay as: [ ] Cash
[ ] Wire Transfer
*(please complete information on page 2)*
[X] Check Payable to: **Verbatim Reporting Service, LLC**
Address: Two East Mifflin Street, Suite 102
Madison, WI 53703

*Accounting Use Only*

Tax Expense: # 851300 - ____0000 ____________
C#________ M#________ ____________
Other: ____________ ____________

| | | |
|---|---|---|
| MN Tax Pay | # 205002 - 010000 | ( ____________ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ____________ ) |
| CO Tax Pay | # 205003 - 020000 | ( ____________ ) |
| IA Tax Pay | # 205004 - 060000 | ( ____________ ) |

Description: Deposition of P. Perri on July 28, 2000

Details if applicable:
Date(s): ____________ Location: ____________
Individual(s): ____________
Reason: ____________

Pd. 2-15-01 ck #514380

| **Cost Code** *(Click down arrow for Cost Codes list)* | **Amount** |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | 168.30 |

Date: 2/6/01 Date Payment is Required: ____________

Requested by: Jeff Eckland No. 251

Approval *(if required)*: ____________ No. ____________

***ACCOUNTING USE ONLY:***

1099 _____ Ext. OK _____
Tax OK _____ Backup OK _____

[ ] Please notify ____________ via e-mail when ready.
*(first and last name)*

[X] Please return by Inter-Office Mail to: Julie Nelson Office/Floor 23

[ ] Please send via U.S. Mail

client_costs.pdf: 1/17/01

TAGFBO26_000041

V·E·R·B·A·T·I·M
REPORTING SERVICE, LLC

Faegre & Benson, LLP
90 South Seventh Street
2200 Norwest Center
Minniapolis, MN 55402-3901
ATTN: Mr. Jeff H. Eckland, Atty.

INVOICE NO. : 21726
INVOICE DATE 8/22/2000
REPORTER:
Sarah J. Werner

ID# 39-1620166

FRANCONIA ASSOCIATES, et al., vs.
THE UNITED STATES

| Date | Description | Amount |
|---|---|---|
| 7/28/2000 | DEPOSITION OF PHOEBE J. PERRI: | |
| | One Copy | 127.50 |
| | Exhibit Copies | 8.60 |
| | ASCII Conversion | 10.00 |
| | Condensed and Word Index | 15.00 |
| | Shipping | 7.20 |

Thank you!

| | |
|---|---|
| Sub Total | 168.30 |
| Paid | 0.00 |
| Balance Due | 168.30 |

PAST DUE

Make Check Payable To:
Verbatim Reporting Service, LLC

Invoices are due upon receipt.
Invoices not paid within 30 days
subject to interest at the rate
of 1.5 percent per month



TAGFBO26_000042

For Accounting Use ( : VENDOR NO. ____________

PAYMENT REQUEST

# CLIENT COSTS

Client No.: ~~30202~~ 47907 Matter No.: 129778

Client Name: Tucker Act Claims Matter Name: FmHA

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: $324.00

Currency: [X] $ U.S [ ] ¥ Yen [ ] DM [ ] £ Sterling [ ] Francs [ ] Other: ____________

Pay as: [ ] Cash [ ] Wire Transfer *(please complete information on page 2)* [X] Check Payable to: **Stevens-Koenig Reporting**

Address: ____________

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ________ |
| C#________ | M#________ | ________ |
| Other: ____________ | | ________ |
| MN Tax Pay | # 205002 - 010000 | ( ________ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ________ ) |
| CO Tax Pay | # 205003 - 020000 | ( ________ ) |
| IA Tax Pay | # 205004 - 060000 | ( ________ ) |

Description: Copies of Deposition Transcript of Dean Greenwalt

Details if applicable:

Date(s): ____________ Location: ____________

Individual(s): ____________

Reason: ____________

| **Cost Code** *(Click down arrow for Cost Codes list)* | **Amount** |
|---|---|
| 001103 Court Reporter/Transcript (Court Related Expense) | $324.00 |

Date: 11/26/01 Date Payment is Required: 11/27/01 (8:00am)

Requested by: Bill Roberts No. 473

Approval *(if required)*: ____________ No. ____________

*ACCOUNTING USE ONLY:*

| | | | |
|---|---|---|---|
| 1099 | ____ | Ext. OK | ____ |
| Tax OK | ____ | Backup OK | ____ |

[X] Please notify Missy Lysne via e-mail when ready.
*(first and last name)*

[ ] Please return by Inter-Office Mail to: ____________ Office/Floor ________

[ ] Please send via U.S. Mail

# STEVENS-KOENIG REPORTING

## Registered Professional Reporters

1600 Broadway, Suite 2400
Denver, Colorado 80202
(303) 988-8470
(303) 988-8478 (fax)

Mailing Address:
Post Office Box 27318
Denver, Colorado 80227

Judy M. Stevens,
RPR, CSR, CMRS
Laura J. Koenig,
RPR, CSR, RMR

E-mail address:
skrjudy@aol.com

November 26, 2001

William Roberts, Esq. (Via Fax # 1-612-766-1600)
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

RE: Franconia Associates vs. The United States

Dear Mr. Roberts:

The deposition of Dean Robert Greenwalt, which was taken in Denver on November 15, 2001, in the above referenced case, is transcribed and ready to be delivered to your office. Your copies of the transcript will be delivered to you by Federal Express tomorrow, Tuesday, November 27, 2001, as a **C.O.D.** delivery. A company check made payable to Stevens-Koenig Reporting in the amount of **$324.00** will need to be given to the driver at the time of delivery.

