NATIONAL COURT REPORTERS NCRA ASSOCIATION

**CAROL J. THOMAS STENOTYPE REPORTING SERVICES, INC.**
**3162 MUSKET COURT**
**FAIRFAX, VIRGINIA 22030**

FILE COPY Paid COD 5-30-03

*COURT REPORTING AND VIDEO SERVICES:* *Washington, D.C.* *Maryland* *Virginia* *ENTIRE U.S.A.*

*E-Mail us at carolthomasreporting@cox.net*

*24-hour Message Centers:*

*MARYLAND: 301-738-7189*
*VIRGINIA: 703-273-9221*
*WASHINGTON, D.C.: 202-338-9221*
*Toll Free: 1-800-322-9221*
*FAX: (703) 273-9217*

*(FED. I.D. NUMBER: 54-1219069)*

---

**PHONE NUMBER: 612-766-7000**

**INVOICE NUMBER:** 49136

DATED: May 29, 2003

TO: MARK J. BLANDO, ESQUIRE
FAEGRE & BENSON, ESQUIRES
2200 WELLS FARGO CENTER
90 SOUTH 7TH STREET
MINNEAPOLIS, MINNESOTA 55402

RE: FRANCONIA ASSOCIATES, et al. vs. THE UNITED STATES OF AMERICA

Morning & afternoon (4) appearances of the court reporter to take the deposition transcripts of CYNTHIA REESE-FOXWORTH and LAURENCE ANDERSON, taken at the Department of Justice, 1100 L Street, Northwest, Washington, D.C., on the dates of THURSDAY, MAY 22, and FRIDAY, MAY 23, 2003, in the above-captioned matter @ $150.00 per session . . .$ 600.00

466 pages @ $7.25. . .(Two-Business-Day rate). . . .$3,378.50
*shipping & handling of your copies and originals via UPS Next-Day Air C.O.D. . . . . . . . . . .$ 25.00
xeroxing of exhibits @ $.25. . . . . . . . . . . . . .$ 38.00

TOTAL DUE . . . .$4,041.50

**WE ACCEPT VISA AND MASTERCARD**

*YOUR FREE ASCII DISKETTE, REDUCED TRANSCRIPTS AND WORD INDEX LISTINGS ARE ALSO ENCLOSED.

THANK YOU FOR YOUR PATRONAGE.

**PLEASE MAKE CHECK PAYABLE TO "CAROL J. THOMAS REPORTING" AND INCLUDE INVOICE NUMBER ON YOUR CHECK.**

**For Accounting Use Only:** VENDOR NO. ______________

PAYMENT REQUEST

# CLIENT COSTS

FILE COPY

Client No.: 32902 Matter No.: 129778

Client Name: Tucker Act Claims Matter Name: FmHA

## *ALL RECEIPTS MUST BE ATTACHED*

Amount: $1,086.52

Currency: [X] $ U.S [ ] RMB [ ] £ Sterling [ ] € Euro [ ] Other: ______

Pay as: [ ] Cash [ ] Wire Transfer *(please complete information on page 2)*

*Accounting Use Only*

| | | |
|---|---|---|
| Tax Expense: | # 851300 - ____0000 | ______ |
| C# ______ | M# ______ | ______ |
| Other: ______ | | ______ |
| MN Tax Pay | # 205002 - 010000 | ( ______ ) |
| Mpls Tax Pay | # 205005 - 010000 | ( ______ ) |
| CO Tax Pay | # 205003 - 020000 | ( ______ ) |
| IA Tax Pay | # 205004 - 060000 | ( ______ ) |

[X] Check/Cheque Payable to: LegalLink San Francisco

Address: ______

Description: Deposition of William G. Hamm, Ph.

Details if applicable:

Date(s): ______ Location: ______

Individual(s): ______

Reason: ______

| **Cost Code** *(Click down arrow for cost codes list)* | **Amount** |
|---|---|
| 001201 Court Reporter/Transcript (Depositions) | $1,086.52 |

Date: 5/20/03 Date Payment is Required: ______

Requested by: Bill Roberts No. 473

Approval *(if required)*: ______ No. ______

***ACCOUNTING USE ONLY:***

1099 ____ Ext. OK ____

Tax OK ____ Backup OK ____

[X] Please notify Missy Lysne via e-mail when ready. *(first and last name)*

[ ] Please return by Inter-Office Mail to: ______ Office/Floor ______

[ ] Please send via Post Office Mail

LegaLink San Francisco tel (415) 359-2040
601 Van Ness Ave tel (800) 869-9132
Suite 2052 fax (415) 359-2050
LEGALINK San Francisco, CA 94102 www.legalink.com
A WORDWAVE COMPANY GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| FAEG2201 | 05/01/2003 |

William Roberts
Faegre & Benson
2200 Wells Fargo Center
90 S. 7th Street, Suite 600
Minneapolis, MN 55402-3901

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| 1,086.52 | .00 | .00 |
| **90 DAYS** | **120 DAYS & OVER** | **TOTAL DUE** |
| .00 | .00 | 1,086.52 |

PAGE 1 OF 1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 04/29/2003 | 20006627 | 1,086.52 | 04/03/2003 | William G. Hamm, Ph. | Franconia Associates vs. Unite |

**TAX ID NO. :** 94-2288855

*Please detach bottom portion and return with payment.*

William Roberts
Faegre & Benson
2200 Wells Fargo Center
90 S. 7th Street, Suite 600
Minneapolis, MN 55402-3901

Account No.: FAEG2201
Date : 05/01/2003

**TOTAL DUE : 1,086.52**

Remit To: **LegaLink - San Francisco**
**601 Van Ness Avenue, Suite 2052**
**San Francisco, CA 94102**

TAGFBO26_000736

FAEGRE & BENSON LLP

Check Date: 06-10-03 Check No: 587046

587046

| DATE | INVOICE | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 04/29/03 | 20006627 | | 1,086.52 | 0.00 | 1,086.52 |
| Vendor Name: | LEGALINK | | | TOTAL | 1,086.52 |

TAGFBO26_000738

# EXHIBIT F

Costs Persuant to FRAP 39(e)

| Work Date | Recorder | Cost code | Bill Quant | Disc Rate | Bill Rate | Amt. | Desc |
|---|---|---|---|---|---|---|---|
| 6/30/1999 | 251 | 1102 | 1 | 100.00% | 105.00 | 105.00 | Court Filing Fees - U.S. CLERK OF COURT FOR FEDERAL CLAIMS-filing of Franconia Notice of Appeal |

TOTAL: 105.00