United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

November 28, 2005

Jeff Howard Eckland, Esq.
Eckland & Blando LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402

In re: Franconia Assocs., et al. v. United States, No. 97-381C

Dear Mr. Eckland:

I enclose herewith a certified transcript, dated November 22, 2005, pursuant to 28 U.S.C. §2412 providing for the payment of costs taxed in plaintiffs' favor in the above-entitled case.

As to the procedure for obtaining payment of these costs, see the enclosed Instruction Sheet.

Very truly yours,

Lisa L. DeFade

Lisa L. DeFade
Chief Deputy Clerk of Operations

Enclosures

cc: Shalom Brilliant, Esq.
Department of Justice