Please call our offices today before 3:00 p.m. (MST) if you should have any questions. Thank you for your understanding of this office policy.

Sincerely,

STEVENS-KOENIG REPORTING
Federal Tax ID# 84-1551034

Missy – Please coordinate this payment pickup! Bill

RECEIVED NOV-26-01 07:59 FROM- TO-FAEGRE&BENSON PAGE 01

**For Accounting Use Only:** VENDOR NO. ____________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902
Matter No.: 129778
Client Name: Tucker Act
Matter Name: FmHA

***ALL RECEIPTS MUST BE ATTACHED.***

Amount: 337.00

Currency: [X] $ U.S [ ] ¥ Yen [ ] DM [ ] £ Sterling [ ] Francs [ ] Other: ____

Pay as: [ ] Cash [ ] Wire Transfer *(please complete information on page 2)* [X] Check

*Accounting Use Only*

Tax Expense: # 851300 - ____0000
C#____ M#____
Other: ____

MN Tax Pay # 205002 - 010000 ( ____ )
Mpls Tax Pay # 205005 - 010000 ( ____ )
CO Tax Pay # 205003 - 020000 ( ____ )
IA Tax Pay # 205004 - 060000 ( ____ )

Payable to: Martie Saphir, SSN 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
Address: Syndicated Reporters
1024 Grain Exchange Bldg., 400 S 4th St., Mpls., MN 55415

Description: Gorowsky Deposition transcript on 12/19/01
Details if applicable:
Date(s): ____ Location: ____
Individual(s): ____
Reason: ____

| **Cost Code** *(Click down arrows for Cost Codes list)* | **Amount** |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | 337.00 |

Pd 1-21 ck # 012820

Date: 1-11-01
Date Payment is Required: ____
Requested by: Jeff Eckland No. 251
Approval *(if required)*: ____ No. ____

**ACCOUNTING USE ONLY:**
1099 ____ Ext. OK ____
Tax OK ____ Backup OK ____

[ ] Please notify ____ *(first and last name)* via e-mail when ready.
[X] Please return by Inter-Office Mail to: Julie Nelson Office/Floor 23
[ ] Please send via U.S. Mail

client_costs.pdf 1/2/02

# INVOICE

REMIT TO:
MARTIE SAPHIR
Syndicated Reporters
1024 Grain Exchange Building
400 South Fourth Street
Minneapolis, Minnesota 55415
(612) 333-6549
SS# 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

DECEMBER 27, 2001

FAEGRE & BENSON
ATTN: JEFF H. ECKLAND, ESQ.
2200 Wells Fargo Center
90 South Seventh Street
Mpls., MN 55402-3901

INVOICE # 2120-MS-01

For furnishing a regular-size and a Multi-Page transcript with keyword indexing and an ASCII disk of the deposition of DONALD A. GOROWSKY, taken on 12-19-01, IN RE: FRANCONIA VS. USA.

TOTAL $337.00

THANK YOU

* * * * * * * *

PAYMENT DUE ON RECEIPT

* * * * * * * *

**For Accounting Use Only:** VENDOR NO. ____________

# PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: FmHA Tucker Act Matter Name: FmHA

## *ALL RECEIPTS MUST BE ATTACHED*

Amount: 310.00

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other: ____________

Pay as: [ ] Cash [ ] Wire Transfer

*(please complete information on page 2)*

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ________ |
| C#________ | M#________ | ________ |
| Other: ____________ | | ________ |
| MN Tax Pay | # 205002 - 010000 | (________) |
| Mpls Tax Pay | # 205005 - 010000 | (________) |
| CO Tax Pay | # 205003 - 020000 | (________) |
| IA Tax Pay | # 205004 - 060000 | (________) |

[X] Check/Cheque Payable to: Virginia Ledford, SSN #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

Address: Syndicated Reports
1024 Grain Exchange Bldg., Minneapolis, MN 55415

Description: Marge Alden deposition transcript of 12/03/02

Details if applicable:

Date(s): ____________ Location: ____________

Individual(s): ____________

Reason: ____________

pd. 1-28-03 ck# 575651

| **Cost Code** *(Click down arrow for cost codes list)* | **Amount** |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | 310.00 |

Date: 01/27/03 Date Payment is Required: 01/28/03

Requested by: Jeff Eckland No. 251

Approval *(if required)*: ____________ No. ________

ACCOUNTING USE ONLY

1099 ______ Ext. OK ______

Tax OK ______ Backup OK ______

[X] Please notify Julie Nelson *(first and last name)* via e-mail when ready.

[ ] Please return by Inter-Office Mail to: ____________ Office/Floor ________

[ ] Please send via Post Office Mail

TO:
VL-454-02

Jeff H. Eckland
Faegre & Benson
2200 Wells Fargo Center
Minneapolis, Minn. 55402

REMIT TO:

VIRGINIA LEDFORD
SYNDICATED REPORTERS
1024 GRAIN EXCHANGE BLDG.
MINNEAPOLIS, MN 55415
telephone 612-333-6549
soc. sec. # 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

DATE: 12-17-02

| | |
|---|---|
| Copy of the deposition of Marge Alden taken on December 3, 2002, plus a reduced transcript, ASCII formated disk and exhibits.<br><br>IN RE: Franconia v. USA.<br><br>Thank you. | $310.00 |

For Accounting Use Only: VENDOR NO. ______________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778
Client Name: FmHA Tucker Act Matter Name: FmHA

## *ALL RECEIPTS MUST BE ATTACHED*

Amount: 352.55

Currency: [X] $ U.S [ ] RMB
[ ] £ Sterling [ ] € Euro
[ ] Other: ______________

Pay as: [ ] Cash
[ ] Wire Transfer
*(please complete information on page 2)*

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ______ |
| C#______ | M#______ | ______ |
| Other: ______ | | ______ |
| MN Tax Pay | # 205002 - 010000 | ( ______ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ______ ) |
| CO Tax Pay | # 205003 - 020000 | ( ______ ) |
| IA Tax Pay | # 205004 - 060000 | ( ______ ) |

[X] Check/Cheque Payable to: Stevens-Koenig Reporting, Fed. Tax. ID #84-1551034
Address: P.O. Box 27318
Denver, CO 80227

Description: Marilyn and John Graham Deposition Transcripts
Details if applicable:
Date(s): ______ Location: ______
Individual(s): ______
Reason: ______

pd. 1-28-03 ck# 575658

| **Cost Code** *(Click down arrow for cost codes list)* | **Amount** |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | 352.55 |

Date: 01/27/03 Date Payment is Required: 01/28/03
Requested by: Jeff Eckland No. 251
Approval *(if required)*: ______ No.______

| ACCOUNTING USE ONLY | |
|---|---|
| 1099 _____ | Ext. OK _____ |
| Tax OK _____ | Backup OK _____ |

[X] Please notify Julie Nelson via e-mail when ready.
*(first and last name)*
[ ] Please return by Inter-Office Mail to:
______________ Office/Floor ______
[ ] Please send via Post Office Mail

**STEVENS-KOENIG REPORTING**
Registered Professional Reporters
P.O. Box 27318
Denver, CO 80227
(303) 988-8470
Fax: 988-8478

NATIONAL COURT REPORTER NCRA ASSOCIATION MEMBER

Tax ID #:
84-1551034

**Bill To:**

JEFF H. ECKLAND, ESQ.
Faegre & Benson, LLP
1200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

**INVOICE**
2152

| DATE | CLIENT |
|---|---|
| 01/06/2003 | 628 |

Re: Franconia Associates vs. The United States
Assignment Date: December 10, 2002

Deposition of Marilyn Graham

| | |
|---|---|
| One copy of transcript | 166.50 |
| ASCII Disk | 10.00 |
| Exhibit Copying | 19.75 |
| Federal Express Delivery | 24.80 |

Deposition of John Graham

| | |
|---|---|
| One copy of transcript | 121.50 |
| ASCII Disk | 10.00 |
| | ========== |
| Total Amount $ | 352.55 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 352.55 |

Please Make Checks Payable To:
STEVENS-KOENIG REPORTING
Federal Tax Id#: 84-1551034

TAGFBO26_000941

You are responsible for the payment of all charges on this invoice. In the event it becomes necessary to take legal action to collect on this invoice, you agree to pay all reasonable costs of collection, including, but not limited to, all court costs and attorney's fees.

**Thank you for your confidence in our services.**

Terms: Payable upon receipt 1.5 % per month

costs

For Accounting Use Only: VENDOR NO. ______________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778
Client Name: Tucker Act Matter Name: FmHA

## *ALL RECEIPTS MUST BE ATTACHED*

Amount: 253.25

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other: ______

Pay as: [ ] Cash [ ] Wire Transfer
*(please complete information on page 2)*

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ______ |
| C#______ | M#______ | ______ |
| Other: ______ | | ______ |
| MN Tax Pay | # 205002 - 010000 | (______) |
| Mpls Tax Pay | # 205005 - 010000 | (______) |
| CO Tax Pay | # 205003 - 020000 | (______) |
| IA Tax Pay | # 205004 - 060000 | (______) |

[X] Check/Cheque Payable to: Asheville Reporting Service, Inc.
Address: 66 N. Market Street
Asheville, NC 28801

Description: Deposition Transcript of George Morosani

pd 100

Details if applicable:
Date(s): ______ Location: ______
Individual(s): ______
Reason: ______

| **Cost Code** *(Click down arrow for cost codes list)* | **Amount** |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | 253.25 |

Date: 2/21/03 Date Payment is Required: 2/24/03 11 a.m.
Requested by: Jeff Eckland No. 251
Approval *(if required)*: ______ No. ______

ACCOUNTING USE ONLY
1099 ____ Ext. OK ____
Tax OK ____ Backup OK ____

[X] Please notify Julie Nelson via e-mail when ready.
*(first and last name)*
[ ] Please return by Inter-Office Mail to: ______ Office/Floor ______
[ ] Please send via Post Office Mail

client_costs.pdf : 1/17/03

TAGFB026_000884

**Asheville Reporting Service, Inc.**
66 N. Market Street
Asheville, NC 28801
(828) 254-9230
Fed ID: 56-2270440

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/19/2003 | 1323 |

BILL TO:

Jeff H. Eckland, Esq.
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

CASE:

Franconia
v
USA

| Reporter: | County: | Case No.: | ARS Doc ID: |
|---|---|---|---|
| Rebecca Geldres | US Court | 97-381C | L1243 |

| Date Taken | Item | Depo of: | Pages | Amount |
|---|---|---|---|---|
| 1/31/2003 | Transcript Copy | G. Morosani | 105 | 204.75 |
| | Exhibits | | 95 | 28.50 |
| | E-Transcript - Complimentary | | | 0.00 |
| | Condensed Copy /Word Indexing | | | 0.00 |
| | FedEx/COD | | | 20.00 |

TAGFB026_000885

It's been a pleasure working with you!

**Total** $253.25

**FACSIMILE TRANSMITTAL**

**To: Accounts Payable Department**

**Fax No.:** 612-766-1600

**Date:** 2/19/03

**Re:**

Jeff H. Eckand, Esq. Faegre + Benson, LLP
Franconia v USA Depo of G. Morosani

Attached, please find the invoice for the transcript in the above-referenced matter. It is our policy in dealing with out-of-town attorneys for the first time to send the transcript by Federal Express COD. Hopefully this fax and invoice will give you adequate opportunity to have a check prepared when the transcript arrives. This package is being sent for FedEx delivery on Feb 21, 2003.

It was a pleasure working with you and we look forward to working with you again in the future.

If you have any questions, please feel free to call.

Thank you,

Rebecca A. Geldres

Court Reporter

PS Check should be made payable to Asheville Reporting Service, not FedEx. Thank you.

**From the desk of Karen Kornhauser**

**Asheville Reporting Service Inc.**
**66 N. Market Street**
**Asheville, NC 28801**
**828-254-9230**
**Fax: 828-232-0294**
**800-357-5007**

TAGFBO26_000887

**Asheville Reporting Service, Inc.**
**66 N. Market Street**
**Ashevillle, NC 28801**
**(828) 254-9230**
**Fed ID: 56-2270440**

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/19/2003 | 1323 |

BILL TO:

Jeff H. Eckland, Esq.
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

CASE:

Franconia
v
USA

| Reporter: | County: | Case No.: | ARS Doc ID: |
|---|---|---|---|
| Rebecca Geldres | US Court | 97-381C | LI243 |

| Date Taken | Item | Depo of: | Pages | Amount |
|---|---|---|---|---|
| 1/31/2003 | Transcript Copy | G. Morosani | 105 | 204.75 |
| | Exhibits | | 95 | 28.50 |
| | E-Transcript - Complimentary | | | 0.00 |
| | Condensed Copy /Word Indexing | | | 0.00 |
| | FedEx/COD | | | 20.00 |

TAGFBO26_000888

**It's been a pleasure working with you!**

**Total** **$253.25**

FedEx® Express *C.O.D. Airbill*

**FedEx Standard Overnight*– Deliver Weekday**

- Upon delivery, collect the correct amount, check type or money order.
- Place check or money order inside a FedEx Envelope, affix label on face of FedEx Envelope.

To
Recipient's Name Phone 828 254-9230

Company ASHEVILLE REPORTING SERVICE

Address 66 N MARKET ST Dept./Floor/Suite/Room

City ASHEVILLE State NC ZIP 288012514

Your Internal Billing Reference

837975364468

*Delivery commitment may be later in some areas.

Form I.D. No. 0320

ACSL 02 Rev. Date 11/00 • Part #156823 • ©1994–2000 FedEx • PRINTED IN U.S.A.

COURIER REMINDER: • Verify correct Payment Type, Amount, Payee, and Current Date. 4662 5901
• Verify Payment Type is appropriately signed or embossed.

C.O.D. AMOUNT $53.25

Indicate acceptable payment type: *(Cash will not be collected.)*

☐ Secured Payment
• Money Order
• Cashier's Check
• Official Check

☒ Unsecured Payment
• Certified Check
• Company Check
• Personal Check
• Money Order
• Cashier's Check
• Official Check

0320 Form I.D. No.

# 837970310786

For Accounting Use Only: VENDOR NO. ______

FILE COPY

PAYMENT REQUEST

# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Claims Matter Name: FmHA

## *ALL RECEIPTS MUST BE ATTACHED*

Amount: $241.45

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other: ______

Pay as: [ ] Cash [ ] Wire Transfer

*(please complete information on page 2)*

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ______ |
| C#______ | M#______ | ______ |
| Other: ______ | | ______ |
| MN Tax Pay | # 205002 - 010000 | ( ______ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ______ ) |
| CO Tax Pay | # 205003 - 020000 | ( ______ ) |
| IA Tax Pay | # 205004 - 060000 | ( ______ ) |

[X] Check/Cheque Payable to: Nolen-Martina Reporting Services

Address: ______

Description: Deposition Fees

Details if applicable:

Date(s): ______ Location: ______

Individual(s): ______

Reason: ______

| Cost Code *(Click down arrow for cost codes list)* | Amount |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | $241.45 |

Date: 2/27/03 Date Payment is Required: ______

Requested by: Mark Blando No. 670

Approval *(if required)*: ______ No.______

ACCOUNTING USE ONLY:

1099 ______ Ext. OK ______

Tax OK ______ Backup OK ______

[X] Please notify Missy Lysne via e-mail when ready.

*(first and last name)*

[ ] Please return by Inter-Office Mail to:

______ Office/Floor ______

[ ] Please send via Post Office Mail

client_costs.pdf : 1/17/03

TAGFBO26_000880

**NOLEN - MARTINA REPORTING SERVICES**
Courtney Building, Suite 201
2069 First Street
Ft. Myers, Florida 33901
(239) 334-6545 • Fax (239) 332-2913

BLANDO, MARK J.
FEAGRE & BENSON LLP
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-3901

| STATEMENT DATE |
|---|
| 2/18/2003 |
| **INVOICE NUMBER** |
| 49276 |

65-0603193

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

| TE TAKEN | REFERENCE | CHARGES |
|---|---|---|
| | FRANCONIA ASSOCIATES VS THE UNITED STATES 97-381 C | |
| | REPORTER: MURDOCH | |
| 05/2003 | DEPOSITION OF: BRIAN WELLS | |
| | TAKEN AT: U.S. ATTORNEY'S OFFICE | |
| | ONE COPY | |
| | 107 PAGES | 208.65 |
| | EXHIBITS | 26.80 |
| | POSTAGE AND HANDLING | 6.00 |
| | TOTAL | 241.45 |
| | TOTAL BALANCE DUE | 241.45 |

ID#: 65-0603193

FAEGRE & BENSON LLP

Check Date: 03-11-03 Check No: 579301 579301

| DATE | INVOICE | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 02/18/03 | 49276 | | 241.45 | 0.00 | 241.45 |
| Vendor Name: NOLEN-MARTINA REPORTING SERVICES | | | | TOTAL | 241.45 |

TAGFBO26_000883

For Accounting Use Only: VENDOR NO. ____________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778
Client Name: FmHA Tucker Act Matter Name: FmHA

***ALL RECEIPTS MUST BE ATTACHED***

Amount: 409.50

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other: ____________

Pay as: [ ] Cash [ ] Wire Transfer *(please complete information on page 2)*

*Accounting Use Only*

Tax Expense: # 851300 - ____0000 ____________
C# ____________ M# ____________ ____________
Other: ____________ ____________
MN Tax Pay # 205002 - 010000 ( ____________ )
Mpls Tax Pay # 205005 - 010000 ( ____________ )
CO Tax Pay # 205003 - 020000 ( ____________ )
IA Tax Pay # 205004 - 060000 ( ____________ )

[X] Check/Cheque Payable to: Alderson Reporting Co., Inc.
Address: 1111 - 14th Street NW, 4th Floor
Washington, D.C. 20005-5650

Description: Costello deposition

pa 3/20/03 CK # 579720

Details if applicable:
Date(s): ____________ Location: ____________
Individual(s): ____________
Reason: ____________

| Cost Code *(Click down arrow for cost codes list)* | Amount |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | 409.50 |

Date: 3/4/03 Date Payment is Required: ____________
Requested by: Jeff Eckland No. 251
Approval *(if required)*: ____________ No. ____________

ACCOUNTING USE ONLY
1099 ____ Ext. OK ____
Tax OK ____ Backup OK ____

[ ] Please notify ____________ *(first and last name)* via e-mail when ready.
[X] Please return by Inter-Office Mail to: Julie Nelson Office/Floor 23
[ ] Please send via Post Office Mail

client_costs.pdf : 1/17/03

TAGFBO26_000878

*Alderson Reporting Co., Inc.*
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #:(202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No. 53-0257990*

# INVOICE

/ /

Payment is due 30 days from invoice date.

**Invoice Date:** 2/25/2003

**Invoice No.** 38659

PLEASE REFERNCE THIS INVOICE NUMBER WHEN REMITTING

To: Jeff H. Eckland, Esq.
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Atty.Acct. No.: 10022
Case/Matter No.:
Our Ref. No.: 5163-1
Your Ref. No.:
Location: Sioux Falls, SD

RE: Franconia Associates vs. U.S.
Witness: Daniel James Costello
Proceeding Date: 1/23/2003

Classified:

| [illegible] Litigation Package Includes: | Qty | Amount | Charges |
|---|---|---|---|
| Certified Copy - Daniel J Costello | 126.00 | 3.25 | $409.50 |
| Free E-Transcript | 1.00 | 0.00 | $0.00 |
| Exhibits (First 100 Pages Free) | 96.00 | 0.00 | $0.00 |
| Free Condensed Transcript | 1.00 | 0.00 | $0.00 |
| Free ASCII Disk | 1.00 | 0.00 | $0.00 |
| Free Overnight Shipping | 1.00 | 0.00 | $0.00 |

Credit Card Payment: AMEX [ ] Visa [ ] MasterCard [ ]

Account #: Expiration Date:

Registered To: Signature:

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | $409.50 |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $409.50 |
| Amount Paid: | $0.00 |

Questions? Please call our Credit Manager @ 202-789-6308.

**Thank You For Your Business**

TOTAL BALANCE DUE: $409.50

For Accounting Use Only: VENDOR NO. ____________

# PAYMENT REQUEST
# CLIENT COSTS

FILE COPY

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Claims Matter Name: FmHA

## *ALL RECEIPTS MUST BE ATTACHED*

Amount: $19.00

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other:____________

Pay as: [ ] Cash [ ] Wire Transfer
*(please complete information on page 2)*

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ________ |
| C#________ | M#________ | ________ |
| Other: ____________ | | ________ |
| MN Tax Pay | # 205002 - 010000 | (________) |
| Mpls Tax Pay | # 205005 - 010000 | (________) |
| CO Tax Pay | # 205003 - 020000 | (________) |
| IA Tax Pay | # 205004 - 060000 | (________) |

[X] Check/Cheque Payable to: Nolen - Martin, Reporting Services
Address: ____________

Description: deposition fees (Brian Wells)

Details if applicable:

Date(s): ________ Location: ________

Individual(s): ________

Reason: ________

| Cost Code *(Click down arrow for cost codes list)* | Amount |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | $19.00 |
| | |
| | |
| | |
| | |

Date: 3/12/03 Date Payment is Required: ________

Requested by: Mark Blando No. 670

Approval *(if required)*: ________ No.________

| ACCOUNTING USE ONLY | |
|---|---|
| 1099 ____ | Ext. OK ____ |
| Tax OK ____ | Backup OK ____ |

[X] Please notify Missy Lysne via e-mail when ready.
*(first and last name)*

[ ] Please return by Inter-Office Mail to:
________ Office/Floor ________

[ ] Please send via Post Office Mail

# NOLEN - MARTINA REPORTING SERVICES

Courtney Building, Suite 201
2069 First Street
Ft. Myers, Florida 33901
(239) 334-6545 • Fax (239) 332-2913

BLANDO, MARK J.
FEAGRE & BENSON LLP
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-3901

| STATEMENT DATE |
|---|
| 2/27/2003 |
| INVOICE NUMBER |
| 49476 |

65-0603193

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

| DATE TAKEN | REFERENCE | CHARGES |
|---|---|---|
| | FRANCONIA ASSOCIATION VS UNITED STATES 97-381 C | |
| | REPORTER: MURDOCH | |
| 2/05/2003 | DEPOSITION OF: BRIAN WELLS | |
| | CONDENSED TRANSCRIPT | 15.00 |
| | POSTAGE AND HANDLING | 4.00 |
| | TOTAL | 19.00 |

TOTAL BALANCE DUE: 19.00

ID#: 65-0603193

FAEGRE & BENSON LLP

Check Date: 03-19-03 Check No: 580005 580005

| DATE | INVOICE | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 02/27/03 | 49476 | | 19.00 | 0.00 | 19.00 |
| Vendor Name: NOLEN-MARTINA REPORTING SERVICES | | | | TOTAL | 19.0C |

TAGFB026_000872

**For Accounting Use Only:** VENDOR NO. ______________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Matter Name: FmHA

## *ALL RECEIPTS MUST BE ATTACHED*

Amount: 296.40

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other: ______________

Pay as: [ ] Cash [ ] Wire Transfer *(please complete information on page 2)*

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ______ |
| C#______ | M#______ | ______ |
| Other: ______ | | ______ |
| MN Tax Pay | # 205002 - 010000 | (______) |
| Mpls Tax Pay | # 205005 - 010000 | (______) |
| CO Tax Pay | # 205003 - 020000 | (______) |
| IA Tax Pay | # 205004 - 060000 | (______) |

[X] Check/Cheque Payable to: Associates Reporting Service

Address: PO Box 176
Silver Springs, FL 34489

Description: David Alton Hodges deposition transcript (2/7/03)

pd. 4/11/03 ck #581706

Details if applicable:

Date(s): ______________ Location: ______________

Individual(s): ______________

Reason: ______________

| **Cost Code** *(Click down arrow for cost codes list)* | **Amount** |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | 296.40 |

Date: 4/2/03 Date Payment is Required: ______________

Requested by: Jeff Eckland No. 251

Approval *(if required)*: ______________ No. ______________

ACCOUNTING USE ONLY

1099 _____ Ext. OK _____
Tax OK _____ Backup OK _____

[ ] Please notify ______________ via e-mail when ready. *(first and last name)*

[X] Please return by Inter-Office Mail to: Julie Nelson Office/Floor 23

[ ] Please send via Post Office Mail

client_costs.pdf : 1/17/03

TAGFBO26_000840

# ASSOCIATES REPORTING SERVICE

Post Office Box 176
Silver Springs, FL 34489
(352) 625-0739
EMP. ID# 26-6929532

TO: JEFF H. ECKLAND, ESQUIRE
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

INVOICE NO.: 1564

DATE: February 14, 2003

Reporter: April Metzler

---

IN RE: CASE NO.: 97-381C. FRANCONIA ASSOCIATES, a Limited Partnership, et al., Plaintiff, vs. THE UNITED STATES, Defendant.

Deposition taken of DAVID ALTON HODGES on the 7th day of February, 2003, beginning at 9:30 o'clock a.m., at 9 Northeast 2nd Street, Ocala, Marion County, Florida, as follows:

| | |
|---|---|
| Transcript Copy, 101 pgs. | $ 227.25 |
| Exhibits, 120 pgs. | 36.00 |
| ASKII | 5.00 |
| Miniscript and Index | 20.20 |
| Postage | 7.95 |
| TOTAL DUE: | $ 296.40 |

(NOTE: ERRATA SHEET ATTACHED FOR READ AND SIGN)

**COMMENTS: Thank you. Your business is appreciated.**

COPY

*ACCOUNTS ARE DUE UPON RECIEPT OF INVOICE. UNPAID BALANCE IS SUBJECT TO FINANCE CHARGES OF 1 & 1/2% MONTHLY, WITH AN 18% ANNUAL PERCENTAGE RATE.*

For Accounting Use C ,: VENDOR NO. ____________

# PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: FmHA Tucker Act Matter Name: FmHA

## *ALL RECEIPTS MUST BE ATTACHED*

Amount: 200.10

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other: ____________

Pay as: [ ] Cash [ ] Wire Transfer

*(please complete information on page 2)*

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____ 0000 | ____________ |
| C# ________ | M# ________ | ____________ |
| Other: ____________ | | ____________ |
| MN Tax Pay | # 205002 - 010000 | ( ____________ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ____________ ) |
| CO Tax Pay | # 205003 - 020000 | ( ____________ ) |
| IA Tax Pay | # 205004 - 060000 | ( ____________ ) |

[X] Check/Cheque Payable to: Associates Reporting Service

Address: P.O. Box 176
Silver Springs, FL 34489

Description: Donald Stordahl deposition on 2/6/03

Details if applicable:

Date(s): ____________ Location: ____________

Individual(s): ____________

Reason: ____________

pd 3/20/03 ck# 579750

| Cost Code *(Click down arrow for cost codes list)* | Amount |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | 200.10 |

Date: 3/6/03 Date Payment is Required: ____________

Requested by: Ken Liebman No. 499

Approval *(if required)*: ____________ No. ____________

**ACCOUNTING USE ONLY**

1099 _____ Ext. OK _____

Tax OK _____ Backup OK _____

[ ] Please notify ____________ via e-mail when ready.
*(first and last name)*

[X] Please return by Inter-Office Mail to: Julie Nelson Office/Floor 23

[ ] Please send via Post Office Mail

# ASSOCIATES REPORTING SERVICE

Post Office Box 176
Silver Springs, FL 34489
(352) 625-0739
EMP. ID# 26-6929532

TO: JEFF H. ECKLAND, ESQUIRE
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

INVOICE NO.: 1566

DATE: February 14, 2003

Reporter: Sherry Connolly

IN RE: CASE NO.: 97-381C. FRANCONIA ASSOCIATES, a Limited Partnership, et al., Plaintiff, vs. THE UNITED STATES, Defendant.

Deposition taken of DONALD STORDAHL on the 6th day of February, 2003, beginning at 1:00 o'clock p.m., at 9 Northeast 2nd Street, Ocala, Marion County, Florida, as follows:

| | |
|---|---|
| Transcript, Copy, 75 pgs. | $ 168.75 |
| Exhibits, 18 pgs. | 5.40 |
| Miniscript and Index | 15.00 |
| ASKII | 5.00 |
| Postage | 5.95 |
| TOTAL DUE: | $ 200.10 |

(NOTE: ERRATA SHEET FOR MR. STORDAHL ATTACHED)

COMMENTS: Thank you. Your business is appreciated.

COPY

ACCOUNTS ARE DUE UPON RECIEPT OF INVOICE. UNPAID BALANCE IS SUBJECT TO FINANCE CHARGES OF 1 1/2% MONTHLY, WITH AN 18% ANNUAL PERCENTAGE RATE.

TAGFB026_000877

**For Accounting Use Only:** VENDOR NO. ______________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Matter Name: FmHA

## *ALL RECEIPTS MUST BE ATTACHED*

Amount: 397.40

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other: ______

Pay as: [ ] Cash [ ] Wire Transfer
*(please complete information on page 2)*

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ______ |
| C#______ | M#______ | ______ |
| Other: ______ | | ______ |
| MN Tax Pay | # 205002 - 010000 | ( ______ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ______ ) |
| CO Tax Pay | # 205003 - 020000 | ( ______ ) |
| IA Tax Pay | # 205004 - 060000 | ( ______ ) |

[X] Check/Cheque Payable to: Martie Saphir
Address: Syndicated Reporters
1024 Grain Exchange Bldg., Minneapolis, MN 55415

Description: Gorowsky deposition transcript (3/27/03)

Details if applicable:
Date(s): ______ Location: ______
Individual(s): ______
Reason: ______

pd 4/11/03 ck# 581713

| **Cost Code** *(Click down arrow for cost codes list)* | **Amount** |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | 397.40 |

Date: 4/2/04 Date Payment is Required: ______

Requested by: Jeff Eckland No. 251

Approval *(if required)*: ______ No. ______

ACCOUNTING USE ONLY
1099 ____ Ext. OK ____
Tax OK ____ Backup OK ____

[ ] Please notify ______ via e-mail when ready.
*(first and last name)*

[X] Please return by Inter-Office Mail to:
Julie Nelson Office/Floor 23

[ ] Please send via Post Office Mail

client_costs.pdf :1/17/03

TAGFBO26_000844

# INVOICE

REMIT TO:

MARTIE SAPHIR
Syndicated Reporters
1024 Grain Exchange Building
400 South Fourth Street
Minneapolis, Minnesota 55415
(612) 333-6549
SS# 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

March 31, 2003

FAEGRE & BENSON
ATTN: JEFFREY ECKLAND, ESQ.
2200 Wells Fargo Center
90 South Seventh Street
Mpls., MN 55402-3901

INVOICE # 2311-MS-03

For furnishing a Multi-Page transcript and an ASCII disk of the deposition of DONALD A. GOROWSKY, taken on 3-27-03, IN RE: FRANCONIA, ET AL, V. USA.

TOTAL $397.40

THANK YOU

* * * * * * * *
PAYMENT DUE ON RECEIPT
* * * * * *

For Accounting Use Only: VENDOR NO. ______________

## PAYMENT REQUEST
# CLIENT COSTS

FILE COPY

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Matter Name: FmHA

## *ALL RECEIPTS MUST BE ATTACHED*

Amount: $15

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other: ______

Pay as: [ ] Cash [ ] Wire Transfer

*(please complete information on page 2)*

*Accounting Use Only*

Tax Expense: # 851300 - ____0000 ______

C# ______ M# ______ ______

Other: ______ ______

MN Tax Pay # 205002 - 010000 ( ______ )

Mpls Tax Pay # 205005 - 010000 ( ______ )

CO Tax Pay # 205003 - 020000 ( ______ )

IA Tax Pay # 205004 - 060000 ( ______ )

[X] Check/Cheque Payable to: Nolen-Martina Reporting Services

Address: ______

Description: deposition fees (disk and postage)

Details if applicable:

Date(s): ______ Location: ______

Individual(s): ______

Reason: ______

| Cost Code *(Click down arrow for cost codes list)* | Amount |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | $15 |
| | |
| | |
| | |
| | |

Date: 4/11/03 Date Payment is Required: ______

Requested by: Mark Blando No. 670

Approval *(if required)*: ______ No. ______

**ACCOUNTING USE ONLY:**

1099 ____ Ext. OK ____

Tax OK ____ Backup OK ____

[X] Please notify Missy Lysne *(first and last name)* via e-mail when ready.

[ ] Please return by Inter-Office Mail to: ______ Office/Floor ______

[ ] Please send via Post Office Mail

# NOLEN - MARTINA REPORTING SERVICES

Courtney Building, Suite 201
2069 First Street
Ft. Myers, Florida 33901
(239) 334-6545 • Fax (239) 332-2913

BLANDO, MARK J.
FEAGRE & BENSON LLP
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-3901

| STATEMENT DATE |
|---|
| 4/03/2003 |
| INVOICE NUMBER |
| 50040 |

65-06031

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

| DATE TAKEN | REFERENCE | CHARGES |
|---|---|---|
| | FRANCONIA ASSOCIATES VS THE UNITED STATES 97-381 C | |
| | REPORTER: MURDOCH | |
| 2/05/2003 | DEPOSITION OF: BRIAN WELLS | |
| | TAKEN AT: U.S. ATTORNEY'S OFFICE | |
| | ASCII DISK & POSTAGE FEE | 15.00 |
| | TOTAL | 15.00 |

TOTAL BALANCE DUE: 15.00

ID#: 65-0603193

FAEGRE & BENSON LLP

Check Date: 04-16-03 Check No: 582267 582267

| DATE | INVOICE | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 04/03/03 | 50040 | | 15.00 | 0.00 | 15.00 |
| Vendor Name: NOLEN-MARTINA REPORTING SERVICES | | | | TOTAL | 15.00 |

TAGFBO26_000823

For Accounting Use Only: VENDOR NO. ______________

## PAYMENT REQUEST
# CLIENT COSTS

Client No.: 32902　　Matter No.: 129778
Client Name: Tucker Act　　Matter Name: FmHA

## *ALL RECEIPTS MUST BE ATTACHED*

Amount: 534.80

Currency: [X] $ U.S　[ ] RMB　[ ] £ Sterling　[ ] € Euro　[ ] Other: ______

Pay as: [ ] Cash　[ ] Wire Transfer
*(please complete information on page 2)*

*Accounting Use Only*

Tax Expense: # 851300 - ____0000 ______
C#______ M#______ ______
Other: ______ ______
MN Tax Pay # 205002 - 010000 (______)
Mpls Tax Pay # 205005 - 010000 (______)
CO Tax Pay # 205003 - 020000 (______)
IA Tax Pay # 205004 - 060000 (______)

[X] Check/Cheque　Payable to: Virginia Ledford, SSN 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
Address: Syndicated Reporters
1024 Grain Exchange Bldg., Minneapolis, MN 55415

Description: Karvel deposition transcript (3/24/03)

Details if applicable:
Date(s): ______　Location: ______
Individual(s): ______
Reason: ______

| Cost Code *(Click down arrow for cost codes list)* | Amount |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | 534.80 |

Date: 4/2/04　　Date Payment is Required: ______
Requested by: Jeff Eckland　　No. 251
Approval *(if required)*: ______　　No. ______

ACCOUNTING USE ONLY
1099 ____　Ext. OK ____
Tax OK ____　Backup OK ____

[ ] Please notify ______ via e-mail when ready.
*(first and last name)*
[X] Please return by Inter-Office Mail to: Julie Nelson　Office/Floor 23
[ ] Please send via Post Office Mail

client_costs.pdf :1/17/03

VL-497-03

REMIT TO:

**VIRGINIA LEDFORD**
SYNDICATED REPORTERS
1024 GRAIN EXCHANGE BLDG.
MINNEAPOLIS, MN 55415
telephone 612-333-6549
soc. sec. #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

**TO:** Jeffrey Eckland
Faegre & Benson
2300 Wells Fargo Center
Minneapolis, Minn. 55402

**RE:** Franconia v. USA

DATE: 3-31-03

| | | | | |
|---|---|---|---|---|
| | | A reduced transcript of the deposition of George Karvel taken on March 24, 2003 plus a copy of the exhibits and an ASCII formatted disk.<br><br>THANK YOU. | | $534 |

FAEGRE & BENSON LLP

Check Date: 05-30-03 Check No: 585989

585989

| DATE | INVOICE | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 05/29/03 | 129778 | | 4,041.50 | 0.00 | 4,041.50 |

TAGFBO26_000724

| | |
|---|---|
| Vendor Name: CAROL THOMAS REPORTING, INC. | |
| TOTAL | 4,041.50 |